**Rollin A. Ransom, SBN 196126**
rransom@sidley.com
**Ryan Stasell, SBN 307431**
rstasell@sidley.com
**Paula C. Salazar, SBN 327349**
psalazar@sidley.com
**SIDLEY AUSTIN LLP**
**555 West Fifth Street, Suite 4000**
**Los Angeles, California 90013**
**Telephone: (213) 896-6000**
**Facsimile: (213) 896-6600**

**Attorneys for Defendant**
**Thrive Causemetics, Inc.**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THRIVE NATURAL CARE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> THRIVE CAUSEMETICS, INC., <br><br> Defendants. | Case No. 2:20-cv-9091 <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN THIRTY DAYS (L.R. 8-3)** <br><br> Complaint served: <br>     October 7, 2020 <br> Current response date: <br>     October 28, 2020 <br> New response date: <br>     November 27, 2020 |

STIPULATION TO EXTEND TIME TO RESPOND

This Stipulation is made and entered into between Plaintiff Thrive Natural Care, Inc. ("Plaintiff") and defendant Thrive Causemetics, Inc. ("Defendant"), by and through their respective counsel, with reference to the following:

1. WHEREAS, on October 2, 2020, Plaintiff filed its Complaint ("the Complaint") in the above-referenced matter;

2. WHEREAS, on October 7, 2020, Plaintiff served the Complaint on Defendant;

3. WHEREAS, under Rule 12 of the Federal Rules of Civil Procedure, Defendant's answer or other response is due on or before October 28, 2020;

4. WHEREAS, Defendant requires additional time to evaluate the claims in the Complaint;

5. WHEREAS, Plaintiff has agreed that Defendant's time to answer or otherwise respond to the Complaint shall be extended to November 27, 2020; and

6.	WHEREAS, this is the first extension of time provided to Defendant to respond to the Complaint, and is for a period of not more than thirty days (*see* Local Rule 8-3);

NOW, THEREFORE, Plaintiff and Defendant hereby stipulate that Defendant shall have an extension of time, to and including November 27, 2020, to answer or otherwise respond to the Complaint.

Dated:	October 13, 2020

SIDLEY AUSTIN LLP

By:	*/s/ Rollin A. Ransom*
Rollin A. Ransom
Attorneys for Defendant
Thrive Causemetics, Inc.

Dated:	October 13, 2020

THE MCARTHUR LAW FIRM, P.C.

By:	*/s/ Stephen McArthur*
Stephen McArthur
Thomas Dietrich
Attorneys for Plaintiff
Thrive Natural Care, Inc.

**SIGNATURE ATTESTATION**

I am the CM/ECF filer whose identification and password are being used to file the foregoing Stipulation To Extend Time To Respond To Initial Complaint By Not More Than Thirty Days (L.R. 8-3).  In compliance with Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that every signatory has concurred in this filing.

Dated: October 13, 2020	*/s/ Rollin A. Ransom*
Rollin A. Ransom