AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| THRIVE NATURAL CARE, INC., *Plaintiff(s)* v. THRIVE CAUSEMETICS, INC., *Defendant(s)* | Civil Action No. 2:20-cv-09091 PA (ASx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  THRIVE CAUSEMETICS, INC.,
c/o CSC - Lawyers Incorporating Service
2710 Gateway Oaks Drive, Suite 150 N
Sacramento, CA 95833

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Stephen McArthur (State Bar No. 277712)
THE MCARTHUR LAW FIRM, P.C.
9465 Wilshire Blvd., Ste. 300
Beverly Hills, CA 90212
Telephone: (323) 639-4455

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   10/06/2020

*J. Tillman*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:20-cv-09091-PA-AS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* THRIVE CAUSEMETICS, INC.
was received by me on *(date)* 10/06/2020

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* CSC-Corporation Service Company, who is designated by law to accept service of process on behalf of *(name of organization)* THRIVE CAUSEMETICS, INC on *(date)* 10/07/2020; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 10/12/2020

*Server's signature*

Johnny Adams, Process Server
*Printed name and title*

All City Legal & Messenger Services, LLC
2934 1/2 Beverly Glen Circle, Suite 303
Bel-Air, CA 90077
*Server's address*

Additional information regarding attempted service, etc:
Addition Service Information:
CSC-Corporation Service Company, c/o Becky De George, Registered Agent for Service of Process
2710 Gateway Oaks Drive, # 150, Sacramento, CA 95833

Documents Served:
Summons (Docket #8); Complaint (Docket #1); Standing Order (Docket #9)