UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THRIVE NATURAL CARE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THRIVE CAUSEMETICS, INC.,<br><br>Defendant. | Case No. 2:20-cv-9091-PA-AS<br><br>**ORDER DENYING JOINT MOTION TO AMEND SCHEDULING ORDER TO PROVIDE TIME FOR EXPERT DISCOVERY PHASE** |

The Court, having been fully advised and considered the parties' Joint Motion to Amend Scheduling Order ("Motion"), finds that the parties have failed to show good cause and accordingly the Motion is DENIED.

**IT IS SO ORDERED.**

DATED: January 19, 2021

_____
PERCY ANDERSON
United States District Judge