| | |
|---|---|
| Stephen McArthur (SBN 277712)<br>stephen@smcarthurlaw.com<br>Thomas Dietrich (SBN 254282)<br>tom@smcarthurlaw.com<br>THE MCARTHUR LAW FIRM, P.C.<br>9465 Wilshire Blvd., Ste. 300<br>Beverly Hills, CA 90212<br>Telephone: (323) 639-4455<br><br>*Attorneys for Plaintiff Thrive Natural Care, Inc.* | Rollin Ransom (SBN 196126)<br>rransom@sidley.com<br>Ryan Stasell (SBN 307431)<br>rstasell@sidley.com<br>Paula Salazar (SBN 327349)<br>psalazar@sidley.com<br>SIDLEY AUSTIN LLP<br>555 West Fifth St., Ste. 4000<br>Los Angeles, CA 90013<br>Telephone: (213) 896-6000<br><br>*Attorneys for Defendant Thrive Causemetics, Inc.* |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THRIVE NATURAL CARE, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THRIVE CAUSEMETICS, INC.,<br><br>　　　　　Defendant. | Case No. 2:20-cv-9091-PA-AS<br><br>**JOINT STIPULATION TO AMEND PROTECTIVE ORDER**<br><br>Hon. Percy Anderson |

　　　　Plaintiff Thrive Natural Care, Inc. ("Thrive Natural Care") and Defendant Thrive Causemetics, Inc. ("Thrive Causemetics") (together, the "parties"), hereby request that the Court enter the Amended Protective Order attached hereto, so as to provide confidentiality protections to non-parties producing discovery in this case.

　　　　WHEREAS, the Court entered the Protective Order in this case on January 4, 2021 (Doc. 17).

　　　　WHEREAS, the original Protective Order does not contain provisions stating it applies to discovery produced or provided by non-parties pursuant to subpoena or otherwise.

WHEREAS, a non-party who has been served with a subpoena duces tecum has requested amendment of the Protective Order to ensure the confidentiality provisions apply to non-parties.

WHEREAS, the parties have agreed to request that the Court amend the Protective Order to make its confidentiality provisions applicable to non-parties producing discovery in this case.

WHEREAS, a copy of the parties proposed Amended Protective Order is filed herewith as <u>Exhibit A</u>. A redline comparing the proposed Amended Protective Order to the original Protective Order is filed herewith as <u>Exhibit B</u>.

IT IS HEREBY STIPULATED by the parties herein, through their counsel of record, that the parties agree to the Court entering the proposed Amended Protective Order, a copy of which is filed herewith as Exhibit A, and that such provisions shall be applicable immediately upon entry by the Court.

Dated: March 1, 2021

Respectfully submitted

**THE MCARTHUR LAW FIRM, PC**

By */s/ Thomas Dietrich*

Thomas Dietrich

*Attorneys for Plaintiff Thrive Natural Care, Inc.*

**SIDLEY AUSTIN LLP**

By */s/ Rollin Ransom (with permission)*

Rollin Ransom

*Attorneys for Defendant Thrive Causemetics, Inc.*

# **CERTIFICATE OF SERVICE**

Case Name: *Thrive Natural Care, Inc. v. Thrive Causemetics, Inc.*
Case No.: 2:20-cv-9091-PA-AS

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, declare under penalty of perjury that I am a citizen of the United States over 18 years of age. My business address is 9465 Wilshire Blvd., Ste. 300, Beverly Hills, CA 90212. I am not a party to the above-entitled action.

I have caused service of the following documents, described as:

### **JOINT STIPULATION TO AMEND PROTECTIVE ORDER**

on the following parties by electronically filing the foregoing on March 1, 2021, with the Clerk of the District Court using its ECF System, which electronically notifies them.

Rollin Ransom (SBN 196126)        *Attorneys for Defendant*
rransom@sidley.com
Ryan Stasell (SBN 307431)
rstasell@sidley.com
Paula Salazar (SBN 327349)
psalazar@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth St., Ste. 4000
Los Angeles, CA 90013

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 3/1/2021        By: */s/ Thomas Dietrich*
                         Thomas Dietrich

JOINT STIPULATION TO
AMEND PROTECTIVE ORDER
Case No. 2:20-cv-9091-PA-AS

- 3 -