Stephen McArthur (SBN 277712)
stephen@smcarthurlaw.com
Thomas Dietrich (SBN 254282)
tom@smcarthurlaw.com
THE MCARTHUR LAW FIRM, P.C.
9465 Wilshire Blvd., Ste. 300
Beverly Hills, CA 90212
Telephone: (323) 639-4455

*Attorneys for Plaintiff Thrive Natural Care, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THRIVE NATURAL CARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> THRIVE CAUSEMETICS, INC., <br><br> Defendant. | Case No. 2:20-cv-9091-PA-AS <br><br> **STIPULATION TO AMEND COMPLAINT** <br><br> Hon. Percy Anderson <br><br> **Discovery Cut-off**: August 30, 2021 <br> **Pretrial conference**: October 15, 2021 <br> **Trial:** November 9, 2021 |

    Plaintiff Thrive Natural Care, Inc. ("Plaintiff") and Defendant Thrive Causemetics, Inc. ("Defendant") (together, the "parties"), hereby request that the Court hereby request that the Court grant Plaintiff leave to amend its complaint in accordance with the stipulation herein.

    WHEREAS, Plaintiff filed its Complaint in this matter on October 2, 2020.

    WHEREAS, since filing the Complaint, Plaintiff has undertaken discovery through which it has obtained additional information on Defendant's products, sales, and marketing.

    WHEREAS, Plaintiff seeks to amend its Complaint to remove certain claims

and to describe the accused products with more specificity. The proposed amendment does not add new claims; rather, it removes the counts numbered 1 and 3 in the original Complaint.

WHEREAS, a copy of Plaintiff's proposed First Amended Complaint ("FAC") is filed herewith as <u>Exhibit A</u>. A redline comparing the proposed FAC to the Complaint is filed herewith as <u>Exhibit B</u>.

WHEREAS, the parties, through their counsel of record, have met and conferred on this issue, and Defendant has consented to Plaintiff's filing of an amended complaint in the form of the proposed FAC filed herewith.

IT IS HEREBY STIPULATED by the parties herein, through their counsel of record, as follows:

1. Plaintiff should be granted leave to amend to file the First Amended Complaint, a copy of which is filed herewith as Exhibit A.

2. Defendant's responsive pleading shall be due 14 days after the First Amended Complaint is filed.

Dated: July 1, 2021                    Respectfully submitted

                                       **THE MCARTHUR LAW FIRM, PC**

                                       By */s/ Stephen McArthur*
                                       Stephen McArthur

                                       *Attorneys for Plaintiff Thrive Natural Care, Inc.*

| | |
|---|---|
| 1 | |
| 2 | **SIDLEY AUSTIN LLP** |
| 3 | By */s/ Rollin Ransom (with permission)* |
| 4 | Rollin Ransom |
| 5 | *Attorneys for Defendant Thrive Causemetics, Inc.* |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**ATTESTATION UNDER LOCAL RULE 5-4.3.4**

I, Thomas Dietrich, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with Local Rule 5-4.3.4(a)(2), I hereby attest that Rollin Ransom has concurred in this filing.

Dated: July 1, 2021

*/s/ Thomas Dietrich*
Thomas Dietrich

## **CERTIFICATE OF SERVICE**

Case Name: *Thrive Natural Care, Inc. v. Thrive Causemetics, Inc.*
Case No.: 2:20-cv-9091-PA-AS

IT IS HEREBY CERTIFIED THAT:

 I, the undersigned, declare under penalty of perjury that I am a citizen of the United States over 18 years of age. My business address is 9465 Wilshire Blvd., Ste. 300, Beverly Hills, CA 90212. I am not a party to the above-entitled action.

 I have caused service of the following documents, described as:

**STIPULATION TO AMEND COMPLAINT**

on the following parties by electronically filing the foregoing on July 1, 2021, with the Clerk of the District Court using its ECF System, which electronically notifies them.

| | |
|---|---|
| Rollin Ransom (SBN 196126)<br>rransom@sidley.com<br>Ryan Stasell (SBN 307431)<br>rstasell@sidley.com<br>Paula Salazar (SBN 327349)<br>psalazar@sidley.com<br>SIDLEY AUSTIN LLP<br>555 West Fifth St., Ste. 4000<br>Los Angeles, CA 90013 | *Attorneys for Defendant* |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 7/1/2021  By: */s/ Thomas Dietrich*
          Thomas Dietrich