UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THRIVE NATURAL CARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> THRIVE CAUSEMETICS, INC., <br><br> Defendant. | Case No. 2:20-cv-9091-PA-AS <br><br> **ORDER ON STIPULATION TO AMEND COMPLAINT** |

1  The Court having reviewed the foregoing Stipulation, and good cause appearing therefor,

2  IT IS HEREBY ORDERED that Plaintiff Thrive Natural Care, Inc. ("Plaintiff") is granted leave to amend to file its First Amended Complaint, in the form attached to the Stipulation as Exhibit A. The filing of the First Amended Complaint shall have no effect on the dates and deadlines provided by the Court's Scheduling Order.

3  IT IS FURTHER ORDERED that Defendant's responsive pleading shall be due 14 days after the First Amended Complaint is filed.

**IT IS SO ORDERED.**

DATED: July 1, 2021

_____
PERCY ANDERSON
United States District Court Judge