Rollin A. Ransom (SBN 196126)
rransom@sidley.com
Lauren M. De Lilly (SBN 301503)
Ryan Stasell (SBN 307431)
rstasell@sidley.com
Paula C. Salazar (SBN 327349)
psalazar@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Attorneys for Defendant Thrive
Causemetics, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THRIVE NATURAL CARE, INC., | Case No. 2:20-cv-9091-PA-AS |
| Plaintiff, | Hon. Percy Anderson |
| vs. | **STIPULATION TO RESET MOTION FILING CUT-OFF DATE** |
| THRIVE CAUSEMETICS, INC., | *[Proposed] Order Filed Concurrently Herewith* |
| Defendants. | Final Pretrial Conference: October 15, 2021, at 1:30 p.m. |
| | Jury Trial Date: November 9, 2021, at 9:00 a.m. |

This Stipulation is made and entered into between Plaintiff Thrive Natural Care, Inc. ("Plaintiff") and Defendant Thrive Causemetics, Inc. ("Defendant"), by and through their respective counsel, with reference to the following:

1. WHEREAS, on January 5, 2021, the Court entered the Civil Trial Scheduling Order [Fed. R. Civ. P. 16(b)] ("Scheduling Order") (ECF No. 19);

2. WHEREAS, the Scheduling Order sets the motion filing cut-off date, which is the last day motions may be heard, for September 6, 2021;

3. WHEREAS, September 6, 2021 is Labor Day and a federal court holiday, and the Court will be closed;

4. WHEREAS, pursuant to the Court's procedures, the next available date for the Court to hear motions is September 13, 2021;

5. WHEREAS, resetting the motion filing cut-off date to September 13, 2021 will not impact the remaining case deadlines in the Scheduling Order;

6. WHEREAS, the parties previously filed a Joint Motion to Amend Scheduling Order to Provide Time for Expert Discovery Phase on January 19, 2021 (ECF No. 20), and the Court denied that motion (ECF No. 21);

NOW, THEREFORE, and subject to the Court's availability, Plaintiff and Defendant hereby stipulate that the current motion filing cut-off date of September 6, 2021 be reset to September 13, 2021.

IT IS SO STIPULATED.


Dated:  July 9, 2021

SIDLEY AUSTIN LLP

By:  _/s/ Rollin A. Ransom_
　　　Rollin A. Ransom

_Attorneys for Defendant_
_Thrive Causemetics, Inc._

Dated:  July 9, 2021

THE MCARTHUR LAW FIRM, P.C.

By:  _/s/ Stephen McArthur_
　　　Stephen McArthur

_Attorneys for Plaintiff Thrive Natural_
_Care, Inc._

# SIGNATURE ATTESTATION

I am the CM/ECF filer whose identification and password are being used to file the foregoing Stipulation To Reset Motion Filing Cut-Off Date and concurrently filed [Proposed] Order.  In compliance with Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that every signatory has concurred in this filing.

Dated:  July 9, 2021                                        */s/ Rollin A. Ransom*

Rollin A. Ransom