1   Stephen McArthur (SBN 277712)
    stephen@smcarthurlaw.com
2   Thomas Dietrich (SBN 254282)
    tom@smcarthurlaw.com
3   THE MCARTHUR LAW FIRM, P.C.
    9465 Wilshire Blvd., Ste. 300
4   Beverly Hills, CA 90212
    Telephone: (323) 639-4455
5
    *Attorneys for Plaintiff Thrive*
6   *Natural Care, Inc.*

7

8

9                  UNITED STATES DISTRICT COURT

10                CENTRAL DISTRICT OF CALIFORNIA

11

12   THRIVE NATURAL CARE, INC.,          Case No. 2:20-CV-9091-PA-AS

13                  Plaintiff,           **DECLARATION OF STEPHEN
                                         MCARTHUR IN SUPPORT OF
14         v.                            PLAINTIFF'S MOTION TO
                                         STRIKE AFFIRMATIVE DEFENSE**
15   THRIVE CAUSEMETICS, INC.,
                                         Hon. Percy Anderson
16                  Defendant.
                                         **Hearing Date**: August 30, 2021
17                                       **Time**: 1:30 p.m.
                                         **Courtroom**: 9A
18

19

20

21         I, Stephen McArthur, hereby declare as follows:

22         1.      I am an attorney at law, duly admitted into practice before the State of

23   California and this Court. I am an attorney with The McArthur Law Firm, P.C.,

24   counsel for Plaintiff Thrive Natural Care, Inc. ("Thrive"). I make this Declaration in

25   support of Thrive's Motion to Strike Affirmative Defense. I am over 18 years of

26   age and make this declaration of facts known to me and, if called upon, I could and

27   would testify competently to the facts stated herein.

28         2.      All of the exhibits attached to this declaration were obtained from the

MCARTHUR DECLARATION
Case No. 2:20-CV-09091-PA-AS

U.S. Patent & Trademark Office's ("PTO") Trademark Status & Document Retrieval ("TSDR") website.

3.      Attached hereto as <u>Exhibit A</u> is a true and correct copy of the Request to Divide filed by Thrive on October 4, 2013, in the prosecution of Trademark Application Serial No. 85/726,058 (the "'058 Application").

4.      Attached hereto as <u>Exhibit B</u> is a true and correct copy of the Statement of Use filed by Thrive on October 4, 2013, in the prosecution of the '058 Application.

5.      Attached hereto as <u>Exhibit C</u> is a true and correct copy of the PTO's notice granting the Request to Divide the '058 Application, creating Trademark Application Serial No. 85/980,517 (the "'517 Application").

6.      Attached hereto as <u>Exhibit D</u> is a true and correct copy of the PTO's Notice of Acceptance of Statement of Use for the '517 Application, stating that application would now register.

7.      Attached hereto as <u>Exhibit E</u> is a true and correct copy of the registration certificate for U.S. Trademark Registration No. 4,467,942 (the "'942 Registration") and the PTO's online listing entry for the '942 Registration.

8.      Attached hereto as <u>Exhibit F</u> is a true and correct copy of Thrive's Combined Declaration of Use and Incontestability in connection with the '942 Registration filed the PTO on January 13, 2020.

9.      Attached hereto as <u>Exhibit G</u> is a true and correct copy of the PTO's Notice of Acceptance and Acknowledgment of Thrive's Combined Declaration of Use and Incontestability in connection with the '942 Registration, issued on March 7, 2020.

/ / /

/ / /

/ / /

/ / /

1      I declare under penalty of perjury under the laws of the United States of

2  America that the foregoing is true and correct. Executed on July 27, 2021.

3

4                                    */s/ Stephen McArthur*

5                                    Stephen McArthur

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit A

PTO Form 1553 (Rev 9/2005)
OMB No. 0651-0054 (Exp. 10/31/2017)

# Trademark/Service Mark Request to Divide

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 85726058 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 102 |
| **EXTENSION OF USE** | YES |
| **MARK SECTION** | |
| **MARK** | THRIVE |
| **REQUEST TO DIVIDE** | YES |
| **GOOD(S)/SERVICE(S) IN USE** | Non-medicated skin care preparations, namely facial lotions, cleansers and creams, creams and oils for cosmetic use, skin moisturizers; pre-shaving preparations; after shave lotions and creams (Class 03) |
| **GOOD(S)/SERVICES INTENT TO USE** | Personal care products for cosmetic use, namely, hair shampoos and conditioners, hair styling preparations; body and hand washes, soaps and gels; non-medicated skin care preparations, namely body lotions; cosmetic sun care preparations and sunscreens; lip creams and balms; antiperspirants and deodorants for personal use; shaving creams and gels; non-medicated baby care products, namely baby lotions, creams, body cleansers, shampoos, gels and washes, diaper rash creams and ointments (Class 03) |
| **SIGNATURE SECTION** | |
| **DECLARATION SIGNATURE** | /Alex G. McIntosh/ |
| **SIGNATORY'S NAME** | Alex G. McIntosh |
| **SIGNATORY'S POSITION** | CEO & founder |
| **DATE SIGNED** | 10/03/2013 |
| **REQUEST TO DIVIDE SIGNATURE** | /Ariana G. Hiscott/ |
| **SIGNATORY'S NAME** | Ariana G. Hiscott |
| **SIGNATORY'S POSITION** | Attorney of Record, California Bar Member |
| **DATE SIGNED** | 10/04/2013 |
| **AUTHORIZED SIGNATORY** | YES |
| **PAYMENT SECTION** | |
| **NUMBER OF CLASSES IN USE** | 1 |
| **SUBTOTAL AMOUNT [ALLEGATION OF USE FEE]** | 100 |
| **REQUEST TO DIVIDE FEE** | 100 |
| **NUMBER OF CLASSES REQUIRING NEW APPLICATION FEE** | 1 |
| **SUBTOTAL AMOUNT [NEW APPLICATION FEE]** | 325 |
| **TOTAL AMOUNT** | 525 |
| **PAYMENT METHOD** | DA |

