Stephen C. McArthur (State Bar No. 277712)
stephen@smcarthurlaw.com
Thomas E. Dietrich (State Bar No. 254282)
tom@smcarthurlaw.com
THE MCARTHUR LAW FIRM, PC
9465 Wilshire Blvd., Ste. 300
Beverly Hills, CA 90212
Telephone: (323) 639-4455

*Attorneys for Plaintiff Thrive Natural Care, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THRIVE NATURAL CARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> THRIVE CAUSEMETICS, INC., <br><br> Defendant. | Case No. 2:20-cv-9091-PA-AS <br><br> **PLAINTIFF THRIVE NATURAL CARE, INC.'S APPLICATION TO FILE DOCUMENTS UNDER SEAL** <br><br> [Filed concurrently with: Sealed Declaration of Stephen McArthur; Redacted Version of Document Proposed to be Filed Under Seal; Unredacted Version of Document Proposed to be Filed Under Seal; and [Proposed] Order re Application for Leave to File Under Seal] |

Pursuant to Local Rule 79-5.2.2, Plaintiff Thrive Natural Care Inc. submits this application to file certain documents under seal. Plaintiff intends to file the documents at issue as Exhibits 1 - 8 to the Sealed Declaration of Stephen McArthur in support of Plaintiff's Application for Leave to File Under Seal.

**Exhibits 1-4** are unredacted copies of Defendant's deposition transcripts and exhibits that contain information designated "CONFIDENTIAL" and "ATTORNEYS' EYES ONLY" by Defendant. Counsel for Defendant has not consented to publicly filing the information that has been redacted from the public version of Exhibits 1-4.

**Exhibit 5** is an unredacted copy of the Declaration of David Drews in support of Plaintiff's Motion for Partial Summary Judgment which contains various figures and information designated "CONFIDENTIAL" and "ATTORNEYS' EYES ONLY" by Defendant. Counsel for Defendant has not consented to publicly filing the information that has been redacted from the public version of Exhibit 5.

**Exhibit 6** is an unredacted copy of Plaintiff's Opening Brief in support of Motion for Partial Summary Judgment which contains information designated "CONFIDENTIAL" and "ATTORNEYS' EYES ONLY" by Defendant. Counsel for Defendant has not consented to publicly filing the information that has been redacted from the public version of Exhibit 6.

**Exhibit 7** is an unredacted copy of Plaintiff's [Proposed] Order Granting Plaintiff's Motion for Partial Summary Judgment which contains information designated "CONFIDENTIAL" and "ATTORNEYS' EYES ONLY" by Defendant. Counsel for Defendant has not consented to publicly filing the information that has been redacted from the public version of Exhibit 7.

**Exhibit 8** is an unredacted copy of Plaintiff's Statement of Uncontroverted Facts and Conclusions of Law in support of Motion for Partial Summary Judgment which contains information designated "CONFIDENTIAL" and "ATTORNEYS' EYES ONLY" by Defendant. Counsel for Defendant has not consented to publicly

filing the information that has been redacted from the public version of Exhibit 8.

Pursuant to Local Rule 79-5.2.2, on August 5, 2021, counsel for the parties met and conferred regarding the status of the information identified in this Application, which Defendant has designated as confidential, in an attempt to eliminate or minimize the need for filing under seal by means of redaction. The parties were unable to reach agreement concerning the information identified in this Application.

Plaintiff therefore respectfully requests that this Court grant this application to file Exhibits 1 – 8 under seal.

Dated: August 6, 2021            Respectfully submitted

                                             **THE MCARTHUR LAW FIRM, PC**

                                             By */s/ Stephen C. McArthur*

                                             Stephen C. McArthur
                                             Thomas E. Dietrich

                                             *Attorneys for Plaintiff Thrive Natural Care, Inc.*

# **CERTIFICATE OF SERVICE**

Case Name: *Thrive Natural Care, Inc. v. Thrive Causemetics, Inc.*
Case No.: 2:20-cv-9091-PA-AS

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, declare under penalty of perjury that I am a citizen of the United States over 18 years of age. My business address is 9465 Wilshire Blvd., Ste. 300, Beverly Hills, CA 90212. I am not a party to the above-entitled action.

    I have caused service of the following documents, described as:

**PLAINTIFF THRIVE NATURAL CARE, INC.'S APPLICATION TO FILE DOCUMENTS UNDER SEAL**

on Defendant's counsel by electronic mail on August 6, 2021, at the following addresses:

Ransom, Rollin rransom@sidley.com,
De Lilly, Lauren ldelilly@sidley.com

**SIDLEY AUSTIN LLP**
555 West Fifth Street
Los Angeles, CA 90013

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 8/6/2021     By: */s/ Rick Brown*
                                                      Rick Brown