1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

9

THRIVE NATURAL CARE, INC.,

Case No. 2:20-CV-9091-PA-AS

10

Plaintiff,

**[PROPOSED] ORDER GRANTING
PLAINTIFF'S APPLICATION TO
FILE DOCUMENTS UNDER SEAL**

11

v.

12

THRIVE CAUSEMETICS, INC.,

13

Defendant.

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## <u>ORDER</u>

This Court has read and considered Plaintiff Thrive Natural Care Inc.'s Application for Leave to File Under Seal and the Sealed Declaration of Stephen McArthur in support of Plaintiff Thrive Natural Care, Inc.'s Application for Leave to File Under Seal. Good cause and a compelling need to file these documents under seal have been shown, based on the confidential and sensitive nature of the documents:

**<u>Exhibits 1-4</u>** are unredacted copies of Defendant's deposition transcripts and exhibits that contain information designated "CONFIDENTIAL" and "ATTORNEYS' EYES ONLY" by Defendant. Counsel for Defendant has not consented to publicly filing the information that has been redacted from the public version of Exhibits 1-4.

**<u>Exhibit 5</u>** is an unredacted copy of the Declaration of David Drews in support of Plaintiff's Motion for Partial Summary Judgment which contains various figures and information designated "CONFIDENTIAL" and "ATTORNEYS' EYES ONLY" by Defendant. Counsel for Defendant has not consented to publicly filing the information that has been redacted from the public version of Exhibit 5.

**<u>Exhibit 6</u>** is an unredacted copy of Plaintiff's Opening Brief in support of Motion for Partial Summary Judgment which contains information designated "CONFIDENTIAL" and "ATTORNEYS' EYES ONLY" by Defendant. Counsel for Defendant has not consented to publicly filing the information that has been redacted from the public version of Exhibit 6.

**<u>Exhibit 7</u>** is an unredacted copy of Plaintiff's [Proposed] Order Granting Plaintiff's Motion for Partial Summary Judgment which contains information designated "CONFIDENTIAL" and "ATTORNEYS' EYES ONLY" by Defendant. Counsel for Defendant has not consented to publicly filing the information that has been redacted from the public version of Exhibit 7.

**<u>Exhibit 8</u>** is an unredacted copy of Plaintiff's Statement of Uncontroverted

1   Facts and Conclusions of Law in support of Motion for Partial Summary Judgment

2   which contains information designated "CONFIDENTIAL" and "ATTORNEYS'

3   EYES ONLY" by Defendant. Counsel for Defendant has not consented to publicly

4   filing the information that has been redacted from the public version of Exhibit 8.

5

6        IT IS HEREBY ORDERED that:

7        Plaintiff's Application to File Documents Under Seal is GRANTED.

8   Plaintiff shall promptly file Exhibits 1 – 8 under seal in accordance with Local Rule

9   79-5.2.2(c).

10       IT IS SO ORDERED.

11

12  DATED:_____

13                                   Hon. Percy Anderson
                                     Judge, United States District Court

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28