Rollin Ransom (State Bar No. 196126)
rransom@sidley.com
Lauren M. De Lilly (State Bar No. 301503)
ldelilly@sidley.com
Paula Salazar (State Bar No. 327349)
psalazar@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Attorneys for Defendant Thrive Causemetics, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THRIVE NATURAL CARE, INC.<br><br>   Plaintiff,<br><br>   v.<br><br>THRIVE CAUSEMETICS, INC.,<br><br>   Defendant. | Case No. 2:20-cv-9091-PA-AS<br><br>**DECLARATION OF NED A. MENNINGER IN SUPPORT OF PLAINTIFF THRIVE NATURAL CARE, INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL** |

## DECLARATION OF NED A. MENNINGER

I, Ned A. Menninger, declare and state as follows:

1. I am the Chief Financial Officer of Thrive Causemetics, Inc. ("TCI"), the Defendant in the above-captioned action. I make this declaration in support of sealing certain documents and information designated as confidential by TCI and filed under seal by Plaintiff Thrive Natural, Inc. ("Plaintiff") in connection with Plaintiff's Motion for Partial Summary Judgment ("Motion") (ECF No. 40). I have personal knowledge of the facts stated in this declaration, and I would and could testify as to them if called as a witness in this action.

2. TCI has produced certain of its financial and strategic business information in response to Plaintiff Thrive Natural Care, Inc.'s discovery requests in this action.

3. TCI's financial information produced in this action, as reflected in Exhibits 3 through 8 to the Declaration of Stephen McArthur in support of Plaintiff's Application to Seal ("McArthur Sealing Declaration") (ECF No. 34) and in Plaintiff's corresponding summary judgment filings, is non-public and includes details concerning TCI's revenue (totals, and by product or product category), costs, operating expenses, and net income from 2018 through May of 2021.

4. TCI's strategic business information produced in this action, as reflected in Exhibits 1 and 2 to the McArthur Sealing Declaration and in Plaintiff's corresponding summary judgment filings, is non-public and includes detailed information concerning adword performance metrics, investor or business partner pitch decks, and product launch details.

/ / /

/ / /

/ / /

5. Disclosure of TCI's non-public and detailed financial and strategic business information would be detrimental to TCI's business interests because it would provide competitors with insights into TCI's business operations and strategy, which could in turn be used by TCI's competitors for improper purposes.

I declare under penalty of perjury under the laws of the United States that the above facts are true and correct.

Executed this 10th day of August, 2021, in Sammamish, Washington.

_____
Ned A. Menninger