Stephen McArthur (SBN 277712)
stephen@smcarthurlaw.com
Thomas Dietrich (SBN 254282)
tom@smcarthurlaw.com
THE MCARTHUR LAW FIRM, P.C.
9465 Wilshire Blvd., Ste. 300
Beverly Hills, CA 90212
Telephone: (323) 639-4455

*Attorneys for Plaintiff Thrive Natural Care, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THRIVE NATURAL CARE, INC., <br><br>Plaintiff, <br><br>v. <br><br>THRIVE CAUSEMETICS, INC., <br><br>Defendant. | Case No. 2:20-CV-9091-PA-AS <br><br>**DECLARATION OF ALEX MCINTOSH IN SUPPORT OF DEFENDANT'S APPLICATION FOR LEAVE TO FILE UNDER SEAL** <br><br>Hon. Percy Anderson |

I, ALEX MCINTOSH, declare as follows:

1. I am the co-founder and CEO of Thrive Natural Care, Inc. ("Thrive"), the Plaintiff in the above-captioned action. I make this declaration in support of sealing certain documents and information designated as confidential by Thrive and filed under seal by Defendant Thrive Causemetics, Inc. ("TCI") in connection with TCI's Motion for Partial Summary Judgment (Dkt. 36) and related Application to File Documents Under Seal (Dkts. 37 and 38). The matters set forth herein are of my own personal knowledge and, if called upon to testify as to such matters, I could and would do so.

2. Thrive has produced certain financial information to Defendant TCI in response to TCI's discovery requests in this case.

3. Such financial information from Thrive is contained in TCI's Memorandum of Points and Authorities, Statement of Uncontroverted Facts, and Exhibit B to the Declaration of Lauren De Lilly in Support of Defendant's Motion for Summary Judgment ("De Lilly MSJ Declaration"). This financial information is non-public and includes details concerning Thrive's revenue, costs, operating expenses, and net income from 2015 through 2020.

4. Disclosure of Thrive's non-public financial information would harm Thrive's business interests because it would provide Thrive's competitors with insights into Thrive's finances and business operations, which could be used for improper purposes.

5. Though TCI applied to file under seal Exhibit G to the De Lilly MSJ Declaration (2019 email exchange), Thrive withdraws its confidentiality designation with regard to this document and has filed the same publicly in support of its own summary judgment motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 11, 2021, at San Francisco, California.

_____
Alex McIntosh