# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Thrive Natural Care, Inc.<br><br>Plaintiff(s)<br>v.<br><br>Thrive Causemetics, Inc.<br><br>Defendant(s) | CASE NUMBER:<br><br>CV20-09091-PA (ASx) | |
| | **MOTION RE: INFORMAL DISCOVERY DISPUTE** | |

     The parties have requested an informal discovery conference with Magistrate Judge Alka Sagar. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

A telephone conference is set is set for **Tuesday, August 17, 2021 at 11:00 a.m. PST.** The call-in number and password will be e-mailed to the parties.

Dated:   August 16, 2021              By:      Alma Felix     
                                                                                                        Deputy Clerk