1 Stephen McArthur (SBN 277712)
stephen@smcarthurlaw.com
2 Thomas Dietrich (SBN 254282)
tom@smcarthurlaw.com
3 THE MCARTHUR LAW FIRM, P.C.
9465 Wilshire Blvd., Ste. 300
4 Beverly Hills, CA 90212
Telephone: (323) 639-4455
5
*Attorneys for Plaintiff Thrive*
6 *Natural Care, Inc.*

7

8

9 UNITED STATES DISTRICT COURT

10 CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12 THRIVE NATURAL CARE, INC., | Case No. 2:20-CV-9091-PA-AS |
| 13 Plaintiff, | **DECLARATION OF ALEX MCINTOSH IN SUPPORT OF** |
| 14 v. | **PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR** |
| 15 THRIVE CAUSEMETICS, INC., | **SUMMARY JUDGMENT** |
| 16 Defendant. | Hon. Percy Anderson |
| 17 | **Hearing Date**: September 13, 2021 |
| 18 | **Time:** 1:30 p.m. |
| | **Courtroom:** 9A |

19

20

21

22

23

24

25

26

27

28

I, ALEX MCINTOSH, declare as follows:

1.     I make this Declaration in support of Plaintiff's Opposition to Defendant Thrive Causemetics, Inc.'s ("TCI") Motion for Summary Judgment. The matters set forth herein are of my own personal knowledge if called upon to testify as to such matters, I could and would do so.

2.     I am the co-founder and CEO of Thrive Natural Care, Inc. ("Thrive") and have been the CEO of Thrive since its beginning in 2013. From my duties for Thrive, I have personal knowledge about Thrive's sales of skincare products in the United States bearing the mark "THRIVE" (the "THRIVE Mark").

3.     Thrive began using the THRIVE Mark in relation to skincare products in August 2013. Those products consisted of Thrive Face Balm (a skin lotion/cream/moisturizer product), Thrive Face Wash (a cleanser), and Thrive Shave Oil (a skin moisturizing oil). Since September 2013, Thrive has continuously offered for sale and sold skincare products under the THRIVE Mark.

4.     Today, Thrive sells a range of skincare and grooming products, including face washes and scrubs, lotions, moisturizers, sunscreens, face balms, cleansing and shaving soaps, pre-shaving and shaving oils, and grooming oils—all of which use the THRIVE Mark (collectively, "Thrive Products").

5.     Thrive sells its products through its website, www.thrivecare.co, as well as through online retail partners, including Amazon.com and Walmart.com, and through brick-and-mortar retailers such as Whole Foods. Thrive sells its products nationally and has since its inception.

6.     Thrive is a successful Public Benefit Corporation with a loyal customer base and significantly increased growth, revenue, and social and environmental impact each year. Thrive achieved over $1 million sales in 2020. As of August 22, 2021, Thrive's sales had equaled all of 2020, and are on track to double 2020 revenue by the end of this year. In addition, per the company's Public Benefit charter, Thrive's regenerative business model is successfully restoring

hundreds of acres of degraded lands and boosting the livelihoods of hundreds of farmers and community members in rural areas.

7.  Thrive includes its THRIVE mark and branding on every product it sells, and it has done so since 2013. Each Thrive product bears THRIVE branding, including the word THRIVE in block or bold letters on the package front as well as additional references to THRIVE on the bottle or package. The images below are correct and accurate representative examples of Thrive Products.



8.  In addition to Thrive's product packaging, Thrive's marketing and advertising often uses the term "Thrive skincare" to refer to Thrive Products, as well as terms that include the word "thrive" and words describing the product at issue, such as "Thrive moisturizer," "Thrive cleanser," and "Thrive sunscreen."

9.  Prices for Thrive's products range between $12.95 for a soap bar to $54.95 for a VIP Kit containing several Thrive skincare products.

10.  Thrive targets both men and women for its Thrive Products. While it sells items such as beard oil to men, Thrive targets female customers for items like sunscreen, cleansers, lotions, and moisturizers. Women have always formed a sizable part, and in recent years the majority, of Thrive's customer base. More than

DECLARATION OF ALEX MCINTOSH
Case No. 2:20-CV-09091-PA-AS

60 percent of Thrive's purchasers on Amazon are women. In brick-and-mortar stores such as Whole Foods, female employees were among the earliest adopters of and advocates for Thrive, among both male and female customers.

11.    Since 2013, Thrive has devoted substantial money, time, and resources to developing the THRIVE brand. Thrive advertises its skincare products extensively on the Amazon and Walmart online marketplaces. The company has promotional partnerships with Amazon and Whole Foods and advertises through marketing agencies, public relations firms, social media such as Instagram and Facebook, the Thrive website blog, and online articles published on sites such as Medium. From 2018 to 2020, Thrive spent more than $660,000 on advertising the THRIVE brand.

12.    Thrive's positive business practices and high-quality products have gained significant attention from its retail partners. For example, Thrive was recently featured in a marketing video produced by Amazon, which the retailer shared with Amazon's 700,000-plus employees and over 100 million customers. Further, in December 2020, Thrive was one of just two small businesses selected by Amazon from among thousands of sellers to receive the first Amazon Launchpad Innovation Grant for most innovative products and business model. Lastly, Whole Foods Market has several times featured Thrive as a "favorite" brand for its customers.

13.    Thrive regularly receives media coverage from major national news outlets, such as a June 30, 2021, four-page article about Thrive in *USA Today* entitled "*How a small, sustainable skin care brand became a best-selling Amazon partner. Thrive Natural Care has grown by 1,300% in just four years*". A true and correct copy of the *USA Today* article is attached as <u>Exhibit A</u>, and can be found at the following url: https://www.usatoday.com/story/sponsor-story/amazon-small-business/2021/06/30/how-small-sustainable-skin-care-brand-became-best-selling-amazon-partner/7803615002/.

14.     Thrive's products, mission, and business model have generated over 1.5 billion media impressions in recent months alone, with coverage in publications such *as USA Today, CNN, Vogue, Forbes, MarketWatch, Real Simple, People, Beauty News, The Zoe Report, Hollywood Reporter, Instyle, Byrdie, Runners World, Whole Foods Magazine*, and *Natural Solutions Magazine*. I have also spoken on numerous podcasts about Thrive's business, and I delivered the opening keynote speech at The Future of Sustainability 2017 conference, hosted by the New York Society of Cosmetic Chemists.

15.     In recognition of Thrive's innovative business model and market success, the company was selected by Conservation International Ventures, the investment arm of one of the world's leading environmental organizations, for a five-year partnership and investment.

16.     I chose the name "Thrive" for my company in 2012. I chose that name because I thought it encapsulated best the regenerative business model I envisioned for my company: creating unique personal care products in a way that restored degraded lands and boosted livelihoods of small-holder farmers and rural communities, first in Costa Rica and eventually around the world. In other words, I wanted to create a business model that would help farmers and communities to grow and thrive. I did not choose the name because it had any relation to a particular quality of the skincare products we sell or to any skincare products in general.

17.     Thrive owns all right, title, and interest in and to U.S. Trademark Registration No. 4,467,942 (the '942 Registration"), which was registered January 14, 2014, for the word mark "THRIVE" in relation to the following goods in International Class 003: "Non-medicated skin care preparations, namely, facial lotions, cleansers and creams, creams and oils for cosmetic use, skin moisturizers; pre-shaving preparations; after shave lotions and creams." The application which matured into the '942 Registration was filed September 11, 2012. Thrive's '942

1   Registration has been deemed "incontestable" by the PTO.

2   18.   Thrive owns all right, title, and interest in and to U.S. Trademark

3   Registration 6,164,303 (the "'303 Registration," and, together with the '942

4   Registration, the "THRIVE Registrations"), which was registered September 29,

5   2020, for the word mark "THRIVE" in relation to the following goods in

6   International Class 003: "Body and non-medicated soaps and skin cleansing gels;

7   non-medicated skin care preparations, namely, facial lotions, cleansers and creams,

8   oils for cosmetic use, skin moisturizers; cosmetic sun care preparations and

9   sunscreens; shaving creams and gels; pre-shaving preparations; after shave lotions

10   and creams." The application which matured into the '303 Registration was filed

11   May 2, 2016.

12   19.   Attached hereto as <u>Exhibit B</u> is a true and correct copy of the

13   registration certificates for the THRIVE Registrations obtained from the U.S. Patent

14   & Trademark Office ("PTO") Trademark Status & Document Retrieval ("TSDR")

15   website.

16   20.   Thrive has expended extensive resources enforcing and defending its

17   intellectual property against such infringers, through cease-and-desist letters and

18   litigation. Thrive has sent cease-and-desist letters to every third-party it has

19   identified as potentially infringing its THRIVE family of trademarks. Its

20   enforcement efforts have been very successful and are identified, in part, below:

21   • The trademark registration for "ENTHRIVE", U.S. Reg. No. 4,841,662, for

22   "Beauty and cosmetic moisturizers and creams for skin care and renewal"

23   was surrendered and is now listed as Dead and Cancelled, after demand from

24   Thrive sent January 14, 2021.

25   • A seller of skincare products, The Good Hippie, Inc., agreed to sell off and

26   discontinue its use of "Thrive" branded skincare products after we sent a

27   demand letter in October 2020. All of its "Thrive" skincare products have

28   been removed from its website, distribution, and/or sale.

- The trademark registration for "DON'T JUST SURVIVE… THRIVE", U.S. Reg. No. 4,858,655, for skin creams was expressly surrendered on February 24, 2021, after a demand letter from Thrive sent in January 2021.

- The trademark application for "THRIVA", U.S. Serial No. 88049841, for skincare products was expressly permanently abandoned on February 19, 2021, after a December 2020 demand from Thrive.

- The trademark application for "Thriving Spirit", U.S. Serial No. 88908740, was amended on January 20, 2021, to remove all skincare and skincare-related products after a January 2021 demand letter from Thrive.

- The trademark registration for "NOURISH YOUR SKIN, AND THE REST WILL THRIVE", U.S. Reg. No. 6,037,264, was expressly surrendered by the owner on January 21, 2021, after a January 2021 demand letter from Thrive.

- The trademark registration for "THRIVING WITH DIABETES", U.S. Reg. No. 5,141,471, was amended on January 19, 2021, to remove all references to skincare products after a November 2020 demand letter from Thrive.

- A wellness center in Vancouver, Canada, Thrive Wellness Inc., removed its "Thrive" branded skincare products from sale and from its website after an October 2020 demand letter from Thrive.

- A demand letter was sent to Diathrive, Inc. on December 29, 2020, demanding that it amend its trademark registration to remove "lotions" and that it cease selling its diabetes lotion named Diathrive. The letter was successful, and Diathrive amended its trademark application and discontinued its sale of the infringing goods.

- In February 2020, Thrive Natural Care successfully enforced its trademark against THRIVA LUXE skincare products, forcing its owner, Thriva Inc., to discontinue all sales of the products and expressly abandon its trademark application, serial number 88049841.

DECLARATION OF ALEX MCINTOSH
Case No. 2:20-CV-09091-PA-AS

- A demand letter was sent to Thrive Market Inc. in October 2020 for its use of "Thrive Market" branded skincare products. Thrive has been discussing a resolution with Thrive Market and expects to successfully resolve this issue in Thrive's favor without litigation. Thrive is prepared to bring litigation to enforce its rights if it needs to.

- Thrive filed a lawsuit and is currently in litigation against Le-Vel Brands, LLC in the Central District of California concerning the latter's use of "Thrive Skin" in relation to skincare products.

Through its efforts, Thrive has substantially cleared the field in the skincare market of other entities' use of the term "thrive" as a skincare product brand.

21.     As of August 20, 2021, Plaintiff Thrive is the only entity with a live registered trademark for the mark "THRIVE" in relation to skincare products in International Class 003.

22.     As part of its enforcement efforts, Thrive has made offers to license the THRIVE Mark to the following entities (in addition to TCI, which is explained in more detail below): Thrive Market, Inc., Elis Cosmetics, and THRIVA, LLC. Attached hereto as Exhibit C are true and correct copies of Thrive's communications with those entities relating to licensing.

23.     In April 2016, Thrive's general email account received an email from Karissa Bodnar, the founder of Thrive Causemetics, Inc. ("TCI"). In her email, Ms. Bodnar asked for permission to use the THRIVE Mark on TCI's color cosmetics products used to help women with cancer. I responded and denied that request. I chose not to pursue the issue further at that time because (a) I thought Ms. Bodnar would abide by my decision not to allow TCI's use of our THRIVE Mark, (b) Ms. Bodnar promised in her email that TCI would "never use the word 'Thrive' without the word 'Causemetics'," and (c) Ms. Bodnar's implication that TCI would stay in its narrow lane of women's color cosmetics.

24.     In 2017, I learned that Ms. Bodnar had ignored my response refusing

DECLARATION OF ALEX MCINTOSH
Case No. 2:20-CV-09091-PA-AS

her request to use the THRIVE name, and I also learned that TCI had begun to de-emphasize the term "Causemetics" in TCI's advertising and branding, and to refer to itself as "Thrive" from time to time, without "Causemetics". As a result, Thrive sent a cease-and-desist letter to TCI on March 3, 2017, requesting that TCI stop using the "Thrive" name on its products. Attached hereto as <u>Exhibit D</u> is a true and correct copy of the letter sent by Thrive to TCI.

25.     TCI responded to Thrive's letter by rejecting the demand for TCI to stop using the name THRIVE. TCI stated in its letter that there could be no consumer confusion between the parties' products because they sold "different product lines" (color cosmetics for TCI vs. skincare products for Thrive). I relied on that assertion to mean that TCI was not and would not sell skincare products using the THRIVE brand. Attached hereto as <u>Exhibit E</u> is a true and correct copy of TCI's response letter.

26.     While I was aware after the communications in 2017 of TCI's continued use of the THRIVE name on color cosmetics, I did not take further action because TCI was not using the name on skincare products, and TCI had stated that Thrive would not have a valid legal claim unless the parties were selling the same type of goods. I relied in good faith on TCI's response that it was selling products in a different lane, color cosmetics, than my company, Thrive.

27.     In June 2019, Ms. Bodnar contacted me again, this time by telephone. During our telephonic discussion, Ms. Bodnar asked repeatedly for me to allow TCI to use the "THRIVE" name. During our call she never said anything about TCI selling skincare products or having plans to further expand by offering even more skincare products. I had no knowledge of that information. I refused Ms. Bodnar's request nonetheless, because by that point TCI's actions—particularly TCI's multi-million-dollar monthly advertising blitz using the THRIVE name—had begun to create confusion among consumers and retailers. I reminded Ms. Bodnar about Thrive's trademark registrations and stated that, for there to be any agreement, TCI

must at a minimum (1) alter its logo to deemphasize the word "Thrive" as compared to "Causemetics," and (2) agree to compensate Thrive with a significant licensing fee for TCI's use of the THRIVE Mark. I would not have raised the option of a licensing agreement if Thrive did not intend to license its mark to TCI in exchange for an appropriate license fee.

28.     After I proposed a licensing agreement, Ms. Bodnar attempted to negotiate by offering that TCI could make a donation to charity in Thrive's name. I rejected that proposal because accepting a charitable donation as a license fee would not have provided Thrive with sufficient benefit from the license. I responded by continuing the negotiation, telling Ms. Bodnar to discuss the matter with TCI's Board and respond to me with a licensing fee offer. Additionally, I requested that TCI stop using the THRIVE Mark in the meantime. The call ended, and I did not hear from Ms. Bodnar or anyone from TCI again.

29.     I found out in 2020 that TCI had begun to sell skincare products under the THRIVE CAUSEMETICS brand.

30.     I have reviewed TCI's website, www.thrivecausemetics.com. I noted in my review that TCI's website has a "Skincare" section at https://thrivecausemetics.com/collections/all-skincare, which displays lotions, moisturizers, cleansers, and lip balms that TCI is selling under the THRIVE CAUSEMETICS brand. I refer to TCI's skincare products as the "Infringing Skincare Products".

31.     The Infringing Skincare Products consists of TCI's entire skincare line, including the following products: Overnight Sensation Brightening Sleep Mask; Liquid Balm Lip Treatment; Gravity Defying Transforming Moisturizer; Bright Balance 3-in-1 Cleanser; Defying Gravity Eye Lifting Cream; Liquid Light Therapy All-in-One Face Serum; Moisture Flash Active Nutrient Toner; Deluxe Travel Defying Gravity Transforming Moisturizer; Defying Gravity Transforming Moisturizer; Deluxe Travel Bright Balance 3-in-1 Cleanser; Moisture-Enriched

Hand Sanitizer; Overnight Sensation Gentle Resurfacing Peel; Pumpkin Spice Latte Liquid Lip Balm Treatment; Smart Microdermabrasion 2-in-1 Instant Facial; Defying Gravity Nourishing Hand + Nail Cream; Smart Microdermabrasion 2-in-1 Instant Facial; Buildable Blur CC Cream; Filtered Effects Blurring Primer; all travel sized versions of these products; and all "sets" that include any of these products as part of the set.

32.    TCI's Infringing Skincare Products are identical in kind to the Thrive Products sold by Thrive under its THRIVE Mark. Both TCI and Thrive sell cleansers, moisturizers, lotions, creams, sunscreens, and lip balms under the same THRIVE brand.

33.    TCI's Infringing Skincare Products prominently feature the THRIVE Mark on the front of their packaging. Similarly, Thrive's skincare products prominently feature the THRIVE Mark on their packaging. Examples of Thrive's and TCI's products are shown below.

 

 

34. While TCI's package coloring differs from Thrive's package coloring, the prominent appearance of the THRIVE Mark on both and the similarity of the goods themselves creates a significant likelihood that consumers would believe the products are related or come from the same parent company.

35. Upon reviewing TCI's Infringing Skincare Products on TCI's website and related advertisements, I understand those products to range in cost between about $10 to $65. That is similar in cost to Thrive's Thrive Products.

36. Now that TCI has expanded into the skincare market, it is a direct competitor of my company, Thrive.

37. On June 30, 2021, an Amazon customer left a review of Thrive's sunscreen on Thrive's Amazon.com page, which stated: "I like Thrive products and have bought eye liner and mascara from them as well as moisteurizer [sic]." However, Thrive does not sell eyeliner or mascara, but TCI does. TCI is also the only entity to my knowledge named "Thrive" that sells eyeliner, mascara, and moisturizer. This indicates the customer purchased those items from TCI and

believed them to originate from Thrive. Attached hereto as <u>Exhibit F</u> is a true and correct copy of this Amazon review.

