1   Stephen McArthur (SBN 277712)
    stephen@smcarthurlaw.com
2   Thomas Dietrich (SBN 254282)
    tom@smcarthurlaw.com
3   THE MCARTHUR LAW FIRM, P.C.
    9465 Wilshire Blvd., Ste. 300
4   Beverly Hills, CA 90212
    Telephone: (323) 639-4455

5

6   *Attorneys for Plaintiff Thrive*
    *Natural Care, Inc.*

7

8

9             UNITED STATES DISTRICT COURT

10          CENTRAL DISTRICT OF CALIFORNIA

11

12  THRIVE NATURAL CARE, INC.,    Case No. 2:20-CV-9091-PA-AS

13            Plaintiff,     **DECLARATION OF ROB
WALLACE IN SUPPORT OF**
14        v.            **PLAINTIFF'S OPPOSITION TO
DEFENDANT'S MOTION FOR**
15  THRIVE CAUSEMETICS, INC.,     **SUMMARY JUDGMENT**

16           Defendant.    Hon. Percy Anderson

17                     **Hearing Date**: September 13, 2021
                        **Time:** 1:30 p.m.
18                      **Courtroom:** 9A

19

20

21

22

23

24

25

26

27

28

I, ROB WALLACE, declare as follows:

1.     I make this Declaration in support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment. The matters set forth herein are of my own personal knowledge if called upon to testify as to such matters, I could and would do so.

2.     I am currently the Managing Partner of Best of Breed Branding Consortium, an omni-channel branding consultancy that also focuses on all the branding issues involved in this case. My relevant experience is described in detail in the attached expert report and CV, but I will briefly summarize it here.

3.     Prior to my current position, I was the Managing Partner for more than 30 years of one of the branding industry's most respected brand identity strategy and design firms, Wallace Church & Co., where I had specific and significant experience with the skin care market. Based on this experience, I have highly specialized knowledge of how marketers create and establish brands, how consumers interpret brand messaging, how they develop awareness and perceptions of brands and all the other marketing/branding issues in this case.

4.     In my career, I have been actively involved in hundreds of brand naming, brand identity, brand messaging, product design, package design and web development assignments for dozens of leading consumer product and service companies. For example, my firm and I have developed brand messaging for such companies as Coca-Cola, Procter & Gamble, PepsiCo, Pfizer, Nestle, Johnson & Johnson, PNC Bank, Target and more than 100 additional national and global brand owners.

5.     Of specific relevance to the products in question in this case, I have been involved in consulting with numerous skin care and personal care brands such as L'Oréal, Revlon, Dove, Jergens, and several other skin care companies of equal caliber. In these assignments my team and I created the brand identities in the form of their graphic package design. We also provided strategic direction on their brand

messaging that was then used to integrate advertising, social media, promotion and all other brand messaging. As part of these assignments, I participated in developing, fielding and/or analyzing well over one thousand consumer surveys and research projects. As a result, I have unique knowledge of how brand identity, package design and brand messaging affect consumer perceptions, how they shape consumer relationships with brands and how they drive consumer purchasing.

6.     I served on the Board of Directors of The Design Management Institute, the largest global organization in the brand design and strategy industry, for 10 years. There I founded and co-chaired the Design Value Project, which focused on determining the return on investment of brand messaging and brand identity. As such I have been referred to as "the thought leader in quantifying brand design's value." I have delivered keynote presentations on this topic at more than 50 branding industry symposia across the US, Canada, Europe, Latin America and Asia. I have lectured at the graduate level of The Columbia School of Business, The SVA Masters in Branding Program, Georgetown University, University of Texas, Seton Hall and other educational institutions.

7.     My testimony and opinions have been accepted by and admitted in proceedings both before the U.S. District Courts and also the USPTO Trademark Trial and Appeal Board. I have served as an expert witness on more than 70 cases concerning intellectual property infringement, trademark and trade dress infringement, marketing research, false or deceptive advertising and brand messaging, and other marketing/branding industry issues. In such capacity I have designed and conducted court-compliant surveys for many of these cases. I have been deposed and/or testified in court as an expert witness more than 30 times.

8.     Attached to this declaration as Exhibit A are screenshots I obtained from conducting various online searches for terms relating to Plaintiff on popular search engines, including Google search, Google Shopping, Bing search, Bing Shopping, and Duck Duck Go Shopping. These screenshots of search results

demonstrate that it is not only likely but almost certain that a consumer conducting an online search for Plaintiff or Plaintiff's products such as "Thrive skincare," "Thrive natural care," "amazon thrive natural care," and even "mens thrive natural care" is likely to see both the Plaintiff's and Defendant's skincare products side-by-side on their screen. Examples of these screenshots are also shown below.

**Example 1 (Bing Shopping search)**



/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

DECLARATION OF ROB WALLACE
Case No. 2:20-CV-09091-PA-AS

1

**Example 2 (Google Shopping search)**



15

**Example 3 (Google search)**

26

27   / / /

28   / / /

DECLARATION OF ROB WALLACE
Case No. 2:20-CV-09091-PA-AS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Example 4 (Bing mobile search)**





9.    These screenshots indicate that a consumer searching on the major search engines for Plaintiff's "Thrive" skincare products would almost certainly be presented with images of both parties' skincare products and links to both parties' websites and purchase portals. Even a consumer who conducted a more targeted

search for the Plaintiff's company name and men's products from the Plaintiff would be likely to be presented with images of the Defendant's products together with the Plaintiff's. Moreover, in the product descriptions provided in online search results, Defendant's primary product name only shows "Thrive [product name]", e.g., "Thrive Skincare Set" and does not include the word "Causemetics". In many cases, "Causemetics" is not even fully spelled out in the product description. The focus is clearly on the word "Thrive" for both Plaintiff's and Defendant's products.

10.     The fact that Defendant's skincare products appear together with Plaintiff's "Thrive" skincare products in Google and Bing searches for "Thrive" and skincare-related terms, and even for Plaintiff's specific company name and for men's products, creates an extremely high likelihood that consumers will see the parties' products together when they are searching online for "Thrive" skincare products. Consumers very commonly look for products via online search on the popular search engines noted above, whether they hear about products from a friend, an ad, or media coverage. A consumer searching online for Plaintiff or Plaintiff's "Thrive" skincare products is likely to use terms such as "Thrive skincare" and "Thrive Natural Care". When the Defendant's skincare products, which are also referred to as "Thrive" products in search results are shown together with the Plaintiff's "Thrive" skincare products, it is highly likely a consumer would be confused and click on links to Defendant's products believing them to originate from or be affiliated with Plaintiff.

11.     I note that Defendant's marketing expert, Dr. Simonson, has criticized the surveys I conducted and my expert report because, according to him, it is highly unlikely that both parties' products would appear side-by-side to consumers. The examples shown in at Exhibit A demonstrate Dr. Simonson's opinion is founded on a critical error; he must not have even conducted an online search for the parties' products before providing his opinion, or he would have seen that placement of the parties' products side-by-side is extremely common.

12.     Importantly, the products appear side-by-side not just on search-engines, but on e-commerce platforms as well where consumers purchase products such as Amazon.com, Google Shopping, and Bing Shopping.

13.     In my opinion and experience, most consumers are likely to seek out Plaintiff's products via an online search for terms like "Thrive skincare" and "Thrive Natural Care". When Defendant's products, also referred to as "Thrive" products are shown together with Plaintiff's products in the search results, it is highly likely a consumer could be confused and click on links to Defendant's products believing them to originate from or be affiliated with Plaintiff, which constitutes forward confusion.

14.     As further support for this conclusion, attached as <u>Exhibit B</u> is a true and correct copy of my expert report that I prepared for this case.[1]

15.     To summarize the findings of the consumer surveys I conducted, the findings of the old/original package study show a **net confusion of 56.6%** between the Plaintiff's "Thrive" products in its original identity and package design (old package) and the Defendant's "Thrive Causemetics" products, after being corrected for the average level of confusion observed between the Plaintiff's products and the two control brands. The findings of the new package study (new package) show **a net confusion of 54.5%** between the Plaintiff's "Thrive" products in its current, new identity and package design and the Defendant's "Thrive Causemetics" products, after being corrected for the average level of confusion observed between the Plaintiff's products and the two control brands. It is my conclusion that there is significant actual confusion between the Plaintiff's "Thrive" brand in both its existing (old) and its current (new) package and the Defendant's "Thrive Causemetics" brand.

16.     I further note that the Defendant's marketing expert has criticized the

---

[1] Certain exhibits to my report that are not relevant to the Motion have been removed for brevity.

control images used in the survey I conducted for this case. He suggests that the names of the control products used (Wildkat and Ursa Major) are too different from the marks in question to be proper controls.

17. What Dr. Simonson refuses to acknowledge is that a control is to replicate, as closely as possible, the products in question with the single exception of the issue being researched. In this case the issue in question is the "Thrive" name. Therefore, the names of the control products used in the survey I conducted are completely in accord with court-accepted standards. Other aspects of the control product images—including the packaging appearance and coloring and website descriptions—are very similar to the content in the images of the parties' products.

18. I also note Dr. Simonson's critique of the primary question in my survey regarding confusion. He suggests that this question "Do you believe that these two products come from the same company/manufacturer/source?" is biased and causes "demand effects" encouraging respondents to report confusion. He references the 69% response of those who report the products in question come from the same or affiliated sources. What he fails to reference are the results of exactly the same question when asked of the control products. These results indicate a range of only 10% to 13% of respondents reporting confusion among the control products. This significant difference in confusion between the parties' products and the control products can be seen in the screenshot below of the survey results for the new Thrive package survey.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

| | Thrive v Thrive Causemetic | Thrive v Ursa Major | Thrive v WldKat | Thrive Causemetic v Ursa | Thrive Causemetic v WldKat | Ursa Major v WldKat |
|---|---|---|---|---|---|---|
| | (A) | (B) | (C) | (D) | (E) | (F) |
| **Total** | 600 | 600 | 600 | 600 | 600 | 600 |
| | 100% | 100% | 100% | 100% | 100% | 100% |
| Yes, same company/manufacturer/source | 414 | 57 | 62 | 79 | 49 | 72 |
| | 69% | 10% | 10% | 13% | 8% | 12% |
| | BCDEF | | | bE | | E |
| No, different companies/manufacturer/source | 115 | 419 | 445 | 390 | 451 | 404 |
| | 19% | 70% | 74% | 65% | 75% | 67% |
| | | Ad | AbDF | A | AbDF | A |
| Not sure / Don't know | 71 | 124 | 93 | 131 | 100 | 124 |
| | 12% | 21% | 16% | 22% | 17% | 21% |
| | | ACe | a | ACE | A | ACe |
| No Answer | - | - | - | - | - | - |

**Thrive Natural Care**
**LIKELIHOOD OF CONFUSION SURVEY / NEW PACKAGE**

Q18a - Do you believe that these two products come from the same company/manufacturer/source?

Comparison Groups: ABCDEF
Z-Test for Percentages
Uppercase letters indicate significance at the 99% level.
Lowercase letters indicate significance at the 95% level.

19.     If the primary question had caused any bias, this bias would have been reflected in the control products as well, driving YES responses well above the actual 10-13% ratio. Even if all of the YES responses to these control questions were caused by bias, which I sincerely refute, I subtracted the maximum control responses from the primary responses to result in a net confusion results of 56.6% for the old Thrive package and 54.5% for the new Thrive package.

20.     I conclude based on these control responses that there was no bias or command effects caused by the questions in the surveys I conducted.

21.     My findings and analysis are described in much greater detail in my attached expert report.

22.     The information contained in my expert report is true and correct, and if called to testify under oath on such matters I could and would testify consistent with my opinions and conclusions contained therein.

1     I declare under penalty of perjury that the foregoing is true and correct.

2     Executed on August 23, 2021, at New York, New York.

3

4     Rob Wallace

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# **Exhibit A**



thrive natural care

All · Shopping · Maps · Images · News · More · Tools

About 118,000,000 results (0.89 seconds)

Ads · Shop thrive natural care












...ive Trip... eat Color ck ...b/Cheek... 6.00 ive Caus... ★★★ (2k+)

Thrive Face Cleansing Duo | Thrive Causemetic... $68.00 Thrive Caus... Free shipping

THRIVE Natural Moisturizing Mineral Fac... $24.95 Amazon.com Special offer

Thrive Defying Gravity Nourishing Hand & Nail... $18.00 Thrive Caus... ★★★★ (131)

Thrive Moisture Flash Active Nutrient Toner | Perf... $36.00 Thrive Caus... ★★★★ (1k+)

Nutra Thrive for Cats | 1 Jar | Feline Nutritional... $39.95 Ultimate Pet...

Thrive Brilliant Face Brightener Illuminating... $35.00 Thrive Caus... ★★★★ (1k+)

Thrive Natural Men's Skin Care Set (3 Piece) -... $43.95 Amazon.com Free shipping

Thrive Luminous & Lifted Duo | Liquid Light... $95.00 Thrive Caus... Free shipping

Jus... Pro... Ant... Billi... Sw... ★★



https://thrivecare.co

**Thrive Natural Care: Thrive Skincare | Powered By ...**

**Thrive Natural Care** products are as unique as our regenerative business model. High-performance shave & skincare, powered by regenerative plants from Costa ...

Products

Thrive Natural Care, Inc.

Company

WALLACE OPP. 2



Google

amazon thrive face balm

Sign in

🔍 All    🛒 Shopping    📰 News    🖼 Images    ▶ Videos    ⋯ More                    Tools

About 7,570,000 results (0.83 seconds)

Ads · Shop amazon thrive face balm



THRIVE All...    Thrive Defyi...    Boom Stick...    Thrive Defyi...    Thrive Face...
$16.95           $49.00           $28.00          $18.00           $68.00
Amazon.com      Thrive Caus...   Boom By Ci...   Thrive Caus...   Thrive Caus...
Special offer   ★★★★★ (861)     ★★★★★ (9k+)    ★★★★★ (131)    Free shipping

Ad · https://www.agelessrx.com/buy-nad-cream/online ▾
Free Shipping Included - Easy, Convenient & Hassle Free
Buy NAD Cream Now or as Subscription Service From the Anti-Aging Clinic, Ageless RX

Ad · https://www.calderalab.com/ ▾
Best Organic Skincare For Men - 100% Plant Based & Non GMO
Voted "The Best Natural-Powered Face Serum" by GQ. Smooth skin with 'The Good'

https://www.amazon.com › Thrive-Natural-Mens-Face-...
THRIVE Natural Face Moisturizer – Non-Greasy ... - Amazon.com
THRIVE Natural Face Moisturizer &ndash; Non-Greasy Soothing Facial ... Concentrated facial
moisturizer balm formula gives you more bang for the buck ...
★★★★★ Rating: 4.5 · 456 reviews

https://www.amazon.com › Unscented-Natural-Face-Lot...
THRIVE All Natural Face Cream for Sensitive ... - Amazon.com
Amazon.com: THRIVE All Natural Face Cream for Sensitive skin ... Facial Moisturizer Restores,
Protects Skin & Helps Soothe Irritation – Face Lotion for Women ...
★★★★★ Rating: 4.3 · 216 reviews

https://www.amazon.com › ThriveNaturalCareInc › page
Thrive Natural Care, Inc. - Amazon.com
Daily Defense Balm with SPF 30 · Energy Stack · Deep Clean Gift Set for Women & Men · VIP
Men's Grooming Kit · Natural Face Wash · Natural Face Balm · Natural Shave ...

https://www.amazon.com › product-reviews
Customer reviews: Thrive Natural Face Lotion ... - Amazon.com
Find helpful customer reviews and review ratings for Thrive Natural Face Lotion - After Shave
Balm for Men & Non-Greasy Facial Moisturizer Made in USA with ...

https://www.amazon.com › THRIVE-Natural-Moisturiz...
THRIVE Natural Moisturizing Mineral Face ... - Amazon.com
THRIVE Natural Moisturizing Mineral Face Sunscreen SPF 30, 2 Ounces – Lightweight
Moisturizer Broad-Spectrum Matte Natural Face Sunblock with Clear Zinc Oxide & ...
★★★★★ Rating: 4.4 · 1,490 reviews

https://www.amazon.com › Thrive-Shave-Moisturize-S...
Amazon.com: THRIVE Shave & Moisturize Skincare Kit (2 ...
SHAVE FACE OR BODY & MOISTURIZE FACE – Full-size Thrive Shave & Shower Bar (100
g), and Face Balm (60 ml), packed in an attractive box with Mission Card, ...
★★★★★ Rating: 4.6 · 790 reviews

https://www.amazon.com › Thrive-Natural-Face-Moistu...
Amazon.com: THRIVE Natural Face Moisturizer Lotion (3 Pack ...
Amazon.com: THRIVE Natural Face Moisturizer Lotion (3 Pack) – Non-Greasy ... Concentrated
facial moisturizer balm formula gives you more bang for the buck ...
★★★★★ Rating: 4.3 · 216 reviews

🖼 Images for amazon thrive face balm

scrub    lotion    skincare    skin    face moisturizer



→ View all                                                                    Feedback

https://www.amazon.com › THRIVE-Natural-Soothing-...
Amazon.com: THRIVE Natural Face Scrub And Soothing Face ...
Concentrated facial moisturizer balm formula gives you more bang for the buck; EFFECTIVE &
SAFE – Suitable for vegans, gluten free, GMO free, cruelty free, ...
★★★★★ Rating: 5 · 1 review

https://www.amazon.com › ask › questions
Amazon.com: Customer Questions & Answers
You should experience fewer clogged pores and/or acne after using Thrive's Sensitive Skin
Face Balm (or our Original Face Balm). Both Thrive Face Balm ...

Related searches ⓘ

🔍 thrive daily defense sunscreen balm       🔍 thrive natural care amazon

🔍 thrive natural care                        🔍 thrive natural moisturizing mineral face sunscreen spf

🔍 thrive moisturizer reviews                 🔍 thrive face cream reviews

🔍 thrive sunscreen review                    🔍 thrive natural moisturizing mineral face sunscreen spf



Goooooooooogle ›

1  2  3  4  5  6  7  8  9  10    Next

Google

thrive natural care

All    Shopping    Maps    Images    News    More                    Tools

Sign in

About 118,000,000 results (0.73 seconds)

Ads · **Shop thrive natural care**



| Thrive Defyi... | Thrive Defyi... | Thrive... | Thrive... | Thrive Face... |
|---|---|---|---|---|
| $18.00 | $49.00 | $38.00 | $83.00 | $68.00 |
| Thrive Caus... | Thrive Caus... | Thrive Caus... | Thrive Caus... | Thrive Caus... |
| ★★★★★ (131) | ★★★★☆ (861) | ★★★★★ (2k+) | Free shipping | Free shipping |

Ad · https://www.calderalab.com/ ▾
**Give Your Skin a Clean Slate - Gentle Plant-Based Cleansing**
Crafted with exquisite ingredients to deliver gentle yet powerful cleansing. A cleanser...

Ad · https://www.thrivemarket.com/ ▾
**Thrive Market™ Official Site - ThriveMarket.com**
Thousands of Curated Natural & Healthy Food, Beauty & Home Products. Save with...

https://thrivecare.co ⋮
**Thrive Natural Care: Thrive Skincare | Powered By ...**
Thrive Natural Care products are as unique as our regenerative business model. High-performance shave & skincare, powered by regenerative plants from Costa ...

**Sensitive Skin Face Balm**
Product Description Our Commitments This natural moisturizer, along with Thrive's Sensitive Skin Face Wash, packs the perfect one-two punch to start your ...

