Rollin Ransom (State Bar No. 196126)
rransom@sidley.com
Lauren M. De Lilly (State Bar No. 301503)
ldelilly@sidley.com
Paula Salazar (State Bar No. 327349)
psalazar@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Attorneys for Defendant Thrive Causemetics, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| THRIVE NATURAL CARE, INC. | Case No. 2:20-cv-9091-PA-AS |
|---|---|
| Plaintiff, | **DECLARATION OF NED A. MENNINGER IN SUPPORT OF DEFENDANT THRIVE CAUSEMETICS, INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL** |
| v. | |
| THRIVE CAUSEMETICS, INC., | |
| Defendant. | |

DECLARATION OF NED A. MENNINGER IN SUPPORT OF DEFENDANT THRIVE CAUSEMETICS, INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL

## DECLARATION OF NED A. MENNINGER

I, Ned A. Menninger, declare and state as follows:

1. I am the Chief Financial Officer of Thrive Causemetics, Inc. ("TCI"), the Defendant in the above-captioned action. I make this declaration in support of TCI's Application for Leave to File Under Seal Documents in support of TCI's Motion for Summary Judgment. I have personal knowledge of the facts stated in this declaration, and I would and could testify as to them if called as a witness in this action.

2. TCI has produced certain of its financial information in response to Plaintiff Thrive Natural Care, Inc.'s discovery requests in this action.

3. The financial information that TCI has produced in this action is non-public, and it includes detailed information concerning TCI's revenue (totals, and by product or product category), costs, operating expenses, and net income from 2018 through May of 2021.

4. Disclosure of TCI's non-public and detailed financial information would be detrimental to TCI's business interests because it would provide competitors with insights into TCI's business operations and strategy, which could in turn be used by TCI's competitors for improper purposes.

I declare under penalty of perjury under the laws of the United States that the above facts are true and correct.

Executed this 23rd day of August, 2021, in Sammamish, Washington.

_____
Ned A. Menninger