1
2
3
4
5
6
7
8            UNITED STATES DISTRICT COURT
9            CENTRAL DISTRICT OF CALIFORNIA
10

11   THRIVE NATURAL CARE, INC.,          Case No. 2:20-cv-9091-PA-AS
12              Plaintiff,               Hon. Percy Anderson
13   vs.                                 **[PROPOSED] ORDER GRANTING
                                         DEFENDANT THRIVE
14   THRIVE CAUSEMETICS, INC.,           CAUSEMETICS, INC.'S
                                         APPLICATION FOR LEAVE TO
15              Defendants.              FILE UNDER SEAL DOCUMENTS
                                         IN SUPPORT OF OPPOSITION TO
16                                       PLAINTIFF'S MOTION FOR
                                         PARTIAL SUMMARY JUDGMENT**
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER GRANTING LEAVE**
**TO FILE DOCUMENTS UNDER SEAL**

On August 23, 2021, Defendant Thrive Causemetics, Inc. filed an Application For Leave to File Under Seal Documents in Support of Defendant's Opposition to Plaintiff's Motion for Partial Summary Judgment, also filed on August 23, 2021.  The Court having considered Defendant's Application, and compelling reasons and good cause appearing therefore, IT IS HEREBY ORDERED that the Court GRANTS the Application to File Under Seal the following documents and information:

| DOCUMENT | DESCRIPTION |
|---|---|
| Opposition Memorandum | The information appearing on pages 1, 2, 10, 22, and 25 of Defendant's Memorandum of Points and Authorities in Support of Its Opposition to Plaintiff's Motion for Partial Summary Judgment. |
| SGD | The information appearing on pages 6, 16, 21, 32, 33, 35, 38, 41, and 42 of Defendant's Statement of Genuine Disputes of Material Fact and Additional Material Facts in Support of Its Opposition to Plaintiff's Motion for Partial Summary Judgment. |
| Menninger MSJ Opp. Declaration | The information appearing in paragraph 2 of the Declaration of Ned A. Menninger in Support of Defendant's Opposition to Plaintiff's Motion for Partial Summary Judgment. |
| Schulze Decl. | The information appearing in paragraphs 8, 10, 15 of the Declaration of Karl Schulze in Support of Defendant's Opposition to Plaintiff's Motion for Partial Summary Judgment. |
| Exhibit A to the Schulze | Ex. A to the Declaration of Karl Schulze in Support of |

| Decl. | Defendant's Opposition to Plaintiff's Motion for Partial Summary Judgement, Mr. Schulze's Rebuttal Expert Report. |
|---|---|
| Exhibit 4 to the De Lilly MSJ Opp. Decl. | A true and correct copy of a document produced by Plaintiff and Bates numbered TNC00391-TNC00399. |
| Exhibit 5 to the De Lilly MSJ Opp. Decl. | A true and correct copy of a document produced by Plaintiff and Bates numbered TNC00556-TNC00597. |
| Exhibit 9 to the De Lilly MSJ Opp. Decl. | A true and correct copy of a document produced by Plaintiff and Bates numbered TNC01282-TNC01299. |
| Exhibit 17 to the De Lilly MSJ Opp. Decl. | A true and correct copy of a document produced by Plaintiff and Bates numbered TNC00831. |
| Exhibit 18 to the De Lilly MSJ Opp. Decl. | A true and correct copy of a document produced by Plaintiff and Bates numbered TNC00819. |
| Exhibit 19 to the De Lilly MSJ Opp. Decl. | A true and correct copy of a document produced by Plaintiff and Bates numbered TNC00830. |
| Exhibit 44 to the De Lilly MSJ Opp. Decl. | A true and correct copy of a document produced by Plaintiff and Bates numbered TNC00822. |

Defendant is granted leave to file under seal the Opposition Memorandum, SGD, Menninger MSJ Opp. Declaration, Schulze Declaration, Exhibit A to the Schulze Declaration, as specified above, and Exhibits 4, 5, 9, 17, 18, 19, and 44 to the De Lilly MSJ Opp. Declaration, as specified above.  With respect to materials in this Application designated by Plaintiff as confidential, specifically, Exhibits 4, 5, 9, 17, 18, 19, and 44 to the De Lilly MSJ Opp. Declaration, Plaintiff shall have an opportunity to demonstrate that the materials should remain under seal in their entirety or agree to remove a confidentiality designation.  Plaintiff shall have ___ days to submit support for further sealing or advise the Court that certain materials can be unsealed.

1

**IT IS SO ORDERED.**

2

3

4   Dated: _____, 2021

5       HON. PERCY ANDERSON
        United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28