Rollin Ransom (State Bar No. 196126)
rransom@sidley.com
Lauren M. De Lilly (State Bar No. 301503)
ldelilly@sidley.com
Paula Salazar (State Bar No. 327349)
psalazar@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite-4000
Los Angeles, CA 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Attorneys for Defendant Thrive Causemetics, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THRIVE NATURAL CARE, INC.<br><br>Plaintiff,<br><br>v.<br><br>THRIVE CAUSEMETICS, INC.,<br><br>Defendant. | Case No. 2:20-cv-9091-PA-AS<br><br>**DECLARATION OF LAUREN M. DE LILLY IN SUPPORT OF DEFENDANT THRIVE CAUSEMETICS, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

# DECLARATION OF LAUREN M. DE LILLY

I, Lauren M. De Lilly, declare and state as follows:

I am an attorney at law licensed to practice before all of the Courts of the State of California and admitted to practice in this District. I am an associate at the law firm of Sidley Austin LLP, counsel of record for Defendant Thrive Causemetics, Inc. ("TCI") in this action. I submit this declaration in support of TCI's Opposition to Plaintiff Thrive Natural Care, Inc.'s ("Plaintiff") Motion for Partial Summary Judgment (ECF No. 40). I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

1. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the certified reporter's transcript of the deposition of Alexander McIntosh taken on July 30, 2021.

2. Attached hereto as **Exhibit 2** is a true and correct copy of a document produced by Plaintiff in this action and Bates numbered TNC00143-TNC00144.

3. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the certified reporter's transcript of the deposition of Plaintiff Thrive Natural Care, Inc. taken on July 23, 2021.

4. Attached hereto as **Exhibit 4** is a true and correct copy of a document produced by Plaintiff in this action and Bates numbered TNC00391-TNC00399.

5. Attached hereto as **Exhibit 5** is a true and correct copy of a document produced by Plaintiff in this action and Bates numbered TNC00556-TNC00597.

6. Attached hereto as **Exhibit 6** is a true and correct copy of a document produced by Plaintiff in this action and Bates numbered TNC00294-U-TNC00295-U.

7. Attached hereto as **Exhibit 7** is a true and correct copy of a document produced by Plaintiff in this action and Bates numbered TNC00130-U-TNC00131-U.

8. Attached hereto as **Exhibit 8** is a true and correct copy of a document produced by Plaintiff in this action and Bates numbered TNC01398-TNC01400.

9. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts of a

DECLARATION OF LAUREN M. DE LILLY IN SUPPORT OF DEFENDANT THRIVE CAUSEMETICS, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

1  document produced by Plaintiff in this action and Bates numbered TNC01282-
2  TNC01299.
3      10.  Attached hereto as **Exhibit 10** is a true and correct copy of the Statement
4  of Use filed by Plaintiff with the United States Patent and Trademark Office on
5  October 4, 2013 regarding U.S. Application Serial No. 85726058.
6      11.  Attached hereto as **Exhibit 11** is a true and correct copy of U.S.
7  Trademark Application Serial No. 85726058 for the THRIVE mark, dated September
8  11, 2012.
9      12.  Attached hereto as **Exhibit 12** is a true and correct copy of a document
10 produced by Plaintiff in this action and Bates numbered TNC01196-TNC01197.
11     13.  Attached hereto as **Exhibit 13** is a true and correct copy of excerpts from
12 the certified reporter's transcript of the deposition of Ecomundi Ventures, LLC taken
13 on July 30, 2021.
14     14.  Attached hereto as **Exhibit 14** is a true and correct copy of the United
15 States Patent and Trademark Office's November 5, 2013 Office Action completing
16 Plaintiff's Request to Divide U.S. Trademark Application Serial No. 85726058,
17 available at
18 https://tsdr.uspto.gov/documentviewer?caseId=sn85726058&docId=OOA2013110510
19 2815#docIndex=17&page=1, which I downloaded from the United States Patent and
20 Trademark Office official website on August 17, 2021.
21     15.  Attached hereto as **Exhibit 15** is a true and correct copy of the Collins
22 English Dictionary's definition and meaning of "Thrive," available at
23 https://www.collinsdictionary.com/us/dictionary/english/thrive, last visited on August
24 20, 2021, and downloaded by Amanda Gonzales, a paralegal at Sidley Austin LLP, at
25 my request, direction, and supervision.
26     16.  Attached hereto as **Exhibit 16** is a true and correct copy of Plaintiff's
27 Request to Divide U.S. Trademark Application Serial No. 85726058, available at
28 https://tsdr.uspto.gov/documentviewer?caseId=sn85726058&docId=ALW201311060

