# EXHIBIT 2

035
De Lilly Decl. Ex. 2

7-23-2021
ALEX MCINTOSH
Shirley L. CSR No. 13784
**Exhibit 59**

## WHAT MAKES THRIVE AWESOME?

A potent blend of medicinal plants from Costa Rica that actually work. They're more effective than the synthetic chemicals found in most skin care products. These active ingredients are unique to Thrive's products, and help to restore the vitality of a man's skin.

### FIERRILLO

A rainforest vine, pronounced fee-er-REE-yo, has potent anti-microbial and anti-inflammatory properties. It has been used for centuries by indigenous peoples to control skin infections & inflammation.

### JUANILAMA

Essential oils of this versatile tropical herb, pronounced whahn-ee-LA-ma, are used to treat skin abrasions and a wide range of ailments. It's a strong natural antioxidant and has a fresh, masculine fragrance.

### 1 WASH

Powered by potent Costa Rican plants, Thrive's daily **Face Wash** removes dirt, oil, sweat, and other impurities without drying or irritating the skin. Its refreshing natural scent will make you feel like you're ziplining over the rainforest canopy.

### 2 SHAVE

With 50 shaves in every bottle, Thrive's **Shave Oil** works better than anything we've ever tried. Its natural lubrication gives an ultra close shave and helps extend the life of those expensive razor blades, while a blend of medicinal plants protects and heals the skin. An unexpected natural effervescence lets you see it working while you shave.

### 3 RESTORE

Thrive's **Face Balm** uniquely protects dry, oily, and combination skin types. With anti-inflammatory and anti-microbial properties to combat razor burn, it won't dry your skin like alcohol-based aftershaves. Use it to help heal dry, sun-damaged skin, too.

## THRIVE WITH US

Visit us at **thrivecare.co/thrive-in**, our insider's club for our first 500 friends, where you'll get exclusive discounts, free samples, and more.

Join the Adventure.

WWW.THRIVECARE.CO

hello@thrivecare.co
facebook.com/thrivecare
twitter.com/thrivecare

## THE NEW FACE OF RESTORATION

www.thrivecare.co



## HELLO, WE'RE THRIVE.

Born in Costa Rica, raised in San Francisco. We think guys can do better than the stuff that dominates the market for men's grooming. Something without synthetics that restores skin naturally. Something with real personality. So we traveled to an amazing place—the rainforests and family farms of Costa Rica—to source the highest quality, sustainably-harvested botanical ingredients for superior face care. After more than fifteen months of research and refining, we're proud to present to you Thrive Natural Care.

**Welcome to a Better Way to Groom.**



FACE BALM
*reduces irritation after shaving and protects all skin types*

FACE WASH
*a remarkable gel removes dirt, oil, sweat, and other impurities*

SHAVE OIL
*just a little of this premium oil all by itself gives an ultra-close shave every time*



This is Mario

This is Rafael

## SKIN IN THE GAME

Mario Garcia directs Thrive's sustainable supply efforts in Costa Rica. He's a plant guru, adventure guide, and chief problem solver. He's here with Rafael Ocampo, a brilliant local ethnobotanist, and founder of the Sacred Seed Sanctuary for conservation of medicinal plants. Rafael is guiding Thrive as we establish a "restorative rainforest garden" on land degraded by clear cuts and industrial ag. Without any chemical inputs, this garden will renew the damaged soil and provide a steady supply of magical plants for Thrive's products. Thrive's farm in Costa Rica is an investment in a restorative way of life. It goes way beyond organic and fair trade standards. We're partnering directly with local experts to create a healthy and vibrant economy built on ideals of restoration and preservation.