# EXHIBIT 3

De Lilly Decl. Ex. 3

Page 1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

THRIVE NATURAL CARE, INC.,          )
                                    )
            Plaintiff,              )
                                    )
      VS.                           ) CASE NO.:
                                    ) 2:20-cv-9091-PA-AS
                                    )
THRIVE CAUSEMETICS, INC.,           )
                                    )
            Defendants.             )
_____)

VIDEOTAPED REMOTE DEPOSITION OF RULE 30(b)(6) THRIVE

NATURAL CARE, ALEX MCINTOSH

Irvine, California

Friday, July 23, 2021

MAGNA LEGAL SERVICES

(866) 624-6221

www.MagnaLS.com

Job No.: 733131

Reported by:

Shirley R. Lynn, C.S.R. NO. 13784



Page 2

```
 1                    UNITED STATES DISTRICT COURT
 2                    CENTRAL DISTRICT OF CALIFORNIA
 3
 4   THRIVE NATURAL CARE, INC.,          )
                                         )
 5                    Plaintiff,         )
                                         )
 6        VS.                            ) CASE NO.:
                                         )  2:20-cv-9091-PA-AS
 7                                       )
     THRIVE CAUSEMETICS, INC.,           )
 8                                       )
                      Defendants.        )
 9   _____ )
10
11            REMOTE VIDEOTAPED DEPOSITION OF ALEX MCINTOSH,
12   RULE 30(b)(6) THRIVE NATURAL CARE, taken on behalf of the
13   Defendant, at Irvine, California, commencing at 9:34 a.m.,
14   Friday, July 23, 2021, before Shirley R. Lynn, Certified
15   Shorthand Reporter, License No. 13784, for the State of
16   California, pursuant to Notice.
17
18
19
20
21
22
23
24
25
```



```
                                                        Page 3
1    APPEARANCES (All parties appearing remotely):

2

3    For the Plaintiff:
4        THE MCARTHUR LAW FIRM, P.C.
         BY:  STEPHEN MCARTHUR, ESQ.
5        9465 Wilshire Boulevard, Suite 300
         Beverly Hills, California 90212
6        Phone:  (323) 639-4455
         E-mail:  stephen@smcarthurlaw.com

7

     For the Defendants:
8

         SIDLEY AUSTIN LLP
9        BY:  ROLLIN A. RANSOM, ESQ.
         555 West Fifth Street, Suite 4000
10       Los Angeles, California 90013
         Phone:  (213) 896-6000
11       E-mail:  rransom@sidley.com
12   Also Present:
13        Lucio di Pace/Videographer
14

15

16

17

18

19

20

21

22

23

24

25
```



041
De Lilly Decl. Ex. 3

```
                                                    Page 6
 1                    INDEX (Continued)
 2                  EXHIBITS (Continued)
 3
 4    EXHIBIT            DESCRIPTION                    PAGE
 5    Exhibit 70        Thrive's Financial Summary all  200
                        on one page
 6
      Exhibit 71        Document by Thrive Natural Care  208
 7                      commencing with Bates No.
                        TNC 1240
 8
      Exhibit 72        Documents by Thrive Natural      214
 9                      Care commencing with Bates No.
                        TNC00901
10
      Exhibit 73        Document by Thrive Natural Care  225
11                      commencing with Bates No.
                        TNC00902
12
      Exhibit 74        Documents Bates Nos.             233
13                      TCI_00028612 through '614
14    Exhibit 75        Document by Thrive Natural Care  253
                        commencing with Bates No.
15                      TNC01554
16    Exhibit 76        Thrive Natural Care document     254
                        commencing with Bates No.
17                      TNC 914
18    Exhibit 77        Document commencing with Bates   258
                        No. TNC 1365
19
      Exhibit 78        Documents commencing with Bates  261
20                      No. TNC00007
21    Exhibit 79        Document commencing with Bates   277
                        No.TNC00193
22
23
24
25
```



Page 8

1          IRVINE, CALIFORNIA; FRIDAY, JULY 23, 2021

2                      AT 9:34 A.M.

3                        -oOo-

4                        ***

5

6          THE VIDEOGRAPHER:  All right.  Good

7    morning.  We are now on record.  This begins the

8    Videotape No. 1 deposition of Alex McIntosh in the

9    matter of Thrive Natural Care, Incorporated, vs.

10   Thrive Causemetics, Incorporated, in the United

11   States District Court of Central District of

12   California, Case No. 2:20-cv-9091-PA-AS.

13          Today is Friday, July 23rd, 2021, and the time

14   is 9:34 a.m.  This deposition is being taken by remotely

15   at the request of Sidley Austin, LLP.

16          The videographer is Lucio di Pace of Magna

17   Legal Services.  And the court reporter is Shirley Lynn

18   of Magna Legal Services.

19          Will the counsel and all parties present state

20   their appearance and whom they represent, which then the

21   court reporter will swear in the witness.

22          You may proceed.

23          MR. RANSOM:  Rollin Ransom on behalf of

24   Defendant Thrive Causemetics, Inc.

25          MR. MCARTHUR:  Steven McArthur on behalf of



Page 9

1    Plaintiffs Thrive Natural Care.

2

3                         ALEXANDER MCINTOSH,

4              having first been duly sworn, was

5              examined and testified as follows:

6              THE WITNESS:  I do.

7                              EXAMINATION

8     BY MR. RANSOM:

9         Q    Could you, please, state your full name.

10        A    Alexander McIntosh.

11        Q    And, Mr. McIntosh, where are you physically

12    located for today's deposition?

13        A    San Francisco.

14        Q    Have you ever been deposed before?

15        A    I have not.

16        Q    I am going to take a moment.  I suspect

17    you've spoken with your counsel about the process,

18    but I'd like to take a minute to tell you how I

19    expect today to proceed and make sure we have a

20    common understanding of what we're doing.

