# EXHIBIT 6





**FACE BALM**
*Protects and energizes skin while reducing irritation.*
WFM Cost (Delivered) per unit = $7.50
MSRP per unit = $14.99
GM **50%**
Size: 2 fl oz.
UPC 8-52200-00501-5

**FACE WASH**
*Cleanses, energizes and refreshes skin.*
WFM Cost (Delivered) per unit = $5.00
MSRP per unit = $9.99
GM **50%**
Size: 3.38 fl oz.
UPC 8-52200-00500-8

**SHAVE OIL**
*Conditions skin for a smoother, irritation-free shave.*
WFM Cost (Delivered) per unit = $5.00
MSRP per unit = $9.99
GM **50%**
Size: 1 fl oz.
UPC 8-52200-00502-2

- BRAND NEW LINE – MEN'S FACIAL CARE – (3) SKUs
- Born in Costa Rica, and brought to your consumers via an innovative social enterprise model - talented female entrepreneurs involved in product design, partnership with rural farmers and the country's leading biodynamically certified farm to supply the active botanical plants
- Beyond Sustainability: with 85% of Costa Rica's original forests cut down, Thrive is partnering with others to regenerate degraded landscapes so that the places that supply our plants become healthier & more productive over time.
- Products feature two potent and very special active botanicals:
    - Approved for use in EU and US.
    - *A. chica* – a natural antioxidant used for 100+ years by indigenous people to treat inflammation and heal skin infections. This glorious vine is prized by locals – Thrive is working with partners to re-establish it in Costa Rica.
    - *L. alba* – a natural antioxidant, loaded with antiseptic and antifungal properties, known for it's ability to reduce skin infection and irritation. Mother Nature blessed this plant with an intoxicating aroma of mint + citrus – a natural fragrance indeed!
- Shatterproof and highly recyclable PET bottles.
- Absolutely NO synthetic preservatives or formaldehyde donors, synthetic detergents, parabens, phthalates, synthetic fragrances or synthetic colors.
- Premium Body Care: **YES - All SKUs meet Premium Body Care standards**
- Exclusive: NO
- Channel Strategy: Natural, Specialty
- Promotional Support: **Quarterly TPRs with 30% OI**
- **Monthly Demo Support + Testers + Samples**
- In Store Launch: January/2014
- Distribution: Direct (open to UNFI, if accepted into all doors)

Rachelle Lynch rachelle@spur.is (480) 544-3383



138

De Lily Dep. Ex. 6
Lily 00294

7-23-2021
ALEX MCINTOSH
Shirley L. CSR No. 13784
**Exhibit 64**



**FACE BALM** Aqua/water, Glycerin*, Aloe Barbadensis Leaf Extract***, Caprilic/Capric Triglyceride, Glyceryl Stearate**, Cetearyl Alcohol**, Sodium Stearoyl Lactylate**, Macadamia Ternifolia (Macadamia nut) Seed Oil***, Butyrospermum Parkii (Shea) Butter, Olea Europea (Olive) Fruit Oil***, Argania Spinosa Kernel Oil, Xanthan Gum, Lippia Alba Oil, Arrabidaea Chica Extract, Helianthus Annuus (Sunflower) Seed Oil, Rosemarinus Officinalis (Rosemary) Leaf Extract***, natural fragrance** (Grapefruit Oil, Lemon Oil, Orange Oil, Vetiver Oil, Star Anise Oil), Dehydroacetic Acid**, Benzyl Alcohol**, Lactic Acid**



**FACE WASH** Aqua/water, Glycerin*, Coco-Glucoside**, Lauryl Glucoside**, Xanthan Gum, Polyglyceryl-4 Laurate/Sebacate and Polyglyceryl-6 Caprylate/Caprate**, Argania Spinosa Kernel oil, Lippia Alba Oil, Arrabidaea Chica Extract, natural Fragrance** (Grapefruit Oil, Lemon Oil, Orange Oil, Vetiver Oil, Star Anise Oil), Dehydroacetic Acid**, Benzyl Alcohol**, Lactic Acid**



**SHAVE OIL** Caprilic/Capric Triglyceride*, Olea Europea (Olive) Fruit oil***, Sodium Caproyl Lactylate**, Sodium Lauroyl Lactylate**, Argania Spinosa Kernel oil, Polyglyceryl-4 Laurate/Sebacate and Polyglyceryl-6 Caprylate/Caprate**, Helianthus Annuus (Sunflower) Seed Oil, Rosemarinus officinalis (Rosemary) Leaf Extract***, Lippia Alba Oil, Arrabidaea Chica Extract, Mentha Piperita Oil, Eucalyptus Globulus (Eucalyptus) Leaf Oil, natural fragrance** (Grapefruit Oil, Lemon Oil, Orange Oil, Vetiver Oil, Star Anise Oil)

*VEGETABLE-ORIGIN | **ECOCERT or NATRUE CERTIFIED | ***ORGANIC