# EXHIBIT 7



**Thrive Natural Care, Inc.
Executive Overview**



7-23-2021
ALEX MCINTOSH
Shirley L. CSR No. 13784
**Exhibit 65**

## OVERVIEW

Global consumer demand is strong for healthier personal care products.  Thrive Natural Care, Inc. was founded in 2012 to meet this demand in a fresh, compelling way:  helping millions of people look and live healthier via a truly original brand and social value proposition, at a masstige price.  The company's experienced team has created its inaugural line of three distinctive natural care products for men, and now, having completed a successful seed funding round, is targeting selected bricks & mortar and ecommerce retailers for its market introduction 4Q2013 and wider market rollout in 2014.



## MARKET OPPORTUNITY & PRODUCT BENEFIT

Market demand for natural care products, in the USA and globally, has grown at a 14% CAGR since 2005, and is projected to grow at 10%+ CAGR over the next five years.  Two of the highest growth sub-sectors are male grooming and skin care.  Rising concerns for health safety, greater comfort buying and practicing good grooming, increasing regulation and retailer demand, and growing concern about the hazards of synthetic chemicals have fueled this growth.  And while the natural care landscape is crowded with new entries, there is an attractive gap for brands with distinctive identities and value propositions.





Thrive's first product line fills a significant market gap by offering men uniquely modern, authentic shave/facial grooming products totally free of harsh synthetic ingredients, in tastefully masculine packaging, at a reasonable price.  Central to Thrive's brand is its "born in Costa Rica" identity, which is manifest in its unique active botanical ingredients, distinctive formulations and innovative sourcing strategy that goes well beyond 'giving back' to actually improve rural communities and landscapes.

## GROWTH STRATEGY

Thrive has charted a three-step retail growth strategy:  first, in 4Q2013, Thrive is piloting its products at selected "bricks and mortar" stores plus a leading e-commerce site.  The objective is to test Thrive's value proposition and entire business model quickly and at low cost (walk before running).  Second, in 1Q2014, Thrive will launch nationally via leading natural grocery retailers and e-commerce sites, establishing its brand reputation and identity.  Third, beginning in 2015, Thrive will embark on an aggressive growth strategy across several new retail channels, achieving economies of scale in manufacturing, distribution and sales.  The challenge in the personal care sector is not starting a company, it is scaling a company; thus Thrive anticipates raising venture/private equity funding in years 2-4 to fuel dramatic growth and establish a significant market presence.





## COMPETITIVE ADVANTAGES

(1) Thrive's experienced team has more than 85 years of combined experience in the competitive consumer package goods and personal care markets;  (2) Thrive's distinctive combination of brand attributes appeal to a wider demographic of consumers:  born in and strongly associated with the world's leading eco-adventure destination, unique plant ingredients that are healthier and more effective for skincare, and a more compelling (non-hippy) natural brand image.  These attributes, when combined with (3) Thrive's seasoned leadership, allow the company to outperform established or new entrant competitors.



TNC00130-U

10.9.13

## FOUNDING TEAM

ALEX MCINTOSH, founder & CEO, 22 years successful leadership in CPG, media & environmental fields.
LAURA ARCE, Product Development, 10 years experience creating innovative personal care products in Costa Rica.
KIM JEFFERY, Investor and CPG Advisor, 20 years as CEO of Nestle's fast growing water division.
RACHEL SHEINBEIN, Investor and Advisor, Partner CMEA Capital and angel investor.
JANE O'REILLY, Brand Marketing Advisor, Creative Marketing Director *Travel+Leisure Magazine*, Conde Nast, Time Inc.
JIM BOETTCHER, Investor and Financial Advisor, 30+ years as leading venture capitalist and banker in Silicon Valley, CA.
MARIO GARCIA, Sustainable Supply & Community Partnerships, 15 years experience as leading botanist and ecologist.



TNC00131-U