# EXHIBIT 8

**From:** JoAnne Brenner (NC NCC) Joanne.Brenner@wholefoods.com 
**Subject:** RE: Three Thrive launch questions
**Date:** April 8, 2014 at 4:55 PM
**To:** Alex McIntosh amcintosh@thrivenaturalcare.com

Thanks Alex- Check out the tab on the attached which says Premium Bodycare. There are instructions and contact info there for submitting them to Global.



JoAnne Brenner |Nor Cal Regional Buyer | Bodycare & Lifestyle
vm: 510-428-7433 | eFax: 512-404-1781 | JoAnne.Brenner@Wholefoods.com
5980 Horton St. Suite# 200 | Emeryville, CA 94608

This email contains proprietary and confidential material for the sole use of the intended recipient. Any review, use, distribution or disclosure by others without the permission of the sender is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of the message.

---

**From:** Alex McIntosh [mailto:amcintosh@thrivenaturalcare.com]
**Sent:** Tuesday, April 08, 2014 4:51 PM
**To:** JoAnne Brenner (NC NCC)
**Subject:** Re: Three Thrive launch questions

Hi Joanne,
thanks for getting back so quickly on those questions. For some reason, my laptop *just* loaded your email.
Replies below in CAPS.

Have a nice nite.

Alex McIntosh
**Thrive Natural Care**
San Francisco, CA

t: 203.249.7285
e: amcintosh@thrivenaturalcare.com
join the adventure @ thrivecare.co

7-23-2021
ALEX MCINTOSH
Shirley L. CSR No. 13784
**Exhibit 67**

On Apr 8, 2014, at 9:51 AM, JoAnne Brenner (NC NCC) <Joanne.Brenner@wholefoods.com> wrote:

Hi Alex-
1. Stores have all month to complete the reset of the Men's section. It's possible that they have it in face care temporarily until they have their reset scheduled. We will remind them on the 4/17 call. GREAT. MAKES SENSE.
2. Premium- while I did flag the items as Premium, our Data team doesn't accept the flag unless the items are on our Global Premium list. Do you know if Julie Holloway put you on that list? I DON'T BELIEVE SO. I'VE SEARCHED MY CHRONS AND FIND NO EMAILS FROM/TO JULIE. LET ME KNOW HOW I CAN SET THAT IN MOTION AND I'LL DO IT.
3. Your time slot for the 17th is 2:15-2:30. PERFECT. WE'LL PLAN TO SEND YOU THE DEC SOME

DAYS BEFORE THE CALL SO THAT YOU/YOUR TEAM HAVE ALL YOU NEED.  THANKS FOR SLOTTING US IN.  ITS A GREAT OPPORTUNITY TO KICKSTART THE PARTNERSHIP AND EDUCATION.

4.

Thanks,
JoAnne

<image002.jpg>JoAnne Brenner |Nor Cal Regional Buyer | Bodycare & Lifestyle
vm: 510-428-7433 | eFax: 512-404-1781 | JoAnne.Brenner@Wholefoods.com
5980 Horton St. Suite# 200 | Emeryville, CA 94608

This email contains proprietary and confidential material for the sole use of the intended recipient.  Any review, use, distribution or disclosure by others without the permission of the sender is strictly prohibited.  If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of the message.

**From:** Alex McIntosh [mailto:amcintosh@thrivenaturalcare.com]
**Sent:** Tuesday, April 08, 2014 9:04 AM
**To:** JoAnne Brenner (NC NCC)
**Subject:** Three Thrive launch questions

(was writing this as you replied back to first email)

Hi Joanne,

Hope you had a great weekend.  Thrive team visited a few Bay area WFM stores over the weekend, and we were also contacted by friends & fans that had gone to your stores as well.  Exciting to see our partnership starting!  Our visits generated three questions.  Could you let me know your suggestions/thoughts on below?  Thanks.

1. <u>HABA section placement</u>:  In at least one store (WFM south of market) Thrive is placed in what appears to be "Face Care" section, along with the higher end, specialized products, mostly for women.  Not in the Men's Bodycare or in the Shave sections, which is what your planograms show.  From a sales standpoint, Thrive will sell a lot more product for WFM, particularly as a new brand, if it is placed in your Men's Bodycare or Shave sections such as indicated in your planograms.  Could this be a function of store teams not knowing Thrive and mistakenly putting in wrong place? Or "store choice" (the new term I'm learning from your teams)? Is there anything Thrive team can do with you or your store teams to get placement according to your planograms? Will definitely help sales!
2. <u>Whole Foods Premium Bodycare shelf stickers</u>:  Thrive team worked our butts off to design a launch line that would work great for customers and comply with WFM Premium Bodycare standards.  We did it!  However, we noticed on store visits that the shelf stickers (the tags that WFM puts on the shelf to indicate price of the product in the facing) just show price.  No Premium Bodycare logo, such as other products have.  How can we work with WFM or the stores to ensure that all the hard work put into designing great healthy products results in your sticker of Premium Bodycare?
3. 4/17/14 WMF NorCal team call time?  Thrive visits to stores showed our small team how important WFM team member training is going to be.  We're looking forward to the 4/17/14 call you have invited us to, as a good step.  What time should we block

out for this, so that we don't schedule other appointments that conflict?

Thanks for your guidance to help make a great launch.

Have a good day.
Alex McIntosh
**Thrive Natural Care**
San Francisco, CA

t: 203.249.7285
e: amcintosh@thrivenaturalcare.com
join the adventure @ thrivecare.co



FY14 WB Nor
Cal Ne...B.xlsx