# EXHIBIT 10

De Lilly Decl. Ex. 10

ALEX MCINTOSH
Shirley L. CSR No. 13784
**Exhibit 92**

PTO Form 1553 (Rev 9/2005)
OMB No. 0651-0054 (Exp. 10/31/2017)

# Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 85726058 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 102 |
| **EXTENSION OF USE** | YES |
| **MARK SECTION** | |
| **MARK** | http://tess2.uspto.gov/ImageAgent/ImageAgentProxy?getImage=85726058 |
| **LITERAL ELEMENT** | THRIVE |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **OWNER SECTION (current)** | |
| **NAME** | Ecomundi Ventures, LLC |
| **STREET** | 42 Darrell Place |
| **CITY** | San Francisco |
| **STATE** | California |
| **ZIP/POSTAL CODE** | 94133 |
| **COUNTRY** | United States |
| **OWNER SECTION (proposed)** | |
| **NAME** | Thrive Natural Care, Inc. |
| **STREET** | 42 Darrell Place |
| **CITY** | San Francisco |
| **STATE** | California |
| **ZIP/POSTAL CODE** | 94133 |
| **COUNTRY** | United States |
| **GOODS AND/OR SERVICES SECTION** | |
| **INTERNATIONAL CLASS** | 003 |
| **CURRENT IDENTIFICATION** | Personal care products for cosmetic use, namely, hair shampoos and conditioners, hair styling preparations; body and hand washes, soaps and gels; non-medicated skin care preparations, namely facial lotions, cleansers and creams, body lotions, creams and oils for cosmetic use, skin moisturizers; cosmetic sun care preparations and sunscreens; lip creams and balms; antiperspirants and deodorants for personal use; shaving creams and gels; pre-shaving preparations; after shave lotions and creams; non-medicated baby care products, namely baby lotions, creams, body cleansers, |

157

De Lilly Decl. Ex. 10

| | shampoos, gels and washes, diaper rash creams and ointment |
|---|---|
| **GOODS OR SERVICES DELETED FROM THE APPLICATION OR INCLUDED IN A REQUEST TO DIVIDE** | Personal care products for cosmetic use, namely, hair shampoos and conditioners, hair styling preparations; body and hand washes, soaps and gels; non-medicated skin care preparations, namely body lotions; cosmetic sun care preparations and sunscreens; lip creams and balms; antiperspirants and deodorants for personal use; shaving creams and gels; non-medicated baby care products, namely baby lotions, creams, body cleansers, shampoos, gels and washes, diaper rash creams and ointments |
| **GOODS OR SERVICES IN USE IN COMMERCE** | Non-medicated skin care preparations, namely facial lotions, cleansers and creams, creams and oils for cosmetic use, skin moisturizers; pre-shaving preparations; after shave lotions and creams |
| **FIRST USE ANYWHERE DATE** | 09/05/2013 |
| **FIRST USE IN COMMERCE DATE** | 09/05/2013 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT16\IMAGEOUT 16\859\805\85980517\LM2Copy\85726058\1\SOU13\SOU2. |
| **SPECIMEN DESCRIPTION** | photograph of the products showing the mark as used |
| **REQUEST TO DIVIDE** | YES |
| **GOOD(S)/SERVICE(S) IN USE** | Non-medicated skin care preparations, namely facial lotions, cleansers and creams, creams and oils for cosmetic use, skin moisturizers; pre-shaving preparations; after shave lotions and creams (Class 03) |
| **GOOD(S)/SERVICES INTENT TO USE** | Personal care products for cosmetic use, namely, hair shampoos and conditioners, hair styling preparations; body and hand washes, soaps and gels; non-medicated skin care preparations, namely body lotions; cosmetic sun care preparations and sunscreens; lip creams and balms; antiperspirants and deodorants for personal use; shaving creams and gels; non-medicated baby care products, namely baby lotions, creams, body cleansers, shampoos, gels and washes, diaper rash creams and ointments (Class 03) |

## PAYMENT SECTION

| | |
|---|---|
| **NUMBER OF CLASSES IN USE** | 1 |
| **SUBTOTAL AMOUNT [ALLEGATION OF USE FEE]** | 100 |
| **REQUEST TO DIVIDE FEE** | 100 |
| **NUMBER OF CLASSES REQUIRING NEW APPLICATION FEE** | 1 |
| **SUBTOTAL AMOUNT [NEW APPLICATION FEE]** | 325 |
| **TOTAL AMOUNT** | 525 |

## SIGNATURE SECTION

| | |
|---|---|
| **DECLARATION SIGNATURE** | /Alex G. McIntosh/ |
| **SIGNATORY'S NAME** | Alex G. McIntosh |
| **SIGNATORY'S POSITION** | CEO & founder |
| **DATE SIGNED** | 10/03/2013 |
| **REQUEST TO DIVIDE SIGNATURE** | /Ariana G. Hiscott/ |
| **SIGNATORY'S NAME** | Ariana G. Hiscott |
| **SIGNATORY'S POSITION** | Attorney of Record, California Bar Member |
| **DATE SIGNED** | 10/04/2013 |
| **SIGNATORY'S PHONE NUMBER** | 415-693-2171 |

De Lilly Decl. Ex. 10

| AUTHORIZED SIGNATORY | YES |
|---|---|
| **FILING INFORMATION** | |
| SUBMIT DATE | Fri Oct 04 20:28:47 EDT 2013 |
| **TEAS STAMP** | USPTO/SOU-XXX.XXX.XXX.XX-20131004202847239499-8572 6058-500acbc31eb6f307d103 7cd198dcaf85fa7124ea3cb80 9610a339b7e19f58ccd4e1-DA -6746-2013100217235908822 6 |

De Lilly Decl. Ex. 10

PTO Form 1553 (Rev 9/2005)
OMB No. 0651-0054 (Exp. 10/31/2017)

## Trademark/Service Mark Statement of Use
### (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:
**MARK:** THRIVE(Standard Characters, see http://tess2.uspto.gov/ImageAgent/ImageAgentProxy?getImage=85726058)
**SERIAL NUMBER:** 85726058
An Extension of Time form is being filed with the Allegation of Use.

