# EXHIBIT 11

De Lilly Decl. Ex. 11

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2014)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 85726058**
**Filing Date: 09/11/2012**

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 85726058 |
| MARK INFORMATION | |
| *MARK | THRIVE |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | THRIVE |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| REGISTER | Principal |
| APPLICANT INFORMATION | |
| *OWNER OF MARK | Ecomundi Ventures, LLC |
| *STREET | 42 Darrell Place |
| *CITY | San Francisco |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 94133 |
| LEGAL ENTITY INFORMATION | |
| TYPE | limited liability company |
| STATE/COUNTRY WHERE LEGALLY ORGANIZED | Connecticut |
| GOODS AND/OR SERVICES AND BASIS INFORMATION | |
| INTERNATIONAL CLASS | 003 |
| *IDENTIFICATION | Personal care products for cosmetic use, namely, hair shampoos and conditioners, hair styling preparations; body and hand washes, soaps and gels; non-medicated skin care preparations, namely facial lotions, cleansers and creams, body lotions, creams and oils for cosmetic use, skin moisturizers; cosmetic sun care preparations and sunscreens; lip creams and balms; antiperspirants and deodorants for personal use; shaving creams and gels; pre-shaving preparations; after shave lotions and creams; non-medicated baby care products, namely baby lotions, creams, body cleansers, shampoos, gels and washes, diaper rash creams and ointments |
| FILING BASIS | SECTION 1(b) |

7-30-21
MCINTOSH ECOMUNDI
Shirley L. CSR No. 13784
**Exhibit 95**

## ATTORNEY INFORMATION

| | |
|---|---|
| NAME | John W. Crittenden |
| ATTORNEY DOCKET NUMBER | 313705-20000 |
| FIRM NAME | Cooley LLP |
| STREET | 777 6th Street NW, Suite 1100 |
| CITY | Washington |
| STATE | District of Columbia |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 20001 |
| PHONE | 415 693 2090 |
| FAX | 415 693 2222 |
| EMAIL ADDRESS | trademarks@cooley.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| OTHER APPOINTED ATTORNEY | Janet L. Cullum, Anne H. Peck, Peter J. Willsey, Vincent J. Badolato, Todd S. Bontemps, Bryan J. Boyle, Morgan A. Champion, Susan Piascik Christoff, Heather Dunn Navarro, Angela Dunning, Kathryn Duvall, Aaron M. Fennimore, Ariana Gallisá Hiscott, Brendan J. Hughes, Carolyn V. Juarez, Nishan Kottahachchi, Katie Krajeck, Lori Mayall, Jeffrey T. Norberg, John P. Oleksiuk, Kathlyn Querubin, and Karen K. Won |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| NAME | John W. Crittenden |
| FIRM NAME | Cooley LLP |
| STREET | 777 6th Street NW, Suite 1100 |
| CITY | Washington |
| STATE | District of Columbia |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 20001 |
| PHONE | 415 693 2090 |
| FAX | 415 693 2222 |
| EMAIL ADDRESS | trademarks@cooley.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## FEE INFORMATION

| | |
|---|---|
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 325 |
| *TOTAL FEE DUE | 325 |
| *TOTAL FEE PAID | 325 |

## SIGNATURE INFORMATION

| | |
|---|---|
| SIGNATURE | /Alex G. McIntosh/ |

De Lilly Decl. Ex. 11

| SIGNATORY'S NAME | Alex G. McIntosh |
|---|---|
| SIGNATORY'S POSITION | Chief Executive Officer |
| DATE SIGNED | 09/11/2012 |

De Lilly Decl. Ex. 11

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2014)

# Trademark/Service Mark Application, Principal Register

Serial Number: 85726058
Filing Date: 09/11/2012

## To the Commissioner for Trademarks:

**MARK:** THRIVE (Standard Characters, see mark)
The literal element of the mark consists of THRIVE.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Ecomundi Ventures, LLC, a limited liability company legally organized under the laws of Connecticut, having an address of
    42 Darrell Place
    San Francisco, California 94133
    United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

    International Class 003:  Personal care products for cosmetic use, namely, hair shampoos and conditioners, hair styling preparations; body and hand washes, soaps and gels; non-medicated skin care preparations, namely facial lotions, cleansers and creams, body lotions, creams and oils for cosmetic use, skin moisturizers; cosmetic sun care preparations and sunscreens; lip creams and balms; antiperspirants and deodorants for personal use; shaving creams and gels; pre-shaving preparations; after shave lotions and creams; non-medicated baby care products, namely baby lotions, creams, body cleansers, shampoos, gels and washes, diaper rash creams and ointments
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

The applicant's current Attorney Information:
    John W. Crittenden and Janet L. Cullum, Anne H. Peck, Peter J. Willsey, Vincent J. Badolato, Todd S. Bontemps, Bryan J. Boyle, Morgan A. Champion, Susan Piascik Christoff, Heather Dunn Navarro, Angela Dunning, Kathryn Duvall, Aaron M. Fennimore, Ariana Gallisá Hiscott, Brendan J. Hughes, Carolyn V. Juarez, Nishan Kottahachchi, Katie Krajeck, Lori Mayall, Jeffrey T. Norberg, John P. Oleksiuk, Kathlyn Querubin, and Karen K. Won of Cooley LLP
    777 6th Street NW, Suite 1100
    Washington, District of Columbia 20001
    United States
The attorney docket/reference number is 313705-20000.
The applicant's current Correspondence Information:
    John W. Crittenden

    Cooley LLP

    777 6th Street NW, Suite 1100

    Washington, District of Columbia 20001

    415 693 2090(phone)

    415 693 2222(fax)

    trademarks@cooley.com (authorized)

A fee payment in the amount of $325 has been submitted with the application, representing payment for 1 class(es).

### Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or

168
De Lilly Decl. Ex. 11

association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Alex G. McIntosh/   Date: 09/11/2012
Signatory's Name: Alex G. McIntosh
Signatory's Position: Chief Executive Officer
RAM Sale Number: 2623
RAM Accounting Date: 09/12/2012

Serial Number: 85726058
Internet Transmission Date: Tue Sep 11 15:50:40 EDT 2012
TEAS Stamp: USPTO/BAS-XX.XXX.XX.XXX-2012091115504035
3230-85726058-4907aa97e47411f992f4dbb30f
a268694-DA-2623-20120911143417971173

# THRIVE

De Lilly Decl. Ex. 11