# EXHIBIT 12

## NUNC PRO TUNC TRADEMARK ASSIGNMENT

This Trademark Assignment ("Assignment") is effective as of May 23, 2013 by and between Ecomundi Ventures, LLC (the "Assignor"), a Connecticut limited liability company having an address of 42 Darrell Place San Francisco, California 94133 and Thrive Natural Care, Inc. (the "Assignee"), a Delaware corporation having an address of 42 Darrell Place San Francisco, California 94133 (collectively the "Parties").

WHEREAS, Assignor has adopted, used, and/or intends to use, and is the owner of the trademark THRIVE for the goods and services identified in Schedule A hereto (the "Trademark") and the corresponding United States trademark applications identified on Schedule A hereto.

WHEREAS, Assignor had a bona fide intent to use the Trademark in U.S. commerce at the time of filing of the Applications with the U.S. Patent and Trademark Office and has maintained a bona fide intent to use the Trademark since that time for the corresponding goods and services;

WHEREAS, Assignee is the successor to the business of the Assignor to which the Trademark pertains and the Parties have entered into the TECHNOLOGY ASSIGNMENT AGREEMENT dated May 23, 2013, regarding the transfer of all rights to the THRIVE trademark, which is incorporated herein by reference and made part of this agreement; and

WHEREAS, for the avoidance of doubt, Assignor and Assignee wish to enter into an agreement regarding the rights to the THRIVE trademark in the United States;

NOW, THEREFORE, in consideration of the foregoing promises and the mutual covenants contained herein, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Assignor does hereby assign, transfer, and convey to Assignee as the successor to the business of Assignor as set forth above, all right, title, and interest in the United States in and to the Trademark and the Applications, together with the good will associated therewith, that portion of the Assignor's ongoing and existing business to which the Trademarks pertain, and all rights and causes of action accrued, accruing, and to accrue under and by virtue hereof, including the right to sue and recover for past infringement, and to receive all damages, payments and costs and fees associated therewith.

.            Assignor:    ECOMUNDI VENTURES, LLC, by its
                          authorized representative:

                          Signature: _/s/ Alex McIntosh_____

                          Name: Alex McIntosh, CEO

                          Date: September 27, 2013

7-30-21
MCINTOSH ECOMUNDI
Shirley L. CSR No. 13784
**Exhibit 96**

1335900 v1/SF

TNC01196    172

De Lilly Decl. Ex. 12

## SCHEDULE A

| Mark | U.S. Serial No. | Filed | Class | Goods |
|---|---|---|---|---|
| THRIVE | 85726058 | September 11, 2012 | 03 | Personal care products for cosmetic use, namely, hair shampoos and conditioners, hair styling preparations; body and hand washes, soaps and gels; non-medicated skin care preparations, namely facial lotions, cleansers and creams, body lotions, creams and oils for cosmetic use, skin moisturizers; cosmetic sun care preparations and sunscreens; lip creams and balms; antiperspirants and deodorants for personal use; shaving creams and gels; pre-shaving preparations; after shave lotions and creams; non-medicated baby care products, namely baby lotions, creams, body cleansers, shampoos, gels and washes, diaper rash creams and ointments |
| THRIVE | 85726062 | September 11, 2012 | 05 | Medicated skin care products, namely, creams, lotions and oils; medicated hair care, namely, shampoos and creams; medicated facial cleansers, hand and body washes; medicated sunscreens and sunburn lotions; medicated lip creams and balms |