# EXHIBIT 15

Learner: thrive   Video pronunciation   American: thrive   thrive   English: thrive   Example sentences   Related wo

Learner: thrive     Video pronunciation     American: t

## Definition of 'thrive'

**thrive** Word Frequency ○○○○○

### Quick Word Challenge

Question: 1 - **Score: 0 / 5**

**storm** or **wind**?

Drag the correct answer into the box.

storm    wind

throw caution to the

(θraɪv)
**Word forms: thrives, thriving, thrived**

**1. INTRANSITIVE VERB**

> If someone or something **thrives**, they do well and are successful, healthy, or strong.
>
> *He appears to be thriving.*
> *Today her company continues to thrive.*
>
> **Synonyms:** prosper, do well, flourish, increase   More Synonyms of **thrive**

**2. INTRANSITIVE VERB**

> If you say that someone **thrives on** a particular situation, you mean that they enjoy it or that they can deal with it very well, especially when other people find it unpleasant or difficult.
>
> *Many people thrive on a stressful lifestyle.*

COBUILD Advanced English Dictionary. Copyright © HarperCollins Publishers

NEXT

### New collocations added to dictionary

Collocations are words that are often used together and are brilliant at providing natural sounding language for your speech and writing.

**FEBRUARY 13, 2020**

196
De Lilly Decl. Ex. 15

Learner: thrive    Video pronunciation    American: thrive    thrive    English: thrive    Example sentences    Related wo

# thrive



## You may also like



197
De Lilly Decl. Ex. 15

Learner: thrive    Video pronunciation    American: thrive    thrive    English: thrive    Example sentences    Related wo

in American English

(θraɪv)

**VERB INTRANSITIVE**
**Word forms: thrived** *or* **throve, thrived** *or* ˈ**thriven** (ˈθrɪvᵊn ), ˈ**thriving**

1. to prosper or flourish; be successful, esp. as the result of economical management

2. to grow vigorously or luxuriantly; improve physically

*Webster's New World College Dictionary, 4th Edition. Copyright © 2010 by Houghton Mifflin Harcourt. All rights reserved.*

**Word origin**

ME *thrifen* < ON *thrifast,* to prosper, reflex. of *thrifa,* to grasp

Learner: thrive    Video pronunciation    American: thrive    thrive    English: thrive    Example sentences    Related wo

in American English

(θraiv)
**INTRANSITIVE VERB**
**Word forms: thrived** *or* **throve, thrived** *or* **thriven** (ˈθrɪvən), **thriving**

1. to prosper; be fortunate or successful

2. to grow or develop vigorously; flourish
    *The children thrived in the country*

*Most material © 2005, 1997, 1991 by Penguin Random House LLC. Modified entries © 2019 by Penguin Random House LLC and HarperCollins Publishers Ltd*

**Derived forms**

**thriver** NOUN
**thrivingly** ADVERB

**Word origin**

[1150–1200; ME *thriven* ‹ ON *thrīfast* to thrive, reflexive of *thrīfa* to grasp]

199
De Lilly Decl. Ex. 15

Learner: thrive    Video pronunciation    American: thrive    thrive    English: thrive    Example sentences    Related wo

**in British English**

(θraɪv    )

**VERB**
**Word forms: thrives**, **thriving**, **thrived**, **throve**, **thrived** or **thriven** (ˈθrɪvᵊn    )

(*intransitive*)

1. to grow strongly and vigorously

2. to do well; prosper

*Collins English Dictionary. Copyright © HarperCollins Publishers*

**Derived forms**

**thriver** (ˈthriver) **NOUN**
**thriving** (ˈthriving) **ADJECTIVE**
**thrivingly** (ˈthrivingly) **ADVERB**

**Word origin**

C13: from Old Norse *thrīfask* to grasp for oneself, reflexive of *thrīfa* to grasp, of obscure origin

Learner: thrive    Video pronunciation    American: thrive    thrive    English: thrive    Example sentences    Related wo

# thrive

*These examples have been automatically selected and may contain sensitive content. Read more...*

*Elephants are like humans in that they need company to thrive.*
TIMES, SUNDAY TIMES (2017)

*Many interns thrive here but some find that it is not to their liking.*
TIMES, SUNDAY TIMES (2007)

*But there is no guarantee that your company will thrive.*
TIMES, SUNDAY TIMES (2007)

*In no other sport can veterans thrive so well.*
THE SUN (2014)

*Universities thrive and grow best when all theories are peacefully discussed.*
TIMES, SUNDAY TIMES (2016)

*British business is well placed to thrive.*
TIMES, SUNDAY TIMES (2012)

*Our challenge is to make them thrive and grow.*
THE SUN (2008)

*And three of those are well practised at thriving on catastrophe.*
TIMES, SUNDAY TIMES (2008)

*It has also thrived on the growing use of smartphones.*
TIMES, SUNDAY TIMES (2011)

*Our challenge is to make them thrive and grow and give them the support and investment they deserve.*
THE SUN (2008)

Show more...

8/20/2021 Case 2:20-cv-09091-PA-AS   Document 63-12   Filed 08/23/21   Page 8 of 10   Page ID #:3189
Thrive definition and meaning | Collins English Dictionary

Learner: thrive    Video pronunciation    American: thrive    thrive    English: thrive    Example sentences    Related wo

# thrive

culture thrives

## Trends of

# thrive

View usage over: Since Exist

## In other languages

# thrive

British English: thrive verb /θraɪv/
If someone or something *thrives*, they do well and are successful, healthy, or strong.
*Today his company continues to thrive.*

American English: thrive /ˈθraɪv/
Brazilian Portuguese: prosperar
Chinese: 兴旺发达
European Spanish: prosperar
French: prospérer
German: gedeihen
Italian: prosperare
Japanese: 良い状態にある
Korean: 번창하다
European Portuguese: prosperar
Spanish: prosperar
Thai: เจริญรุดหน้า

Translate your text for free

Learner: thrive    Video pronunciation    American: thrive    thrive    English: thrive    Example sentences    Related wo

# thrive

thrills and spills
thrilly
thrips
**thrive**
thriveless
thriven
thriving business

All ENGLISH words that begin with 'T'

**Source**

Definition of **thrive** from the Collins English Dictionary

## New from Collins

### Quick Word Challenge

Question: 1

**Score: 0 / 5**

**lead** or **led**?

Which version is correct?

The water flowed through old-fashioned **lead** pipes.

The water flowed

NEXT

○ ○ ○ ○ ○ ○ ○

Aug 20, 2021

### Word of the day

**photography**

Photography is the skill, job, or process of producing photographs.

SEE FULL DEFINITION
SEE PREVIOUS WORDS

This page in
American

Learner: thrive   Video pronunciation   American: thrive   thrive   English: thrive   Example sentences   Related wo

Browse all official Collins dictionaries

Contact Us

Cookies Settings
Terms & Conditions
**Privacy Policy**
**California Privacy Rights**
**Do Not Sell My Personal Information**

© Collins 2021