# EXHIBIT 20



Our Products    Regenerative Mission    Superplant Skincare    Our Skin Health Philosophy    Ingredients    Blog    Connect with Us

# SKIN HEALTH PHILOSOPHY

## WHAT IS HEALTHY SKIN?

Healthy skin is "fit" from the inside out. It looks great and works like it's supposed to because it's healthy down to its core. It'll have you ready for your adventures, no matter the season.

## HOW DO WE HELP YOU ACHIEVE HEALTHY SKIN?

Whether your skin is clean or dirty, oily or dry, old or young, or somewhere in between, our regenerative plants work in tandem with it, restoring its natural balance and ability to protect against elements both urban and wild.



## POTENT PLANTS, UNIQUE TO THRIVE

Together with scientists, ethnobotanists, and farmers, we purposefully choose ingredients that rise to the needs of adventurous skin, make healthier soil & happier farmers.

In Costa Rica, inspired by the country's sustainable vision, we started with two, powerful native plants juanilama and fierillo which are rich in skin-healing benefits and are now the foundation of our products and business model.

Plants in the wild are resilient and potent. On our regenerative farms, we strive to mimic the wild conditions to endow our plants with that same resilience and strength. In the end, those high-quality, nutrient-rich plants become potent ingredients.



## NATURALLY EFFECTIVE

We identify potent, natural ingredients that tackle specific skin issues. They go "under the hood" and work with your body to help skin be healthy and resilient from the inside out.

Sun, wind, pollution, shaving, and of course aging — we use nature's best to defend against the effects of each. Skin with an active lifestyle needs active reinforcements.

Every bottle is a skincare solution in itself. A full solution, no unnecessary bells and whistles, because every ingredient "knows" exactly what it's there to do.

## NO COMPROMISES

Natural is more familiar to your body; that harmony is a big reason why our ingredients are more effective (and gentle).

We also test every single ingredient ourselves: in the lab, on our morning run, on our weekend hike, or during a quiet night with the kids. If it doesn't work for us, we won't put it in your product.

Our lead scientist, Laura, is really an artist. She crafts unique natural formulas which are simple, honest, and powerful, combining science and creativity every step of the way.

We question everything so you don't have to. Do you need it? Does it work? Safe for you, the environment? Every ingredient in every formula has to check all the boxes, no exceptions.



## LEAVING THE WORLD BETTER THAN WE FOUND IT



Our leave-it-better-filter — from soil to farmer, packaging to skincare — means that from the ground up, our products can do more for your skin and for the world, too.

Each choice we make has the potential to move us closer to a truly regenerative impact. So we set ambitious goals and sweat every detail along the way to make the best holistic decisions.

Better soil. Better ingredients. Better packaging. Better products. Better lives for our Thrive tribe. A higher bar every year. We want to show it can be done, so that it simply becomes the way business is done.



**THRIVE SKINCARE**

Home
Products
Skin Health
Blog
Contact Us
FAQs

**EMPOWER YOUR SKIN + REGENERATE THE PLANET**

SIGN UP TO GET THE LATEST ON SALES, NEW RELEASES, AND MORE.

Email address                    SUBSCRIBE

     

© 2020, Thrive Natural Care Powered by Shopify

7-23-2021
ALEX MCINTOSH
Shirley L. CSR No. 13784
Exhibit 58

223
De Lilly Decl. Ex. 20