# EXHIBIT 21

FREE Standard Shipping On Orders $20+

Our Products ⌄   Regenerative Mission   Superplant Skincare   Our Skin Health Philosophy   Ingredients   Blog   Connect with Us

# PRODUCTS

FILTER BY  All products ⌄         SORT BY  Best selling ⌄                    16 products


**Daily Defense Sunscreen Balm (Mineral SPF 30)**
$ 24.95


**Face Wash - 3.38fl.oz.(100ml)**
$ 12.95


**Energy Scrub**
$ 13.95


**Face Balm - 2fl.oz.(60ml)**
$ 14.95


**Shave Oil 2 FL OZ (60ML)**
$ 18.95


**Shave & Shower Soap Bar**
$ 12.95


7-23-2021
ALEX MCINTOSH
Shirley L. CSR No. 13784
**Exhibit 53**


**Sensitive Skin Face Balm - Stress Defense - 2 fl. oz. (60ml)**
$ 16.96


**Sensitive Skin Face Wash - Stress Defense - 3.38 fl. oz. (100ml)**
$ 13.95


**VIP Kit: Look Better & Live Healthier**
$ 54.95


**Sensitive Skin Kit**
$ 27.95


**Deep Clean Kit**
$ 39.95


**Shave & Restore Kit**
$ 31.95



TNC01160    225
De Lilly Decl. Ex. 21


**Own The Day Kit**
$ 43.95


**Grooming Oil - 1 fl. oz. (30ml)**
$ 16.95


**Daily Defense Kit**
$ 35.95


**Shave, Shower & Restore Kit**
$ 25.95

**THRIVE SKINCARE**

Home
Products
Skin Health
Blog
Contact Us
FAQs

**EMPOWER YOUR SKIN + REGENERATE THE PLANET**

**SIGN UP TO GET THE LATEST ON SALES, NEW RELEASES, AND MORE.**

Email address   **SUBSCRIBE**

© 2021, Thrive Natural Care Powered by Shopify

TNC01161   226
De Lilly Decl. Ex. 21