# EXHIBIT 22



Our Products    Regenerative Mission    Superplant Skincare    Our Skin Health Philosophy    Ingredients    Blog    Connect with Us

# PRODUCTS

FILTER BY  All products    SORT BY  Alphabetically, A-Z           17 products



**BodyShield 50 - SOLD OUT!**
$ 20.95
SOLD OUT



**Daily Defense Kit**
$ 35.95



**Daily Defense Sunscreen Balm (Mineral SPF 30)**
$ 24.95



**Deep Clean Kit**
$ 39.95



**Energy Scrub**
$ 14.95



**Face Balm - 2fl.oz.(60ml)**
$ 15.95

7-23-2021
ALEX MCINTOSH
Shirley L. CSR No. 13784
**Exhibit 54**

228
De Lilly Decl. Ex. 22



**Face Wash - 3.38fl.oz.(100ml)**
$ 12.95



**Grooming Oil - 1 fl. oz. (30ml)**
$ 16.95
SOLD OUT



**Own The Day Kit**
$ 43.95



**Sensitive Skin Face Balm - Stress Defense - 2 fl. oz. (60ml)**
$ 16.95



**Sensitive Skin Face Wash - Stress Defense - 3.38 fl. oz. (100ml)**
$ 13.95



**Sensitive Skin Kit**
$ 27.95



**Shave & Restore Kit**
$ 31.95



**Shave & Shower Soap Bar**
$ 12.95



**Shave Oil 2 FL OZ (60ML)**
$ 18.95



**Shave & Restore Kit**
$ 31.95



**Shave & Shower Soap Bar**
$ 12.95

**Shave Oil 2 FL OZ (60ML)**
$ 18.95



**Shave, Shower & Restore Kit**
$ 25.95



**VIP Kit: Look Better & Live Healthier**
$ 54.95

---

**THRIVE SKINCARE**

Home
Products
Skin Health
Blog
Contact Us
FAQs

**EMPOWER YOUR SKIN + REGENERATE THE PLANET**

**SIGN UP TO GET THE LATEST ON SALES, NEW RELEASES, AND MORE.**

Email address    SUBSCRIBE

© 2021, Thrive Natural Care Powered by Shopify