# EXHIBIT 23



# Thrive Natural Care

@thrivenaturalcare · Company

🛍️ **Shop Now**

🔗 thrivecare.co

Home | Shop | Reviews | Videos | **More ▾** | 👍 Like | 💬 Message | 🔍 | •••

## GENERAL

👍 2,692 people like this

✅ 2,725 people follow this

📁 Company

## ADDITIONAL CONTACT INFO

🌐 http://www.thrivecare.co/

✉️ hello@thrivecare.co

💬 Send Message

## MORE INFO

ℹ️ **About**

Thrive is regenerative, effective, plant-based skincare for every body. Our unique approach actively restores ecosystems and empowers farmers and individuals to show up for their communities and help forge a better future for us all. See Less

ℹ️ **Additional Information**

Thrive is a leading natural care brand founded in 2012. Born in Costa Rica and powered by two unique plants rich in antioxidants and other skin-enhancing properties, Thrive products – Face Wash, Face Balm, and Natural Sun Screen – contain only premium natural ingredients and zero synthetics or toxins. Thrive with us at thrivecare.co See Less