# EXHIBIT 24

Instagram

Search

thrivenaturalcare Follow •••

779 posts 7,237 followers 6,281 following

**Thrive Natural Care®**
EMBODY CHANGE WITH REGENERATIVE SKINCARE + RESTORE FARMS
Based in San Francisco & Costa Rica
www.amazon.com/b/?ie=UTF8&node=23548209011&pf_rd_p=30c5ff04-2593-485f...

On the Farms

In the Wild

BodyShield...

Partnerships

Inspiration

Ambassadors

Regen Farm

POSTS TAGGED

Subscribe Sign In

**How a small, sustainable skin care brand became a best-selling Amazon partner**

*Thrive Natural Care has grown by 1,300% in just four years – thanks, in part, to Amazon.*

**Stephanie Walden** for Amazon

Published 9:00 a.m. ET Jun. 30, 2021

