# EXHIBIT 25



Our Products  Regenerative Mission  Superplant Skincare

Our Skin Health Philosophy    Ingredients    Blog    Connect with Us



# DIFFERENT FROM THE GROUND UP

https://thrivecare.co/pages/superplant-skincare?_pos=1&_sid=aaf16662e&_ss=r

236
De Lilly Decl. Ex. 25
1/7

Powerful skincare comes from powerful plants. Thrive puts the strength of traditional botanicals from Costa Rica into a powerful natural skincare experience. These active ingredients are unique to Thrive's products. And they're more effective than the synthetic chemicals found in most skincare products.

# JUANILAMA

Used by indigenous people for hundreds of years to soothe irritation, skin abrasions and a wide range of other conditions, the natural plant oil from Costa Rica has a nice minty fragrance. Independent studies have shown this oil has anti-bacterial, anti-fungal, and anti-oxidant (87% more than vitamin E)

properties that help combat razor burn, ingrown hairs, blemishes and the impacts of stress and pollution on the skin.*

# FIERRILLO

This rainforest vine has been used by indigenous Costa Ricans for hundreds of years to help protect and heal their skin. Independent studies have shown this plant extract has anti-bacterial, anti-inflammatory, skin healing, and antioxidant properties that can be helpful for promoting healthier skin after shaving, exercise, outdoor adventures, stress or combating the effects of pollution.*

# CORALILLO

This remarkable medicinal plant—Thrive's newest addition to our superplant blend—is packed with anti-inflammatory, anti-oxidant, and skin repairing benefits that help calm and restore sensitive skin.* Widely used by indigenous peoples through the tropics (Mayans referred to it as 'guardian of the forest') to treat a variety of skin ailments. On our farms, it also helps improve soil health, prevent erosion, and provide food and shelter for native pollinators & wildlife.

https://thrivecare.co/pages/superplant-skincare?_pos=1&_sid=aaf16662e&_ss=r

239
4/7
De Lilly Decl. Ex. 25

# LAURA'S FORMULAS

The final ingredient on our unique products is Laura, her expertise and passion. Laura is our expert formulator and R&D lead. An accomplished Costa Rican entrepreneur, she applied her dedicated craft to transform local plant power into our premium quality natural skincare products. No synthetic, mass-produced, ordinary products allowed!

240
De Lilly Decl. Ex. 25

# ALWAYS ALL NATURAL, ALWAYS QUALITY-DRIVEN

To ensure the products safety and quality, Thrive uses a globally approved preservative system which meets ECOCERT, COSMOS, Nature and Soil Association standards. All products are paraben free, GMO free, and vegan safe, and are not formulated with parabens, phthalates, SLS, petrolatum, synthetic fragrances, silicones, PEGs or PPGs, or DEA/TEA.

*These statements have not been evaluated by the FDA.
This product is not intended to diagnose, treat, cure or prevent any disease.

**THRIVE SKINCARE**

Home

241
De Lilly Decl. Ex. 25

Products

Skin Health

Blog

Contact Us

FAQs

**EMPOWER YOUR SKIN + REGENERATE THE PLANET**

**SIGN UP TO GET THE LATEST ON SALES, NEW RELEASES, AND MORE.**

Email address    SUBSCRIBE



© 2021, Thrive Natural Care Powered by Shopify