# EXHIBIT 26

8/18/2020, Case 2:20-cv-09091-PA-AS   Document 63-20   Filed 08/23/21   Page 2 of 7   Page ID #:3220
Regenerative Mission – Thrive Natural Care



- Our Products
- Regenerative Mission
- Superplant Skincare
- Our Skin Health Philosophy
- Ingredients
- Blog
- Connect with Us



# LEAVE PEOPLE AND THE PLANET HEALTHIER THAN WE FOUND THEM

https://thrivecare.co/pages/regenerative-mission?_pos=1&_sid=bf8209e13&_ss=r
1/6
244
De Lilly Decl. Ex. 26

Thrive Natural Care is effective, regenerative plant-based skin care for every body that empowers your skin naturally without depleting or degrading communities or ecosystems. No filler, nothing superficial.

**This footage is from one of our farms in Costa Rica.**

# OUR REGENERATIVE BUSINESS MODEL RESTORES FARM LAND

We aim far beyond 'sustainable'. Our farms use native plants to improve soil and biodiversity on degraded lands, while boosting farmer incomes and

245
De Lilly Decl. Ex. 26

providing a high-quality supply of plant oils for our products. The more we grow, the more we can restore.

# AN INSPIRING TEAM

Our American and Costa Rican team of entrepreneurs, chemists, ecologists, traditional herbalists, and rural farmers joined together and created one of the most unique business models on the planet.

246
De Lilly Decl. Ex. 26

Case 2:20-cv-09091-PA-AS   Document 63-20   Filed 08/23/21   Page 5 of 7   Page ID #:3223



# WHAT IS REGENERATIVE BUSINESS?

A regenerative business builds ecological and social capital over time. It intentionally operates in a holistic and positive way across its entire footprint, so that landscapes, communities and living systems become healthier. By ensuring its activities restore healthy landscape function, regenerative business blazes our path from the current extractive, economic-rationalist, consumeristic, inequitable, unhealthy world to one where humankind nurtures and is re-coupled with the environment that sustains and inspires us.

**Shown here: Thrive Regenerative Farming on the left, Conventional Agriculture on the right.**

247
De Lilly Decl. Ex. 26

**THRIVE SKINCARE**

Home

Products

Skin Health

248
De Lilly Decl. Ex. 26

Blog

Contact Us

FAQs

**EMPOWER YOUR SKIN + REGENERATE THE PLANET**

**SIGN UP TO GET THE LATEST ON SALES, NEW RELEASES, AND MORE.**

| Email address | **SUBSCRIBE** |



© 2021, Thrive Natural Care Powered by Shopify