# EXHIBIT 27




## Our Products ⌄   Regenerative Mission   Superplant Skincare

## Our Skin Health Philosophy   Ingredients   Blog   Connect with Us
















Good news: we're working hard to upgrade both the look and the sustainability of our packaging.

Over the next few months, you'll be getting the same great Thrive product you love, but your package design may vary. We hope you'll love the end result as much as we do.

›

# DAILY DEFENSE SUNSCREEN BALM (MINERAL SPF 30)

118 reviews

$ 21.21

○ One-time purchase: $ 24.95

⦿ Subscribe & Save (15%): $ 21.21

Deliver every | 1 Month |

ADD TO CART

Daily sun defense with our all-natural, plant-based face lotion with SPF 30 hydrates, nourishes, and revitalizes skin while providing broad-spectrum protection against UVA/UVB rays.

2 Fl. Oz.

**What It Does**   Why It Is Better   Ingredients   How To Use

Our Regenerative Mission

Provides broad spectrum SPF 30 sun protection.
Hydrates, nourishes, & revitalizes skin.
Helps reduce irritation & redness and repairs skin from daily stressors.



**f** SHARE   **🐦** TWEET   **📌** PIN IT

## CUSTOMER REVIEWS

Based on 118 reviews Write a review

### Long-Time Fan

Ally Mackleroy on Jul 24, 2021
Love this sunscreen! It can be a bit drying despite having oil in it, and it pills easily (makes it hard to wear enough), but it does it the least out of all the sunscreens I've tried, and it's not gritty! Most of all, I wish this

254
De Lilly Decl. Ex. 27

product didn't come in a plastic bottle. It seems counterintuitive to label a product as reef and body safe, but package it in (even recycled) plastic, where microplastics will be released into the product, and subsequently the body. I tend to use other sunscreens that come in glass because of this issue, but this formula is far superior. I won't be buying this product again until it's packaged in a non-plastic container, but I hope it will be one day!

Report as Inappropriate

# Love this sunscreen but hate the packaging

Allegra Mount on Mar 22, 2021

I love this sunscreen! I think that if this brand would move to glass packaging or at least to larger bottles it would be a home run....please consider offering this! Your customers care about reducing their plastic trash!

Report as Inappropriate

1 2 3 … 59 Next »

## YOU MAY ALSO LIKE



**Face Wash - 3.38fl.oz.(100ml)**

$ 12.95



**Sensitive Skin Face Wash - Stress Defense - 3.38 fl. oz. (100ml)**

$ 13.95



**Shave Oil 2 FL OZ (60ML)**

$ 18.95



**Face Balm - 2fl.oz.(60ml)**

$ 15.95

[← BACK TO PRODUCTS]

## THRIVE SKINCARE

Home

Products

Skin Health

Blog

Contact Us

FAQs

**EMPOWER YOUR SKIN + REGENERATE THE PLANET**

**SIGN UP TO GET THE LATEST ON SALES, NEW RELEASES, AND MORE.**

Email address    SUBSCRIBE

Case 2:20-cv-09091-PA-AS Document 63-21 Filed 08/23/21 Page 9 of 9 Page ID #:3234



© 2021, Thrive Natural Care Powered by Shopify

258
De Lilly Decl. Ex. 27