# EXHIBIT 28




## Our Products

Regenerative Mission

Superplant Skincare

Our Skin Health Philosophy

Ingredients

Blog

Connect with Us















Good news: we're working hard to upgrade both the look and the sustainability of our packaging.

Over the next few months, you'll be getting the same great Thrive product you love, but your package design may vary. We hope you'll love the end result as much as we do.

›

# FACE WASH - 3.38FL.OZ. (100ML)

159 reviews

$ 11.01

○ One-time purchase: $ 12.95

⦿ Subscribe & Save (15%): $ 11.01

Deliver every   | 1 Month |

ADD TO CART

Gel-based facial wash deep cleanses removing dirt, SPF, oil, and sweat from the face while leaving your skin feeling smooth and fresh. Our truly natural formula avoids drying the skin and keeps you looking vibrant throughout the day.

262

De Lilly Decl. Ex. 28

3.38 Fl. Oz.

**What It Does**   Why It Is Better   How To Use   Ingredients

Our Regenerative Mission

Gel-based wash delivers a gentle, thorough clean.

Cleans without redness or irritation.

Refreshing fragrance from natural essential oils.

[ SHARE ]   [ TWEET ]   [ PIN IT ]

## CUSTOMER REVIEWS

Based on 159 reviews  Write a review

### My favorite Thrive product

Alex on Jan 29, 2021
I've been using Thrive for the better part of a decade now, and this is the product that keeps me loyal. Smells like a cocktail, feels like fresh air, and is a truly effective cleanser. My nose is kind of porous, so in the shower I leave my Thrive face wash on my nose for a few minutes while I shampoo my hair, and that completely takes care of it. I don't have to use a scrub or anything.

Not a bad price point either.
Report as Inappropriate

### MORE GRIT, WHICH IS GOOD

Jmagoo on Jul 10, 0018
Husband was using Nivia. He said he like this product better. According to him. it has more grit.
Report as Inappropriate
1 2 3 … 80 Next »

263
De Lilly Decl. Ex. 28

## YOU MAY ALSO LIKE



**Face Balm - 2fl.oz.(60ml)**

$ 15.95



**Daily Defense Sunscreen Balm (Mineral SPF 30)**

$ 24.95



264
De Lilly Decl. Ex. 28



### VIP Kit: Look Better & Live Healthier
$ 54.95



### Sensitive Skin Face Balm - Stress Defense - 2 fl. oz. (60ml)
$ 16.95

⟵ BACK TO PRODUCTS

**THRIVE SKINCARE**

Home

Products

Skin Health

Blog

Contact Us

FAQs

**EMPOWER YOUR SKIN + REGENERATE THE PLANET**

**SIGN UP TO GET THE LATEST ON SALES, NEW RELEASES, AND MORE.**

| Email address | SUBSCRIBE |



© 2021, Thrive Natural Care Powered by Shopify

266
De Lilly Decl. Ex. 28