# EXHIBIT 29



Our Products

Regenerative Mission

Superplant Skincare

Our Skin Health Philosophy

Ingredients

Blog

Connect with Us





268
De Lilly Decl. Ex. 29











Good news: we're working hard to upgrade both the look and the sustainability of our packaging.

Over the next few months, you'll be getting the same great Thrive product you love, but your package design may vary. We hope you'll love the end result as much as we do.

>

# ENERGY SCRUB

127 reviews

$ 12.71

○ One-time purchase: $ 14.95

● Subscribe & Save (15%): $ 12.71

Deliver every    1 Month

ADD TO CART

Natural Face Scrub for Men & Women – Exfoliating Face Wash with Anti-Oxidants Improves Skin Texture, Unclogs Pores & Helps Prevent Ingrown Hairs – Made In USA.

3.38 Fl. Oz.

**What It Does**   Why It Is Better   How To Use   Ingredients

270
De Lilly Decl. Ex. 29

## Our Regenerative Mission

Removes dead skin cells, dirt, oil, sweat, and SPF.

Deep cleans to reveal brighter, healthy, refreshed skin.

Gently exfoliates to unclog pores and help prevent ingrown hairs when used before shaving.



SHARE    TWEET    PIN IT

## CUSTOMER REVIEWS

Based on 127 reviews Write a review

### New customer

Linda Yokoshima on Nov 04, 2019

Used the scrub with my Clarisonic. The scrub was gentle with a nice scent. My skin felt clean and smooth yet not dry. Great for anyone who has sensitive skin. One of the few natural products that does not contain ingredients with nuts (e.g. almond extracts). Highly recommend this product.

Report as Inappropriate

### Instant results

JB on Mar 24, 2019

Two days after I first started using the facial scrub I was in the chair for a haircut from my usual barber. After hey how are ya, the next thing he said was "wow your skin is looking a lot better." He had never said anything about it before, so if he was compelled to mention it now, it's totally obvious why. I love the texture and the scent and my skin feels really clean. My face is thriving, and so am I.

Report as Inappropriate

1 2 3 … 64 Next »

## YOU MAY ALSO LIKE

271
De Lilly Decl. Ex. 29



**Sensitive Skin Kit**

$ 27.95



**Face Balm - 2fl.oz.(60ml)**

$ 15.95



Sensitive Skin Face Wash - Stress Defense - 3.38 fl. oz. (100ml)

$ 13.95



Shave Oil 2 FL OZ (60ML)

$ 18.95



← BACK TO PRODUCTS

**THRIVE SKINCARE**

Home

Products

Skin Health

Blog

273

De Lilly Decl. Ex. 29

Contact Us

FAQs

EMPOWER YOUR SKIN + REGENERATE THE PLANET

SIGN UP TO GET THE LATEST ON SALES, NEW RELEASES, AND MORE.

SUBSCRIBE



© 2021, Thrive Natural Care Powered by Shopify

274
De Lilly Decl. Ex. 29