# EXHIBIT 30



Our Products

Regenerative Mission

Superplant Skincare

Our Skin Health Philosophy

Ingredients

Blog

Connect with Us





https://thrivecare.co/collections/all/products/shave-oil-1

276
De Lilly Decl. Ex. 30
1/8



















›

# SHAVE OIL 2 FL OZ (60ML)

150 reviews

$ 16.11

○ One-time purchase: $ 18.95

◉ Subscribe & Save (15%): $ 16.11

Deliver every  | 1 Month |

ADD TO CART

Replaces Pre-Shave Oils, Shaving Creams, Gels, and Foams – Shaving Oil Made in USA.

2 Fl. Oz.

**What It Does**   Why It Is Better   How To Use   Ingredients

279
De Lilly Decl. Ex. 30

## Our Regenerative Mission

Delivers high lubrication for an ultra-close, non-irritating shave.

Natural oils moisturize and leaves skin smooth and moisturized after shaving.

Perfect size for travel or gym.

**SHARE** **TWEET** **PIN IT**

## CUSTOMER REVIEWS

Based on 150 reviews Write a review

### Awesome shave oil!

Amazon customer on Apr 06, 2019

This shave oil is phenomenal!!!! Such a close shave and works wonderfully adding to your beard after a shower for conditioning! Highly recommend!

Report as Inappropriate

### Love the oil

JORGE BECERRIL on Apr 06, 2019

Such smooth shave!!

Report as Inappropriate

1 2 3 … 75 Next »

## YOU MAY ALSO LIKE



**Daily Defense Sunscreen Balm (Mineral SPF 30)**

$ 24.95

**VIP Kit: Look Better & Live Healthier**

$ 54.95

**Sensitive Skin Face Balm - Stress Defense - 2 fl. oz. (60ml)**

$ 16.95

281
De Lilly Decl. Ex. 30

**Sensitive Skin Kit**

$ 27.95

← BACK TO PRODUCTS

**THRIVE SKINCARE**

Home

Products

Skin Health

Blog

Contact Us

FAQs

**EMPOWER YOUR SKIN + REGENERATE THE PLANET**

**SIGN UP TO GET THE LATEST ON SALES, NEW RELEASES, AND MORE.**

SUBSCRIBE



© 2021, Thrive Natural Care Powered by Shopify