# EXHIBIT 31

**FOR THE EXCLUSIVE USE OF** AMANDA.GONZALES@SIDLEY.COM

From the San Francisco Business Times:
https://www.bizjournals.com/sanfrancisco/news/2017/09/21/amazon-small-business-skincare-san-francisco.html

# Can Amazon lift sales at this S.F. skincare business by $1 million?

Sep 21, 2017, 1:06pm PDT  **Updated: Sep 21, 2017, 1:35pm PDT**

In what Amazon (NASDAQ: AMZN) calls an "experiment," seven small businesses across the country are being showcased on a small business spotlight website that introduces Amazon users to the company's mission, team and products.

The campaign aims to reinforce that small businesses are thriving as a result of selling on Amazon.

**Trending: Exclusive: Presidio Trust to seek developer for $200 million rehab of 'jewel'**



TODD JOHNSON | SAN FRANCISCO BUSINESS TIMES

Alex McIntosh, founder of Thrive Natural Care

Thrive Natural Care, a men's skin care company based in San Francisco, is among the experiment's participants and is now looking to rapidly scale up as a result. Other featured businesses include This Bar Saves Lives, SteelShad and Zipbuds.

"Ecommerce can be a bit faceless," said Amazon spokesperson Erik Fairleigh. " So when you're putting a face (to a company), it'll make

customers better understand they're buying from mainstream businesses, supporting philanthropy, businesses that have causes and minority businesses."

Amazon will work with the businesses to give them more visibility and services like advertising and Amazon's lending program, Fairleigh said. These services are already available to any small business selling on Amazon, he added. The goal is to help each of the seven participants make $1 million in sales on Amazon, Farleigh said.

"The campaign isn't giving them a leg up," he said. "It's just (giving them access to) these tools designed for small businesses ...to help them get up to speed in a shorter period of time and reach that sales goal."

Amazon chose Thrive Natural Care because they're a local San Francisco business, have a story to tell and are invested in an environmental cause, Fairleigh said. Amazon did not look at each company's financials before selecting them.

Alex McIntosh, CEO and founder of Thrive Natural Care, said selling on Amazon is allowing the company to tell more of its story to more people. The company uses a regenerative business model, which means the plants used in its ingredients are grown on degraded Costa Rican land, bringing the land back to life instead of using up natural resources.

About 50 percent items sold on Amazon worldwide are coming from small businesses, Fairleigh said. In 2016, more than 100,000 small businesses reached more than $100,000 in sales on Amazon, and those numbers are growing.

By selling on Amazon, small businesses also gain the means to hire local employees, which benefits the communities they're based in, Fairleigh said. Small businesses selling on Amazon have hired 600,000 employees outside of Amazon.

**Join the conversation: Follow @SFBusinessTimes on Twitter, "Like" us on Facebook and sign up for our free email newsletters.**

**Alejandra Reyes-Velarde**
Editorial Intern

286
De Lilly Decl. Ex. 31

San Francisco Business Times

287
De Lilly Decl. Ex. 31