# EXHIBIT 33

**FOR THE EXCLUSIVE USE OF** AMANDA.GONZALES@SIDLEY.COM

From the San Francisco Business Times:
https://www.bizjournals.com/sanfrancisco/news/2017/09/28/skincare-startup-thrive-nature-care-amazon-amzn.html

# S.F. skincare startup to get bump from Amazon

Sep 28, 2017, 12:39pm PDT

**Thrive Natural Care**

**What it does:** Sells men's skin care products

**HQ:** San Francisco

**Founder and CEO:** Alex McIntosh

**Employees:** 10

TODD JOHNSON | SAN FRANCISCO BUSINESS TIMES

Alex McIntosh, founder of Thrive Natural Care

Imagine if your daily face wash could bring to life degraded land and help restore the environment. That's the vision of Alex McIntosh, CEO and founder of Thrive Natural Care, a men's skincare product.

Thrive Natural Care is using a regenerative business model to develop its products, which means that the Juanilama and Fierrillo plants used in its shaving oil and face washes help restore damaged land.

"The plants will start fixing nitrogen in the soil and they'll attract different types of bugs, insects and butterflies, and the leaves will fall and the soil gets healthier," he said.

294

De Lilly Decl. Ex. 33

Each ingredient in Thrive products helps restore a plot of land the size of Golden Gate Park, McIntosh said. The process has also given work to 121 farmers in Costa Rica whose income has increased by 40 percent, he said.

The company has been growing rapidly — about 35 percent revenue growth per month — but it's preparing for a bigger scale up after Amazon (NASDAQ: AMZN) chose it for its small business spotlight. The campaign aims to push small companies to $1 million in sales on Amazon in six months, said spokesperson Erik Fairleigh.

"That's great, amigo!" Mario Garcia, the head of sustainable operations, said when McIntosh told him the news. Garcia, an ecologist, got to work connecting Thrive with more local farmers and identifying more degraded plots of land, McIntosh said. Head of R&D Laura Arce Aita designs products with the plant extracts.

It would be much easier to increase production on a healthy piece of land, but that's not Thrive's purpose, McIntosh said. Eventually, tens of thousands of farmers around the world will restore land to make products, he added.

McIntosh was the founding director of corporate citizenship and sustainability at Nestlé Waters and the director of philanthropy for the Nature Conservancy before that. He said he learned that to be successful and help the environment, you have to have scale.

The plants used in Thrive Natural Care products have properties that combat razor burns, blemishes and promote skin healing.

Eventually, Thrive Natural Care will experiment with other plants and products, but it started with men's skin care because it is the fastest growing segment within the personal care industry.

### Keys to Success

Be passionate about what you do: "It doesn't mean you're going to do it for the rest of your life, but you have to love it while you're doing it," said CEO Alex McIntosh.

Pay attention to your team: "You have to have great people with you because otherwise you'll kill yourself because it won't be fun,

295
De Lilly Decl. Ex. 33

you'll have too much to do and you won't do a very good job."

Growth isn't everything: "You can grow really fast and you can build something to sell it really quickly (but) I don't think that's the most rewarding. It's a little harder to build something that's very unique and maybe doesn't skyrocket in the first year, but if you build it right it's going to change people's lives."

**Alejandra Reyes-Velarde**
Editorial Intern
*San Francisco Business Times*