# EXHIBIT 35

De Lilly Decl. Ex. 35

8/23/2021

Case 2:20-cv-09091-PA-AS (1) Wakaya Perfection Fijian Kosher Sea Salt (10.2 oz) | The Wakaya Group 08/23/21 Page 2 of 4 Page ID #:3318

USE CODE: WP25 for 25% OFF THIS WEEKEND ONLY!

HAVE A QUESTION? CLICK HERE OR SHOOT US A TEXT 561-464-3144



OUR PRODUCTS      ABOUT US      HEALTH BENEFITS & RESEARCH      RECIPES      CONTACT US

Home / Fijian Kosher Sea Salt / Wakaya Perfection Fijian Kosher Sea Salt (10.2 oz)







Chat with us!

1

Privacy - Terms

GET 25% OFF



De Lilly Decl. Ex. 35

 

# Wakaya Perfection Fijian Kosher Sea Salt (10.2 oz)

★★★★★ 5.0 (1 review)

$40.00

---

Sold Out

GET 25% OFF

Privacy - Terms

343

De Lilly Decl. Ex. 35

Case 2:20-cv-09091-PA-AS Document 63-20 Filed 08/23/21 Page 4 of 4 Page ID #:3320

***Sea salt from the finest part of the sea.***

Have you ever thought about where your salt comes from? Ours is harvested from untouched apple-green Fijian reefs, and solar dried on pristine beaches under the warm island sun. The process creates large, sparkling crystals unlike any you have seen. The salt therefore retains vitamins and minerals lost in traditional salt making methods. This combination of crystals and nutrition will enhance any dish, providing a rich taste and very satisfying crunch. You can also exfoliate with our salt and feel the Fijian ocean healing your skin. Our 10 oz. jar ensures flavor and wellness for everything on your table.

*Kosher certified, Vegan, Non-GMO.*

**EAT. DRINK. THRIVE.**

ASK A QUESTION ⌄

f Share    🐦 Tweet    📌 Pin it

# You may also like

GET 25% OFF

Privacy - Terms

De Lilly Decl. Ex. 35