# EXHIBIT 36

Hello, Select your address | All | Hello, Sign in Account & Lists | Returns & Orders | 0

All  Best Sellers  Customer Service  Prime  New Releases  Pharmacy  Books  Fashion  Today's Deals   Last-minute school supplies



Thrive

+ Follow | HOME | HOT & COLD THERAPY | ICE PACKS FOR COOLERS | AUTO EMERGENCY KITS | FIRST AID KITS



See products








347
De Lilly Decl. Ex. 36





Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Secured Card | Your Orders |
| Sustainability | Become a Delivery Driver | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Start a package delivery business | Amazon Business Line of Credit | Amazon Prime |
| Investor Relations | Advertise Your Products | Shop with Points | Returns & Replacements |
| Amazon Devices | Self-Publish with Us | Credit Card Marketplace | Manage Your Content and Devices |
|  | Host an Amazon Hub | Reload Your Balance | Amazon Assistant |
|  | › See More Make Money with Us | Amazon Currency Converter | Help |

English    United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Advertising<br>Find, attract,<br>and engage customers | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web |
| Sell on Amazon<br>Start a Selling Account | Amazon Business<br>Everything For<br>Your Business | Amazon Fresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced Pros<br>Happiness Guarantee | Amazon Ignite<br>Sell your original<br>Digital Educational Resources | Amazon Web Services<br>Scalable Cloud<br>Computing Services |
| Audible<br>Listen to Books &<br>Original Audio Performances | Book Depository<br>Books With Free<br>Delivery Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | DPReview<br>Digital Photography | East Dane<br>Designer Men's Fashion | Fabric<br>Sewing, Quilting<br>& Knitting |
| Goodreads | IMDb | IMDbPro | Kindle Direct | Amazon | Prime Video Direct | Shopbop |

| | | | | | | |
|---|---|---|---|---|---|---|
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Publishing Indie Digital & Print Publishing Made Easy | Photos Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands |
| Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |
| | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Second Chance Pass it on, trade it in, give it a second life | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2021, Amazon.com, Inc. or its affiliates

349
De Lilly Decl. Ex. 36