# EXHIBIT 37

8/23/2021 Case 2:20-cv-09091-PA-AS Document 63-31 Naked & Thriving Filed Organic 08/23/21 Botanical Page Skincare 2 of 9 Page ID #:3327

Free Shipping on $50+, Easy Returns

# NAKED & THRIVING

0



FLASH SALE!

# Balance Skin & Save 10% on Our Detox Face Oil!

**CODE: BALANCE**

Support

https://www.nakedandthriving.com

351
De Lilly Decl. Ex. 37
1/8

# ORGANIC SKINCARE

| CLEANSING BARS | FACE OILS | TREATMENT SERUMS | FACE & BODY SETS | TOOLS |

## BESTSELLERS



PREVENT

Anti-Aging Face Oil

**$26.00 - $64.00**

ADD TO BAG



PROTECT

Antioxidant Day Serum

**$26.00 - $62.00**

ADD TO BAG

https://www.nakedandthriving.com

354
De Lilly Decl. Ex. 37
4/8



### REJUVENATE

Restorative Face Oil

**$28.00 - $72.00**

ADD TO BAG



RENEW

Resurfacing Night Serum

$28.00 - $68.00

ADD TO BAG

## REVIEWS



"Try it yourself. I literally don't see my lines anymore. Right now I'm sitting in a super highly bright lit room and I don't have those lines."

KELEA Y.

## PHILOSOPHY



ORGANIC BOTANICALS

Our highly effective ingredients are up to 98% certified organic.



VEGAN & CRUELTY-FREE

Our products are vegan and we are Leaping Bunny Certified. We never test on animals.



SUSTAINABLY SOURCED

We develop, make, and ship our products in a way that minimizes our impact on the environment.

[Learn More](#)

## OUR PROMISE

Vegan • Cruelty-Free • Paraben-Free • Gluten-Free • Born in the USA • Free of 2,000+ Harmful Ingredients

Stay In Touch

| Your email address | Sign up |

    

**About Us**
Our Story
Reviews

**Support**
My Account
Shipping & Returns
FAQs
Contact Us

**Discover**
Shop All
Gift Cards

Copyright (C) 2020 NakedandThriving.com. All Rights Reserved.

Privacy | Terms