# EXHIBIT 38

De Lilly Decl. Ex. 38



# PERFORMANCE

**Click Here**

**View all**

Anti-Friction

Performance



361
2/17
De Lilly Decl. Ex. 38



ithriveX Performance Cream

$13.99

362
3/17

De Lilly Decl. Ex. 38



363
4/17
De Lilly Decl. Ex. 38



ithriveX Performance EXTREME Cream

$15.99

364
5/17
De Lilly Decl. Ex. 38





365
6/17
De Lilly Decl. Ex. 38

Anti-Friction & Performance Bundle

$29.99

https://ithrivex.com/collections/ithrivex-performance

366
7/17
De Lilly Decl. Ex. 38



367
8/17
De Lilly Decl. Ex. 38

Anti-Friction Extreme & Performance Extreme Bundle

$31.99

368
9/17
De Lilly Decl. Ex. 38



**Anti-Friction Extreme & Performance Bundle**

$31.99

https://ithrivex.com/collections/ithrivex-performance

369
10/17
De Lilly Decl. Ex. 38



**Performance & Performance Extreme Bundle**

$28.49

https://ithrivex.com/collections/ithrivex-performance

370
11/17
De Lilly Decl. Ex. 38



**Anti-Friction & Performance Extreme Bundle**

$29.99

https://ithrivex.com/collections/ithrivex-performance

371
12/17
De Lilly Decl. Ex. 38





**Performance Cream: Case of 12, 3oz**

$159.99

373
14/17
De Lilly Decl. Ex. 38



374
15/17
De Lilly Decl. Ex. 38



**Performance EXTREME Cream: Case of 12, 3oz**

$181.99



Powered by Shopify

**THE ithriveXperience**

**THE ithriveXperience**

Anti-Friction & Anti-Chafing

Performance

Breakthrough

Erace

Revive

Shipping Policy

Refund Policy

Privacy Policy

Terms of Service

SIGN UP AND SAVE

SIGN UP AND SAVE

Subscribe to get special offers, free giveaways, and once-in-a-lifetime deals.

Enter your email

DISCLAIMER

DISCLAIMER

This product has not been evaluated by the FDA.



Powered by Shopify