# EXHIBIT 39

Create an Account    Sign in



Search all products...

HOME

SUPPLEMENTS

HEMP

FOOD

MERCH

BLOG

SIGN IN

CREATE AN ACCOUNT

## WANT TO SAVE 10% TODAY?

Sign up below for 10% off today's order!

YOUR EMAIL

Sign Up

Our A... ON!
SAVE... REST

While supplies... offers.

Shop the Sale

Reward Program



## MAKE 2021 YOUR BEST YEAR!

More make 2021 your best year! ›



**Colostrum Powder**

$31.00



## WANT TO SAVE 10% TODAY?

Sign up below for 10% off today's order!

YOUR EMAIL

**D3+K2 Daylight Oil**

$29.00

Sign Up



**Elk Antler Velvet-Gold**

$150.00



**Elk Antler Velvet-Silver**

$80.00





379
De Lilly Decl. Ex. 39

**Chaga Extract** Forager's Quest

$59.00

**Reishi Extract** Forager's Quest

$42.00

NEW

**Elk Antler 30mL Platinum**

$240.00

**Taboo Love Elixir**

$75.00

WANT TO SAVE 10% TODAY?

Sign up below for 10% off today's order!

The most

YOUR EMAIL

Our super foods co

Sign Up

## WHAT'S HOT

More categories ›

New Arrivals

On Sale Now!

380
De Lilly Decl. Ex. 39

See what's new at SurThrival!

## Be the first to know!

Promotions, new products and sales. Directly to your inbox.

Email Address                                                     Sign Up

## WANT TO SAVE 10% TODAY?

Sign up below for 10% off today's order!

**YOUR EMAIL**

**Sign Up**

### LATEST POSTS

**A DAY IN THE LIFE**

Take a peek inside…

**SUPERCHARGED IMMUNITY CHAGA COFFEE**

Boost your energy and your immune system simultaneously? YES, it can be done! Our…

**THRIVING THROUGH COVID-19 DIY HAND SANITIZER RECIPE**

Our motto at Surthrival has always been to thrive through ALL circumstances. Part of…

### THE PERFECT WINTER WELLNESS DRINK - CHAGALATTE

There's nothing quite like sipping a hot drink after being out in the cold,...

### CBD CHOCOLATE BARK FOR TWO

This decadent CBD oil-infused chocolate bark is a luxurious, sensual & wellness-promoting treat for you...

View all

## WANT TO SAVE 10% TODAY?

Sign up below for 10% off today's order!

**Surthrival Superfood**

YOUR EMAIL

Think of it as 'Empo... you...

Sign Up



| INFORMATION | SHOP | MY ACCOUNT | SUBSCRIBE |
|---|---|---|---|
| About Us | Supplements | Sign In | Email Addres |
| Blog | Food | Affiliate Login | |
| FAQs | Merch | View My Cart | |
| Search | View All | My Wishlist | |
| Contact Us | | Order History | |
| Wholesale Inquiries | | Shipping & Returns | |
| Become an Affiliate | | | |
| Route Shipping Insurance | | | |

382

De Lilly Decl. Ex. 39



© 2021 Surthrival - Premium Supplements All rights reserved.

# WANT TO SAVE 10% TODAY?

Sign up below for 10% off today's order!

YOUR EMAIL

Sign Up

