# EXHIBIT 40



Limited offer! FREE gift up to $48 value

THRIVE MARKET Search...

Back | Beauty > Skincare

# Skincare

Certified Organic Vegan Gluten-Free Cruelty-Free Fragrance-Free

More +

All Toners & Astring... CBD Skincare Exfoliants Eye Care Face Masks & Pe

## Shop by Your Values

See All

Certified Organic | Gluten-Free | Vegan

Search within Skincare

Filter | Top Ra... | **236 results**

10% Thrive Cash

176

**Hero Cosmetics, Mighty Patch, The Original**
36 ct

$12.50 ~~$12.99~~ 4% off

Add

**Limited offer! FREE gift up to $48 value**
Claim Gift

HOME BROWSE DEALS MY ITEMS LOG IN



$27.99 ~~$33.99~~ 18% off

Add

146
Earth Science, Hyaluronic Acid Serum
1 fl oz bottle

See price in cart register

Add

5% Thrive Cash

90
Ursa Major, Golden Hour Recovery Cream
1.7 fl oz bottle

$48.00

Add

144
MyChelle, Sun Shield Liquid Tint SPF 50, Light/Medium
1 fl oz bottle

$19.99 ~~$24.00~~ 17% off

Add

106
ACURE, Radically Rejuvenating Whipped Night Cream
1.7 fl oz tube

$14.49 ~~$19.99~~ 28% off

Add

5% Thrive Cash

Limited offer! FREE gift up to $48 value
Claim Gift

HOME BROWSE DEALS MY ITEMS LOG IN



Add
204
Weleda, Skin Food Original Ultra-Rich Cream
2.5 fl oz tube
See price in cart register
Add
10% Thrive Cash
43
Hero Cosmetics, Mighty Patch, Invisible +
39 ct
$17.99
Add
639
Thayers, Alcohol-Free Witch Hazel Toner, Rose Petal
12 fl oz bottle
See price in cart register
Add
120
ACURE, Radically Rejuvenating SPF 30 Day Cream
1.7 fl oz tube
$14.99 $18.99 21% off
Add
140
ACURE, Radically Rejuvenating Facial Scrub
4 fl oz tube
Limited offer! FREE gift up to $48 value
Claim Gift
HOME
BROWSE
DEALS
MY ITEMS
LOG IN

10% Thrive Cash

48

**Hero Cosmetics, Mighty Patch, Variety Pack**

26 ct

**$13.99**

Add

5% Thrive Cash

70

**Ursa Major, Brighten Up Vitamin C Serum**

1 fl oz bottle

**$54.00**

Add

174

**ACURE, Seriously Soothing Cleansing Cream**

4 fl oz bottle

**$8.49** ~~$9.99~~ 15% off

Add

138

**Derma E, Advanced Peptide & Collagen Moisturizer**

2 oz jar

**See price in cart** register

Add

5% Thrive Cash

114

**Ursa Major, Essential Face Wipes**

20 count

$24.00

**Limited offer! FREE gift up to $48 value**

Claim Gift

×

HOME BROWSE DEALS MY ITEMS LOG IN

31

Mad Hippie, Night Cream
2.1 fl oz bottle

$26.99 ~~$32.99~~ 18% off

Add

133
Derma E, Microdermabrasion Scrub
2 oz jar

See price in cart register

Add

166
ACURE, Brightening Night Cream
1.7 fl oz tube

$12.99 ~~$17.99~~ 28% off

Add

142
Egyptian Magic, All Purpose Healing Skin Cream
4 oz jar

See price in cart register

Add

186
Desert Essence, Jojoba Oil
4 fl oz bottle

$8.99 ~~$13.99~~ 36% off

Add

Limited offer! FREE gift up to $48 value
Claim Gift

HOME BROWSE DEALS MY ITEMS LOG IN

$12.99 $18.99 32% off
Add
167
Cocokind, Organic Ultra Chlorophyll Face Mask
2 oz jar
See price in cart register
Add
207
Desert Essence, Tea Tree Oil Facial Cleansing Pads
50 pads
$5.29 $7.99 34% off
Add
141
ACURE, Radically Rejuvenating Rose Argan Oil
1 oz bottle
$6.99 $9.99 30% off
Add
122
ACURE, Detox-Depuff Charcoal Lemonade Under Eye Hydrogels
2 single-use eye gels
$3.79 $4.99 24% off
Add
Limited offer! FREE gift up to $48 value
Claim Gift
HOME
BROWSE
DEALS
MY ITEMS
LOG IN

