# EXHIBIT 41



Contains powerful antioxidants that help protect and detox the skin from external stressors

Removes impurities in the skin

Exfoliates the skin leaving it more radiant in appearance

## THRIVE SKIN
# INFINITE DETOX BODY SCRUB

A gentle detox for skin impurities

This Detox Body Scrub is a gentle yet effective way to exfoliate dead skin cells while helping to detox impurities in the skin.

SYSTEM OVERVIEW
ENZYME PEEL
CORRECTING SERUM
MOISTURIZING ELIXIR

DETOX PURIFYING BAR
CHARCOAL ACTIVATED MASK
HAND AND FOOT CREAM
SKIN AND HAIR PEPTIDE GEL
DETOX BODY SCRUB





**THE FOUNDATION OF THE THRIVE EXPERIENCE**

 THRIVE | M

 THRIVE | W

 THRIVE | MIX

THRIVE | DFT

**THRIVE PLUS PRODUCTS FOR EVEN GREATER RESULTS**

 SPT HEAT

 SPT CHILL

 DFT:TAC

 BIOTIC

 THIRST

 TREAT MEAL

 DFT:RECHARGE

 DFT:ULTRA

 BLACK LABEL

400
De Lilly Decl. Ex. 41



WHITE LABEL

DUO:BURN

ACTIVATE

BOOST

BALANCE

SGT MOVE

SGT REST

SGT FORM

PURE

EXPAND

CAFÉ

PRO

THRIVEFIT

DRIED BEEF BITES

BLAST

SCULPT

RESTORE

---

+ These statements have not been evaluated by the Food and Drug Administration. This product is not intended to cure or prevent any disease. Keep of out reach of children. Not suitable for individuals under 18 years of age. If you are pregnant or breastfeeding consult a doctor before using this product. If you are taking any medication, or have any type of medical issue, consult with a doctor before using this product.

---



Terms   Contact

 

English Español

©2021 LE-VEL — The trademarks appearing throughout this site belong to Le-Vel Brands, LLC and are registered, pending registration, or protected by common law rights or otherwise are used with the permission of others or constitute fair use.