# EXHIBIT 43







## Who Are We? We are you.

### The woman who is stretched too far. We have tremendous demands placed on us daily.

As if that weren't enough, we pressure ourselves to be everything to everyone, putting our health and our needs last on the list.

No more!!

## SimplyThrive is here to help.

In fact, we're a platform built on the power of women helping women with their daily life challenges.







SimplyThrive is a women-led company with a visionary CEO on a mission to help women thrive in the 5 most important areas

408
De Lilly Decl. Ex. 43

# 1.
## We feature the stories of inspiring women.

They share their real-life solutions to everyday problems — in Beauty, Fashion, Wellbeing, Family, and Home. We also celebrate the journey of a woman we simply love each week. And encourage you to do the same by nominating a woman you simply love.



## 2.
## Our solutions are simple.

We give you only the pieces you need instead of endless search results.





# 3.
## Favorites reimagined.

You spend the time to pull your favorites. Why not bring them to life?
We created **boards** so you can create your own solutions. Simply shop or share!












ANIMAL PRINTS

# 4.
## The ultimate shopping cart.

One-stop checkout puts items from different shops into your cart.

Purchase them all with one click - it's simple!



**NIGHT TIME BEAUTY COLLECTION**
$79.00    QUANTITY: 1
◆ SimplyThrive Gem




**AUTUMN PATENT LEATHER BAG**
$49.00    QUANTITY: 1
a  Available from Amazon




**PLANTIE POTION "ZEN" SIX-PACK**
$20.00    QUANTITY: 3
🍃 Available from Plantie.com



412
De Lilly Decl. Ex. 43

# 5.
## Your journey creates your story.

From the stories that inspire you, the products you love, the boards you created, and the discoveries we think you'll love…This place is all about YOU.

**See Your Story**.



Learn More:  MikeA@SimplyThrive.com

www.simplythrive.com

413
7/8
De Lilly Decl. Ex. 43