1  Rollin Ransom (State Bar No. 196126)
   rransom@sidley.com
2  Lauren M. De Lilly (State Bar No. 301503)
   ldelilly@sidley.com
3  Paula Salazar (State Bar No. 327349)
   psalazar@sidley.com
4  SIDLEY AUSTIN LLP
   555 West Fifth Street
5  Los Angeles, CA 90013
   Telephone:  (213) 896-6000
6  Facsimile:  (213) 896-6600

7  *Attorneys for Defendant Thrive*
   *Causemetics, Inc.*

8

9

10              UNITED STATES DISTRICT COURT

11              CENTRAL DISTRICT OF CALIFORNIA

12

13  THRIVE NATURAL CARE, INC.        Case No. 2:20-cv-9091-PA-AS

14         Plaintiff,                 **DECLARATION OF KARISSA**
                                      **BODNAR IN SUPPORT OF**
15     v.                            **DEFENDANT THRIVE**
                                      **CAUSEMETICS, INC.'S**
16  THRIVE CAUSEMETICS, INC.,        **OPPOSITION TO PLAINTIFF'S**
                                      **MOTION FOR PARTIAL**
17         Defendant.                **SUMMARY JUDGMENT**

18

19

20

21

22

23

24

25

26

27

28

## **DECLARATION OF KARISSA BODNAR**

I, Karissa Bodnar, declare and state as follows:

1.       I am the Founder and Chief Executive Officer of Thrive Causemetics, Inc. ("TCI"), the Defendant in the above-captioned action.  I make this declaration in support of TCI's Opposition to Plaintiff Thrive Natural Care, Inc.'s ("Plaintiff") Motion for Partial Summary Judgment (ECF No. 40).  I have personal knowledge of the facts stated in this declaration, and I would and could testify as to them if called as a witness in this action.

2.       I founded TCI in 2014 with the vision of establishing a luxury beauty company that not only created high-end products, but that also makes a difference in women's lives.  In furtherance of that goal, TCI adopted a mission of charitable giving through which it makes significant charitable donations in support of issues important to women, such as fighting breast cancer, surviving domestic abuse, transitioning out of homelessness, and adjusting to life outside of military service, among several others.

3.       I selected the company's name, "Thrive Causemetics."  In October of 2013, I was watching a segment called "GMA Goes Pink" on Good Morning America.  During that segment in which the co-anchors were discussing breast cancer survivors, Robin Roberts commented that these women were not just survivors, but "thrivers."  My vision for the company already included that it would help the community, but after hearing Ms. Roberts' sentiment, I wanted to help women going through cancer treatment and knew that the company's mission would be to help women thrive.  I also coined the term "Causemetics" in TCI's name to reflect my, and the company's, deep commitment to supporting charitable causes critical to women's being.  In addition to its common law rights in the name "Thrive Causemetics," TCI owns U.S. Registration No. 2,938,220 for the mark CAUSE-METICS.

-2-

4.     TCI sold its first products, false eyelashes and eyelash adhesives, in 2014.  After these its initial product offerings, in 2015, TCI expanded its product range to include a variety of color cosmetics products.  In 2018, TCI added skincare to its existing product line.  Every product sold by TCI is labeled with the company's mark THRIVE CAUSEMETICS on its packaging and the product packaging consistently uses white or teal tones, and the mark is in slim, all lower-case black, white, teal, or silver font.

5.     TCI has a significant social media presence.  TCI's official social media pages prominently display the company's full name and mark THRIVE CAUSEMETICS.  Currently, TCI has over 531,000 followers on Instagram and over 637,000 followers on Facebook.  A true and correct copy of a printout of TCI's official Facebook account homepage is attached hereto as **Exhibit A**, and a true and correct copy of a printout of TCI's official Instagram account homepage is attached hereto as **Exhibit B**.

6.     TCI sells its products directly to consumers through its website, thrivecausemetics.com.  TCI has never authorized any third-party online seller to sell TCI products.

