Rollin Ransom (State Bar No. 196126)
rransom@sidley.com
Lauren M. De Lilly (State Bar No. 301503)
ldelilly@sidley.com
Ryan Stasell (State Bar No. 307431)
rstasell@sidley.com
Paula Salazar (State Bar No. 327349)
psalazar@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite-4000
Los Angeles, CA 90013
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600

*Attorneys for Defendant Thrive Causemetics, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THRIVE NATURAL CARE, INC. <br><br> Plaintiff, <br><br> v. <br><br> THRIVE CAUSEMETICS, INC., <br><br> Defendant. | Case No. 2.20-cv-9091-PA-AS <br><br> **DECLARATION OF LISA ERTZ** |

I, Lisa Ertz, declare and state as follows:

1. I am the Executive Director of the Ertz Family Foundation. I have personal knowledge of the facts stated in this declaration and if called as a witness, I would and could testify as to them.

2. I understand that Thrive Natural Care ("TNC") has stated that it "worked for months in 2019 to secure a partnership" with Julie and Zach Ertz to serve as brand ambassadors for TNC, and that Julie and Zach "declined to pursue brand ambassadorship" with TNC, at least in part, due to confusion between TNC and Thrive Causemetics, Inc. ("TCI"). These statements are incorrect.

3. I was connected with Alex McIntosh of TNC on June 19, 2019, and spoke with him once or twice in late June and/or early July. While I recall that we briefly discussed TCI in our initial conversation, I was not concerned about possible confusion between TNC and TCI, and virtually all of our discussions related instead to the mission of the Ertz Family Foundation and the work of TNC.

4. I referred Mr. McIntosh to Julie and Zach's agent, Steve Caric, on July 9, 2019, to consider whether the Ertz Family Foundation and TNC might partner together. To the best of my recollection, I never discussed TCI or any possible confusion between TNC and TCI with Mr. Caric. In any event, neither "possible confusion" with TCI nor anything else having to do with TCI ever influenced any decision that I or the Ertz Family Foundation made with respect to a partnership with TNC.

5. I understand that Mr. Caric considered TNC's proposal for a partnership with the Ertz Family Foundation and with Julie and Zach, and declined to move forward with it in July 2019. To my knowledge, that decision had nothing to do with TCI or any confusion with TCI. It was simply not a proposal that was of interest, given the number of proposals that the Ertz Family Foundation and Julie and Zach receive.

I declare under penalty of perjury under the laws of the United States that the

1 | above facts are true and correct, and that this declaration was executed this 25th day of
2 | August, 2021, in Philadelphia, Pennsylvania.

_____
Lisa Ertz