UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THRIVE NATURAL CARE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THRIVE CAUSEMETICS, INC.,<br><br>Defendant. | Case No. 2:20-CV-9091-PA-AS<br>ORDER RE:<br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION TO FILE DOCUMENTS UNDER SEAL** |

# ORDER

This Court has read and considered Plaintiff Thrive Natural Care Inc.'s Application for Leave to File Under Seal and the Sealed Declaration of Stephen McArthur in support of Plaintiff Thrive Natural Care, Inc.'s Application for Leave to File Under Seal. Good cause and a compelling need to file these documents under seal have been shown, based on the confidential and sensitive nature of the documents:

**Exhibits 1-4** are unredacted copies of Defendant's deposition transcripts and exhibits that contain information designated "CONFIDENTIAL" and "ATTORNEYS' EYES ONLY" by Defendant. Counsel for Defendant has not consented to publicly filing the information that has been redacted from the public version of Exhibits 1-4.

**Exhibit 5** is an unredacted copy of the Declaration of David Drews in support of Plaintiff's Motion for Partial Summary Judgment which contains various figures and information designated "CONFIDENTIAL" and "ATTORNEYS' EYES ONLY" by Defendant. Counsel for Defendant has not consented to publicly filing the information that has been redacted from the public version of Exhibit 5.

**Exhibit 6** is an unredacted copy of Plaintiff's Opening Brief in support of Motion for Partial Summary Judgment which contains information designated "CONFIDENTIAL" and "ATTORNEYS' EYES ONLY" by Defendant. Counsel for Defendant has not consented to publicly filing the information that has been redacted from the public version of Exhibit 6.

**Exhibit 7** is an unredacted copy of Plaintiff's [Proposed] Order Granting Plaintiff's Motion for Partial Summary Judgment which contains information designated "CONFIDENTIAL" and "ATTORNEYS' EYES ONLY" by Defendant. Counsel for Defendant has not consented to publicly filing the information that has been redacted from the public version of Exhibit 7.

**Exhibit 8** is an unredacted copy of Plaintiff's Statement of Uncontroverted

1  Facts and Conclusions of Law in support of Motion for Partial Summary Judgment
2  which contains information designated "CONFIDENTIAL" and "ATTORNEYS'
3  EYES ONLY" by Defendant. Counsel for Defendant has not consented to publicly
4  filing the information that has been redacted from the public version of Exhibit 8.
5
6     IT IS HEREBY ORDERED that:
7     Plaintiff's Application to File Documents Under Seal is GRANTED.
8  Plaintiff shall promptly file Exhibits 1 – 8 under seal in accordance with Local Rule
9  79-5.2.2(c).

**DENIED**
BY ORDER OF
***

10     IT IS SO ORDERED.
11
       UNITED STATES DISTRICT JUDGE
12  DATED:_____    08/26/21
                            _____
                            Hon. Percy Anderson
13                          Judge, United States District Court
14
15  *** It is Plaintiff's burden to overcome the presumption of the public's right of access sufficient to permit sealing.  Kamakana v. City and County of Honolulu, 447 F.3d 1172, 1178-1180 (9th Cir. 2006). There is a "strong presumption in favor of access."  Id.  To overcome this strong presumption,
16  "[a] party seeking to seal a judicial record . . . bears the burden of satisfying the "compelling reasons"
17  standard." Id.  Plaintiff failed to meet that burden.
18
19
20
21
22
23
24
25
26
27
28