1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THRIVE NATURAL CARE, INC., | Case No. 2:20-cv-9091-PA-AS |
| Plaintiff, | Hon. Percy Anderson |
| vs. | **ORDER GRANTING DEFENDANT THRIVE CAUSEMETICS, INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| THRIVE CAUSEMETICS, INC., | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING LEAVE**
**TO FILE DOCUMENTS UNDER SEAL**

On August 6, 2021, Defendant Thrive Causemetics, Inc. filed an Application For Leave to File Under Seal Documents in Support of Defendant's Motion for Summary Judgment, also filed on August 6, 2021.  The Court having considered Defendant's Application, and compelling reasons and good cause appearing therefore, IT IS HEREBY ORDERED that the Court GRANTS the Application to File Under Seal the following documents and information:

| DOCUMENT | DESCRIPTION |
| --- | --- |
| Memorandum | The information appearing on pages 1, 3, and 10 of Defendant's Memorandum of Points and Authorities in Support of Its Motion for Summary Judgment. |
| DSUF | The information appearing on pages 2 and 3 of Defendant's Statement of Uncontroverted Facts and Conclusions of Law in support of Its Motion for Summary Judgment. |
| Menninger MSJ Declaration | The information appearing in paragraph 2 of the Declaration of Ned A. Menninger in support of Defendant's Motion for Summary Judgment. |
| [Proposed] Order Granting Motion for Summary Judgment | The information appearing on page 2 of Defendant's [Proposed] Order Granting Motion for Summary Judgment. |
| Exhibit B to the De Lilly MSJ Decl. | A true and correct copy of a document produced by Plaintiff and Bates numbered TNC01282-1299. |
| Exhibit G to the De Lilly MSJ Decl. | A true and correct copy of a document produced by Plaintiff and Bates numbered TNC00007-08. |
| Exhibit I to the De Lilly | The information appearing on pages 3 and 22-24 of |

| MSJ Decl. | the true and correct copy of excerpts of the Expert Report of David Drews (the "Drews Report"). |
|---|---|

Defendant is granted leave to file under seal the Memorandum, DSUF, Menninger MSJ Declaration, MSJ [Proposed] Order, and the Drews Report, as specified above.

**IT IS SO ORDERED.**

Dated: August 26, 2021

_____
PERCY ANDERSON
United States District Judge