UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THRIVE NATURAL CARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> THRIVE CAUSEMETICS, INC., <br><br> Defendant. | Case No. 2:20-CV-9091-PA-AS <br><br> Hon. Percy Anderson <br><br> **ORDER DENYING PLAINTIFF THRIVE NATURAL CARE, INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF ITS OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

# [PROPOSED] ORDER GRANTING LEAVE
# TO FILE DOCUMENTS UNDER SEAL

On August 23, 2021, Plaintiff Thrive Natural Care, Inc. ("Plaintiff") filed an Application For Leave to File Under Seal Documents in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment, also filed on August 23, 2021. The Court having considered Plaintiff's Application, and compelling reasons and good cause appearing therefore, IT IS HEREBY ORDERED that the Court DENIES the Application to File Under Seal the following documents and information:

| DOCUMENT | DESCRIPTION |
| --- | --- |
| Opposition | The information appearing on pages 3, 6, 7, 15, 19, 22-24 of Plaintiff's Opposition to Defendant's Motion for Summary Judgment. |
| SDG | The information appearing on pages 3, 8, 14-18 of Plaintiff's Statement of Genuine Disputes. |
| Drews Opp. Declaration | The information appearing in the Drews Opp. Declaration and attached schedules. |
| Exhibits A-C to the McArthur Opp. Declaration | Deposition transcripts of Defendant's Rule 30(b)(6) designee Karissa Bodnar and personal depositions of Brendan Gardner-Young and Ned Menninger and related deposition exhibits. |

Plaintiff is denied leave to file under seal the Opposition, SDG, Drews Opp. Declaration, and Exhibits A-C to the McArthur Opp. Plaintiff failed to meet its burden of overcoming the presumption of the public right to access.

DENIED
BY ORDER OF
UNITED STATES DISTRICT JUDGE
08/26/21