UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-9091 PA (ASx) | Date | August 27, 2021 |
|---|---|---|---|
| Title | Thrive Natural Care, Inc. v. Thrive Causemetics, Inc. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** IN CHAMBERS – COURT ORDER

The Court orders (Docket Nos. 68 and 69) in response to the parties' application to have certain documents sealed are vacated. The Court will issue new orders in due course. Counsel are reminded that the Local Rules of this Court prohibit counsel from raising substantive legal issues through the Court's clerk. Such matters should be raised by filing a appropriate motion, ex parte application, or stipulation. Any future violations will result in the imposition of sanctions.

IT IS SO ORDERED.