UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THRIVE NATURAL CARE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> THRIVE CAUSEMETICS, INC., <br><br> Defendants. | Case No. 2:20-cv-9091-PA-AS <br><br> Hon. Percy Anderson <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT THRIVE CAUSEMETICS, INC.'S APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF ITS REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** |

# [PROPOSED] ORDER GRANTING LEAVE TO FILE DOCUMENTS UNDER SEAL

On August 30, 2021, Defendant Thrive Causemetics, Inc. filed an Application For Leave to File Under Seal Documents in Support of Its Reply in support of Its Motion for Summary Judgment, also filed on August 30, 2021. The Court having considered Defendant's Application, and compelling reasons and good cause appearing therefore, IT IS HEREBY ORDERED that the Court GRANTS the Application to File Under Seal the following documents and information:

| DOCUMENT | DESCRIPTION |
| --- | --- |
| Defendant Thrive Causemetics, Inc.'s Reply to Plaintiff's Statement of Additional Facts, in Support of Defendant's Motion For Summary Judgment ("Reply Stmt.") | The information appearing on pages 8, 11, 19, 20, 25, 28, 29, and 30 of Defendant's Reply Stmt. |
| Exhibit E to the De Lilly Reply Declaration | A true and correct copy of excerpts of a document produced by Plaintiff and Bates numbered TNC00001-TNC00004. |
| Exhibit G to the De Lilly Reply Declaration | The information appearing on page 79 of the true and correct copy of excerpts from the certified reporter's transcript of the deposition of David Drews. |

Defendant is granted leave to file under seal pages 19, 20, 28, 29, and 30 of the Reply Stmt. and Exhibit G to the De Lilly Reply Declaration as specified above. Defendant is also granted leave to file under seal pages 8, 11, and 25 of the Reply Stmt. and Exhibit E to the De Lilly Reply Declaration for the purpose of allowing

Plaintiff an opportunity to demonstrate that the materials should remain under seal in their entirety or agree to remove a confidentiality designation. Plaintiff shall have ___ days to submit support for further sealing or advise the Court that certain materials can be unsealed.

**IT IS SO ORDERED.**

Dated: _____, 2021

_____
HON. PERCY ANDERSON
United States District Judge