Rollin Ransom (State Bar No. 196126)
rransom@sidley.com
Lauren M. De Lilly (State Bar No. 301503)
ldelilly@sidley.com
Paula Salazar (State Bar No. 327349)
psalazar@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite-4000
Los Angeles, CA 90013
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600

*Attorneys for Defendant Thrive Causemetics, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| THRIVE NATURAL CARE, INC.<br><br>Plaintiff,<br><br>v.<br><br>THRIVE CAUSEMETICS, INC.,<br><br>Defendant. | Case No. 2:20-cv-9091-PA-AS<br><br>**DECLARATION OF LAUREN M. DE LILLY IN SUPPORT OF DEFENDANT THRIVE CAUSEMETICS, INC'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** |
|---|---|

## DECLARATION OF LAUREN M. DE LILLY

I, Lauren M. De Lilly, declare and state as follows:

I am an attorney at law licensed to practice before all of the Courts of the State of California and admitted to practice in this District. I am an associate at the law firm of Sidley Austin LLP, counsel of record for Defendant Thrive Causemetics, Inc. ("TCI") in this action. I submit this declaration in support of TCI's reply in support of its Motion for Summary Judgment (ECF No. 36). I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

1. On August 25, 2021, I visited Amazon.com and using the search bar at the top of the homepage, I ran a search for the term "thrive" in "All Departments." I then printed a portable document format ("PDF") copy of the search results. Attached hereto as **Exhibit A** is a true and correct copy of the first page of those search results, available at https://www.amazon.com/s?k=thrive &ref=nb_sb_noss_2, and last visited on August 25, 2021.

2. On August 25, 2021, I visited Amazon.com and using the search bar at the top of the homepage, I ran a search for the term "thrive skincare" in "All Departments." I then printed a PDF copy of the search results. Attached hereto as **Exhibit B** is a true and correct copy of the first page of those search results, available at https://www.amazon.com/s?k=thrive+skincare&ref=nb_sb_noss_2, and last visited on August 25, 2021.

3. On August 25, 2021, I visited Amazon.com and using the search bar at the top of the homepage, I ran a search for the term "thrive lotion" in "All Departments." I then printed a PDF copy of the search results. Attached hereto as **Exhibit C** is a true and correct copy of the first page of those search results, available at https://www.amazon.com/s?k=thrive+lotion&ref=nb_sb_noss_2, and last visited on August 25, 2021.

4. Attached hereto as **Exhibit D** is a true and correct copy of excerpts from the certified reporter's transcript of the deposition of Plaintiff Thrive Natural Care, Inc. taken on July 23, 2021.

5. Attached hereto as **Exhibit E** is a true and correct copy of excerpts of a document produced by Plaintiff in this action and Bates numbered TNC00001-TNC00004.

6. Attached hereto as **Exhibit F** is a true and correct copy of excerpts from the certified reporter's transcript of the deposition of Alex McIntosh taken on July 30, 2021.

7. Attached hereto as **Exhibit G** is a true and correct copy of excerpts from the certified reporter's transcript of the deposition of David Drews taken on August 19, 2021.

8. Attached hereto as **Exhibit H** is a true and correct copy of excerpts from the certified reporter's rough draft transcript of the deposition of Robert Wallace taken on August 27, 2021. As of August 30, 2021, the final deposition transcript has not yet been made available.

I declare under penalty of perjury under the laws of the United States that the above facts are true and correct, and that this declaration was executed this 30th day of August 2021, in Buckeye, Arizona.

_____
Lauren M. De Lilly