1  Rollin A. Ransom (State Bar No. 196126)
   rransom@sidley.com
2  Lauren M. De Lilly (State Bar No. 301503)
   ldelilly@sidley.com
3  Paula C. Salazar (State Bar No. 327349)
   psalazar@sidley.com
4  SIDLEY AUSTIN LLP
   555 West Fifth Street
5  Los Angeles, CA 90013
   Telephone: (213) 896-6000
6  Facsimile: (213) 896-6600

7  *Attorneys for Defendant Thrive Causemetics, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| THRIVE NATURAL CARE, INC., | Case No. 2:20-cv-9091-PA-AS |
|---|---|
| Plaintiff, | Hon. Percy Anderson |
| v. | **TABLE OF CONTENTS TO THE DECLARATION OF LAUREN DE LILLY IN SUPPORT OF DEFENDANT THRIVE CAUSEMETICS, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** |
| THRIVE CAUSEMETICS, INC., | |
| Defendant. | |
| | Date: September 13, 2021<br>Time: 1:30 p.m.<br>Place: Courtroom 9A |

# TABLE OF CONTENTS

| Ex. | Description | Page |
|---|---|---|
| A | A true and correct copy of the Amazon search results for the term "thrive." | 004 |
| B | A true and correct copy of the Amazon search results for the term "thrive skincare." | 018 |
| C | A true and correct copy of the Amazon search results for the term "thrive lotion." | 030 |
| D | A true and correct copy of excerpts from the certified reporter's transcript of the deposition of Plaintiff Thrive Natural Care, Inc. taken on July 23, 2021 | 043 |
| E | A true and correct copy of excerpts of a document produced by Plaintiff in this action and Bates numbered TNC00001-TNC00004 | 053 |
| F | A true and correct copy of excerpts from the certified reporter's transcript of the deposition of Alex McIntosh taken on July 30, 2021 | 058 |
| G | A true and correct copy of excerpts from the certified reporter's transcript of the deposition of David Drews taken on August 19, 2021 | 070 |
| H | A true and correct copy of excerpts from the certified reporter's rough draft transcript of the deposition of Robert Wallace taken on August 27, 2021 | 083 |

# EXHIBIT A

| Hello, Select your address | All | thrive | | Hello, Sign in Account & Lists | Returns & Orders | 0 |

All | Best Sellers | Customer Service | Prime | New Releases | Pharmacy | Books | Today's Deals | Fashion | Last-minute school supplies

1-48 of over 4,000 results for **"thrive"**  Sort by: Featured

**Eligible for Free Shipping**
Free Shipping by Amazon
All customers get FREE Shipping on orders over $25 shipped by Amazon

**Amazon Local Stores**
Amazon Fresh
See more

**Climate Pledge Friendly**
Climate Pledge Friendly

**Department**
Eye Makeup
Nutritional Supplements
Books
  Business Management & Leadership
  Success Self-Help
  Business Culture
  Motivational Self-Help
  Biographies
Movies & TV
  Prime Video
See All 30 Departments

**Customer Reviews**
 & Up
 & Up
 & Up
 & Up

**Brand**
Thrive Causemetics
Thrive Natural Care
Julep
QIC
Eu Natural
NYX PROFESSIONAL MAKEUP
Focallure
See more

**Price**
Under $25
$25 to $50
$50 to $100
$100 to $200
$200 & Above
$ Min  $ Max  Go

**Deals**
Today's Deals

**Makeup Formulation**
Crayon
Cream
Cushion



A Cult Favorite Waterproof All Day Eyeshadow Stick
Shop Julep Beauty ›


Julep Eyeshadow 101 Crème to Powder Waterproof Eyeshadow Stick,
14,792


Julep Eyeshadow 101 Crème to Powder Waterproof Eyeshadow Stick, Pearl
14,792


Julep Eyeshadow 101 Crème to Powder Waterproof Eyeshadow Stick, Duo;
1,297

Sponsored



Sponsored
Just Thrive: Precision PREbiotic Capsules - Gastrointestinal and Immune Support - 120 Capsules -…
120 Count (Pack of 1)
36
$**49**⁹⁹ ($0.42/Count)
$44.99 with Subscribe & Save discount
Get it as soon as **Tue, Aug 31**
FREE Shipping by Amazon



