# EXHIBIT B

018
De Lilly Reply Decl. Ex. B

| Hello, Select your address | All | thrive skincare | | Hello, Sign in Account & Lists | Returns & Orders | 0 |

All  Best Sellers  Customer Service  Prime  New Releases  Pharmacy  Books  Today's Deals  Fashion  Last-minute school supplies

1-48 of 867 results for **"thrive skincare"**  Sort by: Featured

**Eligible for Free Shipping**
Free Shipping by Amazon
All customers get FREE Shipping on orders over $25 shipped by Amazon

**Amazon Local Stores**
Amazon Fresh

**Climate Pledge Friendly**
Climate Pledge Friendly

**Department**
Beauty & Personal Care
Facial Skin Care Products
Makeup
Eye Treatment Products
Beauty Tools & Accessories
See All 11 Departments

**Customer Reviews**
& Up
& Up
& Up
& Up

**Brand**
Neutrogena
L'Oreal Paris

**Price**
Under $25
$25 to $50
$50 to $100
$ Min    $ Max    Go

**Deals**
Today's Deals

**Beauty Product Attributes**
Alcohol Free
Ammonia Free
Contains Keratin
Formaldehyde Free
Hypoallergenic
Oil Free
PABA Free
See more

**Subscription Options**
Subscribe & Save Eligible

**International Shipping**
International Shipping Eligible

**Premium Beauty Selection**
Premium Selection

**Condition**


Unisex Skincare Powered by Regenerative Plants
Shop Thrive Natural Care ›


THRIVE Natural Face Wash Gel for Men & Women – Daily Facial Cleanser with Anti-
716


THRIVE Natural Moisturizing Mineral Face Sunscreen SPF 30, 2 Ounces –
1,658


Thrive Natural Men's Skin Care Set (3 Piece) - Grooming Gift Set To Wash,
812

Sponsored




Sponsored
THRIVE Natural Moisturizing Mineral Face Sunscreen SPF 30, 2 Ounces – Lightweight Moisturizer Broad-Spectrum...
SPF 30 · 2 Fl Oz
1,658
$**24**⁹⁵ ($12.48/Fl Oz)
$22.46 with Subscribe & Save discount
Join Prime to save $2.50 on this item
Get it as soon as **Fri, Aug 27**
FREE Shipping on orders over $25 shipped by Amazon
**FSA or HSA eligible**



Sponsored
THRIVE Natural Face Wash Gel for Men & Women – Daily Facial Cleanser with Anti-Oxidants & Unique Premium...
3.38 Ounce
716
$**12**⁹⁵ ($3.83/Fl Oz)
$11.66 with Subscribe & Save discount
Get it as soon as **Fri, Aug 27**
FREE Shipping on orders over $25 shipped by Amazon



Sponsored
Meaningful Beauty Anti-Aging Daily Skincare System with Crème de Serum
1,913
$**50**⁰⁰ ($16.67/count)
Get it as soon as **Thu, Sep 2**
FREE Shipping by Amazon






019
De Lilly Reply Decl. Ex. B

New
Used

**Availability**
 Include Out of Stock

Sponsored

THRIVE Natural Face Moisturizer – Non-Greasy Soothing Facial Moisturizer Lotion for Men & Women…
**2 Fl Oz (Pack of 1)**
474
$15⁹⁵ ($7.98/Fl Oz)
$14.36 with Subscribe & Save discount
Get it as soon as **Fri, Aug 27**
FREE Shipping on orders over $25 shipped by Amazon

THRIVE Natural Deep Clean Skincare Kit for Men & Women (3 Piece) – Gift Set with Natural Face Scrub, Wash &…
812
$39⁹⁵ ($13.32/Count)
Get it as soon as **Thu, Sep 2**
FREE Shipping by Amazon

