# EXHIBIT C

Hello, Select your address | All | thrive lotion | Hello, Sign in Account & Lists | Returns & Orders | 0

All · Best Sellers · Customer Service · Prime · New Releases · Pharmacy · Books · Today's Deals · Fashion · Last-minute school supplies

1-48 of over 1,000 results for **"thrive lotion"**  Sort by: Featured

**Eligible for Free Shipping**
  Free Shipping by Amazon
All customers get FREE Shipping on orders over $25 shipped by Amazon

**Amazon Local Stores**
  Amazon Fresh

**Climate Pledge Friendly**
  Climate Pledge Friendly

**Department**
Beauty & Personal Care
  Body Lotions
  Makeup
  Sun Skin Care
  Face Moisturizers
  Foot & Hand Care
  See All 12 Departments

**Customer Reviews**
  & Up
  & Up
  & Up
  & Up

**Brand**
  Neutrogena
  Maybelline New York
  REVLON
  L'Oreal Paris

**Price**
Under $25
$25 to $50
$50 to $100
$100 to $200
$ Min   $ Max   Go

**Deals**
  Today's Deals

**Beauty Product Attributes**
  Alcohol Free
  Ammonia Free
  Contains Keratin
  Formaldehyde Free
  Hypoallergenic
  Oil Free
  PABA Free
See more

**Subscription Options**
  Subscribe & Save Eligible

**International Shipping**
  International Shipping Eligible

 Unisex Skincare Powered by Regenerative Plants
Shop Thrive Natural Care ›


THRIVE Natural Face Wash Gel for Men & Women – Daily Facial Cleanser with Anti-
716


THRIVE Natural Moisturizing Mineral Face Sunscreen SPF 30, 2 Ounces –
1,658


Thrive Natural Men's Skin Care Set (3 Piece) - Grooming Gift Set To Wash,
812

Sponsored


Sponsored
THRIVE Natural Face Moisturizer – Non-Greasy Soothing Facial Moisturizer Lotion for Men & Women…
2 Fl Oz (Pack of 1)
474
$**15**⁹⁵ ($7.98/Fl Oz)
$14.36 with Subscribe & Save discount
Get it as soon as **Fri, Aug 27**
FREE Shipping on orders over $25 shipped by Amazon


Sponsored
THRIVE Natural Moisturizing Mineral Face Sunscreen SPF 30, 2 Ounces – Lightweight Moisturizer Broad-Spectrum…
SPF 30 · 2 Fl Oz
1,658
$**24**⁹⁵ ($12.48/Fl Oz)
$22.46 with Subscribe & Save discount
Join Prime to save $2.50 on this item
Get it as soon as **Fri, Aug 27**
FREE Shipping on orders over $25 shipped by Amazon
**FSA or HSA eligible**


Sponsored
THRIVE Natural Face Wash Gel for Men & Women – Daily Facial Cleanser with Anti-Oxidants & Unique Premium…
3.38 Ounce
716
$**12**⁹⁵ ($3.83/Fl Oz)
$11.66 with Subscribe & Save discount
Get it as soon as **Fri, Aug 27**
FREE Shipping on orders over $25 shipped by Amazon






031
De Lilly Reply Decl. Ex. C

**From Our Brands**
   Our Brands

**Premium Beauty Selection**
   Premium Selection

**Condition**
New
Used

**Availability**
   Include Out of Stock

Sponsored

THRIVE Natural Deep Clean Skincare Kit for Men & Women (3 Piece) – Gift Set with Natural Face Scrub, Wash &...

812

$39⁹⁵ ($13.32/Count)

Get it as soon as **Thu, Sep 2**
FREE Shipping by Amazon

THRIVE Natural Face Moisturizer – Non-Greasy Soothing Facial Moisturizer Lotion for Men & Women...

2 Fl Oz (Pack of 1)

474

$15⁹⁵ ($7.98/Fl Oz)
$14.36 with Subscribe & Save discount

Get it as soon as **Fri, Aug 27**
FREE Shipping on orders over $25 shipped by Amazon

THRIVE Natural Moisturizing Mineral Face Sunscreen SPF 30, 2 Ounces – Lightweight Moisturizer Broad-Spectrum...

