# EXHIBIT F

058
De Lilly Reply Decl. Ex. F

Page 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

THRIVE NATURAL CARE, INC.,        )
                                  )
                Plaintiff,        )
                                  )
       VS.                        ) CASE NO.:
                                  ) 2:20-cv-9091-PA-AS
                                  )
THRIVE CAUSEMETICS, INC.,         )
                                  )
                Defendants.       )
_____)

VIDEOTAPED REMOTE DEPOSITION OF ALEXANDER MCINTOSH
Irvine, California
Friday, July 30, 2021
MAGNA LEGAL SERVICES
(866) 624-6221
www.MagnaLS.com

Job No.:  737849
Reported by:
Shirley R. Lynn, C.S.R. NO. 13784



059
De Lilly Reply Decl. Ex. F

```
                                                              Page 2
 1                    UNITED STATES DISTRICT COURT
 2                   CENTRAL DISTRICT OF CALIFORNIA
 3
 4    THRIVE NATURAL CARE, INC.,         )
                                         )
 5                   Plaintiff,          )
                                         )
 6        VS.                            ) CASE NO.:
                                         ) 2:20-cv-9091-PA-AS
 7                                       )
      THRIVE CAUSEMETICS, INC.,          )
 8                                       )
                     Defendants.         )
 9    _____)
10
11          REMOTE VIDEOTAPED DEPOSITION OF ALEXNDER MCINTOSH,
12    taken on behalf of the Defendant, at Irvine, California,
13    commencing at 9:38 a.m., Friday, July 30, 2021, before
14    Shirley R. Lynn, Certified Shorthand Reporter, License No.
15    13784, for the State of California, pursuant to Notice.
16
17
18
19
20
21
22
23
24
25
```

```
                                                              Page 3
 1   APPEARANCES (All parties appearing remotely):
 2
 3   For the Plaintiff:
 4        THE MCARTHUR LAW FIRM, P.C.
          BY:  STEPHEN MCARTHUR, ESQ.
 5        9465 Wilshire Boulevard, Suite 300
          Beverly Hills, California 90212
 6        Phone:  (323) 639-4455
          E-mail:  stephen@smcarthurlaw.com
 7
     For the Defendants:
 8
          SIDLEY AUSTIN LLP
 9        BY:  ROLLIN A. RANSOM, ESQ.
          555 West Fifth Street, Suite 4000
10        Los Angeles, California 90013
          Phone:  (213) 896-6000
11        E-mail:  rransom@sidley.com
12   Also Present:
13        Videographer/Brianna Diaz
14
15
16
17
18
19
20
21
22
23
24
25
```



Page 6

1       IRVINE, CALIFORNIA; FRIDAY, JULY 30, 2021
2                      AT 9:38 A.M.
3                         -oOo-
4                          ***
5           THE VIDEOGRAPHER:  Good morning.  We are
6   now on the record.  This begins Videotape No. 1 in
7   the deposition of Alex McIntosh in the matter of
8   Thrive Natural Care, Inc. vs. Thrive Causemetics,
9   Inc., in the United States District Court, Central
10  District of California.
11          Today is July 30th, 2021, and the time is
12  9:39 a.m.  This deposition is being taken remotely via
13  web conferencing at the request of Sidley Austin, LLP.
14          The videographer today is Brianna Diaz of Magna
15  Legal Services, and the court reporter is Shirley Lynn
16  of Magna Legal Services.
17          Will counsel and all parties present state
18  their appearances and whom they represent at this time.
19          MR. MCARTHUR:  Steven McArthur for Thrive
20  Natural Care, the plaintiff.
21          MR. RANSOM:  Rollin Ransom.
22          MR. MCARTHUR:  And here as attorney also
23  for Ecomundi Ventures, Inc., and Mr. Alex McIntosh.
24          THE VIDEOGRAPHER:  Thank you.  Will the court
25  reporter please swear in the --



```
                                                          Page 7
 1              THE COURT REPORTER:  Just a second.  Just a
 2   second.  I didn't hear Mr. Ransom.  I am sorry.
 3              MR. RANSOM:  I didn't come in yet.  Sorry.
 4              Rollin Ransom for the defendant Thrive
 5   Causemetics, Inc.
 6              THE VIDEOGRAPHER:  Thank you.  Will the
 7   court reporter please swear in the witness.
 8
 9                    ALEXANDER MCINTOSH,
10            having first been duly sworn, was
11            examined and testified as follows:
12              THE WITNESS:  I do.
13                        EXAMINATION
14   BY MR. RANSOM:
15     Q    Could you please state your full name.
16     A    Alexander McIntosh.
17     Q    Mr. McIntosh, you were deposed last Friday
18   and I, at the start of that deposition, went over
19   some ground rules or understandings governing the
20   deposition.  You understand those same ground rules
21   apply to the deposition today?
22     A    I do.
23     Q    Do you have any questions about the
24   process?
25     A    I do not.
```

```
                                                    Page 39
 1      Q    Who are those?  Who are they?
 2      A    Most likely -- and I'm not recalling this
 3   specifically, but most likely they would have been
 4   Kim Jeffrey, Tim Brown, probably Michael Costello as
 5   well.
 6      Q    Any of the --
 7      A    They're all very experienced in consumer
 8   packaged goods.
 9      Q    Were any of those --
10           (Court Reporter clarification.)
11           THE WITNESS:  Very experienced in consumer
12   packaged goods.
13   BY MR. RANSOM:
14      Q    Were any of those communications in
15   writing?
16      A    I don't recall.  I don't believe so.
17           MR. RANSOM:  I've dropped a document into
18   the chat.  Please open it and tell me when you've
19   had a chance to take a look.
20           THE WITNESS:  Okay.  I've got it open.  Let
21   me look through it now.
22           (Exhibit 87 was marked for
23           identification.)
24   BY MR. RANSOM:
25      Q    Okay.
```

```
                                                          Page 40
 1     A     And, Mr. Ransom, the prior document, 86, do
 2  you want me to keep that open?
 3     Q     No, you can close that one.
 4     A     All right.  Let me look at this.
 5           Okay.  I've scanned through the document.
 6     Q     Thank you.
 7           Do you recognize Exhibit 87?
 8     A     I know what it is.  It appears to be a
 9  Thrive Sales & Marketing Expense Summary.
10     Q     And do you see there's a line that says
11  "Operating Expenses, Sales & Marketing"?
12           Do you see that?
13     A     I do.
14     Q     Okay.  And does that show the amount spent
15  by Thrive Natural Care in sales and marketing in the
16  periods represented in Exhibit 87?
17     A     I believe so.
18     Q     What is included in sales and marketing
19  expenses?
20     A     Expenses related to sales and marketing
21  activity.  I can't say for certain everything that's
22  in there, but I would assume it includes some
23  advertising expenses, and then expenses related to
24  people that are working on sales and marketing.
25     Q     Okay.  So in terms of the people, does it
```



```
                                                          Page 41
 1   include the money spent on your current or former PR
 2   professionals?
 3        A    I don't know.  I don't know where those
 4   would go, if that's consultant or if that's sales
 5   and marketing.  I'm not sure.
 6        Q    Okay.  But does it include a category --
 7   include money spent on your social media
 8   professionals?
 9        A    The professionals, I don't know.
10        Q    For example, a cost associated with
11   Mr. Gillett, about whom you testified in your last
12   deposition.
13             Is that a cost included in this line item?
14        A    I don't know if those go here or if they go
15   under consultant.
16        Q    Okay.  What about the costs for Amazon
17   AdWords or keywords?  Is that included within this
18   line item?
19        A    I don't know.
20        Q    What about Google AdWords or keywords?  Is
21   that included in this line item?
22        A    I don't know for certain.
23        Q    In our last deposition we looked at work
24   done by various contractors including Guts & Glory
25   and ROKiT.
```



