UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-9091 PA (ASx) | Date | September 30, 2021 |
|---|---|---|---|
| Title | Thrive Natural Care, Inc. v. Thrive Causemetics, Inc. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS – COURT ORDER

On September 21, 2021, Plaintiff Thrive Natural Care, Inc. and Defendant Thrive Causemetics, Inc. filed a Joint Ex Parte Application For Clarification of Court's Order on Plaintiff's Application to Seal (Dkt. 88). (Docket No. 94.) The Court orders the following shall be filed under seal: pages 20-34, and page 36, labeled as Deposition Exhibits 2 and 3, of Exhibit C to the McArthur Declaration (Docket No. 34-3); pages 27-29, and 31, labeled as Deposition Exhibits 38 and 39, of Exhibit D to the McArthur Declaration (Docket No. 34-4); and pages 93-95, labeled as Deposition Exhibit 38, of Exhibit C to the McArthur Declaration (Docket No. 55-4). The Court also orders the following shall be removed from the public docket and placed under seal: pages 93-95, labeled as Deposition Exhibit 38, of Exhibit C to the McArthur Declaration (Docket No. 89-2); pages 20-34, and page 36, labeled as Deposition Exhibits 2 and 3, of Exhibit C to the McArthur Declaration (Docket No. 96-5); and pages 27-29, and 31, labeled as Deposition Exhibits 38 and 39, of Exhibit D to the McArthur Declaration (Docket No. 96-6). All other relief sought by the application is denied for the reasons stated in the Court's Order dated September 16, 2021 (Docket No. 88) and the Court's Order dated September 21, 2021 (Docket No. 95).

IT IS SO ORDERED.