# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| Case No. | CV 20-9091 PA (ASx) | Date | September 30, 2021 |
|---|---|---|---|
| Title | Thrive Natural Care, Inc. v. Thrive Causemetics, Inc. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS – COURT ORDER

The Court vacates its September 30, 2021 Minute Order (Docket No. 100) and instead issues this amended Minute Order on Joint Ex Parte Application For Clarification of Court's Order on Plaintiff's Application to Seal (Docket No. 94).

The Court grants the Application to Seal pages 20-34, and page 36, labeled as Deposition Exhibits 2 and 3, of Exhibit C to the McArthur Declaration (Docket No. 34-3); pages 27-29, and 31, labeled as Deposition Exhibits 38 and 39, of Exhibit D to the McArthur Declaration (Docket No. 34-4); and pages 93-95, labeled as Deposition Exhibit 38, of Exhibit C to the McArthur Declaration (Docket No. 55-4).

The Court also seals pages 93-95, labeled as Deposition Exhibit 38, of Exhibit C to the McArthur Declaration (Docket No. 89-2); pages 20-34, and page 36, labeled as Deposition Exhibits 2 and 3, of Exhibit C to the McArthur Declaration (Docket No. 96-5); and pages 27-29, and 31, labeled as Deposition Exhibits 38 and 39, of Exhibit D to the McArthur Declaration (Docket No. 96-6).  Because those documents were originally filed publicly, the Court will seal Docket Nos. 89-2, 96-5, and 96-6.  Plaintiff shall file unsealed versions of those documents with redactions of only the portions of the documents the Court has ordered sealed by no later than October 5, 2021.

All other relief sought by the Application for Clarification is denied for the reasons stated in the Court's Order dated September 16, 2021 (Docket No. 88) and the Court's Order dated September 21, 2021 (Docket No. 95).

To the extent the parties have not already filed unredacted and unsealed versions of any other document filed in support of or in opposition to the cross-motions for summary judgment to which the Court has denied an application to file under seal, the filing party has until October 5, 2021, to file an unsealed and unredacted version of those documents or any portion thereof.

IT IS SO ORDERED.