Stephen McArthur (State Bar No. 277712)
stephen@smcarthurlaw.com
Thomas Dietrich (State Bar No. 254282)
tom@smcarthurlaw.com
THE MCARTHUR LAW FIRM, P.C.
9465 Wilshire Blvd., Ste. 300
Beverly Hills, CA 90212
Telephone: (323) 639-4455

*Attorneys for Plaintiff Thrive Natural Care, Inc.*

Rollin A. Ransom (State Bar No. 196126)
rransom@sidley.com
Lauren M. De Lilly (State Bar No. 301503)
ldelilly@sidley.com
Paula C. Salazar (State Bar No. 327349)
psalazar@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone:  (213) 896-6000
Facsimile: (213) 896-6600

*Attorneys for Defendant Thrive Causemetics, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THRIVE NATURAL CARE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> THRIVE CAUSEMETICS, INC., <br><br> Defendant. | Case No.  2:20-cv-9091-PA-AS <br><br> Hon. Percy Anderson <br><br> **JOINT STATEMENT OF THE CASE** <br><br> Trial Date: November 9, 2021 <br> Time:        9:00 a.m. <br> Place:       Courtroom 9A |

**Joint Statement of the Case**

This is a trademark case. The parties in this case are the plaintiff, Thrive Natural Care, Inc., and the defendant, Thrive Causemetics, Inc.

The plaintiff, Thrive Natural Care, sells skincare products under the brand name "Thrive" and is claiming legal rights to a trademark for the mark "Thrive" when used in connection with selling skincare products. Thrive Natural Care claims ownership of two trademark registrations for the mark "Thrive" for use in connection with skincare products.

The defendant, Thrive Causemetics, sells skincare products under the brand name "Thrive Causemetics." The plaintiff, Thrive Natural Care, claims that Thrive Causemetics' use of the name "Thrive Causemetics" on skincare products infringes Thrive Natural Care's trademarks and constitutes unfair competition. More specifically, Thrive Natural Care claims that Thrive Causemetics' use of the brand name "Thrive Causemetics" on skincare products is likely to cause confusion among ordinary consumers as to the origin or affiliation of the parties' products. Thrive Natural Care alleges it is entitled to monetary damages for Thrive Causemetics' sales of skincare products. Thrive Causemetics also sells makeup under the name "Thrive Causemetics," but Thrive Natural Care does not allege that the sale of makeup infringes its trademarks.

Thrive Causemetics denies that it is infringing or unfairly competing, and denies that Thrive Natural Care is entitled to the relief it requests. Thrive Causemetics disputes that "Thrive" is a valid trademark as used with Thrive Natural Care's products and asserts that Thrive Causemetics' use of the brand name "Thrive Causemetics" on skincare products is not likely to cause confusion as to the origin or affiliation of the parties' products. In addition, Thrive Causemetics contends that one of Thrive Natural Care's trademark registrations for the mark "Thrive" has been abandoned.

| | | |
|---|---|---|
| 1 | DATED:  October 1, 2021 | THE MCARTHUR LAW FIRM, PC |
| 2 | | By: */s/ Stephen McArthur* |
| 3 | | Stephen McArthur |
| 4 | | *Attorneys for Plaintiff Thrive Natural Care, Inc.* |
| 5 | | |
| 6 | DATED:  October 1, 2021 | SIDLEY AUSTIN LLP |
| 7 | | |
| 8 | | By: */s/ Rollin A. Ransom* |
| | | Rollin A. Ransom |
| 9 | | *Attorneys for Defendant Thrive Causemetics, Inc.* |

## **SIGNATURE ATTESTATION**

I am the CM/ECF filer whose identification and password are being used to file the foregoing Joint Statement of the Case.  In compliance with Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that every signatory has concurred in this filing.

DATED:  October 1, 2021         By: */s/ Rollin A. Ransom*
                                                              Rollin A. Ransom