| | |
|---|---|
| Stephen McArthur (State Bar No. 277712)<br>stephen@smcarthurlaw.com<br>Thomas Dietrich (State Bar No. 254282)<br>tom@smcarthurlaw.com<br>THE MCARTHUR LAW FIRM, P.C.<br>9465 Wilshire Blvd., Ste. 300<br>Beverly Hills, CA 90212<br>Telephone: (323) 639-4455<br><br>*Attorneys for Plaintiff Thrive Natural Care, Inc.* | Rollin A. Ransom (State Bar No. 196126)<br>rransom@sidley.com<br>Lauren M. De Lilly (State Bar No. 301503)<br>ldelilly@sidley.com<br>Paula C. Salazar (State Bar No. 327349)<br>psalazar@sidley.com<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013<br>Telephone: (213) 896-6000<br>Facsimile: (213) 896-6600<br><br>*Attorneys for Defendant Thrive Causemetics, Inc.* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THRIVE NATURAL CARE, INC.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THRIVE CAUSEMETICS, INC.,<br><br>　　　　Defendant. | Case No. 2:20-cv-9091-PA-AS<br><br>Hon. Percy Anderson<br><br>**JOINT STATEMENT REGARDING SETTLEMENT**<br><br>Trial Date: November 9, 2021<br>Time:　　9:00 a.m.<br>Place:　　Courtroom 9A |

1  Pursuant to paragraph III(A)(6) of the Court's Civil Trial Scheduling Order
2  (ECF No. 19), Plaintiff Thrive Natural Care, Inc. ("Plaintiff") and Defendant Thrive
3  Causemetics, Inc. ("Defendant," and together with Plaintiff, the "Parties") hereby
4  submit this joint statement regarding settlement.

5  In accordance with the Court's Order/Referral to ADR (ECF No. 18), on
6  January 5, 2021, the Parties participated in a private mediation under the guidance of
7  mediator Mr. Michael D. Young in a good-faith attempt to settle their dispute.  At the
8  mediation, Defendant was represented by counsel Rollin A. Ransom from Sidley
9  Austin LLP and Defendant's Founder and Chief Executive Officer Karissa Bodnar.
10 Plaintiff was represented by counsel Stephen McArthur of The McArthur Law Firm,
11 P.C. and Plaintiff's Co-founder and Chief Executive Officer Alex McIntosh.  The
12 Parties were unable to reach an agreement during the mediation.  As of the date of
13 filing this Joint Statement, there has been no material change in the Parties' respective
14 positions.  While the Parties remain open to the possibility of settlement, the Parties
15 do not anticipate engaging in any further settlement discussions until after the Court
16 rules on the parties' respective motions for summary judgment.

DATED:  October 1, 2021       THE MCARTHUR LAW FIRM, PC

By: */s/ Stephen McArthur*
Stephen McArthur

*Attorneys for Plaintiff Thrive Natural Care, Inc.*

DATED:  October 1, 2021       SIDLEY AUSTIN LLP

By: */s/ Rollin A. Ransom*
Rollin A. Ransom

*Attorneys for Defendant Thrive Causemetics, Inc.*

1
JOINT STATEMENT REGARDING SETTLEMENT

## SIGNATURE ATTESTATION

I am the CM/ECF filer whose identification and password are being used to file the foregoing Joint Statement Regarding Settlement. In compliance with Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that every signatory has concurred in this filing.

DATED: October 1, 2021

By: */s/ Rollin A. Ransom*
Rollin A. Ransom