1  Stephen McArthur (SBN 277712)
   stephen@smcarthurlaw.com
2  Thomas Dietrich (SBN 254282)
   tom@smcarthurlaw.com
3  THE MCARTHUR LAW FIRM, P.C.
   9465 Wilshire Blvd., Ste. 300
4  Beverly Hills, CA 90212
   Telephone: (323) 639-4455
5
   *Attorneys for Plaintiff Thrive*
6  *Natural Care, Inc.*

7

8

9                    UNITED STATES DISTRICT COURT

10                   CENTRAL DISTRICT OF CALIFORNIA

11

12 | THRIVE NATURAL CARE, INC.,      | Case No. 2:20-CV-9091-PA-AS
13 |          Plaintiff,             | **NOTICE OF LODGING OF [PROPOSED] FINAL PRETRIAL CONFERENCE ORDER AND RELATED DOCUMENTS**
14 |     v.                          |
15 | THRIVE CAUSEMETICS, INC.,       | Hon. Percy Anderson
16 |          Defendant.             | **Trial Date:** November 9, 2021
17 |                                 | **Pretrial Conf.:** October 15, 2021
   |                                 | **Courtroom:** 9A
18

19

20

21

22

23

24

25

26

27

28
                                    NOTICE OF LODGING [PROPOSED] FINAL
                                         PRETRIAL CONFERENCE ORDER
                                         Case No. 2:20-CV-09091-PA-AS

1  TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD,

2  PLEASE TAKE NOTICE that Plaintiff Thrive Natural Care, Inc. hereby lodges the

3  attached [Proposed] Final pretrial Conference Order, along with the parties' Joint

4  Witness List, Joint Exhibit List, and Table of Deposition Designations.

DATED: October 1, 2021          Respectfully submitted,

THE MCARTHUR LAW FIRM, PC

By: */s/ Stephen McArthur*
    Stephen McArthur
    Thomas Dietrich
    *Attorneys for Plaintiff Thrive Natural Care, Inc.*

# **CERTIFICATE OF SERVICE**

Case Name: *Thrive Natural Care, Inc. v. Thrive Causemetics, Inc.*
Case No.: 2:20-cv-9091-PA-AS

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, declare under penalty of perjury that I am a citizen of the United States over 18 years of age. My business address is 9465 Wilshire Blvd., Ste. 300, Beverly Hills, CA 90212. I am not a party to the above-entitled action.

    I have caused service of the following documents, described as:

**NOTICE OF LODGING OF [PROPOSED] FINAL PRETRIAL CONFERENCE ORDER AND RELATED DOCUMENTS**

on the following parties by electronically filing the foregoing on October 1, 2021, with the Clerk of the District Court using its ECF System, which electronically notifies them.

Rollin Ransom (SBN 196126)　　　　　*Attorneys for Defendant*
rransom@sidley.com
Ryan Stasell (SBN 307431)
rstasell@sidley.com
Paula Salazar (SBN 327349)
psalazar@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth St., Ste. 4000
Los Angeles, CA 90013

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date:　10/1/2021　　　　　By:　*/s/ Thomas Dietrich*
　　　　　　　　　　　　　　　　Thomas Dietrich