| FILING INFORMATION | |
|---|---|
| **SUBMIT DATE** | Fri Oct 04 20:28:47 EDT 2013 |
| **TEAS STAMP** | USPTO/SOU-XXX.XXX.XXX.XX-20131004202847239499-8572 6058-500acbc31eb6f307d103 7cd198dcaf85fa7124ea3cb80 9610a339b7e19f58ccd4e1-DA -6746-2013100217235908822 6 |

PTO Form 1553 (Rev 9/2005)
OMB No. 0651-0054 (Exp. 10/31/2017)

## Trademark/Service Mark Request to Divide

To the Commissioner for Trademarks:

**MARK:** THRIVE
**SERIAL NUMBER:** 85726058

**REQUEST TO DIVIDE**
The applicant is requesting to divide the application and specifies the following:
The following good(s) or service(s) is/are now in use: Non-medicated skin care preparations, namely facial lotions, cleansers and creams, creams and oils for cosmetic use, skin moisturizers; pre-shaving preparations; after shave lotions and creams (Class 03)
The following good(s) or service(s) remain(s) under the Section 1(b), intent to use basis: Personal care products for cosmetic use, namely, hair shampoos and conditioners, hair styling preparations; body and hand washes, soaps and gels; non-medicated skin care preparations, namely body lotions; cosmetic sun care preparations and sunscreens; lip creams and balms; antiperspirants and deodorants for personal use; shaving creams and gels; non-medicated baby care products, namely baby lotions, creams, body cleansers, shampoos, gels and washes, diaper rash creams and ointments (Class 03)

A fee payment in the amount of $100 will be submitted with the form, representing payment for the allegation of use for 1 class.

A fee payment in the amount of $100 will be submitted with the form, representing payment for the request to divide fee.

A fee payment in the amount of $325 will be submitted with the form, representing payment for the new application fee for 1 class.

**Declaration**

Applicant requests registration of the above-identified trademark/service mark in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq., as amended). Applicant is the owner of the mark sought to be registered, and is using the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements may jeopardize the validity of the form or any resulting registration, declares that he/she is properly authorized to execute this form on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.


Signature: /Alex G. McIntosh/      Date Signed: 10/03/2013
Signatory's Name: Alex G. McIntosh
Signatory's Position: CEO & founder

**Request to Divide Signature:**

Signature: /Ariana G. Hiscott/      Date Signed: 10/04/2013
Signatory's Name: Ariana G. Hiscott
Signatory's Position: Attorney of Record, California Bar Member

Serial Number: 85726058
Internet Transmission Date: Fri Oct 04 20:28:47 EDT 2013
TEAS Stamp: USPTO/SOU-XXX.XXX.XXX.XX-201310042028472
39499-85726058-500acbc31eb6f307d1037cd19
8dcaf85fa7124ea3cb809610a339b7e19f58ccd4
e1-DA-6746-20131002172359088226

**FEE RECORD SHEET**

**Serial Number:**   85726058

**RAM Sale Number:  85726058**

**Total Fees:**      $525

**RAM Accounting Date:  20131007**

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Statement of Use (SOU) | 7003 | 20131004 | $100 | 1 | $100 |
| Request to Divide (per new app.) | 7006 | 20131004 | | | $100 |
| New Application | 7001 | 20131004 | $325 | 1 | $325 |

**Transaction Date:**   20131004

# Exhibit B

PTO Form 1553 (Rev 9/2005)
OMB No. 0651-0054 (Exp. 10/31/2017)

# Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 85726058 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 102 |
| **EXTENSION OF USE** | YES |
| **MARK SECTION** | |
| MARK | http://tess2.uspto.gov/ImageAgent/ImageAgentProxy?getImage=85726058 |
| LITERAL ELEMENT | THRIVE |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **OWNER SECTION (current)** | |
| NAME | Ecomundi Ventures, LLC |
| STREET | 42 Darrell Place |
| CITY | San Francisco |
| STATE | California |
| ZIP/POSTAL CODE | 94133 |
| COUNTRY | United States |
| **OWNER SECTION (proposed)** | |
| NAME | Thrive Natural Care, Inc. |
| STREET | 42 Darrell Place |
| CITY | San Francisco |
| STATE | California |
| ZIP/POSTAL CODE | 94133 |
| COUNTRY | United States |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 003 |
| CURRENT IDENTIFICATION | Personal care products for cosmetic use, namely, hair shampoos and conditioners, hair styling preparations; body and hand washes, soaps and gels; non-medicated skin care preparations, namely facial lotions, cleansers and creams, body lotions, creams and oils for cosmetic use, skin moisturizers; cosmetic sun care preparations and sunscreens; lip creams and balms; antiperspirants and deodorants for personal use; shaving creams and gels; pre-shaving preparations; after shave lotions and creams; non-medicated baby care products, namely baby lotions, creams, body cleansers, |

| | |
|---|---|
| | shampoos, gels and washes, diaper rash creams and ointment |
| **GOODS OR SERVICES DELETED FROM THE APPLICATION OR INCLUDED IN A REQUEST TO DIVIDE** | Personal care products for cosmetic use, namely, hair shampoos and conditioners, hair styling preparations; body and hand washes, soaps and gels; non-medicated skin care preparations, namely body lotions; cosmetic sun care preparations and sunscreens; lip creams and balms; antiperspirants and deodorants for personal use; shaving creams and gels; non-medicated baby care products, namely baby lotions, creams, body cleansers, shampoos, gels and washes, diaper rash creams and ointments |
| **GOODS OR SERVICES IN USE IN COMMERCE** | Non-medicated skin care preparations, namely facial lotions, cleansers and creams, creams and oils for cosmetic use, skin moisturizers; pre-shaving preparations; after shave lotions and creams |
| **FIRST USE ANYWHERE DATE** | 09/05/2013 |
| **FIRST USE IN COMMERCE DATE** | 09/05/2013 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT16\IMAGEOUT 16\859\805\85980517\LM2Copy\85726058\1\SOU13\SOU2. |
| **SPECIMEN DESCRIPTION** | photograph of the products showing the mark as used |
| **REQUEST TO DIVIDE** | YES |
| **GOOD(S)/SERVICE(S) IN USE** | Non-medicated skin care preparations, namely facial lotions, cleansers and creams, creams and oils for cosmetic use, skin moisturizers; pre-shaving preparations; after shave lotions and creams (Class 03) |
| **GOOD(S)/SERVICES INTENT TO USE** | Personal care products for cosmetic use, namely, hair shampoos and conditioners, hair styling preparations; body and hand washes, soaps and gels; non-medicated skin care preparations, namely body lotions; cosmetic sun care preparations and sunscreens; lip creams and balms; antiperspirants and deodorants for personal use; shaving creams and gels; non-medicated baby care products, namely baby lotions, creams, body cleansers, shampoos, gels and washes, diaper rash creams and ointments (Class 03) |

## PAYMENT SECTION

| | |
|---|---|
| **NUMBER OF CLASSES IN USE** | 1 |
| **SUBTOTAL AMOUNT [ALLEGATION OF USE FEE]** | 100 |
| **REQUEST TO DIVIDE FEE** | 100 |
| **NUMBER OF CLASSES REQUIRING NEW APPLICATION FEE** | 1 |
| **SUBTOTAL AMOUNT [NEW APPLICATION FEE]** | 325 |
| **TOTAL AMOUNT** | 525 |

## SIGNATURE SECTION

| | |
|---|---|
| **DECLARATION SIGNATURE** | /Alex G. McIntosh/ |
| **SIGNATORY'S NAME** | Alex G. McIntosh |
| **SIGNATORY'S POSITION** | CEO & founder |
| **DATE SIGNED** | 10/03/2013 |
| **REQUEST TO DIVIDE SIGNATURE** | /Ariana G. Hiscott/ |
| **SIGNATORY'S NAME** | Ariana G. Hiscott |
| **SIGNATORY'S POSITION** | Attorney of Record, California Bar Member |
| **DATE SIGNED** | 10/04/2013 |
| **SIGNATORY'S PHONE NUMBER** | 415-693-2171 |

| AUTHORIZED SIGNATORY | YES |
|---|---|
| **FILING INFORMATION** | |
| SUBMIT DATE | Fri Oct 04 20:28:47 EDT 2013 |
| TEAS STAMP | USPTO/SOU-XXX.XXX.XXX.XX-20131004202847239499-8572 6058-500acbc31eb6f307d103 7cd198dcaf85fa7124ea3cb80 9610a339b7e19f58ccd4e1-DA -6746-2013100217235908822 6 |

PTO Form 1553 (Rev 9/2005)
OMB No. 0651-0054 (Exp. 10/31/2017)

## Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:
**MARK:** THRIVE(Standard Characters, see http://tess2.uspto.gov/ImageAgent/ImageAgentProxy?getImage=85726058)
**SERIAL NUMBER:** 85726058
An Extension of Time form is being filed with the Allegation of Use.