38.     Other Amazon reviews also show actual consumer confusion between Thrive and TCI. Attached hereto as <u>Exhibit G</u> are true and correct copies of two reviews left on Thrive's Amazon product page in which the consumers had purchased a Thrive Product but confused Thrive with TCI.

39.     The parties' skincare products frequently appear next to each other in searches run on the Google search engine and the Google Shopping search engine when those searches contain terms relevant to Thrive and the Thrive Products. For example, images of and links to TCI's Infringing Skincare Products and Thrive's Thrive Products appeared together in searches for the following terms:

<u>Google Shopping</u>
- "thrive natural care"
- thrive natural skincare
- mens thrive natural care
- thrive mens skin
- amazon thrive natural skincare
- amazon thrive natural care

<u>Google Search</u>
- thrive natural care
- "thrive natural care"
- amazon thrive face balm
- amazon thrive natural care
- amazon thrive natural skincare

Attached as <u>Exhibit H</u> are true and correct copies of screenshots taken by me of Google and Google Shopping search results for these terms demonstrating the parties' products appear side-by-side and in the same search results.

40.     Searches using another popular search engine, Bing, also show the

parties' skincare products appearing next to each other and in the same search results when those searches contain terms relevant to Thrive and the Thrive Products. That includes searches on the Bing and Bing Shopping search engines. Attached as <u>Exhibit I</u> are true and correct copies of screenshots taken by me of Bing and Bing Shopping search results for these terms demonstrating the parties' products appear side-by-side and in the same search results.

41.     The fact that TCI's Infringing Skincare Products appear together with the Thrive Products in Google and Bing searches for "Thrive" and skincare-related terms, and even for my specific company name and in searches for men's products, creates an extremely high likelihood that consumers will see the parties' products together when they are searching online for "Thrive" skincare products. If someone hears from a friend about my company Thrive's great "Thrive skincare" product, the chances are they may use an online search engine like Google or Bing to find out what product the friend meant. A consumer searching online for Thrive or the Thrive Products is likely to use terms such as "Thrive skincare" and "Thrive Natural Care". When TCI's products, which are also referred to as "Thrive" products in search results, are shown together with the Thrive Products, it is highly likely a consumer would be confused and click on links to TCI's products believing them to originate from or be affiliated with Thrive.

42.     Thrive's Thrive Products and TCI's Infringing Skincare Products also appear together in searches on online marketplaces, including Amazon, Walmart.com, eBay, and Mercari. Attached as <u>Exhibit J</u> are true and correct copies of screenshots of instances of the parties' products appearing together on such marketplaces. One such example is shown below and is particularly demonstrative of the side-by-side confusion of our products and TCI's products directly where they are sold online. A search in the category of facial skin care products on Amazon.com for solely the word "thrive" returns TCI's skincare product called Buildable Blur CC Cream for purchase *directly below* our genuine Thrive Natural

Care products. This is shown in the screenshot below.



43.     When Thrive has acquired a customer on Amazon or through social media or via media articles, and that customer has purchased and tried one of Thrive's products, the opportunity for Thrive is to cross-sell other Thrive Products to that same customer. But with TCI's advertising and misimpressions flooding our marketing channels, the customer is funneled away from Thrive and to TCI. Thus, our hard work of attracting the attention of a potential customer, converting the customer to purchase, and then creating repeat purchase and cross-selling opportunities is all for naught when TCI is siphoning off Thrive customers with TCI's infringing mark usage and extremely high ad budget.

44.     Thrive's THRIVE Mark is particularly valuable because it is the only registered mark beginning with "thrive" or for "thrive" alone for skincare products.

While numerous third parties and TCI have attempted to use the mark THRIVE in relation to skincare products—demonstrating high demand for the mark—Thrive has taken steps to clear the field of other similar marks. Further, the harm caused by TCI—and, in particular, by TCI's products showing up together with Thrive's products in nearly every online search for Thrive's products—is acute.

45.    Outside investors have valued our THRIVE brand at $10 million.

46.    In my deposition in this case, I testified that Thrive trying to do corrective advertising in the current circumstances—where TCI is spending 1,000 times more per month on advertising—would not be effective or a good investment of Thrive's advertising budget until TCI's infringing actions have ceased. As I testified, TCI is currently out-spending Thrive 1,000 to 1 with a brand that says TCI is "selling Thrive skin care" products. Under the current circumstances where TCI's skincare products appear together with Thrive's skincare products in every online search, and TCI's advertising budget is exponentially higher than Thrive's, it would be difficult to conduct a corrective advertising campaign before TCI has ceased its infringing marketing efforts because TCI has saturated the market with misimpressions that the THRIVE Mark relates to TCI and the cost to correct those misimpressions would be extremely high.

47.    Further, by the placement of TCI's ads and products, it appears TCI bids on advertising keywords containing the word "thrive," which in turn would drive up the price for those keywords for anyone else attempting to bid on them. That would cause Thrive would have to pay far more to secure advertising keywords for its own registered trademark. Those high costs would be significant to Thrive, which is a small business without hundreds of millions of dollars in revenue.

48.    If and when TCI is stopped from using the THRIVE Mark and stops flooding the market with its own ads linking "THRIVE" to TCI, then spending money on corrective advertising could be highly effective. However, given the

DECLARATION OF ALEX MCINTOSH
Case No. 2:20-CV-09091-PA-AS

ubiquity of TCI's advertising, it would take a very substantial amount of corrective advertising to remedy the several years of misimpressions created by TCI. Until TCI's infringement is stopped, Thrive simply does not have the multi-million-dollar ad budget necessary to combat TCI's misimpressions.

49.     Unless TCI is forced to stop using the THRIVE Mark on skincare products, the parties will continue to compete against each other in the same market selling the same types of goods. That will only continue to exacerbate the consumer confusion problem caused by TCI selling goods under my company's THRIVE Mark and advertising in ways that cause TCI's skincare products to appear together with Thrive's skincare products in online searches and marketplaces.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 23, 2021, at San Francisco, California.

_____

Alex McIntosh

# **Exhibit A**



Story from **Amazon**

# How a small, sustainable skin care brand became a best-selling Amazon partner

*Thrive Natural Care has grown by 1,300% in just four years – thanks, in part, to Amazon.*

Stephanie Walden for Amazon
Published 9:00 a.m. ET Jun. 30, 2021

Thrive Natural Care is a top-selling Amazon partner. *Thrive Natural Care*

With its scores of serums that promise to sculpt, tons of toners that tout tightening properties and a smorgasbord of SPF products, you could say that skin care is a saturated market. So, when Alex McIntosh set out to create a skin care line, he knew he wanted to do something fundamentally different.

McIntosh wanted to create products that would give back not only to the people producing and using them, but also to the planet. That's why he co-founded Thrive Natural Care in 2012 with a regenerative mission in mind. Fast-forward to today, and Thrive's business is, well, thriving. The company has grown 1,300% in the past four years alone.

So, how did McIntosh manage to stand out? Thrive's success is in part due to its traction on Amazon, where the brand's products have garnered tens of thousands of glowing reviews.

**A 'regenerative' business model**

Thrive makes unisex skin care products powered by regenerative farming principles – that is, ingredients from botanical super plants grown in such a way as to promote soil health, improve biodiversity and closely mimic how the plants grow in nature. It's part of the regenerative agriculture movement that seeks to reimagine the way people grow and consume crops from the ground up.

"Our entire business model is aiming for regenerative impact," said McIntosh. "Each customer purchase goes way beyond the 'buy one, give one' model… It's helping restore degraded lands, bring the soil back to life and boost the lives of hard-working rural farmers."

Thrive's products incorporate three new-to-market "super plants" – juanilama, fierrillo and coralillo – grown in Costa Rica. The ingredients have been used in indigenous Costa Rican medicines for hundreds of years. On a commercial scale, these specific types of plant oils are not in any other skin care line in the world.

"We grow these plants in a special way – regeneratively," said McIntosh. "It makes the oils really potent and pure, much more so than if they were grown conventionally. And that's great for skin."

It's also great for the farmers who grow Thrive Natural Care products' key ingredients. Today, the company partners with 30 farmer families in Costa Rica, including a leading women-led cooperative. The income they earn working for Thrive far surpasses what they were making before.

"It goes way beyond fair trade," McIntosh said. "Farmers make more money, restore their lands and don't have to purchase or use toxic pesticides, herbicides or fertilizers."



MCINTOSH OPP. 2

*Fair trade is at the heart of Thrive Natural Care's company values. Thrive Natural Care*

### Building an enthusiastic customer base on Amazon

Thrive's products on Amazon have page after page of five-star reviews. Not only do customers appreciate the quality of the products – and that they actually work as advertised – but they also love the company's mission. "This product is the full package," reads a recent one.

"I was surprised by how many customers from various parts of the country have really appreciated our regenerative mission," McIntosh said. "Ultimately, I think the premise of our business – to leave something better than you found it – is something that everyone can buy into."

Particularly popular products include Thrive's Daily Defense SPF 30, a mineral sunscreen for the face, and Body Shield 50, a new sun-protection body cream for people with active lifestyles. Other products include face washes and lotions, exfoliants, shaving oils and soaps. All contain the superplant blend that's unique to Thrive's model.

McIntosh started selling Thrive's products on Amazon in late 2015. He joined the online store after Amazon approached him, interested in highlighting small, innovative brands and giving them more exposure.

"They said, 'We're going to allow for better storytelling, and we're going to give you extra tools to grow your business,' " explained McIntosh.

This conversation ultimately led to Thrive Natural Care becoming a beta tester for Launchpad, one of Amazon's most successful selling partner programs to date. Last year, Thrive received a Launchpad innovation grant worth $10,000.

Many people don't realize that almost all of Amazon selling partners are small- and medium-sized brands, like McIntosh's. The company has led several initiatives to support sellers in the past several years, including pouring more than $18 billion into technology and programs for small- and medium-sized businesses (SMBs) in 2020 alone.

Currently, more than 2 million SMBs companies sell on Amazon. According to a survey, roughly 48% of businesses selling on Amazon.com are woman-owned, and thee company recently launched a new initiative to provide Black-owned business with resources and guidance to succeed as selling partners, the Amazon Black Business Accelerator.

With momentum in Thrive's favor, McIntosh said that the brand is now one of Amazon's top sellers in the Beauty & Personal Care category.

"Coming from nowhere as this little company, it's been a great ride," he said

### Advice for other small businesses who want to sell on Amazon

McIntosh's ride has involved its fair share of logistical learnings. Thrive sees big spikes around the holidays and at certain times of year (like now, with summer in full swing), which can lead to supply chain challenges.

But with continued support from Amazon – and help from their robust fulfillment services – Thrive has seen phenomenal traction. For example, in 2019 when Thrive first unveiled their Daily Defense 30 product, Amazon partnered with the company to launch it just in time for Prime Day.

"It was really great," recalled McIntosh. "We were just a very small company, but that product hit No. 1 for new beauty releases on Launchpad… and it stayed there for 10 weeks straight."

This year, McIntosh reported that Thrive's Prime Day Amazon sales grew 164% compared to Prime Day 2020. "Our best-seller products – Daily Defense SPF30 and BodyShield50 – really stood out," said McIntosh. "Sales of both products were up more than 300%. We're thankful that Amazon FBA can help us get our products to all these new customers!"

For other small business owners considering selling on Amazon, McIntosh has a few points of advice: "First, you've got to understand the levers of how Amazon works. Second you need to stay on the right side of their terms of service," he said. "Third, you need compelling, concise content that explains why your product is 'the one'… And finally, great customer service is critical for repeat customers."

While getting this exact formula right involves some trial and error, McIntosh said when companies hit the sweet spot, Amazon can really propel their business. He added that the marketing channels available via the platform are invaluable.

"Small brands have minuscule marketing budgets compared to the industry giants. So, getting shelf space – and airtime – in traditional retail is prohibitively expensive. But on Amazon, if a brand has great products, great service, and a great story to share, your playing field is much more level. You can grow from startup to category favorite with a much smaller wallet."

As part of a new $100 million investment to help small business sellers succeed, Prime members received a $10 credit to spend on Prime Day when they spent $10 on small business products. There were plenty of options to choose from, with more than 300,000 sellers in Amazon's store during the two-week lead-up to Prime Day, June 7 and June 20.

In the first twenty-four hours of the promotion, more than 2.5 million customers bought products from small businesses. After the full two weeks, customers spent over $1.9 billion on more than 70 million items – more than a 100% year-over-year increase on sales compared to the Prime Day 2020 promotion in October.

*Be sure to check out Amazon's "support small" hub to learn how you can shop at small businesses using your Prime account.*

**Members of the editorial and news staff of the USA TODAY Network were not involved in the creation of this content.**

**MCINTOSH OPP. 3**

*More from Amazon*



**How Amazon supports small businesses**

**About**

About Us

Newsroom Staff

Ethical Principles

Corrections

Press Releases

Accessibility

Sitemap

Terms of Service

Your California Privacy Rights/Privacy Policy

Privacy Policy

**Cookie Settings**

**Support**

Contact Us

Help Center

My Account

Give Feedback

Get Home Delivery

eNewspaper

USA TODAY Shop

Licensing & Reprints

Advertise

Careers

Internships

Support Local Business

**Stay Connected**

News Tips

Submitting letters to the editor

Podcasts

Newsletters

Mobile Apps

Facebook

Twitter

Instagram

LinkedIn

Pinterest

YouTube

Reddit

Flipboard

RSS

**Our Partners**

10Best

Reviewed

Jobs

Moonlighting

Sports Weekly

Studio Gannett

USA TODAY Sports+

Classifieds

**From the Network**

The City

The Wall

Storytellers

© 2021 USA TODAY, a division of Gannett Satellite Information Network, LLC.

**MCINTOSH OPP. 4**

# Exhibit B



# United States of America
## United States Patent and Trademark Office

# THRIVE

**Reg. No. 4,467,942**

**Registered Jan. 14, 2014**

**Int. Cl.: 3**

**TRADEMARK**

**PRINCIPAL REGISTER**

THRIVE NATURAL CARE, INC. (DELAWARE CORPORATION)
42 DARRELL PLACE
SAN FRANCISCO, CA 94133

FOR: NON-MEDICATED SKIN CARE PREPARATIONS, NAMELY, FACIAL LOTIONS, CLEANSERS AND CREAMS, CREAMS AND OILS FOR COSMETIC USE, SKIN MOISTURIZERS; PRE-SHAVING PREPARATIONS; AFTER SHAVE LOTIONS AND CREAMS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 9-5-2013; IN COMMERCE 9-5-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-980,517, FILED 9-11-2012.

GISELLE AGOSTO, EXAMINING ATTORNEY



*Michelle K. Lee*

**Deputy Director of the United States
Patent and Trademark Office**

**MCINTOSH OPP. 6**

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse)  **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO.  The time periods for filing are
based on the U.S. registration date (not the international registration date).  The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications
at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.  Please check the
USPTO website for further information.  With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

Page: 2 / RN # 4,467,942

**MCINTOSH OPP. 7**

# United States of America

## United States Patent and Trademark Office

# THRIVE

**Reg. No. 6,164,303**

**Registered Sep. 29, 2020**

**Int. Cl.: 3**

**Trademark**

**Principal Register**

Thrive Natural Care, Inc. (DELAWARE CORPORATION)
42 Darrell Place
San Francisco, CALIFORNIA 94133

CLASS 3: Body and non-medicated soaps and skin cleansing gels; non-medicated skin care preparations, namely, facial lotions, cleansers and creams, oils for cosmetic use, skin moisturizers; cosmetic sun care preparations and sunscreens; shaving creams and gels; pre-shaving preparations; after shave lotions and creams

FIRST USE 9-5-2013; IN COMMERCE 9-5-2013

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-021,374, FILED 05-02-2016



Director of the United States
Patent and Trademark Office



**MCINTOSH OPP. 8**

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse)  and  an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

MCINTOSH OPP. 9

# **<u>Exhibit C</u>**

**MCINTOSH OPP. 10**

 Gmail

Stephen McArthur <stephen@smcarthurlaw.com>

---

## Infringement of Thrive Natural Care, Inc.'s Registered Trademarks

**Stephen McArthur** <stephen@smcarthurlaw.com>          Mon, Nov 30, 2020 at 4:39 PM
To: Ken Kwartler <Ken@kwartlerlaw.com>
Cc: Ricky Brown <ricky@smcarthurlaw.com>, Tom Dietrich <tom@smcarthurlaw.com>

Mr. Kwartler, I write in response to your letter dated 11/20/2020. Your entire analysis is mistakenly about TTAB opinions and various third-party applications and registrations on the USPTO registry, none of which are relevant to a federal court infringement and damages analysis. The bottom line is that (a) Thrive Natural Care has a registered, incontestable trademark for the term "THRIVE" for skincare products, (b) Thrive Natural Care is the senior user, and (c) your client is using my client's registered, incontestable mark to sell identical products. TTAB rules are not relevant here to federal court. You can attempt to find edge arguments here, but they won't avail your client here in a situation that is so cut and dried. If we cannot come to an agreement here, we will file a lawsuit, as we have done against Thrive Causemetics, and we will win on summary judgment.

Please let me know whether your client is willing to discuss entering into a licensing agreement and royalty payments for its past and future use of my client's THRIVE trademarks.

**The McArthur Law Firm**
Stephen Charles McArthur
9465 Wilshire Blvd, Suite 300
Beverly Hills, CA 90212
(424) 258-6815
www.smcarthurlaw.com

*This email, including any attachments, may contain material that is confidential, privileged and/or attorney work product, or inside information, for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited and may be unlawful. If you are not the intended recipient or if you received this message in error, please notify The McArthur Law Firm at stephen@smcarthurlaw.com and delete all copies. Sender reserves and asserts all rights to confidentiality, including all privileges and copyrights that may apply. Thank you.*

[Quoted text hidden]

    [Quoted text hidden]

    **Ken Kwartler Law Office**

    *5300 Meadows Road, Suite 200*

    *Lake Oswego, OR 97035*

    *(503) 806 3734*

    *www.KwartlerLaw.com*

    *Trademark, copyright, technology and related legal, business and marketing issues*

        On Nov 17, 2020, at 10:01 AM, Ken Kwartler <Ken@KwartlerLaw.com> wrote:

        Stephen,

        Alas, it looks like we will need a few more days to provide our substantive response to your October 27 letter. We should have it for you by week's end.