**Products**
Daily Defense Sunscreen Balm (Mineral SPF 30). Daily Defense ...

**More results from thrivecare.co »**

https://www.facebook.com › thrivecare ⋮
**Thrive Natural Care - Home | Facebook**
Thrive Natural Care. 2692 likes · 14 talking about this. Thrive is regenerative, effective, plant-based skincare for every body. Our unique approach...
★★★★★ Rating: 5 · 2 votes

https://www.amazon.com › Thrive-Natural-VIP-Mens-... ⋮
**THRIVE Natural VIP Men's Skin Care Set (4 ... - Amazon.com**
NO! Thrive Natural Care is HQ in SF & Costa Rica. We make high-performance skincare, powered by regenerative plants. Our regenerative model restores soil & ...
★★★★★ Rating: 4.6 · 790 reviews

https://www.linkedin.com › company › thrive-natural-c... ⋮
**Thrive Natural Care | LinkedIn**
Headquartered in San Francisco, California, Thrive Natural Care works in tandem with a passionate team of rural farmers in Costa Rica to develop native ...

https://www.instagram.com › thrivenaturalcare ⋮
**Thrive Natural Care® (@thrivenaturalcare) • Instagram photos ...**
Thrive Natural Care®. EMBODY CHANGE WITH REGENERATIVE SKINCARE + RESTORE FARMS Based in San Francisco & Costa Rica thrivecare.co.

https://www.conservation.org › projects › thrive-natural-... ⋮
**Thrive Natural Care - Conservation International**
Thrive Natural Care, a U.S. company, sources natural ingredients for its line of skincare products from native plants grown by communities on the Caribbean ...

https://medium.com › @thrive.natural.care › im-a-wom... ⋮
**I'm a Woman and I Use Thrive Natural Care. Here's Why. | by ...**
No matter your gender, if you're looking for natural skin care that really works, and want something that aligns with your active lifestyle and your values ...

https://twitter.com › thrivecare ⋮
**Thrive Natural Care - Regenerative Skincare (@ThriveCare ...**
The latest Tweets from Thrive Natural Care - Regenerative Skincare (@ThriveCare). Thrive is regenerative, effective, plant-based skincare for every body.

https://www.walmart.com › Thrive-Natural-Light-Miner... ⋮
**Thrive Natural Care - Thrive Natural Light Mineral Face ...**
Free 2-day shipping. Buy Thrive Natural Light Mineral Face Sunscreen Lotion SPF 30 w/ Antioxidants, at Walmart.com.
★★★★★ Rating: 4.7 · 48 reviews · $20.95 · In stock

**Related searches**

| 🔍 thrive natural care reviews | 🔍 thrive sunscreen reviews |
|---|---|
| 🔍 thrive natural care founder | 🔍 thrive natural care linkedin |
| 🔍 thrive natural care amazon | 🔍 thrive care |
| 🔍 thrive natural care instagram | 🔍 thrive natural care facebook |

**Thrive Natural Care, Inc.**
Company

thrivecare.co

Founded: 2012                                   *Disclaimer*

**Profiles**
Facebook    LinkedIn    Instagram

**People also search for**                        View 1+ more

Petcube    Feetures!    AeroGar...    Lark & Ro

Claim this knowledge panel                          Feedback


Gooooooooogle
1 2 3 4 5 6 7 8 9 10    Next



Google

amazon thrive natural care                    ✕    🔍

⚙    ⠿    **Sign in**

Q All    🛍 Shopping    📰 News    🖼 Images    🗺 Maps    ⋮ More                    Tools

About 15,000,000 results (0.59 seconds)

**Ads · Shop amazon thrive natural care**                    ⓘ



THRIVE              Thrive Face        Thrive Smart       Thrive              THRIVE
Natural Fac...      Cleansing D...     Skincare Se...     Exfoliate &...      Natural Sha...
$15.95             $68.00             $118.00            $83.00              $12.95
Amazon.com         Thrive Caus...     Thrive Caus...     Thrive Caus...      Amazon.com
Special offer      Free shipping      Free shipping      Free shipping       Special offer

**Ad** · https://www.calderalab.com/ ▾

**Created by Caldera + Lab - Gentle, Yet Powerful Cleansing**

Up your skincare regimen with a gentle cleanser proven to deliver better-looking skin. Enjoy a gentle daily facial cleanser that refreshes skin without stripping it. Non-Irritating Formula. Safe for Sensitive Skin. 60-Day Guarantee. Reduce Fine Lines. Dermatologist Approved.

Shop Now · How We Did It · Our Story · Clinically Proven Results · Satisfaction Guaranteed

https://www.amazon.com › ThriveNaturalCareInc › page    ⋮

**Thrive Natural Care, Inc. - Amazon.com**

**Thrive Natural Care** sells the most unique and healthy mens shave and skincare on the planet. Better skin health with premium natural grooming products, ...

https://www.amazon.com › ...    ⋮

**Thrive Natural Care @ Amazon.com:**

Online shopping from a great selection at **Thrive Natural Care** Store.

https://www.amazon.com › Thrive-Natural-Clean-Skinc...    ⋮

**THRIVE Natural Deep Clean Skincare Kit for ... - Amazon.com**

**Amazon.com**: THRIVE **Natural** Deep Clean Skincare Kit for Men & Women (3 Piece) – Gift Set with **Natural** Face Scrub, Wash & Moisturizing Face Lotion – Organic ...

★★★★★ Rating: 4.6 · 790 reviews

https://www.amazon.com › Skin-Care-Thrive-Natural-...    ⋮

**Thrive Natural Care - Skin Care / Men's ... - Amazon.com**

THRIVE **Natural** Face Wash Gel for Men & Women – Daily Facial Cleanser with Anti-Oxidants & Unique Premium **Natural** Ingredients for Healthier Skin **Care** – Vegan ...

https://www.amazon.com › Kits-Gift-Sets-Thrive-Natur...    ⋮

**Thrive Natural Care - Kits & Gift Sets / Men's ... - Amazon.com**

Online shopping from a great selection at Beauty & Personal **Care** Store.

https://www.amazon.com › Skincare-Thrive-Natural-Ca...    ⋮

**Thrive Natural Care - Skincare / Indie Beauty ... - Amazon.com**

FREE Shipping on orders over $25 shipped by **Amazon**. FSA or HSA eligible. THRIVE **Natural** Face Scrub for Men & Women – Exfoliating Face Wash with ...

https://www.amazon.com › Moisturizers-Treatments-Thriv...    ⋮

**Thrive Natural Care - Moisturizers & Treatments ... - Amazon.com**

THRIVE **Natural** Face Wash Gel for Men & Women – Daily Facial Cleanser with Anti-Oxidants & Unique Premium **Natural** Ingredients for Healthier Skin **Care** – Vegan ...

https://www.amazon.com › THRIVE-Natural-Moisturiz...    ⋮

**THRIVE Natural Moisturizing Mineral Face ... - Amazon.com**

THRIVE **Natural** Moisturizing Mineral Face Sunscreen SPF 30, 2 Ounces – Lightweight Moisturizer Broad-Spectrum Matte **Natural** Face Sunblock with Clear Zinc Oxide & ...

★★★★☆ Rating: 4.4 · 1,490 reviews

https://www.amazon.com › Mens-Grooming-Thrive-Na...    ⋮

**Thrive Natural Care - Men's Grooming: Beauty ... - Amazon.com**

THRIVE **Natural** Face Wash Gel for Men & Women – Daily Facial Cleanser with Anti-Oxidants & Unique Premium **Natural** Ingredients for Healthier Skin **Care** – Vegan ...

https://www.amazon.com › Thrive-Natural-Mens-Face-...    ⋮

**THRIVE Natural Face Moisturizer – Non-Greasy ... - Amazon.com**

Sold by: Thrive Natural Care ... THRIVE **Natural** Face Moisturizer –ndash; Non-Greasy Soothing Facial Moisturizer Lotion for Men &amp;

★★★★★ Rating: 4.5 · 456 reviews

**Related searches**    ⓘ

🔍 thrive **sunscreen**                    🔍 thrive natural **sales**

🔍 thrive **naturals**                    🔍 thrive natural **moisturizer**

🔍 thrive **care**                    🔍 thrive **face wash review**

🔍 thrive **market mineral sunscreen**                    🔍 thrive **skin**



Goooooooogle >

**1**  2  3  4  5  6  7  8  9  10                    Next

Help    Send feedback    Privacy    Terms                    WALLACE OPP. 6

thrive natural skincare - Google Shopping

**Google** Shopping

thrive natural skincare

Sign in

Location:
Los Angeles, CA

**Show only**

☐ Available nearby
☐ Buy on Google
☐ On sale
☐ Smaller stores

**Price**

○ Up to $25
○ $25 – $45
○ $45 – $80
○ Over $80

| $ Min | – | $ Max |

**Condition**

☐ New items
☐ Used items

**Product rating**

○                4 and up
More

**Seller**

☐ iBeautyCity.com
☐ Target
☐ Thrive Causemetics
☐ Walmart
☐ Zabiva.com
More

Ads · See thrive natural skincare

Thrive Smart Skincare Set | Thrive Causemetics | 100...
**$118.00**
Thrive Causemetics
Free shipping

Thrive Skincare Starter Kit (Cleanser,...
**$35.00**
Thrive Causemetics

Thrive Face Cleansing Duo | Thrive Causemetic...
**$68.00**
Thrive Causemetics
Free shipping

Thrive Bright Balance Facial Cleanser | Natural...
**$32.00**
Thrive Causemetics
(498)

Thrive Defying Gravity Transforming F...
**$49.00**
Thrive Causem
(857)
Free shipping

WALLACE OPP. 7

thrive natural skincare - Google Shopping

 Google Shopping          thrive natural skincare                                    Sign in



Thrive Natural Deep Clean
Skincare Kit for Women & Men (3
Piece) Made in USA ...
4.1          8

**$35.95**
Walmart - Thrive Natural Care, Inc.
Free delivery



Thrive Skincare Starter Kit
(Cleanser, Moisturizer, & Eye
Lifting Cream) | Thrive ...

**$35.00**
Thrive Causemetics
$5.95 delivery



Thrive Smart Skincare Set |
Thrive Causemetics | 100%
Vegan | Best Cruelty-Free ...

**$118.00**
Thrive Causemetics
Free delivery



Thrive Natural Deep Clean
Skincare Kit For Men & Women 3
Piece – Gift

**$55.11**
eBay - etctera
Free delivery

Thrive Defying Gravity
Transforming Face Moisturizer
Cream | Use on Dry, Aging, + ...
4.1          857
Face · Anti-aging · Cream

**$49.00**
Thrive Causemetics
Free delivery

Thrive Bright Balance Facial
Cleanser | Natural Removing
Foam Cleanser | for ...
4.7          498
All Skin Types

**$32.00**
Thrive Causemetics
$5.95 delivery

Compare prices from 2 stores

**WALLACE OPP. 8**

thrive natural skincare - Google Shopping

**Google** Shopping

thrive natural skincare

 Sign in







Thrive Exfoliate & Moisturize Set | Thrive Causemetics | 100% Vegan | Best ...

Rejuvenate Restorative Face Oil

Face · Anti-aging · Organic

Thrive Face Wash - Daily Facial Cleanser for Men with Unique Premium Natural ...

4.7   35

All Skin Types · Men's

**$83.00**
Thrive Causemetics
Free delivery

**$72.00**
Naked + Thriving
Free delivery

**$10.36**
Walmart - Thrive Natural Care, Inc.
$5.99 delivery

Compare prices from 3 stores







Thrive Causemetics Skincare | Goodbye, Dry! Try This Thrive Causemetics Toner ...

4.3   1,296

Toner · Witch Hazel · Liquid
More style options

Thrive Natural Mineral Face Sunscreen Lotion SPF 30, 2 Ounces – Lightweight Broad ...

4.7   45

Lotion · SPF 30 · 2 ounce

THRIVE Natural Face Moisturizer Lotion (3 Pack) – Non-Greasy Soothing Facial ...

Face · For All Skin Types

**$36.00**
Thrive Causemetics
Free delivery

**$20.95**
Walmart - Thrive Natural Care, Inc.
Free delivery

**$62.03**
LivingstoneShop
Free delivery by Fri, Aug 13

Compare prices from 2 stores

Compare prices from 3 stores

**WALLACE OPP. 9**



Google Shopping

thrive natural skincare

Sign in





Weleda Skin Food - 2.5 fl oz tube

4.6    12,209

Face · Body · For Dry Skin

More size options

**$14.24**

Thrive Market

$9.95 delivery

Compare prices from 50+ stores

Thrive Face Balm For Men 100% Natural Effective To Reduce Irritation 2

Face · For All Skin Types

**$17.99**

eBay - sunflowerbuys

Free delivery by Wed, Aug 11

Thrive Natural Face Moisturizer Locion Humectante Facial Calmante No

Face · For All Skin Types

**$19.95**

eBay - oceanside_depot

Free delivery by Wed, Aug 11





Thrive Overnight Sensation Brightening Sleep Mask | Hydrating Mask for Dry + ...

4.3    64

Face · For Dry Skin · Mask

**$38.00**

Thrive Causemetics

Free delivery

Thrive Deluxe Travel Defying Gravity Eye Lifting Cream | Thrive Causemetics | 100 ...

4.0    784

For All Skin Types

**$10.00**

Thrive Causemetics

$5.95 delivery

Thrive Defying Gravity Nourishing Hand & Nail Cream | Non-Greasy Cream with ...

4.5    131

Hand · For Dry Skin · Cream

**$18.00**

Thrive Causemetics

$5.95 delivery

**WALLACE OPP. 10**



Google Shopping

thrive natural skincare

Sign in







Mad Hippie Triple C Night Cream - 2.1 oz

4.6    840

Face · Melanin Reduction

$29.03
The Vitamin Shoppe
Google Guarantee

Compare prices from 3 stores

All Natural Face Cream for Sensitive Skin - Facial Moisturizer Restore

Face · For All Skin Types

$27.87
LivingstoneShop
Free delivery by Fri, Aug 13

Compare prices from 3 stores

Thrive Natural Vip Men's Skin Care Set (4 Piece) – Grooming Gift Set

$81.38
eBay - marom_cohen
Free delivery







Skincare Other | Thrive Skin Infinite Skincare System | Color: Red | Size: Os ...

$160.00
Poshmark
$7.45 delivery

Mad Hippie Advanced Skin Care Vitamin C Serum - 1.02 oz dropper

4.4    7,927

Face · Anti-aging · 1 fl oz

$29.99
The Vitamin Shoppe
Google Guarantee

Compare prices from 4 stores

Restoring Skincare Kit for Men with Sensitive Skin – 2 Piece Grooming Gift Set

4.4    11

For Men

$27.90
Walmart - Thrive Natural Care, Inc.
Free delivery

Compare prices from 4 stores

WALLACE OPP. 11

thrive natural skincare - Google Shopping

**Google** Shopping      thrive natural skincare      ⠿    Sign in



Bulldog Skincare For Men Moisturizer, Original - 100 ml

4.7    973

Face · For All Skin Types

**$8.99**

Thrive Market
$9.95 delivery

Compare prices from 25+ stores



Probulin Probiotic Facial Serum - 1.01 fl oz

4.5    2

Face · Anti-aging · Aloe

**$26.24** 🛒

VitaminDiscountCenter
Google Guarantee

Mad Hippie Eye Cream - 0.5 fl oz

4.3    1,161

Anti-aging · Vitamin C

**$24.99** 🛒

Skincare by Alana
Google Guarantee

Compare prices from 3 stores

**Ads** · See thrive natural skincare



Thrive Sunproof Intensive Lip Balm Duo | Thrive...

**$32.00**

Thrive Causemetics



THRIVE Natural Face Moisturizer – Non-Greasy...

**$15.95**

Amazon.com - Sell...

Special offer



Skincare Other | Thrive Skin Infinite Skincare System |...

**$160.00**

Poshmark



Thrive Buildable Blur CC Cream Broad Spectrum...

**$38.00**

Thrive Causemetics

(2,616)

Free shipping



Thrive Triple Th Color Stick (Lip/Cheek Col...

**$36.00**

Thrive Causem

(2,771)

Free shipping

**Ad** · www.zerogrocery.com/ ▾

**Next-Day Delivery Plastic-Free - Sustainable Skincare & Makeup**

Groceries delivered to your home in reusable glass jars and totes. Simple. Sustainable. Members receive free shipping and wholesale pricing on zero-waste groceries! Eliminate Plastic Waste. Organic Produce. Bay Area Deliveries. Sustainable. Zero hassle. Zero plastic.

Produce · Delivery Locations · Prepared · Snacks · Our Mission

**Ad** · www.thrivecausemetics.com/ ▾

**Thrive Causemetics - 100% Vegan + Cruelty-Free**

Changing The World Starts With A Single Ingredient. Shop Our Long-Lasting Vegan Formulas! For Every Product You Purchase, We Donate To Help A Woman **Thrive**. Shop Makeup Online Now! Toxin-Free. Free Shipping. Eco-Friendly. Types: Eyeliner, Browliner.

Rating for thrivecausemetics.com: 4.8 · Return policy: Most items 60+ days

Smudge-Proof Eyeliner · New Eye Brightener Shades · Best-Sellers · Last Chance Sets

**Ad** · www.naturalbeautyskincare.ca/ ▾

**Natural Beauty Skincare - www.naturalbeautyskincare.ca**

**WALLACE OPP. 12**

Google Shopping

thrive natural skincare

Sign in

1 2 3 Next

Help    Send feedback    Privacy    Terms    Information for Merchants    Report a Violation

WALLACE OPP. 13

Google Shopping    mens thrive natural care        ⠿   Sign in

Your location: Los Angeles, CA

**Show only**
- ☐ Available nearby
- ☐ Buy on Google
- ☐ Smaller stores

**Price**
- ○ Up to $15
- ○ $15 – $30
- ○ $30 – $45
- ○ Over $45

$ Min   –   $ Max

**Condition**
- ☐ New items
- ☐ Used items

**Product rating**
- ○      4 and up

More

**Seller**
- ☐ iBeautyCity.com
- ☐ Spring US
- ☐ Storenvy Storefronts
- ☐ Walmart
- ☐ Zabiva.com

See mens thrive natural care

    

Thrive Natural Men's Skin Care Set (3 Piece) -...
**$43.95**
Amazon.com - Sell...
Free shipping

THRIVE Natural Face Wash Gel for Men & Women – ...
**$12.95**
Amazon.com - Sell...
Special offer

Thrive Natural Care Men's Gift Set
**$53.95**
thehairtip.com

THRIVE Natural VIP Men's Skin Care Set (4 Piece) – ...
**$54.95**
Amazon.com - Sell...
Free shipping

Thrive Smart Skincare Set | Thrive Causemetics | 10...
**$118.00**
Thrive Causemeti...
Free shipping

**WALLACE OPP. 14**



Google Shopping

mens thrive natural care

Sign in







Thrive Natural Men's Skin Care Set – 3 Piece Grooming Gift Set to Wash, Shave, &

4.6    30

Boxed

More size options

**$39.45**

Walmart - Thrive Natural Care, Inc.

Free delivery

Compare prices from 5+ stores

Thrive Natural Deep Clean Skincare Kit for Women & Men (3 Piece) Made in USA ...

4.1    8

**$35.95**

Walmart - Thrive Natural Care, Inc.

Free delivery



Thrive Face Wash - Daily Facial Cleanser for Men with Unique Premium Natural ...

4.7    35

All Skin Types · Men's

**$10.36**

Walmart - Thrive Natural Care, Inc.

$5.99 delivery

Compare prices from 3 stores







Thrive Natural Vip Men's Skin Care Set (4 Piece) – Grooming Gift Set

**$81.38**

eBay - marom_cohen

Free delivery

Thrive Natural Deep Clean Skincare Kit For Men & Women 3 Piece – Gift

**$55.11**

eBay - etctera

Free delivery

Thrive Natural Face Wash Gel for Men & Women Daily Facial Cleanser withAnti ...