-3-

60437#docIndex=18&page=1, which I downloaded from the United States Patent and Trademark Office official website on August 23, 2021.

17. Attached hereto as **Exhibit 17** is a true and correct copy of a document produced by Plaintiff in this action and Bates numbered TNC00831.

18. Attached hereto as **Exhibit 18** is a true and correct copy of a document produced by Plaintiff in this action and Bates numbered TNC00819.

19. Attached hereto as **Exhibit 19** is a true and correct copy of a document produced by Plaintiff in this action and Bates numbered TNC00830.

20. Attached hereto as **Exhibit 20** is a true and correct copy of a document produced by Plaintiff in this action and Bates numbered TNC01208.

21. Attached hereto as **Exhibit 21** is a true and correct copy of a document produced by Plaintiff in this action and Bates numbered TNC01160-TNC01161.

22. Attached hereto as **Exhibit 22** is a true and correct copy of true and correct copy of Exhibit 54 to the deposition of Plaintiff, taken on July 23, 2021.

23. On August 19, 2021, at my request, direction, and supervision, Jennifer Sunga, a practice support assistant at Sidley Austin LLP, visited Plaintiff's official Facebook and Instagram social media accounts, and downloaded portable document format ("PDF") copies of the accounts' homepages, as follows:

   a. Attached hereto as **Exhibit 23** is a true and correct copy of a printout of Plaintiff's official Facebook account homepage, available at https://www.facebook.com/thrivenaturalcare/about, and last visited on August 19, 2021.

   b. Attached hereto as **Exhibit 24** is a true and correct copy of a printout of Plaintiff's official Instagram account homepage, available at https://www.instagram.com/thrivenaturalcare/, and last visited on August 19, 2021.

24. On August 18, 2021, at my request, direction, and supervision, Amanda Gonzales, a paralegal at Sidley Austin LLP, visited Plaintiff's official website thrivecare.co, and downloaded PDF copies of several webpages from the website, as

follows:

    a.    Attached hereto as **Exhibit 25** is a true and correct copy of the "Superplant Skincare" webpage from Plaintiff's official website thrivecare.co, available at https://thrivecare.co/pages/superplant-skincare?_pos=1&_sid=aaf16662e&_ss=r, and last visited on August 18, 2021.

    b.    Attached hereto as **Exhibit 26** is a true and correct copy of the "Regenerative Mission" webpage from Plaintiff's official website thrivecare.co, available at https://thrivecare.co/pages/regenerative-mission?_pos=1&_sid=bf8209e13&_ss=r, and last visited on August 18, 2021.

    c.    Attached hereto as **Exhibit 27** is a true and correct copy of the product detail webpage for the product Daily Defense Sunscreen Balm (Mineral SPF 30) from Plaintiff's official website thrivecare.co, available at https://thrivecare.co/collections/all/products/daily-defense-sunscreen-balm-with-spf, and last visited on August 18, 2021.

    d.    Attached hereto as **Exhibit 28** is a true and correct copy of the product detail webpage for the product Face Wash from Plaintiff's official website thrivecare.co, available at https://thrivecare.co/collections/all/products/face-wash, and last visited on August 18, 2021.

    e.    Attached hereto as **Exhibit 29** is a true and correct copy of the product detail webpage for the product Energy Scrub from Plaintiff's official website thrivecare.co, available at https://thrivecare.co/collections/all/products/thrive-natural-face-scrub, and last visited on August 18, 2021.

    f.    Attached hereto as **Exhibit 30** is a true and correct copy of the product detail webpage for the product Shave Oil from Plaintiff's official website thrivecare.co, available at https://thrivecare.co/collections/all/products/shave-oil-1, and last visited on August 18, 2021.