21             I am going to ask you a series of questions and

22    your responsibility is, subject to any instructions by

23    your counsel not to answer, is to answer those questions

24    to the best of your ability.

25             Do you understand that?



Page 32

1    talking about now?  Sorry.

2        Q    This is the LinkedIn profile, Exhibit 50.

3        A    Uh-uh.

4        Q    You are identified as cofounder and CEO of

5    Thrive Natural Care; correct?

6        A    Correct.

7        Q    Okay.  And have you been the chief

8    executive officer of Thrive Natural Care since

9    December 2012?

10       A    I've been the cofounder and CEO since the

11   founding of the company.

12       Q    And when was the company founded?

13       A    The founding is a -- is an approximate

14   time.  It sort of depends on many different dates.

15   2012 is the year that Thrive was founded.

16       Q    So is it accurate that you have been the

17   cofounder and CEO of Thrive Natural Care since

18   December 2012, at least approximately?

19       A    Approximately, yes.

20       Q    Have you ever served in any other position

21   at Thrive Natural Care, other than CEO?

22       A    I've not.

23       Q    Do you work for Thrive Natural Care full

24   time presently?

25       A    I do.



Page 41

1          (Brief break taken.)

2          THE VIDEOGRAPHER:  We are now back on

3    record at the time of 10:16 a.m.

4          You may proceed.

5          MR. RANSOM:  Okay.  Ms. Lynn, could you

6    read back the last question, please?

7             (The following record was read:

8          "Can you identify, please, the

9          current contractors and

10          consultants?")

11          THE WITNESS:  I can.

12    BY MR. RANSOM:

13      Q    Please do.

14      A    It's a long list.  It's inclusive of people

15    in the United States and in Costa Rica.

16      Q    Okay.  Please do.

17      A    Please do what?

18      Q    Please identify those people.

19      A    There is an accountant.  There are PR and

20    social media professionals.  There are supply chain

21    professionals.  There are formulation professionals.

22    And then there's a very extended and long list of

23    farmer partners.  We work with smallholder farmers

24    and cooperatives in Costa Rica.

25      Q    Are there any others?



Page 44

1    or does the person also work for others?

2         A    I don't know.

3         Q    What's your accountant's name?

4         A    Wendy Miller.

5         Q    Does TNC have a chief financial officer?

6         A    We do not.

7         Q    Has TNC ever had a chief financial officer?

8         A    No.

9         Q    Okay.

10             THE WITNESS:  Rollin, whenever -- when you

11   find -- probably in about five or ten minutes, I'll

12   need to take a little bio break, when you get to a

13   good cadence.

14             MR. RANSOM:  Oh, you know, I'm switching

15   over to the complaint now, so why don't we take the

16   break right now.  That's fine.

17             THE WITNESS:  Perfect.  Okay.  How long do

18   you guys want to go?  I only need a couple minutes.

19             MR. RANSOM:  Why don't we take

20   five minutes.

21             THE WITNESS:  Perfect.

22             MR. RANSOM:  Okay.

23             THE VIDEOGRAPHER:  All right.  Let's go off

24   record.  Time-stamp is 10:23 a.m.  Stand by.

25             (Brief break taken.)



Page 45

1            THE VIDEOGRAPHER:   All right.   We are now

2    back on record in the deposition of Alex McIntosh.

3    The time-stamp is 10:29 a.m.

4            You may proceed.

5     BY MR. RANSOM:

6        Q    Mr. McIntosh, does Thrive Natural Care have

7    any offices that it operates out of?

8        A    Currently, no.

9        Q    Has it in the past?

10       A    Yes.

11       Q    And as a result of COVID, did Thrive

12   Natural Care go to a remote work environment?

13       A    We did.

14       Q    Okay.   And was that the reason you no

15   longer have, or operate an office, or was it

16   something other than COVID?

17       A    It was primarily COVID, but also the fact

18   that part of our team is in Costa Rica as well, so

19   it's always been remote in that regard.   But when

20   COVID hit, we shut our office down.

21       Q    Okay.   Where was your office located?

22       A    San Francisco.

23       Q    Okay.   And when did that office get shut

24   down?

25       A    I believe -- I believe it was early 2020.



1    is the aforementioned social media, Travis and

2    Whitney.

3        Q    Who is the freelance designer?

4        A    Meg Doyle (phonetic).

5        Q    Okay.  Can you please describe what TNC's

6    business is?

7        A    We make skin care powered by regenerative

8    plants.

9        Q    When did you first come up with the idea of

10   founding, or cofounding, Thrive Natural Care?

11       A    I believe it was in 2012.

12       Q    And how did you come up with the idea?

13            MR. MCARTHUR:  Objection.  I believe this

14   is outside the scope of the 30(b)(6).

15            (Reporter clarification.)

16            MR. MCARTHUR:  Objection.  I think -- I

17   believe this is outside the scope of the 30(b)(6)

18   depo topics.

19            Rollin, which -- which of the depo topics does

20   this go into?

21            MR. RANSOM:  Mr. McArthur, you can just

22   state your objection, and then the witness can

23   answer.  If you think it's outside the scope, just

24   object, and then let's move on.

25            MR. MCARTHUR:  Sure.  I object that this is



Page 51

1   the farmers are not purchasing, using or being harmed by

2   synthetic farming herbicides, pesticides, fertilizers,

3   so they save money.  They're not spraying things that

4   are bad for their water source, their land.

5          And they're selling a crop or, in some cases, a

6   value ad, the -- the oils and extracts for our products,

7   that make them much more money than they would selling

8   conventional farming commodities.  So they make more

9   money.