The applicant, Thrive Natural Care, Inc., having an address of
    42 Darrell Place
    San Francisco, California 94133
    United States
is submitting the following allegation of use information:

For International Class 003:
Current identification: Personal care products for cosmetic use, namely, hair shampoos and conditioners, hair styling preparations; body and hand washes, soaps and gels; non-medicated skin care preparations, namely facial lotions, cleansers and creams, body lotions, creams and oils for cosmetic use, skin moisturizers; cosmetic sun care preparations and sunscreens; lip creams and balms; antiperspirants and deodorants for personal use; shaving creams and gels; pre-shaving preparations; after shave lotions and creams; non-medicated baby care products, namely baby lotions, creams, body cleansers, shampoos, gels and washes, diaper rash creams and ointments

This **allegation of use** does **NOT** cover the following goods/services listed in either the application or Notice of Allowance or as subsequently modified for this specific class; these goods/services are either being **permanently deleted or included in a Request to Divide:** Personal care products for cosmetic use, namely, hair shampoos and conditioners, hair styling preparations; body and hand washes, soaps and gels; non-medicated skin care preparations, namely body lotions; cosmetic sun care preparations and sunscreens; lip creams and balms; antiperspirants and deodorants for personal use; shaving creams and gels; non-medicated baby care products, namely baby lotions, creams, body cleansers, shampoos, gels and washes, diaper rash creams and ointments

The mark is in use in commerce on or in connection with the following goods/services listed in either the application or Notice of Allowance or as subsequently modified for this specific class: Non-medicated skin care preparations, namely facial lotions, cleansers and creams, creams and oils for cosmetic use, skin moisturizers; pre-shaving preparations; after shave lotions and creams
The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 09/05/2013, and first used in commerce at least as early as 09/05/2013, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) photograph of the products showing the mark as used.
Specimen File1

**REQUEST TO DIVIDE**
The applicant is requesting to divide the application and specifies the following:
The following good(s) or service(s) is/are now in use: Non-medicated skin care preparations, namely facial lotions, cleansers and creams, creams and oils for cosmetic use, skin moisturizers; pre-shaving preparations; after shave lotions and creams (Class 03)
The following good(s) or service(s) remain(s) under the Section 1(b), intent to use basis: Personal care products for cosmetic use, namely, hair shampoos and conditioners, hair styling preparations; body and hand washes, soaps and gels; non-medicated skin care preparations, namely body lotions; cosmetic sun care preparations and sunscreens; lip creams and balms; antiperspirants and deodorants for personal use; shaving creams and gels; non-medicated baby care products, namely baby lotions, creams, body cleansers, shampoos, gels and washes, diaper rash creams and ointments (Class 03)

A fee payment in the amount of $100 will be submitted with the form, representing payment for the allegation of use for 1 class.

A fee payment in the amount of $100 will be submitted with the form, representing payment for the request to divide fee.

A fee payment in the amount of $325 will be submitted with the form, representing payment for the new application fee for 1 class.

De Lilly Decl. Ex. 10

## Declaration

Applicant requests registration of the above-identified trademark/service mark in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq., as amended). Applicant is the owner of the mark sought to be registered, and is using the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements may jeopardize the validity of the form or any resulting registration, declares that he/she is properly authorized to execute this form on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.


Signature: /Alex G. McIntosh/     Date Signed: 10/03/2013
Signatory's Name: Alex G. McIntosh
Signatory's Position: CEO & founder

### Request to Divide Signature


Signature: /Ariana G. Hiscott/   Date: 10/04/2013
Signatory's Name: Ariana G. Hiscott
Signatory's Position: Attorney of Record, California Bar Member

Signatory's Phone: 415-693-2171


RAM Sale Number: 85726058
RAM Accounting Date: 10/07/2013

Serial Number: 85726058
Internet Transmission Date: Fri Oct 04 20:28:47 EDT 2013
TEAS Stamp: USPTO/SOU-XXX.XXX.XXX.XX-201310042028472
39499-85726058-500acbc31eb6f307d1037cd19
8dcaf85fa7124ea3cb809610a339b7e19f58ccd4
e1-DA-6746-20131002172359088226

De Lilly Decl. Ex. 10



De Lilly Decl. Ex. 10

**FEE RECORD SHEET**

**Serial Number:**   85726058

**RAM Sale Number:  85726058**

**Total Fees:**     $525

**RAM Accounting Date:  20131007**

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Statement of Use (SOU) | 7003 | 20131004 | $100 | 1 | $100 |
| Request to Divide (per new app.) | 7006 | 20131004 | | | $100 |
| New Application | 7001 | 20131004 | $325 | 1 | $325 |

**Transaction Date:**     20131004



163
De Lilly Decl. Ex. 10