Add

14
**Pursoma, Detox Beauty Dry Brush**
1 count

**$21.99** ~~$25.00~~ 12% off

Add

228
**ACURE, The Essentials Moroccan Argan Oil**
1 fl oz bottle

**$6.99** ~~$9.99~~ 30% off

Add

54
**ACURE, Resurfacing Glycolic + Unicorn Root Cleanser**
4 fl oz bottle

**$10.99** ~~$12.99~~ 15% off

Add

5% Thrive Cash

17
**Mad Hippie, Face Cream**
1.02 fl oz bottle

**$20.79** ~~$25.99~~ 20% off

Add

5% Thrive Cash

138
**Ursa Major, Fortifying Face Balm**

**Limited offer! FREE gift up to $48 value**
Claim Gift

HOME BROWSE DEALS MY ITEMS LOG IN

5% Thrive Cash

★★★★☆ 20
**Mad Hippie, Eye Cream**
0.5 fl oz bottle

**$19.99** ~~$24.99~~ 20% off

Add

★★★★☆ 91
**Derma E, Hyaluronic Acid Hydrating Night Cream**
2 oz jar

**See price in cart** register

Add

★★★★☆ 578
**ACURE, Brightening Facial Scrub**
4 fl oz bottle

**See price in cart** register

Add

★★★★☆ 166
**ACURE, Radically Rejuvenating Eye Cream**
1 fl oz tube

**$11.99** ~~$16.99~~ 29% off

Add

★★★★☆ 87
**ACURE, Seriously Soothing Under Eye Hydrogels**
2 single use eye gels

**Limited offer! FREE gift up to $48 value**
Claim Gift

HOME BROWSE DEALS MY ITEMS LOG IN

60
Pacifica, Dreamy Youth Day & Night Face Cream
1.7 fl oz tube

$16.00

Add

156
Heritage Store, Rosewater & Glycerin Atomizer Mist
8 oz bottle

See price in cart register

Add

35
Weleda, Skin Food Light Nourishing Cream
2.5 fl oz tube

$14.99 ~~$18.99~~ 21% off

Add

23
ACURE, Resurfacing Dewy All Day Moisturizer
1 fl oz bottle

$14.29 ~~$18.99~~ 25% off

Add

165
Dr. Bronner's, Liquid Pump Soap, Peppermint
12 fl. oz bottle

See price in cart register

Add

Limited offer! FREE gift up to $48 value
Claim Gift

HOME BROWSE DEALS MY ITEMS LOG IN

8/23/2021 Case 2:20-cv-09091-PA-AS Document 63-34 Filed 08/23/21 Page 11 of 15 Page ID #:3370
Buy Skincare Products Online | Thrive Market

$24.49 $39.99 39% off
Add
5% Thrive Cash
12
Jane Iredale, Magic Mitt Makeup Remover Cloth
1 count
$15.00
Add
135
ACURE, Brightening Coconut Towelettes
30 towelettes
$4.99 $6.99 29% off
Add
92
Andalou Naturals, Turmeric & C Enlighten Serum
1.1 oz bottle
See price in cart register
Add
5% Thrive Cash
14
Mad Hippie, Vitamin A Serum
1.02 fl oz bottle
$26.99 $32.99 18% off
Add
Limited offer! FREE gift up to $48 value
Claim Gift
HOME
BROWSE
DEALS
MY ITEMS
LOG IN

https://thrivemarket.com/c/skincare 10/14
394
De Lilly Decl. Ex. 40

Add

★★★★☆ 108
**ACURE, Incredibly Clear Acne Spot Treatment**
0.25 fl oz tube

**$8.99** ~~$12.99~~ 31% off

Add

★★★★☆ 145
**Dr. Bronner's, Liquid Pump Soap, Lavender**
12 oz bottle

**See price in cart** register

Add

★★★★☆ 146
**ACURE, Radically Rejuvenating Cleansing Cream**
4 fl oz tube

**$8.49** ~~$9.99~~ 15% off

Add

10% Thrive Cash

★★★★☆ 90
**Pacifica, Coconut Milk Cream to Foam Wash**
5 oz bottle

**$10.00**

Add

★★★★☆ 53
**Weleda, Almond Face Lotion**
1 oz tube

**Limited offer! FREE gift up to $48 value**
Claim Gift

×

HOME BROWSE DEALS MY ITEMS LOG IN

108
**Now Foods, Liquid Coconut Oil**
16 fl oz bottle

**$11.79** ~~$16.99~~ 31% off

Add

6
**MyChelle, Sun Shield Liquid SPF 50, Light**
1 fl oz bottle

**$19.99** ~~$24.00~~ 17% off

Add

10% Thrive Cash

32
**Pacifica, Sea & C Love Vitamin Serum**
1 fl oz bottle

**$16.00**

Add

168
**Badger, Damascus Rose Face Oil**
1 fl. oz bottle

**See price in cart** register

Add

53
**MyChelle, Sun Shield SPF 28, Unscented**
2.3 oz tube

**Limited offer! FREE gift up to $48 value**
Claim Gift

HOME BROWSE DEALS MY ITEMS LOG IN

**Derma E, Anti-Wrinkle Glycolic Acid Cleanser**
6 oz bottle

**$9.99** ~~$13.75~~ 27% off

Add

< 1 2 3 4 >

**Need help?**

Chat

Call

FAQ

Invite your friends & get $25

Learn More

Thrive Market

Support

Diets & Lifestyles

**Limited offer! FREE gift up to $48 value**
Claim Gift

×

HOME BROWSE DEALS MY ITEMS LOG IN

Terms of Service

Privacy Policy

CA Privacy

CA Supply Chain

Do Not Sell My Info

Accessibility Adjustments

Sitemap

This site is protected by reCAPTCHA and the Google **Privacy Policy** and **Terms of Service** apply.

© Thrive Market 2021 All rights reserved.

**Limited offer! FREE gift up to $48 value**
Claim Gift

×

HOME BROWSE DEALS MY ITEMS LOG IN