7.     TCI does not sell its products through brick-and-mortar retail locations. In late 2019 through early 2020, TCI participated in a one-time limited partnership for the sale of its color cosmetics products at certain Ulta locations.  The limited partnership with Ulta did not include any TCI skincare products.  TCI products have also periodically been offered for sale in small beauty boutiques.  However, TCI has never sold its skincare products in any brick-and-mortar locations.

8.     TCI primarily sells color cosmetics and skincare products, together with related tools such as make-up brushes and bags.  The more common term for color cosmetics is makeup.

9. TCI's color cosmetics include the products Buildable Blur CC Cream and Filtered Effects Blurring Primer. Buildable Blur CC Cream is a color-correcting product that covers skin imperfections and evens skin tone. TCI considers Buildable Blur CC Cream to be a color cosmetic because it has pigment, is available in 18 different shades, and improves the appearance of skin in the way that makeup would. As such, TCI advertises Buildable Blur CC Cream in the "Makeup" section of its website, and not in the "Skincare" section of its website. Filtered Effects Blurring Primer is a foundation smoothing product that serves as a base to which makeup can be applied, and immediately reduces the appearance of pores, texture, and fine lines. TCI also considers Filtered Effects Blurring Primer to be a color cosmetic and it is included in the "Makeup" section of TCI's website, and not in the "Skincare" section of its website.

10. At this time, TCI does not have specific plans to expand its product line beyond color cosmetics and related tools and skincare products.

11. TCI's skincare products are innovative and designed to provide consumers with a luxury beauty experience. For example, TCI's Smart Microdermabrasion 2-in-1 Instant Facial is inspired by in-office microdermabrasion and exfoliates skin for a smoother, brighter complexion. Similarly, TCI's Overnight Sensation Gentle Resurfacing Peel is formulated with 10% AHA and BHA acids, along with a plant-based retinol alternative, to quickly and effectively deliver professional-grade results overnight to reveal younger-looking skin, brighten dark spots, smooth uneven texture and reduce the look of fine lines. TCI's Bright Balance 3-in-1 Cleanser is designed to complement TCI's color cosmetics offerings in addition to offering skincare benefits, as the cleanser both removes stubborn waterproof makeup, and hydrates and brightens the skin to improve texture and clarity.

12. The prices for TCI's individual skincare products range from $18 to $68. TCI also sells skincare sets, which range in price from $35 to $73.

13. TCI believes that its products can be purchased and enjoyed by anyone.

-4-

However, TCI's principal mission is to empower and support women, and TCI primarily targets women in its product development and advertising.  For example, as part of TCI's commitment to honoring women, when TCI develops and names new color cosmetics products, TCI invites its customers to submit the names and stories of inspirational women for TCI to consider in the name selection process.  TCI then selects an inspirational woman after which to name the new product.

14.    TCI's customers also directly engage with and provide feedback to TCI. They are vocal in their support of TCI's charitable mission, suggest new product ideas, and even provide ideas to improve TCI's product formulations.  TCI's decision to sell skincare was a direct result of customer demand, feedback, and support.  TCI received feedback from its customers that they wanted additional TCI products— including skincare—to compliment TCI's color cosmetics products.  The support from TCI's customers is what ultimately led to the company add skincare products to its product line in 2018, beginning with TCI's Overnight Sensation Brightening Sleep Mask.  Since then, TCI periodically added skincare products to its offerings.

15.    In April 2016, I sent an e-mail to Alex McIntosh, co-founder and Chief executive Officer of Plaintiff, respecting use the term "thrive" as part of TCI's brand name.  As reflected in my e-mail, I believed that Plaintiff was a men's line, which was based on my understanding that Plaintiff sold men's shaving products and was in a different market than TCI.  My e-mail also stated that TCI sold color cosmetics, had a mission of helping women going through cancer treatment to look and feel better during their time of need, and that TCI would always use the term "thrive" in conjunction with "Causemetics" because the two words together are our brand name. Mr. McIntosh declined my request and stated that Plaintiff "already sell[s] female cosmetic products."  Mr. McIntosh did not demand that TCI cease using the term "thrive," whether as part of TCI's brand name or otherwise.