Thrive Causemetics Liquid Lash Extension Mascara BRYNN Rich Black .38oz
0.38 Ounce (Pack of 1)
209
$**33**⁴⁶ ($33.46/Count)
FREE Shipping
Only 5 left in stock - order soon.
More Buying Choices
$31.40 (16 new offers)



Editors' pick

Thrive: The Third Metric to Redefining Success and Creating a Life of Well-Being, Wisdom, and Wonder
by Arianna Huffington
1,349
**Paperback**
$**10**⁶¹ $16.99
Get it as soon as **Thu, Sep 2**
FREE Shipping on orders over $25 shipped by Amazon
More Buying Choices
$0.94 (254 used & new offers)
Other formats: Audible Audiobook , Kindle , Hardcover , Audio CD





Drops
Gel
Liquid
Lotion
Mousse
Oil
Pencil
Powder
Serum
Spray
Stick
Strip

**Beauty Product Attributes**
Alcohol Free
Ammonia Free
Contains Keratin
Formaldehyde Free
Hypoallergenic
Oil Free
PABA Free
See more

**International Shipping**
International Shipping Eligible

**New Arrivals**
Last 30 days
Last 90 days
Coming Soon

**Subscription Options**
Subscribe & Save Eligible

**Premium Beauty Selection**
Premium Selection

**From Our Brands**
Our Brands

**Packaging Option**
Frustration-Free Packaging

**Condition**
New
Used

**Availability**
Include Out of Stock

---

Thrive brilliant eye brightener - Aurora
**1 Count (Pack of 1)**
329
$49⁹⁹ ($49.99/Count)
FREE Shipping

Narstin Thrive lash booster Liquid lash Mascara, Crystal (Brynn rich black )-0.38OZ/10.7g
**0.38 Ounce (Pack of 1)**
82
Save 6%
$33⁰⁰ ($86.84/Fl Oz) $35.00
Lowest price in 30 days
FREE Shipping by Amazon
In stock soon.

Just Thrive: Probiotic & Antioxidant - Vegan Proprietary Probiotic Blend - 90-Day Supply - 100-Percent…
**90 Count (Pack of 1)**
1,913
$129⁹⁹ ($1.44/Count)
$123.49 with Subscribe & Save discount
Get it as soon as **Fri, Aug 27**
FREE Shipping by Amazon

 **Climate Pledge Friendly**
See 1 certification



Sponsored

Thrive 6 Mushroom Complex - 120 Capsules - Lion's Mane, Reishi,…
1,243
$29⁹⁵ ($0.25/Count)
$28.45 with Subscribe & Save discount
Save $2.00 with coupon
Get it as soon as **Thu, Sep 2**
FREE Shipping by Amazon

Shop the FreshCap Mushrooms Store on Amazon ›

Amazon's Choice  Customers shopped Amazon's Choice for…

"thrive"  "thrive probiotics"  "thrice vinyl"





Cheers Restore Capsules with Dihydromyricetin (DHM), (36...
**36 Count (Pack of 1)**
4,427
$34⁹⁹ ($0.97/Count)
$33.24 with Subscribe & Save discount

Just Thrive: Probiotic & Antioxidant - Vegan...
**30 Count (Pack of 1)**
1,913
$49⁹⁹ ($1.67/Count)
$44.99 with Subscribe & Save discount

Palms
by Thrice
306
Vinyl
$18⁴² $19.98





Thrive Cosmetics Eye Brightener Shade STELLA - Champagne Shimmer (Unboxed)
**1 Count (Pack of 1)**
24
$34⁰⁰
FREE Shipping
Only 6 left in stock - order soon.