THRIVE Natural Moisturizing Mineral Face Sunscreen SPF 30, 2 Ounces – Lightweight Moisturizer Broad-Spectrum…
**SPF 30 · 2 Fl Oz**
1,658
$24⁹⁵ ($12.48/Fl Oz)
$22.46 with Subscribe & Save discount
Join Prime to save $2.50 on this item
Get it as soon as **Fri, Aug 27**
FREE Shipping on orders over $25 shipped by Amazon
More Buying Choices
$24.90 (2 new offers)
**FSA or HSA eligible**





THRIVE Natural Face Wash Gel for Men & Women – Daily Facial Cleanser with Anti-Oxidants & Unique Premium…
**3.38 Ounce**
716
$12⁹⁵ ($3.83/Fl Oz)
$11.66 with Subscribe & Save discount
Get it as soon as **Fri, Aug 27**
FREE Shipping on orders over $25 shipped by Amazon

THRIVE Natural Face Moisturizer – Non-Greasy Soothing Facial Moisturizer Lotion for Men & Women…
**2 Fl Oz (Pack of 1)**
474
$15⁹⁵ ($7.98/Fl Oz)
$14.36 with Subscribe & Save discount
Get it as soon as **Fri, Aug 27**
FREE Shipping on orders over $25 shipped by Amazon

THRIVE Natural Face Scrub for Men & Women – Exfoliating Face Wash with Anti-Oxidants Improves Skin Texture,…
**3.38 Fl Oz (Pack of 1)**
1,275
$14⁹⁵ ($4.42/Fl Oz)
$13.46 with Subscribe & Save discount
Get it as soon as **Thu, Sep 2**
FREE Shipping on orders over $25 shipped by Amazon




Sponsored

THRIVE Natural Face Scrub for Men & Women – Exfoliating Face Wash wit…
1,275
$14⁹⁵ ($4.42/Fl Oz)

$13.46 with Subscribe & Save discount

Get it as soon as **Thu, Sep 2**

FREE Shipping on orders over $25 shipped by Amazon

Shop the Thrive Natural Care Store on Amazon ›

Best Seller



Amazon's Choice




essence | Lash Princess False Lash Effect Mascara | Gluten & Cruelty Free
**1 Count (Pack of 1)**
187,542
$4⁹⁹ ($4.99/Count)
Save more with Subscribe & Save
Save 5% on 2 select item(s)

Get it as soon as **Thu, Sep 2**

FREE Shipping on orders over $25 shipped by Amazon
More Buying Choices
$4.29 (14 new offers)

Meaningful Beauty Anti-Aging Daily Skincare System with Crème de Serum
1,913
$50⁰⁰ ($16.67/count)

Get it as soon as **Thu, Sep 2**

FREE Shipping by Amazon

Asterwood Naturals Pure Hyaluronic Acid Serum for Face; Plumping, Anti-Aging, Hydrating Facial Moisturizer…
**1 Fl Oz (Pack of 1)**
10,149
$10⁹⁰ ($10.90/Fl Oz) $11.90
$9.81 with Subscribe & Save discount
Save 10% on 3 select item(s)

Get it as soon as **Fri, Aug 27**

FREE Shipping on orders over $25 shipped by Amazon





COOLA Mineral Matte Tinted Sunscreen & Sunblock, Skin Care for Daily Protection, Broad Spectrum SPF 30,…
**SPF 30 · 1.7 Fl Oz (Pack of 1)**
2,207
$36⁰⁰ ($36.00/Count)
Save more with Subscribe & Save

Get it as soon as **Fri, Aug 27**

FREE Shipping by Amazon
FSA or HSA eligible

Eye Serum & Eye Roller for Anti Aging Skin Care with Hyaluronic Acid Niacinamide Peptide Dark Circles Puffines…
**0.7 Fl Oz (Pack of 1)**
1,367
$14⁹⁵ ($14.95/Count)
Save more with Subscribe & Save
Save $2.00 with coupon

Get it as soon as **Thu, Sep 2**

FREE Shipping on orders over $25 shipped by Amazon

Julep Love Your Bare Face Detoxifying Cleansing Balm Stick, Exfoliating Face Wash,1.94 ounce
**1.94 Ounce (Pack of 1)**
332
$14⁰⁰ ($14.00/Ounce)

Get it as soon as **Fri, Sep 3**

FREE Shipping on orders over $25 shipped by Amazon
Only 3 left in stock - order soon.