SPF 30 · 2 Fl Oz

1,658

$24⁹⁵ ($12.48/Fl Oz)
$22.46 with Subscribe & Save discount
Join Prime to save $2.50 on this item

Get it as soon as **Fri, Aug 27**
FREE Shipping on orders over $25 shipped by Amazon

More Buying Choices
$24.90 (2 new offers)

**FSA or HSA eligible**

Ad removed. Details







Sponsored

Restoring Skincare Kit for Women & Men With Sensitive Skin (2 Piece) – Gift Set with Restoring Natural Face Wash...

812

$27⁹⁵ ($27.95/Count)

Get it as soon as **Thu, Sep 2**
FREE Shipping by Amazon

Aveeno Daily Moisturizing Body Lotion with Soothing Oat and Rich Emollients to Nourish Dry Skin, Gentle &...

30,567

$8⁶⁸ ($0.48/Fl Oz) $15.18
$8.25 with Subscribe & Save discount

Get it as soon as **Fri, Aug 27**
FREE Shipping on orders over $25 shipped by Amazon

More Buying Choices
$4.00 (25 new offers)

Raw Sugar Time to Thrive-The Very Best for Hands, Lips & Body 3 pc Gift Set - Vitamin C Collagen Boosting Hand...

9

$22⁹⁵ ($22.95/Count)

Get it as soon as **Thu, Sep 2**
FREE Shipping on orders over $25 shipped by Amazon
**Only 4 left in stock - order soon.**

## Highly rated

Sponsored | Based on star rating and number of customer ratings

032 De Lilly Reply Decl. Ex. C



Adore Cosmetics | Nourishing Hand & Body Lotion - Origin - 6.8 Fl Oz | Anti Aging Luxury Lotion For Men and Women |...
165
$56⁹⁵ ($4.19/Fl Oz)

Curél Hydra Therapy, Itch Defense Moisturizer, Wet Skin Lotion, 12 Ounce, with Advanced Ceramide Comple...
12 Fl Oz (Pack of 1)
840
$10⁹⁴ ($0.91/Fl Oz) $11.99
$10.39 with Subscribe & Save discount
Save 50% on 1 when you buy 2

CETAPHIL Sheer Mineral Sunscreen Lotion for Face & Body | 3 fl oz | 100% Mineral Sunscreen: Zinc Oxide &...
3 Fl Oz (Pack of 1)
2,899
$10⁹⁹ ($3.66/Fl Oz) $13.99
$10.44 with Subscribe & Save discount
Extra $1.00 off  subscription coupon



Sponsored
THRIVE Natural Moisturizing Mineral Face Sunscreen SPF 30, 2...
1,658
$24⁹⁵ ($12.48/Fl Oz)
$22.46 with Subscribe & Save discount
Join Prime to save $2.50 on this item
Get it as soon as **Fri, Aug 27**
FREE Shipping on orders over $25 shipped by Amazon

Shop the Thrive Natural Care Store on Amazon ›



Best Seller


**Everyone Lotion: Coconut and Lemon, 32 Ounce, 2 Count- Packaging May Vary**
32 Fl Oz (Pack of 2)
3,442
$19⁣³⁴ ($0.30/Fl Oz)
$18.37 with Subscribe & Save discount
Get it as soon as **Fri, Aug 27**
FREE Shipping on orders over $25 shipped by Amazon

**BLUE LIZARD Sheer Face Lotion - SPF 50+, 1.7 Oz**
SPF 50 · 1.7 Fl Oz (Pack of 1)
45
$18⁣⁹⁹ ($11.17/Fl Oz)
Get it as soon as **Fri, Aug 27**
FREE Shipping on orders over $25 shipped by Amazon

**CeraVe Moisturizing Cream | Body and Face Moisturizer for Dry Skin | Body Cream with Hyaluronic Acid and...**
1.18 Pound (Pack of 1)
61,112
$15⁣²⁸ ($0.80/Ounce) $18.99
$14.52 with Subscribe & Save discount
Save $1.04 with coupon
Get it as soon as **Fri, Aug 27**
FREE Shipping on orders over $25 shipped by Amazon
More Buying Choices
$10.99 (39 new offers)

Best Seller



**Thrive Causemetics Liquid Lash Extension Mascara BRYNN Rich Black .38oz**
0.38 Ounce (Pack of 1)
209
$33⁣⁴⁶ ($33.46/Count)
FREE Shipping
Only 5 left in stock - order soon.
More Buying Choices
$31.40 (16 new offers)