Page 42

```
 1            Do you recall that?
 2      A     I do recall that.
 3      Q     Are those costs included in the sales and
 4   marketing line item?
 5      A     I can't say for certain.
 6      Q     Okay.  Do you have any reason to think
 7   they're not?
 8      A     I don't know.
 9      Q     Does Thrive Natural Care participate in any
10   trade shows?
11      A     Yes.
12      Q     And is the trade show cost included in the
13   sales and marketing line item in these financials?
14      A     I don't know.
15      Q     What about the website cost?  Is the cost
16   of operating and maintaining the website included in
17   sales and marketing expense?
18      A     I don't know.
19      Q     And in our last deposition, near the end, I
20   think we talked briefly about their sales
21   representatives or sales brokers.
22            Do you recall that?
23      A     I do.
24      Q     And I can't recall, it was one of the other
25   of those terms that I think you -- you preferred.  I
```

Page 43

```
 1   just don't recall offhand which one it was.
 2           Can you refresh my memory?
 3      A    I believe it was the brokers.
 4      Q    Okay.  Thank you.
 5           Is there a cost associated with the use of
 6   sales brokers?
 7      A    There is a cost associated with the use of
 8   sales brokers.  I don't know if that appears here or
 9   some other line item in the budget.
10      Q    Okay.  When did you first become aware that
11   Thrive Causemetics was selling skincare products?
12      A    2020.  I believe it was 2020.
13      Q    How did you first become aware?
14      A    I --
15           MR. MCARTHUR:  Objection, form.
16           You can answer, Mr. McIntosh.
17           THE WITNESS:  Okay.  I typed in a Google
18   search for Thrive Skincare, either Thrive Skincare
19   or Thrive Natural Care, one of those two.  I don't
20   recall now.
21    BY MR. RANSOM:
22      Q    And what result did you see?
23      A    Ads for cosmetics, Thrive Causemetics.
24      Q    I'm dropping a document into the chat.
25   Please open it and let me know when you're ready.
```



068

De Lilly Reply Decl. Ex. F

```
                                                      Page 102
 1                      CERTIFICATE

 2                          OF

 3                  SHORTHAND REPORTER

 4                      *   *   *   *

 5

 6           I, Shirley Lynn, CSR No. 13784, a Certified

 7   Shorthand Reporter in and for the State of California,

 8   do hereby certify:

 9           That prior to being examined, the witness

10   named in the foregoing proceedings declared under

11   penalty of perjury to testify to the truth, the whole

12   truth, and nothing but the truth;

13           That said proceedings were taken by me in

14   shorthand at the time and place herein named and were

15   thereafter transcribed into typewriting under my

16   direction, said transcript being a true and correct

17   transcription of my shorthand notes;

18           Pursuant to Federal Rule 30(e), transcript

19   review was requested.

20           I further certify that I have no interest in

21   the outcome of this action.

22                                  _____

23                                    SHIRLEY LYNN

                                      CSR NO. 13784

24

25
```



069

De Lilly Reply Decl. Ex. F