The applicant, Thrive Natural Care, Inc., having an address of
    42 Darrell Place
    San Francisco, California 94133
    United States
is submitting the following allegation of use information:

For International Class 003:
Current identification: Personal care products for cosmetic use, namely, hair shampoos and conditioners, hair styling preparations; body and hand washes, soaps and gels; non-medicated skin care preparations, namely facial lotions, cleansers and creams, body lotions, creams and oils for cosmetic use, skin moisturizers; cosmetic sun care preparations and sunscreens; lip creams and balms; antiperspirants and deodorants for personal use; shaving creams and gels; pre-shaving preparations; after shave lotions and creams; non-medicated baby care products, namely baby lotions, creams, body cleansers, shampoos, gels and washes, diaper rash creams and ointments

This **allegation of use** does **NOT** cover the following goods/services listed in either the application or Notice of Allowance or as subsequently modified for this specific class; these goods/services are either being **permanently deleted or included in a Request to Divide:** Personal care products for cosmetic use, namely, hair shampoos and conditioners, hair styling preparations; body and hand washes, soaps and gels; non-medicated skin care preparations, namely body lotions; cosmetic sun care preparations and sunscreens; lip creams and balms; antiperspirants and deodorants for personal use; shaving creams and gels; non-medicated baby care products, namely baby lotions, creams, body cleansers, shampoos, gels and washes, diaper rash creams and ointments

The mark is in use in commerce on or in connection with the following goods/services listed in either the application or Notice of Allowance or as subsequently modified for this specific class: Non-medicated skin care preparations, namely facial lotions, cleansers and creams, creams and oils for cosmetic use, skin moisturizers; pre-shaving preparations; after shave lotions and creams
The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 09/05/2013, and first used in commerce at least as early as 09/05/2013, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) photograph of the products showing the mark as used.
Specimen File1

**REQUEST TO DIVIDE**
The applicant is requesting to divide the application and specifies the following:
The following good(s) or service(s) is/are now in use: Non-medicated skin care preparations, namely facial lotions, cleansers and creams, creams and oils for cosmetic use, skin moisturizers; pre-shaving preparations; after shave lotions and creams (Class 03)
The following good(s) or service(s) remain(s) under the Section 1(b), intent to use basis: Personal care products for cosmetic use, namely, hair shampoos and conditioners, hair styling preparations; body and hand washes, soaps and gels; non-medicated skin care preparations, namely body lotions; cosmetic sun care preparations and sunscreens; lip creams and balms; antiperspirants and deodorants for personal use; shaving creams and gels; non-medicated baby care products, namely baby lotions, creams, body cleansers, shampoos, gels and washes, diaper rash creams and ointments (Class 03)

A fee payment in the amount of $100 will be submitted with the form, representing payment for the allegation of use for 1 class.

A fee payment in the amount of $100 will be submitted with the form, representing payment for the request to divide fee.

A fee payment in the amount of $325 will be submitted with the form, representing payment for the new application fee for 1 class.

**Declaration**

Applicant requests registration of the above-identified trademark/service mark in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq., as amended). Applicant is the owner of the mark sought to be registered, and is using the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements may jeopardize the validity of the form or any resulting registration, declares that he/she is properly authorized to execute this form on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /Alex G. McIntosh/      Date Signed: 10/03/2013
Signatory's Name: Alex G. McIntosh
Signatory's Position: CEO & founder

**Request to Divide Signature**

Signature: /Ariana G. Hiscott/    Date: 10/04/2013
Signatory's Name: Ariana G. Hiscott
Signatory's Position: Attorney of Record, California Bar Member

Signatory's Phone: 415-693-2171

RAM Sale Number: 85726058
RAM Accounting Date: 10/07/2013

Serial Number: 85726058
Internet Transmission Date: Fri Oct 04 20:28:47 EDT 2013
TEAS Stamp: USPTO/SOU-XXX.XXX.XXX.XX-201310042028472
39499-85726058-500acbc31eb6f307d1037cd19
8dcaf85fa7124ea3cb809610a339b7e19f58ccd4
e1-DA-6746-20131002172359088226



**FEE RECORD SHEET**

**Serial Number:**  85726058

**RAM Sale Number:  85726058**

**Total Fees:**     $525

**RAM Accounting Date:  20131007**

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Statement of Use (SOU) | 7003 | 20131004 | $100 | 1 | $100 |
| Request to Divide (per new app.) | 7006 | 20131004 | | | $100 |
| New Application | 7001 | 20131004 | $325 | 1 | $325 |

**Transaction Date:**     20131004

# **Exhibit C**

| To: | THRIVE NATURAL CARE, INC. (trademarks@cooley.com) |
|---|---|
| Subject: | TRADEMARK APPLICATION NO. 85726058 - THRIVE - 313705-20000 |
| Sent: | 11/05/13 10:26:35 AM |
| Sent As: | ecomitu@uspto.gov |
| Attachments: | |

### UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)
#### OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION

**U.S. APPLICATION SERIAL NO.**     85726058

# 85726058

**APPLICANT**:  THRIVE NATURAL CARE, INC.

**CORRESPONDENT'S ADDRESS** :
    John W. Crittenden
    COOLEY LLP
    1299 Pennsylvania Avenue NW, Suite 700
    WASHINGTON DC 20004

**MARK**:     THRIVE

**CORRESPONDENT'S REFERENCE/DOCKET NO.**   313705-20000

**CORRESPONDENT'S EMAIL ADDRESS** :
    trademarks@cooley.com

### *NOTICE OF DIVISIONAL REQUEST COMPLETED*

**ISSUE/MAILING DATE: 11/5/2013**
U.S. Serial Number  85726058

The request to divide application serial no. 85726058 filed on October 4, 2013 has been processed as follows:

(1)  Parent (original) application serial no. 85726058 contains the following goods in class(es):  3 Personal care products for cosmetic use, namely, hair shampoos and conditioners, hair styling preparations; body and hand washes, soaps and gels; non-medicated skin care preparations, namely, body lotions; cosmetic sun care preparations and sunscreens; lip creams and balms; antiperspirants and deodorants for personal use; shaving creams and gels; non-medicated baby care products, namely, baby lotions, creams, body cleansers, shampoos, gels and washes, diaper rash creams and ointments.  To avoid abandonment, applicant must continue to file requests for extension of time to file a statement of use (extension requests) or a statement of use within the six-month period after the issuance of the notice of allowance or before expiration of a previously granted extension period.  37 C.F.R. §§2.88(a), 2.89(a)-(b).

(2)  Child application serial no. 85980517 contains the following goods in class(es):  3 Non-medicated skin care preparations, namely, facial lotions, cleansers and creams, creams and oils for cosmetic use, skin moisturizers; pre-shaving preparations; after shave lotions and creams.  A statement of use filed on October 4, 2013 has been placed in the child application and routed to the examining attorney for examination.

37 C.F.R. §2.87; *see* TMEP §§1110 *et seq.*

Please call the undersigned with any questions.

/AntoinetteTorregano/
Paralegal Specialist
ITU/Divisional Unit
Phone # 571 272-9514
Fax # 571 273-9514

**NO RESPONSE TO THIS NOTICE IS REQUIRED.**

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:**  To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using Trademark Status and Document Retrieval (TSDR) at http://tsdr.uspto.gov/. Please keep a copy of the complete status screen.  If TSDR shows no change for more than six months, call 1-800-786-9199.  For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:**  Use the TEAS form at http://www.uspto.gov/trademarks/teas/correspondence.jsp.

**FOR INQUIRIES OR QUESTIONS ABOUT THIS OFFICE ACTION, PLEASE CONTACT THE ASSIGNED ITU STAFF MEMBER IDENTIFIED ABOVE.**

| To: | THRIVE NATURAL CARE, INC. (trademarks@cooley.com) |
|---|---|
| **Subject:** | TRADEMARK APPLICATION NO. 85726058 - THRIVE - 313705-20000 |
| **Sent:** | 11/05/13 10:26:35 AM |
| **Sent As:** | ecomitu@uspto.gov |
| **Attachments:** | |

**IMPORTANT NOTICE**
**USPTO OFFICE ACTION HAS ISSUED ON 11/05/2013 FOR**
**APPLICATION SERIAL NO. 85980517**

Please follow the instructions below to continue the prosecution of your application:

**VIEW OFFICE ACTION:** Click on this link
http://tsdr.uspto.gov/view.action?DDA=Y&sn=85980517&type=OOA&date=20131105
(or copy and paste this URL into the address field of your browser), or visit http://tsdr.uspto.gov/ and enter the application serial number to access the Office action.

**PLEASE NOTE:** The Office action may not be immediately available but will be viewable within 24 hours of this notification.

**RESPONSE MAY BE REQUIRED:** You should carefully review the Office action to determine (1) if a response is required, (2) how to respond and (3) the applicable response time period. Your response deadline will be calculated from.

**Do NOT hit 'Reply' to this e-mail notification, or otherwise attempt to e-mail your response, as the USPTO does NOT accept e-mailed responses. Instead, the USPTO recommends that you respond online using the Trademark Electronic Application System response form at http://www.uspto.gov/teas/eTEASpageD.htm.**

**HELP:** For technical assistance in accessing the Office action, please e-mail tsdr@uspto.gov. Please contact the assigned examining attorney with questions about the Office action.