        Thank you for your patience.

        Regards,

**MCINTOSH OPP. 11**

McArthur Law Mail - Infringement of Evolve Natural Care, registered Trademark

Ken

[Quoted text hidden]

MCINTOSH OPP. 12



9465 Wilshire Blvd., Ste. 300
Beverly Hills, CA 90212

(323) 639-4455
stephen@smcarthurlaw.com

# M © A R T H U R

## LAW FIRM

Lisa Icenhower & Elis Cosmetics
5801 LONG PRAIRIE RD SUITE 54
FLOWER MOUND, TX 75028
info@eliscosmetics.com

### *Re: CEASE AND DESIST USE OF THRIVE® REGISTERED TRADEMARKS*

Dear Lisa Icenhower & Elis Cosmetics,

We are legal counsel to Thrive Natural Care, Inc., (hereinafter "Thrive"). Since 2013 Thrive has sold skincare products to the public branded as "THRIVE NATURAL CARE" and protected with a federal registered trademark. Today, Thrive sells a range of skincare and grooming products, including, but not limited to, face washes and scrubs, lotions, moisturizers, sunscreens, face balms, shaving lotions, and grooming oils. Thrive skincare products are sold online at www.thrivecare.co and through retail partnerships with Amazon and Walmart.com, as well as at Whole Foods Markets on the West Coast. Thrive is the sole owner of all intellectual property for the THRIVE® brand, which has been registered with the U.S. Patent and Trademark Office for over six years under registration number 4,467,942. THRIVE® has achieved incontestability status under the Lanham Act because it has been registered to Thrive and continuously used by Thrive for over five consecutive years. Thrive also owns registration No. 6,164,303 issued on September 29, 2020 and application serial number 90198496 for a wide range of products that fall within the natural zone of expansion of its other two registered trademarks.

Nevertheless, it has come to our attention that ELIS COSMETICS is selling THRIVE NATURAL CARE branded lotion and skincare products (the "Infringing Products") as "Thrive Natural Skin Care" Products.  Representative examples of the Infringement can be seen here:

- https://www.eliscosmetics.com/
- https://www.eliscosmetics.com/thrive/

**MCINTOSH OPP. 13**

You are using an identical trademark to sell identical goods despite my clients registered federal rights. The similarity of the marks and products constitutes, among other things, trademark infringement and unfair competition in violation of Section 32 and 43(a) of the Lanham Act, 15 USC §§1115 and 1125(a). **<u>Thrive's statutory remedies include a total disgorgement of profits, triple reimbursement of Thrive's losses, payment of Thrive's attorneys' fees and costs, and damages for corrective advertising.</u>** Please note that we have already sued another infringer just a few months ago, and if we do not resolve your blatant infringement quickly, my client will not hesitate to sue you as well.

Accordingly, we hereby demand that you immediately confirm in writing by the date below that you will :

1. Provide an accounting of all sales and revenue from your sale of all "Thrive Natural Skincare" banded lotion and skincare products and disgorge **all** profits to our client, as well as an additional 20% licensing fee of all revenue made; and either

2. Permanently cease and desist all use of the mark THRIVE®, or any other iteration of THRIVE® in connection with skincare lotion and related products worldwide within 30 days from the date this letter was sent. This includes "Thrive Natural Skin Care Products;" or

3. Enter into a licensing contract with Thrive and pay an ongoing royalty percentage of twenty percent (20%) on all future gross revenue for your use of the brand name THRIVE®. This is contingent upon agreement to a formal non-exclusive licensing arrangement that would include all standard licensing terms such as full quality control, approval rights, audit rights, and licensor control and ownership of all associated trademark good will. You must also submit evidence of all revenue for an appropriate calculation to be made. If no agreement can be reached, then you must cease and desist all use of the mark.

Please respond no later than Wednesday, **<u>February 3, 2021</u>**. While we much prefer to resolve this matter in a cooperative and professional manner, if we do not hear from you by February 3,

then we will have no choice but to advise our client that your continued and past use is "willful infringement", that you are unwilling to cooperate, and that we should proceed accordingly by filing a lawsuit in federal court.

If you have any questions or would like to discuss the details of your compliance, then I can best be reached by email at stephen@smcarthurlaw.com, or by phone at (323) 639-4455. This letter is not a complete statement of Thrive's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Thrive in connection with this matter, all of which are expressly reserved.

Best regards,

Dated: January 27, 2021                    By: *Stephen McArthur*
                                                Stephen Charles McArthur
                                                The McArthur Law Firm
                                                Attorneys for Thrive Natural Care



9465 Wilshire Blvd., Ste. 300
Beverly Hills, CA 90212

(323) 639-4455
stephen@smcarthurlaw.com

## LAW FIRM

Erika Toy & THRIVA, LLC
90 Longview Circle
North Lima, Ohio 44452
customercare@thrivaluxe.com

### *Re: CEASE AND DESIST USE OF THRIVE® REGISTERED TRADEMARKS*

Dear Erika Toy & THRIVA, LLC,

We are legal counsel to Thrive Natural Care, Inc., (hereinafter "Thrive"). Since 2013 Thrive has sold skincare products to the public. Today, Thrive sells a range of skincare and grooming products, including, but not limited to, face washes and scrubs, lotions, moisturizers, sunscreens, face balms, shaving lotions, and grooming oils. Thrive skincare products are sold online at www.thrivecare.co and through retail partnerships with Amazon and Walmart.com, as well as at Whole Foods Markets on the West Coast. Thrive is the sole owner of all intellectual property for the THRIVE® brand, which has been registered with the U.S. Patent and Trademark Office for over six years under registration number 4,467,942. THRIVE® has achieved incontestability status under the Lanham Act because it has been registered to Thrive and continuously used by Thrive for over five consecutive years. Thrive also owns registration No. 6,164,303 issued on September 29, 2020 and application serial number 90198496 for a wide range of products that fall within the natural zone of expansion of its other two registered trademarks.

It has come to our attention that THRIVA, LLC is selling THRIVE branded lotion and skincare products (the "Infringing Products"). Representative examples of the Infringing Products can be seen here:

- https://thrivaluxe.com/shop
- https://thrivaluxe.com/product/the-thriva-bundle
- https://thrivaluxe.com/product/eye-revive-botanical-peptides

**MCINTOSH OPP. 16**

**TNC01007**

- https://thrivaluxe.com/product/face-revive-daily-moisturizer-anti-aging-resveratrol-peptide-complex-ultra-plumping-moisturizer-hyaluronic-acid
- https://thrivaluxe.com/product/neuropeptide-super-serum-growth-factors-collagen-boosting-firming-increase-elasticity
- https://thrivaluxe.com/product/ultra-rich-body-repair-cream

The similarity of the marks and products constitutes, among other things, trademark infringement and unfair competition in violation of Section 32 and 43(a) of the Lanham Act, 15 USC §§1115 and 1125(a). Indeed, two of your applications have already been blocked by our registrations by the USPTO on grounds of likelihood of confusion. Thrive's statutory remedies include a total disgorgement of profits, triple reimbursement of Thrive's losses, payment of Thrive's attorneys' fees and costs, and damages for corrective advertising.

Accordingly, we hereby demand that you immediately confirm in writing by the date below that you will either:

1. Permanently cease and desist all use of the mark THRIVE®, or any other iteration of THRIVE® in connection with skincare lotion and related products worldwide within 30 days from the date this letter was sent. This includes "THRIVE AND SHINE" and "THRIVA".; and

2. Expressly Abandon THRIVA (application No. 88,049,841) using the form found at https://teas.uspto.gov/rea/; or

3. Enter into a licensing contract with Thrive and pay an ongoing royalty percentage of twenty percent (20%) on all past and future gross revenue for your use of the brand name THRIVE®. This is contingent upon agreement to a formal non-exclusive licensing arrangement that would include all standard licensing terms such as full quality control, approval rights, audit rights, and licensor control and ownership of all associated trademark good will. If no agreement can be reached, then you must cease and desist all use of the mark.

*The McArthur Law Firm • (323) 639-4455 • stephen@smcarthurlaw.com*

Please respond no later than Tuesday, **January 5, 2021**. While we much prefer to resolve this matter in a cooperative and professional manner, if we do not hear from you by January 5, then we will have no choice but to advise our client that your continued and past use is "willful infringement", that you are unwilling to cooperate, and that we should proceed accordingly by filing a lawsuit in federal court.

If you have any questions or would like to discuss the details of your compliance, then I can best be reached by email at stephen@smcarthurlaw.com, or by phone at (323) 639-4455. This letter is not a complete statement of Thrive's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Thrive in connection with this matter, all of which are expressly reserved.

Best regards,

Dated:  December 29, 2020                   By: *Stephen McArthur*
                                                    Stephen Charles McArthur
                                                    The McArthur Law Firm
                                                    Attorneys for Thrive Natural Care

**MCINTOSH OPP. 18**

**TNC01009**

# Exhibit D

TM

PROMO   ©

travis manfredi
travis@cobaltlaw.com
510.841.9800

March 3, 2017

VIA OVERNIGHT MAIL

Ms. Karissa Bodnar
Thrive Causemetics, Inc.
330 3rd Avenue West, Suite 204
Seattle, WA 98119

**RE:**        **THRIVE Trademark**
**OUR FILE:**    **Thrive Natural Care, Inc./Dispute with Thrive Causemetics**

Dear Ms. Bodnar:

We represent Thrive Natural Care, Inc. ("Thrive") with respect to its trademarks. While we applaud the motivation and mission behind Thrive Causemetics, Inc. ("TCI"), we have to take issue with your name choice. To that end, we write to inform you that your use of the identical term in your name for highly related products infringes Thrive's trademark rights. As such, you must immediately cease all use of the term THRIVE.

As you are aware, Thrive owns a federal trademark registration for the mark THRIVE (U.S. Trademark Reg. Nos. 4,467,942) for use in connection with skin care products. There is no question that your use of a mark that merely adds a term and is used in connection with related products is likely to cause consumer confusion between the marks.

Considering TCI's apparent abandonment of its application to register its THRIVE CAUSEMETICS trademark, TCI may have already realized its mark is problematic and changed its name to something that will not conflict with existing marks. If this is not the case, TCI must now do so.

Only by executing and returning this letter within ten days to signify TCI's agreement to cease use of all marks containing the term THRIVE will you avoid potential additional action by Thrive to protect its rights. Thrive understands that it will take time for you to change your name and sell through already-labeled products. Assuming you agree to the demands in this letter, Thrive will allow for a reasonable phase-out period of 120 days from date of receipt of this letter.



**MCINTOSH OPP. 20**

**TNC00902**

Ms. Karissa Bodnar
March 3, 2017
Page 2

We appreciate TCI's anticipated cooperation in this matter and look forward to hearing from you as requested. Please note that nothing in this letter should be construed as a waiver of any of Thrive's rights, all of which are expressly reserved.

Sincerely,

COBALT LLP

Travis Manfredi

Agreed to:

_____
Karissa Bodnar
Founder & CEO of Thrive Causemetics, Inc.

MCINTOSH OPP. 21

TNC00903

# **Exhibit E**

**MCINTOSH OPP. 22**

**Sent Via U.S. Mail and Email**

April 12, 2017

Travis Manfredi
Cobalt LLP
918 Parker Street, Bldg A21
Berkeley, CA 94710
travis@cobaltlaw.com

**Re:     Thrive Natural Care, Inc. / Thrive Causemetics, Inc.**

Mr. Manfredi:

As previously advised, we represent Thrive Causemetics, Inc. ("TCI") with respect to trademark matters. I write in response to your March 3, 2017 letter to Ms. Karissa Bodnar, alleging that TCI is infringing the THRIVE trademark of your client, Thrive Natural Care, Inc. ("Thrive"), and demanding that TCI cease further use of its trademark, THRIVE CAUSEMETICS.

As it appears that you followed the prosecution of TCI's trademark registration application before the USPTO, you are likely aware that the trademark examining attorney initially raised the issue of potential likelihood of confusion between TCI's THRIVE CAUSEMETICS trademark and your client's THRIVE trademark. You should also be aware that the trademark examining attorney subsequently withdrew the refusal to register the THRIVE CAUSEMETICS mark based on your client's THRIVE trademark. For largely the same reasons we outlined in our response to the USPTO office action, we disagree with your assertion that consumers are likely to be confused by the trademarks of each party.

In your letter, you state that "there is no question that your use of a mark that merely adds a term and is used in connection with related products is likely to cause consumer confusion between the marks." This was the same argument initially asserted by the trademark examining attorney. However, as we advised the trademark examining attorney, consideration of only the "thrive" portion of the two trademarks is improper in determining likelihood of confusion. TCI's trademark contains the additional coined term "causemetics." The inclusion of this unique term within TCI's trademark is significant, as it differentiates the appearance, sound and commercial impression of TCI's trademark from your client's THRIVE mark. The term "causemetics" suggests the important charitable aspect of TCI's business, which is supporting and empowering women fighting cancer and facing other challenges such as domestic abuse. To the extent the same consumers would even encounter both the trademark of Thrive and that of TCI, those consumers would be able to discern between the two brands due to the inclusion of "causemetics" in TCI's trademark, the overall branding of the different goods by our respective clients, which is quite distinct, and the different product lines. It is also simply not tenable that your client holds exclusive rights to the use of the word "thrive" in connection with any personal care, health, beauty, or the enormous market of related products. Thrive is a commonly used name and branding term to evoke some sense of

living well through the use of the relevant product. Your client has not created sufficient market awareness of its brand to crowd out others who want to use this common word. For at least these reasons, TCI will not agree to cease all use of its THRIVE CAUSEMETICS trademark.

You may be aware that TCI reached out to Thrive in April of 2016 regarding the possibility of a mutual trademark coexistence agreement. While your client politely rejected that request at the time, we would invite your client to reconsider. Given that your client's business is primarily aimed at men's skincare and shaving products, while TCI's is aimed at women's makeup, a trademark coexistence agreement would appear to be a simple way of resolving this matter. Through such an agreement, the two companies could set forth certain restrictions on their respective branding and marketing efforts intended to avoid the potential for consumer confusion down the road.

As I am sure you are aware, any active legal dispute over this trademark matter is going to be time-consuming and expensive. Although litigation has inherent uncertainties, we are confident that TCI will be able to successfully defend any claim of infringement and retain the right to use its trademark. Both of our clients, and our clients' investors, would be better served by focusing on growing their respective businesses with clear boundaries as to each other's trademark.

If you wish to discuss the possibility of Thrive and TCI entering into a trademark coexistence agreement, please feel free to contact me. I may be reached by email at sean@focallaw.com or by telephone at 206.617.3040.

This letter is made without prejudice to or waiver of any rights, remedies or defenses available to TCI, all of which are reserved.

Sincerely,

**Focal PLLC**

Sean M. McChesney

# Exhibit F

see more

★★★★☆ **Easy to apply, but watch the eyes!**

By Dinah Massie on June 30, 2021

I like Thrive products and have bought eye liner and mascara from them as well as moisteurizer. My dermatologist told me to get sunscreen to wear every day, so I bought this.

The first day I wore it, I put it all over my face and at 9am went walking (as I do daily) for a brief exercise break at work. I'm in Humid Houston, and by early morning the sweat drips freely. In fact, the sweat ran into the sunscreen, which ran into my eyes. And it burned like a thousand tiny flames of hell.

Four hours later and my eyes are still a little red. see less

Customers also asked

is this greasy? I have tried at least 30 sunscreens and they all leave my skin oily....does it really absorb?

Is this truly non—nano zinc oxide? that is stated in some descriptions, but on the ingredient list it only states zinc oxide.

**MCINTOSH OPP. 26**





MCINTOSH OPP. 28

# Exhibit G

| | | | | |
|---|---|---|---|---|
| 07/29/2019 | 5 | 114-0689282-4969858 | very pleased | Choose one ▾ |
| 07/28/2019 | 5 | 111-9206464-5833058 | Loved the products! Thanks! | Choose one ▾ |
| 07/27/2019 | 5 | 113-9680635-2163405 | Arrived very quickly and was just as described. | Choose one ▾ |
| 07/25/2019 | 5 | 112-7567742-5549838 | fantastic product. Not oily or greasy. Love the little pump. | Choose one ▾ |
| 07/22/2019 | 5 | 114-3376842-4302657 | I am blown away by how good this product works | Choose one ▾ |
| 07/21/2019 | 5 | 111-8553900-6730636 | Thrive is an up and comer in the the cosmetics field. Their mascara is phenomenal and this facial moisturizer with sunscreen is a plus in their line. | Choose one ▾ |
| 07/21/2019 | 5 | 113-9395627-6409037 | Bought this for my hubby. He used it once so far but it provided a nice shave, he said it had a nice feel, and the lotion wasn't greasy! | Choose one ▾ |
| 07/20/2019 | 5 | 113-5273434-0857850 | Great product!!! | Choose one ▾ |
| 07/20/2019 | 1 | 114-7494997-5460266 | ~~My order was delivered to the incorrect address~~ **Message from Amazon:** "This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience." | Choose one ▾ |

MCINTOSH 000436

★★★★★ **Brilliant. Finally a winner for brown skin**

Reviewed in the United States on June 14, 2021

Size: 4 Ounce (Pack of 1) | Style: Body | **Verified Purchase**

I never write reviews. But after trying mineral sunblock after mineral sunblock and finding this one, I couldn't not.

As a POC, finding a 100% mineral sunblock that doesn't leave a white cast is a struggle.

This one is amazing. It feels great on the skin, it's easy to blend into the skin, doesn't feel greasy and actually feels moisturizing to the skin. I'm not sure how it does on oilier skins, mine is dry and soaks it up.

Using it on myself and my toddler. So excited I don't have to send her to school looking like a ghost anymore, plus the ingredients are so good so I feel comfortable about her having it on all day.

Please never change your formula!

For reference, I also use the daily defense balm on both of us for the face. Even lighter and no white cast.