All Skin Types · Gel

**$25.59**

Walmart - Meeple Store

Free delivery

**WALLACE OPP. 15**



Google Shopping    mens thrive natural care    Sign in







Thrive Natural Vip Men's Skin Care Set (4 Piece) – Grooming Gift Set

Boxed

**$81.38**
eBay - ritzkistore
Free delivery by Wed, Aug 11

Thrive Natural Vip Men's Skin Care Set (4 Piece) – Grooming Gift Set

**$81.38**
eBay - amukastore
Free delivery by Wed, Aug 11

Thrive Natural Care Shaving Oil, 2 FZ

4.7        23
Shaving Oil · Men's

**$16.95**
Walmart - Thrive Natural Care, Inc.
Free delivery

Compare prices from 4 stores





Thrive Face Balm For Men 100% Natural Effective To Reduce Irritation 2

Face · For All Skin Types

**$17.99**
eBay - sunflowerbuys
Free delivery by Wed, Aug 11

Garden of Life Vitamin Code Mens Multi 120 Caps

4.7        1,994
Energy · Digestive Health
More quantity options

**$32.19**
Thrive Market
$9.95 delivery

Compare prices from 25+ stores

Thrive Natural Shave Soap & Shower Soap Bar – 2-in-1 Shower & Shaving Soap for ...

5.0        8
Shaving Soap · Men's

**$11.65**
Walmart - Thrive Natural Care, Inc.
Free delivery

Compare prices from 4 stores

WALLACE OPP. 16

 Google Shopping

mens thrive natural care

⠿    Sign in



Thrive Other | Level Thrive 5-Day Men'S Pack | Color: Blue/Orange | Size: Os ...

**$36.00**
Poshmark
$7.45 delivery

Natural Care Basic Tee - White - Design by Thrive - Spring

More style options

**$35.99**
Spring US
$10.99 delivery



Thrive Natural Shave Oil for Men, 2 Ounces (60ml) - replaces Pre-Shave Oils ...

Shaving Oil · Men's

**$31.71**
Walmart - J&I productions LLC
Free delivery



Natural Care Sublimated Tees - Design by Thrive - Spring

**$25.99**
Spring US
$10.99 delivery

Bulldog Skincare For Men Moisturizer, Original - 100 ml

4.7            973

Face · For All Skin Types

**$8.99**
Thrive Market
$9.95 delivery

Compare prices from 25+ stores

All Natural Face Cream for Sensitive Skin - Facial Moisturizer Restore

Face · For All Skin Types

**$21.00**
Walmart - Real Future LLC
Free delivery

Compare prices from 3 stores

**WALLACE OPP. 17**

 Google Shopping

mens thrive natural care

Sign in



Thrive Natural Beard Oil for Men, 30 ml Beard Conditioner & Softener Made in USA ...

Oil · Argan Oil · Organic

**$17.49**
eBay - us2014.hajal
Free delivery by Wed, Aug 11

Thrive Natural Face Scrub For Men & Women Face Wash Cleans, Restores Vegan Safe

All Skin Types · Scrub

**$12.15** Used
truegether.com/user/viviennnola_0...
Free delivery

THRIVE Natural Face Wash Gel for Men & Women (3 Pack) – Daily Facial Cleanser ...

All Skin Types · Gel

**$49.47**
iBeautyCity.com
Free delivery by Thu, Aug 12



Thrive Natural Face Wash Gel For Men & Women Daily Facial Cleanser With Anti-o

All Skin Types · Gel

**$12.75**
Truegether - CapstoneMarket
$12.99 delivery

Thrive Shave & Moisturize Skincare Kit (2 Piece) – Natural Shave & Shower Bar and ...

Boxed

**$40.96**
LivingstoneShop
Free delivery by Fri, Aug 13

Thrive Natural Beard Grooming Oil - New Beauty

Beard / Mustache

**$12.00**
Mercari
Free delivery

WALLACE OPP. 18

mens thrive natural care - Google Shopping



**Google** Shopping    | mens thrive natural care |    ⊞   Sign in



Thrive Natural Daily Defense Skincare Kit for Women & Men (2 Piece) – Gift Set ...

**$47.57**
OliveTips.com
Free delivery by Fri, Aug 13

Balance Repair and Thrive Facial Care

Face · For All Skin Types

**$32.00**
Milsegen
Free delivery by Mon, Aug 30

Thrive Skincare Starter Kit (Cleanser, Moisturizer, & Eye Lifting Cream) | Thrive ...

**$35.00**
Thrive Causemetics
$5.95 delivery

See mens thrive natural care

   

THRIVE Natural Face Moisturizer – Non-Greasy...

**$15.95**
Amazon.com - Sell...

Special offer

Thrive Natural Men's Skincare Set (3 Piece) Gift Set t...

**$58.86**
Walmart - MC Onli...

(30)
Free shipping

Thrive Natural Vip Men's Skin Care Set (4 Piece) –...

**$81.38**
eBay - marom_coh...

(30)
Free shipping

Thrive Natural Deep Clean Skincare Kit for Women & Men...

**$35.95**
Walmart - Thrive N...

(8)
Free shipping

Thrive Natural Shaving Oil, 2 oz Vegan Shave Oil f...

**$16.95**
Walmart - Thrive N...

(23)
Free shipping

Ad · www.amazon.com/ ▾

**Shop Thrive Natural - Amazon - Fast Free Delivery with Prime.**

Find Deals on **Thrive Natural** in Hair Removal on Amazon.
Rating for amazon.com: 4.5 - 8,531 reviews · Average delivery time: 1–3 days

Men's Grooming · Prime Pantry · Amazon Prime Benefits · Beauty & Personal Care

1   **2**     Next

Help    Send feedback    Privacy    Terms    Information for Merchants    Report a Violation

**WALLACE OPP. 19**



WALLACE OPP. 20







**$51.42**
eBay
🚚 Free shipping
Thrive Natural Deep Clean Skincar...

**$20.95**
Walmart
(2) · 🚚 Free shipping
Thrive Natural Light Mineral Face ...

**$38.00**
Thrive Causemetics
Thrive Buildable Blur CC Cream Broad
Spectrum SPF 35 In Fair (Co...







**$25.29**
Walmart
🚚 Free shipping
Thrive Natural Face Wash Gel For ...

**$32.98**
eBay
(15) · 🚚 Free shipping
Thrive Natural Vip Men's Skin Car...

**$47.87**
Walmart
THRIVE Natural Moisturizing Mineral
Face Sunscreen SPF 30, 2 Ounces...







**$55.10**
eBay
THRIVE Natural Deep Clean Skincare
Kit For Men & Women 3 P...

**$45.90** $91.80
toyboxtech
🚚 Free shipping
THRIVE Natural Daily Defense Skin...

**$14.95**
Amazon.com
($4.42 / 1 floz) ·        (33)
THRIVE Natural Face Scrub For Me...







**$55.44**
eBay.com
🚚 Free shipping
THRIVE Natural Deep Clean Skinca...

**$63.00**
Thrive Causemetics
Thrive Illuminating Primer & CC Cream
Set In Golden (Neutral Und...

**$214.00**
Thrive Causemetics
Thrive Essential Skin Regimen &
Overnight Mask | Thrive Causemet...








WALLACE OPP. 21




**$50.00**
Thrive Causemetics
Thrive Flawlessly Protected SPF Set In
Golden (Neutral Undertones)/Sw...

**$13.97**
eBay
Thrive Natural Face Scrub For Men &
Women - Cleans, Restores, Com...

**$51.90** $103.00
toyboxtech
(17) · 🚚 Free shipping
Thrive Natural Face Moisturizer Lo...






26% price drop


**$37.99**
eBay
🚚 Free shipping
Thrive Natural Moisturizing Minera...

**$69.40**
eBay
(15) · 🚚 Free shipping
Thrive Natural Vip Men's Skin Car...

**$43.95**
Walmart
(15)
Thrive Natural VIP Men's Skincare ...





**$56.59**
ship2days
(15) · 🚚 Free shipping
Thrive Natural Care Thrive Natural ...

**$40.56**
eBay
THRIVE Natural Moisturizing Mineral
Face Sunscreen SPF 30 2 Ounces ...

**$34.86**
ship2days
🚚 Free shipping
Thrive Natural Care Thrive Natural ...





**$39.03**
ship2days
(11) · 🚚 Free shipping
Thrive Natural Care Restoring Skin...

**$27.90**
Walmart
🚚 Free shipping
Thrive Natural Face Scrub For Me...

**$12.95**
eBay
🚚 Free shipping
Thrive Natural Mens Face Lotion - ...





**$38.95**
Walmart
🚚 Free shipping
Thrive Whole Body Health (8Oz)

**$67.00**
Thrive Causemetics
Thrive Concealer & Eye Cream Set In
Tan (Warm Golden Undertones) ...

**$21.86**
ship2days
🚚 Free shipping
Thrive Natural Care Thrive Natural ...

1   2   3   4

**WALLACE OPP. 22**    ☐ Feedback



**mens thrive natural care**

Sign in    Rewards

ALL    IMAGES    VIDEOS    MAPS    NEWS    SHOPPING

SHOPPING HOME    DEPARTMENTS    STORES    EDITOR'S PICKS    DEALS    TRENDING PRODUCTS    PRICE DROPS    MY COLLECTIONS

Bing Shopping > men's thrive natural care

My collections

Ads

Special Offer
**$149.99** ~~$189.96~~
Primal Pack + M-Factor Men Multi Vitamins Nutritional Su...
1st Phorm
Free shipping

**$36.00**
Thrive Moisture Flash Active Nutrient Toner ...
Thrive Causemetics

**$24.99**
GNC Men's Maca Man® Sexual Health Supple...
GNC
(6)

Special Offer
**$24.99**
M-Factor Men Multi Vitamins Nutritional Supplement By 1s...
1st Phorm
Free shipping

**$59.00**
Thrive Liquid Light Therapy All-In-One Fa...
Thrive Causemetics

**$21.89**
Thrive Natural Face Moisturizer, 2 Oz Non-Greas...
Walmart
(17)

**$15.95**
THRIVE Natu... Moisturizer
Amazon.com

Clear all filters

Ads

**BRAND**
- GNC
- Thrive
- Brickell
- One A Day
- M Factor

5 more

**PRICE**
- Up to $20
- $20 - $30
- $30 - $40
- $40 - $70
- Over $70

$ min  to  $ max   Go

**SELLER**
- Walmart
- GNC
- eBay
- Amazon.com
- toyboxtech

10 more





**$12.95**
Amazon.com
($3.83 / 1 fl oz) · (33)
THRIVE Natural Face Wash Gel Fo...

**$35.95**
Walmart
(8) · Free shipping
Thrive Natural Deep Clean Skincar...

16% price drop
**$32.98**
eBay
(15) · Free shipping
Thrive Natural Vip Men's Skin Car...



630+ viewed
**$24.99**
GNC
(7)
GNC Mega Men® 50 Plus Multivita...

**$17.99**
eBay
Free shipping
Thrive Face Balm For Men 100% N...



**$118.00**
Thrive Causemetics
Thrive Smart Skincare Set | Thrive Causemetics | 100% Vegan | Best ...



2.4K+ viewed
**$19.00** ~~$57.00~~
NativePath
Best Collagen Peptides Powder - Nativepath Collagen - 25 Servings

**$51.42**
eBay
Free shipping
Thrive Natural Deep Clean Skincar...



**$49.99**
GNC
GNC Earth Genius™ Men's Multivitamin 120 Caplets

**WALLACE OPP. 23**







**$14.95**
Amazon.com
($4.42 / 1 floz) ·          (33)
THRIVE Natural Face Scrub For Me...

**$13.97**
eBay
Thrive Natural Face Scrub For Men &
Women - Cleans, Restores, Com...

**$12.95**
eBay
🚚 Free shipping
Thrive Natural Mens Face Lotion - ...







**$8.00**
eBay
        (17) · 🚚 Free shipping
Thrive Natural Face Lotion For Men...

**$24.99**
GNC
        (6)
GNC Mega Men® Prostate And Viril...

**$55.44**
eBay.com
🚚 Free shipping
THRIVE Natural Deep Clean Skinca...







**$36.99**
GNC
        (25)
Daily Wellness Company® Fertility...

**$25.29**
Walmart
🚚 Free shipping
Thrive Natural Face Wash Gel For ...

**$17.92**
Walmart
        (33) · 🚚 Free shipping
Thrive Natural Face Wash For Wo...









**$42.99**
GNC
GNC Men's Horny Goat Weed 120
Capsules

**$29.90**
eBay
        (33) · 🚚 Free shipping
Thrive Natural Face Scrub For Me...

**$55.10**
eBay
THRIVE Natural Deep Clean Skincare
Kit For Men & Women 3 P...





**WALLACE OPP. 24**

**$14.20**
Maxedbuy.com
(17) · 🚚 Free shipping
Thrive Natural Face Moisturizer - ...

**$81.38**
eBay
THRIVE Natural VIP Men's Skin Care
Set (4 Piece) - Grooming Gift Se...

**$26.90**  $53.80
toyboxtech
(33) · 🚚 Free shipping
THRIVE Natural Face Wash Gel Fo...


Special Offer





**$45.90**  $91.80
toyboxtech
🚚 Free shipping
THRIVE Natural Daily Defense Skin...

**$37.87**
Walmart
🚚 Free shipping
Thrive Restoring Skincare Kit For ...

**$35.95**
Walmart
🚚 Free shipping
Thrive Natural Deep Clean Skincar...






Special Offer

**$27.65**
Walmart
🚚 Free shipping
Thrive All Natural Face Cream For ...

**$27.90**
Walmart
🚚 Free shipping
Thrive Natural Face Scrub For Me...

**$51.90**  $103.80
toyboxtech
(17) · 🚚 Free shipping
Thrive Natural Face Moisturizer Lo...







**$59.98**
GNC
GNC Mega Men® Multivitamin - Twin
Pack Twin Pack - 360 Caplets Total

**$12.95**
Amazon.com
($3.70 / 1 oz) · (8)
THRIVE Natural Shave Soap & Sho...

**$19.99**
GNC
(7)
GNC Mega Men® Multivitamin 90 ...







**$45.99**
fuuechef.com
Thrive Natural Shave Oil For Men

**$22.99**
GNC
(38)
GNC Mega Men® Sport Multivitami...

**$34.99**
GNC
GNC Men's Arginmax® Sexual Health
Formula 180 Caplets

1    2    3

**WALLACE OPP. 25**   Feedback



Including results for **thrive men skin care**.
Do you want results only for thrive mens skin care?



Thrive Natural Men's Skin C...
searchwellness.com

Thrive Natural VIP Men's Sk...
luxclout.com







thrive natural care

All   Images   Videos   News   Maps   **Shopping**     Settings ▼

Privacy, simplified. ▼

Clear all filters

Products for **thrive natural care**

Ads

**Brand**

Thrive ☐

Crystalclear ☐

Thrive Market ☐

Ridgecrest Herbals ☐

Hum Nutrition ☐

Show 1 more

**Price**

Up to $20 ○

$20 - $30 ○

$30 - $50 ○

Over $50 ○



**Thrive Defying Gravity Transforming Face...**

$49.00
Thrive Causemetics

**Thrive Bright Balance Facial Cleanser | Natural...**

$32.00
Thrive Causemetics

**Thrive Liquid Light Therapy All-In-One Face...**

$59.00
Thrive Causemetics

**Thrive Buildable Blur CC Cream Broad Spectrum...**

$38.00
Thrive Causemetics

**Thrive Brilliant Face Brightener Illuminating...**

$35.00
Thrive Causemetics




**Thrive Smart Skincare Set | Thrive Causemetics |...**

$118.00
Thrive Causemetics



**Thrive Natural Face Moisturizer, 2 Oz Non-...**

★★★★☆ (17)

$13.45
Walmart



**Thrive Blend & Blur Sponge | Thrive...**

$18.00
Thrive Causemetics



Free shipping

**Thrive Natural Deep Clean Skincare Kit For Women ...**

★★★★☆ (8)

$35.95
Walmart



**Thrive Exfoliate & Moisturize Set | Thrive...**

$83.00
Thrive Causemetics

**WALLACE OPP. 28**

Share Feedback

thrive natural care mens

All   Images   Videos   News   Maps   **Shopping**        Settings ⌄

Privacy, simplified. ⌄

Clear all filters

Products for **thrive natural care mens**

Ads

**Brand**

Garden Of Life ☐

Thrive ☐

Irwin Naturals ☐

Nature Made ☐

Smartypants ☐

Show 8 more

**Price**

Up to $20 ◯

$20 - $30 ◯

$30 - $50 ◯



Thrive Natural Face Moisturizer, 2 Oz Non-...

$13.45
Walmart

Free shipping

Thrive Natural Deep Clean Skincare Kit For Women ...

$35.95
Walmart

Thrive Natural Deep Clean Skincare Kit For Women ...

$35.95
Walmart

Thrive Bright Balance Facial Cleanser | Natural...

$32.00
Thrive Causemetics

16% price drop

Free shipping

Thrive Natural Vip Men's Skin Care Set - Exp...

$32.98
eBay



Free shipping

Thrive Natural Men's Skincare Set Gift Set To...

$39.45



26% price drop

Free shipping

Thrive Natural VIP Men's Skincare Set A€" Gift Set...

$43.95



Free shipping

Thrive Natural Face Lotion For Men Aftershave Bal...

$8.00



Free shipping

Thrive Natural Mens Face Lotion - After Shave Bal...

$12.95



Free shipping

Thrive Natural Shaving Oil, 2 Oz Vegan Shave Oil Fo...

$16.95



**WALLACE OPP. 29**

Share Feedback



thrive face lotion

All   Images   Videos   News   Maps   **Shopping**          Settings ▾

Privacy, simplified. ▾

Clear all filters

Ads

Products for **thrive face lotion**

**Brand**

Thrive ☐

Gold Bond ☐

Aveeno ☐

Olay ☐

Neutrogena ☐

**Show 10 more**

**Price**

Up to $10 ○

$10 - $20 ○

$20 - $40 ○



Thrive Defying Gravity Transforming Face...

$49.00

Thrive Causemetics



Thrive Tone & Glow & Lift | Moisture Flash Active...

$120.00

Thrive Causemetics



Thrive Moisture Flash Active Nutrient Toner |...

$36.00

Thrive Causemetics



Thrive Liquid Light Therapy All-In-One Face...

$59.00

Thrive Causemetics



Thrive Filtered Effects Blurring Face Primer |...

$35.00

Thrive Causemetics



Free shipping

Thrive Natural Face Moisturizer, 2 Oz Non-...

★★★★★ (17)

$21.89



Thrive Buildable Blur CC Cream Broad Spectrum...

$38.00



Thrive Face Cleansing Duo | Thrive Causemetic...

$68.00



Thrive Skincare Starter Kit | Thrive Causemetics |...

$35.00



Thrive Buildable Blur CC Cream Broad Spectrum...

$38.00

**WALLACE OPP. 30**

Share Feedback



thrive cleanser

All    Images    Videos    News    Maps    **Shopping**              Settings ▾

Privacy, simplified. ▾

Clear all filters

Products for **thrive cleanser**                                                    Ads

**Brand**

Thrive ☐

Acure ☐

Thrive Market ☐

Proactiv ☐

Doctor D Schwab ☐

Show 10 more

**Price**

Up to $10 ○

$10 - $20 ○

$20 - $40 ○

Over $40 ○




Thrive Bright Balance Facial Cleanser | Natural...

$32.00
Thrive Causemetics

Thrive Skincare Starter Kit | Thrive Causemetics ...

$35.00
Thrive Causemetics

Thrive Smart Microdermabrasion 2-In-...

$44.00
Thrive Causemetics

Thrive Bright Balance Cleanser & Defying...