25.    Attached hereto as **Exhibit 31** is a true and correct copy of an article published in the San Francisco Busines Times, *Can Amazon lift sales at this S.F.*

1  *skincare business by $1 million?*, available at
2  https://www.bizjournals.com/sanfrancisco/news/2017/09/21/amazon-small-business-
3  skincare-san-francisco.html?s=print, last visited on August 22, 2021, and downloaded
4  by Amanda Gonzales, a paralegal at Sidley Austin LLP, at my request, direction, and
5  supervision.

6        26.    Attached hereto as **Exhibit 32** is a true and correct copy of an article
7  published in Reuters, *Support the Evolution of Men's Shave and Skin Care*, available
8  at https://www.prnewswire.com/news-releases/support-the-evolution-of-mens-shave-
9  and-skin-care-300062096.html, last visited on August 22, 2021, and downloaded by
10 Amanda Gonzales, a paralegal at Sidley Austin LLP, at my request, direction, and
11 supervision.

12       27.    Attached hereto as **Exhibit 33** is a true and correct copy of an article
13 published in the San Francisco Business Times, *S.F. skincare startup to get bump*
14 *from Amazon*, available at
15 https://www.bizjournals.com/sanfrancisco/news/2017/09/28/skincare-startup-thrive-
16 nature-care-amazon-amzn.html?s=print, last visited on August 22, 2021, and
17 downloaded by Amanda Gonzales, a paralegal at Sidley Austin LLP, at my request,
18 direction, and supervision.

19       28.    On August 22, 2021, I visited the United States Patent and Trademark
20 Office's official website, queried the Trademark Electronic Search System database
21 for the search term "thrive*," plural and singular, live results only, and downloaded
22 the query results to a PDF.  Attached hereto as **Exhibit 34** is a true and correct copy of
23 the query results, available at
24 https://tmsearch.uspto.gov/bin/showfield?f=toc&state=4807%3A4eetwp.1.1&p_searc
25 h=searchss&p_L=50&BackReference=&p_plural=yes&p_s_PARA1=live&p_tagrepl
26 %7E%3A=PARA1%24LD&expr=PARA1+AND+PARA2&p_s_PARA2=thrive*&p_
27 tagrepl%7E%3A=PARA2%24COMB&p_op_ALL=AND&a_default=search&a_searc
28 h=Submit+Query&a_search=Submit+Query, and last visited on August 22, 2021.

DECLARATION OF LAUREN M. DE LILLY IN SUPPORT OF DEFENDANT THRIVE CAUSEMETICS,
INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

The query results include the following registrations related to personal care products or services:

| MARK | REGISTRATION /APPLICATION NUMBER | OWNER | INCLUDED GOODS OR SERVICES |
|---|---|---|---|
| THRIVE | Reg. Nos. 5,954,818 and 5,583,803 | Ashford Point LLC | Therapeutic cold therapy packs; therapeutic hot therapy packs; first aid kits |
| THRIVE MARKET | Reg. No. 6,039,529 | Thrive Market, Inc. | Online retail store services featuring bath, beauty and body products |
| ITHRIVEX | Reg. No. 4,744,731 | I25X, LLC | Body cream; hand cream; non−medicated skin care creams and lotions; skin creams |
| THRIVE and Design | Reg. No. 5,772,374 | Le-Vel Brands, LLC | Topical patches featuring vitamin, mineral, plant extract, antioxidant, enzyme, probiotic, and amino acid preparations used for general health and wellness |
| SURTHRIVAL | Reg. No. 4,532,116 | Surthrival LLC | Essential oils for personal use; natural essential oils; non-medicated serums for use on skin, gums, and lips |
| THRIVE and Design | Reg. No. 5,436,898 | California Marketing Services, LLC | Dietetic foods adapted for medical purposes |
| THRIVE | Reg. No. 4,269,338 | Thrive Frozen Nutrition, Inc. | Frozen nutritional supplements |
| BIOTHRIVE | Reg. No. 5,134,479 | Garth Fisher | Medicinal spa services, namely, minimally and non-invasive cosmetic and body fitness therapies |