10          And we also invest in those communities as

11  well, the community development.

12     Q    Who came up with the name "Thrive Natural

13  Care" for the business?

14     A    I did.

15     Q    And how did you come up with that name?

16     A    That name came to me as the best

17  description of that entire business model that I

18  just shared, the regenerative business model and its

19  impacts and its vision, and is a result of my

20  25-plus years in environmental leadership and in

21  consumer packaged goods.

22     Q    And in what way was that name, in your

23  view, the best reflection or representation of the

24  regenerative -- regenerative business model that you

25  described?



Page 52

```
 1     A    I'm sorry, Ransom, could you -- Mr. Rollin,
 2  could you repeat the question one more -- I got part
 3  of it.
 4     Q    Yes.  That's okay.  I'm going to -- by the
 5  end of the deposition, "regenerative" --
 6  "regenerative" will just trip off my tongue.
 7         In what way or for what reason did you believe
 8  that the Thrive Natural Care name best reflected or
 9  represented the regenerative business model you
10  described?
11     A    You got it there.  You're in there.
12         "Thrive" best encapsulated the model and vision
13  of our business especially in context of historical
14  business models, which were extractive; current business
15  models which are, quote-unquote, "sustainable," which
16  means "do no harm"; and regenerative, which really is
17  the leading edge for business now, is "leave it better."
18         And "Thrive," the name, connotates that idea.
19  Most simply, as if a leaf was falling from a tree, the
20  leaf is not waste.  It's food for everything in the
21  forest, and the forest thrives because of the tree.
22     Q    Does your business model help soil to
23  thrive?
24     A    I've never said it that way, but my
25  company's business model does improve soil health,
```



Page 53

1    along with other ecological indicators.

2        Q    And -- and so is it fair to say that in

3    improving soil health, among other ecological

4    indicators, your business helps soil to thrive?

5        A    That's fair to say.

6        Q    Is it also fair to say that your business

7    helps communities to thrive?

8        A    It is.

9        Q    In marketing Thrive Natural Care, is part

10   of the -- the communication you provide to consumers

11   talk about your regenerative business model?

12       A    Yes.

13       Q    And is that part of your corporate brand

14   identity, that is, that you have -- or TNC has this

15   regenerative -- regenerative business model?

16       A    I'm sorry.  Repeat the first part of the

17   question again, Mr. Ransom.  I think I got it, but I

18   just want to make sure I'm answering the question

19   accurately.

20       Q    Yes.  Understand.

21            As part of TNC's brand identity, this

22   regenerative -- regenerative -- I'm not going to get

23   there.  Let me start again.

24            Is part of TNC's brand identity this

25   regenerative -- regenerative business model?



Page 54

1       A       It is.

2       Q       And does Thrive Natural Care, as part of

3    its marketing to consumers, communicate that the

4    model is intended to help both soil and communities

5    regenerate?

6       A       It does.

7       Q       Thrive Natural Care sells skin care

8    products; correct?

9       A       We do.

10      Q       Do those skin care products help user's

11   skin to thrive?

12      A       I don't use that term.  And it's not

13   something that is in our communications.  I say that

14   we help our customers live healthier and look

15   better, and that their purchase fuels this

16   regenerative business model.

17      Q       And does a part of living healthier and

18   looking better include the fact that the use of

19   Thrive Natural Care's products will help the user's

20   skin to thrive?

21      A       I don't know.  We don't -- we don't use

22   that term in that way.  We talk about particular

23   skin benefits, but we don't use that term in that

24   way with our consumers, so I can't -- I can't

25   definitively say that.



Page 55

1      Q    Well, again, setting aside whether you talk

2    about it that way or not, does use of your products

3    help skin thrive?

4      A    I wouldn't know how to answer that.

5    That's -- that's sort of a subjective thing.  I --

6    some consumers may feel that way.  It's not a term

7    that I use.  Not one that my company uses.

8      Q    Do you think that -- do you think the use

9    of TNC's products makes skin better?

10     A    I think it makes skin healthier.

11     Q    Does it help skin or do the products help

12   skin regenerate?

13     A    Some people may feel that.  I don't use

14   that term myself because it sounds a little snake

15   oily, and there's a lot of snake oil in this

16   industry.  So I don't use that term myself when I'm

17   referring to Thrive and its benefit for our

18   customers.

19          MR. RANSOM:  Okay.  I have loaded into the

20   chat a document that I'll ask the court reporter to

21   mark as Exhibit 51.

22          (Exhibit 51 was marked for

23          identification.)

24   BY MR. RANSOM:

25     Q    Do you have that document?



Page 62

1          MR. RANSOM:  Okay.  I've dropped another

2    document into the chat.  I'll ask the court reporter

3    to mark this as Exhibit 53.  It is a document

4    produced by TNC with a starting Bates number of

5    TNC 1160.

6     BY MR. RANSOM:

7          Q     Mr. McIntosh, tell me when you're ready.

8          A     I can see the document in chat.  I'm just

9    waiting for it to load up.  For some reason,

10   everything is very slow.

11         Q     This is another slightly larger one, so it

12   may take a minute.

13         A     Okay.  I have it open.

14         Q     Do you recognize what's been marked as

15   Exhibit 53?

16         A     I do.  I don't know the -- the TNC 01160, I

17   don't know what that is, but it looks like it's --

18   yes, I do -- I do recognize it.

19         Q     What is it?

20         A     It's an old screenshot of our product page.

21         Q     Okay.  And I'll just represent to you, sir,

22   that the TNC 1160 is called a Bates number.

23         A     I see.

24         Q     It was applied by your counsel before this

25   document was turned over to my firm in this



1  be one that goes out of stock or a product -- yeah,

2  I believe we do.

3          Occasionally, there might be one that goes out

4  of stock or a new one that's introduced, but this is --

5  this is our -- our product offering.

6      Q    Okay.

7          MR. RANSOM:  I just dropped another

8  document in the chat, which I'll ask the court

9  reporter to mark as Exhibit 54.

10          (Exhibit 54 was marked for

11          identification.)

12  BY MR. RANSOM:

13      Q    Please open it and tell me when you're

14  ready.

15      A    It's open.

16      Q    Okay.  Do you recognize Exhibit 54?

17      A    I do.

18      Q    What is Exhibit 54?

19      A    It is a screenshot of Thrive's product

20  offering.

21      Q    And does this Exhibit 54 reflect the

22  current packaging of Thrive's products?

23      A    I believe it does.

24      Q    And was Exhibit 53 the immediately

25  preceding generation of packaging for these



Page 98

1      Q    Okay.  Okay.

2           Okay.  All right.  Give me one minute.

3      A    Should I -- should I be keeping all of the

4  documents you sent open?  I'm just a little worried

5  my window is getting cluttered.  Can I close them

6  down and just refer back to chat?  Are you...

7      Q    Yeah.  No, you can close them down.  I

8  guess the only ones I would suggest you keep open

9  are the first amended complaint --

10     A    Okay.

11     Q    -- and the interrogatory responses.

12     A    Okay.  I'll keep those open.

13     Q    But if you want to close the rest, that's

14  fine.

15          MR. RANSOM:  Okay.  I've dropped another

16  document into the chat, and I'll ask the court

17  reporter to mark it as Exhibit 58.

18          (Exhibit 58 was marked for

19          identification.)

20   BY MR. RANSOM:

21     Q    Please tell me when you've had a chance to

22  take a look at it.

23          MR. RANSOM:  I will represent, this is a

24  document that was produced by Thrive Natural Care

25  bearing Bates Nos. -- No. TNC 1208.



Page 99

1            THE WITNESS:  I have received the document,

2       Mr. Ransom, and I've been able to scan through it.

3        BY MR. RANSOM:

4            Q    Do you recognize it?

5            A    I do.

6            Q    What is it?

7            A    It is a screenshot of one of our website

8       pages, not the current version, but a slightly older

9       version.

10           Q    Okay.  And who was responsible for creating

11      the content in this page?

12           A    Many people.  Both --

13           Q    Were you involved?

14           A    I was.

15           Q    Sorry.  I interrupted you.  Please go ahead

16      and finish your answer.

17           A    Oh, thank you.  I was.  I was involved in

18      this.

19           Q    Okay.  And did you approve the use of the

20      language in this page in the website?

21           A    I don't know if I would say "approve," but

22      I -- I definitely have read it.  I don't have time

23      to approve everything that's written about my

24      company.  There's not a formal process like that,

25      like in many big companies.  But suffice to say, I'm



Page 107

1    different definitions of what "thrive" means.

2        Q    I'm asking you about yours, sir.

3             Do you have an understanding of the meaning of

4    the word "thrive" beyond the context of soil and farmers

5    and communities that you just described?

6             MR. MCARTHUR:  Objection.  Beyond the scope

7    of the 30(b)(6) topics.

8             THE WITNESS:  The way I use it, I've

9    already identified several times now for our

10   company.  I suppose other people would have other --

11   other definitions of "thrive."  Yeah, I'll leave it

12   at that.

13    BY MR. RANSOM:

14       Q    Has TNC ever used the word "thrive" to mean

15   generally healthy skin or better skin?

16             MR. MCARTHUR:  Objection.  Beyond the scope

17   of the 30(b)(6) topics.

18             THE WITNESS:  Not to my knowledge.

19             MR. RANSOM:  Okay.

20             Okay.  I'm dropping another document into the

21   chat, which I will ask the court reporter to mark as

22   Exhibit 59.  It was produced by TNC in this action with

23   the Bates number commencing TNC 00143.

24             (Exhibit 59 was marked for

25             identification.)|



Page 108

1    BY MR. RANSOM:

2         Q    Mr. McIntosh, this one is a pretty large

3    one, so tell me when you've got it.

4         A    I see it.

5              It's not halfway uploaded yet -- or downloaded.

6         Q    Okay.

7              Okay.  We'll get there.

8         A    Okay.  I have it open.  I'm going to review

9    it.

10        Q    Okay.

11        A    Okay.  I have it open and I've scanned

12   through it.

13        Q    Okay.  Do you recognize this exhibit?

14        A    I do.

15        Q    What is it?

16        A    I believe it is a brochure for our brand

17   from the very early days.

18        Q    Who created it?

19        A    I believe it was created by an external

20   marketing agency.

21        Q    What agency?

22        A    I'm not sure, but based on the vintage of

23   this, I am going to guess it was Celery Design.

24             (Reporter clarification.)

25             THE WITNESS:  Celery Design, like the food.



Page 120

1              MR. RANSOM:  Thank you.

2       BY MR. RANSOM:

3       Q    Mr. McIntosh, you understand you're still

4    under oath?

5       A    I do.

6              MR. RANSOM:  I dropped another document

7    into the chat.  I'd ask the court reporter to mark

8    it as Exhibit 60.  It's a document produced by

9    Thrive Natural Care in this matter starting with

10   Bates No. TNC 00391.

11             (Exhibit 60 was marked for

12             identification.)

13      BY MR. RANSOM:

14      Q    And tell me when you've had a chance to

15   look at it.

16      A    Okay.  It's loading now.

17           About halfway loaded.

18           Okay.  It's loaded.  I am going to review it

19   now, briefly.

20      Q    Okay.

21      A    Okay.  I've done a quick review.

22      Q    Okay.  Do you recognize Exhibit 60?

23      A    I do.

24      Q    What is it?

25      A    It appears to be an early generation brand



Page 121

1    guide.

2        Q    Who created Exhibit 60?

3        A    Most likely, if I'm -- if I'm thinking

4    about the -- the vintage of this, myself created --

5    I created the document myself.

6        Q    Okay.  And you see on the first page of

7    Exhibit 60, there's a diagram in the center bubble,

8    it says "Brand DNA"; do you see that?

9        A    I do.

10       Q    What did you mean by "Brand DNA" as

11   reflected in this document?

12       A    Well, on the second slide it goes into

13   that, which is essentially the -- the organizing

14   elements or foundational elements of my Thrive

15   brand.

16       Q    And does this document, Exhibit 60, reflect

17   those foundational elements of TNC's Thrive brand?

18       A    It does.

19       Q    Could you please turn -- sorry.  Hold on

20   one minute.

21            Could you please turn to page 7 of Exhibit 60?

22       A    And, Mr. Ransom, just so I make sure I'm on

23   the same one, what is the header of that slide?

24       Q    "Brand Identifiers."

25       A    Okay.



De Lilly Decl. Ex. 3

Page 126

1    our -- our, sort of, first adopter -- our first

2    early adopter consumer base of men.

3        Q    So at least initially, you were

4    contemplating that your products would be targeted

5    for use by men; correct?

6        A    I would frame that differently to make it

7    more accurate.  We -- we envisioned, when I got the

8    trademark for Thrive, having it sell products for

9    women and men.

10           We decided to start with men, irrespective of

11    the fact that our -- our trademark is -- is held

12    without -- without gender identity.  We decided to start

13    with men because we thought that was the best

14    opportunity.  But our earliest strategy was to start

15    with men and to include women and other demographics in

16    our customer base.

17           Your -- your big document --

18        Q    Has exhibit --

19        A    -- is downloading.

20           I have not opened it yet.  Do you want me to do

21    that, or do you want to stay on this one?

22        Q    Okay.  No, could you open it, please?

23           MR. RANSOM:  I've provided document that

24    I'll ask the reporter to mark as Exhibit 61.  It's

25    produced by Thrive Natural Care in this action and



Page 127

1    starts with Bates No. TNC 556.

2              (Exhibit 61 was marked for

3              identification.)

4     BY MR. RANSOM:

5        Q    Take a minute and tell me when you're

6    ready.

7        A    It's going to take me a minute to go

8    through this.  This looks like a very long document.

9        Q    Go ahead.

10       A    Okay.  I've scanned though it, Mr. Ransom.

11       Q    Okay.  Do you recognize Exhibit 61?

12       A    I do.

13       Q    What is it?

14       A    It appears to be an early marketing deck

15   designed by an agency and presented to me, the brand

16   owner.

17       Q    And if you go to the second page of

18   Exhibit 61, you'll see there's an agenda; correct?

19       A    That is correct.

20       Q    And the first item on the agenda is "Hello,

21   Justin."

22              Do you see that?

23       A    I do, yes.

24       Q    Do you know who Justin is a reference to?

25       A    I believe that was either a current or



Page 136

1      Q    And was TNC consulting with Guts & Glory

2   about trends in men's grooming because the products

3   that TNC was initially contemplating developing were

4   intended to be men's grooming products?

5      A    I'm sorry.  Can you repeat the question?  I

6   think I followed you.  I just want to make sure I

7   answer it specifically.

8      Q    I'll simplify it.

9           Why was TNC consulting with Guts & Glory about

10   trends in men's grooming?

11      A    In order to develop the best branding for

12   our initial target audience.

13      Q    As the initial products were intended to be

14   targeted to men for men's grooming; correct?

15      A    As I said, the -- the start of Thrive, it

16   was for men.  You're correct.  The trademark that we

17   got and --

18      Q    Okay.

19      A    -- the business model that preceded this

20   deck envisioned and executed against a female and

21   male target.

22      Q    Okay.  So page 14 of the PDF refers to the

23   well-groomed man; correct?

24      A    It does.

25      Q    Okay.  And that was -- the well-groomed man



Page 137

1    was part of the target market for the initial TNC

2    products; correct?

3        A    Correct.

4        Q    And then if you go to the next page ending

5    in 612, you see there, again, is the reference to

6    the urban woodsman.

7            Do you see that?

8        A    I do.

9        Q    And was the urban woodsman the other

10   element of the target market for the initial

11   products that TNC was contemplating?

12       A    No, it was not.

13       Q    Okay.  Do you recall -- does seeing this

14   refresh your recollection, at all, of the reason for

15   the discussion of the urban woodsman as part of the

16   deck prepared by Guts & Glory?

17       A    The agency's job is to suggest.  The

18   client's job is to decide.  This was not a good

19   idea.

20       Q    Okay.  And do you recall advising

21   Guts & Glory that the urban woodsman mantra or model

22   was not one in which TNC was interested?

23       A    For the most part.  It was a long time ago,

24   but I think I recall that.

25       Q    Okay.  If you go to page 19 of Exhibit 62,



Page 145

1   advertising to drown out any marketing that we could do

2   in this digital realm to achieve our eCommerce vision.

3        So between the confusion created by their

4   infringement and between them flooding the zone, it

5   drove up the cost of our customer acquisition because

6   TCI was bidding on keywords that related to my company,

7   related to Thrive, Thrive Skin Care, Thrive Natural

8   Care, and it made it very expensive for us to get

9   customer conversion.

10        And then there was the confusion of customers

11  believing that they were seeing one company when they

12  were seeing another; buying from one company, they were

13  seeing another.  And all of that served to have a

14  tremendously negative impact on my business and our

15  ability to build our eCommerce.

16   Q   Okay.  We'll come back to some of that in a

17  bit.

18        MR. RANSOM:  I am going to drop another

19  document into the chat.  Fortunately, it's a small

20  one.  I've loaded in a document that I'd ask the

21  court reporter to mark as Exhibit 64.  It's produced

22  by Thrive Natural Care in this action and begins at

23  Bates No. TNC 000 -- oh, sorry, 00294-U.

24        (Exhibit 64 was marked for

25        identification.)



Page 146

1           THE WITNESS:  Mr. Ransom, do you want me to

2    keep Exhibit 60 and 63 open?  My screen is getting a

3    little full now.

4     BY MR. RANSOM:

5        Q    No worries.

6             Let me just -- before -- before you close that,

7    my -- my questions are going to relate, in part, to the

8    masculine bottle shape reference in those documents, so

9    if you keep that in mind, you can close Exhibit 60 and

10   63.

11       A    Okay.

12       Q    Let me know when you're ready with

13   Exhibit 64.

14       A    I have scanned through this, Mr. Ransom.

15       Q    And do you recognize Exhibit 64?

16       A    I do.

17       Q    What is it?

18       A    It appears to be an early version sell

19   sheet for our line.

20       Q    And does Exhibit -- well, strike that.

21            Who created Exhibit 64?

22       A    Probably me.

23       Q    And does Exhibit 64 reflect the original

24   shape of the packaging for the three products that

25   were first sold by Thrive Natural Care?



De Lilly Decl. Ex. 3

Page 151

1      A     That's harder to answer because our

2   customer base now, and has been for a while, is

3   65 percent female.  And so we -- I don't look at

4   that shape the same way.  It's the same bottle, to

5   answer your question, as before.  It has those

6   shoulders.  But as we can see, the color, the fonts,

7   the logos have all changed, and that's a reflection

8   of the fact that we've been a unisex brand for many

9   years as per our original strategy.

10            But the bottle itself, Mr. Ransom, is the same

11   bottle that we've been discussing, although this one is

12   made out of 100 percent recycled plastic and the

13   original one was not.

14      Q     But in terms of the shape, it's the

15   masculine bottle shape to which you testified

16   earlier; correct?

17      A     It's the same bottle shape.

18      Q     The masculine bottle shape; correct?

19      A     It's the same bottle shape as before.

20      Q     Okay.  How are we doing on Exhibit 65?

21      A     It looks like it's finally loaded.  I've

22   not opened it yet.  Would you --

23      Q     Excellent.

24            Why don't you -- why don't you open it -- why

25   don't you open it and take a look?



Page 152

1      A     Oh, shoot.  I opened the wrong one.

2            Okay.  I have this open.  Let me look this

3    over.

4            Okay.  I've done a quick scan.

5      Q     Do you recognize Exhibit 65?

6      A     I do.

7      Q     What is it?

8      A     It's an executive overview of Thrive

9    Natural Care.

10     Q     Who prepared it?

11     A     I did.

12     Q     For what purpose?

13     A     That's not clear.  As I mentioned before,

14   these would be used in many different ways, to

15   recruit team members, talk to potential retailers,

16   secure advisers, get investors interested, talk to

17   manufacturers.

18            It's not really clear.

19     Q     Was it a document intended to be shared

20   outside of Thrive Natural Care?

21     A     I don't know.  I would assume so.

22     Q     Okay.  And if you go, then, to the second

23   entry that's headed "Market Opportunity & Product

24   Benefit"; correct?

25     A     Correct.



Page 155

1    if I -- if I guessed, it would be in two ways.  One

2    is probably with a crowd-sourced fundraising

3    campaign.  And the other would be potentially for

4    training.

5            I noticed in here that it -- it has that we're

6    already in 70 Whole Foods and Pharmaca stores selling.

7    And so perhaps it was used for training as well.

8    Oftentimes, the retailers would ask for training videos

9    for their team members.

10       Q    Who wrote the script reflected in

11   Exhibit 66?

12       A    I don't recall, but probably a friend who

13   had done crowd-source campaigns or had some video

14   expertise.  I'm -- I'm thinking it was a friend by

15   the name of Sundeep (phonetic).

16       Q    Did you approve the script?

17       A    You know, I can't recall if this is the

18   final.  There's no -- I can't -- I don't see a date

19   on here.  I can't recall if this is a final or a

20   draft or something he gave to me as a suggestion.

21           This had to be at least, you know, eight years

22   ago, maybe even more.  So I can't recall, sort of,

23   approving a script in quotes.

24       Q    Do you see that in the third entry on the

25   first page it refers to a men's grooming product?



Page 156

1           Do you see that?

2      A    I'm sorry.  Where is that, Mr. Ransom?

3      Q    In the third box that -- where the left

4  side, it says "15 seconds," and it's you introducing

5  yourself.

6           Do you see that?

7      A    Oh, yes, yes.  And what was your question?

8      Q    And it refers to a -- it refers to a men's

9  grooming product; correct?

10     A    Correct.

11     Q    Is that how Thrive Natural Care was

12  describing the initial products that it released in

13  2013 or 2014?

14     A    It was.

15     Q    Okay.  And then in the next box down, the

16  text reads "Thing is, we've only got one shot at

17  this.  The first 2-3 months in the store are

18  critical; if no one buys Thrive, it's game over."

19          Do you see that?

20     A    I do.

21     Q    Do you know what was meant by that?

22     A    I don't.  The person that wrote this --

23  this version may have been for a fund -- like a

24  crowd-source fundraising campaign, that would --

25  that would seem to explain the verbiage in that.



Page 157

1   But I -- I can't recall for certain.

2        Q    Okay.  And it mentions that you -- that the

3   products were available at Whole Foods; correct?

4        A    It actually mentions Whole Foods and

5   Pharmaca stores nationwide.

6        Q    Right.  Do you recall complaining to

7   Whole Foods about the location in which Thrive

8   Natural Care's products were placed in their stores?

9        A    I'm sorry.  Can you ask that question

10  again?  I'm -- I'm looking at this document.  I

11  don't see what -- I'm -- I'm not seeing that on --

12       Q    No, we're done with -- you -- you can close

13  that document.

14       A    I see.  Okay.  Would you like me,

15  Mr. Ransom, to leave open 65?

16       Q    No, you can close it.  You can close it.

17       A    Sixty-four?

18       Q    You may close it.

19       A    Okay.  I like to keep it neat.

20            Okay.  Your question please, sir.

21       Q    Yes.

22            Do you recall complaining to Whole Foods about

23  the -- where your products were located in Whole Foods

24  stores?

25       A    Every brand always complains to the



Page 158

1    retailers about where their products are located.  I

2    don't remember a specific occasion, but I'm sure

3    there was one.

4         Q    Okay.  Give me a moment, please.

5              MR. RANSOM:  Okay.  I've dropped a document

6    into the chat.  I'll ask the court reporter to mark

7    it as Exhibit 67.  And it was produced by Thrive

8    Natural Care in this action, and it starts with

9    Bates No. TNC01398.

10             (Exhibit 67 was marked for

11             identification.)

12    BY MR. RANSOM:

13        Q    And let me know when you're ready.

14        A    Okay.  I've got the document open.  I'm

15   going to scan through it.

16             Okay.  I've scanned through it.

17        Q    Do you recognize Exhibit 67?

18        A    I do.

19        Q    What is it?

20        A    It's an -- an e-mail exchange between

21   myself and the lead buyer for Whole Foods across all

22   of Northern California.

23        Q    Okay.  And did one aspect of Exhibit 67

24   relate to your concerns regarding the placement of

25   Thrive Natural Care's products at Whole Foods



Page 159

1   stores?

2        A     It does.

3        Q     And what was the issue that you raised in

4   the e-mail in that regard?

5        A     I'm glad you asked.  This is a great point.

6              So I was complaining that they didn't put us in

7   men's body care, and they had us in face care.  And what

8   I learned in complaining was that the store teams of

9   Whole Foods who have some autonomy on where products

10  go -- and almost entirely female, these are employees of

11  the -- the stores, Mr. Ransom -- these female

12  Whole Foods employees, who, at the time before the

13  Amazon purchase, many of whom had worked for decades at

14  Whole Foods -- saw Thrive's ingredient list, checked out

15  our brand story, tried our samples, and decided that

16  even despite our dark coloring for packaging and of our

17  masculine shoulders, that these were great products for

18  all their customers.

19             And on their own, they started placing, in some

20  cases, what they call second facings -- which just

21  means, essentially, a second row of products -- in the

22  face care or the female care sections of Whole Foods

23  market.

24             And subsequent to this e-mail, several of the

25  stores began to outperform the others in Northern



Page 170

1   back on record in the deposition of Alex McIntosh.

2   Timestamp is 3:11 p.m. Pacific Time.

3           You may proceed.

4           MR. RANSOM:   Thank you.

5    BY MR. RANSOM:

6       Q    Mr. McIntosh, through what channels does

7   TNC currently sell its products?

8       A    We sell nationwide across eCommerce, both

9   direct and third party, as well as wholesale,

10   predominantly in the natural channel.

11      Q    Okay.  So let's start with eCommerce.

12   What -- you sell through TNC's website, which is

13   ThriveCare.Co; correct?

14      A    Correct.

15      Q    What other eCommerce venues does TNC sell

16   its products through?

17      A    Amazon, Walmart, perhaps a few small

18   others, but I think those are the main ones.

19      Q    Okay.  And then you testified that you also

20   sell wholesale; correct?

21      A    Correct.

22      Q    To what or through what entities does TNC

23   sell its products at wholesale?

24      A    Currently, through Whole Foods Market.

25      Q    Has it -- has TNC sold its products at



Page 196

1    that.

2     BY MR. RANSOM:

3        Q    Okay.  All right.

4            MR. RANSOM:  Let's put another document

5    into the chat, which I will ask the court reporter

6    to mark as Exhibit 69.

7            (Exhibit 69 was marked for

8            identification.)

9     BY MR. RANSOM:

10       Q    Please, open it and tell me when you're

11   ready.

12       A    Mr. Ransom, 68, are we done with that, or

13   do you want me to -- to close it?

14       Q    We're done.  You can close 68.

15       A    Okay.

16           Mr. Ransom, I've opened it and scanned through

17   it.

18       Q    Okay.  Do you recognize Exhibit 69?

19       A    I do.

20           MR. RANSOM:  Mr. McArthur, can I ask that

21   you mute us, if you're typing?  Thank you.

22           MR. MCARTHUR:  Yes.  My -- my apologies for

23   that.  I was typing notes.  I didn't realize I was

24   not muted.

25           MR. RANSOM:  Quite all right.



Page 197

```
 1   BY MR. RANSOM:

 2       Q    Mr. McIntosh, what is Exhibit 69?

 3       A    Exhibit 69 appears to be Thrive's Summary

 4   Financial Statements.

 5       Q    Okay.  And is this a document that was

 6   prepared at your direction?

 7       A    It is.

 8            MR. RANSOM:  I'm going to load another

 9   document into the chat, which I'm doing now simply

10   because it's another large one.  So if you could

11   start the process of opening that document.  I am

12   going to then turn back and ask you some questions

13   about Exhibit 69; okay?

14            THE WITNESS:  Okay.

15   BY MR. RANSOM:

16       Q    Okay.  So turning back to Exhibit 69, can

17   you describe generally what information is shown in

18   this document?

19       A    Our summary financials, our sales, cost of

20   sales, margin, expenses and net income.

21       Q    Who prepared Exhibit 69?

22       A    My COO.

23       Q    And that's Mr. Boothe?

24       A    It is.

25       Q    Okay.  And does Mr. Boothe have training in
```



Page 265

1       Q    Okay.  So it was within a matter of weeks;

2   is that right?

3            (Recording stopped on Zoom platform.)

4            (Recording in progress on Zoom platform.)

5    BY MR. RANSOM:

6       Q    Sir, I'm just trying to understand -- did

7   you hear my question?

8       A    No, I'm sorry.  Could you repeat it, sir?

9       Q    Yes.  I'm just trying to understand the

10  time frame, so -- well, strike that.

11           I'll withdraw.

12           Okay.  So we have looked at the Walmart.com

13  listing, two customer comments on Amazon.com, the

14  Poshmark listing, the Ertz issue, and the

15  Volition Capital issue; correct?

16      A    I believe so.  We've looked at a lot of

17  things today, so I'm becoming a little fuzzy.

18      Q    Okay.

19      A    I believe all those are ones, Mr. Ransom,

20  that we have looked at together.

21      Q    Okay.  Other than those I've just

22  identified, is Thrive Natural Care aware of any

23  other alleged instances of actual confusion between

24  Thrive Natural Care and Thrive Causemetics?

25      A    At this time, I can't recall more,



Page 266

1    Mr. Ransom.

2         Q    Okay.

3              Okay.  Thank you.

4         A    Oh, actually there is.  So there is one

5    more.  So in -- in -- and this is partly what led to

6    the C&D letter to your client in 2017 is, in

7    addition to all of the ads running by

8    Thrive Causemetics, TCI, that were showing just

9    "Thrive" by itself, many, many, many of those, there

10   were also media references, interviews by Ms. Bodnar

11   where she referred to her company as Thrive and the

12   interviewer would refer to her company as Thrive,

13   and that was confusion to someone who would be

14   reading in the media.

15             Is this one company?  Is it two companies?  Are

16   they the same thing?

17             And that was the only one that I think we

18   didn't talk about, but I remember seeing some of those.

19        Q    Okay.  And -- and -- okay.

20             We talked a bit about the advertising and the

21   money that Thrive Natural Care has spent on advertising.

22             Has Thrive Natural Care undertaken any

23   advertising that was specifically designed to address

24   the confusion that you contend exists between Thrive

25   Natural Care and Thrive Causemetics?



080
De Lilly Decl. Ex. 3

Page 269

1    just so I know how to -- how to answer, how to

2    respond?

3        Q    For example, has TNC done any advertising

4    that specifically refers to Thrive Causemetics?

5        A    I don't believe so.

6        Q    Has TNC done any advertising to distinguish

7    itself from that other Thrive brand or that makeup

8    company or anything else that is an indirect

9    reference to Thrive Causemetics?

10       A    I don't believe so, Mr. Ransom, and -- and

11   the main reason is I'm a business guy trying to

12   build a business, right.  We have a really beautiful

13   mission and products, unusual products for our

14   company, and we're sold all across the

15   United States, lots of media coverage, especially as

16   now regenerative businesses is catching on, and

17   the -- the idea of trying to correctively advertise

18   someone who is spending 1,000 times what you are in

19   a month is -- is not a good ROI.

20            So either in terms of, you know, damages paid

21   or some other mechanism that -- that helps level that

22   marketing investment, the extreme disadvantage of being

23   outspent 1,000 to 1 -- and, again, this is about being

24   outspent 1,000 to 1 by a brand that says they're selling

25   Thrive skin care.



Page 270

1          I think just about any businesswoman or man

2    would say spending money against someone who is spending

3    1,000 times what you are per month, who says they're

4    selling Thrive skin care is not a good investment.

5      Q    In your view, is there any reason that

6    TNC -- well, strike that.

7          Has TNC achieved the success that you'd hoped

8    when you founded the company?

9      A    In many ways, beyond it.  And my hope is

10   that the damages to my company incurred by TNC's

11   infringement of our mark would let us further unlock

12   the potential.  I mean, you know, we're sold now --

13   we're in the top -- we went from nowhere to the top

14   1 percent of sellers on the world's most

15   competitive, largest eCommerce platform, Amazon.  My

16   company is now in the top 1 percent of sellers.

17         Amazon itself loves to tell our story and share

18   our story, not only with their customers, of which

19   there's hundreds of millions, but with their employees.

20   They've actually flown film crews to San Francisco and

21   other places to make short videos about our unusual

22   business model and about the -- the great and unusual

23   products that we have based on our super plants, our

24   skin care products.

25         And they've actually shared that video



Page 286

1                           CERTIFICATE

2                               OF

3                      SHORTHAND REPORTER

4                        *    *    *    *

5

6           I, Shirley Lynn, CSR No. 13784, a Certified

7    Shorthand Reporter in and for the State of California,

8    do hereby certify:

9           That prior to being examined, the witness

10   named in the foregoing proceedings declared under

11   penalty of perjury to testify to the truth, the whole

12   truth, and nothing but the truth;

13          That said proceedings were taken by me in

14   shorthand at the time and place herein named and were

15   thereafter transcribed into typewriting under my

16   direction, said transcript being a true and correct

17   transcription of my shorthand notes;

18          Pursuant to Federal Rule 30(e), transcript

19   review was requested;

20          I further certify that I have no interest in

21   the outcome of this action.

22

23          _____

24                      SHIRLEY LYNN

                        CSR NO. 13784

25



083
De Lilly Decl. Ex. 3