16.    On March 3, 2017, TCI received a cease-and-desist letter from Plaintiff, claiming that TCI was infringing Plaintiff's trademark rights. On April 12, 2017,

DECLARATION OF KARISSA BODNAR IN SUPPORT OF DEFENDANT THRIVE CAUSEMETICS, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

TCI's counsel sent a response to Plaintiff that explained the reasons that TCI believed confusion between the parties was unlikely and stating that TCI would not agree to cease use of TCI's THRIVE CAUSEMETICS trademark.  Plaintiff never responded to or took action against TCI following TCI's April 2017 letter.

17.     In June of 2019, I again reached out to Mr. McIntosh, this time by telephone, for a discussion regarding the companies' respective marks and a potential "peaceful coexistence" agreement between our respective companies.  In our conversation, Mr. McIntosh made a generic reference to licensing, but to the best of my recollection, could not and would not propose a royalty amount, and did not have a suggestion as to what Plaintiff believed any appropriate royalty would be.  In all events, I did not agree to the concept of a license or propose any license terms; instead, as part of my suggestion regarding a coexistence agreement, I believe I suggested that TCI might consider making a donation to Plaintiff's preferred charitable organization to resolve the parties' dispute but did not propose specific terms concerning this potential donation.  The conversation concluded and we did not reach any type of agreement.

18.     Since June 2019, I have not had any further discussions with Mr. McIntosh or anyone representing Plaintiff.

19.     I am unaware of any instance in which a person or entity has confused TCI with Plaintiff, or vice versa, or believed that the two companies were in any way affiliated.  To my knowledge, TCI has not received any information indicating that any person or entity believed that a TCI product came from or was affiliated with Plaintiff.

I declare under penalty of perjury under the laws of the United States that the above facts are true and correct.

Executed this 23rd day of August, 2021, in Bellevue, Washington.

-6-
DECLARATION OF KARISSA BODNAR IN SUPPORT OF DEFENDANT THRIVE CAUSEMETICS, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

1

2

3
Karissa Bodnar

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF KARISSA BODNAR IN SUPPORT OF DEFENDANT THRIVE CAUSEMETICS,
INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

# EXHIBIT A



**NEW**

# CONFIDENCE ON A CELLULAR LEVEL

Introducing Timeless Ambition™
Power 7-Peptide Firming Moisturizer



## Thrive Causemetics ✓

@thrivecausemetics · Beauty, Cosmetic & Personal Care

🛍 Shop Now

☐ thrivecausemetics.com

Home   Shop   About   Photos   More ▾        👍 Like   💬 Message   🔍   ⋯

### GENERAL

👍 617,964 people like this

☑ 637,995 people follow this

📁 Beauty, Cosmetic & Personal Care

### ADDITIONAL CONTACT INFO

🌐 https://thrivecausemetics.com/

📞 (888) 804-4318

✉ help@thrivecausemetics.com

💬 Very responsive to messages
   Send Message

### MORE INFO

ℹ **About**

Bigger Than Beauty. For every product you purchase, we donate to help a woman thrive.

ℹ **Additional Information**

Thrive Causemetics creates luxury cosmetics that are cruelty-free, 100% vegan and formulated without parabens, sulfates or latex.

For every product you purchase, we donate to help a woman thrive.

We name all of our products after ordinary women doing extraordinary things. **See Less**

Document title: (2) Thrive Causemetics | Facebook
Capture URL: https://www.facebook.com/thrivecausemetics/about
Capture Date/Time: Thu, 19 Aug 2021 01:17:44 PM

# EXHIBIT B



Instagram    Search

thrivecausemetics    Follow    •••

**3,404** posts    **531k** followers    **1,567** following

**Thrive Causemetics**
High-Performance Vegan Cruelty-Free
For every product you purchase, we donate to help women thrive
#thrivecausemetics
NEW PRODUCT LAUNCH! ⬇
bit.ly/TimelessAmbitionFirmingMoisturizer

Mascara    Giving    Press    Karissa's Tips    Skincare

POSTS    REELS    IGTV    TAGGED

Document title: Thrive Causemetics (@thrivecausemetics) • Instagram photos and videos
Capture URL: https://www.instagram.com/thrivecausemetics/
Capture Date/Time: Thu, 19 Aug 2021 01:45:54 PM