Thrive Causemetics Brilliant Eye Brightener - Stella
**1 Count (Pack of 1)**
913
$39⁹⁹ ($39.99/Count)
FREE Shipping by Amazon
In stock soon.
More Buying Choices
$37.01 (7 new offers)

Thrive Causemetics Highlighting Stick Eye Brightener, Champagne Shimmer, Stella
**1 Count (Pack of 1)**
663
$37⁹⁸ ($37.98/Count)
Get it as soon as **Thu, Sep 2**
FREE Shipping by Amazon
More Buying Choices
$33.99 (14 new offers)





007
De Lilly Reply Decl. Ex. A

  

| Thrive Causemetics Highlighting Stick Eye Brightener, Champagne Shimmer, Aurora | Thrive Causemetics Brilliant Eye Brightener - Meiko (Soft Pink Shimmer) | Thrive Causemetics Liquid Lash Extensions Mascara, Crystal (Brown Black) 10.7g Full Size |
|---|---|---|
| 1 | **1 Count (Pack of 1)** | **0.38 Ounce (Pack of 1)** |
| $38⁰⁰ ($769.23/Ounce) | 127 | 879 |
| FREE Shipping | $41³¹ ($843.06/Ounce) | $50⁰⁰ ($50.00/Count) $54.89 |
| | Get it as soon as **Fri, Sep 3** | Get it as soon as **Thu, Sep 2** |
| | FREE Shipping by Amazon | FREE Shipping by Amazon |
| | Only 4 left in stock - order soon. | More Buying Choices |
| | More Buying Choices | $39.95 (45 new offers) |
| | $39.99 (27 new offers) | |



Below the book image on the left:

**Thrive: Strategies to Turn Uncertainty to Competitive Advantage**
by Meridith Elliott Powell and Sound Wisdom
58
**Audible Audiobook**
$0⁰⁰ $19.95
Free with Audible trial
Other formats: Kindle , Paperback , Hardcover

**Thrive Causemetics Liquid Lash Extension Mascara BRYNN rich black .38oz**
$39⁹⁵ ($39.95/Count)
FREE Shipping

**Max Thrive Keto Advanced Weight Management Support Ketosis Supplement Pills (1 Pack)**
$39⁹⁵ ($0.67/Count)
Get it as soon as **Thu, Sep 2**
FREE Shipping by Amazon

 

**Thrive Causemetics - Infinity Waterproof Eyeliner Shade: Ella (Brown Matte)**
**1 Count (Pack of 1)**
181
$28⁰⁰ ($28.00/Count)
FREE Shipping

**Thrive Causemetics - Infinity Waterproof Eyeliner Shade: Lauren (black matte)**
**1 Count (Pack of 1)**
536
$42⁹³ ($42.93/Count)
FREE Shipping by Amazon
In stock soon.
More Buying Choices
$34.98 (41 new offers)

**Spark Thyroid Support & Energy Metabolism – Thrive, Naturally Fight Fatigue, Balance Hormones, Promote...**
**60 Count (Pack of 1)**
1,453
$29⁹⁹ ($0.50/Count)
$28.49 with Subscribe & Save discount
Save 6% with coupon

008
De Lilly Reply Decl. Ex. A

Get it as soon as **Fri, Aug 27**
FREE Shipping by Amazon



**Thrive: An Addicted Novel**
Book 4 of 5: Addicted Series
394
Kindle
$4⁹⁹ $17.99
Available instantly
Other formats: Audible Audiobook , Paperback , MP3 CD



**4D Silk Fiber Lash Mascara,2 in 1 Thrive Mascara For Natural Lengthening And Thickening Effect,no clumping...**
1 Count (Pack of 1)
1,779
$6⁹⁸ ($6.98/Count)
Save more with Subscribe & Save
Get it as soon as **Thu, Sep 2**
FREE Shipping on orders over $25 shipped by Amazon



**Thrive 6 Mushroom Complex - 120 Capsules - Lion's Mane, Reishi, Cordyceps, Chaga, Turkey Tail, Maitake -...**
120 Count (Pack of 1)
1,243
$29⁹⁵ ($0.25/Count)
$28.45 with Subscribe & Save discount
Save $2.00 with coupon
Get it as soon as **Thu, Sep 2**
FREE Shipping by Amazon



**Just Thrive: Precision PREbiotic Capsules - Gastrointestinal and Immune Support - 120 Capsules -...**
120 Count (Pack of 1)
36
$49⁹⁹ ($0.42/Count)
$44.99 with Subscribe & Save discount
Get it as soon as **Tue, Aug 31**
FREE Shipping by Amazon



**Thrive 6 Powerful Mushroom Extract Powder - USDA Organic - Lions Mane, Reishi, Cordyceps, Chaga, Turkey Tai...**
2 Ounce (Pack of 1)
2,756
$26⁹⁵ ($13.48/Ounce)
$24.26 with Subscribe & Save discount
Save $2.00 with coupon
Get it as soon as **Fri, Aug 27**
FREE Shipping by Amazon



**THRIVE Natural Moisturizing Mineral Face Sunscreen SPF 30, 2 Ounces – Lightweight Moisturizer Broad-Spectrum...**
SPF 30 · 2 Fl Oz
1,658
$24⁹⁵ ($12.48/Fl Oz)
$22.46 with Subscribe & Save discount
Join Prime to save $2.50 on this item
Get it as soon as **Fri, Aug 27**
FREE Shipping on orders over $25 shipped by Amazon
More Buying Choices
$24.90 (2 new offers)
**FSA or HSA eligible**

009
De Lilly Reply Decl. Ex. A




Best Seller





**THRIVE: The Facilitator's Guide to Radically Inclusive Meetings**
by Dr. Mark Smutny
87
**Paperback**
$11⁹⁹ $17.95
Get it as soon as **Thu, Sep 2**
FREE Shipping on orders over $25 shipped by Amazon
Other format: Kindle

Sponsored
**Liquid I.V. Hydration Multiplier - Passion Fruit - Hydration Powder Packets | Electrolyte Supplement Drink Mix | Low...**
**16 Count (Pack of 1)**
40,270
$24⁹⁹ ($2.77/Ounce)
$23.74 with Subscribe & Save discount
Get it as soon as **Thu, Sep 2**
FREE Shipping on orders over $25 shipped by Amazon

Sponsored
**BIOHM 30 Billion CFU Probiotic, Natural, Digestive Enzymes, Immune Health, Shelf Stable, Clinically...**
**30 Count (Pack of 1)**
535
$39⁹⁹ ($1.33/Count)
$35.99 with Subscribe & Save discount
Save 7%  with coupon
Get it as soon as **Thu, Sep 2**
FREE Shipping by Amazon







Sponsored
**Just Thrive: Gluten Away - Vegan Digestive Support for Trace Gluten in Food - 60 Capsules - Unique Digestive...**
**60 Count (Pack of 1)**
33
$59⁹⁹ ($0.56/Count)
$53.99 with Subscribe & Save discount
Get it as soon as **Fri, Aug 27**
FREE Shipping by Amazon

**Thrive Causemetics Instant Brow Fix Semi Permanent Eyebrow Gel AUDREY .12oz BOXED**
**0.12 Fl Oz (Pack of 1)**
18
$26⁰⁰ ($26.00/Count) $29.99
FREE Shipping

**Thrive (The Overthrow)**
Book 3 of 3: The Overthrow
88
**Hardcover**
$13⁶⁹ $17.99
Get it as soon as **Fri, Aug 27**
FREE Shipping on orders over $25 shipped by Amazon
More Buying Choices
$8.96 (34 used & new offers)
Ages: 10 years and up

Other formats: Kindle , Audible Audiobook







010
De Lilly Reply Decl. Ex. A




**Thrive Causemetics Instant Brow Fix Semi-Permanent Eyebrow Gel AUDREY - Unboxed**
0.12 Fl Oz (Pack of 1)
154

Save 20%
$24⁰⁰ ($200.00/Fl Oz) $29.98
Lowest price in 30 days
FREE Shipping

**Thrive: What on Earth Will it Take?**
640
DVD
Other format: Blu-ray

**(2 Pack) Max Thrive Keto Pills Fast Acting Advanced Energy Ketones (120 Capsules)**
$64⁹⁵ ($0.54/Count)
FREE Shipping





**THRIVE Natural Face Wash Gel for Men & Women – Daily Facial Cleanser with Anti-Oxidants & Unique Premium...**
3.38 Ounce
716
$12⁹⁵ ($3.83/Fl Oz)
$11.66 with Subscribe & Save discount
Get it as soon as **Fri, Aug 27**
FREE Shipping on orders over $25 shipped by Amazon

**Culturelle Baby Grow + Thrive Probiotics + Vitamin D Packets | Supplements Good Bacteria Found in Breast Milk | Helps...**
30 Count (Pack of 1)
650
$17⁴⁷ ($0.58/Count) $25.99
$16.60 with Subscribe & Save discount
Get it as soon as **Fri, Aug 27**
FREE Shipping on orders over $25 shipped by Amazon
More Buying Choices
$11.80 (14 new offers)

**Thrive Causemetics Lip Filler Long Wearing + Pluming Lip Liner - Jesse (Pale Rose)**
1 Count (Pack of 1)
38
$22⁰⁰ ($22.00/Count)
FREE Shipping

Best Seller
Best Seller





**LUXAZA 6 PCS Neutral and Brown Metallic Eyeshadow Stick,Warm to Cool Cream Shimmer Eyeshadow Pencil...**
6 Count (Pack of 1)
4,078

**Julep Eyeshadow 101 Crème to Powder Waterproof Eyeshadow Stick, Champagne Shimmer**
1 Count (Pack of 1)
14,792

**essence | Lash Princess False Lash Effect Mascara | Gluten & Cruelty Free**
1 Count (Pack of 1)
187,542
$4⁹⁹

011
De Lilly Reply Decl. Ex. A

$18⁹⁹

Save more with Subscribe & Save
Join Prime to save $5.00 on this item

Get it as soon as **Thu, Sep 2**

FREE Shipping on orders over $25 shipped by Amazon

$14⁰⁰

FREE Shipping on orders over $25 shipped by Amazon
In stock soon.

More Buying Choices
$7.85 (3 new offers)

$4⁹⁹ ($4.99/Count)
Save more with Subscribe & Save
Save 5% on 2 select item(s)

Get it as soon as **Thu, Sep 2**

FREE Shipping on orders over $25 shipped by Amazon

More Buying Choices
$4.29 (14 new offers)





Amazon's Choice



**Thrive: How Schools Will Win the Education Revolution**
by Grant Lichtman
14
Paperback
$23⁹¹ $32.95

Get it as soon as **Thu, Sep 2**

FREE Shipping on orders over $25 shipped by Amazon
Only 18 left in stock (more on the way).

More Buying Choices
$12.89 (22 used & new offers)

Other format: Kindle

**Cheers Restore Capsules with Dihydromyricetin (DHM), (36 Count) - Reduces GABAa Rebound. A Flavonoid...**
**36 Count (Pack of 1)**
4,427
$34⁹⁹ ($0.97/Count)
$33.24 with Subscribe & Save discount

Get it as soon as **Tue, Aug 31**

FREE Shipping by Amazon

**Thrive: The Leader's Guide to Building a High-Performance Culture**
by Andrew Freedman and Paul Elliott
62
Kindle
$9⁹⁹ $19.99
Available instantly

Other formats: Paperback , Hardcover







**Thrive**
by Mary Smith, Tami West PhD , et al.
20
Paperback
$24⁹⁵

Get it as soon as **Thu, Sep 2**

FREE Shipping on orders over $25 shipped by Amazon

More Buying Choices
$11.91 (18 used & new offers)

**Skin Care Liquid Lash Extensions Mascara, Crystal (Brynn rich black)-0.38oz**
3
$39⁹⁵
FREE Shipping
Only 11 left in stock - order soon.

**SUPERthrive VI30162 Plant Vitamin Solution, 1 Quart, Yellow**
1,288
$39⁹⁹ $42.99

Get it as soon as **Thu, Sep 2**

FREE Shipping by Amazon
Only 3 left in stock - order soon.

012
De Lilly Reply Decl. Ex. A

$11.91 (18 used & new offers)





+1 colors/patterns

**SUPERthrive VI30155 Plant Vitamin Solution, 1 Pint,Multi**
2,083
Limited time deal
$28^{10} ($1.76/Fl Oz) $34.73
Get it as soon as **Thu, Sep 2**
FREE Shipping by Amazon

**Thrive: Ten Prescriptions for Exceptional Performance as a Commercial Real Estate Agent**
by Blaine Strickland, H. Blaine Strickland, et al.
100
Audible Audiobook
$0^{00} $6.95
Free with Audible trial
Other formats: Hardcover , Kindle

**Julep Eyeshadow 101 Crème to Powder Waterproof Eyeshadow Stick Duo, Sand Shimmer and Ginger Matte**
**2 Count (Pack of 1)**
1,297
$24^{00}
Save more with Subscribe & Save
Get it as soon as **Fri, Aug 27**
FREE Shipping on orders over $25 shipped by Amazon



Best Seller




**Just Thrive: Vitamin K2-7 - Bone and Heart Health Supplement with Magnesium, Zinc and Menaquinone-7 - 3…**
**60 Count (Pack of 1)**
125
$49^{99} ($0.83/Count)
$44.99 with Subscribe & Save discount
Get it as soon as **Fri, Aug 27**
FREE Shipping by Amazon

**BOOM! by Cindy Joseph Cosmetics Boomstick Color - Lip & Cheek Tint Makeup Sticks for Older Women &…**
**1 Count (Pack of 1)**
2,166
$28^{00}
$25.20 with Subscribe & Save discount
Get it as soon as **Thu, Sep 2**
FREE Shipping by Amazon

**Thrive**
Book 2 of 2: Guardian Protection
291
Audible Audiobook
$0^{00} $19.95
Free with Audible trial
Other formats: Kindle , Paperback





013
De Lilly Reply Decl. Ex. A

Thrive Causemetics Instant Brow Fix-Permanent Eyebrow Gel-Christina (Light-Dark Blonde)
0.12 Fl Oz (Pack of 1)
10
Save 10%
$27⁰⁰ ($27.00/Count) $29.99
Lowest price in 30 days
Get it as soon as **Thu, Sep 2**
FREE Shipping by Amazon
Only 13 left in stock - order soon.

Sponsored
Just Thrive: Immunity Plus - Vegan Proactive Immune Health Complex - 60 Capsules
60 Count (Pack of 1)
5
$49⁹⁹ ($0.83/Count)
$47.49 with Subscribe & Save discount
Get it as soon as **Wed, Sep 1**
FREE Shipping by Amazon

Sponsored
Just Thrive: Gut 4-tify - Intestinal Mucosal Barrier Immune Support - 90 Capsules
90 Count (Pack of 1)
27
$52⁹⁹ ($0.59/Count)
$47.69 with Subscribe & Save discount
Get it as soon as **Fri, Aug 27**
FREE Shipping by Amazon



Best Seller



Sponsored
Just Thrive: Precision PREbiotic - Gastrointestinal, Cardiovascular and Immune Support - 30-Day Supply -...
5.29 Ounce (Pack of 1)
59
$49⁹⁹ ($9.52/Ounce)
$44.99 with Subscribe & Save discount
Get it as soon as **Thu, Sep 2**
FREE Shipping by Amazon

Sponsored
Liquid I.V. Hydration Multiplier - Lemon Lime - Hydration Powder Packets | Electrolyte Supplement Drink Mix | Low...
0.56 Ounce (Pack of 16)
63,524
$24⁹⁹ ($2.79/Ounce)
$23.74 with Subscribe & Save discount
Get it as soon as **Thu, Sep 2**
FREE Shipping on orders over $25 shipped by Amazon

Sponsored
THRIVE Natural Face Wash Gel for Men & Women – Daily Facial Cleanser with Anti-Oxidants & Unique Premium...
3.38 Ounce
716
$12⁹⁵ ($3.83/Fl Oz)
$11.66 with Subscribe & Save discount
Get it as soon as **Fri, Aug 27**
FREE Shipping on orders over $25 shipped by Amazon



Sponsored
Spark Thyroid Support & Energy Metabolism – Thrive, Naturally Fight Fatigue, Balance Hormones, Promote...
60 Count (Pack of 1)

1,453

$29⁹⁹ ($0.50/Count)

$28.49 with Subscribe & Save discount
 Save 6%  with coupon

Get it as soon as **Fri, Aug 27**
FREE Shipping by Amazon

---

RELATED SEARCHES

| thrive patches | thrive cosmetics | thrive mascara |
| thrive eye brightener stick | le-vel thrive | thrive weight loss products |

---

← Previous | **1** | 2 | 3 | … | 7 | Next →

## Brands related to your search
Sponsored



**A Cult Favorite Waterproof All Day Eyeshadow Stick**

Shop Julep Beauty ›



**Bottom of the Bottle 100% Refund Guarantee**

Shop Just Thrive ›

---

## Need help?
Visit the help section or contact us

---

## Sponsored products related to this search  What's this?



**Neuropathy Support Supplement - Nerve Support with 600 mg Alpha Lipoic Acid Daily Dose - Peripheral Neur…**
10,810
$44.97

**LA PURE Waterproof Eyeliner Stamp - 2 Wingliner Black Make Up Pens, Vamp Style Wing, Smudgeproof & Sweat…**
11,279
$11.97

**Kevyn Aucoin The Volume Mascara, Rich Pitch Black, 1 Count**
663
$28.00



**Haluti Collection Liquid Eyeliner Pen, Black, Smudge Proof and Waterproof Precision for Long Lasting, All Day V…**
12
$12.99

**Honest Beauty Extreme Length Mascara + Lash Primer | 2-in-1 Boosts Lash Length, Volume and Definition | Silicone Fr…**
10,440
$13.60

## Deals in magazine subscriptions







| TV Guide Magazine | HGTV Magazine | Southern Living | Vintage Collector | Real Simple |
|---|---|---|---|---|
| 4,064 | 8,669 | 505 | 8 | 569 |
| Print Magazine | Print Magazine | Print Magazine | Print Magazine | Print Magazine |
| $5.00 | $8.00 | $8.00 | $29.99 | $8.00 |

See personalized recommendations



New customer? Start here.

Back to top

**Get to Know Us**
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices

**Make Money with Us**
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Secured Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

English    United States

| Amazon Music<br>Stream millions<br>of songs | Amazon<br>Advertising<br>Find, attract,<br>and<br>engage<br>customers | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable<br>Analytics<br>for the Web |
| Sell on Amazon<br>Start a Selling<br>Account | Amazon<br>Business<br>Everything<br>For<br>Your Business | Amazon Fresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced<br>Pros<br>Happiness<br>Guarantee | Amazon Ignite<br>Sell your original<br>Digital Educational<br>Resources | Amazon Web<br>Services<br>Scalable Cloud<br>Computing<br>Services |
| Audible<br>Listen to Books &<br>Original<br>Audio<br>Performances | Book<br>Depository<br>Books With<br>Free<br>Delivery<br>Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing,<br>Quilting<br>& Knitting |
| Goodreads | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Kindle Direct<br>Publishing | Amazon<br>Photos | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands |

| | | | | | | |
|---|---|---|---|---|---|---|
| Book reviews & recommendations | | | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | | |
| Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |
| | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Second Chance Pass it on, trade it in, give it a second life | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2021, Amazon.com, Inc. or its affiliates

017

De Lilly Reply Decl. Ex. A