FREE Shipping on orders over $25 shipped by Amazon







TULA Skin Care Instant De-Puff Eye Renewal Serum | Dark Circles Under Eye Treatment, Reduce Puffiness…
**0.5 Fl Oz (Pack of 1)**
109
$**58**⁰⁰ ($116.00/Fl Oz)
FREE Shipping

Julep No Excuses Clear Invisible Facial Sunscreen Gel Broad Spectrum SPF 40 + Face Moisturizer With Vitamin E, …
**1.01 Fl Oz (Pack of 1)**
539
$**20**⁰⁰ ($20.00/Fl Oz)
$18.00 with Subscribe & Save discount
Get it as soon as **Thu, Sep 2**
FREE Shipping on orders over $25 shipped by Amazon
More Buying Choices
$17.99 (7 new offers)

TULA Skin Care Glow & Get It Cooling & Brightening Eye Balm | Dark Circle Under Eye Treatment, Instantly Hydrate…
**0.35 Ounce (Pack of 1)**
3,412
$**28**⁰⁰ ($28.00/Count)
Save more with Subscribe & Save
FREE Shipping

Best Seller







Thrive Causemetics Liquid Lash Extension Mascara BRYNN rich black .38oz
$**39**⁹⁵ ($39.95/Count)
FREE Shipping

Mighty Patch Original from Hero Cosmetics - Hydrocolloid Acne Pimple Patch for Zits and Blemishes, Spot Treatment…
65,699
$**12**⁹⁹ ($0.36/Count)
$12.34 with Subscribe & Save discount
Get it as soon as **Fri, Aug 27**
FREE Shipping on orders over $25 shipped by Amazon
**FSA or HSA eligible**

Thrive Causemetics Liquid Lash Extension Mascara BRYNN Rich Black .38oz
**0.38 Ounce (Pack of 1)**
209
$**33**⁴⁶ ($33.46/Count)
FREE Shipping
Only 5 left in stock - order soon.
More Buying Choices
$31.40 (16 new offers)

Best Seller







022
De Lilly Reply Decl. Ex. B



**Paulas Choice--SKIN PERFECTING 2% BHA Liquid Salicylic Acid Exfoliant--Facial Exfoliant for Blackheads,…**
4 Fl Oz (Pack of 1)
42,479
$29$^{50}$ ($7.38/Fl Oz)
$28.03 with Subscribe & Save discount
Get it as soon as **Thu, Sep 2**
FREE Shipping by Amazon
🌿 Climate Pledge Friendly
See 1 certification



**HAN Skincare Cosmetics All Natural Multistick, Rose Berry**
1 Count (Pack of 1)
5,246
$16$^{00}$ ($80.00/Ounce)
Save more with Subscribe & Save
Get it as soon as **Fri, Aug 27**
FREE Shipping on orders over $25 shipped by Amazon



**Thieves Essential Oil Blend by Young Living, 15 Milliliters, Topical and Aromatic**
0.5 Fl Oz (Pack of 1)
2,396
$49$^{90}$ ($99.80/Fl Oz)
FREE Shipping by Amazon
In stock soon.
More Buying Choices
$46.95 (9 new offers)


Best Seller



**TruSkin Vitamin C Serum for Face, Anti Aging Serum with Hyaluronic Acid, Vitamin E, Organic Aloe Vera and Jojob…**
1 Fl Oz (Pack of 1)
84,531
$19$^{99}$ ($19.99/Count) $29.99
$17.99 with Subscribe & Save discount
Save $1.00 with coupon
Get it as soon as **Fri, Aug 27**
FREE Shipping on orders over $25 shipped by Amazon



**Mens Skin Care Set, Organic Skin Care for Men with Natural Face Wash, Body Wash, Exfoliating Face Scrub and…**
291
$39$^{87}$ ($39.87/Count)
$37.88 with Subscribe & Save discount
Get it as soon as **Thu, Sep 2**
FREE Shipping by Amazon



**Brickell Men's Purifying Charcoal Face Wash for Men, Natural and Organic Daily Facial Cleanser, 8 Ounce,…**
8 Ounce
4,281
$25$^{00}$ ($3.13/Ounce)
Save more with Subscribe & Save
Get it as soon as **Thu, Sep 2**
FREE Shipping by Amazon
🌿 Climate Pledge Friendly
See 1 certification

Best Seller



**24K Gold Eye Mask– 20 Pairs - Puffy Eyes and Dark Circles Treatments – Look Less Tired…**



Sponsored
THRIVE Natural Shave Soap & Shower Soap Bar – 2-in-1…



Sponsored
THRIVE Natural Daily Defense Skincare Kit for Women &…

023
De Lilly Reply Decl. Ex. B

Treatments – Look Less Tired and Reduce Wrinkles and Fin...

10,697

$19⁹⁹ ($1.00/Count)
$17.99 with Subscribe & Save discount
Save 5% with coupon

Get it as soon as **Fri, Aug 27**
FREE Shipping on orders over $25 shipped by Amazon

Shower Soap Bar – 2-in-1 Shower & Shaving Soap for Men & Women – Rich Lather...
3.5 Ounce (Pack of 1)

352

$12⁹⁵ ($3.70/Ounce)
$11.66 with Subscribe & Save discount

Get it as soon as **Thu, Sep 2**
FREE Shipping on orders over $25 shipped by Amazon

Skincare Kit for Women & Men (2 Piece) – Gift Set With Natural Face Wash &...

812

$31⁹⁵ ($31.95/Count)

Get it as soon as **Thu, Sep 2**
FREE Shipping by Amazon
Only 11 left in stock - order soon.



Sponsored

THRIVE Natural Face Scrub for Men & Women – Exfoliating Face Wash with Anti-Oxidants Improves Skin Texture,...
**3.38 Fl Oz (Pack of 1)**

1,275

$14⁹⁵ ($4.42/Fl Oz)
$13.46 with Subscribe & Save discount

Get it as soon as **Thu, Sep 2**
FREE Shipping on orders over $25 shipped by Amazon



Skin Care Liquid Lash Extensions Mascara, Crystal (Brynn rich black)-0.38oz

3

$39⁹⁵
FREE Shipping
Only 11 left in stock - order soon.



Thrive Causemetics Travel Mascara Liquid Lash Extension Brynn Rich Black .14oz Travel Size

4

$38⁰⁰ ($271.43/Fl Oz)
FREE Shipping
Only 1 left in stock - order soon.



TULA Skin Care Rose Glow & Get It Cooling & Brightening Eye Balm | Dark Circle Under Eye Treatment, Instantly...
**0.35 Ounce (Pack of 1)**

2,796

$30⁰⁰ ($85.71/Ounce)
Save more with Subscribe & Save

Get it as soon as **Fri, Aug**



How to Make it Happen: Turning Failure into Success
by Maria Hatzistefanis

315

**Hardcover**
$17⁹⁹ $25.95

Get it as soon as **Thu, Sep 2**
FREE Shipping on orders over $25



EltaMD UV Daily Face Sunscreen Moisturizer with Hyaluronic Acid, Broad Spectrum SPF 40, Non greas...
**SPF 40 · 1.7 Ounce (Pack of 1)**

10,486

$30⁵⁰ ($17.94/ounce)
Save more with Subscribe & Save

Get it as soon as **Fri,**

27
FREE Shipping by Amazon
More Buying Choices
$23.95 (8 new offers)

shipped by Amazon
More Buying Choices
$12.57 (37 used & new offers)
Other formats: Audible Audiobook , Kindle , Audio CD

27
FREE Shipping by Amazon
FSA or HSA eligible

Best Seller



New York Biology Dead Sea Mud Mask for Face and Body - Spa Quality Pore Reducer for Acne, Blackheads and Oily…
8.8 Ounce (Pack of 1)
27,129
Limited time deal
$12.74 ($1.45/Ounce) $19.99
$12.10 with Subscribe & Save discount
Get it as soon as Fri, Aug 27
FREE Shipping on orders over $25 shipped by Amazon



Honest Beauty Extreme Length Mascara + Lash Primer | 2-in-1 Boosts Lash Length, Volume & Definition | Silicon…
0.2 Fl Oz (Pack of 1)
10,440
$13.60 $16.99
$12.92 with Subscribe & Save discount
Save 15% with coupon
Get it as soon as Fri, Aug 27
FREE Shipping on orders over $25 shipped by Amazon
More Buying Choices
$7.99 (12 new offers)
Climate Pledge Friendly
See 1 certification



TULA Skin Care Face Filter Blurring and Moisturizing Primer | Smoothing Face Primer, Evens the Appearanc…
1 Fl Oz (Pack of 1)
2,500
$34.00 ($34.00/Fl Oz)
Save more with Subscribe & Save
Get it as soon as Fri, Aug 27
FREE Shipping by Amazon



Thrive Causemetics Liquid Lash Extensions Mascara, Crystal (Brown Black) 10.7g Full Size
0.38 Ounce (Pack of 1)
879
$50.00 ($50.00/Count) $54.89
Get it as soon as Thu, Sep 2
FREE Shipping by Amazon
More Buying Choices



THRIVE Natural Shave Soap & Shower Soap Bar – 2-in-1 Shower & Shaving Soap for Men & Women – Rich Lather…
3.5 Ounce (Pack of 1)
352
$12.95 ($3.70/Ounce)
$11.66 with Subscribe & Save discount
Get it as soon as Thu, Sep

Best Seller



Bio-Oil Skincare Oil, Body Oil for Scars and Stretchmarks, Serum Hydrates Skin, Non-Greasy, Dermatologist…
2.03 Fl Oz (Pack of 1)
96,584
$8.92 ($4.46/Fl Oz) $11.99
$8.47 with Subscribe & Save discount
Get it as soon as Fri, Aug

025 De Lilly Reply Decl. Ex. B

$39.95 (45 new offers)

2
FREE Shipping on orders over $25 shipped by Amazon

27
FREE Shipping on orders over $25 shipped by Amazon



**Revive Science Eye Cream - Under Eye Cream for Dark Circles and Puffiness with Collagen, Caffeine, Vitamin K...**
0.5 Fl Oz (Pack of 1)
1,169
$19⁹⁶ ($39.92/Fl Oz) $24.95
Save more with Subscribe & Save
Get it as soon as **Fri, Aug 27**
FREE Shipping on orders over $25 shipped by Amazon



**L'Oreal Paris True Match Nude Hyaluronic Tinted Serum The 1st Tinted serum with 1% Hyaluronic acid Instantly ski...**
1 Fl Oz (Pack of 1)
100
$14⁹⁷
$14.22 with Subscribe & Save discount
FREE Shipping on orders over $25 shipped by Amazon
In stock soon.



**EltaMD UV Clear Tinted Face Sunscreen Broad-Spectrum SPF 46 Face Sunscreen for Sensitive Skin or Acne-Prone...**
SPF 46 · 1.7 Ounce (Pack of 1)
7,690
$39⁰⁰ ($22.94/Ounce)
Save more with Subscribe & Save
Get it as soon as **Fri, Aug 27**
FREE Shipping by Amazon
**FSA or HSA eligible**



**LilyAna Naturals Eye Cream - 2-Month Supply - Made in USA, Eye Cream for Dark Circles and Puffiness, Under...**
1.69 Ounce (Pack of 1)
19,521
$29⁹⁹ ($23.07/ounce) $39.99
$26.99 with Subscribe & Save discount
Save $10.00 with coupon
Get it as soon as **Thu, Sep 2**
FREE Shipping by Amazon



**Embryolisse Cicalisse Restorative Skin Cream - 1.35 Fl Oz – Moisturizer with Hyaluronic Acid That...**
1.35 Fl Oz (Pack of 1)
237
$15⁰⁰ ($11.11/Fl Oz)
Save more with Subscribe & Save
Get it as soon as **Fri, Aug 27**
FREE Shipping on orders over $25 shipped by Amazon



**Lip Collagen: Rescue Peptide & Stem Cell Complex, .25oz**
0.25 Ounce (Pack of 1)
3,740
$19⁹⁴ ($79.76/Fl Oz) $24.99
$0.42 shipping


Best Seller

  



**Grande Cosmetics GrandeLASH-MD Lash Enhancing Serum, Promotes Appearance of Longer, Thick...**

18,431

$65⁰⁰ ($928.57/Fl Oz)

Get it as soon as **Fri, Aug 27**

FREE Shipping by Amazon



**Rael Acne Pimple Healing Patch - Absorbing Cover, Invisible, Blemish Spot, Hydrocolloid, Skin Treatmen...**

25,494

Limited time deal

$11⁵⁵ ($0.12/Count) $15.99

$10.97 with Subscribe & Save discount

Get it as soon as **Fri, Aug 27**

FREE Shipping on orders over $25 shipped by Amazon



**Physicians Formula Natural Defense Triple Defense Multicolor Stick with SPF 20, Soft Pink, 0.26 Ounce**

**0.26 Ounce (Pack of 1)**

471

$11⁰³

$10.48 with Subscribe & Save discount

Get it as soon as **Fri, Aug 27**

FREE Shipping on orders over $25 shipped by Amazon

More Buying Choices

$5.48 (6 new offers)


Best Seller


Best Seller



**Ogee Sculpted Face Stick (CARNELIAN - LUMINOUS CORAL)**

190

$42⁰⁰

Save more with Subscribe & Save

Get it as soon as **Thu, Sep 2**

FREE Shipping by Amazon



**Liquid I.V. Hydration Multiplier - Passion Fruit - Hydration Powder Packets | Electrolyte Supplement Drink Mix | Low...**

**16 Count (Pack of 1)**

40,270

$24⁹⁹ ($2.77/Ounce)

$23.74 with Subscribe & Save discount

Get it as soon as **Thu, Sep 2**

FREE Shipping on orders over $25 shipped by Amazon



**Vital Proteins Collagen Peptides Powder - Pasture Raised, Grass Fed, unflavored 20 oz**

**1.25 Pound (Pack of 1)**

120,179

$37⁰¹ ($1.85/Ounce) $42.98

$33.31 with Subscribe & Save discount

Get it as soon as **Thu, Sep 2**

FREE Shipping by Amazon



**SKIN CARE: This Book Includes: "Body Butter Recipes" And "Body Scrubs":**



Sponsored

**THRIVE Natural Shave Oil for Men, 2 Ounces (60mL) –**



Sponsored

**Earth & Allure The Bedtime Ritual - Includes Bamboo**

027

De Lilly Reply Decl. Ex. B

Inexpensive, Homemade…
by **Amanda Care**

43

**Paperback**
$17⁹⁹

Get it as soon as **Thu, Sep 2**
FREE Shipping on orders over $25 shipped by Amazon

Other formats: **Kindle** , **Hardcover**

Replaces Pre-Shave Oils, Shaving Creams, Gels, and…
**2 Fl Oz (Pack of 1)**

555

$18⁹⁵ ($9.48/Fl Oz)
$17.06 with Subscribe & Save discount
Join Prime to save $1.90 on this item

Get it as soon as **Fri, Aug 27**
FREE Shipping on orders over $25 shipped by Amazon

Makeup Pads, Hairband, Konjac Sponge, Gua Sha,…

$21⁹⁹ ($21.99/Count)

Get it as soon as **Thu, Sep 2**
FREE Shipping on orders over $25 shipped by Amazon





Sponsored

**Volto Urbano Gentle Exfoliating Toner for Face | Powerful Skin Care Routine**

$48⁰⁰ ($48.00/Count)

Get it as soon as **Tue, Aug 31**
FREE Shipping by Amazon
Only 14 left in stock - order soon.

Sponsored

**&Better Hair Body Skin Care Set for Men | Natural Ingredients | Shampoo Bar, Body Bar, Face Cleanser Bar,…**

11

$79⁰⁰ ($79.00/Count)
 Save 20% with coupon

Get it as soon as **Thu, Sep 2**
FREE Shipping by Amazon

Sponsored

**Dr. Brandt Skincare Needles No More Baggage**
**0.5 Ounce (Pack of 1)**

1,719

$42⁰⁰ ($42.00/Count)
Save more with Subscribe & Save

Get it as soon as **Thu, Sep 2**
FREE Shipping by Amazon

### RELATED SEARCHES

| thrive cosmetics | thrive | thrive defying gravity eye lifting cream |

| thrive moisturizer |

← Previous | **1** | 2 | 3 | … | 7 | Next →

### Brands related to your search
Sponsored


Advanced Probiotic Extracts for Balanced Skin.


Shop Natural Beauty & Find Your Skin Care Routine

028
De Lilly Reply Decl. Ex. B

Shop TULA ›  Shop InstaNatural ›

## Need help?

Visit the help section or contact us

Back to top

**Get to Know Us**
- Careers
- Blog
- About Amazon
- Sustainability
- Press Center
- Investor Relations
- Amazon Devices

**Make Money with Us**
- Sell products on Amazon
- Sell apps on Amazon
- Become an Affiliate
- Become a Delivery Driver
- Start a package delivery business
- Advertise Your Products
- Self-Publish with Us
- Host an Amazon Hub
- › See More Ways to Make Money

**Amazon Payment Products**
- Amazon Rewards Visa Signature Cards
- Amazon.com Store Card
- Amazon Secured Card
- Amazon Business Card
- Amazon Business Line of Credit
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Amazon Currency Converter

**Let Us Help You**
- Amazon and COVID-19
- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Amazon Assistant
- Help

English | United States

| | | | | | |
|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Advertising<br>Find, attract, and engage customers | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web |
| Sell on Amazon<br>Start a Selling Account | Amazon Business<br>Everything For Your Business | Amazon Fresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced Pros<br>Happiness Guarantee | Amazon Ignite<br>Sell your original<br>Digital Educational Resources | Amazon Web Services<br>Scalable Cloud Computing Services |
| Audible<br>Listen to Books & Original Audio Performances | Book Depository<br>Books With Free Delivery Worldwide | Box Office Mojo<br>Find Movie Box Office Data | ComiXology<br>Thousands of Digital Comics | DPReview<br>Digital Photography | East Dane<br>Designer Men's Fashion | Fabric<br>Sewing, Quilting & Knitting |
| Goodreads<br>Book reviews & recommendations | IMDb<br>Movies, TV & Celebrities | IMDbPro<br>Get Info Entertainment Professionals Need | Kindle Direct Publishing<br>Indie Digital & Print Publishing Made Easy | Amazon Photos<br>Unlimited Photo Storage Free With Prime | Prime Video Direct<br>Video Distribution Made Easy | Shopbop<br>Designer Fashion Brands |
| Amazon Warehouse<br>Great Deals on Quality Used Products | Whole Foods Market<br>America's Healthiest Grocery Store | Woot!<br>Deals and Shenanigans | Zappos<br>Shoes & Clothing | Ring<br>Smart Home Security Systems | eero WiFi<br>Stream 4K Video in Every Room | Blink<br>Smart Security for Every Home |
| | Neighbors App<br>Real-Time Crime & Safety Alerts | Amazon Subscription Boxes<br>Top subscription boxes – right to your door | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Like-new products you can trust | Amazon Second Chance<br>Pass it on, trade it in, give it a second life | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2021, Amazon.com, Inc. or its affiliates