**THRIVE All Natural Face Scrub For Men & Women - Exfoliating Face Wash Unclogs Pores & Helps Prevent...**
1,275
$38⁣⁴⁵ ($3.37/Fl Oz)
Get it as soon as **Tue, Aug 31**
FREE Shipping by Amazon

**CeraVe AM Facial Moisturizing Lotion SPF 30 | Oil-Free Face Moisturizer with Sunscreen | Non-Comedogenic | 3 Ounce**
3 Fl Oz (Pack of 1)
42,204
$13⁣⁴⁹ ($4.50/Fl Oz) $19.00
$12.82 with Subscribe & Save discount
Get it as soon as **Thu, Sep 2**
FREE Shipping on orders over $25 shipped by Amazon
More Buying Choices
$8.88 (49 new offers)



**THRIVE Natural Face Wash Gel for Men & Women - Daily...**



**SheaMoisture Goddess Body Shimmer for Dry Skin, Dull...**



**Honest Beauty Extreme Length Mascara + Lash Pr...**

for Men & Women – Daily Facial Cleanser with Anti-Oxidants & Unique Premium...
**3.38 Ounce**
716
$12⁹⁵ ($3.83/Fl Oz)
$11.66 with Subscribe & Save discount
Get it as soon as **Fri, Aug 27**
FREE Shipping on orders over $25 shipped by Amazon

Shimmer for Dry Skin, Dull Skin Papaya and Vitamin C Paraben Free Body Oil 4.2 oz
**4.2 Fl Oz (Pack of 1)**
177
$4⁹⁹ ($1.19/Ounce) $9.74
$4.74 with Subscribe & Save discount
Get it as soon as **Thu, Sep 2**
FREE Shipping on orders over $25 shipped by Amazon

Length Mascara + Lash Primer | 2-in-1 Boosts Lash Length, Volume & Definition | Silicon...
**0.2 Fl Oz (Pack of 1)**
10,440
$13⁶⁰ $16.99
$12.92 with Subscribe & Save discount
Save 15% with coupon
Get it as soon as **Fri, Aug 27**
FREE Shipping on orders over $25 shipped by Amazon
More Buying Choices
$7.99 (12 new offers)
🌿 Climate Pledge Friendly
See 1 certification



**OLAY Active Hydrating Beauty Fluid Original 4 oz (Pack of 4)**
**4 Ounce**
4
Save 5%
$37⁰⁰ ($9.25/Count) $39.08
Lowest price in 30 days
FREE Shipping

Best Seller


**CeraVe Daily Moisturizing Lotion for Dry Skin | Body Lotion & Facial Moisturizer with Hyaluronic Acid and...**
**19 Fl Oz (Pack of 1)**
56,595
$17⁷⁸ ($0.94/Fl Oz)
$16.89 with Subscribe & Save discount
Get it as soon as **Fri, Aug 27**
FREE Shipping on orders over $25 shipped by Amazon
More Buying Choices
$14.55 (12 new offers)



**Cetaphil Moisturizing Lotion | 20 Fl Oz | Instant & Long Lasting 24 Hour Hydrating Moisturizer for All Skin Types...**
**20 Fl Oz (Pack of 1)**
14,649
$12⁸⁸ ($0.64/Fl Oz) $14.99
$12.24 with Subscribe & Save discount
Extra $1.00 off when you subscribe
Get it as soon as **Fri, Aug 27**
FREE Shipping on orders over $25 shipped by Amazon
More Buying Choices
$12.87 (8 new offers)



**THRIVE NATURAL CARE**



**THRIVE Natural Shave Oil for**



**Revive Science Eye Cream -**

De Lilly Reply Decl. Ex. C

Shaving Oil, 2 FZ
**2 Fl Oz**

5

$20⁸⁹ ($10.45/Fl Oz)

Get it as soon as **Thu, Sep 2**

FREE Shipping on orders over $25 shipped by Amazon
Only 6 left in stock - order soon.

Men, 2 Ounces (60mL) – Replaces Pre-Shave Oils, Shaving Creams, Gels, and…
**2 Fl Oz (Pack of 1)**

555

$18⁹⁵ ($9.48/Fl Oz)

$17.06 with Subscribe & Save discount
Join Prime to save $1.90 on this item

Get it as soon as **Fri, Aug 27**

FREE Shipping on orders over $25 shipped by Amazon

Under Eye Cream for Dark Circles and Puffiness with Collagen, Caffeine, Vitamin K…
**0.5 Fl Oz (Pack of 1)**

1,169

$19⁹⁶ ($39.92/Fl Oz) $24.95

Save more with Subscribe & Save

Get it as soon as **Fri, Aug 27**

FREE Shipping on orders over $25 shipped by Amazon



**Brickell Men's Daily Elite Face Care Routine I, Toner, Gel Facial Wash, Face Scrub, Anti-Aging Night Cream, Eye…**

27

$210⁰⁰ ($13.13/Ounce)

Get it as soon as **Thu, Sep 2**

FREE Shipping by Amazon
Only 2 left in stock - order soon.



**Jergens Ultra Healing Dry Skin Moisturizer, Body and Hand Lotion for Dry Skin, for Quick Absorption into Extra Dry…**
**32 Fl Oz (Pack of 1)**

18,255

$7⁴² ($0.23/Fl Oz) $8.99
$7.05 with Subscribe & Save discount

Get it as soon as **Fri, Aug 27**

FREE Shipping on orders over $25 shipped by Amazon



**Aveeno Positively Radiant Daily Facial Moisturizer with Broad Spectrum SPF 30 Sunscreen & Total Soy…**
**2.5 Fl Oz (Pack of 1)**

4,390

$13⁹⁷ ($5.59/Fl Oz) $22.41
$13.27 with Subscribe & Save discount

Get it as soon as **Thu, Sep 2**

FREE Shipping on orders over $25 shipped by Amazon
More Buying Choices
$13.95 (26 new offers)



**Sun Bum Original SPF 50 Sunscreen Face Lotion | Vegan and Reef Friendly (Octinoxate & Oxybenzone Free) Broad…**
**3 Fl Oz (Pack of 1)**

6,632



Sponsored
**THRIVE Natural Shave Soap & Shower Soap Bar – 2-in-1 Shower & Shaving Soap for Men & Women – Rich Lather…**
**3.5 Ounce (Pack of 1)**



Sponsored
**THRIVE Natural Shave Oil for Men, 2 Ounces (60mL) – Replaces Pre-Shave Oils, Shaving Creams, Gels, and…**
**2 Fl Oz (Pack of 1)**

036
De Lilly Reply Decl. Ex. C

$12⁹⁹ ($4.33/Fl Oz)
$12.34 with Subscribe & Save discount

Get it as soon as **Fri, Aug 27**

FREE Shipping on orders over $25 shipped by Amazon
**FSA or HSA eligible**

352

$12⁹⁵ ($3.70/Ounce)
$11.66 with Subscribe & Save discount

Get it as soon as **Thu, Sep 2**

FREE Shipping on orders over $25 shipped by Amazon

555

$18⁹⁵ ($9.48/Fl Oz)
$17.06 with Subscribe & Save discount
Join Prime to save $1.90 on this item

Get it as soon as **Fri, Aug 27**

FREE Shipping on orders over $25 shipped by Amazon


Sponsored
THRIVE Natural Face Scrub for Men & Women – Exfoliating Face Wash with Anti-Oxidants Improves Skin Texture,...
**3.38 Fl Oz (Pack of 1)**
1,275
$14⁹⁵ ($4.42/Fl Oz)
$13.46 with Subscribe & Save discount

Get it as soon as **Thu, Sep 2**

FREE Shipping on orders over $25 shipped by Amazon


La Roche-Posay Toleriane Ultra Sensitive Skin Face Moisturizer Intense Soothing Care, Allergy Tested, 40ml
**1.35 Fl Oz (Pack of 1)**
3,117
$29⁹⁹ ($29.99/Count)
Save more with Subscribe & Save

Get it as soon as **Fri, Aug 27**

FREE Shipping by Amazon


Kiehl's Ultra Facial Cream for Unisex, 1.7 Ounce
**1.7 Fl Oz (Pack of 1)**
891
$30⁰⁰ ($17.65/Ounce) $32.78

Get it as soon as **Thu, Sep 2**

FREE Shipping by Amazon
More Buying Choices
$24.00 (12 new offers)


THRIVE Natural Shave Soap & Shower Soap Bar – 2-in-1 Shower & Shaving Soap for Men & Women – Rich Lather...
**3.5 Ounce (Pack of 1)**
352
$12⁹⁵ ($3.70/Ounce)
$11.66 with Subscribe & Save discount

Get it as soon as **Thu, Sep**


Thrive Causemetics Liquid Lash Extensions Mascara, Crystal (Brown Black) 10.7g Full Size
**0.38 Ounce (Pack of 1)**
879
$50⁰⁰ ($50.00/Count) $54.89

Get it as soon as **Thu, Sep 2**

FREE Shipping by Amazon

Best Seller

BOOM! by Cindy Joseph Cosmetics Boomstick Trio - 3 Pack Boom Makeup Sticks for Older Women & Mature Skin...
**0.24 Ounce (Pack of 3)**
2,166
$79⁰⁰
$71.10 with Subscribe & Save discount

Get it as soon as **Fri, Aug**

037
De Lilly Reply Decl. Ex. C

2
FREE Shipping on orders over $25 shipped by Amazon

More Buying Choices
$39.95 (45 new offers)

27
FREE Shipping by Amazon

Best Seller



**Designer Skin BLACK DAHLIA FLOURISH Tanning Lotion 13.5 oz**
**13.5 Fl Oz (Pack of 1)**
18



**BEAKEY 5 Pcs Makeup Sponge Set, Foundation Blending Beauty Sponge, Flawless for Liquid, Cream, and Powder,…**
**5 Count (Pack of 1)**
63,179
$8⁹⁹ ($1.80/Count) $9.99
Save 10% with coupon
Get it as soon as **Fri, Aug 27**
FREE Shipping on orders over $25 shipped by Amazon



**ACURE Radically Rejuvenating SPF 30 Day Cream | 100% Vegan | Provides Anti-Aging Support | Turmeric, Ferulic…**
**1.7 Fl Oz (Pack of 1)**
5,665
$15²⁹ ($8.99/Fl Oz) $18.99
$14.53 with Subscribe & Save discount
Extra 15% off subscription coupon
Get it as soon as **Fri, Aug 27**
FREE Shipping on orders over $25 shipped by Amazon
More Buying Choices
$13.81 (19 new offers)



**Jergens Original Scent Dry Skin Lotion, Body and Hand Moisturizer for Long Lasting Skin Hydration, with…**
**32 Fl Oz (Pack of 1)**
10,162
$7⁹³ ($0.25/Fl Oz) $8.99
$7.53 with Subscribe & Save discount
Get it as soon as **Fri, Aug 27**
FREE Shipping on orders over $25 shipped by Amazon



**Vaseline Intensive Care Body Lotion, Cocoa Radiant, 20.3 Fl Oz (Pack of 3)**
**20.3 Ounce (Pack of 3)**
4,738
$17⁶⁹ ($0.29/Fl Oz) $20.99
$16.81 with Subscribe & Save discount
Get it as soon as **Fri, Aug 27**
FREE Shipping on orders over $25 shipped by Amazon



**Epionce Daily Shield Lotion Tinted SPF 50, 1.7 Fl Oz**
**1.7 Ounce (Pack of 1)**
773
$35⁰² ($20.60/Fl Oz) $38.00
FREE Shipping by Amazon
In stock soon.

Best Seller








**Eucerin Advanced Repair Lotion, Fragrance Free, 16.9 Fl Oz**
16.9 Ounce (Pack of 1)
15,246
$9$^{29}$ ($0.55/Fl Oz) $12.49
$8.83 with Subscribe & Save discount
Get it as soon as **Fri, Aug 27**
FREE Shipping on orders over $25 shipped by Amazon
More Buying Choices
$7.00 (8 new offers)

**Plexaderm Rapid Reduction Eye Serum - Advanced Formula - Visibly Reduce Under-Eye Bags, Wrinkles,…**
0.17 Fl Oz (Pack of 1)
8,729
$65$^{95}$ ($387.94/Fl Oz)
Save more with Subscribe & Save
Get it as soon as **Fri, Aug 27**
FREE Shipping by Amazon
More Buying Choices
$62.00 (2 new offers)

**Millennium Tanning Products: Dark Tanning Lotion, 100x, 13.5 Fl Oz**
13.5 Fl Oz (Pack of 1)
19,965
$19$^{78}$ ($1.47/Fl Oz)
Get it as soon as **Thu, Sep 2**
FREE Shipping on orders over $25 shipped by Amazon





**Dead Sea MAGNESIUM LOTION: No Sting, No Itch Cream Is Better Than Oil or Spray | 4500mg/oz Topical …**
6 Ounce (Pack of 1)
194
$24$^{49}$ ($4.08/Ounce)
$23.27 with Subscribe & Save discount
Get it as soon as **Thu, Sep 2**
FREE Shipping on orders over $25 shipped by Amazon

**Juice Beauty Stem Cellular CC Cream with Zinc SPF 30, Color-Correcting Face Moisturizer, 1.7 Fl Oz**
1.7 Fl Oz (Pack of 1)
887
$39$^{00}$ ($39.00/Count)
Save more with Subscribe & Save
Get it as soon as **Fri, Aug 27**
FREE Shipping by Amazon

**Rael Acne Pimple Healing Patch - Absorbing Cover, Invisible, Blemish Spot, Hydrocolloid, Skin Treatmen…**
25,494
Limited time deal
$11$^{55}$ ($0.12/Count) $15.99
$10.97 with Subscribe & Save discount
Get it as soon as **Fri, Aug 27**
FREE Shipping on orders over $25 shipped by Amazon


Best Seller




De Lilly Reply Decl. Ex. C

Valo Vitamin C Glow Lumenessence Brightening Beauty Lotion
**5.1 Fl Oz (Pack of 1)**
180
$**14**⁹⁹ ($2.94/Fl Oz)
$14.24 with Subscribe & Save discount
Get it as soon as **Thu, Sep 2**
FREE Shipping on orders over $25 shipped by Amazon
More Buying Choices
$14.95 (3 new offers)

TULA Skin Care 24-7 Moisture Hydrating Day and Night Cream | Moisturizer for Face, Ageless is the New Anti-Agin…
**1.5 Fl Oz (Pack of 1)**
1,049
$**52**⁰⁰ ($34.67/Ounce)
Save more with Subscribe & Save
Get it as soon as **Fri, Aug 27**
FREE Shipping by Amazon
More Buying Choices
$49.95 (6 new offers)

Liquid I.V. Hydration Multiplier - Lemon Lime - Hydration Powder Packets | Electrolyte Supplement Drink Mix | Low…
**0.56 Ounce (Pack of 16)**
63,524
$**24**⁹⁹ ($2.79/Ounce)
$23.74 with Subscribe & Save discount
Get it as soon as **Thu, Sep 2**
FREE Shipping on orders over $25 shipped by Amazon
More Buying Choices
$17.40 (8 new offers)





Peter Thomas Roth Mega-Rich Nourishing Body Lotion, for Dry and Dehydrated Skin
**8 Fl Oz (Pack of 1)**
1,663
$**18**⁰⁰ ($2.25/Fl Oz)
Save more with Subscribe & Save
Get it as soon as **Fri, Aug 27**
FREE Shipping on orders over $25 shipped by Amazon

Gold Bond Rough & Bumpy Daily Skin Therapy, Unscented, 8 Ounce
**8 Ounce (Pack of 1)**
9,606
$**9**³⁴ ($1.17/Ounce) $9.89
Get it as soon as **Fri, Aug 27**
FREE Shipping on orders over $25 shipped by Amazon

IT Cosmetics Confidence in a Gel Lotion - Oil-Free Face Moisturizer - Lightweight & Hydrating - With Ceramides …
**2.5 Fl Oz (Pack of 1)**
731
$**29**⁴⁰ ($11.62/Fl Oz) $31.88
Save more with Subscribe & Save
Get it as soon as **Thu, Sep 2**
FREE Shipping by Amazon
More Buying Choices
$23.41 (18 new offers)





Neutrogena Sport Face Sunscreen SPF 70+ OilFree Facial Sunscreen Lotion with Broad Spectrum UVAUVB Su…
**SPF 70** · **2.5 Ounce (Pack of 1)**
7,234

Sponsored
Lever 2000 Body Wash Original Scent - 11.5 FL OZ
**11.5 Fl Oz (Pack of 1)**
126
$**6**⁴⁰ ($0.56/Fl Oz)

Sponsored
Retinol Serum 2.5% with Hyaluronic Acid, Aloe Vera, Vitamin E - Boost Collagen Production, Reduce Wrinkles,…
**1 Fl Oz (Pack of 1)**

040
De Lilly Reply Decl. Ex. C

$8$^{97}$ ($2.99/Count) $15.14
$8.52 with Subscribe & Save discount

Get it as soon as **Fri, Aug 27**

FREE Shipping on orders over $25 shipped by Amazon

More Buying Choices
$7.50 (62 new offers)

**FSA or HSA eligible**

Get it as soon as **Fri, Aug 27**

FREE Shipping on orders over $25 shipped by Amazon

10,013

$19$^{95}$ ($19.95/Fl Oz)
Save more with Subscribe & Save

Get it as soon as **Fri, Aug 27**

FREE Shipping on orders over $25 shipped by Amazon





Sponsored

**Thinkbaby SPF 30 Sunscreen Stick – Safe, Natural, Water Resistant Sun Cream for Babies, Kids & Adults – Vega…**

0.64 Ounce (Pack of 1)

2,630

$7$^{99}$ $8.99
Save more with Subscribe & Save

Get it as soon as **Fri, Aug 27**

FREE Shipping on orders over $25 shipped by Amazon

**FSA or HSA eligible**

Sponsored

**Brickell Men's Daily Essential Face Moisturizer for Men, Natural and Organic Fast-Absorbing Face Lotion with…**

4 Ounce

5,077

$35$^{00}$ ($8.75/Ounce)
Save more with Subscribe & Save

Get it as soon as **Fri, Aug 27**

FREE Shipping by Amazon

Sponsored

**Curel Ultra Healing Lotion, 20 Ounce**

20 Ounce

20

$9$^{99}$ ($0.50/Fl Oz)
Save 50% on 1 when you buy 2

Get it as soon as **Thu, Sep 2**

FREE Shipping on orders over $25 shipped by Amazon

← Previous | **1** | 2 | 3 | … | 7 | Next →

## Brands related to your search
Sponsored



**Unisex Skincare Powered by Regenerative Plants**

Shop Thrive Natural Care ›



**Our Choice for Natural Tea Tree Products**

Shop Honeyskin Organics ›

## Need help?

Visit the help section or contact us

041
De Lilly Reply Decl. Ex. C

81
Shop now

Sponsored

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
| --- | --- | --- | --- |
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Secured Card | Your Orders |
| Sustainability | Become a Delivery Driver | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Start a package delivery business | Amazon Business Line of Credit | Amazon Prime |
| Investor Relations | Advertise Your Products | Shop with Points | Returns & Replacements |
| Amazon Devices | Self-Publish with Us | Credit Card Marketplace | Manage Your Content and Devices |
|  | Host an Amazon Hub | Reload Your Balance | Amazon Assistant |
|  | › See More Ways to Make Money | Amazon Currency Converter | Help |

English    United States

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Amazon Music<br>Stream millions<br>of songs | Amazon<br>Advertising<br>Find, attract,<br>and<br>engage<br>customers | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable<br>Analytics<br>for the Web |
| Sell on Amazon<br>Start a Selling<br>Account | Amazon<br>Business<br>Everything<br>For<br>Your Business | Amazon Fresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced<br>Pros<br>Happiness<br>Guarantee | Amazon Ignite<br>Sell your original<br>Digital Educational<br>Resources | Amazon Web Services<br>Scalable Cloud<br>Computing<br>Services |
| Audible<br>Listen to Books &<br>Original<br>Audio<br>Performances | Book<br>Depository<br>Books With<br>Free<br>Delivery<br>Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing,<br>Quilting<br>& Knitting |
| Goodreads<br>Book reviews<br>&<br>recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Kindle Direct Publishing<br>Indie Digital & Print<br>Publishing<br>Made Easy | Amazon Photos<br>Unlimited<br>Photo Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands |
| Amazon Warehouse<br>Great Deals on<br>Quality Used<br>Products | Whole Foods Market<br>America's<br>Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security<br>Systems | eero WiFi<br>Stream 4K Video<br>in Every Room | Blink<br>Smart Security<br>for Every Home |
|  | Neighbors App<br>Real-Time<br>Crime<br>& Safety<br>Alerts | Amazon Subscription Boxes<br>Top subscription boxes –<br>right to your door | PillPack<br>Pharmacy<br>Simplified | Amazon Renewed<br>Like-new<br>products<br>you can trust | Amazon Second Chance<br>Pass it on, trade it in, give<br>it a second life |  |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2021, Amazon.com, Inc. or its affiliates

042
De Lilly Reply Decl. Ex. C