**WARNING**

**1. The USPTO will NOT send a separate e-mail with the Office action attached.**
**2. Failure to file any required response by the applicable deadline will result in the ABANDONMENT of your application.**

# **Exhibit D**

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Tuesday, December 10, 2013 00:12 AM |
| **To:** | trademarks@cooley.com |
| **Subject:** | Trademark Serial Number 85980517 : Official USPTO Notice of Acceptance of Statement of Use |

NOTICE OF ACCEPTANCE OF STATEMENT OF USE

**Serial Number:**  85980517
**Mark:**  THRIVE(STANDARD CHARACTER MARK)
**Owner:**  THRIVE NATURAL CARE, INC.
**Docket/Reference Number:** 313705-20000

The USPTO has accepted the Statement of Use filed for the trademark application identified above.  The mark will now register and the registration certificate will issue in due course barring any extraordinary circumstances.

For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at http://www.uspto.gov/ or call the Trademark Assistance Center at 1-800-786-9199.

To check the status of an application, go to http://tarr.uspto.gov/.

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=85980517.  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

# **Exhibit E**

# United States of America

## United States Patent and Trademark Office

# THRIVE

**Reg. No. 4,467,942**

**Registered Jan. 14, 2014**

**Int. Cl.: 3**

**TRADEMARK**

**PRINCIPAL REGISTER**

THRIVE NATURAL CARE, INC. (DELAWARE CORPORATION)
42 DARRELL PLACE
SAN FRANCISCO, CA 94133

FOR: NON-MEDICATED SKIN CARE PREPARATIONS, NAMELY, FACIAL LOTIONS, CLEANSERS AND CREAMS, CREAMS AND OILS FOR COSMETIC USE, SKIN MOISTURIZERS; PRE-SHAVING PREPARATIONS; AFTER SHAVE LOTIONS AND CREAMS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 9-5-2013; IN COMMERCE 9-5-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-980,517, FILED 9-11-2012.

GISELLE AGOSTO, EXAMINING ATTORNEY



**Deputy Director of the United States
Patent and Trademark Office**

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

>   *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
>   5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is
>   accepted, the registration will continue in force for the remainder of the ten-year period, calculated
>   from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
>   federal court.

>   *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
>   Application for Renewal between the 9th and 10th years after the registration date.*
>   *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

>   You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
>   every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date).  The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.   Please check the
USPTO website for further information.   With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Jul 27 03:32:22 EDT 2021*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC |

| PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: [        ] OR   Jump   to record: [        ]   **Record 5 out of 7**

TSDR   ASSIGN Status   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# THRIVE

| | |
|---|---|
| **Word Mark** | THRIVE |
| **Goods and Services** | IC 003. US 001 004 006 050 051 052. G & S: Non-medicated skin care preparations, namely, facial lotions, cleansers and creams, creams and oils for cosmetic use, skin moisturizers; pre-shaving preparations; after shave lotions and creams. FIRST USE: 20130905. FIRST USE IN COMMERCE: 20130905 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85980517 |
| **Filing Date** | September 11, 2012 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | February 12, 2013 |
| **Registration Number** | 4467942 |
| **Registration Date** | January 14, 2014 |
| **Owner** | (REGISTRANT) **THRIVE NATURAL** CARE, INC. CORPORATION DELAWARE 42 DARRELL PLACE SAN FRANCISCO CALIFORNIA 94133 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | STEPHEN CHARLES MCARTHUR |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead** | LIVE |

**Indicator**

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP   PREV LIST   CURR LIST   NEXT LIST   FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

# **Exhibit F**

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1583 (Rev 05/2006)
OMB No. 0651-0055 (Exp 10/31/2021)

# Combined Declaration of Use and Incontestability under Sections 8 & 15

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 4467942 |
| **REGISTRATION DATE** | 01/14/2014 |
| **SERIAL NUMBER** | 85980517 |
| **MARK SECTION** | |
| MARK | THRIVE (see, https://tmng-al.uspto.gov/resting2/api/img/85980517/large) |
| **ATTORNEY SECTION (current)** | |
| NAME | Tsan Abrahamson |
| ATTORNEY BAR MEMBERSHIP NUMBER | NOT SPECIFIED |
| YEAR OF ADMISSION | NOT SPECIFIED |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | NOT SPECIFIED |
| FIRM NAME | Cobalt LLP |
| INTERNAL ADDRESS | Building A21 |
| STREET | 918 Parker Street |
| CITY | Berkeley |
| STATE | California |
| POSTAL CODE | 94710 |
| COUNTRY | United States |
| PHONE | 510-841-9800 |
| FAX | 510-295-2401 |
| EMAIL | trademarks@cobaltlaw.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **ATTORNEY SECTION (proposed)** | |
| NAME | Travis Manfredi |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Cobalt LLP |
| STREET | 1912 Bonita Avenue |
| CITY | Berkeley |
| STATE | California |
| POSTAL CODE | 94704 |

| COUNTRY | United States |
|---|---|
| PHONE | 510-841-9800 |
| FAX | 510-295-2401 |
| EMAIL | trademarks@cobaltlaw.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| DOCKET/REFERENCE NUMBER | THRIVE 03 |
| OTHER APPOINTED ATTORNEY | Tsan Abrahamson, Jessica Tam |

## CORRESPONDENCE SECTION (current)

| NAME | Tsan Abrahamson |
|---|---|
| FIRM NAME | Cobalt LLP |
| INTERNAL ADDRESS | Building A21 |
| STREET | 918 Parker Street |
| CITY | Berkeley |
| STATE | California |
| POSTAL CODE | 94710 |
| COUNTRY | United States |
| PHONE | 510-841-9800 |
| FAX | 510-295-2401 |
| EMAIL | trademarks@cobaltlaw.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## CORRESPONDENCE SECTION (proposed)

| NAME | Travis Manfredi |
|---|---|
| FIRM NAME | Cobalt LLP |
| STREET | 1912 Bonita Avenue |
| CITY | Berkeley |
| STATE | California |
| POSTAL CODE | 94704 |
| COUNTRY | United States |
| PHONE | 510-841-9800 |
| FAX | 510-295-2401 |
| EMAIL | trademarks@cobaltlaw.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| DOCKET/REFERENCE NUMBER | THRIVE 03 |

## GOODS AND/OR SERVICES SECTION

| INTERNATIONAL CLASS | 003 |
|---|---|
| GOODS OR SERVICES | Non-medicated skin care preparations, namely, facial lotions, cleansers and creams, creams and oils for cosmetic use, skin moisturizers; pre-shaving preparations; after shave lotions and creams |

| | |
|---|---|
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT17\IMAGEOUT 17\859\805\85980517\xml3\8150002.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT 17\859\805\85980517\xml3\8150003.JPG |
| **SPECIMEN DESCRIPTION** | pages from registrant's online store |
| **OWNER SECTION (current)** | |
| **NAME** | THRIVE NATURAL CARE, INC. |
| **STREET** | 42 DARRELL PLACE |
| **CITY** | SAN FRANCISCO |
| **STATE** | California |
| **ZIP/POSTAL CODE** | 94133 |
| **COUNTRY** | United States |
| **OWNER SECTION (proposed)** | |
| **NAME** | THRIVE NATURAL CARE, INC. |
| **STREET** | 42 DARRELL PLACE |
| **CITY** | SAN FRANCISCO |
| **STATE** | California |
| **ZIP/POSTAL CODE** | 94133 |
| **COUNTRY** | United States |
| **EMAIL** | XXXX |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **LEGAL ENTITY SECTION (current)** | |
| **TYPE** | corporation |
| **STATE/COUNTRY OF INCORPORATION** | Delaware |
| **PAYMENT SECTION** | |
| **NUMBER OF CLASSES** | 1 |
| **NUMBER OF CLASSES PAID** | 1 |
| **COMBINED §§ 8 & 15 FILING FEE PER CLASS** | 325 |
| **TOTAL FEE PAID** | 325 |
| **SIGNATURE SECTION** | |
| **SIGNATURE** | /Alex McIntosh/ |
| **SIGNATORY'S NAME** | Alex McIntosh |
| **SIGNATORY'S POSITION** | Co-founder & CEO |
| **DATE SIGNED** | 01/12/2020 |
| **SIGNATORY'S PHONE NUMBER** | 510-841-9800 |
| **PAYMENT METHOD** | DA |
| **FILING INFORMATION** | |
| **SUBMIT DATE** | Mon Jan 13 03:24:42 EST 2020 |

| | |
|---|---|
| **TEAS STAMP** | USPTO/S08N15-XXX.XXX.XX.X<br>XX-20200113032442552951-4<br>467942-70089506a637a5f11e<br>7a21c91ba36278b2c7709282c<br>bf3b6c28ddb2473a7a06856-D<br>A-24423788-20200109171007<br>823724 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTO Form 1583 (Rev 05/2006)
OMB No. 0651-0055 (Exp 10/31/2021)

## Combined Declaration of Use and Incontestability under Sections 8 & 15

**To the Commissioner for Trademarks:**

**REGISTRATION NUMBER:** 4467942
**REGISTRATION DATE:** 01/14/2014

**MARK:** THRIVE

The owner, THRIVE NATURAL CARE, INC., a corporation of Delaware, having an address of
    42 DARRELL PLACE
    SAN FRANCISCO, California 94133
    United States
    XXXX (authorized)
is filing a Combined Declaration of Use and Incontestability under Sections 8 & 15.

For International Class 003, the mark is in use in commerce on or in connection with **all** of the goods/**all** of the services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: Non-medicated skin care preparations, namely, facial lotions, cleansers and creams, creams and oils for cosmetic use, skin moisturizers; pre-shaving preparations; after shave lotions and creams; **and** the mark has been continuously used in commerce for five (5) consecutive years after the date of registration, or the date of publication under Section 12(c), and is still in use in commerce on or in connection with **all** goods/**all** services, or to indicate membership in the collective membership organization, listed in the existing registration for this class. Also, no final decision adverse to the owner's claim of ownership of such mark for those goods/services, or to indicate membership in the collective membership organization, exists, or to the owner's right to register the same or to keep the same on the register; and, no proceeding involving said rights pending and not disposed of in either the U.S. Patent and Trademark Office or the courts exists.

The owner is submitting one(or more) specimen(s) for this class showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) pages from registrant's online store.
Specimen File1
Specimen File2

The applicant's current attorney information: Tsan Abrahamson. Tsan Abrahamson of Cobalt LLP, is located at

    Building A21
    918 Parker Street
    Berkeley, California 94710
    United States

The phone number is 510-841-9800.

The fax number is 510-295-2401.

The email address is trademarks@cobaltlaw.com

The applicants proposed attorney information: Travis Manfredi. Other appointed attorneys are Tsan Abrahamson, Jessica Tam. Travis Manfredi of Cobalt LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at

    1912 Bonita Avenue
    Berkeley, California 94704
    United States
The docket/reference number is THRIVE 03.

The phone number is 510-841-9800.

The fax number is 510-295-2401.

The email address is trademarks@cobaltlaw.com

Travis Manfredi submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current correspondence information: Tsan Abrahamson. Tsan Abrahamson of Cobalt LLP, is located at

    Building A21
    918 Parker Street
    Berkeley, California 94710
    United States

The phone number is 510-841-9800.

The fax number is 510-295-2401.

The email address is trademarks@cobaltlaw.com

The applicants proposed correspondence information: Travis Manfredi. Travis Manfredi of Cobalt LLP, is located at

    1912 Bonita Avenue
    Berkeley, California 94704
    United States
The docket/reference number is THRIVE 03.

The phone number is 510-841-9800.

The fax number is 510-295-2401.

The email address is trademarks@cobaltlaw.com

A fee payment in the amount of $325 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.

## Declaration

☑ Unless the owner has specifically claimed excusable nonuse, the mark is in use in commerce on or in connection with the goods/services or to indicate membership in the collective membership organization identified above, as evidenced by the attached specimen(s).

☑ Unless the owner has specifically claimed excusable nonuse, the specimen(s) shows the mark as currently used in commerce on or in connection with the goods/services/collective membership organization.

☑ The mark has been in continuous use in commerce for five consecutive years after the date of registration, or the date of publication under 15 U.S.C. § 1062(c), and is still in use in commerce on or in connection with all goods/services, or to indicate membership in the collective membership organization, listed in the existing registration.

☑ There has been no final decision adverse to the owner's claim of ownership of such mark for such goods/services, or to indicate membership in the collective membership organization, or to the owner's right to register the same or to keep the same on the register.

☑ There is no proceeding involving said rights pending and not finally disposed of either in the United States Patent and Trademark Office or in a court.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of this submission and the registration, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: /Alex McIntosh/   Date: 01/12/2020
Signatory's Name: Alex McIntosh
Signatory's Position: Co-founder & CEO
Signatory's Phone: 510-841-9800

Mailing Address **(current)**:
  Cobalt LLP
  918 Parker Street
  Berkeley, California 94710

Mailing Address **(proposed)**:
  Cobalt LLP
  1912 Bonita Avenue
  Berkeley, California 94704

Serial Number: 85980517
Internet Transmission Date: Mon Jan 13 03:24:42 EST 2020
TEAS Stamp: USPTO/S08N15-XXX.XXX.XX.XXX-202001130324
42552951-4467942-70089506a637a5f11e7a21c
91ba36278b2c7709282cbf3b6c28ddb2473a7a06
856-DA-24423788-20200109171007823724





**ROUTING SHEET TO POST REGISTRATION (PRU)**

**Registration Number:** 4467942

**Serial Number:** 85980517

**RAM Sale Number: 4467942**

**RAM Accounting Date: 20200113**

**Total Fees:** $325

Note:  Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20200113 | $125 | 1 | 1 | $125 |
| §15 affidavit | 7208 | 20200113 | $200 | 1 | 1 | $200 |

Physical Location: 700  - INTENT TO USE SECTION

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:**    20200113



# **Exhibit G**

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Saturday, March 7, 2020 11:00 PM |
| **To:** | trademarks@cobaltlaw.com |
| **Subject:** | Official USPTO Notice of Acceptance/Acknowledgement Sections 8 and 15: U.S. Trademark RN 4467942: THRIVE: Docket/Reference No. THRIVE 03 |

**U.S. Serial Number:** 85980517
**U.S. Registration Number:** 4467942
**U.S. Registration Date:** Jan 14, 2014
**Mark:** THRIVE
**Owner:** THRIVE NATURAL CARE, INC.

Mar 7, 2020

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF ACKNOWLEDGEMENT UNDER SECTION 15

The declaration of incontestability filed for the above-identified registration meets the requirements of Section 15 of the Trademark Act, 15 U.S.C. §1065. **The Section 15 declaration is acknowledged.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
003

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**Requirements in the First Ten Years**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between the 9th and 10th years after the registration date. See 15 U.S.C. §§1058, 1059.

**Requirements in Successive Ten-Year Periods**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=85980517&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=85980517&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=documentSearch NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

   \*   **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**