Well done, Thrive Causemetics.

| Helpful | | Report abuse |

MCINTOSH OPP. 31

TNC01559

6/22/2021    Amazon.com: Customer reviews: Thrive Natural Body Mineral Sunscreen SPF 50, 4 Ounces - Water Resistant Reef Safe Sunscreen with…

Case 2:20-cv-09091-PA-AS Document 57 Filed 09/23/21 Page 49 of 98 Page ID #:2387

Deliver to Stephen
Los Angeles 90043

All ▾

Hello, Stephen
Account & Lists ▾

Returns
& Orders

0

All   Prime Day Deals   Pet Supplies   Buy Again   Prime Video   Outdoor Recreation   Fresh ▾   Whole Foods   Sports & Fitness   Prime ▾

Thrive Natural Body Mineral Sunscreen SPF 50, 4 Ounces - Water... › Customer reviews

# Customer reviews

**4.3 out of 5**

1,351 global ratings

| | |
|---|---|
| 5 star | 66% |
| 4 star | 17% |
| 3 star | 9% |
| 2 star | 5% |
| 1 star | 4% |

How are ratings calculated?

### Thrive Natural Body Mineral Sun…

by Thrive Natural Care

Size: 4 Ounce (Pack of 1)   Style: Body   Change

**See All Buying Options**

**Add to Wish List**

---

## Top positive review

**All positive reviews ›**

kb8

**I highly recommend the THRIVE sunscreen even for dark skin!**

Reviewed in the United States on July 16, 2019

This sunscreen is amazing as it moisturizes very well, provides great protection in the sun and blends in well even with my dark skin tone. I love that I can go in and out of the ocean more than 5 times before I felt I needed to reapply! This is a great product with environmental friendly ingredients that that is likely more safe than some of the other products, I highly recommend

293 people found this helpful

## Top critical review

**All critical reviews ›**

Mandolina

**Bad reaction to product/use caution if you have rosacea**

Reviewed in the United States on January 8, 2021

I wanted to love this sunscreen. Local to me company, smells good, spreads well, great ingredients. But after two days of use, I broke out in a painful, hot rash on my neck and face, where I applied the sunscreen. I do have super sensitive skin (rosacea), but it's been under control for a while now, so all the red in these photos is from the reaction. This is the only new product I'm

6 people found this helpful

## Questions? Get fast answers from reviewers

What do you want to know about Thrive Natural Body Mineral Sunscreen SPF 50, 4 Ounces - Water Resistant Reef Safe Sunscreen

See all 78 answered questions

Ask

Need customer service? Click here

---

Search customer reviews

Search

**SORT BY**
Top rev…

**FILTER BY**
All reviewers   All stars   Size: 4 Ounc…   Text, image, …

**FILTERED BY**
Size: 4 Ounce (Pack of 1)   Style: Body   Clear filter

31 global ratings | 16 global reviews

## From the United States



Anna Narolewski

**Easy to Rub In, Reef Friendly, High Zinc Oxide Content**

Reviewed in the United States on April 27, 2021

Size: 4 Ounce (Pack of 1)   Style: Body   Verified Purchase

I am going on a trip to Cancún next month and I was looking for something with enough protection to handle the intense Caribbean summer sun. It is very important to me that the sunscreen is Reef-Friendly and doesn't pollute the ocean. I have tried various mineral sunscreens, and this one rubs in the best for mineral sunscreens. It has an interesting fragrance, it is not very strong but I prefer fragrance-free so I use a different one for my neck area so I don't get irritated by the scent since I am sensitive to any fragrance.

I enjoy that it is made out of plants, it doesn't feel greasy even tho it looks like it is thick. The bottle is also made out of plants and recyclable.

It is water resistant 80 min.

High Zinc Oxide Content: 23.5%

MCINTOSH OPP. 32

TNC01554

Case 2:20-cv-09091-PA-AS　Document 57　Filed 09/23/21　Page 50 of 98　Page ID #:2388

Helpful　Report abuse

 S. HD

**Brilliant. Finally a winner for brown skin**
Reviewed in the United States on June 14, 2021
Size: 4 Ounce (Pack of 1)　Style: Body　Verified Purchase

I never write reviews. But after trying mineral sunblock after mineral sunblock and finding this one, I couldn't not.
As a POC, finding a 100% mineral sunblock that doesn't leave a white cast is a struggle.
This one is amazing. It feels great on the skin, it's easy to blend into the skin, doesn't feel greasy and actually feels moisturizing to the skin. I'm not sure how it does on oilier skins, mine is dry and soaks it up.
Using it on myself and my toddler. So excited I don't have to send her to school looking like a ghost anymore, plus the ingredients are so good so I feel comfortable about her having it on all day.
Please never change your formula!
For reference, I also use the daily defense balm on both of us for the face. Even lighter and no white cast.
Well done, Thrive Causemetics.

Helpful　Report abuse

 Yenah

**A FANTASTIC Product!**
Reviewed in the United States on May 16, 2021
Size: 4 Ounce (Pack of 1)　Style: Body　Verified Purchase

It's everything in the sun protection, plus it's helping the farmers. Whats not to love about this wonderful sunscreen. And NO HARMFUL CHEMICALS like all of the other products on the market.

One person found this helpful

Helpful　Report abuse

 Charli London

**Been using this for my face and neck everyday**
Reviewed in the United States on June 10, 2021
Size: 4 Ounce (Pack of 1)　Style: Body　Verified Purchase

I like how light the scent is, and there are no streaks, also I don't have to use very much product. Been using this as a sunscreen for my face and neck everyday since I use the computer so much, I read that it's good to prevent blue light from affecting the skin with extended hours in front of screens. Always check with a dermatologist though of course. Either way it's a nice daily sunscreen with no bad chemicals or hidden PEGs.

Helpful　Report abuse

 ebonee bryant

**Amazing product for all skin types!**
Reviewed in the United States on April 23, 2021
Size: 4 Ounce (Pack of 1)　Style: Body　Verified Purchase

OMG! I love love love this product! Thrive's Bodyshield 50 sunscreen goes on smoothly without the greasiness and heavy white residue that you get with other strong mineral sunscreens. I love that it has natural ingredients that help make it water-resistant and also help sun damaged skin. With my sensitive skin type it is important to me to find a plant based product that and for the BodyShield 50 tube to be made of plant-based plastic. This is a must get product for the summer!

One person found this helpful

Helpful　Report abuse

 Toaster

**Safe sun protection**
Reviewed in the United States on June 14, 2021
Size: 4 Ounce (Pack of 1)　Style: Body　Verified Purchase

I was a bit concerned this product would not really offer a 50 spf but it really does. I went kayaking on the lake for a few hours. The only thing that burned was my hairline because I forgot a hat. It spreads easily and smells great. I will buy again and recommend.

**MCINTOSH OPP. 33**

**TNC01556**

# Exhibit H

MCINTOSH OPP. 34

☰  **Google** Shopping  🔍 thrive skincare ✕

🔖 🛒 ⊞ Ⓐ

Your location: Lower Haight, San Francisco, CA

Sort by: Relevance ▾ 🗒

**Show only**
- ☐ 📍 Available nearby
- ☐ 🛒 Buy on Google
- ☐ 🏷 On sale
- ☐ 🏪 Smaller stores

**Price**
- ○ Up to $20
- ○ $20 — $45
- ○ $45 — $90
- ○ Over $90
- [$ Min] — [$ Max]

**Condition**
- ☐ New items
- ☐ Used items

**Product rating**
- ○ ★★★★ 4 and up
- More

**Seller**
- ☐ Mercari
- ☐ Pharmaca
- ☐ Target
- ☐ Thrive Causemetics
- ☐ Walmart
- More

See thrive skincare

Sponsored ⓘ


...Facial |...
...ausem...
...500)


Thrive Face Cleansing Duo | Thrive...
**$68.00**
Thrive Causem...
Free shipping


Thrive Defying Gravity Eye Lifting Cream |...
**$46.00**
Thrive Causem...
★★★★ (793)
Free shipping

Thrive Tone & Glow & Lift | Moisture Flash...
**$120.00**
Thrive Causem...
Free shipping


Thrive Liquid Balm Lip Treatment | Lip...
**$26.00**
Thrive Causem...
★★★★★ (1,305)
Free shipping


Thrive Resurfacing Peel & Moisturizer S...
**$100.00**
Thrive Causem...
Free shipping

Thrive Exfoliat Lift Set | Thrive Causemetics |...
**$81.00**
Thrive Causem...
Free shipping

About this page ⓘ


🔖
Thrive Skincare Starter Kit (Cleanser, Moisturizer, & Eye Lifting Cream) | Thrive ...

**$35.00**
Thrive Causemetics
$5.95 delivery

🔖
Thrive Smart Skincare Set | Thrive Causemetics | 100% Vegan | Best Cruelty-Free ...

**$118.00**
Thrive Causemetics
Free delivery


🔖
Thrive Bright Balance Facial Cleanser | Natural Removing Foam Cleanser | for ...
4.7 ★★★★★ 500
All Skin Types

**$32.00**
Thrive Causemetics
$5.95 delivery
Compare prices from 2 sto...


🔖
Thrive Exfoliate & Lift Set | Thrive Causemetics | 100% Vegan | Best Cruelty-Free ...

**$81.00**
Thrive Causemetics
Free delivery


🔖


🔖


🔖


🔖

MCINTOSH OPP. 35

Your location: Lower Haight, San Francisco, CA

Sort by: Relevance ▾

**Show only**
- ☐ 📍 Available nearby
- ☐ 🛒 Buy on Google
- ☐ 🏪 Smaller stores

**Price**
- ○ Up to $20
- ○ $20 — $45
- ○ $45 — $90
- ○ Over $90

[ $ Min ] — [ $ Max ]

**Condition**
- ☐ New items
- ☐ Used items

**Discover**
- ☐ Black-owned businesses

**Product rating**
- ○ ★★★★ 4 and up
- More

**Seller**
- ☐ iBeautyCity.com
- ☐ Storenvy Storefro…
- ☐ Target
- ☐ Walmart
- ☐ Zabiva.com
- More

See thrive natural care

Sponsored ⓘ

      

**Thrive Skincare Starter Kit (Cleanser,…**
$35.00
Thrive Causem…

**Thrive Smart Skincare Set | Thrive…**
$118.00
Thrive Causem…
Free shipping

**Thrive Defying Gravity Transforming…**
$49.00
Thrive Causem…
★★★★ (861)
Free shipping

**Thrive Bright Balance Facial Cleanser |…**
$32.00
Thrive Causem…
★★★★★ (500)

**Thrive Face Cleansing Duo | Thrive…**
$68.00
Thrive Causem…
Free shipping

**THRIVE Natural Face Wash Gel for Men &…**
$12.95
Amazon.com - …
Special offer

**Thi… Moistu… Thrive…**
$83.0…
Thrive…
Free s…

About this page ⓘ

   

Thrive Natural Deep Clean Skincare Kit for Women & Men (3 Piece) Made in USA
4.1 ★★★★ 8

$35.95
Walmart - Thrive Natural …
Free delivery

Thrive Natural Face Lotion for Men - Aftershave Balm & Facial mois
4.5 ★★★★ 18
Face · For Dry Skin · Aloe

$13.45
Walmart - Thrive Natural …
$5.99 delivery

Compare prices from 5+ st…

Thrive Face Wash - Daily Facial Cleanser for Men with Unique Premium Natural …
4.7 ★★★★★ 35
All Skin Types · Men's

$10.36
Walmart - Thrive Natural …
$5.99 delivery

Compare prices from 3 sto…

Thrive Natural Care Thrive VIP Men's Grooming Kit - 4 Piece Grooming Gift Set to
4.6 ★★★★ 30
More size options

$32.98
eBay - tidwellenterprises
Free delivery by Fri, Aug 13

Compare prices from 3 sto…

   

**MCINTOSH OPP. 36**

☰ Google Shopping thrive natural care skincare ✕

Your location: Lower Haight, San Francisco, CA

Sort by: Relevance ▾

**Show only**
- ☐ 📍 Available nearby
- ☐ 🛒 Buy on Google
- ☐ 🏷️ On sale
- ☐ 🏪 Smaller stores

**Price**
- ○ Up to $25
- ○ $25 – $45
- ○ $45 – $70
- ○ Over $70

$ Min – $ Max

**Condition**
- ☐ New items
- ☐ Used items

**Discover**
- ☐ Black-owned businesses

**Product rating**
- ○ ★★★★☆ 4 and up
  More

**Seller**
- ☐ eBay
- ☐ iBeautyCity.com
- ☐ Thrive Causemetics
- ☐ Walmart
- ☐ Zabiva.com
  More

See thrive natural care skincare

Sponsored ⓘ









**Thrive Skincare Starter Kit (Cleanser,...**
$35.00
Thrive Causem...

**Thrive Smart Skincare Set | Thrive...**
$118.00
Thrive Causem...
Free shipping

**Thrive Bright Balance Facial Cleanser |...**
$32.00
Thrive Causem...
★★★★★ (500)

**Thrive Defying Gravity Transforming...**
$49.00
Thrive Causem...
★★★★☆ (861)
Free shipping

**Thrive Face Cleansing Duo | Thrive...**
$68.00
Thrive Causem...
Free shipping

**THRIVE Natural Face Wash Gel for Men &...**
$12.95
Amazon.com - ...
Special offer

**Thrive Lift Se Cause...**
$81.00
Thrive
Free s

About this page ⓘ



Thrive Natural Deep Clean Skincare Kit for Women & Men (3 Piece) Made in USA
4.1 ★★★★☆ 8

$35.95
Walmart - Thrive Natural ...
Free delivery



Thrive Natural Face Lotion for Men - Aftershave Balm & Facial mois
4.5 ★★★★★ 18
Face · For Dry Skin · Aloe

$13.45
Walmart - Thrive Natural ...
$5.99 delivery

Compare prices from 5+ sto...



Thrive Face Wash - Daily Facial Cleanser for Men with Unique Premium Natural ...
4.7 ★★★★★ 35
All Skin Types · Men's

$10.36
Walmart - Thrive Natural ...
$5.99 delivery

Compare prices from 3 sto...



Thrive Bright Balance Facial Cleanser | Natural Removing Foam Cleanser | for ...
4.7 ★★★★★ 500
All Skin Types

$32.00
Thrive Causemetics
$5.95 delivery

Compare prices from 2 sto...




GREAT PICK




MCINTOSH OPP. 37

☰ **Google** Shopping

🔍 mens thrive natural care ✕

Your location: Lower Haight, San Francisco, CA

Sort by: Relevance ▾ 🗋

**Show only**
☐ 📍 Available nearby
☐ 🛒 Buy on Google
☐ 🏬 Smaller stores

**Price**
○ Up to $15
○ $15 – $30
○ $30 – $50
○ Over $50
[ $ Min ] – [ $ Max ]

**Condition**
☐ New items
☐ Used items

**Product rating**
○ ⭐⭐⭐⭐☆ 4 and up
More

**Seller**
☐ iBeautyCity.com
☐ Spring US
☐ Storenvy Storefro…
☐ Walmart
☐ Zabiva.com

See mens thrive natural care

Sponsored ⓘ


THRIVE Natural VIP Men's Skin Care Set (4…
**$54.95**
Amazon.com - …
Free shipping


THRIVE Natural Face Wash Gel for Men & …
**$12.95**
Amazon.com - …
Special offer


THRIVE Natural Shave Soap & Shower Soap B…
**$12.95**
Amazon.com - …
Special offer


Thrive Bright Balance Facial Cleanser | …
**$32.00**
Thrive Causem…
⭐⭐⭐⭐⭐ (500)


Thrive Natural Men's Skincare Set (3 Piece) G…
**$39.45**
Walmart - Thriv…
⭐⭐⭐⭐⭐ (30)
Free shipping


Thrive Smart Skincare Set | Thrive…
**$118.00**
Thrive Causem…
Free shipping

About this page ⓘ


Thrive Natural Deep Clean Skincare Kit for Women & Men (3 Piece) Made in USA
4.1 ⭐⭐⭐⭐ 8

**$35.95**
Walmart - Thrive Natural …
Free delivery

**GREAT PICK**

Thrive Natural Men's Skin Care Set – 3 Piece Grooming Gift Set to Wash, Boxed
More size options
4.6 ⭐⭐⭐⭐⭐ 30

**$39.45**
Walmart - Thrive Natural …
Free delivery
Compare prices from 5+ st…


Thrive Face Wash - Daily Facial Cleanser for Men with Unique Premium Natural …
All Skin Types · Men's
4.7 ⭐⭐⭐⭐⭐ 35

**$10.36**
Walmart - Thrive Natural …
$5.99 delivery
Compare prices from 3 sto…


Thrive Natural Face Lotion for Men - Aftershave Balm & Facial mois
Face · For Dry Skin · Aloe
4.5 ⭐⭐⭐⭐⭐ 18

**$13.45**
Walmart - Thrive Natural …
$5.99 delivery
Compare prices from 5+ st…






MCINTOSH OPP. 38

Your location: Lower Haight, San Francisco, CA

Sort by: Relevance ▾

Did you mean: thrive **men's** skin

See thrive mens skin

Sponsored ⓘ

**Show only**
- ☐ 📍 Available nearby
- ☐ 🛒 Buy on Google
- ☐ 🏪 Smaller stores

**Price**
- ○ Up to $15
- ○ $15 – $30
- ○ $30 – $50
- ○ Over $50

$ Min — $ Max

**Category**
- ○ Moisturizers
- ○ Bar Soap
- ○ Men's Shaving Cr...

**Condition**
- ☐ New items
- ☐ Used items

**Discover**
- ☐ Black-owned businesses

**Product rating**
- ○ ★★★★ 4 and up
- More

**Seller**
- ☐ Walmart
- ☐ Thrive Causemetics
- ☐ iBeautyCity.com
- ☐ Zabiva.com
- ☐ eBay
- ☐ Storenvy Storefro...


Thrive Bright Balance Facial Cleanser |...
**$32.00**
Thrive Causem...
★★★★★ (500)


Thrive Natural Men's Skin Care Set (3 Piece) -...
**$43.95**
Amazon.com - ...
Free shipping


THRIVE Natural VIP Men's Skin Care Set (4...
**$54.95**
Amazon.com - ...
Free shipping


Thrive Defying Gravity Transforming...
**$49.00**
Thrive Causem...
★★★★★ (861)
Free shipping


Thrive Face Cleansing Duo | Thrive...
**$68.00**
Thrive Causem...
Free shipping


Thrive Smart Skincare Set | Thrive...
**$118.00**
Thrive Causem...
Free shipping

TH...
Natur...
Wash...
**$13.9**
Amazo...

Speci...

About this page ⓘ


**GREAT PICK**
Thrive Natural Deep Clean Skincare Kit for Women & Men (3 Piece) Made in USA
4.1 ★★★★ 8

**$35.95**
Walmart - Thrive Natural ...
Free delivery


Thrive Natural Men's Skin Care Set – 3 Piece Grooming Gift Set to Wash,
4.6 ★★★★★ 30
Boxed
More size options

**$39.45**
Walmart - Thrive Natural ...
Free delivery

Compare prices from 5+ st...


Thrive Natural Face Lotion for Men - Aftershave Balm & Facial mois
4.5 ★★★★★ 18
Face · For Dry Skin · Aloe

**$13.45**
Walmart - Thrive Natural ...
$5.99 delivery

Compare prices from 5+ st...


Thrive Natural Vip Men's Skin Care Set (4 Piece) – Grooming Gift Set
For Men

**$81.38**
eBay - marom_cohen
Free delivery






MCINTOSH OPP. 39

Your location: Lower Haight, San Francisco, CA

Sort by: Relevance ▾

See "thrive natural care"      Sponsored ⓘ

### Show only
- ☐ 📍 Available nearby
- ☐ 🛒 Buy on Google
- ☐ 🏪 Smaller stores

### Price
- ○ Up to $15
- ○ $15 – $30
- ○ $30 – $50
- ○ Over $50

$ Min — $ Max

### Category
- ○ Facial Moisturizers
- ○ Books

### Condition
- ☐ New items
- ☐ Used items

### Discover
- ☐ Black-owned businesses

### Product rating
- ○ ★★★★☆ 4 and up

More

### Seller
- ☐ iBeautyCity.com
- ☐ PetSmart
- ☐ Spring US
- ☐ Walmart
- ☐ Zabiva.com

More

      

**Thrive Skincare Starter Kit (Cleanser,...**
$35.00
Thrive Causem...

**Thrive Smart Skincare Set | Thrive...**
$118.00
Thrive Causem...

**Thrive Bright Balance Facial Cleanser |...**
$32.00
Thrive Causem...
★★★★★ (500)

**THRIVE Natural Face Wash Gel for Men &...**
$12.95
Amazon.com - ...
Special offer

**Thrive Bright Balance Cleanser & Defying Grav...**
$73.00
Thrive Causem...
Free shipping

**Thrive Natural Men's Skin Care Set (3 Piece) -...**
$43.95
Amazon.com - ...
Free shipping

**TH... Shave Show... Amaz... Speci...**
$12.9...

About this page ⓘ

   

**Thrive Natural Deep Clean Skincare Kit for Women & Men (3 Piece) Made in USA**
4.1 ★★★★☆ 8
$35.95
Walmart - Thrive Natural ...
Free delivery

**Thrive Natural Face Lotion for Men - Aftershave Balm & Facial mois**
4.5 ★★★★★ 18
Face · For Dry Skin · Aloe
$13.45
Walmart - Thrive Natural ...
$5.99 delivery
Compare prices from 5+ st...

**Thrive Face Wash - Daily Facial Cleanser for Men with Unique Premium Natural ...**
4.7 ★★★★★ 35
All Skin Types · Men's
$10.36
Walmart - Thrive Natural ...
$5.99 delivery
Compare prices from 3 sto...

**Thrive Natural Care Thrive VIP Men's Grooming Kit - 4 Piece Grooming Gift Set to**
4.6 ★★★★★ 30
More size options
$32.98
eBay - tidwellenterprises
Free delivery by Fri, Aug 13
Compare prices from 3 sto...

   

MCINTOSH OPP. 40

☰ **Google** Shopping

thrive natural skincare ✕ 🔍

Your location: Lower Haight, San Francisco, CA

Sort by: Relevance ▾ 📋

**Show only**
- ☐ 📍 Available nearby
- ☐ 🛒 Buy on Google
- ☐ 🏷 On sale
- ☐ 🏬 Smaller stores

**Price**
- ○ Up to $20
- ○ $20 – $45
- ○ $45 – $80
- ○ Over $80

$ Min — $ Max

**Condition**
- ☐ New items
- ☐ Used items

**Product rating**
- ○ ★★★★ 4 and up

More

**Seller**
- ☐ iBeautyCity.com
- ☐ Target
- ☐ Thrive Causemetics
- ☐ Walmart
- ☐ Zabiva.com

More

See thrive natural skincare

Sponsored ⓘ



**Thrive Skincare Starter Kit (Cleanser,...**
$35.00
Thrive Causem...
Free shipping



**Thrive Smart Skincare Set | Thrive...**
$118.00
Thrive Causem...



**Rejuvenate Restorative Face Oil**
$72.00
Naked + Thriving
Free shipping



**Thrive Defying Gravity Transforming...**
$49.00
Thrive Causem...
★★★★★ (861)
Free shipping



**Thrive Face Cleansing Duo | Thrive...**
$68.00
Thrive Causem...
Free shipping



**Thrive Bright Balance Facial Cleanser |...**
$32.00
Thrive Causem...
★★★★★ (500)



**Thri Glow Moistu**
$120.0
Thrive
Free s

About this page ⓘ



**Thrive Natural Deep Clean Skincare Kit for Women & Men (3 Piece) Made in USA**
4.1 ★★★★ 8

$35.95
Walmart - Thrive Natural ...
Free delivery



**Thrive Skincare Starter Kit (Cleanser, Moisturizer, & Eye Lifting Cream) | Thrive ...**

$35.00
Thrive Causemetics
$5.95 delivery



**Thrive Natural Face Lotion for Men - Aftershave Balm & Facial mois**
4.5 ★★★★★ 18
Face · For Dry Skin · Aloe

$13.45
Walmart - Thrive Natural ...
$5.99 delivery

Compare prices from 5+ st...



**Thrive Smart Skincare Set | Thrive Causemetics | 100% Vegan | Best Cruelty-Free ...**

$118.00
Thrive Causemetics
Free delivery









**MCINTOSH OPP. 41**

≡ Google Shopping    amazon thrive natural skincare    ✕

Your location: Lower Haight, San Francisco, CA

Sort by: Relevance ▾

**Show only**
☐ 📍 Available nearby
☐ 🛒 Buy on Google
☐ 🏷 On sale
☐ 🏬 Smaller stores

**Price**
○ Up to $20
○ $20 – $30
○ $30 – $50
○ Over $50
[ $ Min ] – [ $ Max ]

**Category**
○ Moisturizers
○ Travel Toiletries
○ Sunscreen

**Condition**
☐ New items
☐ Used items

**Discover**
☐ Black-owned businesses

**Product rating**
○ ★★★★ 4 and up
More

**Seller**
☐ eBay
☐ iBeautyCity.com
☐ Overstock.com
☐ Target
☐ Walmart
More

See amazon thrive natural skincare                                    Sponsored ⓘ

      

Thrive Smart Skincare Set | Thrive...
**$118.00**
Thrive Causem...
Free shipping

Thrive Skincare Starter Kit (Cleanser,...
**$35.00**
Thrive Causem...

Thrive Face Cleansing Duo | Thrive...
**$68.00**
Thrive Causem...
Free shipping

THRIVE Natural Face Wash Gel for Men &...
**$12.95**
Amazon.com - ...
Special offer

Thrive Bright Balance Facial Cleanser |...
**$32.00**
Thrive Causem...
★★★★★ (500)

Thrive Defying Gravity Transforming...
**$49.00**
Thrive Causem...
★★★★★ (861)
Free shipping

TH...
Moistu...
Minera...
**$24.95**
Amaz...
Speci...

About this page ⓘ



Thrive Natural Deep Clean Skincare Kit for Women & Men (3 Piece) Made in USA
4.1 ★★★★★ 8

**$35.95**
Walmart - Thrive Natural ...
Free delivery



Thrive Skincare Starter Kit (Cleanser, Moisturizer, & Eye Lifting Cream) | Thrive ...
4.1 ★★★★★ 8

**$35.00**
Thrive Causemetics
$5.95 delivery



Thrive Natural Face Lotion for Men - Aftershave Balm & Facial mois
4.5 ★★★★★ 18
Face · For Dry Skin · Aloe

**$13.45**
Walmart - Thrive Natural ...
$5.99 delivery

Compare prices from 5+ st...



Thrive Bright Balance Facial Cleanser | Natural Removing Foam Cleanser | for ...
4.7 ★★★★★ 500
All Skin Types

**$32.00**
Thrive Causemetics
$5.95 delivery

Compare prices from 2 sto...

   

**MCINTOSH OPP. 42**

Google Shopping

amazon thrive natural care

Your location: Lower Haight, San Francisco, CA

Sort by: Relevance ▾

See amazon thrive natural care

Sponsored ⓘ

**Show only**
- ☐ 📍 Available nearby
- ☐ 🛒 Buy on Google
- ☐ 🏷 On sale
- ☐ 🏬 Smaller stores

     

THRIVE Natural Face Wash Gel for Men &...
$12.95
Amazon.com - ...
Special offer

Thrive Smart Skincare Set | Thrive...
$118.00
Thrive Causem...
Free shipping

Thrive Skincare Starter Kit (Cleanser,...
$35.00
Thrive Causem...

THRIVE Natural Moisturizing Mineral Face...
$24.95
Amazon.com - ...
Special offer

THRIVE Natural VIP Men's Skin Care Set (4...
$54.95
Amazon.com - ...
Free shipping

Thrive Face Cleansing Duo | Thrive...
$68.00
Thrive Causem...
Free shipping

TH Shave Show...
$12.9
Amaz...
Specia

**Price**
- ○ Up to $20
- ○ $20 – $30
- ○ $30 – $50
- ○ Over $50

$ Min — $ Max

About this page ⓘ

**Condition**
- ☐ New items
- ☐ Used items

   

**Product rating**
- ○ ★★★★☆ 4 and up

More

Thrive Natural Deep Clean Skincare Kit for Women & Men (3 Piece) Made in USA
4.1 ★★★★☆ 8

$35.95
Walmart - Thrive Natural ...
Free delivery

Thrive Natural Face Lotion for Men - Aftershave Balm & Facial mois
4.5 ★★★★★ 18
Face · For Dry Skin · Aloe

$13.45
Walmart - Thrive Natural ...
$5.99 delivery

Compare prices from 5+ st...

Thrive Face Wash - Daily Facial Cleanser for Men with Unique Premium Natural ...
4.7 ★★★★★ 35
All Skin Types · Men's

$10.36
Walmart - Thrive Natural ...
$5.99 delivery

Compare prices from 3 sto...

Thrive Natural Care Thrive VIP Men's Grooming Kit - 4 Piece Grooming Gift Set to
4.6 ★★★★★ 30
More size options

$32.98
eBay - tidwellenterprises
Free delivery by Fri, Aug 13

Compare prices from 3 sto...

**Seller**
- ☐ iBeautyCity.com
- ☐ onnyxbeauty
- ☐ Target
- ☐ Walmart
- ☐ Zabiva.com

More

   

MCINTOSH OPP. 43

☰  Google Shopping   thrive face wash   🔍   ✕

Your location: Lower Haight, San Francisco, CA

Sort by: Relevance ⌄   🗐

See thrive face wash   Sponsored ⓘ


**THRIVE Natural Face Wash Gel for Men &...**
**$12.95**
Amazon.com - ...
Special offer


**Thrive Natural Face Wash for Women & Men...**
**$10.36**
Walmart - Thriv...
★★★★★ (35)


**Thrive Bright Balance Facial Cleanser |...**
**$32.00**
Thrive Causem...
★★★★★ (500)


**Thrive Face Cleansing Duo | Thrive...**
**$68.00**
Thrive Causem...
Free shipping


**Thrive Skincare Starter Kit (Cleanser,...**
**$35.00**
Thrive Causem...


**THRIVE All Natural Face Wash for...**
**$13.95**
Amazon.com - ...
Special offer


**Thri... Balan... & Defy...**
**$73.00**
Thrive
Free s...

About this page ⓘ

**Best match**



🔖   **Thrive Face Wash - Daily Facial Cleanser for Men with Unique Prem...**
4.7 ★★★★★ 35
All Skin Types · Botanicals · Lactic Acid · Alpha Hydroxy Acid · Essential Oils · Moisturizing · Exfoliating · Cruelty-free · Men's · 3.38 fl oz

Powered by Costa Rican plants Thrive's daily Face Wash removes dirt oil sweat and other impurities without drying or irritating the skin. Its refreshing natural scent will make ...

View product details

| $10.36 +$0.89 est. tax Walmart - Thrive... $5.99 delivery | $15.91 +$1.27 est. tax Zabiva.com Free delivery | $17.92 +$1.55 est. tax Walmart - Hurley... Free delivery |

Compare prices from 5+ stores

**Other matches**



🔖   **Thrive Bright Balance Facial Cleanser | Natural Removing Foam Cleanser | for Mature + Aging Skin | Thrive...**
4.7 ★★★★★ 500
All Skin Types · For Sensitive Skin · Cruelty-free
Our gentle **cleanser** is a multitasking gentle-yet-exceptionally-effective **cleanser** that leaves your skin no...

| $32.00 +$3.27 est. tax Thrive Causemetics $5.95 delivery | Compare prices from 2 stores |

**MCINTOSH OPP. 44**

≡   Google Shopping

🔍 **thrive skincare for women**   ✕

Your location: Lower
Haight, San Francisco, CA

Sort by: Relevance ▾   🔖

Did you mean: thrive **skin care** for women

See thrive skincare for women

Sponsored ⓘ

**Show only**
- ☐ 📍 Available nearby
- ☐ 🛒 Buy on Google
- ☐ 🏷️ On sale
- ☐ 🏪 Smaller stores

     

Thrive Smart
Skincare Set |
Thrive...
$118.00
Thrive Causem...
Free shipping

Thrive Skincare
Starter Kit
(Cleanser,...
$35.00
Thrive Causem...

Thrive Defying
Gravity
Transforming...
$49.00
Thrive Causem...
★★★★★ (861)
Free shipping

Thrive Defying
Gravity Eye
Lifting Cream |...
$46.00
Thrive Causem...
★★★★★ (793)
Free shipping

Thrive Tone &
Glow & Lift |
Moisture Flash...
$120.00
Thrive Causem...
Free shipping

Thrive
Resurfacing Peel
& Moisturizer S...
$100.00
Thrive Causem...
Free shipping

Thi
Lift Se
Cause
$81.00
Thrive
Free s

**Price**
- ○ Up to $20
- ○ $20 – $40
- ○ $40 – $70
- ○ Over $70

$ Min — $ Max

About this page ⓘ

**Condition**
- ☐ New items
- ☐ Used items

   

Thrive Skincare Starter Kit
(Cleanser, Moisturizer, & Eye
Lifting Cream) | Thrive ...

Thrive Natural Deep Clean
Skincare Kit for Women &
Men (3 Piece) Made in USA
4.1 ★★★★★ 8

Thrive Smart Skincare Set |
Thrive Causemetics | 100%
Vegan | Best Cruelty-Free ...

Skincare Other | Thrive Skin
Infinite Skincare System |
Color: Red | Size: Os ...

**Product rating**
- ○ ★★★★☆ 4 and up
- More

**$35.00**
Thrive Causemetics
$5.95 delivery

**$35.95**
Walmart - Thrive Natural ...
Free delivery

**$118.00**
Thrive Causemetics
Free delivery

**$160.00**
Poshmark
$7.45 delivery

**Seller**
- ☐ eBay
- ☐ Mercari
- ☐ Pharmaca
- ☐ Thrive Causemetics
- ☐ Walmart
- More

  

Thrive Exfoliate & Lift Set |

Thrive Defying Gravity

Thrive Exfoliate & Moisturize

Thrive Skincare | Thrive

**MCINTOSH OPP. 45**

☰  Google Shopping     🔍 **thrive skincare natural** ✕

Your location: Lower Haight, San Francisco, CA

Sort by: Relevance ▾  🔖

**Show only**
- ☐ 📍 Available nearby
- ☐ 🛒 Buy on Google
- ☐ 🏬 Smaller stores

**Price**
- ○ Up to $25
- ○ $25 – $45
- ○ $45 – $80
- ○ Over $80

$ Min — $ Max

**Condition**
- ☐ New items
- ☐ Used items

**Product rating**
- ○ ★★★★☆ 4 and up
  More

**Seller**
- ☐ iBeautyCity.com
- ☐ Mercari
- ☐ Thrive Causemetics
- ☐ Walmart
- ☐ Zabiva.com
  More

See thrive skincare natural     Sponsored ⓘ

     

**Thrive Smart Skincare Set | Thrive…**
$118.00
Thrive Causem…
Free shipping

**Thrive Skincare Starter Kit (Cleanser,…**
$35.00
Thrive Causem…

**Thrive Defying Gravity Transforming…**
$49.00
Thrive Causem…
★★★★☆ (861)
Free shipping

**Thrive Bright Balance Facial Cleanser |…**
$32.00
Thrive Causem…
★★★★★ (500)

**Thrive Face Cleansing Duo | Thrive…**
$68.00
Thrive Causem…
Free shipping

**Thrive Resurfacing Peel & Moisturizer S…**
$100.00
Thrive Causem…
Free shipping

**Thri… Lift Se… Cause…**
$81.0…
Thrive…
Free s…

About this page ⓘ

   

Thrive Skincare Starter Kit (Cleanser, Moisturizer, & Eye Lifting Cream) | Thrive …

$35.00
Thrive Causemetics
$5.95 delivery

Thrive Natural Deep Clean Skincare Kit for Women & Men (3 Piece) Made in USA
4.1 ★★★★☆ 8

$35.95
Walmart - Thrive Natural …
Free delivery

Thrive Bright Balance Facial Cleanser | Natural Removing Foam Cleanser | for …
4.7 ★★★★★ 500
All Skin Types

$32.00
Thrive Causemetics
$5.95 delivery
Compare prices from 2 sto…

Thrive Smart Skincare Set | Thrive Causemetics | 100% Vegan | Best Cruelty-Free …

$118.00
Thrive Causemetics
Free delivery

   

MCINTOSH OPP. 46

≡ **Google** Shopping | healthy thrive skincare ✕

Your location: Lower Haight, San Francisco, CA

Sort by: Relevance ▾

See healthy thrive skincare

Sponsored ⓘ

**Show only**
☐ 📍 Available nearby
☐ 🛒 Buy on Google
☐ 🏷 On sale
☐ 🏪 Smaller stores

**Price**
○ Up to $20
○ $20 – $35
○ $35 – $70
○ Over $70
$ Min – $ Max

**Condition**
☐ New items
☐ Used items

**Shipping**
☐ Free shipping

**Product rating**
○ ★★★★ 4 and up
More

**Seller**
☐ eBay
☐ iBeautyCity.com
☐ Target
☐ Thrive Causemetics
☐ Walmart
More


**Thrive Defying Gravity Transforming...**
$49.00
Thrive Causem...
★★★★ (861)
Free shipping


**Thrive Defying Gravity Eye Lifting Cream |...**
$46.00
Thrive Causem...
★★★★ (793)
Free shipping


**Thrive Skincare Starter Kit (Cleanser,...**
$35.00
Thrive Causem...


**Thrive Tone & Glow & Lift | Moisture Flash...**
$120.00
Thrive Causem...
Free shipping


**Thrive Smart Skincare Set | Thrive...**
$118.00
Thrive Causem...
Free shipping


**Thrive Bright Balance Facial Cleanser |...**
$32.00
Thrive Causem...
★★★★★ (500)

**Thi Clean Thrive...**
$68.00
Thrive
Free s

About this page ⓘ


Thrive Skincare Starter Kit (Cleanser, Moisturizer, & Eye Lifting Cream) | Thrive ...

$35.00
Thrive Causemetics
$5.95 delivery


Thrive Bright Balance Facial Cleanser | Natural Removing Foam Cleanser | for ...
4.7 ★★★★★ 500
All Skin Types

$32.00
Thrive Causemetics
$5.95 delivery

Compare prices from 2 sto...


Thrive Causemetics Skincare | Goodbye, Dry! Try This Thrive Causemetics
4.3 ★★★★★ 1,305
Toner · Witch Hazel · Liquid
More style options

$36.00
Thrive Causemetics
Free delivery

Compare prices from 2 sto...


Thrive Defying Gravity Transforming Face Moisturizer Cream | Use on
4.1 ★★★★★ 861
Face · Anti-aging · Cream

$49.00
Thrive Causemetics
Free delivery









**MCINTOSH OPP. 47**



thrive natural care

Ads · Browse thrive natural care











**Thrive Defying Gravity…**
$49.00
Thrive Causemet…
★★★★☆ (861)

**Thrive Bright Balance Facial…**
$32.00
Thrive Causemet…
★★★★½ (500)

**Thrive Skincare Starter Kit…**
$35.00
Thrive Causemet…

**Thrive Smart Skincare Set |…**
$118.00
Thrive Causemet…
Free shipping

https://thrivecare.co

**Thrive Natural Care: Thrive Skincare | Powered By ...**
Thrive Natural Care products are as unique as our regenerative business model. High-performance shave & skincare, powered by regenerative plants from Costa ...
You've visited this page many times. Last visit: 4/29/21

**Products**
Daily Defense Sunscreen Balm (Mineral SPF 30). Daily Defense ...

**Contact Us**
Contact Us. Name. Email *. Phone Number Message. THRIVE ...

**Regenerative Agriculture**
We aim far beyond 'sustainable'. Our Restorative Gardens use ...

**Clean**
THRIVE SKINCARE. Home · Products · Skin Health · Blog ...

More results from thrivecare.co »



**Thrive Natural Care, Inc.**
Company

thrivecare.co

**Founded:** 2012

Disclaimer

**Profiles**

LinkedIn    Instagram    Facebook

**People also search for**    View 1+ more

Petcube    Feetures!    AeroGar…    Lark & Ro

Claim this knowledge panel

Feedback

https://www.amazon.com › Thrive-Natural-VIP-Mens-...

MCINTOSH OPP. 48

 Google

amazon thrive face balm                                            ✕   🔍

🔍 All    🏷 Shopping    📰 News    🖼 Images    ▷ Videos    ⋮ More                    Tools

About 8,990,000 results (0.67 seconds)

**Ads · Shop amazon thrive face balm**                                        ⓘ

    

| THRIVE All Natural Fac… | Thrive Face Cleansing D… | THRIVE Natural Fac… | THRIVE Natural… | THRIVE All Natural Fac… |
|---|---|---|---|---|
| **$16.95** | **$68.00** | **$15.95** | **$24.95** | **$13.95** |
| Amazon.com | Thrive Caus… | Amazon.com | Amazon.com | Amazon.com |
| Special offer | Free shipping | Special offer | Special offer | Special offer |

https://www.amazon.com › Thrive-Natural-Mens-Face-...    ⋮

**THRIVE Natural Face Moisturizer – Non-Greasy ... - Amazon.com**

**THRIVE** Natural **Face** Moisturizer &ndash; Non-Greasy Soothing **Facial** ... Concentrated **facial** moisturizer **balm** formula gives you more bang for the buck ...

★★★★½ Rating: 4.5 · 456 reviews

https://www.amazon.com › Unscented-Natural-Face-Lot...    ⋮

**THRIVE All Natural Face Cream for Sensitive ... - Amazon.com**

**Amazon**.com: **THRIVE** All Natural **Face** Cream for Sensitive Skin – **Facial** Moisturizer Restores, Protects Skin & Helps Soothe Irritation – **Face** Lotion for Women ...

★★★★½ Rating: 4.3 · 216 reviews

https://www.amazon.com › ThriveNaturalCareInc › page    ⋮

**Thrive Natural Care, Inc. - Amazon.com**

Daily Defense **Balm** with SPF 30 · Energy Scrub · Deep Clean Gift Set for Women & Me**MCINTOSH OPP. 49**
VIP Men's Grooming Kit · Natural **Face** Wash · Natural **Face Balm** · Natural Shave ...

Google

amazon thrive natural care    ✕   🔍

🔍 All    🏷 Shopping    📰 News    🖼 Images    📍 Maps    ⋮ More      Tools

About 15,000,000 results (0.59 seconds)

**Ads · Shop amazon thrive natural care**    ⓘ

    

| THRIVE Natural Fac... | THRIVE Natural... | THRIVE Natural Fac... | Thrive Face Cleansing D... | Thrive Natural Men's Skin... |
|---|---|---|---|---|
| **$12.95** | **$24.95** | **$15.95** | **$68.00** | **$43.95** |
| Amazon.com | Amazon.com | Amazon.com | Thrive Caus... | Amazon.com |
| Special offer | Special offer | Special offer | Free shipping | Free shipping |

https://www.amazon.com › ThriveNaturalCareInc › page   ⋮

**Thrive Natural Care, Inc. - Amazon.com**

**Thrive Natural Care** sells the most unique and healthy mens shave and skincare on the planet. Better skin health with premium natural grooming products, ...

https://www.amazon.com › ...   ⋮

**Thrive Natural Care @ Amazon.com:**

Online shopping from a great selection at **Thrive Natural Care** Store.

https://www.amazon.com › Thrive-Natural-Clean-Skinc...   ⋮

**THRIVE Natural Deep Clean Skincare Kit for ... - Amazon.com**

Amazon.com: **THRIVE Natural** Deep Clean Skincare Kit for Men & Women (3 Piece) – Gift Set with **Natural** Face Scrub, Wash & Moisturizing Face Lotion – Organic ...

★★★★½ Rating: 4.6 · 790 reviews

https://www.amazon.com › Skin-Care-Thrive-Natural-...   ⋮

**Thrive Natural Care - Skin Care / Men's ... - Amazon.com**

MCINTOSH OPP. 50

Google

thrive skincare                                              ✕   🔍

🔍 All    🔗 Shopping    🖼 Images    📰 News    📍 Maps    ⋮ More                    Tools

About 4,070,000 results (0.79 seconds)

Ads · Shop thrive skincare                                              ⓘ












»

Thrive Defying          Thrive              Rejuvenate           Thrive Smart         Thrive Bright
Gravity…                Buildable Bl…       Restorative…         Skincare Se…         Balance Fac…
**$49.00**              **$38.00**          **$72.00**           **$118.00**          **$32.00**
Thrive Caus…            Thrive Caus…        Naked + Thr…         Thrive Caus…         Thrive Caus…
★★★★☆ (861)            ★★★★★ (2k+)         Free shipping        Free shipping        ★★★★★ (500)

https://thrivecare.co   ⋮

## Thrive Natural Care: Thrive Skincare | Powered By ...

**Thrive** is regenerative, effective, plant-based **skincare** for every body. Our unique approach
actively restores ecosystems and empowers farmers and ...

Superplant Skincare · Our Products · Regenerative Mission · Ingredients

https://thrivecausemetics.com   ⋮

## Thrive Causemetics | Luxury Beauty that Gives Back

**Thrive** Causemetics offers luxury high-performance cosmetics. For every product you
purchase, we donate to help a woman **thrive**.

Defying Gravity Transforming... · Liquid Lash Extensions Mascara · Makeup · Eye

## People also ask   ⋮

How much does thrive skin care cost?                    **MCINTOSH OPP. 51**   ⌄



thrive natural skincare

  

Sign

🔍 All · 🛍 Shopping · 📍 Maps · 📰 News · 🖼 Images · ⋮ More · Tools

About 1,350,000 results (1.05 seconds)

**Ads · Shop thrive natural skincare**

    

**Thrive Defying Gravity…**
**$49.00**
Thrive Caus…
★★★★ (861)

**Thrive Face Cleansing D…**
**$68.00**
Thrive Caus…
Free shipping

**Thrive Skincare…**
**$35.00**
Thrive Caus…

**Thrive Bright Balance Fac…**
**$32.00**
Thrive Caus…
★★★★★ (500)

**Thrive Smart Skincare Se…**
**$118.00**
Thrive Caus…
Free shipping

https://thrivecare.co  ⋮

**Thrive Natural Care: Thrive Skincare | Powered By ...**

**Thrive Natural** Care products are as unique as our regenerative business model. High-performance shave & **skincare**, powered by regenerative plants from Costa ...

**Face Balm - 2fl.oz.(60ml)**
Post Shave Balm & Facial Moisturizer with Unique Premium Natural & Certified Ingredients that Keep Your Skin Hydrated, Healthy and Prevent Irritation After ...

**Products**
Daily Defense Sunscreen Balm (Mineral SPF 30). Daily Defense ...

**Sensitive Skin Face Balm**
Product Description Our Commitments This natural moisturizer, along with Thrive's Sensitive Skin Face Wash, packs the perfect one-two punch to start your ...

**Sensitive Skin Kit**
Includes full-size Thrive Restoring Face Wash (100 ml) and ...

More results from thrivecare.co »

---

**THRIVE Natural Mineral Sunscreen SPF Broad-Spectrum Natural Clear**

★★★★★ 45 reviews

Details · Reviews · Stores

  

**Shop now**

Walmart - Thrive Natural Care, Inc. $20.95
Thrive Natural Light Mineral Face Sunscreen Lotion SPF 30 w/…
Free shipping

Walmart - Elite Product Solution $34.24
Thrive Natural Light Mineral Face Sunscreen Lotion SPF 30 w/…
Free shipping

Walmart - Taylormade Solutions $34.05
Thrive Natural Light Mineral Face Sunscreen Lotion SPF 30 w/…
Free shipping

Walmart - QUICK CARTERS CO $33.99
Thrive Natural Light Mineral Face Sunscreen Lotion SPF 30 w/…
Free shipping

MCINTOSH OPP. 52

Walmart - KB Distribution Partners $34.57

Did you mean: amazon thrive natural *skin care*

Ads · Shop amazon thrive natural skincare ⓘ







| THRIVE Natural… | Thrive Face Cleansing D… | THRIVE Natural Fac… | Thrive Skincare… | Thrive Bright Balance Fac… |
|---|---|---|---|---|
| $24.95 | $68.00 | $12.95 | $35.00 | $32.00 |
| Amazon.com | Thrive Caus… | Amazon.com | Thrive Caus… | Thrive Caus… |
| Special offer | Free shipping | Special offer | | ★★★★★ (500) |

https://www.amazon.com › Thrive-Natural-VIP-Mens-... ⋮

**THRIVE Natural VIP Men's Skin Care Set (4 ... - Amazon.com**

**Amazon**.com: **THRIVE Natural** VIP Men's **Skin Care** Set (4 Piece) – Grooming Gift Set to Wash, Exfoliate, Shave & Soothe – Gift for Men Made in USA with **Organic** ...

★★★★½ Rating: 4.6 · 790 reviews

https://www.amazon.com › Skin-Care-Thrive-Natural-... ⋮

**Thrive Natural Care - Skin Care / Men's ... - Amazon.com**

**THRIVE Natural** Face Wash Gel for Men & Women – Daily Facial Cleanser with Anti-Oxidants & Unique Premium **Natural** Ingredients for Healthier **Skin Care** – Vegan ...

https://www.amazon.com › Exfoliators-Thrive-Natural-... ⋮

**Thrive Natural Care - Exfoliators / Skin Care ... - Amazon.com**

**THRIVE Natural** Face Wash Gel for Men & Women – Daily Facial Cleanser with Anti-Oxidants & Unique Premium **Natural** Ingredients for Healthier **Skin Care** – Vegan ...

MCINTOSH OPP. 53

 Google

amazon thrive natural skincare                    ✕   🔍

🔍 All      🏷 Shopping      📰 News      📍 Maps      🖼 Images      ⋮ More          Tools

About 9,750,000 results (0.66 seconds)

Did you mean: amazon thrive natural *skin care*

Ads · Shop amazon thrive natural skincare                    






| THRIVE Natural... | Thrive Face Cleansing D... | THRIVE Natural Fac... | Thrive Skincare... | Thrive Bright Balance Fac... | Thrive Smal... Skincare S... |
|---|---|---|---|---|---|
| $24.95 | $68.00 | $12.95 | $35.00 | $32.00 | $118.00 |
| Amazon.com | Thrive Caus... | Amazon.com | Thrive Caus... | Thrive Caus... | Thrive Caus... |
| Special offer | Free shipping | Special offer | | ★★★★★ (500) | Free shippi... |

https://www.amazon.com › Thrive-Natural-VIP-Mens-...   ⋮

**THRIVE Natural VIP Men's Skin Care Set (4 ... - Amazon.com**

Amazon.com: THRIVE Natural VIP Men's Skin Care Set (4 Piece) – Grooming Gift Set to Wash, Exfoliate, Shave & Soothe – Gift for Men Made in USA with Organic ...

★★★★★ Rating: 4.6 · 790 reviews

https://www.amazon.com › Skin-Care-Thrive-Natural-...   ⋮

**Thrive Natural Care - Skin Care / Men's ... - Amazon.com**

THRIVE Natural Face Wash Gel for Men & Women – Daily Facial Cleanser with Anti-Oxidants & Unique Premium Natural Ingredients for Healthier Skin Care – Vegan ...

https://www.amazon.com › Exfoliators-Thrive-Natural-...   ⋮

**Thrive Natural Care - Exfoliators / Skin Care ... - Amazon.com**

THRIVE Natural Face Wash Gel for Men & Women – Daily Facial Cleanser with Anti-Oxidants & Unique Premium Natural Ingredients for Healthier Skin Care – Vegan ...

MCINTOSH OPP. 54



amazon thrive natural skin care

 

🔍 All    🏷 Shopping    📰 News    🖼 Images    📍 Maps    ⋮ More            Tools

About 12,900,000 results (0.75 seconds)

Ads · Shop amazon thrive natural skin care                                ⓘ

    

| THRIVE Natural Fac… | Thrive Skincare… | Thrive Smart Skincare Se… | Thrive Face Cleansing D… | Thrive Defying Gravity… |
|---|---|---|---|---|
| $12.95 | $35.00 | $118.00 | $68.00 | $49.00 |
| Amazon.com | Thrive Caus… | Thrive Caus… | Thrive Caus… | Thrive Caus… |
| Special offer | | Free shipping | Free shipping | ★★★★☆ (861) |

https://www.amazon.com › … ⋮

### Thrive Natural Care @ Amazon.com:

Online shopping from a great selection at **Thrive Natural Care** Store. ... **THRIVE** Natural Moisturizing Mineral **Face** Sunscreen SPF 30, 2 Ounces – Lightweight ...

https://www.amazon.com › Thrive-Natural-VIP-Mens-… ⋮

### THRIVE Natural VIP Men's Skin Care Set (4 ... - Amazon.com

**Amazon**.com: **THRIVE Natural** VIP Men's **Skin Care** Set (4 Piece) – Grooming Gift Set to Wash, Exfoliate, Shave & Soothe – Gift for Men Made in USA with **Organic** ...
★★★★★ Rating: 4.6 · 790 reviews

https://www.amazon.com › Thrive-Natural-Mens-Face-… ⋮

### THRIVE Natural Face Moisturizer – Non-Greasy ... - Amazon.com

**Amazon**.com: **THRIVE Natural Face** Moisturizer – Non-Greasy Soothing **Facial** Moisturizer Lotion for Men & Women Made in USA with **Natural & Organic** Ingredients ...
★★★★★ Rating: 4.5 · 456 reviews

MCINTOSH OPP. 55

https://www.amazon.com › Skin-Care-Thrive-Natural-… ⋮



Ads · Shop skincare thrive



MCINTOSH OPP. 56

 Google

thrive skincare healthy

🔍 All ・ 🛍 Shopping ・ 🖼 Images ・ 📰 News ・ 📍 Maps ・ ⋮ More ・・・ Tools

About 1,230,000 results (1.01 seconds)

**Ads · Shop thrive skincare healthy**

          

| Thrive Defying Gravity Transforming Face… | Thrive Skincare Starter Kit (Cleanser,… | Rejuvenate Restorative Face Oil | Thrive Smart Skincare Set | Thrive Causemetic… | Thrive Defying Gravity Eye Lifting Cream | Perfect For… | Thrive Bright Balance Facial Cleanser | Natural… | Thrive Face Cleansing Duo | Thrive Causemetic… | Biossance Best of Anti-Aging Set | Thrive Overni... Facial Exfolia... |
|---|---|---|---|---|---|---|---|---|
| **$49.00** | **$35.00** | **$72.00** | **$118.00** | **$46.00** | **$32.00** | **$68.00** | **$39.00** | **$62.00** |
| Thrive Caus... | Thrive Caus... | Naked + Thr... | Thrive Caus... | Thrive Caus... | Thrive Caus... | Thrive Caus... | Biossance | Thrive |
| ★★★★ (861) | | Free shipping | Free shipping | ★★★★ (793) | ★★★★★ (500) | Free shipping | Free shipping | ★★★★ |

https://thrivecare.co ⋮

**Thrive Natural Care: Thrive Skincare | Powered By ...**

**Thrive** Natural Care products are as unique as our regenerative business model. High-performance shave & **skincare**, powered by regenerative plants from Costa ...

## People also ask ⋮

| What is the safest skincare brand? | ⌄ |
|---|---|
| Is thrive skin care Organic? | ⌄ |
| Does thrive help skin? | ⌄ |
| Why skincare is bad for you? | ⌄ |

Feedback

MCINTOSH OPP. 57



Google

thrive skincare facewash

All | Shopping | Images | News | Videos | More                    Tools

About 122,000 results (1.25 seconds)

Did you mean: thrive *skin care face wash*

**Ads · Shop thrive skincare facewash**

    

| Thrive Bright Balance Fac... | Thrive Face Cleansing D... | THRIVE Natural Fac... | Thrive Smart Microderma... | Thrive Bright Balance... |
|---|---|---|---|---|
| $32.00 | $68.00 | $12.95 | $44.00 | $73.00 |
| Thrive Caus... | Thrive Caus... | Amazon.com | Thrive Caus... | Thrive Caus... |
| ★★★★★ (500) | Free shipping | Special offer | ★★★★★ (61) | Free shipping |

https://thrivecausemetics.com › products › bright-balan...

**Bright Balance 3-in-1 Cleanser™ – Thrive Causemetics**

All-in-one **skincare** + waterproof makeup removing **cleanser** that leaves skin feeling soft + clean, never dry + tight. How to Use ...

★★★★★ Rating: 4.9 · 443 votes · $32.00 · In stock

https://thrivecare.co › products › face-wash

**Powerful Plant-Based Face Wash Gel Cleanser | Remove Dirt ...**

Thrive's Face Wash is the perfect start to your daily routine and great as a refresh from your daily adventures. Start by getting your face wet. Work a small ...

★★★★½ Rating: 4.5 · 159 reviews

https://www.amazon.com › Natural-Mens-Face-Wash-Gel

**THRIVE Natural Face Wash Gel for Men ... - Amazon.com**

**Natural Face Wash Gel for Men & Women Daily Facial Cleanser with Unique Premium Natural Ingredients for Healthier Skin Care**

★★★★☆ 35 reviews

Details | Reviews | Stores

**Shop now**

| | | |
|---|---|
| Walmart - Thrive Natural Care, Inc. Thrive Natural Face Wash for Women & Men Vegan Daily Gen... $5.99 shipping | $10.36 |
| ebay.com THRIVE Natural Face Wash Gel for Men & Women – Daily Facial... | $17.80 |
| Walmart - Hurley Exports INC Thrive Natural Face Wash for Women & Men Vegan Daily Gen... Free shipping | $17.92 |
| ebay.com THRIVE Natural Face Wash Gel for Men & Women – Daily Facial... | $22.12 |

MCINTOSH OPP. 58



thrive skincare face lotion

🔍 All    🏷 Shopping    🖼 Images    📰 News    ▶ Videos    ⋮ More                    Tools

About 8,100,000 results (0.74 seconds)

Ads · Shop thrive skincare face lotion                                          ⓘ

            

Thrive Defying        Thrive Face          THRIVE              Thrive Smart        Thrive
Gravity…              Cleansing D…         Natural Fac…        Skincare Se…        Skincare…
$49.00                $68.00               $15.95              $118.00             $35.00
Thrive Caus…          Thrive Caus…         Amazon.com          Thrive Caus…        Thrive Caus…
⭐⭐⭐⭐☆ (861)         Free shipping        Special offer       Free shipping

https://thrivecausemetics.com › products › defying-grav...    ⋮

**Defying Gravity Transforming Moisturizer™ – Thrive ...**

Our age-defying cream-to-gel **moisturizer** is made for all skin types! It delivers long-lasting
plumping hydration to smooth, firm, lift and restore bounce to ...
⭐⭐⭐⭐½ Rating: 4.4 · 714 votes · $49.00 · In stock

https://www.amazon.com › Thrive-Natural-Mens-Face-...    ⋮

**THRIVE Natural Face Moisturizer – Non-Greasy ... - Amazon.com**

Amazon.com: **THRIVE** Natural **Face** Moisturizer – Non-Greasy Soothing **Facial**
**Moisturizer Lotion** for Men & Women Made in USA with Natural & Organic Ingredients ...
⭐⭐⭐⭐½ Rating: 4.5 · 456 reviews

https://www.amazon.com › Unscented-Natural-Face-Lot...    ⋮

**THRIVE All Natural Face Cream for Sensitive ... - Amazon.com**

**THRIVE** All Natural **Face** Cream for Sensitive Skin – **Facial** Moisturizer ... Restoring
**Skincare** Kit for Women & Men With Sensitive Skin (2 Piece) – Gift Set ...
⭐⭐⭐⭐½ Rating: 4.3 · 216 reviews

MCINTOSH OPP. 59

  

Google

thrive skincare face scrub

🔍 All    🛍 Shopping    📷 Images    📰 News    ▶ Videos    ⋮ More         Tools

About 9,500,000 results (0.80 seconds)

Ads · Shop thrive skincare face scrub                    ⓘ

    

| Thrive Smart Microderma... | Thrive Bright Balance Fac... | Thrive Face Cleansing D... | THRIVE Natural Fac... | Thrive Overnight... |
|---|---|---|---|---|
| $44.00 | $32.00 | $68.00 | $14.95 | $62.00 |
| Thrive Caus... | Thrive Caus... | Thrive Caus... | Amazon.com | Thrive Caus... |
| ★★★★★ (61) | ★★★★★ (500) | Free shipping | Special offer | ★★★★★ (78) |

https://thrivecare.co › products › thrive-natural-face-scr...    ⋮

**Best Natural Exfoliating Face Scrub Cleanser with Arabica ...**

**Thrive** Facial **Scrub** is 100% natural and contains no artificial ingredients, synthetics, colors, or fragrances. Made from premium plant-based ingredients ...

★★★★☆ Rating: 4.5 · 127 reviews

https://www.amazon.com › Natural-Mens-Face-Scrub-E...    ⋮

**THRIVE Natural Face Scrub for Men & Women ... - Amazon.com**

Amazon.com: **THRIVE Natural Face Scrub** for Men & Women – Exfoliating **Face Wash** with Anti-Oxidants Improves Skin Texture, Unclogs Pores & Helps Prevent ...

★★★★☆ Rating: 4.5 · 1,232 reviews

https://www.amazon.com › THRIVE-Natural-Soothing-...    ⋮

**THRIVE Natural Face Scrub And Soothing Face ... - Amazon.com**

Amazon.com: **THRIVE Natural Face Scrub** And Soothing **Face** Moisturizer (BUNDLE) - Vegan And Made in USA: Beauty.



 Google

thrive skincare shave oil                          ✕   🔍

🔍 All    🏷 Shopping    📍 Maps    📰 News    🖼 Images    ⋮ More          Tools

About 8,790,000 results (0.60 seconds)

**Ads** · Shop thrive skincare shave oil                                    ⓘ

            

| Thrive Natural Shaving Oil,... | Thrive Tone & Glow & Lift \|... | Thrive Natural Men's Skin... | Thrive Bodyshave ... | Coco Cloud Luxury Shav... |
|---|---|---|---|---|
| **$16.95** | **$120.00** | **$43.95** | **$14.92** | **$20.00** |
| Walmart | Thrive Caus... | Amazon.com | eBay | Truly Beauty |
| ★★★★★ (23) | Free shipping | Free shipping | Free shipping | ★★★★☆ (110) |

https://thrivecare.co › products › shave-oil-1    ⋮

### Premium Natural Shave Oil - Thrive Natural Care

**Shave Oil** 2 FL OZ (60ML) ... Replaces Pre-**Shave Oils**, Shaving Creams, Gels, and Foams – **Shaving Oil** Made in USA. 2 Fl. Oz. ... Delivers high lubrication for an ...
★★★★☆ Rating: 4.2 · 150 reviews

https://www.amazon.com › Thrive-Natural-Shave-Ounc...    ⋮

### THRIVE Natural Shave Oil for Men, 2 Ounces ... - Amazon.com

Yes. **Thrive's Shave Oil** is effective as a pre-**shave** oil under traditional shaving soaps. The two unique-to-**Thrive** plants combine with the other natural ...
★★★★★ Rating: 4.3 · 539 reviews

https://www.amazon.com › Thrive-Natural-Shave-Oil-...    ⋮

### Thrive Natural Shave Oil for Men – Replaces ... - Amazon.com

Yes. **Thrive's Shave Oil** is effective as a pre-**shave** oil under traditional shaving soaps. The two unique-to-**Thrive** plants combine with the other natural ...
★★★★★ Rating: 4.3 · 539 reviews

**MCINTOSH OPP. 61**

# **Exhibit I**

**MCINTOSH OPP. 62**

Microsoft Bing    thrive skincare

Sign in    10

ALL    SHOPPING    IMAGES    VIDEOS    MAPS    NEWS

SHOPPING HOME    DEPARTMENTS    STORES    DEALS    TRENDING PRODUCTS    PRICE DROPS    EDITOR'S PICKS    MY COLLECTIONS

Bing Shopping > thrive skincare

My collections

Ads

| $49.00 Thrive Defying Gravity Thrive Causem... | $62.00 Thrive Overnight Facial Thrive Cause... | $120.00 Thrive Tone & Glow & Lift | Moisture Thrive Causemetics | $59.00 Thrive Liquid Light Therapy Thrive Cause... | $36.00 Thrive Moisture Flash Active Thrive Cause... | $26.00 Thrive Liquid Balm Lip Thrive Cause... | $38.00 Thrive Overnight Thrive Cause... | $35.00 Thrive Skincare Starter Kit Thrive Causemetics | $32.00 Thrive Bright Balance Facial Thrive Cause... | $24.00 Thrive Brilliant Eye Brightener Thrive Cause... | $35.00 Thrive Filtered Effects Blurring Thrive Causemetics | $95.00 Thrive Lumino & Lifted Duo | Thrive Causem... |

Clear all filters

BRAND
Thrive
Thrive Brilliant
Thrive Sunproof
Thrive Skincare
Ilia
+4 more

PRICE
Up to $30
$30 - $50
$50 - $90
Over $90
$min to $max
Go

SELLER
Thrive Causemetics
Poshmark
Walmart
Amazon.com
ModeSens-US
+10 more

Ads

$35.00 Thrive Causemetics Thrive Filtered Effects Blurring Face Primer |
$95.00 Thrive Causemetics Thrive Luminous & Lifted Duo | Liquid Light
$36.00 Thrive Causemetics Thrive Triple Threat Color Stick (Lip/Cheek
$40.00 Thrive Causemetics Thrive Brilliant Eye Brightener (Highlighter)
$22.00 Thrive Causemetics Thrive Waterproof Eyeliner In
$24.00 Thrive Causemetics Thrive Brilliant Eye Brightener (Highlighter)
$22.00 Thrive Causemetics Thrive Infinity Waterproof Eyeliner In

$35.00 Thrive Causemetics Thrive Brilliant Face Brightener Illuminating
$24.00 Thrive Causemetics Thrive Brilliant Eye Brightener (Highlighter) POPULAR
$38.00 Thrive Causemetics Thrive Buildable Blur CC Cream Broad Spectrum
$18.00 Thrive Causemetics Thrive Blend & Blur Sponge | Thrive POPULAR
$118.00 Thrive Causemetics Thrive Smart Skincare Set | Thrive
$26.00 Thrive Causemetics Thrive Glossy Lip Hydrating Serum In
$22.00 Thrive Causemetics Thrive Infinity Waterproof Eyeliner In

670+ v...

Feedback

MCINTOSH OPP. 63

Microsoft Bing | thrive skincare lotion

ALL   **SHOPPING**   IMAGES   VIDEOS   MAPS   NEWS

Sign in   15

⌂ SHOPPING HOME   ☰ DEPARTMENTS ⌄   🏬 STORES ⌄   DEALS   ⤢ TRENDING PRODUCTS   ⬇ PRICE DROPS   ★ EDITOR'S PICKS ⌄   ▪ MY COLLECTIONS

Bing Shopping > thrive skin care lotion

Ads ⓘ


$49.00
Thrive Defying Gravity
Thrive Causeme...


$35.00
Thrive Skincare Starter Kit (Cleanser, Thrive Causemetics


$36.00
Thrive Moisture Flash Active
Thrive Causem...


$59.00
Thrive Liquid Light Therapy
Thrive Causem...


$95.00
Thrive Luminous & Lifted Duo |
Thrive Causem...


$118.00
Thrive Smart Skincare Set | Thrive
Thrive Causemetics


$32.00
Thrive Bright Balance Facial
Thrive Causemetics


$83.00
Thrive Exfoliate & Moisturize Set |
Thrive Causemetics

$35.00
Thrive Brilliant Face Brightener
Thrive Causemetics

$10.00
Thrive Deluxe Travel Defying
Thrive Causem...

$68.00
Thrive Face Cleansing Duo |
Thrive Causem...

$35.
Thriv
Effec
Thriv

**BRAND**
☐ Thrive
☐ Alpha Skin Care
☐ Olivella
☐ Eucerin
☐ Alaffia
+10 more

**PRICE**
○ Up to $10
○ $10 - $20
○ $20 - $40
○ $40 - $90
○ Over $90
[$min] to [$max]
[Go]

**SELLER**
☐ Thrive Causemetics
☐ Poshmark
☐ Piping Rock Health Products
☐ Amazon.com
☐ Walmart
+10 more

Clear all filters

Ads ⓘ


$68.00
Thrive Causemetics
Thrive Face Cleansing Duo | Thrive


$35.00
Thrive Causemetics
Thrive Filtered Effects Blurring Face Primer |


$214.00
Thrive Causemetics
Thrive Essential Skin Regimen & Overnight


🔸POPULAR
$26.00
Thrive Causemetics
Thrive Liquid Balm Lip Treatment | Lip Balm +


$73.00
Thrive Causemetics
Thrive Bright Balance Cleanser & Defying


$15.95
Amazon.com
($7.97 / 1 fl oz) ★★★★☆ (17)
THRIVE Natural Face


$26.00
Thrive Causemetics
Thrive Glossy Lip Hydrating Serum In


$5.99  $8.99
Thrive Market
Thrive Market Body Lotion, Coconut Vanilla


🔸POPULAR
$38.00
Thrive Causemetics
Thrive Overnight Sensation Brightening


46% price drop
$7.98
eCosmetics
★★★★☆ (849)
AQUAPHOR Healing


$16.95
Amazon.com
($8.48 / 1 fl oz) ★★★★☆ (17)
THRIVE All Natural Face


$22.29
Walmart
★★★★☆ (17) • 🚚 Free shipping
Thrive Natural Face


$50.00
Thrive Causemetics
Thrive Flawlessly Protected SPF Set In


$160.00  $206.00
Poshmark
Skincare Other | Thrive Skin Infinite Skincare


Special Offer


Special Offer











MCINTOSH OPP. 64

Feedback



MCINTOSH OPP. 65



Case 2:20-cv-09091-PA-AS   Document 57   Filed 08/23/21   Page 83 of 98   Page ID #:2421

MCINTOSH OPP. 66

Ads ⓘ

Microsoft Bing    thrive natural care

ALL    SHOPPING    IMAGES    VIDEOS    MAPS    NEWS

Sign in    30

🏠 SHOPPING HOME    ▾ DEPARTMENTS    🏬 STORES    DEALS    ⚙ TRENDING PRODUCTS    ⊙ PRICE DROPS    ⭐ EDITOR'S PICKS    ⊞ MY COLLECTIONS

Bing Shopping > thrive natural care

⊟ ⊞ 📑 My collections



$35.00
Thrive Brilliant Face
Brightener
Thrive Causemetics


$36.00
Thrive Moisture
Flash Active
Thrive Causem...

$59.00
Thrive Liquid
Light Therapy
Thrive Causem...


$38.00
Thrive Buildable
Blur CC Cream
Thrive Causem...


$26.00
Thrive Liquid
Balm Lip
Thrive Causem...


$35.00
Thrive Filtered
Effects Blurring Face
Thrive Causemetics


$32.00
Thrive Bright
Balance Facial
Thrive Causeme...


$49.00
Thrive Defying
Gravity
Thrive Causeme...


$19.00  $57.00
1 Best Grass-
Fed Collagen
NativePath


$38.00
Thrive Overnight
Sensation
Thrive Causem...

$38.00
Thrive Buildable
Blur CC Cream
Thrive Causem...


$13.45
Thrive Natural Face
Moisturizer, 2 Oz
Walmart
★★★★☆ (17)

›

**Clear all filters**

Ads ⓘ

**BRAND**
☐ Thrive
☐ Andalou Naturals
☐ Aura Cacia

**PRICE**
○ Up to $20
○ $20 - $40
○ $40 - $60
○ Over $60

$min to $max
Go

**SELLER**
☐ Thrive Causemetics
☐ Walmart
☐ Amazon.com
☐ eBay
☐ ship2days
+10 more


$38.00
Thrive Causemetics
Thrive Buildable Blur CC
Cream Broad Spectrum


$13.45
Walmart
★★★★☆ (17)
Thrive Natural Face


$12.95
Amazon.com
($3.83 / 1 floz) ★★★★☆ (33)
THRIVE Natural Face


🔶 POPULAR
$35.00
Thrive Causemetics
Thrive Skincare Starter
Kit (Cleanser,
Thrive Natural Face


$25.27
Walmart
🚚 Free shipping
Thrive Natural Face


$118.00
Thrive Causemetics
Thrive Smart Skincare
Set | Thrive Causemetics

Special Offer

$45.90  $91.80
toyboxtech
🚚 Free shipping
THRIVE Natural Daily

Special Offer

$26.90  $53.80
toyboxtech
★★★★☆ (33) · 🚚 Free shippin
THRIVE Natural Face


$17.92
Walmart
🚚 Free shippin
Thrive Natural Face

16% price drop

$32.98
eBay
★★★★☆ (15) · 🚚 Free shippin
Thrive Natural Vip Men's


$55.44
eBay
THRIVE Natural Deep
Clean Skincare Kit For


$35.95
Walmart
★★★★☆ (8)
Thrive Natural Deep


$15.95
Amazon.com
($7.97 / 1 floz) ★★★★☆ (17)
Thrive Natural Face


$39.00
Thrive Causemetics
Thrive Healthy &
Hydrated Lip Set | Thrive



MCINTOSH OPP. 67

Feedback

Ads ⓘ

         

**$49.00**
Thrive Defying
Gravity
Thrive Causeme...

**$35.00**
Thrive Brilliant Face
Brightener
Thrive Causemetics

**$59.00**
Thrive Liquid
Light Therapy
Thrive Causem...

**$32.00**
Thrive Bright
Balance Facial
Thrive Causem...

**$36.00**
Thrive Moisture
Flash Active
Thrive Causem...

**$35.00**
Thrive Filtered
Effects Blurring Face
Thrive Causemetics

**$16.95**
THRIVE All
Natural Face
Amazon.com
★★★★★ (17)

**$83.00**
Thrive Exfoliate &
Moisturize Set |
Thrive Causemetics

**$35.00**
Thrive Skincare
Starter Kit (Cleanser,
Thrive Causemetics

**$12.95**
Thrive Natural
Mens Face
eBay
★ Free shipping

**$68.00**
Thrive Face
Cleansing Duo |
Thrive Causemetics

**$8.00**
Thrive
Face I
eBay
★★★★

Ads ⓘ

Clear all filters

**BRAND**
☐ Thrive
☐ Andalou Naturals
☐ Alaffia
☐ Acure
☐ Weleda
+10 more

**PRICE**
○ Up to $20
○ $20 - $40
○ $40 - $90
○ Over $90
$min to $max
Go

**SELLER**
☐ Thrive
  Causemetics
☐ Sephora
☐ Piping Rock Health
  Products
☐ toyboxtech
☐ eBay
+10 more

      

**$68.00**
Thrive Causemetics
Thrive Face Cleansing
Duo | Thrive

**$8.00**
eBay
★★★★★ (17) · ★ Free shipping
Thrive Natural Face

Special Offer
**$30.90** $61.80
toyboxtech
★ Free shipping
THRIVE All Natural Face

Special Offer
**$51.90** $103.80
toyboxtech
★★★★★ (17) · ★ Free shipping
Thrive Natural Face

Special Offer
**$23.70**
Maxedbuy.com
★★★★★ (42) · ★ Free shipping
Thrive Natural Face

Special Offer
**$38.90** $77.80
toyboxtech
★★★★★ (42) · ★ Free shipping
THRIVE Natural Face

**$12.95**
Amazon.com
($3.83 / 1 floz) · ★★★★★ (33)
THRIVE Natural Face

      

**$20.70**
Healthy Planet Shopping
★ Free shipping
Emulate Natural Care

**$18.99**
Piping Rock Health Product
★★★★★ (18)
Hyaluronic Cream, 4 Oz

**$34.00**
Mercari
Thrive Skin Cream
(Thrive) - Skin Care |

HIGHLY RATED
**$5.99**
Piping Rock Health Product
★★★★★ (369)
Retinol Cream (Ultra

**$160.00** $206.00
Poshmark
Skincare Other | Thrive
Skin Infinite Skincare

HIGHLY RATED
**$5.59**
Piping Rock Health Product
★★★★★ (190)
Collagen & Placenta

**$28.00**
ModeSens
★ Free shipping
BEAUTY CARE

      

Special Offer

HIGHLY RATED

MCINTOSH OPP. 68

HIGHLY RATED



Ads ⓘ













**$35.00**
Thrive Brilliant Face Brightener
Thrive Causemetics

**$32.00**
Thrive Bright Balance Facial
Thrive Causem...

**$59.00**
Thrive Liquid Light Therapy
Thrive Causem...

**$38.00**
Thrive Buildable Blur CC Cream
Thrive Causem...

**$36.00**
Thrive Moisture Flash Active
Thrive Causem...

**$26.00**
Thrive Liquid Balm Lip
Thrive Causem...

**$49.00**
Thrive Defying Gravity
Thrive Causeme...

**$24.00**
Thrive Brilliant Eye Brightener
Thrive Causem...

**$38.00**
Thrive Buildable Blur CC Cream
Thrive Causem...

**$12.95**
THRIVE Natural Face Wash Gel For Men &
Amazon.com
★★★★★ (33)

**$35.00**
Thrive Skincare Starter Kit (Cleanser,
Thrive Causemetics

**$15.95**
THRIVE Natura Face Moisturize
Amazon.com
★★★★★ (17)

Clear all filters

**SHOW ONLY**
☐ Available nearby

**BRAND**
☐ Thrive
☐ Andalou Naturals
☐ Thrive Brilliant
☐ Natural Care
☐ Moringa
+3 more

**PRICE**
○ Up to $20
○ $20 - $40
○ $40 - $70
○ Over $70
[$min] to [$max]
Go

**SELLER**
☐ Thrive Causemetics
☐ Walmart
☐ eBay
☐ Amazon.com
☐ toybextech
+10 more

Ads ⓘ








**POPULAR**
**$35.00**
Thrive Causemetics
Thrive Skincare Starter Kit (Cleanser,

**$15.95**
Amazon.com
($7.97 / 1 floz) ★★★★★ (17)
THRIVE Natural Face

**$19.00** ~~$57.00~~
NativePath
1 Best Grass-Fed Collagen Peptides

**$35.00**
Thrive Causemetics
Thrive Filtered Effects Blurring Face Primer |

**$43.95**
Amazon.com
★★★★★ (15) · 🚚 Free shipping
Thrive Natural Men's

**$16.95**
Amazon.com
($8.48 / 1 floz) ★★★★★ (17)
THRIVE All Natural Face

**$118.00**
Thrive Causemetics
Thrive Smart Skincare Set | Thrive









**$83.00**
Thrive Causemetics
Thrive Exfoliate & Moisturize Set | Thrive

**$68.00**
Thrive Causemetics
Thrive Face Cleansing Duo | Thrive

**$38.00**
Thrive Causemetics
Thrive Buildable Blur CC Cream Broad Spectrum

**$13.45**
Walmart
★★★★★ (17)
Thrive Natural Face

**$54.95**
Amazon.com
★★★★★ (15) · 🚚 Free shipping
THRIVE Natural VIP

**$73.00**
Thrive Causemetics
Thrive Bright Balance Cleanser & Defying

**$35.95**
Walmart
★★★★★ (8)
Thrive Natural Deep


**16% price drop**



MCINTOSH OPP. 70

# Exhibit J

MCINTOSH OPP. 71

Hello
Select your address

| All | thrive skin |

Hello, Sign in
Account & Lists

Returns
& Orders

0

All   Best Sellers   Customer Service   Prime ▾   New Releases   Pharmacy   Books   Fashion   Toys & Games   Kindle Books   Gift Cards

1-48 of over 5,000 results for **"thrive skin"**

Sort by: Featured

**Eligible for Free Shipping**
Free Shipping by Amazon
All customers get FREE shipping on orders over $25 shipped by Amazon

**Local Stores**
Amazon Fresh
Bristol Farms
See more

**Climate Pledge Friendly**
Climate Pledge Friendly

**Department**
Beauty & Personal Care
Makeup
Facial Serums
Face Moisturizers
Eye Treatment Products
Facial Cleansing Washes
Health & Household
Vitamins & Dietary Supplements
See All 22 Departments

**Avg. Customer Review**
★★★★☆ & Up
★★★☆☆ & Up
★★☆☆☆ & Up
★☆☆☆☆ & Up

**Brand**
Neutrogena
CeraVe
Maybelline New York
L'Oreal Paris
REVLON
Crest
Philips Norelco
See more

**Price**
Under $25
$25 to $50
$50 to $100
$100 to $200
$200 & Above

| $ Min | $ Max | Go |

**Deals**
Today's Deals

**Premium Beauty Selection**
Premium Selection

**Beauty Product Attributes**
Alcohol Free
Ammonia Free



THRIVE All Natural Face Cream for Sensitive Skin – Facial Moisturizer Restores, Protects Skin & Helps Sooth...
**2 Fl Oz (Pack of 1)**
219
**$16**⁹⁵ ($8.48/Fl Oz)
$15.26 with Subscribe & Save discount
Get it as soon as Sun, Aug 1
FREE Shipping on orders over $25 shipped by Amazon



THRIVE Natural Face Wash Gel for Men & Women – Daily Facial Cleanser with Anti-Oxidants & Unique Premium...
711
**$12**⁹⁵ ($3.83/Fl Oz)
$11.66 with Subscribe & Save discount
Get it as soon as Tomorrow, Jul 31
FREE Shipping on orders over $25 shipped by Amazon



THRIVE Natural Face Scrub for Men & Women – Exfoliating Face Wash with Anti-Oxidants Improves Skin Texture,...
1,243
**$14**⁹⁵ ($4.42/Fl Oz)
$13.46 with Subscribe & Save discount
Get it as soon as Tomorrow, Jul 31
FREE Shipping on orders over $25 shipped by Amazon

Thrive Causemetics Buildable Blur CC Cream - Medium Beige Neutral Undertone
**Cream · 1.08 Fl Oz (Pack of 1)**
9
**$40**⁰⁰ ($37.04/Fl Oz)
Get it Tue, Aug 3 - Fri, Aug 6
FREE Shipping
Only 15 left in stock - order soon.



THRIVE Natural Moisturizing Mineral Face Sunscreen SPF 30, 2 Ounces – Lightweight Moisturizer Broad-Spectrum...
**SPF 30 · 2 Fl Oz (Pack of 1)**
1,542
**$24**⁹⁵ ($12.48/Fl Oz)
$22.46 with Subscribe & Save discount
Join Prime to save $2.50 on this item
Get it as soon as Tomorrow, Jul 31
FREE Shipping on orders over $25 shipped by Amazon
FSA or HSA eligible



THRIVE Natural Deep Clean Skincare Kit for Men & Women (3 Piece) – Gift Set with Natural Face Scrub, Wash &...
799
**$39**⁹⁵ ($13.32/Count)
Get it as soon as Sun, Aug 1
FREE Shipping by Amazon

 

Amazon.com: thrive + skin

Contains Keratin
Formaldehyde Free
Hypoallergenic
Oil Free
PABA Free
See more

**Subscribe & Save**
Subscribe & Save Eligible

**Packaging Option**
Frustration-Free Packaging

**International Shipping**
International Shipping Eligible

**Condition**
New
Used

**Availability**
Include Out of Stock



Thrive Causemetics Buildable Blur CC Cream Beige Golden Neutral Undertones 30mL Cream

$36⁰⁰ ($36.00/Fl Oz)

Get it Tue, Aug 3 - Fri, Aug 6
FREE Shipping



Thrive Causemetics Buildable Blur CC Cream Broad Spectrum SPF 35 - Light (Neutral Undertones)

1

$75⁰⁰ ($75.00/Count)

Get it as soon as Thu, Aug 5
$4.99 shipping
Only 3 left in stock - order soon.
More Buying Choices
$69.00 (2 new offers)



Your Skin But Better CC Cream Oil-Free Matte with SPF 40 - Light Medium

1.08 Fl Oz (Pack of 1)
748

$42⁹⁹ ($39.81/Fl Oz)

Get it as soon as
Tomorrow, Jul 31
FREE Shipping by Amazon
Only 5 left in stock - order soon.
More Buying Choices
$40.50 (15 new offers)



It Cosmetics CC Matte Cream Medium 1.08 fl oz

1.08 Fl Oz (Pack of 1)
314

$40⁰⁰ ($37.04/Fl Oz) $45.99

Get it as soon as Sun, Aug 1
FREE Shipping by Amazon
Only 8 left in stock - order soon.
More Buying Choices
$37.00 (30 new offers)



IT Cosmetics Je Ne SAIS Quoi Lip Treatment, Your Perfect Pink - Anti-Aging Lip Balm - Reacts with Your Lips to...

0.11 Ounce (Pack of 1)
1,455

Save 37%

$15⁶³ $24.97
Lowest price in 30 days

Get it Fri, Aug 6 - Wed, Aug 11
FREE Shipping



Best Seller

IT Cosmetics Your Skin But Better CC+ Cream, Medium (W) - Color Correcting Cream, Full-Coverage Foundation,...

1.08 Fl Oz (Pack of 1)
12,078

$29²⁰ $37.38

Get it as soon as Sun, Aug 1
FREE Shipping by Amazon
More Buying Choices
$28.99 (20 new offers)







LUXAZA 6 PCS Neutral and Brown Metallic Eyeshadow Stick,Warm to Cool Cream Shimmer Eyeshadow Pencil...

3,179

$18⁹⁹

Save more with Subscribe & Save

FREE Shipping on orders over $25 shipped by Amazon
Only 18 left in stock - order soon.

Covergirl Simply Ageless Instant Wrinkle Blurring Pressed Powder, Fair Ivory, 3.9 Oz.

**3.9 Ounce (Pack of 1)**

544

$11⁹⁹

$11.39 with Subscribe & Save discount

Get it as soon as
**Tomorrow, Jul 31**
FREE Shipping on orders over $25 shipped by Amazon

Probiotic Action® Breakthrough probiotic Technology for Your Skin. Acne Treatment. Eczema and...

**1.7 Fl Oz (Pack of 1)**

245

$18⁹⁵ ($11.21/Fl Oz)

Save more with Subscribe & Save

Get it as soon as
**Tomorrow, Jul 31**
FREE Shipping on orders over $25 shipped by Amazon





THRIVE Natural Shave Oil for Men, 2 Ounces (60mL) – Replaces Pre-Shave Oils, Shaving Creams, Gels, and...

**2 Fl Oz (Pack of 1)**

543

$18⁹⁵ ($9.48/Fl Oz)

$17.06 with Subscribe & Save discount
Join Prime to save $1.90 on this item

Get it as soon as
**Tomorrow, Jul 31**
FREE Shipping on orders over $25 shipped by Amazon

Thrive Causemetics Brilliant Eye Brightener - Estrella

**0.5 Ounce (Pack of 1)**

2

$49⁹⁹ ($49.99/Count)

FREE Shipping by Amazon
In stock soon.

Glo Skin Beauty Cream Stay Shadow Stick

267

$20⁰⁰ ($404.86/Ounce)

Save more with Subscribe & Save

Get it as soon as **Sun, Aug 1**

FREE Shipping on orders over $25 shipped by Amazon





Best Seller

TULA Skin Care Glow & Get It Cooling & Brightening Eye Balm | Dark Circle Under Eye Treatment, Instantly Hydrate...

**0.35 Ounce (Pack of 1)**

3,253

$28⁰⁰

Julep Eyeshadow 101 Crème to Powder Waterproof Eyeshadow Stick, Sand Shimmer

13,792

$15⁰⁰

Maybelline Baby Skin Instant Pore Eraser Primer, Clear, 0.67 Fl Oz (Pack of 2)

**0.67 Fl Oz (Pack of 2)**

3,283

$10¹⁷ $11.98

MCINTOSH OPP. 74









Thrive Skincare | Mercari



**MERCARI**

Search for anything

Download app    Sign up    Log in    🛒    Sell

Brands ⌄ | Winter deals | Women | Men | Electronics | Toys | Home | Beauty | Kids | Vintage | Sports | Handmade | Other

Mercari / Thrive / Beauty / Skin care

# Thrive Skin Care (29 results)

[ Save this search ]

## Filter by

Sort by: Best match ⌄

### Keyword
🔍 Enter keyword

### Shipping
- ⦿ Any
- ○ FREE

### Delivery
- ⦿ Any
- ○ Mercari Now

### Category
- ⦿ Beauty
  - ⦿ Skin care
    - ○ Body
    - ○ Eyes
    - ○ Face
    - ○ Feet
    - ○ Hands & nails
    - ○ Lips
    - ○ Maternity
    - ○ Sets & kits
    - ○ Sun
    - ○ Other

### Brand
🔍 Find a brand
- ⦿ Thrive

Our Brilliant Eye Brightener
Thrive
$22

NWT Thrive Skincare Bu...
Thrive
$13

Thrive Skincare Set
Thrive
$14 $22 36% OFF

Thrive age defying eye cr...
Thrive
$36 $38 5% OFF

Infinite Detox Body Scrub
Thrive
$9 $13 30% OFF

Thrive Causemetics Liqui...
Thrive
$22
Free shipping

Thrive Brightener & Sponge
Thrive
$28

Thrive Causemetics Mois...
Thrive
$18

Thrive foundation shade ...
Thrive
$22

Thrive Causmetics shade...
Thrive
$18 $20 10% OFF

Overnight Sensation Brig...
Thrive
$51 $62 17% OFF

Bundle
Thrive
$37

Thrive Causemetics Over...
Thrive
$50

thrive causmetics overni...
Thrive
$42

Thrive skin body scrub
Thrive
$10

Thrive Daily Defense Sun...
Thrive
$12 $14 14% OFF   SOLD





# Get the app.

Sell or buy. Almost anything.



Scan with your phone's camera app to experience Mercari on the phone.



Womens Athletic Sneakers 7 New

...xacan Alebrije Folk Art ...ugar Wood Carving
...ed 13 mins ago
...85

Make offer     Add to cart

| SHOP | COMPANY | ALL FROM HOME | SUPPORT | ACCOUNT | POLICY CENTER |
|---|---|---|---|---|---|
| Categories | About us | Authenticate | Contact Us | Sign up / Log in | Terms of Service |
| Brands | Careers | Instant Pay | Help Center | Favorites | Privacy Policy |
| Deals | Blog | Mercari Now | How it Works | Messages | Prohibited Items |
| | | Sell from Home | Become a Seller | | Prohibited Conduct |
| | | Shipping | Buyers | | Electronic Communications |
| | | | Safety Guidelines | | DMCA Policy |
| | | | Policy Center | | Requests From Law Enforcement |

Copyright © 2020 Mercari, Inc.     Privacy Policy     Terms of Service     Licenses / Disclosures          NMLS ID: 1486447 PO Box 60178, Palo Alto, CA 94306