$73.00
Thrive Causemetics

Thrive Face Cleansing Duo | Thrive Causemetic...

$68.00
Thrive Causemetics



Thrive Natural Face Wash For Women & Men Vega...
★★★★ (33)
$10.36



Free shipping
Thrive Natural Face Wash Gel For Men & Women...

$25.90


Thrive Market All-Purpose Cleaner 22 Fl Oz Bottle

$3.29   ~~$5.99~~



Free shipping
Thrive Causemetics Bright Balance 3-In-1 Cleanser -...

$12.00


Thrive Natural Deep Clean Skincare Kit For Women ...

$35.95

**WALLACE OPP. 31**

Share Feedback



thrive moisturizer



All   Images   Videos   News   Maps   **Shopping**   Settings ▾

Clear all filters

Products for **thrive moisturizer**

Ads

**Brand**

Thrive ☐
Cerave ☐
Acure ☐
Alaffia ☐
Shikai ☐

**Show 10 more**

**Price**

Up to $20 ○
$20 - $40 ○
$40 - $90 ○
Over $90 ○



**Thrive Defying Gravity Transforming Face...**

$49.00
Thrive Causemetics



**Thrive Moisture Flash Active Nutrient Toner |...**

$36.00
Thrive Causemetics



**Thrive Skincare Starter Kit | Thrive Causemetics |...**

$35.00
Thrive Causemetics



**Thrive Bright Balance Cleanser & Defying...**

$73.00
Thrive Causemetics



**Thrive Overnight Facial Exfoliating & Resurfacing...**

$62.00
Thrive Causemetics



**Thrive Natural Face Moisturizer, 2 Oz Non-...**
★★★★½ (17)
$13.45
Walmart

**Thrive Defying Gravity Transforming Moisturizer...**

$10.99
eBay



Free shipping

**Thrive All Natural Face Cream For Sensitive Skin...**

$27.65
Walmart

Free shipping

**Thrive Natural Moisturizing Mineral Fac...**

$47.90
Walmart



**Thrive Deluxe Travel 3-In-1 Cleanser & Defying...**

$28.99
eBay



**WALLACE OPP. 32**

Share Feedback

# Exhibit B

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THRIVE NATURAL CARE, INC. | Case No. 2:20-cv-9091-PA-AS |
| Plaintiff, | |
| v. | |
| THRIVE CAUSEMETICS, INC., | |
| Defendant. | |

**EXPERT REPORT OF ROB WALLACE**
**June 23, 2021**

**WALLACE OPP. 34**

## I.    Introduction

1.    I was engaged by The McArthur Law Firm, P.C. of Beverly Hills, CA to provide my expert opinion in the matter of Thrive Natural Care, Inc. ("the Plaintiff") versus Thrive Causemetics, Inc., ("the Defendant").  More specifically, I was asked to conduct two empirical studies designed to examine whether or not consumers, or potential consumers of skin care products who purchase such items on the Internet would be confused between "Thrive" branded skin care products manufactured by the Plaintiff (both in its original and its new package design) and "Thrive Causemetics" branded skin care products manufactured by the Defendant. The Plaintiff's and Defendant's products are hereafter referred to as "the products in question." I was also asked to conduct an analysis of the likelihood of confusion between Plaintiff's and Defendant's skin care products based on the factors described in *AMF, Inc. v. Sleekcraft Boats*, 599 F.2d 341 (9th Cir. 1979) (the "*Sleekcraft* factors").

2.    The methodology used by both consumer studies involved the use of a "test" versus "control" experimental design where the products of two companies other than the Plaintiff's or Defendant's products served as controls. The use of two different control products (i.e., Wldkat and Ursa Major) served to extend the generalizability of the findings. That is, examining the degree to which two different "control" skin care products are confused with the Plaintiff's products allows stronger validity and reliability in the test method. This is because the degree to which two non-infringing brands are confused with the Plaintiff's "Thrive" products can be compared to the degree to which the Defendant's "Thrive Skin" products are confused with the Plaintiff's products to derive a measure of the relative degree of confusion between the two brands.

3.    The results of this survey are outlined in Appendix 1 of this report and

attached as separate documents to this report. The findings of the old/ original package study show a **net confusion of 56.6%** between the Plaintiff's "Thrive" products in its original identity and package design (old package) and the Defendant's "Thrive Causemetics" products, after being corrected for the average level of confusion observed between the Plaintiff's products and the two control brands.  The findings of the new package study (new package) show a **degree of net confusion of 54.5%** between the Plaintiff's "Thrive" products in its current, new identity and package design and the Defendant's "Thrive Causemetics" products, after being corrected for the average level of confusion observed between the Plaintiff's products and the two control brands.

4.     The survey also tested the likelihood of consumer confusion between the products in question caused by both the Plaintiff and the Defendant using the term #THRIVETRIBE when showing an image of a skin care product in its Instagram posts.

5.     I was also asked to provide my expert opinions from a branding industry perspective on the issues in this matter, specifically if the Plaintiff followed all branding industry practices in properly marketing and promoting its Thrive® brand and if the Defendant properly promoted and proliferated its products in question.

6.     My opinions consider the information provided to me, the survey findings, and my over 35 years of brand identity and brand valuation experience for a large number of consumer brands.

7.     This report constitutes my findings after review of the materials provided to me.  I reserve the right to supplement my opinions based any additional information that would affect the outcome of my work or provide greater insight into the matters examined.

## II.  **Summary of Opinion**

8.      Based on my thorough study of the matter, including the results of two court-compliant surveys and the confirmation of actual confusion among both consumers as well as the personal care industry professionals, it is my conclusion that there is significant actual confusion between the Plaintiff's well-established "Thrive" brand in both its existing (old) and its current (new) package with the Defendant's "Thrive Causemetics" brand.

9.      Further, based on the application of the *Sleekcraft* factors to the facts of this case, it is my opinion that there is a significant likelihood of consumer confusion between the Plaintiff's "Thrive" skin care products and the Defendant's "Thrive Causemetics" skin care products. This includes a likelihood of forward confusion, in which consumers believe the Defendant's products originate from or are affiliated with the Plaintiff, as well as reverse confusion, in which consumers believe the Plaintiff's products originate from or are affiliated with the Defendant.

## III.  **Summary of Qualifications**

10.      I was the Managing Partner for more than 30 years of one of the branding industry's most respected brand identity strategy and design firms, Wallace Church & Co., where I had specific and significant experience with the skin care market.  I am currently the Managing Partner of Best of Breed Branding Consortium, an omni-channel branding consultancy that also focuses on all the branding issues involved in this case.

11.      Based on this experience, I have highly specialized knowledge of how marketers create and establish brands, how consumers interpret brand messaging, how they develop awareness and perceptions of brands and all the other marketing/branding issues in this case.

12.      As outlined in my Curriculum Vitae, in Appendix 3 of this report, I

**WALLACE OPP. 37**

have been actively involved in hundreds of brand naming, brand identity, brand messaging, product design, package design and web development assignments for dozens of leading consumer product and service companies.  For example, my firm and I have developing brand messaging for such companies as Coca-Cola, Procter & Gamble, PepsiCo, Pfizer, Nestle, Johnson & Johnson, PNC Bank, Target and more than 100 additional national and global brand owners.

13.     Of specific relevance to the products in question, I have also been involved in consulting with numerous skin care and personal care brands such as L'Oréal, Revlon, Dove, Jergens, and several other skin care companies of equal caliber. In these assignments my team and I created the brand identities in the form of their graphic package design.  We also provided strategic direction on their brand messaging that was then used to integrate advertising, social media, promotion and all other brand messaging.

14.     As part of these assignments, I participated in developing, fielding and/or analyzing well over one thousand consumer surveys and research projects. As a result, I have unique knowledge of how brand identity, package design and brand messaging affect consumer perceptions, how they shape consumer relationships with brands and how they drive consumer purchasing.

15.     I served on the Board of Directors of The Design Management Institute, the largest global organization in the brand design and strategy industry, for 10 years.  There I founded and co-chaired the Design Value Project, which focused on determining the return on investment of brand messaging and brand identity.  As such I have been referred to as "the thought leader in quantifying brand design's value."  I have delivered keynote presentations on this topic at more than 50 branding industry symposia across the US, Canada, Europe, Latin America and Asia. I have lectured at the graduate level of The Columbia School of Business, The

SVA Masters in Branding Program, Georgetown University, University of Texas, Seton Hall and other educational institutions.  My full Curriculum Vitae is attached in Appendix 3 of this report.

## IV.    Investigation Performed

16.    I have received and reviewed the documents outlined in Appendix 1 of this report.  I also designed, oversaw the implementation and analyzed the results of two consumer surveys outlined in Appendix 2 of this report.

## V.    Compensation

17.    I am being compensated in connection with my engagement in this proceeding at the rate of $400 per hour for report writing and $500 per hour for deposition and trial testimony. I have received no additional compensation for my work in this proceeding. My compensation is in no way dependent upon the outcome of this proceeding.

## VI.    Previous Testimony and Expert Opinions

18.    My testimony and opinions have been accepted by and admitted in proceedings both before the U.S. District Courts and also the USPTO Trademark Trial and Appeal Board (also known as the "TTAB").  I have served as an expert witness on more than 70 cases concerning intellectual property infringement, trademark and trade dress infringement, marketing research, false or deceptive advertising and brand messaging, and other marketing/branding industry issues. In such capacity I have designed and conducted court-compliant surveys for many of these cases. I have been deposed and/or testified in court as an expert witness more than 30 times. My substantial experience in branding, marketing and survey development provides me with the background necessary to prepare and analyze the survey described in this declaration. A listing of my recent legal expert witness cases is attached as Appendix 4 of this report.

VII.   <u>Summary of the Case</u>

A.   **The Plaintiff filed for and received registration of its THRIVE trademark years before the Defendant's infringing products were launched.**

19.    I understand Plaintiff created its Thrive brand of skin care products in or about 2013, applied for federal trademark protection of the term "THRIVE" on September 11, 2012, and in January of 2014 the first of two federal trademarks was registered under U.S. Trademark Reg. No. 4,467,942 for THRIVE in International Class 003 for "Non-medicated skin care preparations, namely, facial lotions, cleansers and creams, creams and oils for cosmetic use, skin moisturizers; pre-shaving preparations; after shave lotions and creams."

20.    In September of 2020, the Plaintiff received an additional registration, U.S. Trademark Reg. No. 6,164,303 for the additional products of "Body and non-medicated soaps and skin cleansing gels; cosmetic sun care preparations and sunscreens; shaving creams and gels; pre-shaving preparations; after shave lotions and creams."  The Plaintiff has also applied for a third trademark application, U.S. Serial No. 90/198,496, to officially register other skincare products that it already sells or which are within the natural zone of expansion of its current registered and common law trademark rights.

21.    The Defendant began using the term "Thrive Causemetics"  for its skin care products in question in its 2018 launch of its Overnight Sensation Brightening Sleep Mask,[1] a full four years after the Plaintiff had received registration of the first of its trademarks. The Defendant continued to launch skin care products in 2019 (Liquid Balm Up treatment).[2]  In 2020, the Defendant launched 14 new skin care products, among them Defying Gravity Transforming Moisturizer, Bright Balance 3

[1] TCI_00014424.pdf
[2] Ibid

in 1 Cleanser, Moisturizer Flash Active Nutrient Toner, and others.[3]

22.     In my view, the Defendant's products in question are targeted to the same relevant consumer and directly compete in the same class of trade with the Plaintiff's products[4].  The products in question are identical in nature or highly related, focusing specifically on consumers seeking natural, toxin-free skin care products. The Plaintiff sells face cleansers, face lotion, and moisturizer under its "Thrive" brand.  The Defendant sells the exact same types of products under its "Thrive Causemetics" brand.  In addition, while the Plaintiff also targets male customers with its advertising, I am informed that the Plaintiff sells a majority of its products to customers identified as female and has done so for years.[5]  Further, I understand that the Defendant also makes a significant amount of sales to customers identified as male.[6]

23.     The parties both advertise on-line and on the same social media sites such as Instagram.  They both sell through their online stores, their websites appear adjacent each other in Google search results for relevant terms such as "thrive skincare", and their products can be found together on eBay, as illustrated below, and on other third party sales sites.  Based on these facts, it is my opinion that these products provide the same consumer benefit, they are positioned to and targeted at the same consumer, and they directly compete with one another for sales and recognition.

[3] Ibid
[4] TCI_00019251
[5] TNC00897-U
[6] TCI_00019251



## B. The Plaintiff followed branding industry accepted practices in establishing and building the recognition of its Thrive® brand.

24.     Based on my analysis of the Plaintiff's branding practices as outlined in the documents reviewed[7], I find that the Plaintiff has adhered to marketing industry-accepted practices[8] in establishing, promoting and protecting its Thrive® brand.

25.     Since the time of its creation, the Plaintiff has used its "Thrive" trademark consistently in all of its brand communications including on product packaging, promotional material and on the Plaintiff's website.  The brand name has never varied from its trademarked term.  The Plaintiff has invested a substantial amount of money, time and resources into promoting its Thrive® brand.[9]  The

---

[7] TNC00001-TNC00004.pdf, TNC00893.xlx, TNC01282-TNC01299.pdf,

[8] Demonstrating the Value of Marketing, Dominique M. Hanssens, Koen H. Pauwels, Journal of Marketing, American Marketing Association, 2016

[9] TNC00897-U

Plaintiff has communicated its unique brand via marketing agencies, public relations firms, social media such as Instagram and Facebook, and through the company's website blog and online articles. As outlined in the complaint, the brand has been promoted through numerous media channels. As a result of these efforts, the Plaintiff has secured partnerships with retailers such as Amazon, Whole Foods and others to sell their products.  It currently generates over $1 million in annual sales, despite being a small company with few employees.  Further, the Plaintiff has achieved significant media attention in major outlets such as Vogue and Real Simple magazines, among others.[10] Based on my expertise in the skin care category, all of these accomplishments prove the success of the Plaintiff's brand.

26.    I understand that not later than December 2013, the Plaintiff began referring to its customers as the "Thrive Tribe." Since then, the Plaintiff has frequently used the "Thrive Tribe" term in emails to customers (such as welcoming new customers to the "Thrive Tribe"), throughout its website, including prominently on its homepage, and in marketing campaigns. For example, in 2018 the Plaintiff ran an Instagram-based contest and directed followers to use hash tag #THRIVETRIBE on their photographs to identify that they were related to the Plaintiff.

27.    Starting as early as 2016, the Defendant began using the term "Thrive Lab" in its emails to consumers[11] and later in its advertising efforts.[12]   Starting on or about 2018, the Defendant began using the term "#THRIVETRIBE" in its Instagram posts[13] and the term "Thrive Tribe" its advertising efforts.[14]  These branding efforts, which often exclude the Defendant's trademark "Causemetics", may have caused significant confusion with the Plaintiff's brand, as will be confirmed in the study that

[10] TNC01344-57
[11] TCI_00027656
[12] TCI_00014424
[13] Complaint.pdf
[14] TCI_00014426

follows.

## VIII.   __Survey Design__

28.     In order to form and substantiate an opinion on the likelihood that the relevant consuming public might confuse the products in question, I conducted two court-compliant surveys, one testing the likelihood of confusion between the Defendant's product and the Plaintiff's original (old) package, and a second identical study testing the likelihood of confusion between the Defendant's product and the Plaintiff's existing (new) package   The design and results of the survey conducted for this report are discussed in detail in the following pages. Please see the full survey and its tabulated results and raw data in Appendix 1 and the additional documents filed with this report. The survey was conducted between May 5 and June 4, 2021.

29.     The empirical study was designed to measure confusion between the Plaintiff's Thrive products and the Defendant's Thrive Causemetics products, inclusive of source and association or connection. Overall confusion was measured by adding these two empirical estimates together while subtracting the average of two controls that examined confusion between the Plaintiff's products and products (controls) that were not the focus of this dispute. The approach required two separate events to occur before a given individual could be classified as confused. First, the individual respondent had to indicate that either they believed that (1) the products came from the same manufacturer; or respectively that (2) they came from two different manufacturers who had some association or connection with one another.

30.     I designed the survey screener and questionnaire.  The survey was conducted under my direction in accordance with the principles and standards delineated in the Manual for Complex Litigation, Fourth Edition, 2004, prepared for the Federal Judicial Center.  These principles provide the best assurance that the data

collected is valid and can be relied upon to draw conclusions regarding consumer opinions. These principles provide that:

   a) The proper universe(s) should be properly chosen and defined;
   b) The sample of respondents chosen from the proper universe should be representative of that population;
   c) The questions asked should be clear and not leading;
   d) The data gathered should be accurately reported;
   e) The data should be analyzed in accordance with accepted statistical principles;
   f) The surveys should be conducted by qualified persons following proper interview procedures;
   g) The surveys should be conducted in anticipation of litigation and by persons not connected with the parties or counsel or by persons aware of its purpose in the litigation.[15]

31.     The survey is based on the "*Squirt* methodology"[16] found acceptable by the Ninth Circuit and designed to conform to the survey design preference of the Patent and Trademark Office Trademark Trial and Appeal Board.  This survey format seeks to "replicate the consumer experience."  It allows the consumer to see examples of both products in question as they appear for sale on their own websites concurrently– and among a line-up of additional control products – as if these consumers were able to engage both products in question during the same purchase experience, which is the case here.  In this case, both the Plaintiff and Defendant sell the products directly to consumers on their websites: https://thrivecare.co/products/restoring-face-balm-for-sensitive-skin and https://thrivecausemetics.com/collections/all-skincare.  Also, both the Defendant's and Plaintiff's products are sold on other highly popular ecommerce sites such as Ebay:

---

[15] Reference Manual on Scientific Evidence, Third Edition West Group, St. Paul, MN, 2011
[16] *Squirtco v. Seven-Up Co*., 628 F.2d 1086 (8th Cir. 1980).

https://www.ebay.com/itm/274816131495?hash=item3ffc5161a7:g:GDYAAOSwe8
Vgs-Ex and

https://www.ebay.com/sch/i.html?_from=R40&_trksid=p2334524.m570.l1313&_nk
w=thrive+causemetics+cleanser&_sacat=0&LH_TitleDesc=0&_odkw=thrive+cause
metics+moisturizer&_osacat=0

32.     If a consumer shopping for skin care products online had two web
browser tabs open, which is a common experience, they could engage both products
in question adjacent to one another, which qualifies this case to use the *Squirt*
methodology.  In addition, if consumers were shopping on Ebay, they could
encounter both products in question adjacent to one another, as illustrated in the
image following paragraph 29 of this report.

33.     The sample selection, questions, questionnaire design, and interviewing
procedures employed in the surveys are designed in accordance with the generally
accepted standards and procedures to meet the criteria for survey trustworthiness
detailed in the Manual for Complex Litigation.[17] This includes the choice of close-
ended answers in the screener so as not to bias the respondent or make them aware
of the screener criteria.

34.     This test includes primary and control questions where the infringing
material is eliminated so as to determine the level of confusion specifically caused
by the infringing brand name and to extract any predetermined perceptions, or what
the survey industry refers to as "survey noise."  As mentioned, all respondents saw
the products in question in a lineup of four products including two control products,
which are manufactured and sold by unrelated third parties.  All four product, the
products in question and the two control products, were then analyzed in comparison

---

[17] Manual for Complex Litigation, Fourth Edition, 2004

to one another.  All stimuli was randomized to prevent order bias.

**A.     Proper Qualifying Universe**

35.     Addressing operational issues, the Reference Manual on Scientific Evidence, Third Edition West Group, St. Paul, MN, 2011  ("Reference Manual"), prepared for the Federal Judicial Center, states on page 376, "One of the first steps in designing a survey or in deciding whether an existing survey is relevant is to identify the target population (or universe). The target population consists of all elements (i.e., objects, individuals, or other social units) whose characteristics or perceptions the survey is intended to represent."[18]

36.     Given the products at issue, I determined that the appropriate universe for this survey would be comprised of 600 men and women between 18 and 65 who (a) have purchased skin care products on the internet within the last 6 months, (b) plan to do so again within the next 6 months, (c) have used the Internet to search for products or services within the last month, (d) did not work in a related industry or have a close relative that did so, and (e) speak fluent English.

37.     I determined that that questions below were proper screening questions for this survey.  The type in bold and parenthesis indicates direction on if these responses qualify the respondent to proceed with the survey.  Respondents did not see these instructions. Please see the document listed in Appendix 1 for "screen grabs" of what the respondents actually saw.

1.  *What is your age?*
   - *18 or younger (**Terminate interview**)*
   - *18-20*
   - *21-29*
   - *30-39*
   - *40-49*
   - *50-59*

---

[18] Reference Manual on Scientific Evidence, Third Edition West Group, St. Paul, MN, 2011

- *60-65*
- *66 or older (**Terminate interview**)*

*2.  In the last 6 months have you purchased skin care products for your own use?*
- *Yes (**Proceed**)*
- *No (**Terminate interview**)*

*3.  In the past 6 months, where have you purchased skin care products? (check all that apply)*
- *Internet*
- *Beauty supply store*
- *Retail outlet*
- *Other*
- **(Terminate if the user does not select Internet)**

*4.  In the next 6 months do you plan to purchase skin care products for your own use?*
- *Yes (**Proceed**)*
- *No (**Terminate interview**)*

*5. In the next 6 months, where do you plan to purchase skin care products? (check all that apply)*
- *Internet*
- *Beauty supply store*
- *Retail outlet*
- *Other*
- **(Terminate if the user does not select Internet)**

38.    A series of control questions were then asked of all participants so as not to bias their responses by thinking that this survey was only about skin care products.  All responses to these control questions qualified the respondent to proceed with the survey.

*7. In the last 6 months, where did you purchased dental care products? (check all that apply)*
- *Internet*
- *Beauty supply store*

- *Retail outlet*
- *Other*

*8.  In the next 6 months do you plan to purchase dental care products for your own use?*
- *Yes*
- *No*

*9. In the next 6 months, where do you plan to purchase dental care products? (check all that apply)*
- *Internet*
- *Beauty supply store*
- *Retail outlet*
- *Other*

39.    A final follow up question further confirmed that all qualified respondents had recently purchased products or services on the internet:

*10. In the past month have you used the Internet to search for products or services?*
- *Yes (**Proceed**)*
- *No (**Terminate interview**)*

40.    Respondents who were likely to have atypical knowledge of these brands or this industry were excluded, including individuals employed by an advertising agency, a consumer research firm, or a personal care product manufacturer, retailer, or distributor. Respondents whose family members were employed in these occupations were also excluded.  Because the stimuli should be viewed at an appropriate size, anyone who was taking the survey on a tablet or a phone was disqualified and only those taking the survey on a laptop or desktop computer were permitted to proceed.

41.    Based on my experience and credentials as a survey expert, it is my opinion that the respondents meeting this survey's screening requirements are

representative of the relevant consuming public for both the Plaintiff's and the Defendant's products.

### B.   Sample Size

42.     The Reference Guide to Survey Research states on page 377 that, "The surveyor's job generally is easier if a complete list of every eligible member of the population is available so that the sampling frame lists the identity of all members of the target population."[19] A sample drawn at random from such a list would be a true probability sample. A complete list of all members of the universe for this inquiry was obviously not available, which means that a true probability sample was not possible. That is, there does not exist an exhaustive list of every person over the age of 18 who meet all of the occupational screening requirements.

43.     Therefore, a non-probability sample of 600 qualified respondents was used for the survey. Non-probability samples of this size are and have been used to make consequential academic and business decisions and are also accepted into evidence in courts throughout the country.

### C.   Interviewing Medium – On-Line Survey

44.     The Council of American Survey Research Organizations reported that in 2012 their members conducted more surveys via the Internet than by all other methods combined. As an example of its pervasiveness, Internet surveys were conducted 10 times more often than mall intercept surveys. The use of Internet surveys is thus "in accordance with generally accepted standards of procedure in the field."[20]

45.     The Internet was an especially appropriate interviewing medium for the

[19] Reference Guide on Survey Research,  Shari Seidman Diamond, West Group, St. Paul, MN, 2011, pp 377
[20] https://www.insightsassociation.org/issues-policies/glossary/council-american-survey-research-organisations-casro

**WALLACE OPP. 50**

inquiries in this survey because it required showing specific stimuli in a specific order to a representative sample of respondents meeting the screening requirements previously discussed. Additionally, and importantly: (a) personal interviews would have been prohibitively expensive, time consuming, and dangerous to perform during a worldwide pandemic, (b) telephone interviews would not have been possible because of the previously noted requirement to present visual stimuli, and (c) both the Plaintiff and Defendant use the Internet as a vehicle for advertising and promoting their products/services.

### D. Sophistication of the Respondent Paneling and Survey Fielding Teams

46.     The survey was fielded by the internet survey firm, Illume, Inc.  Illume is widely respected in the marketing research industry and has created hundreds of surveys that have been accepted by the courts and more than one thousand surveys for the marketing and branding industries. Illume programmed the study using the Sawtooth Software's Lighthouse Studio software suite as it does to program all of its surveys. Sawtooth Software has been providing market research data collection and analysis software since 1983. It uses IBM's SPSS software for data analysis. SPSS has been widely used for over 50 years and recognized as the forerunner in data analysis software. Illume also uses Sawtooth Software's web hosting services for hosting all of their surveys. All surveys are secure using TLS 1.2, AES with 128 bit encryption (High); ECDH_P256 with 256 bit exchange, which ensures optimal security.[21]

47.     Illume coordinated the respondent recruitment using the paneling firm

---

[21] http://www.illume-research.com/aboutus.html

Innovate MR. Innovate MR recruited respondents from a diverse blend of channels to ensure representativeness, including both online and offline publishers, social networks like Facebook, web and SMS databases, advertising networks, and television ad placement. They uses a dynamic profiling system that captures and localizes data points based on geography and tracked respondent behavior longitudinally using advanced algorithmic solutions designed to evaluate their profile on an ongoing basis, which ensures accuracy and authenticity is maintained.[22]

### E.    "Double Blind" Protocol

48.    Because of the way the questions were crafted and because at no time were the parties' names or identities disclosed or revealed to Illume or Innovate MR, neither the survey programmer nor the respondents knew the purpose of the survey. That is, no question suggested the survey's sponsor or purpose. This "double blind" protocol means that neither the programmer nor the respondents could intentionally or unintentionally influence the results.

49.    In my expert opinion, all seven of the standards delineated in the Manual for Complex Litigation, Fourth Edition, 2004[23] were observed in this survey. Furthermore, the following additional safeguards were observed:

    a.  Respondents were told to view the stimuli as if they were considering buying it; that is, it was presented in a purchasing context.
    b.  Respondents were told that it was permissible to have no opinion about a subject, and thus that they should not feel the need to guess at an answer.
    c.  Persons who had potentially atypical knowledge because of their occupation were excluded from the survey.
    d.  A control protocol was used to account for survey "noise."
    e.  Finally, the survey was "double blinded": neither the survey company nor the respondents knew the sponsor or the purpose of the study; thus,

[22] https://www.innovatemr.com/panels/consumer-panel/

[23] Manual for Complex Litigation, Fourth Edition, 2004

**WALLACE OPP. 52**

neither could influence the results, if even unwittingly.

### F.    Qualifying Questions

50.    The survey begins with a welcome statement that ensures the respondent that their responses will be kept confidential.

> *"Welcome and thank you for agreeing to take part in our survey! Please be assured that all of your answers will be kept strictly confidential and are reported in aggregate only."*

51.     Possible respondents were then asked if they were taking the survey on a laptop of desktop computer, a tablet or a phone.  Because of the nature of the visual stimuli being analyzed, only those who were taking the survey on a desktop or laptop were qualified to proceed.

52.    Qualifying questions continued to ensure that all responses were genuine, honest and not aided by outside knowledge.

> *"Will you agree to answer the questions without help or assistance, answer truthfully and do not guess?*
> - *Yes*
> - *No*

Those who answered "No" were terminated from the interview and their responses were not tabulated in the results.

53.    Two qualifying questions ensured that the responses were wearing contacts or eyeglasses if they needed them:

> *"Do you need contacts or glasses for reading?"*
> - *Yes*
> - *No*

> *"If so, will you be wearing them when completing the survey?"*
> - *Yes*
> - *No*

Those who responded that they needed contacts or glasses but would not guarantee that they would be wearing them during the test were terminated from the survey and their responses were not tabulated in the results.

54.     Lastly, a final qualifying question further ensured the honesty of the responses and prevented guessing, acknowledging that it was appropriate to state that you don't know the answer rather than guess.

> *"Please understand that we are only interested in your opinions or beliefs; and if you don't have an opinion or belief or don't know the answer to a question, that is an acceptable answer. Do you agree not to guess or get information from anyone else, from the internet or any other source?"*
> - *Yes*
> - *No*

Those who answered "No" were terminated from the interview and their responses were not tabulated in the results.

### G.     Likelihood of Confusion Questions

55.     Respondents were then provided with a lead-in statement encouraging respondents to view the following imagery as if they were shopping for the products shown, so as to best replicate the purchase experience.

> *You are about to see images of four products, each featured as you would see them when purchasing them.*
>
> *Please view the following images as if you were shopping for these products with the possible intent to purchase them. For the questions, if you do not have an opinion or are unsure of your opinion, it's perfectly all right to say so.*

After reading the text above, when respondents clicked on the "Continue" button, all 600 respondents who were taking the old package test were presented with the following images, consisting of screenshots of the product manufacturer's point of

sale website, in random order to prevent order bias.

## **Image 1**



Our Products ⌄    Regenerative Mission    Superplant Skincare    Our Skin Health Philosophy    Ingredients    Blog    Connect with Us



### SENSITIVE SKIN FACE BALM - STRESS DEFENSE - 2 FL. OZ. (60ML)

★★★★★ 9 reviews
$ 16.96

ADD TO CART

- Product Description
- Our Commitments

This natural moisturizer, along with Thrive's Sensitive Skin Face Wash, packs the perfect one-two punch to start your day. This balm delivers the same benefits as our regular Face Balm but was specially designed for Sensitive Skin, damaged from the daily stress and pollution of an active life, Thrives Restoring Face Balm helps hydrate, restore, and protect your face. Our natural formula is made with high-quality plant extracts with no added fragrance that make your skin look and feel healthier.

   

WALLACE OPP. 55

**Image 2**



**Image 3**





**Image 4**



56.    Those taking the new package study were presented with this following two new package initial images and the same two additional control images shown above.

**Image 1**



**Image 2**



57.    Exposing these four images to respondents was followed by an additional screening question to ensure that respondents were paying full attention and taking the survey in earnest.

> *What type of products were shown in the images you just reviewed?*
> - *Detergent*
> - *Shampoo*
> - *Skin care products*
> - *Pet food*
> - *Don't know/no opinion*

Any responses that did not check skin care products were terminated from the survey.

58.     This attention-check question was followed by the primary statement:

*All of these products can be purchased online, but we are interested in who you believe makes each of these products, meaning their manufacturer or source.*

After reviewing this statement, images of two of the four products were then shown in a pair, adjacent to one another.  This was repeated until each respondent had the opportunity to compare each of the four products to the other three products on a one-to-one basis. This allowed respondents to directly compare all four products to one another.  These pairings of imagery were done in random order to prevent order bias.  After each pair of images were shown, respondents were asked:

*Do you believe that these two products come from the same company/manufacturer/source?*
- *Yes, same company/manufacturer/source?*
- *No, different companies/manufacturers/sources?*
- *Not sure/ don't know*

59.     The survey then asked the open-ended question, "Why do you say that?" so as to get a better understanding of the rationale behind the respondent's earlier answer and to serve as a way of extracting survey noise or nonsensical answers.

60.     Those who answered "Different companies/manufacturers/sources" to the prior question were then asked a follow up question:

*If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other?*
- *Yes, companies are affiliated, connected or associated*
- *No, companies are not affiliated, connected or associated*
- *Not sure/ don't know*

Again, this was followed by the open-ended question, "Why do you say that?" so as to get a better understanding of the rationale behind their earlier answer.

61.     An attention check question was then asked to ensure respondents were paying full attention.  This question asked them to: "Please enter the number 865 in the box below."  Anyone who did not respond correctly was terminated from both surveys.

62.     These questions were followed by a written scenario and follow-up question, which was presented to the respondents as follows:

*Please read the scenario below and answer the question that follows.*

*When researching skin care products you notice an Instagram post showing a skin moisturizer with the hashtag #THRIVETRIBE. Later in the same search you see a second post with the hashtag #THRIVETRIBE also showing a picture of a skin moisturizer.*

*Based on these posts, do you believe that they refer to the same products and come from the same company or companies that are affiliated, connected or associated with one another - or from different companies that are not affiliated, connected, or associated?*

- *Yes, the products I ordered are from the same company or companies that are affiliated, connected, or associated*
- *No, the products I ordered are from different companies that are not affiliated, connected, or associated*
- *Not sure/ don't know*

This scenario is based on facts specific to the way the term "Thrive Tribe" is used by both the Plaintiff and the Defendant. At the time respondents received this scenario and question, they were not able to go back to prior questions they had already answered. This prevented respondents from revising their answers regarding the product images after they had received additional information about the "Thrive

Tribe" usage.

63.   Lastly, all respondents were asked a series of demographic questions about their gender, the highest level of schooling they had achieved, what state they lived in, and their approximate household income level.

### H.   Use of Controls and Net Confusion Scores

64.   Specific effort was made to be objective by recognizing potential, albeit inadvertent, biases and accounting for each of them beforehand. These responses are what researchers refer to as "noise," that is, any exogenous and difficult-to-measure issues such as respondents' preconceived opinions and/or those who had recently encountered the stimuli and have an unnaturally heightened awareness of it beyond the general public, and so forth.

65.   The Reference Guide on Survey Research states, that the control group view the same stimuli without the allegedly deceptive material.[24]  As mentioned earlier, there were two images of two control products that did not feature the Thrive brand name.  The survey was able to determine the level of confusion that these control products had with the Plaintiff's product.  This level of confusion as then subtracted from the confusion reported between the products in question to result in net confusion."  This is further described in the following section.

## IX.   Tabulated Responses: Old/Original Thrive Package

### A.   A significant majority of respondents believed that the old/original Thrive package and the Thrive Causemetics product are confusingly similar

66.   The tabulated results in the chart below compare the level of confusion

---

[24] Reference Guide on Survey Research, Shari Seidman Diamond, Third Edition West Group, St. Paul, MN, 2011, pg. 398.

reported among each of the four pairs of products, i.e. the two products in question and the two control products.  Of specific interest 425 of the 600 respondents or **71%** of all respondents believe that the products in question come from the same company/manufacturer or source.

| Thrive Natural Care | | | | | |
|---|---|---|---|---|---|
| **LIKELIHOOD OF CONFUSION SURVEY / OLD PACKAGE** | | | | | |
| Q18a - Do you believe that these two products come from the same company/manufacturer/source? | | | | | |
| | Thrive v Thrive Causemetic | Thrive v Ursa Major | Thrive v WldKat | Thrive Causemetic v Ursa | Thrive Causemetic v WldKat | Ursa Major v WldKat |
| | (A) | (B) | (C) | (D) | (E) | (F) |
| Total | 600 | 600 | 600 | 600 | 600 | 600 |
| | 100% | 100% | 100% | 100% | 100% | 100% |
| Yes, same company/manufacturer/source | 425 | 55 | 77 | 71 | 59 | 66 |
| | 71% | 9% | 13% | 12% | 10% | 11% |
| | BCDEF | | be | | | |
| No, different companies/manufacturer/source | 111 | 427 | 399 | 404 | 447 | 404 |
| | 19% | 71% | 67% | 67% | 75% | 67% |
| | | Ac | A | A | ACDF | A |
| Not sure / Don't know | 64 | 118 | 124 | 125 | 94 | 130 |
| | 11% | 20% | 21% | 21% | 16% | 22% |
| | | Ae | AE | AE | A | AE |
| No Answer | – | – | – | – | – | – |
| Comparison Groups: ABCDEF | | | | | | |
| Z-Test for Percentages | | | | | | |
| Uppercase letters indicate significance at the 99% level. | | | | | | |
| Lowercase letters indicate significance at the 95% level. | | | | | | |

In addition, 17 respondents believe that the products may come from different sources but these sources are affiliated, as indicted in the chart below.

**WALLACE OPP. 63**

**Thrive Natural Care**
**LIKELIHOOD OF CONFUSION SURVEY / OLD PACKAGE**

Q20a – If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other?

| | Thrive v Thrive Causemetic | Thrive v Ursa Major | Thrive v WildKat | Thrive Causemetic v Ursa | Thrive Causemetic v WildKat | Ursa Major v WildKat |
|---|---|---|---|---|---|---|
| | (A) | (B) | (C) | (D) | (E) | (F) |
| Total | 111 | 427 | 399 | 404 | 447 | 404 |
| | 100% | 100% | 100% | 100% | 100% | 100% |
| Yes, companies are affiliated, connected or associated | 17 | 43 | 35 | 38 | 34 | 33 |
| | 15% | 10% | 9% | 9% | 8% | 8% |
| | ef | | | | | |
| No, companies are not affiliated, connected or associated | 62 | 240 | 235 | 232 | 252 | 239 |
| | 56% | 56% | 59% | 57% | 56% | 59% |
| Not sure / Don't know | 32 | 144 | 129 | 134 | 161 | 132 |
| | 29% | 34% | 32% | 33% | 36% | 33% |
| No Answer | 489 | 173 | 201 | 196 | 153 | 196 |

Comparison Groups: ABCDEF
Z-Test for Percentages
Uppercase letters indicate significance at the 99% level.
Lowercase letters indicate significance at the 95% level.

When the 425 respondents who believe that the products in question come from the same source are added to the 17 who believe that they come from affiliated sources, it results in 442 of the 600 respondents or **73.6%** of all respondents who report that the products in question are confusingly similar.

67.     This measure is accurate at the 99th level of confidence, meaning if this survey were taken 100 times, 99 of those surveys would show the same result.  This reaffirms the significance of this finding and its strong support for the conclusion that the Defendant's products cause actual confusion with the Plaintiff's products among the relevant public.

### B.     Net confusion scores also show an exceptional level of confusion

68.     As mentioned, in order to extract the level of confusion caused exclusively by the Defendant's use of the "Thrive" name at issue, the average confusion scores from the control set are subtracted from the primary set scores to

**WALLACE OPP. 64**

result in what the industry refers to as an average "net confusion" score.[25]

69.     The survey results report a level of confusion between 15.5% and 18.6% between all the four products tested.  When these numbers are averaged, the resulting average level of control confusion is 17.02%.

70.     When this 17.02% is subtracted from the primary set's 73.6% level of confusion, it results in a net confusion score of **56.6%,** or a clear majority of all respondents who believe that the products in question are confusingly similar. Again, this measure refers only to the net confusion when compared to the average level of confusion within all control products.

### C.     Typical open-ended responses indicate that the Thrive name causes this significant confusion

71.     As mentioned, responses to the open-ended questions, *"Why do you say that?"* further confirm the rationale behind the respondents' answers. Typical responses to these questions include reference the name of the products in question, Thrive, as driving this confusion. The following direct quotes are indicative of the very many responses that reference the products' name, Thrive, as causing this confusion:

- *Because the name Thrive is the same..*

- *They both say Thrive.*

- *They have the same brand name*

- *Both are from Thrive*

----

[25] Reference Guide on Survey Research, Shari Seidman Diamond, Third Edition West Group, St. Paul, MN, 2011

- *they both have the same brand name of thrive and are skin care products*

### D.   Extracting possibly questionable responses still indicates exceptional levels of confusion.

72.    I reviewed all of the open-ended questions to determine if any of them were nonsensical or communicated an extraordinary knowledge of this case so as to be termed "survey noise".  I found only four responses that possibly could be indicative of a respondent not taking the survey in earnest.  Respondents 79, 220, 589, 594 all indicated responses that could be perceived to be nonsensical.  I highlighted these nonsensical responses in red in the raw data provided with this report.  Of these four, only one reported that the products in question come from the same source.  Out of an abundance of caution I extract this one respondents' data from the overall data findings, it results **73.1% rather than 73.6% primary confusion or 56.1% rather than 56.6% net confusion.**  Regardless of whether these responses were either genuine or not, their impact on the overall level of confusion is negligible.

### X.   <u>Tabulated Responses: New/Current Thrive Package</u>

### E.   A significant majority of respondents believed that the new/current Thrive package and the Thrive Causemetics product are confusingly similar

73.    The tabulated results in the chart below compare the level of confusion reported among each of the four pairs of products, i.e. the two products in question and the two control products.  Of specific interest 414 of the 600 respondents or **69%** of all respondents believe that the products in question come from the same company/manufacturer or source.

**Thrive Natural Care**

**LIKELIHOOD OF CONFUSION SURVEY / NEW PACKAGE**

Q18a - Do you believe that these two products come from the same company/manufacturer/source?

| | Thrive v Thrive Causemetic | Thrive v Ursa Major | Thrive v WidKat | Thrive Causemetic v Ursa | Thrive Causemetic v WidKat | Ursa Major v WidKat |
|---|---|---|---|---|---|---|
| | (A) | (B) | (C) | (D) | (E) | (F) |
| Total | 600 | 600 | 600 | 600 | 600 | 600 |
| | 100% | 100% | 100% | 100% | 100% | 100% |
| Yes, same company/manufacturer/source | 414 | 57 | 62 | 79 | 49 | 72 |
| | 69% | 10% | 10% | 13% | 8% | 12% |
| | **BCDEF** | | | **bE** | | **E** |
| No, different companies/manufacturer/source | 115 | 419 | 445 | 390 | 451 | 404 |
| | 19% | 70% | 74% | 65% | 75% | 67% |
| | | **Ad** | **AbDF** | **A** | **AbDF** | **A** |
| Not sure / Don't know | 71 | 124 | 93 | 131 | 100 | 124 |
| | 12% | 21% | 16% | 22% | 17% | 21% |
| | | **ACe** | **a** | **ACE** | **A** | **ACe** |
| No Answer | - | - | - | - | - | - |

Comparison Groups: ABCDEF

Z-Test for Percentages

Uppercase letters indicate significance at the 99% level.

Lowercase letters indicate significance at the 95% level.

In addition, 19 respondents believe that the products may come from different sources but these sources are affiliated, as indicted in the chart below.

**Thrive Natural Care**

**LIKELIHOOD OF CONFUSION SURVEY / NEW PACKAGE**

Q20a - If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other?

| | Thrive v Thrive Causemetic | Thrive v Ursa Major | Thrive v WidKat | Thrive Causemetic v Ursa | Thrive Causemetic v WidKat | Ursa Major v WidKat |
|---|---|---|---|---|---|---|
| | (A) | (B) | (C) | (D) | (E) | (F) |
| Total | 115 | 419 | 445 | 390 | 451 | 404 |
| | 100% | 100% | 100% | 100% | 100% | 100% |
| Yes, companies are affiliated, connected or associated | 19 | 37 | 41 | 50 | 42 | 47 |
| | 17% | 9% | 9% | 13% | 9% | 12% |
| | **bce** | | | **be** | | |
| No, companies are not affiliated, connected or associated | 68 | 243 | 252 | 211 | 269 | 223 |
| | 59% | 58% | 57% | 54% | 60% | 55% |
| | | | | | **d** | |
| Not sure / Don't know | 28 | 139 | 152 | 129 | 140 | 134 |
| | 24% | 33% | 34% | 33% | 31% | 33% |
| | | **a** | **a** | **a** | | **a** |
| No Answer | 485 | 181 | 155 | 210 | 149 | 196 |

Comparison Groups: ABCDEF

Z-Test for Percentages

Uppercase letters indicate significance at the 99% level.

Lowercase letters indicate significance at the 95% level.

When the 414 respondents who believe that the products in question come from the same source are added to the 19 who believe that they come from affiliated sources, it results in 433 of the 600 respondents or **72.1%** of all respondents who report that the products in question are confusingly similar.

74.     Again, this measure is accurate at the 99th level of confidence, meaning if this survey were taken 100 times, 99 of those surveys would show the same result. This reaffirms the significance of this finding and its strong support for the conclusion that the Defendant's products cause actual confusion with the Plaintiff's products among the relevant public.

### F.     Net confusion scores also show an exceptional level of confusion

75.     As mentioned, in order to extract the level of confusion caused exclusively by the Defendant's use of the "Thrive" name at issue, the average confusion scores from the control set are subtracted from the primary set scores to result in what the industry refers to as an average "net confusion" score.[26]

76.     The new package survey results report a level of confusion between 15.5% and 18.6% between all the four products tested.  When these numbers are averaged, the resulting average level of control confusion is 17.7%.

77.     When this 17.7% is subtracted from the primary set's 72.1% level of confusion, it results in a net confusion score of **54.4%,** or a clear majority of all respondents who believe that the products in question are confusingly similar. Again, this measure refers only to the net confusion when compared to the average level of confusion among all control products.

---

[26] Ibid

**G.     Typical open-ended responses indicate that the Thrive name causes this significant confusion**

78.     As mentioned, responses to the open-ended questions in this new package study, *"Why do you say that?"*  further confirm the rationale behind the respondents' answers. Typical responses to these questions include reference the name of the products in question, Thrive, as driving this confusion. The following direct quotes are indicative of the very many responses that reference the products' name, Thrive, as causing this confusion.  Capitalization, syntax and spelling errors are captured based on the actual responses.

> - *Both called thrive..*
>
> - *THEY BOTH ARE THRIVE PRODUCTS.*
>
> - *They have the same name*
>
> - *They both say Thrive cosmetics*
>
> - *The brand name is Thrive on both.*

**H.     Extracting possibly questionable responses still indicates exceptional levels of confusion.**

79.     I reviewed all of the open-ended questions to determine if any of them were nonsensical or communicated an extraordinary knowledge of this case so as to be termed "survey noise".  I found only one response that possibly could be indicative of a respondent not taking the survey in earnest.  Respondent 79 reported responses that could be perceived to be nonsensical.  I highlighted this nonsensical response in red in the raw data provided with this report.  Out of an abundance of caution I extract this respondents' data from the overall data findings, it results

**73.5% rather than 73.6% primary confusion or 54.3% rather than 54.4% net confusion.**  Regardless of whether this respondent's data was either genuine or not, its impact on the overall level of confusion is negligible.

### I. Additional confusion caused by the Defendant's use of the term #THRIVETRIBE in its Instagram postings

80.    As mentioned above, in 2018 the Defendant began using the hashtag #THRIVETRIBE in its Instagram postings associated with pictures of its product. In order to determine if this caused any additional confusion, a follow up question was asked in both the old and new package surveys.  This question asked:

> When researching skin care products you notice an Instagram post showing a skin moisturizer  with the hashtag  #THRIVETRIBE.  Later in the same search you see a second post with the hashtag  #THRIVETRIBE also showing a picture of a skin moisturizer.

> Based on these posts, do you believe that they refer to the same products and come from the same company or companies that are affiliated, connected or associated with one another - or from different companies that are not affiliated, connected, or associated?

It was followed by three closed ended responses:

- Yes, these posts are from the same company or companies that are affiliated, connected, or associated

- No, these posts are from different companies that are not affiliated, connected, or associated

- Not sure/ don't know

81.     The survey that featured the Plaintiff's old/ original package indicated that a significant majority of respondents (80.2%) believed that this action caused further confusion between the Plaintiff's and Defendant's products in question, as outlined in the chart below:

**Q21h - Please read the scenario below and answer the question that follows. When researching skin care products you notice an Instagram post showing a skin moisturizer with the hashtag #THRIVETRIBE. Later in the same search you see a second post with**

|  |  | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1 Yes, these posts are from the same company or companies that are affiliated, connected, or associated | 481 | 80.2 | 80.2 | 80.2 |
|  | 2 No, these posts are from different companies that are not affiliated, connected, or associated | 47 | 7.8 | 7.8 | 88.0 |
|  | 3 Not sure / Don't know | 72 | 12.0 | 12.0 | 100.0 |
|  | Total | 600 | 100.0 | 100.0 |  |

82.     Likewise in the survey that featured the Plaintiff's new/current package also indicated that a significant majority of respondents (78.3%) believed that this action caused further confusion between the Plaintiff's and Defendant's products in question, as outlined in the chart below:

**Q21h - Please read the scenario below and answer the question that follows. When researching skin care products you notice an Instagram post showing a skin moisturizer with the hashtag #THRIVETRIBE. Later in the same search you see a second post with**

|  |  | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1 Yes, these posts are from the same company or companies that are affiliated, connected, or associated | 470 | 78.3 | 78.3 | 78.3 |
|  | 2 No, these posts are from different companies that are not affiliated, connected, or associated | 50 | 8.3 | 8.3 | 86.7 |
|  | 3 Not sure / Don't know | 80 | 13.3 | 13.3 | 100.0 |
|  | Total | 600 | 100.0 | 100.0 |  |

**WALLACE OPP. 71**

83.     Confusion reported by both the old and new brand identity/package design and this additional Instagram messaging clearly indicates an exceptionally strong likelihood that a majority of the relevant consuming public assume that the Defendant's and Plaintiff's products come from the same source.

## XII.   Other Relevant *Sleekcraft* Factors

84.     Above, I have discussed certain *Sleekcraft* factors including proximity of goods, similarity of the marks and marketing channels used. Other *Sleekcraft* factors are relevant to this analysis and my opinion that there exists a likelihood of confusion between the Plaintiff's and the Defendant's products.

### A.   The Plaintiff's Mark is Strong and Has Been Enforced.

85.     I understand the Plaintiff has undertaken significant efforts to enforce its rights in the Thrive® mark. This has included sending cease-and-desist letters, filing at least one other lawsuit, and other steps to negotiate and obtain third parties' abandonment of marks that infringed upon the Plaintiff's trademarks or their agreement not to use such marks in relation to products that are the same as those sold by the Plaintiff or within its natural zone of expansion.[27] Its enforcement efforts have been very successful, causing numerous third parties to cease using Thrive-formative marks in relation to skin care products and express abandonment of related trademark registrations and applications.

86.     In addition, as mentioned, the Plaintiff has consistently used its Thrive® mark since the product's inception across all of its marketing efforts.  In total the Plaintiff has spent approximately $1.15 million through 2020 in marketing and promoting its brand.[28]  These efforts and its resulting $1 million in gross sales in

---

[27] TNC00933-1018
[28] TNC00001-04

2020, and increasing sales year-over-year,[29] are strong indications of the strength of the Plaintiff's mark and the consistency with which it has been enforced.

**B.   Additional Evidence of Actual Confusion Exists.**

87.   I understand that there have been instances of actual confusion between the Plaintiff and the Defendant or their products. These include two examples of consumers leaving product reviews on the Plaintiff's Amazon.com webpage indicating the consumers believed the products they had purchased originated from the Defendant. In one review, a customer of the Plaintiff commented on the Amazon.com page for the Plaintiff's "Thrive" moisturizer that "Thrive is an up and comer in the cosmetics field. Their mascara is phenomenal." As the Plaintiff does not sell mascara but the Defendant does, this comment is indicated confusion between the Plaintiff and the Defendant.[30] In another review, a customer who purchased the Plaintiff's "Thrive" sunscreen product left highly complementary comments about the benefits of the product and then ended the review with the following: "Well done, Thrive Causemetics."[31] These reviews demonstrate that purchasers of the Plaintiff's products on Amazon have been misled by the Defendant's use of the "Thrive" name into believing the Plaintiff's products originated from the Defendant, indicating actual reverse confusion. In another example of an individual being confused between the parties, a person selling the Plaintiff's products on the sale site Poshmark.com listed them as originating from the Defendant, indicating actual reverse confusion.[32]

88.   Further, I understand that Walmart, a retail sales partner of the Plaintiff, erroneously listed the Plaintiff's "Thrive" skin care products on the Walmart.com

[29] TNC01282-99
[30] TNC00928
[31] TNC01554-59
[32] TNC00914

**WALLACE OPP. 73**

online sales portal under the "Thrive Causemetics" brand.[33] Thus, all of the Plaintiff's products appeared together with the Defendant's name on the Walmart website, and customers looking for the Plaintiff's products would have been led to believe those products originated from the Defendant.

89.     There has also been at least one example of actual confusion relating to a potential business partner of the Plaintiff. I understand the Plaintiff worked for months in 2019 to secure a partnership with Julie Ertz, a player on the U.S. national soccer team, and her husband, Zach Ertz, an NFL football player, for them to serve as brand ambassadors for the Plaintiff. Because of their fame and fit with the Plaintiff's brand image, the Plaintiff believed the Ertzs would be highly successful in promoting the Plaintiff's "Thrive" skin care products. When the Plaintiff's CEO, Alex McIntosh, was introduced to Lisa Ertz, Zach's mother, who played a significant part in managing their business decisions, Lisa Ertz was confused about the Plaintiff's business and believed the Plaintiff to be the Defendant. Lisa Ertz demonstrated this confusion in an email to Mr. McIntosh where she thought the Plaintiff made the "3 must have beauty products in my case!"[34] I am informed and believe that this confusion led to questions from Ms. Ertz about brand recognition and possible confusion with the Defendant, and the Ertzs' agent subsequently declined to pursue brand ambassadorship with his clients.

90.     I understand that a plaintiff can prove likelihood of confusion under the *Sleekcraft* test without offering any evidence of actual confusion, and that such evidence is often difficult to gather even if it does exist. In this case, however, there exists significant evidence of actual confusion by customers, a retail partner, and a potential brand partner. This strongly supports my conclusion that there exists a

---

[33] TNC00931
[34] TNC00007-08

likelihood of confusion between the Plaintiff and the Defendant or their products.

### C. Degree of Care for Relatively Inexpensive Skin Care Products is Likely to be Low

91.     Having worked on launching or optimizing more than three dozen leading consumer skin care brands, such as Jergen's, Dove, St. Ives, Suave, Burt's Bees and many others, I have been involved in market research that confirms the consumer purchase decision process in the skin care category.  I can affirm that relatively inexpensive personal care products such as the products in question (retailing for under $60) require a lower degree of care in consumers making their purchase decisions. The skin care category is often driven by impulse purchasing, rather than a highly educated and well considered purchase process.  This lower degree of care driving which products to purchase results in a higher degree of the consumer unintentionally purchasing a potentially confusing product assuming it to be the product they intended to buy.  I find that this lower degree of purchase consideration could potentially increase actual forward confusion resulting in a significant number of consumers purchasing the Defendant's product thinking that it is the Plaintiff's product.  This is confirmed through the reports of actual confusion cited above, as well as through the findings of the consumer surveys I conducted.

### D. The Parties are Likely to Continue to Expand Product Lines in Direct Competition With Each Other

92.     I understand through the complaint[35] and the correspondence between the parties [36] that the Defendant originally assured the Plaintiff that it would not expand their cosmetics line into the skin care category.  Clearly, the Defendant did

[35] Complaint.pdf
[36] TNC00899-TNC00900

not comply with this promise.  Rather the Defendant expanded their cosmetics line into numerous skin care products beginning in 2018, many of which, I understand, replicate the unique selling features of the Plaintiff's products and are positioned to the same target audience as the Plaintiff's products.  Since the launch of the Defendant's skin care products in 2018, the skin care portion of their product portfolio has grown from one product generating just over $1 million in net revenue in 2018 to now at least 16 skin care products generating over $23 million in net revenue through February 2021.[37] It has been my experience that this level of growth (more than 3X net revenue growth in 3 years) is an exceptionally effective incentive for the Defendant to continue to launch and promote additional skin care products, furthering the likelihood of confusion between the products in question.

## XII.  Conclusion

93.    The results of a well-conducted experimental design with the appropriate controls revealed a significant degree of confusion between both the Plaintiff's old and new package of its "Thrive" branded products and the Defendant's "Thrive Causemetics" branded products. It is my professional opinion that this level represents significant confusion above the noise level and suggests that, when purchasing, consumers are likely to confuse the Plaintiff's skin care products with the Defendant's skin care products.

94.    In addition, based on the application of the *Sleekcraft* factors to the facts of this case, it is my opinion that there is a significant likelihood of consumer confusion between the Plaintiff's "Thrive" skin care products and the Defendant's "Thrive Causemetics" skin care products.

95.    I hold these opinions within a reasonable degree of certainty based on the survey results, and my 35-plus year experience in the branding industry. I

---

[37] TCI_00014424

respectfully reserve the right to amend this declaration with further comments in the event that additional information becomes available.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 23, 2021.

_____
Rob Wallace

**Appendix 1:  Survey Data – filed as separate documents with this report**

The spreadsheets of the raw data and tables were too large to include in this report. The following separate documents were attached to this report when filed:

> Thrive New Image Final Data 6-4-21.xlsx
> Thrive New Image Compare Tabs 6-4-21.xlsx
> Thrive New Image Final Freqs 6-4-21.xlsx
> Thrive Old Image Final Data 6-4-21.xlsx
> Thrive Old Image Compare Tabs 6-4-21.xlsx
> Thrive Old Image Final Freqs 6-4-21.xlsx

**Appendix 2: Documents Reviewed**

**1.   Documents Cited**

TCI_00014424.pdf

TCI_00019251

TNC00897-U

TNC00001-TNC00004.pdf

TNC00893.xlsx

TNC01282-TNC01299.pdf

Demonstrating the Value of Marketing, Dominique M. Hanssens, Koen H. Pauwels, Journal of Marketing, American Marketing Association, 2016

TCI_00027656

Complaint.pdf

TCI_00014426

Reference Manual on Scientific Evidence, Third Edition West Group, St. Paul, MN, 2011

**WALLACE OPP. 78**

*Squirtco v. Seven-Up Co.*, 628 F.2d 1086 (8th Cir. 1980).

https://www.ebay.com/itm/274816131495?hash=item3ffc5161a7:g:GDYAAOSwe8Vgs-Ex

https://www.ebay.com/sch/i.html?_from=R40&_trksid=p2334524.m570.l1313&_nkw=thrive+causemetics+cleanser&_sacat=0&LH_TitleDesc=0&_odkw=thrive+causemetics+moisturizer&_osacat=0

Manual for Complex Litigation, Fourth Edition, 2004

Reference Manual on Scientific Evidence, Third Edition West Group, St. Paul, MN, 2011

Reference Guide on Survey Research,  Shari Seidman Diamond, West Group, St. Paul, MN, 2011

 https://www.insightsassociation.org/issues-policies/glossary/council-american-survey-research-organisations-casro

http://www.illume-research.com/aboutus.html

TNC00933-1018

TNC00001-04

TNC01282-99

TNC00928

TNC01554-59

TNC00914

TNC00931

TNC00007-08

TNC00899-TNC00900

TNC01344-57

## 2. Additional Documents Reviewed

TCI_00022753 (sales sheet)_reduced

Keyword Spreadsheet Excerpts (w Bates)

TCI_00026950 (product history)

Thrive AMZ Keywords & Female+Lotion evidence_v5-13-21.xlsx

TCI_00027077

TCI_00016423

TCI_00014424

TNC01149-TNC01153

TNC01124-TNC01124

TCI_00027093 (post-suit release)

TCI_00014493

TNC01154-TNC01159

TNC01128

TCI_00019247 (comp keyword bstorm)

TNC_00027881

TNC_00027718

TNC_00027864

TCI_00019222

TCI_00019213

TCI_00028612

TCI_00027988

TCI_00022698

TCI_00019235

TCI_00019117

TNC00902-TNC00903

TNC00901


**Appendix 3: Curriculum Vitae of Robert Wallace**

**Rob Wallace   Expert Witness: Brand identity**

917-860-0319
Rob@bestofbreedbranding.com
www.RobWallaceExpert.com

As the former managing partner of Wallace Church, Inc., one of the most recognized and accomplished brand identity strategy and design consultancies, I have more than thirty years of expertise in all aspects of branding strategy and design analysis for national and global brands. My core expertise is the ability to create and differentiate brand experiences that drive consumer awareness and purchase behavior.

Clients include Procter & Gamble, Coca-Cola, Unilever, Pfizer, Dell, Pepsico, Revlon, Target, The Home Depot, Johnson & Johnson, Bacardi, E&J Gallo, Mattel, Anheuser Busch, PNC Bank, Kroger, L'Oreal, Scotts/Miracle Gro and more than 40 national/global consumer product marketers of equal caliber.

**Areas of Expertise:**
Trademark/Trade Dress
Package/Product Design
Licensing
Intellectual Property
Marketing Strategy
Brand Communications
Visual Brand identity
Advertising Claims
Consumer Research
Copyright Damages
Consumer Research
Planning/Analysis

**Industry Experience:**

| | |
|---|---|
| Food | Personal Care |
| Beverage | OTC and Rx Drugs |
| Home Products | HBA/Beauty Care |
| Wellness | Technology Brands |
| Toys/Sporting Goods | Hard Goods |
| Beer/Wine/Spirits | B to B |
| Apparel | Retailer Brands |
| Financial Services | |

**Background:**

Best of Breed Branding Consortium, LLC                June 2014 – Present
Managing Partner
- Actively manage a consortium of branding communications consultancies.
- Provide strategic consulting on all branding issues including brand name development, brand identity, graphic and structural package design, trademark and copyright development, and integration across advertising and all other brand communications.

Wallace Church, Inc.,                1985 – June 2014
Managing Partner, Strategy
- Actively manage one of the world's most respected brand identity design consultancies.
- Provide strategic consulting on all branding issues including brand name development, brand identity, graphic and structural package design, trademark and copyright development, and integration across advertising and all other brand communications.

Peter Cris Advertising, Inc., New York, NY                1984 – 1985
Vice President, Marketing
- Provided both the strategic and creative force for this regional advertising agency.
- Acted as primary liaison between clients and creative department.

Modular Marketing, Inc., New York, NY                1982 – 1984
Senior Account Manager
- Managed select client relationships through all creative and strategic aspects of project management for this marketing communications consultancy.
- Designed and developed brand promotion programs, corporate communications and brand identity assignments.

Grey Advertising, Inc., New York, NY                1981 – 1982
Senior Account Manager
- Actively participated in one of the world's largest advertising agencies through the Market Horizons function, consulting with core clients on advertising and new brand communications opportunities.

**Education:**

MBA coursework, The New School, New York, NY                1981 – 1983
BA, English, Gettysburg College, Gettysburg, PA                1977 – 1981

**WALLACE OPP. 82**

**Professional Activities:**

- Expert speaker on brand identity design at more than 40 marketing, design and research industry events across the US, UK, Europe, Latin America and Asia
- Author of numerous articles and published case histories on brand identity design in the Wall Street Journal, Forbes, Marketing Week, Design Management Journal, Package Design Magazine and numerous other publications,
- Co-Author "Really Good Package Design Explained," Rockport Press, 09
- Lecturer on brand identity at Columbia Business School, Georgetown University, Seton Hall, University of Texas, School of Visual Arts Masters in Branding and other MBA programs of leading universities
- Board of Directors, Design Management Institute, 2010-Current
- Co-Chair of the Design Management Institute Design Value Project, 2012-Current
- Distinguished Faculty Member, Path to Purchase Institute, speaker at national conference for the last 8 years
- Founder "The Strategic Design Firm Leadership Summit" attached to the BXP Live event

**Professional Memberships:**

Board of Directors, the Design Management Institute,
Co-Chair Design Value Project, the Design Management Institute
Distinguished Faculty, Path to Purchase Institute
American Marketing Association
Color Marketing Group
American Institute of Graphic Arts

**Appendix 4:  Partial List of Prior Cases**

I have served as an expert witness on branding related issues on more than 65 prior occasions. In the last four years, I have been served on:

• Anti-Aging Essentials, Inc., v. Trufood MFG, INC. F/K/A Tsudis Chocolate Co and Belmont Confection.,U.S. District Court,  District of Pennsylvania, 2016

• Pur Beverages v. Pom Wonderful, U.S. District Court, Southern District of California, 2016

• Fireclean, LLC v. George Fennell and Steel Shield Technologies, Inc., U.S. District Court, Eastern District of Virginia, 2016

• Smart Vent Products Inc v. Crawl Space Door Systems, Inc, U.S. District Court, New Jersey, 2016

• SC Johnson & Sons, Inc. v. Minigrip, LLC U.S. District Court, Western District of Wisconsin, 2017

• Gunterville Breathables, INC. v. Global Glove and Safety Manufacturing, Inc., U.S. District Court, Northern District of Alabama, 2017

• Texas Outhouse, Inc. and The        Gainsborough Corporation v. Fresh Can, LLC., U.S. District Court, Southern District of Texas, 2017

• StudioThink, LLC  v. Unitrex, LTD., Court of Common Pleas, Cuyahoga County Ohio, 2017

• Lokai Holdings, LLC  v. Twin Tiger USA, LLC, Southern District of New York, 2017

• K&M International, Inc,  v. Rhode Island Novelty, Inc., U.S. District Court, District of Rhode Island, 2017

• Simon Nicholas Richmont, Patent  No: 7,429,827 Re-examination Control Number 90/013,860, U.S. Patent and Trademark Office, 2017

• Turn Key Wine Brands LLC v. CustomVine, et al, U.S. District Court, Central District of California, 2017

• CNY, LLC v. CCNY Inc., U.S. District Court, Southern District of New York, 2017

• Redbox Automated Retail, LLC v. Xpress Retail LLC., U.S. District Court, Northern District of Illinois, 2018

• Simon Nicholas Richmond in two Reexamination proceedings in the United States Patent and Trademark Office (USPTO), Reexamination Control No. 90/013,860 and 90/013,861, 2018

• Roger Cofelt Jr., et als, v. The Kroger Company, et al, U.S. District Court, Central District of California, 2018

• Quality Products, Inc., v. Verka Food Products LTD et al, U.S. District Court, Western District of Washington, Seattle, 2018

• Shaya Eidelman v. Sun Products Corp and Costco Wholesale Corp, U.S. District Court Southern District of New York, 2018

• Flying Nurses International LLC v. Flyingnurse.com et al. U.S. District Court, Eastern District of Virginia, 2018

• GDM Enterprises, LLC (Pure Cosmetics) v Astral Health & Beauty, INC., (PUR Cosmetics),U.S. District Court,  Western District of Missouri, 2019

•  BAMA ICEE LLC et al v J&J Snack Foods Corp et al., US District Court, Northern District Of Alabama, 2019

• The Black & Decker Corporation, et al v HARBOR FREIGHT TOOLS USA, INC., Report for Mediation, 2019

• 1231 Barrage Inc et al v. Automobile Dealers Assoc of Greater Philadelphia et al, Philadelphia County Court of Common Pleas, 2019

• Christopher Hayden v. Eagles Nest Outfitters, Inc. et al US District Court Western District of North Carolina, 2019

• Chantel Ray Finch v Weigh Down Workshop Ministries, Inc. et al, US District Court, Eastern District Of Virginia, Norfolk Division, 2019

• Mambu Bayoh v. AfroPunk Fest 2015, et al., U.S. District Court, Southern District of New York, 2019

• Scorocs LLC v. Innovations for Poverty Action Inc., US District Court, Western District Of Missouri, At Kansas City, 2019

• Good L Corp v. Fasteners for Retail,  Inc., US District Court, Middle District of Tennessee, 2019

• Sunny Days Entertainment LLC v. Traxxas L.P., US District Court, District of South Carolina Greenville Division, 2019

• Venus Et Fleur, LLC v. Affordable Luxury NY, Inc dba Pret A Fleur, et al, US Court, Southern District of New York, 2019

• Rhino Metals Inc, v Sturdy Gun Safe Inc, US District Court, District Idaho, 2019

• American Customer Satisfaction Index, LLC v Genesys Telecommunications Laboratories, et al, US District Court, Eastern District of Michigan, Southern Division, 2020

• I.M. Wilson, Inc v Obchtchestvo S Ogranitchennoy Otvetsvennostyou "Grichko", et al, US Distinct Court, Eastern District of Pennsylvania, 2020

• Country Life v. The Hain Celestial Group, Inc, US District Court, Eastern District of New York, 2020

• New NGC, Inc, et al  v. Alpinebay, Inc, US District Court, For the Northern District of Illinois, Eastern Division, 2020

• P&P Imports v. Johnson Enterprises, LLC et al, US District Court for the Central District of California, 2020

• New NGC, Inc, et al  v. Alpinebay, Inc, US District Court, for the Northern District of Illinois, Eastern Division, 2020

• Otter Products, LLC et al v. Bigbirds, LLC et als , US District Court, for the District of Colorado, 2020

• Sulzer Mixpak, A.D. v. DXM Co LTD et als , US District Court, for the Southern District of New York, 2020

• Jalinski Advisory Group, Inc. v. JBL Financial Services, Inc., US District Court, for the Eastern District of Missouri, Eastern Division, 2020

• American Medical Experts, LLC v. Ronny Nizar Hamad, Prime Medical Experts, LLC et al, US District Court, for the Eastern District of Virginia, 2020

• Restoration Hardware, Inc., *et al.*, , v. Bungalow Home, LLC, US District Court, for the Southern District of Ohio, Eastern Division, 2020

• American Customer Satisfaction Index, LLC v ForeSee Results, et al, US District Court, Eastern District of Michigan, Southern Division, 2021

• Jalinski Advisory Group, Inc. v. Franklin Advisory Group, Inc., US District Court, for the Eastern District of Pennsylvania, 2021

**Appendix 5:  Partial List of Authored Books and Articles**

I have written a number of peer-reviewed brand identity articles, contributed to branding texts, and have been interviewed by The Wall Street Journal, The New York Times, and more than a dozen branding and marketing communications industry publications. I have spoken at more than 30 marketing communications and design industry events across North and South America, the UK, and Europe and Asia.  I have lectured on brand identity at Columbia Business School, Georgetown, The University of Texas, and other leading universities. I have conducted webinar events with more than 1,600 participants on the topic of design process and design thinking.

I am on the Board of Directors of the Design Management Institute, the most prominent global design industry association, and I co-chair its Design Value Project. I am a Distinguished Faculty Member of the Path to Purchase Institute.  Please see my current CV for a listing of these and other accomplishments.

I coauthored a book entitled "Really Good Packaging Explained", released in 2009 by Rockport Publishers.  I was also a contributing author with Robin Landa and the book "Build Your Own Brand", Rockport, 2013.  I also wrote the forward to Christopher Durham's book, "52 The My Private Brand Project", Folio28, 2014

In the past 15 years I have written the following articles:

- "The Tropicana Trouble and How It May Have Been Prevented", Package Digest, 2009
- "Blood, Sweat and Tiers, Building Optimal Brand Identity Architectures", GAIN, AIGA Journal of Business and Design, June 2008
- "Heinz Turns Iconic Authenticity Into Fresh Relevance", The Hub, September 2007
- "Design ROI Envisioned", Step Inside Design, July/August 2007
- "Be Smart Be Simple", Design Management Review, Spring 2006
- "Proving our Value: Measuring Package Design's Return on Investment", Design Management Journal, Summer 2001
- "The High Cost of Saving Money", Package Digest, Summer 2000
- "Icons, Your Brand's Visual Essence, Brandweek, Spring 2000

I have coauthored an article with Pamela De Cesare, former Associate Director of Package Communications, Kraft Foods, Inc., entitled "Amazing Pace, Shared Views on the Design Process", Design Management Journal, Spring 2000.

In the past several years I have posed more than two dozen articles and posts on Wallace Church's web site: http://wallacechurch.tumblr.com/ these include but are not limited to:

- "Quantifying Design's Value"

- "Design RI Re-Envisioned",

- "Cutting through the Sea of Sameness"

- "Architecting a Brand Experience"

• "The National Color" and more

I am the founder of the Linked In Group- "Relevant Disruption in Branding" https://www.linkedin.com/groups?home=&gid=7422931 where I have posted more than 10 articles including:

• "Right Here, Right NOW!"

• "Fashion Touchdown"

• "Color is Key"

• "Cool Customization"

• "Relevance for Right Now"

• "Shape Language"

• "Visual Vampires"

**WALLACE OPP. 88**

# **Survey Screenshots**

**WALLACE OPP. 89**

# Thrive New Package Survey

**WALLACE OPP. 90**



Thank you for taking time to participate in our survey.

WALLACE OPP. 91



Thank you for taking time to participate in our survey.









In the past 6 months, where have you purchased skin care products?

*(Select all that apply.)*

- [ ] Internet
- [ ] Beauty supply store
- [ ] Retail outlet
- [ ] Other

→

0% 100%

WALLACE OPP. 97



In the next 6 months do you plan to purchase skin care products for your own use?

○ Yes
○ No

0%  ▬▬  100%

In the next 6 months, where do you plan to purchase skin care products?

*(Select all that apply.)*

- [ ] Internet
- [ ] Beauty supply store
- [ ] Retail outlet
- [ ] Other

→

0% 100%



Have you or anyone in your household ever worked for...

| | Yes | No |
|---|---|---|
| An advertising agency | ○ | ○ |
| A consumer research firm | ○ | ○ |
| A personal care product manufacturer, retailer or distributor | ○ | ○ |
| A dental care product manufacturer or retailer | ○ | ○ |

→

0%  ▬▬▬▬▬▬▬▬▬▬  100%

Are you taking this survey on...

○ A laptop or desktop computer
○ A tablet
○ A phone

→

0%  �largefill  100%



WALLACE OPP. 103





Please understand that we are only interested in your opinions or beliefs. If you don't have an opinion or belief or don't know the answer to a question, that is an acceptable answer. Do you agree not to guess or get information from anyone else, from the internet or any other source?

○ Yes

○ No

→

0% ▭▭▭ 100%

WALLACE OPP. 106

You are about to see images of four products, each featured as you would see them when purchasing them.

Please view the following images as if you were shopping for these products with the possible intent to purchase them. For the questions, if you do not have an opinion or are unsure of your opinion, it's perfectly all right to say so.

→

0%                                          100%



PRODUCT TWO







What type of products were shown in the images you just reviewed?

○ Detergent
○ Skin care products
○ Shampoo
○ Pet food
○ Don't know / No opinion

→

0%  ▬▬▬▬▬▬▬▬▬  100%







WALLACE OPP. 115

Do you believe that these two products come from the same company/manufacturer/source?

○ Yes, same company/manufacturer/source

○ No, different companies/manufacturer/source

○ Not sure / Don't know

→

0%                                          100%

**WALLACE OPP. 116**



If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other?

○ Yes, companies are affiliated, connected or associated

○ No, companies are not affiliated, connected or associated

○ Not sure / Don't know

→

0%  ━━━━━━━━  100%



WALLACE OPP. 119













WALLACE OPP. 125

Do you believe that these two products come from the same company/manufacturer/source?

○ Yes, same company/manufacturer/source

○ No, different companies/manufacturer/source

○ Not sure / Don't know

→

0%  100%



WALLACE OPP. 127





WALLACE OPP. 129



**WALLACE OPP. 130**



WALLACE OPP. 131

If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other?

○ Yes, companies are affiliated, connected or associated

○ No, companies are not affiliated, connected or associated

○ Not sure / Don't know

→

0%  100%



WALLACE OPP. 133



WALLACE OPP. 134



Do you believe that these two products come from the same company/manufacturer/source?

○ Yes, same company/manufacturer/source

○ No, different companies/manufacturer/source

○ Not sure / Don't know

→

0%  ▬▬▬▬▬▬▬▬▬▬▬  100%



**WALLACE OPP. 137**





Do you believe that these two products come from the same company/manufacturer/source?

○ Yes, same company/manufacturer/source

○ No, different companies/manufacturer/source

○ Not sure / Don't know

→

0%  ▓▓▓▓▓▓▓▓▓▓▓  100%





Please read the scenario below and answer the question that follows.

When researching skin care products you notice an Instagram post showing a skin moisturizer with the hashtag #THRIVETRIBE. Later in the same search you see a second post with the hashtag #THRIVETRIBE also showing a picture of a skin moisturizer.

Do you believe that these two posts refer to products that come from the same company or companies that are affiliated, connected, or associated with each other, or from different companies that are not affiliated, connected, or associated with each other?

○  Yes, these posts are from the same company or companies that are affiliated, connected, or associated

○  No, these posts are from different companies that are not affiliated, connected, or associated

○  Not sure / Don't know

→

0%                                                    100%

WALLACE OPP. 143



WALLACE OPP. 144

What is the highest level of school you have completed or the highest degree you have received?

○ Less than high school degree

○ High school degree or equivalent (e.g., GED)

○ Some college but no degree

○ Associate degree

○ Bachelor degree

○ Graduate degree

→

0% ▬▬▬▬▬▬▬▬▬ 100%



What is your approximate average household income?

○ $0-$24,999
○ $25,000-$49,999
○ $50,000- $74,999
○ $75,000- $99,999
○ $100,000- $124,999
○ $125,000- $149,999
○ $150,000- $174,999
○ $175,000- $199,999
○ $200,000 and up
○ Rather not say

→

0%  ▬▬▬▬▬▬▬▬  100%

WALLACE OPP. 147



Thank you for taking time to participate in our survey.

# Thrive Old Package Survey



Thank you for taking time to participate in our survey.

0%                                  100%



WALLACE OPP. 151



WALLACE OPP. 152



In the next 6 months do you plan to purchase dental care products for your own use?

○ Yes
○ No

0%  100%



WALLACE OPP. 154

In the past 6 months, where have you purchased skin care products?

*(Select all that apply.)*

- [ ] Internet
- [ ] Beauty supply store
- [ ] Retail outlet
- [ ] Other

→

0%  ▮▮  100%



In the next 6 months, where do you plan to purchase skin care products?

*(Select all that apply.)*

- [ ] Internet
- [ ] Beauty supply store
- [ ] Retail outlet
- [ ] Other

→

0% ▬▬▬▬▬▬▬▬▬▬ 100%

WALLACE OPP. 157



Have you or anyone in your household ever worked for...

| | Yes | No |
|---|---|---|
| An advertising agency | ○ | ○ |
| A consumer research firm | ○ | ○ |
| A personal care product manufacturer, retailer or distributor | ○ | ○ |
| A dental care product manufacturer or retailer | ○ | ○ |

→

0%  ▇▇▇▇▇▇▇▇▇▇  100%









WALLACE OPP. 163

Please understand that we are only interested in your opinions or beliefs. If you don't have an opinion or belief or don't know the answer to a question, that is an acceptable answer. Do you agree not to guess or get information from anyone else, from the internet or any other source?

○ Yes

○ No

→

0%                                      100%

You are about to see images of four products, each featured as you would see them when purchasing them.

Please view the following images as if you were shopping for these products with the possible intent to purchase them. For the questions, if you do not have an opinion or are unsure of your opinion, it's perfectly all right to say so.

→

0%                                              100%

WALLACE OPP. 165

PRODUCT ONE





PRODUCT THREE



PRODUCT FOUR



What type of products were shown in the images you just reviewed?

○ Shampoo
○ Pet food
○ Detergent
○ Skin care products
○ Don't know / No opinion

→

0%                                              100%







WALLACE OPP. 173

Do you believe that these two products come from the same company/manufacturer/source?

○ Yes, same company/manufacturer/source

○ No, different companies/manufacturer/source

○ Not sure / Don't know

→

0%  ▰▰▰▰▰▰  100%









**WALLACE OPP. 178**



WALLACE OPP. 179

If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other?

○ Yes, companies are affiliated, connected or associated

○ No, companies are not affiliated, connected or associated

○ Not sure / Don't know

→

0% ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ 100%



WALLACE OPP. 181



WALLACE OPP. 182



Do you believe that these two products come from the same company/manufacturer/source?

○ Yes, same company/manufacturer/source

○ No, different companies/manufacturer/source

○ Not sure / Don't know

→

0% ▬▬▬▬▬▬▬ 100%





WALLACE OPP. 186



Do you believe that these two products come from the same company/manufacturer/source?

○ Yes, same company/manufacturer/source

○ No, different companies/manufacturer/source

○ Not sure / Don't know

→

0%                                    100%

WALLACE OPP. 188







Do you believe that these two products come from the same company/manufacturer/source?

○ Yes, same company/manufacturer/source

○ No, different companies/manufacturer/source

○ Not sure / Don't know

→

0%  ▬▬▬▬▬▬▬▬  100%



WALLACE OPP. 193



WALLACE OPP. 194



Do you believe that these two products come from the same company/manufacturer/source?

○ Yes, same company/manufacturer/source

○ No, different companies/manufacturer/source

○ Not sure / Don't know

→

0%　　　　　　　　　　　　　　100%



WALLACE OPP. 197

If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other?

○ Yes, companies are affiliated, connected or associated

○ No, companies are not affiliated, connected or associated

○ Not sure / Don't know

→

0% ▰▰▰▰▰ 100%



WALLACE OPP. 199



Please read the scenario below and answer the question that follows.

When researching skin care products you notice an Instagram post showing a skin moisturizer with the hashtag #THRIVETRIBE. Later in the same search you see a second post with the hashtag #THRIVETRIBE also showing a picture of a skin moisturizer.

Do you believe that these two posts refer to products that come from the same company or companies that are affiliated, connected, or associated with each other, or from different companies that are not affiliated, connected, or associated with each other?

○  Yes, these posts are from the same company or companies that are affiliated, connected, or associated

○  No, these posts are from different companies that are not affiliated, connected, or associated

○  Not sure / Don't know

→

0%                                        100%

WALLACE OPP. 201



What is the highest level of school you have completed or the highest degree you have received?

○ Less than high school degree

○ High school degree or equivalent (e.g., GED)

○ Some college but no degree

○ Associate degree

○ Bachelor degree

○ Graduate degree

→

0% ▮▮▮▮▮▮▮▮▮▮ 100%



What is your approximate average household income?

- ○ $0-$24,999
- ○ $25,000-$49,999
- ○ $50,000-$74,999
- ○ $75,000-$99,999
- ○ $100,000-$124,999
- ○ $125,000-$149,999
- ○ $150,000-$174,999
- ○ $175,000-$199,999
- ○ $200,000 and up
- ○ Rather not say

→

0% ▬▬▬▬▬▬▬ 100%

**WALLACE OPP. 205**

# Survey Programming Instructions

**WALLACE OPP. 206**

# Thrive New Package Survey

**WALLACE OPP. 207**



**Prepared for *McArthur Law***
**Re: Thrive Natural Care, Inc. v. Thrive Causemetics Inc**

**LIKELIHOOD OF CONFUSION SURVEY / NEW PACKAGE**

**Qualifying Universe:**
We will screen 1,000+ respondents - with the goal of confirming a qualifying universe at a minimum of **600 men and women between 18 and 65 who have purchased skin care products on the internet within the last 6 months and plan to do so again within the next 6 months.**

**Questionnaire:**

1.  What is your age**?**
      18 or younger **(Terminate interview)**
      18-20
      21-29
      30-39
      40-49
      50-59
      60-65
      66 or older **(Terminate interview)**

2. In the last 6 months have you purchased skin care products for your own use?
      Yes, **Proceed**
      No, **Terminate interview**

3. In the past 6 months, where have you purchased skin care products? (check all that apply)
      Internet
      Beauty supply store
      Retail outlet
      Other
**(Terminate if the user does not select Internet)**

**WALLACE OPP. 208**

4. In the next 6 months do you plan to purchase skin care products?
>    Yes, **Proceed**
>    No, **Terminate interview**

5. In the next 6 months, where do you plan to purchase skin care products? (check all that apply)
>    Internet
>    Beauty supply store
>    Retail outlet
>    Other

**(Terminate if the user does not select Internet)**


**Control question (asked randomly with questions 2-5 to prevent order bias)**

6.  In the last 6 months have you purchased dental care products for your own use?
>    Yes, **Proceed**
>    No, **Proceed**

7. In the last 6 months, where did you purchased dental care products? (check all that apply)
>    Internet   **Proceed**
>    Beauty supply store **Proceed**
>    Retail outlet **Proceed**
>    Other **Proceed**

8.  In the next 6 months do you plan to purchase dental care products for your own use?
>    Yes, **Proceed**
>    No, **Proceed**

9. In the next 6 months, where do you plan to purchase dental care products? (check all that apply)
>    Internet **Proceed**
>    Beauty supply store  **Proceed**
>    Retail outlet  **Proceed**
>    Other  **Proceed**

10. In the past month have you used the Internet to search for products or services?

>    Yes   **Proceed**
>    No, **Terminate interview**

11. Have you or anyone in your household ever worked for
**(responses are randomized to prevent order bias)**

**If YES, terminate:  if NO Proceed**
     a. An advertising agency
     b. A consumer research firm
     c. A personal care product manufacturer, retailer, or distributor

**Control questions: Proceed with all responses**
     d. A dental care product manufacturer or retailer


12. Are you taking this survey on…
     a.  A laptop or desktop computer
     b.  A tablet **(Terminate interview)**
     c.  A phone **(Terminate interview)**

13.  Will you agree to answer the questions without help or assistance, answer truthfully and do not guess?
     Yes, **Proceed**
     No, **Terminate interview**

14. Do you need contacts or glasses for reading?
     Yes, **Proceed to question 9**
     No, **Proceed to question 10**

15. If so, will you be wearing them when completing the survey?
     Yes, **Proceed**
     No, **Terminate interview**

16.  Please understand that we are only interested in your opinions or beliefs.  If you don't have an opinion or belief or don't know the answer to a question, that is an acceptable answer. Do you agree not to guess or get information from anyone else, from the internet or any other source?
     Yes, **Proceed**
     No, **Terminate interview**

17.   You are about to see images of four products, each featured as you would see them when purchasing them.

Please view the following images as if you were shopping for these products with the possible intent to purchase them. For the questions, if you do not have an opinion or are unsure of your opinion, it's perfectly all right to say so.

*(600 respondents will see each image pair in random order to prevent order bias)*

## PRODUCT ONE



## PRODUCT TWO



## PRODUCT THREE



WALLACE OPP. 212

**PRODUCT FOUR**



What type of products were shown in the images you just reviewed?
    Detergent
    Shampoo
    Skin care products
    Pet food
    Don't know/no opinion

**(Terminate if user does not select skin care answer, attention check)**

18a.  All of these products can be purchased on-line, but we are interested in who you believe makes each of these products, meaning their manufacturer or source.

(Two products shown in random order)

(Products 1 and 2)



Do you believe that these two products come from the same company/manufacturer/source?
-   Yes, same company/manufacturer/source?
-   No, different companies/manufacturer/source?
-   Not sure/ don't know

19a. Why do you say that?

20a.   *(Only for those who said No or Not Sure to Q18a )*

If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other?

- Yes, companies are affiliated, connected or associated
- No, companies are not affiliated, connected or associated
- Not sure/ don't know

21a. Why do you say that?

18b. (Product 1 and 3)





18b.   Do you believe that these two products come from the same company/manufacturer/source?
- Yes, same company/manufacturer/source?
- No, different companies/manufacturer/source?
- Not sure/ don't know

19b. Why do you say that?

20b.   *(Only for those who said No or Not Sure to Q18b )*

If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other?

- Yes, companies are affiliated, connected or associated
- No, companies are not affiliated, connected or associated
- Not sure/ don't know

21b. Why do you say that?

**WALLACE OPP. 216**

(Products 1 and 4)



18 c.  Do you believe that these two products come from the same
       company/manufacturer/source?
       -   Yes, same company/manufacturer/source

- No, different companies/manufacturer/source
- Not sure/ don't know

19c. Why do you say that?

20c.   *(Only for those who said No or Not Sure to Q18b )*

If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other?

- Yes, companies are affiliated, connected or associated
- No, companies are not affiliated, connected or associated
- Not sure/ don't know

21c. Why do you say that?

If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other?

- Yes, companies are affiliated, connected, or associated
- No, companies are not affiliated, connected, or associated
- Not sure/ don't know

(Products 2 and 3)





18d.   Do you believe that these two products come from the same company/manufacturer/source?
-   Yes, same company/manufacturer/source?
-   No, different companies/manufacturer/source?

Product 3 and 4)



18e.   Do you believe that these two products come from the same company/manufacturer/source?
-   Yes, same company/manufacturer/source?
-   No, different companies/manufacturer/source?
-   Not sure/ don't know


19e. Why do you say that?

20e.   *(Only for those who said No or Not Sure to Q18b* )

If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other?

-   Yes, companies are affiliated, connected or associated
-   No, companies are not affiliated, connected or associated
-   Not sure/ don't know

21e. Why do you say that?



22. Please enter the number 865 in the box below.

[Add box] **(Terminate if wrong number, attention deficit check)**

23. Please read the scenario below and answer the question that follows.

When researching skin care products you notice an Instagram post showing a skin moisturizer  with the hashtag  #THRIVETRIBE.  Later in the same search you see a second post with the hashtag  #THRIVETRIBE also showing a picture of a skin moisturizer.

Based on these posts, do you believe that they refer to the same products and come from the same company or companies that are affiliated, connected or associated with one another - or from different companies that are not affiliated, connected, or associated?

-   Yes, these posts are from the same company or companies that are affiliated, connected, or associated

-   No, these posts are from different companies that are not affiliated, connected, or associated

**WALLACE OPP. 221**

- Not sure/ don't know

**-------Demographic questions--------------------**

24. Are you…
    a. Male
    b. Female
    c. Other
    d. Rather not say

25. What is the highest level of school you have completed or the highest degree you have received?
    Less than high school degree
    High school degree or equivalent (e.g., GED)
    Some college but no degree
    Associate degree
    Bachelor degree
    Graduate degree

26. What state do you live in?

27. What is your approximate average household income?
    $0-$24,999
    $25,000-$49,999
    $50,000- $74,999
    $75,000- $99,999
    $100,000- $124,999
    $125,000- $149,999
    $150,000- $174,999
    $175,000- $199,999
    $200,000 and up
    Rather not say

**WALLACE OPP. 222**

# Thrive Old Package Survey



**Prepared for *McArthur Law***
**Re: Thrive Natural Care, Inc. v. Thrive Causemetics Inc**

**LIKELIHOOD OF CONFUSION SURVEY / OLD PACKAGE**

**Qualifying Universe:**
We will screen 1,000+ respondents - with the goal of confirming a qualifying universe at a minimum of **600 men and women between 18 and 65 who have purchased skin care products on the internet within the last 6 months and plan to do so again within the next 6 months.**


**Questionnaire:**

1.  What is your age**?**
         18 or younger **(Terminate interview)**
         18-20
         21-29
         30-39
         40-49
         50-59
         60-65
         66 or older **(Terminate interview)**

2. In the last 6 months have you purchased skin care products for your own use?
         Yes, **Proceed**
         No, **Terminate interview**

3. In the past 6 months, where have you purchased skin care products? (check all that apply)
         Internet
         Beauty supply store
         Retail outlet
         Other
**(Terminate if the user does not select Internet)**

4. In the next 6 months do you plan to purchase skin care products?
        Yes, **Proceed**
        No, **Terminate interview**

5. In the next 6 months, where do you plan to purchase skin care products? (check all that apply)
        Internet
        Beauty supply store
        Retail outlet
        Other
**(Terminate if the user does not select Internet)**


**Control question (asked randomly with questions 2-5 to prevent order bias)**

6.  In the last 6 months have you purchased dental care products for your own use?
        Yes, **Proceed**
        No, **Proceed**

7. In the last 6 months, where did you purchased dental care products? (check all that apply)
        Internet   **Proceed**
        Beauty supply store **Proceed**
        Retail outlet **Proceed**
        Other **Proceed**

8.  In the next 6 months do you plan to purchase dental care products for your own use?
        Yes, **Proceed**
        No, **Proceed**

9. In the next 6 months, where do you plan to purchase dental care products? (check all that apply)
        Internet **Proceed**
        Beauty supply store  **Proceed**
        Retail outlet  **Proceed**
        Other  **Proceed**

10. In the past month have you used the Internet to search for products or services?

        Yes   **Proceed**
        No, **Terminate interview**

**WALLACE OPP. 225**

11. Have you or anyone in your household ever worked for
**(responses are randomized to prevent order bias)**

**If YES, terminate:  if NO Proceed**
       a. An advertising agency
       b. A consumer research firm
       c. A personal care product manufacturer, retailer, or distributor

**Control questions: Proceed with all responses**
      d. A dental care product manufacturer or retailer


12. Are you taking this survey on…
       a.  A laptop or desktop computer
       b.  A tablet **(Terminate interview)**
       c.  A phone **(Terminate interview)**

13.  Will you agree to answer the questions without help or assistance, answer truthfully and do not guess?
      Yes, **Proceed**
      No, **Terminate interview**

14. Do you need contacts or glasses for reading?
      Yes, **Proceed to question 9**
      No, **Proceed to question 10**

15. If so, will you be wearing them when completing the survey?
      Yes, **Proceed**
      No, **Terminate interview**

16.  Please understand that we are only interested in your opinions or beliefs.  If you don't have an opinion or belief or don't know the answer to a question, that is an acceptable answer. Do you agree not to guess or get information from anyone else, from the internet or any other source?
      Yes, **Proceed**
      No, **Terminate interview**

**WALLACE OPP. 226**

17.  You are about to see images of four products, each featured as you would see them when purchasing them.

Please view the following images as if you were shopping for these products with the possible intent to purchase them. For the questions, if you do not have an opinion or are unsure of your opinion, it's perfectly all right to say so.

*(600 respondents will see each image pair in random order to prevent order bias)*

**PRODUCT ONE**







## PRODUCT TWO



## PRODUCT THREE





**WALLACE OPP. 228**

**PRODUCT FOUR**



What type of products were shown in the images you just reviewed?
    Detergent
    Shampoo
    Skin care products
    Pet food
    Don't know/no opinion

**(Terminate if user does not select skin care answer, attention check)**

18a.  All of these products can be purchased on-line, but we are interested in who you believe makes each of these products, meaning their manufacturer or source.

(Two products shown in random order)

(Products 1 and 2)





### DAILY DEFENSE SUNSCREEN BALM (MINERAL SPF 30)

★★★★★ 116 reviews

$ 22.95 $ 24.95   **SALE**

ADD TO CART

Daily sun defense with our all-natural, plant-based face lotion with SPF 30 hydrates, nourishes, and revitalizes skin while providing broad-spectrum protection against UVA/UVB rays.

2 Fl. Oz.

**What It Does**   Why It Is Better   Ingredients   How To Use



Do you believe that these two products come from the same company/manufacturer/source?

**WALLACE OPP. 230**

- Yes, same company/manufacturer/source?
- No, different companies/manufacturer/source?
- Not sure/ don't know

19a. Why do you say that?

20a.    *(Only for those who said No or Not Sure to Q18a )*

If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other?

- Yes, companies are affiliated, connected or associated
- No, companies are not affiliated, connected or associated
- Not sure/ don't know

21a. Why do you say that?

(Product 1 and 3)








18b.   Do you believe that these two products come from the same company/manufacturer/source?
- Yes, same company/manufacturer/source?
- No, different companies/manufacturer/source?
- Not sure/ don't know

19b. Why do you say that?

20b.   *(Only for those who said No or Not Sure to Q18b )*

If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other?

- Yes, companies are affiliated, connected or associated
- No, companies are not affiliated, connected or associated
- Not sure/ don't know

21b. Why do you say that?

(Products 1 and 4)





18 c.   Do you believe that these two products come from the same

company/manufacturer/source?
- Yes, same company/manufacturer/source
- No, different companies/manufacturer/source
- Not sure/ don't know

19c. Why do you say that?

20c.    *(Only for those who said No or Not Sure to Q18b )*

If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other?

- Yes, companies are affiliated, connected or associated
- No, companies are not affiliated, connected or associated
- Not sure/ don't know

21c. Why do you say that?

If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other?

- Yes, companies are affiliated, connected, or associated
- No, companies are not affiliated, connected, or associated
- Not sure/ don't know

(Products 2 and 3)



BUNDLES                                    Ursa Major





- *(Open ended question with tabulations for common answers)*
-

18d.    Do you believe that these two products come from the same company/manufacturer/source?
- Yes, same company/manufacturer/source?
- No, different companies/manufacturer/source?


19d. Why do you say that?

20d.    *(Only for those who said No or Not Sure to Q18b )*

If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other?

- Yes, companies are affiliated, connected or associated
- No, companies are not affiliated, connected or associated
- Not sure/ don't know

21d. Why do you say that?

If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other?

- Yes, companies are affiliated, connected, or associated
- No, companies are not affiliated, connected, or associated
- Not sure/ don't know

(Product 3 and 4)





**WALLACE OPP. 237**

18e.    Do you believe that these two products come from the same company/manufacturer/source?
-    Yes, same company/manufacturer/source?
-    No, different companies/manufacturer/source?
-    Not sure/ don't know


19e. Why do you say that?

20e.    *(Only for those who said No or Not Sure to Q18b* )

If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other?

-    Yes, companies are affiliated, connected or associated
-    No, companies are not affiliated, connected or associated
-    Not sure/ don't know

21e. Why do you say that?

22. Please enter the number 865 in the box below.

[Add box] **(Terminate if wrong number, attention deficit check)**


23. Please read the scenario below and answer the question that follows.

When researching skin care products you notice an Instagram post showing a skin moisturizer  with the hashtag  #THRIVETRIBE.  Later in the same search you see a second post with the hashtag  #THRIVETRIBE also showing a picture of a skin moisturizer.

Based on these posts, do you believe that they refer to the same products and come from the same company or companies that are affiliated, connected or associated with one another - or from different companies that are not affiliated, connected, or associated?

-    Yes, these posts are from the same company or companies that are affiliated, connected, or associated

-    No, these posts are from different companies that are not affiliated, connected, or associated

- Not sure/ don't know

**-------Demographic questions--------------------**

24. Are you…
    a. Male
    b. Female
    c. Other
    d. Rather not say

25. What is the highest level of school you have completed or the highest degree you have received?
    Less than high school degree
    High school degree or equivalent (e.g., GED)
    Some college but no degree
    Associate degree
    Bachelor degree
    Graduate degree

26. What state do you live in?

27. What is your approximate average household income?
    $0-$24,999
    $25,000-$49,999
    $50,000- $74,999
    $75,000- $99,999
    $100,000- $124,999
    $125,000- $149,999
    $150,000- $174,999
    $175,000- $199,999
    $200,000 and up
    Rather not say