| NAKED + THRIVING | Reg. No. 5,285,889 | Naked + Thriving LLC | Face oils; facial oils; body and beauty care cosmetics |
|---|---|---|---|
| EAT. DRINK. THRIVE. | Reg. No. 4,696,755 | The Wakaya Group, LP | Apothecary products, namely, non-medicated sea salt for use as bath salts; non-medicated skin |
| SIMPLY-THRIVE | Reg. No. 5,562,806 | Simplythrive LLC | Online ordering services featuring toiletries and fragrances |

29. On August 23, 2021, at my request, direction, and supervision, Paula Salazar, an associate at Sidley Austin LLP, visited several third party websites, and downloaded PDF copies of several webpages from those websites, as follows:

   a. Attached hereto as **Exhibit 35** is a true and correct copy of a webpage for Wakaya Perfection Fijian Kosher Sea Salt, from the website of third party The Wakaya Group, available at https://thewakayagroup.com/collections/wakaya-perfection-fijian-kosher-sea-salt/products/wakaya-perfection-fijian-kosher-sea-salt-10-2-oz, and last visited on August 23, 2021.

   b. Attached hereto as **Exhibit 36** is a true and correct copy of an Amazon.com webpage for Thrive therapeutic cold therapy packs, therapeutic hot therapy packs, and first aid kits from Ashford Point LLC, available at https://www.amazon.com/stores/Thrive/page/DDA3B2D0-2E6A-4967-AD0A-3B620F619801?ref_=ast_bln, and last visited on August 23, 2021.

   c. Attached hereto as **Exhibit 37** is a true and correct copy of the home webpage from the website of third party Naked + Thriving LLC, available at https://www.nakedandthriving.com, and last visited on August 23, 2021.

   d. Attached hereto as **Exhibit 38** is a true and correct copy of the ithriveX performance collections webpage from the website of third party I25X, LLC, available at https://ithrivex.com/collections/ithrivex-performance, and last visited on August 23, 2021.

   e. Attached hereto as **Exhibit 39** is a true and correct copy of the home webpage from the website of third party Surthrival LLC, available at https://www.surthrival.com, and last visited on August 23, 2021.

   f. Attached hereto as **Exhibit 40** is a true and correct copy of the skincare webpage from the website of third party Thrive Market, Inc., available at https://thrivemarket.com/c/skincare, and last visited on August 23, 2021.

   g. Attached hereto as **Exhibit 41** is a true and correct copy of the Thrive skin products webpage from the website of third party Le-Vel Brands, LLC, available at https://le-vel.com/Products/THRIVE/SkinScrub, and last visited on August 23, 2021.

   h. Attached hereto as **Exhibit 42** is a true and correct copy of the archived home webpage of Thrive Wellness Kitchen, available at https://web.archive.org/web/20170730012703/https://www.thrivewellnesskitchen.org/, and last visited on August 23, 2021.

   i. Attached hereto as **Exhibit 43** is a true and correct copy of the home webpage from the website of third party Simplythrive, LLC, available at www.simplythrive.com, and last visited on August 23, 2021.

  30. Attached hereto as **Exhibit 44** is a true and correct copy of a document produced by Plaintiff in this action and Bates numbered TNC00822.

  31. Attached hereto as **Exhibit 45** is a true and correct copy of excerpts from Plaintiff's Supplemental Responses to TCI's First Set of Interrogatories, dated June 28, 2021.

  I declare under penalty of perjury under the laws of the United States that the above facts are true and correct, and that this declaration was executed this 23rd day of August 2021, in Los Angeles, California.

*Lauren M. De Lilly*
Lauren M. De Lilly

DECLARATION OF LAUREN M. DE LILLY IN SUPPORT OF DEFENDANT THRIVE CAUSEMETICS, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT