# **Exhibit A**

**PUBLIC REDACTED VERSION OF DOCUMENT SEALED PURSUANT TO COURT ORDER DATED SEPTEMBER 30, 2021 (DKT. 101)**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

THRIVE NATURAL CARE, INC.,

       Plaintiff,

vs.               Case No. 2:20-cv-9091-PA-AS

THRIVE CAUSEMETICS, INC.

       Defendant.

VIDEOCONFERENCE 30(B)(6) DEPOSITION

OF KARISSA BODNAR

THURSDAY, JUNE 3, 2021

9:30 a.m.

*CONFIDENTIAL*

*ATTORNEYS' EYES ONLY*

MCARTHUR OPP. 2

Karissa Bodnar  30(b)(6), Attorneys Eyes Only
June 03, 2021

```
                                          Page 2                                              Page 4
1      BE IT REMEMBERED THAT, the confidential     1              EXAMINATION INDEX
2    videoconference 30(b)(6) deposition of KARISSA BODNAR  2
3    was reported by Mary C. Soldati, Registered Professional  3  KARISSA BODNAR                    PAGE NO.
4    Reporter and Certified Shorthand Reporter, on Thursday,  4  By Mr. Dietrich                        8
5    June 3, 2021, commencing at the hour of 9:30 a.m., the  5
6    proceedings being reported remotely from Portland,  6
7    Oregon.                                       7              EXHIBIT INDEX
8                                                  8
9                                                  9  EXHIBIT NO.      DESCRIPTION      PAGE NO.
10                                                 10
11                                                 11  Exhibit No. 9    Amended 30(B)(6) Notice    13
12                                                 12
13                                                 13  Exhibit No. 10   Webpage Screenshot    26
14                                                 14
15                                                 15  Exhibit No. 11   Webpage Screenshot    27
16                                                 16
17                                                 17  Exhibit No. 12   Webpage Screenshot    49
18                                                 18
19                                                 19  Exhibit No. 13   Email Dated 9/23/14    62
20                                                 20
21                                                 21  Exhibit No. 14   TCI Facebook Page    66
22                                                 22
23                                                 23  Exhibit No. 15   Email Dated 6/27/16    71
24                                                 24
25                                                 25
```

```
                                          Page 3                                              Page 5
1              APPEARANCES                         1              EXHIBIT INDEX
2                                                  2
3    Appearing on behalf of the Plaintiff:         3  EXHIBIT NO.      DESCRIPTION      PAGE NO.
4    MR. THOMAS DIETRICH                           4
5    THE MCARTHUR LAW FIRM, PC                     5  Exhibit No. 16   Product List    86
6    9465 Wilshire Blvd., Suite 300               6
7    Beverly Hills, CA 90212                       7  Exhibit No. 17   Email Dated 7/27/16    98
8    tom@smcarthurlaw.com                          8
9                                                  9  Exhibit No. 18   Email Dated 1/8/16    114
10   Appearing on behalf of the Defendant:         10
11   MR. ROLLIN RANSOM                             11  Exhibit No. 19   Product Chart    135
12   SIDLEY AUSTIN LLP                             12
13   555 West Fifth Street, Ste. 4000             13  Exhibit No. 20   Demographics Chart    141
14   Los Angeles, CA 90013                         14
15   Rransom@sidley.com                            15  Exhibit No. 21   Thrive Causemetics Ad    147
16                                                 16
17   ALSO PRESENT:  Jim Stull, Videographer        17  Exhibit No. 22   Paid Media Summary    149
18                                                 18
19                                                 19  Exhibit No. 23   ACI Document    151
20                                                 20
21                                                 21  Exhibit No. 24   Theory Metrics Document    155
22                                                 22
23                                                 23  Exhibit No. 25   Spreadsheet    163
24                                                 24
25                                                 25  Exhibit No. 26   Spreadsheet    167
```

MCARTHUR OPP. 3

Karissa Bodnar  30(b)(6), Attorneys Eyes Only
June 03, 2021

Page 6

1                    EXHIBIT INDEX

2

3   EXHIBIT NO.          DESCRIPTION          PAGE NO.

4

5   Exhibit No. 27     Trademark Report           183

6

7   Exhibit No. 28     Email Dated  12/19/07      190

8

9   Exhibit No. 29     Letter Dated 11/15/16      192

10

11  Exhibit No. 30     Email Dated  4/22/16       196

12

13  Exhibit No. 31     Letter Dated 3/13/17       205

14

15  Exhibit No. 32     Email Dated 6/27/19        207

16

17  Exhibit No. 33     Notes                      211

18

19  Exhibit No. 34     Trademark Registration     228

20

21  Exhibit No. 35     Instagram Post             234

22

23  Exhibit No. 36     Advertisement              236

24

25

Page 7

1                    P R O C E E D I N G S

2

3

4

5          THE VIDEOGRAPHER:  Good morning.  We are now

6   on the record.  Participants should be aware that this

7   proceeding is being recorded, and as such, all

8   conversations held will be recorded, unless there is a

9   request and agreement go off the record.

10          Private conversations and/or attorney-client

11  interactions should be held outside the presence of the

12  remote interface.

13          A link to the recording will be available to

14  all parties to the case for up to 90 days from today's

15  date, provided the requesting party has purchased a

16  certified copy of the transcript.

17          This is the remote video recorded deposition

18  of Karissa Bodnar.  Today is Thursday, June 3rd, 2021.

19  The time is now 9:30 a.m. in the Pacific time zone.

20  We're here in the matter of Thrive Natural Care v.

21  Thrive Causemetics, Inc.

22          My name is Jim Stull, remote video

23  technician on behalf of U.S. Legal Support, located at

24  1200 6th Avenue, Suite 610, Seattle, Washington 98101.

25  I am not related to any party in this action, nor am I

Page 8

1   financially interested in the outcome.

2          At this time, will the reporter, Mary

3   Soldati, on behalf of U.S. Legal Support, swear in the

4   witness.

5

6                    KARISSA BODNAR,

7   was thereupon produced as a witness and, after having

8   been sworn on oath, was examined and testified as

9   follows:

10                    EXAMINATION

11  BY MR. DIETRICH:

12     Q.  All right.  Good morning.  Could you please state

13  your full name for the record.

14     A.  Karissa Elizabeth Bodnar.

15          MR. DIETRICH:  And I would just like Mr.

16  Stull to correct -- this is actually the 30(b)(6)

17  deposition of Thrive Causemetics, Inc.  It's not the

18  personal deposition Ms. Bodnar.  So I just wanted to get

19  that on the record to start off with.  This will be

20  followed by the personal deposition of Ms. Bodnar.

21  BY MR. DIETRICH:

22     Q.  Ms. Bodnar, my name is Tom Dietrich, and I'm an

23  attorney that represents Thrive Natural Care.  And thank

24  you for appearing this morning.

25          Have you ever had your deposition taken before?

Page 9

1      A.  For this matter, no.

2      Q.  In any other matters?

3      A.  Yes.

4      Q.  Okay.  Well, you're probably somewhat familiar

5   with the process.  I don't know if you've had a remote

6   deposition before or not.  Have you?

7      A.  No.

8      Q.  Is that a no?

9      A.  No.

10     Q.  Thank you.  The court reporter is going to record

11  everything that we say.  Please speak loudly and

12  clearly.  If I don't understand you, I will ask.

13          Please answer verbally with a yes or a no or

14  further answer.  No head nods or huh-uh or uh-huh.

15  That's hard to get down in the transcript.

16          I'll do my best not to interrupt you and if you

17  would please not interrupt me.  That is also pretty hard

18  to take down for the court reporter if we start talking

19  over each other.

20          If you don't understand a question, please let me

21  know and I'll try to rephrase it or ask a better one.

22          I would ask that -- we're going to take breaks

23  throughout.  So if you need a break, please let me know.

24  I would just ask that you not take a break while there

25  is a question pending.  Please answer the question and

MCARTHUR OPP. 4

Karissa Bodnar  30(b)(6), Attorneys Eyes Only
June 03, 2021

Page 10

1  then we can take a break.  I'm sure we'll
2  break for lunch and then come back after that.
3          If we -- if you remember
4  something five or ten minutes down the road
5  that related to a prior question, please let
6  me know and we can go back and get that on the
7  record.
8          Is there any reason you can think
9  of that you can't testify fully and truthfully
10  today?
11      A.    No.
12      Q.    And in a remote deposition
13  setting, I would please ask you to not look at
14  your phone, not look at other documents or
15  communicate with anybody else during the
16  deposition.
17          If there's an exhibit, I'll send
18  it to you.  And the other remote depositions
19  I've used, I have sent PDFs of exhibits via
20  the chat function in Zoom, and you can
21  download it there.  We can then -- everybody
22  can download it there.
23          We can give Rollin some time to
24  review it and state any objections he may have
25  first, so please give him some time.  And then

Page 11

1  I'll go ahead and ask you questions about it
2  once we get it marked as an exhibit.
3          Do you understand that process?
4      MR. RANSOM:  Tom if I may, I
5  think it's fine if you would use the chat
6  feature.  I would ask if you could also email
7  it, in addition to using the chat, that would
8  be appreciated.
9      MR. DIETRICH:  Okay.  Would it be
10  all right with you if I did sort of a back
11  email after -- say at lunch time -- of
12  exhibits that we did beforehand?
13      MR. RANSOM:  Why don't see how it
14  goes.  I may can ask for it to be realtime,
15  but we can take it one by one.
16  BY MR. DIETRICH:
17      Q.    Sounds good.  Do you understand
18  you're here in this deposition as a
19  representative of Thrive Causemetics, Inc.?
20      A.    Yes.
21      Q.    I will refer to Thrive
22  Causemetics, Inc., most likely, as TCI or
23  Thrive Causemetics.
24          Do you understand that?
25      A.    Yes.

Page 12

1      Q.    And your answers in this
2  deposition are on behalf of TCI; is that
3  correct?
4      A.    Yes.
5      Q.    If I refer to TMC or Thrive
6  Natural Care, I mean the plaintiff in this
7  case.  Do you understand that?
8      A.    Yes.
9      Q.    I'm going to ask to admit the
10  amended 30(b)(6) notice.  And I've just sent a
11  copy via chat, so we can give that a try.
12      MR. DIETRICH:  Rollin, did you
13  receive that?
14      MR. RANSOM:  I have it in the
15  chat, yes, so give me one second.  So are you
16  marking this?
17      MR. DIETRICH:  Yeah, I would ask
18  to mark this Exhibit No. 1.
19      MR. RANSOM:  And again, just to
20  be clear, because I think Stephen in the prior
21  deposition started at 1 as well.
22          My suggestion would be that you
23  actually mark it sequentially to whatever the
24  last number was that you ended in, in Ned's
25  deposition.  I don't know if you have it.  I

Page 13

1  can look back, but just so we're avoiding
2  confusion.  I know some judges prefer you
3  match exhibit numbers if you can.
4      MR. DIETRICH:  Let me see what I
5  have for the last exhibit there.
6      MR. RANSOM:  So the last one, at
7  least that I received from Stephen, was
8  Exhibit 8.
9      MR. DIETRICH:  Yeah.  I have that
10  as well.
11      MR. DIETRICH:  So let's go with
12  Exhibit 9 here.
13      MR. RANSOM:  Perfect.  That
14  works.  Thank you.
15          (Exhibit No. 9 marked for
16  identification.)
17  BY MR. DIETRICH:
18      Q.    Ms. Bodnar, did you receive
19  what's been marked Exhibit 9?
20      A.    Mm-hmm.
21      MR. RANSOM:  You have to answer
22  yes.
23      THE WITNESS:  Yes.
24  BY MR. DIETRICH:
25      Q.    You recognize this document?

MCARTHUR OPP. 5

Karissa Bodnar  30(b)(6), Attorneys Eyes Only
June 03, 2021

Page 14

1      A.     Yes.
2      Q.     Have you reviewed it before?
3      A.     Yes.
4      Q.     Are you prepared to answer the
5  questions on the topics for which you've been
6  designated?
7      A.     Yes.
8      Q.     What did you do to prepare for
9  this deposition?
10         I would caution you that I don't
11  want information about what you communicated
12  with counsel, but what else you may have
13  reviewed to prepare.
14     A.     Met with counsel.
15     Q.     Did you review any documents?
16     A.     Yes, provided by counsel.
17     Q.     And which documents did you
18  review?
19         MR. RANSOM:  I am going to object
20  and caution the witness not to disclose either
21  the content of our communication or provide a
22  list of documents.
23         Tom, if in the course of the
24  deposition she's shown a document, you can ask
25  her whether she saw it and whether it

Page 15

1  refreshed her memory.
2         But documents that I shared with
3  the witness in connection with the preparation
4  is work product, so I'll instruct her not to
5  answer that question at this time.
6         MR. DIETRICH:  Understood.
7  BY MR. DIETRICH:
8      Q.     Let's talk a little bit about
9  your background with TCI.  What is your
10  position within TCI?
11     A.     I am the founder and CEO.
12     Q.     Have you always had that
13  position?
14     A.     Yes.
15     Q.     Did you start TCI?
16     A.     Yes.
17     Q.     When?
18     A.     2015.  I apologize.  2014.
19     Q.     When in 2014?
20     A.     I don't recall.
21     Q.     You don't recall when you started
22  the company?
23     A.     Yes.
24     Q.     Did TCI sell products in 2014?
25     A.     I believe we sold products

Page 16

1  beginning in September of 2014.
2      Q.     What products did you start
3  selling in 2014?
4      A.     False lashes and lash
5  adhesive.
6      Q.     What were your job duties at that
7  time when you started the company?
8      A.     I was the founder and CEO.
9      Q.     Right.  I think that's more of a
10  title than actual duties.  What did you do
11  with the company?
12     A.     I was the company's only
13  employee at the time, so I did everything.
14     Q.     Can we go a little bit more into
15  detail on what everything consists of?
16         MR. RANSOM:  Objection.  Vague
17  and ambiguous.  Ms. Bodnar, you can answer to
18  the extent you can.
19         THE WITNESS:  I did order
20  fulfillment, product development, customer
21  service.
22  BY MR. DIETRICH:
23     Q.     Did you manufacture the product?
24     A.     No.
25     Q.     Who did?

Page 17

1      A.     Our contract manufacturer.
2      Q.     Who was that?
3      A.     I don't recall.
4      Q.     Did you communicate with the
5  contract manufacturer?
6      A.     Yes.
7      Q.     And they made the only product
8  Thrive Causemetics sold?
9      A.     In 2014, yes.
10     Q.     Did you contract with them
11  frequently?
12     A.     In 2014, yes.
13     Q.     And you don't recall the name of
14  the company?
15         MR. RANSOM:  Objection.  Asked
16  and answered.  You can answer again.
17         THE WITNESS:  I don't recall.
18     BY MR. DIETRICH:
19     Q.     Do you recall where they were
20  located?
21     A.     China.
22     Q.     How many employees does TCI have
23  now?
24     A.     About 100.
25     Q.     And what are your job duties now

MCARTHUR OPP. 6

Karissa Bodnar  30(b)(6), Attorneys Eyes Only
June 03, 2021

Page 26

1      Q.     What does the term "skincare
2  products" mean?
3      A.     Products that you use on your
4  skin.
5      Q.     And on TCI's website, there's a
6  tab labeled Skincare, right?
7      A.     To the best of my knowledge, I
8  believe so.
9      Q.     And are the products listed under
10  that tab Skincare Products?
11     A.     I don't know.
12            MR. DIETRICH: And entering what
13  I would ask to have marked as Exhibit 10.
14            (Exhibit No. 10 marked for
15  identification.)
16            THE WITNESS: Did you send a
17  file?
18  BY MR. DIETRICH:
19     Q.     I did, via the chat.
20     A.     Got it.
21     Q.     Okay. Ms. Bodnar, looking at
22  Exhibit No. 10. Do you recognize this web
23  page?
24     A.     No.
25     Q.     Do you recognize had the URL

Page 27

1  thrivecausemetics.com?
2      A.     Yes.
3      Q.     Does Thrive Causemetics have an
4  All Skincare page?
5      A.     From this, yes.
6      Q.     Do you recognize these products?
7      A.     Yes.
8      Q.     Are these products that TCI has
9  sold?
10     A.     Yes.
11     Q.     Are these skincare products?
12     A.     Yes.
13            MR. DIETRICH: Another exhibit
14  that I would ask to be marked as Exhibit 11.
15            (Exhibit No. 11 marked for
16  identification.)
17     BY MR. DIETRICH:
18     Q.     Ms. Bodnar do you have Exhibit 11
19  open?
20     A.     Yes.
21     Q.     And do you recognize what has
22  been marked Exhibit 11?
23     A.     No.
24     Q.     Are you familiar with the Thrive
25  Causemetics website?

Page 28

1      A.     Yes.
2      Q.     Are these the skincare products
3  for sale on Thrive Causemetics's website?
4      A.     Some of them, yes.
5      Q.     Would these have been products
6  for sale as of September 21st, 2020?
7      A.     To the best of my knowledge,
8  yes.
9      Q.     And do you see at the top, these
10  are listed under All Skincare Products?
11     A.     I see that it says All
12  Skincare Products.
13     Q.     Is that something that was added
14  to TCI's website by TCI?
15     A.     To the best of my knowledge,
16  yes.
17     Q.     And looking at the side of the
18  first page, there are labels Skincare and
19  Makeup. Do you see that?
20     A.     Could you be more specific?
21     Q.     First page, left-hand side in the
22  middle, there are various labels for the
23  website.
24     A.     Yes.
25     Q.     One is Skincare and one is

Page 29

1  Makeup. Do you see that?
2      A.     Yes.
3      Q.     Is that how Thrive Causemetics'
4  website is split up, by skincare and makeup?
5      A.     No, it's not.
6            MR. RANSOM: Vague and ambiguous.
7            THE WITNESS: No.
8  BY MR. DIETRICH:
9      Q.     Are any of the products on this
10  page in Exhibit 11 considered color cosmetics?
11     A.     Yes.
12     Q.     Which ones?
13     A.     On page 1, Pumpkin Spice Latte
14  Liquid Balm Lip Treatment, and then it
15  looks like the product name is cut off,
16  but it's also -- the product right below
17  the Pumpkin Spice Latte, which is called
18  Liquid Balm.
19     Q.     So those would be considered
20  color cosmetics?
21     A.     They could be, yes.
22     Q.     Could they be considered skincare
23  products?
24     A.     Yes.
25     Q.     How about the other products on

MCARTHUR OPP. 7

Karissa Bodnar  30(b)(6), Attorneys Eyes Only
June 03, 2021

Page 42

1    Q.    What social media does TCI use?
2    A.    One example would be Facebook.
3    Q.    Does TCI use Instagram?
4    A.    Yes.
5    Q.    Is TCI on any other social media?
6    A.    Yes.
7    Q.    Which ones?
8    A.    TickTok.
9    Q.    Any others?
10   A.    Yes.  To the best of my
11 knowledge, Snapchat.
12   Q.    When was the decision made to go
13 forward with expanding into skincare products?
14   A.    I don't recall the specific
15 date.
16   Q.    Do you recall the approximate
17 date?
18   A.    No.
19   Q.    What considerations -- strike
20 that.
21         At some point TCI did decide to
22 expand into skincare products?
23   A.    Correct.  Yes.
24   Q.    And TCI did start selling
25 skincare products after that time?

Page 43

1    A.    Yes.
2    Q.    What considerations went into the
3 decision to start selling skincare products?
4    A.    To serve our customers and
5 giving partners.
6    Q.    Was profitability of the market
7 considered?
8    A.    Could you clarify?
9    Q.    Sure.  Did TCI consider whether
10 it could make money selling skincare products?
11   A.    Yes.
12   Q.    Who was involved in those
13 considerations?
14   A.    Me.
15   Q.    Anyone else?
16   A.    Could you clarify what you
17 mean around "considerations"?
18   Q.    Sure.  Maybe I should rephrase
19 that.
20         Who was involved in the decision
21 to expand into the skincare products?
22   A.    Me and our customers.
23   Q.    Anyone else from TCI?
24   A.    Ned Menninger.
25   Q.    Anyone else?

Page 44

1    A.    No.
2    Q.    At that time, did TCI have
3 advisors that it worked with?
4         MR. RANSOM:  Vague and ambiguous.
5         THE WITNESS:  I don't know.  I
6 don't understand the question.
7 BY MR. DIETRICH:
8    Q.    Well, did TCI work with any
9 business advisors at any point?
10   A.    I don't know what you mean by
11 "business advisors."
12   Q.    Did you work with anyone that
13 advised you on running a business?
14        MR. RANSOM:  Vague and ambiguous,
15 including as to time.
16        THE WITNESS:  I don't know what
17 you mean.
18  BY MR. DIETRICH:
19   Q.    Was anybody else involved in the
20 decision to expand into skincare products
21 besides you, Ned and customers?
22   A.    To make the final decision,
23 no.
24   Q.    You narrowed that a little bit
25 more than I asked the question.  I am not

Page 45

1 asking about the final decision.  I am asking
2 about the process of coming to that decision.
3         Who was involved in the process
4 of coming to the decision to sell skincare
5 products?
6    A.    Our customers, me, Ned
7 Menninger.
8    Q.    Anyone else?
9    A.    I don't know.  I don't recall.
10   Q.    When did TCI actually start
11 selling skincare products?
12   A.    To the best of my knowledge,
13 2018.
14   Q.    Do you know when in 2018?
15   A.    It was in the second half of
16 2018, to the best of my knowledge.
17   Q.    What skincare products did TCI
18 first sell?
19   A.    Overnight Sensation.
20   Q.    Anything else?
21   A.    To the best of my knowledge,
22 it was Overnight Sensation.
23   Q.    Has TCI expanded its skincare
24 line since then?
25   A.    Yes.

MCARTHUR OPP. 8

Karissa Bodnar   30(b)(6), Attorneys Eyes Only
June 03, 2021

Page 46

1      Q.    What products were added o the
2  skincare line?
3      A.    Defying Gravity Moisturizer.
4      Q.    When was that added?
5      A.    Could you be more specific
6  about what you mean when you say "added"?
7      Q.    Sure.  I mean, when the product
8  was released to the public.
9      A.    2020.
10     Q.    Did you TCI start selling any --
11         MR. RANSOM:  We've been going
12  about an hour.  When you reach a convenient
13  breaking time, let's take a short break.
14         MR. DIETRICH:  Sure.  Sounds
15  good.  Actually, now is fine.  So let's just
16  take a -- what do you want?  Five, ten
17  minutes?
18         MR. RANSOM:  We can take ten
19  minutes.  Is that all right?
20         MR. DIETRICH:  Sounds good.
21         THE VIDEOGRAPHER:  We're off the
22  record.  The time is 10:30.
23         (Break taken.)
24         THE VIDEOGRAPHER:  And we are on
25  the record.  The time is 10:41.

Page 47

1  BY MR. DIETRICH:
2      Q.    Thank you, Ms. Bodnar.  Before
3  the break we were talking about skincare
4  products that are offered by TCI.
5           In 2020, did TCI add any skincare
6  products to its line?
7      A.    Yes.
8      Q.    Which products were those?
9      A.    A few of them would be Defying
10  Gravity Moisturizer, Defying Gravity Eye
11  Cream, Bright Balance Cleanser.
12     Q.    A little bit ago we talked about
13  a cream.  Is there anything specific about
14  Defying Gravity Eye Cream that made TCI call
15  it a cream?
16     A.    In the market, eye products
17  that perform like Defying Gravity Eye
18  Cream are often called eye cream.
19     Q.    Is that a specific definition or
20  just something TCI chose?
21     A.    In the beauty industry,
22  there's not really a specific definition,
23  I would say.
24     Q.    Has the skincare market been
25  profitable for TCI?

Page 48

1      A.    Yes.
2      Q.    Does TCI have plans to continue
3  its skincare offering?
4      A.    Yes.
5         MR. RANSOM:  Objection.  Vague
6  and ambiguous to scope.  You can answer.
7         THE WITNESS:  Yes.
8  BY MR. DIETRICH:
9      Q.    Are you familiar with the term
10  SKU?
11     A.    Yes.
12     Q.    What does that mean to you?
13     A.    I believe the definition is
14  stock keeping unit.
15     Q.    Does each TCI product have a SKU?
16     A.    Yes.
17     Q.    Is there any certain number of
18  skincare product SKUs that TCI plans to
19  release in the future?
20     A.    Not specifically.
21     Q.    Has TCI continued to expand its
22  skincare product line after the lawsuit being
23  filed by Thrive Natural Care?
24         MR. RANSOM:  Vague and ambiguous.
25  You can answer.

Page 49

1         THE WITNESS:  To the best of my
2  knowledge, yes.
3  BY MR. DIETRICH:
4      Q.    What products were added or
5  released after the lawsuit being filed
6  referring to skincare products?
7      A.    I don't know.  I don't recall.
8      Q.    Showing you an exhibit ask it to
9  be marked Exhibit 12.
10         (Exhibit No. 12 marked for
11  identification.)
12         MR. DIETRICH:  Let me know when
13  you're ready, Rollin.
14         MR. RANSOM:  Working on it.
15  Okay.  I have it.
16  BY MR. DIETRICH:
17     Q.    Ms. Bodnar, do you have
18  Exhibit 12 in front of you?
19     A.    Yes.
20     Q.    Do you recognize this exhibit?
21     A.    Yes.
22     Q.    What does it show?
23     A.    It shows Smart
24  Microdermabrasion 2-in-1 Instant Facial.
25     Q.    Is that a TCI skincare product?

MCARTHUR OPP. 9

Karissa Bodnar   30(b)(6), Attorneys Eyes Only
June 03, 2021

Page 74

1  manufacturer.
2       Q.    What did they do?
3       A.    They make beauty products.
4       Q.    Did they make beauty products for
5  TCI?
6       A.    Yes.
7       Q.    Do you still work with Oxygen?
8       A.    Yes.
9       Q.    Do you work with other contract
10  manufacturers?
11       A.    Yes.
12       Q.    Are TCI's skincare products made
13  by a contract manufacturer?
14       A.    Yes.
15       Q.    Who is that?
16       A.    We work with a variety of
17  contract manufacturers.
18       Q.    And what are their names?
19       A.    We work with a group called
20  Northwest Cosmetic Labs, NCL, Oxygen,
21  Schawn-Stabilo, to name a few.
22       Q.    Can you spell that last one,
23  please?
24       A.    S C H A W N - S T A B I L O.
25       Q.    Do those three that you listed

Page 75

1  make skincare products for TCI?
2       A.    Yes.
3       Q.    Are there any other contract
4  manufacturers that TCI has worked with for
5  skincare products?
6       A.    Yes.
7       Q.    Can you name those?
8       A.    I don't remember.  I don't
9  recall specifically.  Causeway is one of
10  them.
11       Q.    Does TCI still work with
12  Causeway?
13       A.    To the best of my knowledge,
14  yes.
15       Q.    Are there any other contract
16  manufacturers TCI has used for skincare
17  products ever in its history?
18       A.    With our contract
19  manufacturers, we have discussions with
20  them about all kinds of products, so it's
21  a pretty broad question.
22       Q.    I'm just focused on skincare
23  products.
24       A.    Mm-hmm.
25       Q.    Are there any other contract

Page 76

1  manufacturers TCI has worked with for skincare
2  products?
3              MR. RANSOM:  Objection.  Asked
4  and answered.  Exceeds the scope.  Lacks
5  foundation.  You can answer.
6              THE WITNESS:  I am sure, yes.  I
7  don't -- but I don't recall specifics.
8       Q.    Do you recall names?
9       A.    Well, we work with quite a few
10  different contract manufacturers.  And so
11  the names that I provided you are
12  representative of some that we've worked
13  with.
14       Q.    But there are others?
15       A.    Yes.
16       Q.    And do you know the names of the
17  others in relation to skincare products?
18       A.    Most contract manufacturers
19  have multiple categories that they operate
20  in.  So it would be the contract
21  manufacturers that we've talked to.
22              You know, we -- our -- we
23  talked to a lot of contract manufacturers,
24  even if we don't engage them specifically.
25       Q.    And I am not interested in which

Page 77

1  contract manufacturers you might have talked
2  to at some point.
3              I am interested in the contract
4  manufacturers that TCI has actually had manufacture
5  skincare products for TCI.
6              Are there any other names besides
7  the ones that you've given me?
8       A.    Oh, I am sure, yeah.
9       Q.    And what are those names?
10              MR. RANSOM:  Lacks foundation.
11  Exceeds the scope.  You can answer.
12              THE WITNESS:  I don't recall.
13  BY MR. DIETRICH:
14       Q.    You don't recall who makes
15  skincare products for TCI?
16              MR. RANSOM:  Objection.  Asked
17  and answered.  Mischaracterizes testimony.
18              THE WITNESS:  The names that I
19  provided you are the ones that I remember.
20  BY MR. DIETRICH:
21       Q.    We've seen images of TCI's
22  website.  And I believe you testified TCI has
23  sold products from its website, correct?
24       A.    Yes.
25       Q.    Are there any other sales

MCARTHUR OPP. 10

Karissa Bodnar  30(b)(6), Attorneys Eyes Only
June 03, 2021

Page 78

1  channels that TCI sells its products through
2  besides its website?
3         MR. RANSOM:  Vague and ambiguous
4  as to time.
5  BY MR. DIETRICH:
6         Q.    And with Rollin's objection, I'll
7  say let's start in the 2014-2015 time period.
8         A.    At the time, I believe it
9  was -- our primary channel was
10  thrivecausemetics.com.  I was very
11  unsuccessful in getting retailers to carry
12  our products.  So I don't recall if we had
13  any -- I don't recall if we had any other
14  retailers at that time.
15        Q.    In that 2014-2015 time period,
16  did you pitch retailers to carry Thrive
17  Causemetics products?
18        A.    I did, yes.
19        Q.    Who and what retailers did you
20  make pitches too?
21        A.    I am smiling because I was
22  very unsuccessful in pitching those
23  retailers.  I don't even know if I got
24  responses from my emails that I sent.
25             But I was trying to get the

Page 79

1  brand carried.  I had -- my dream at the
2  time was to have the products carried at
3  Nordstrom or Sephora, a retailer like
4  that.  I was unsuccessful in that, though.
5         Q.    Did you pitch or contact anybody
6  else besides Nordstrom and Sephora?
7         A.    Oh, I am sure, yeah.
8         Q.    Do you recall which retailers?
9         A.    I don't recall.
10        Q.    How about 2016-2017 time period?
11  Were there any other sales channels besides
12  the website at that time?
13        A.    We had some small boutiques.
14  I believe that started in 2016.  One of
15  them that comes to mind was Swink Style
16  Bar in Seattle, which is where I started
17  the business.  And they also -- Swink
18  Style Bar was -- they are great because
19  they also helped us donate our products.
20             So when I met with their owner
21  at the time, that was one of -- we talked
22  about selling the products, as well as
23  donating the products.
24             So, for example, we would
25  partner with them to provide our products

Page 80

1  to women who were experiencing cancer in
2  the 2016 time frame, I believe.  Our
3  giving mission has grown over time, so...
4         Q.    The boutiques that you mentioned
5  that TCI was sold at, are those brick and
6  mortar stores?
7         A.    They were Swing Style Bar is
8  mainly a beauty -- it's -- like, you would
9  go there to get your hair blow dried.
10  That's really what it is.  That's the main
11  thing that they do or that they did at the
12  time.  And then they have products, like,
13  by the checkout area.
14        Q.    And TCI products were sold there?
15        A.    I don't remember when we
16  started, but yes.
17        Q.    Did those include color cosmetics
18  by that time?
19        A.    I don't recall.  Actually,
20  could you be more specific around the
21  timing that you're asking about?
22        Q.    Right.  I had said 2016, 2017.
23        A.    I don't recall specifically,
24  but I am sure -- I do know that with
25  Swink, we had -- eventually had more

Page 81

1  products than just our false eyelashes and
2  adhesive sold there.
3         Q.    Other than the small boutiques
4  during that 2016-2017 time period, were there
5  any other sales channels for TCI products?
6         A.    Thrivecausemetics.com.
7         Q.    Other than the website, anything
8  else?
9         A.    To the best of my knowledge,
10  no.
11        Q.    How about, let's go to 2018-2019
12  time period.  Were there any other sales
13  channels besides the website during that time
14  period?
15        A.    Again, there would be some
16  very small boutiques, like I mentioned
17  with Swink.
18             And then in December of 2019,
19  we did an a limited edition capsule
20  collection with Ulta.  That started in
21  December of 2019.
22        Q.    How long did that run for?
23        A.    The intention was for it to be
24  for -- I believe three months, three to
25  four months.  And honestly, with the

MCARTHUR OPP. 11

Karissa Bodnar  30(b)(6), Attorneys Eyes Only
June 03, 2021

Page 82

1 pandemic, locking down a specific time
2 frame beyond the original intention would
3 be a bit challenging for me.  But that was
4 the goal to be there for a few months.
5       Q.    You said a capsule, I believe.
6 What does that mean?
7       A.    It was a very limited
8 offering.
9       Q.    Were there any skincare products
10 from TCI in that offering other than Ulta?
11       MR. RANSOM:  Sorry.  Just again,
12 it's been another hour, and at some point we
13 should take a break and talk about lunch.
14       MR. DIETRICH:  What do you prefer
15 as far as timing from a lunch break?
16       (Discussion off the record.)
17 BY MR. DIETRICH:
18       Q.    So let's go -- you mentioned the
19 2018-2019 we have the small boutiques, we have
20 all we have Ulta and TCI's website.
21       Were there any other channels
22 through which TCI products were sold?
23       A.    Not intentionally, no.
24       Q.    What do you mean by not
25 intentionally?

Page 83

1       A.    People can purchase our
2 products and then resell them on websites
3 that we don't authorize.
4       Q.    Does that happen from time to
5 time?
6       A.    Unfortunately, yes.  And we --
7 an example would be, like, an Amazon.  We
8 don't authorize that our products are sold
9 on Amazon and quite honestly can't even
10 verify whether it's our product or not.
11       Q.    Does TCI sell products itself on
12 Amazon?
13       A.    We do not, no.
14       Q.    Has it ever?
15       A.    To the best of my knowledge,
16 no.
17       Q.    How about any other websites?
18       A.    Not intentionally, to the best
19 of my knowledge.
20       Q.    But you have seen them up here --
21 there from time to time because of resellers?
22       MR. RANSOM:  Vague and ambiguous.
23 Lacks foundation.
24 BY MR. DIETRICH:
25       Q.    You can answer.

Page 84

1       A.    I don't understand the
2 question.
3       Q.    Sure.  You said resellers will
4 buy TCI products and resell them on Amazon
5 sites?
6       A.    That's not what I said.  I
7 said people will resell our products.  I
8 did not say retailers.
9       Q.    I said resellers not retailers.
10       A.    Okay.  I misunderstood you.
11       Q.    Sorry.  It's okay.  I think you
12 answered the question, so that's fine.
13       Let's go to -- I mean, how about
14 walmart.com?  Has TCI ever sold products
15 though that website?
16       A.    No.
17       Q.    How about the 2020-2021 time
18 period?  Other than TCI's website, where have
19 TCI products been sold?
20       A.    You said 2020 to 2021?
21       Q.    Correct.
22       A.    Our intention -- so Thrive
23 Causemetics, Inc. would be only on our
24 website.  And then with Ulta, that was
25 only in-store, even though we had a --

Page 85

1 they did have a web page, you could not
2 transact though that web page.  It was
3 more just speaking to the nature of this
4 very limited edition partnership we had
5 with them.
6       Q.    And has there ever been any other
7 brick and mortar stores that had sold TCI
8 products other than the small boutiques you
9 mentioned and Ulta?
10       A.    To the best of my knowledge,
11 no, not intentionally.
12       Q.    And as far as authorized sales,
13 have there been any other websites that have
14 sold TCI products besides TCI's own website?
15       A.    We participate in beauty
16 boxes, Ipsy or Fab Fit Fun, but we don't
17 really consider that sales.  So that's
18 more of a sampling initiative, so the
19 answer would be no.
20       Q.    What is a beauty box?
21       A.    A beauty box is a sampling --
22 like you -- consumers who love beauty
23 products can sample a bunch of different
24 beauty products.
25       Q.    And what is Ipsy?

MCARTHUR OPP. 12

Karissa Bodnar   30(b)(6), Attorneys Eyes Only
June 03, 2021

Page 86

1     A.    Yes.
2     Q.    I asked what is Ipsy?
3     A.    Ipsy is a beauty box.
4     Q.    Okay.  And Fab Fit Fun, is that
5 also a beauty box?
6     A.    They are more than a beauty
7 box.  They also sample other items.
8     Q.    Does TCI distribute skincare
9 products in either of these beauty boxes?
10     A.    I don't know.  I don't recall.
11     Q.    Sending you what I would ask to
12 be marked Exhibit 16.
13           (Exhibit No. 16 marked for
14 identification.)
15 BY MR. DIETRICH:
16     Q.    Ms. Bodnar, do you have
17 Exhibit 16 in front of you?
18     A.    Let me just move my screen.
19     Q.    Sure.
20     A.    Yes.
21     Q.    Do you recognize this exhibit?
22     A.    If it looks like a product
23 list.
24     Q.    Was this prepared for this case?
25     A.    At the top it says, Thrive

Page 87

1 Causemetics, Inc., so I would believe so.
2     Q.    Have you reviewed this document
3 before?
4     A.    This specific document, I
5 can't recall.  I did review several
6 documents with counsel.
7     Q.    I'm going to ask you about the
8 columns in the document first.
9           There's a column that says First
10 Sale.
11           Do you see that?
12     A.    Yes.
13     Q.    What does that mean on this
14 document?
15     A.    I believe, to the best of my
16 knowledge, it would mean the first time we
17 sold it on thrivecausemetics.com.
18     Q.    And the price, that's the price
19 of that first sale?
20     A.    Without reviewing all of
21 these, to the best of my knowledge, I
22 believe that yes, that would be first
23 price point.
24     Q.    And it looks -- I guess, can you
25 describe to me what the Channel column means,

Page 88

1 if you know?
2     A.    Yes.  It's the channel in
3 which it's sold.
4     Q.    The first sale?
5     A.    Yes.  I'm scrolling through
6 the document right now.
7     Q.    Sure.  And please take your time
8 and look at the document as much as you need
9 to.
10     A.    But yes.  The channel would
11 be -- it looks like they're all labeled as
12 our online store.
13     Q.    Each of these would be considered
14 a SKU that TCI has sold?
15     A.    Yes.
16     Q.    It looks like the very first sale
17 was Jackie Faux Lashes on 9/11/2014.
18     A.    Yes.
19     Q.    Is that accurate?
20     A.    Mm-hm.  I'm smiling because I
21 named the Jackie lashes after my
22 grandmother.
23     Q.    Do you still sell those today?
24     A.    Yes.
25     Q.    Do you know what a Bates number

Page 89

1 is?
2     A.    A Bates number?
3     Q.    A Bates number.  It's the
4 numbering at the bottom of the right-hand of
5 the page that is used when a document is
6 produced in a case.
7           So I'm going to -- I'll refer to
8 pages by their Bates number here because they
9 don't have other -- well, I guess they do, but
10 I wrote over it.  So Bates number ending in
11 952, which is page 3.
12     MR. RANSOM:  If I may, if you
13 don't mind, just for the witness's benefit.
14     What Mr. Dietrich said, when we
15 produce documents on behalf of TCI, we apply a
16 number so that we all can keep track of the
17 documents.  That's the Bates number that he's
18 referring to.  It's the number that we put on
19 for production.
20     THE WITNESS:  Okay.
21 BY MR. DIETRICH:
22     Q.    So let's use Bates numbers and go
23 to the one ending in 952.
24     A.    Got it.
25     Q.    Are you with me?

MCARTHUR OPP. 13

Karissa Bodnar  30(b)(6), Attorneys Eyes Only
June 03, 2021

Page 90

1      A.    Yes.
2      Q.    There towards the middle of the
3  page, there's a product called Eye Cream,
4  first sale date, June 5, 2018.  Do you see
5  that?
6      A.    Yes.  I see that on this
7  document.
8      Q.    Would that be the first skincare
9  product that TCI released?
10     A.    No.
11     Q.    What came before that?
12          MR. RANSOM:  Objection.  Vague
13  and ambiguous.  Assumes facts.
14     Q.    What skincare -- I'll re-ask the
15  question.
16          If this wasn't the first, can you
17  identify a skincare product that was released
18  before that date?
19     A.    Overnight Sensation was the
20  product that we -- that was our first
21  skincare product.
22     Q.    I am not seeing that on this
23  document.  Do you see it there?
24          MR. RANSOM:  Do you need help,
25  Mr. Dietrich?  The witness can take time out

Page 91

1  and locate it.
2  BY MR. DIETRICH:
3      Q.    I'll strike that.  I see
4  Overnight Sensation Brightening Sleep Mask on
5  the next page.
6      A.    Yes.
7      Q.    Is that what you're referring to?
8      A.    Yes, on page 4, yes, I see
9  that.
10     Q.    And it has a release date of
11  October 9th, 2018; is that right?
12     A.    On this document it looks like
13  it, yeah.
14     Q.    Is that accurate?
15     A.    To the best of my knowledge,
16  yes.
17     Q.    Do you know what the eye cream on
18  the prior page refers to?
19     A.    I don't.
20     Q.    On the third page, there's a
21  product called Buildable Blur CC Cream.  Do
22  you see a there's a number of listings for
23  that?
24     A.    Mm-hmm.
25          MR. RANSOM:  You need to say yes.

Page 92

1          THE WITNESS:  Oh, yes, I do.
2  Sorry about that.
3  BY MR. DIETRICH:
4      Q.    What is Buildable Blur CC Cream?
5      A.    Buildable Blur CC Cream is
6  defined as a CC cream, which is a product
7  that -- I actually have it on today.  It's
8  on -- it's right here on my face.
9      Q.    What is a CC cream?
10     A.    A CC cream is a product that
11  covers up imperfections, evens out your
12  skin tone.
13     Q.    And does it moisturize the skin?
14     A.    Depending on the skin type,
15  yes.
16     Q.    Is it advertised by TCI as a
17  moisturizer?
18     A.    I don't recall.
19     Q.    And the product description is
20  broad spectrum SPF 35.  Is this product a
21  sunscreen as well?
22     A.    It does have sunscreen in it.
23     Q.    Would Buildable Blur be
24  considered a skincare product?
25     A.    I personally think of

Page 93

1  Buildable Blur CC Cream as more of a
2  makeup product.
3          MR. RANSOM:  I don't know if
4  you're done or not.
5          THE WITNESS:  Yeah, I'm done.
6          MR. RANSOM:  And we're at 11:57,
7  so whenever we can break that would be --
8          MR. DIETRICH:  I just have a
9  couple more questions on this document and
10  then we can finish up.
11          MR. RANSOM:  Go ahead.
12  BY MR. DIETRICH:
13     Q.    Do you consider Buildable Blur a
14  makeup product?
15     A.    Yes.
16     Q.    Why is that?
17     A.    Because of pigment that's in
18  it.  It's shaded.  So currently we have 18
19  shades.  And it really is helping to
20  improve the appearance of the skin from
21  a -- the same way makeup would.
22     Q.    And has TCI discontinued any
23  skincare products?
24     A.    I don't recall.  I don't
25  recall.

MCARTHUR OPP. 14

Karissa Bodnar  30(b)(6), Attorneys Eyes Only
June 03, 2021

Page 94

1     Q.     Turning to the fourth page, Bates
2 No. 953, you identified Overnight Sensation
3 Brightening Sleep Mask as the first, in your
4 view, skincare product TCI released; is that
5 right?
6     A.     Yes.
7     Q.     Does TCI still sell that today?
8     A.     Yes, we do.
9     Q.     And how about down at the bottom,
10 there is a Liquid Balm Lip Treatment.
11           Do you see that?
12     A.     Yes.
13     Q.     Does TCI still sell that today?
14     A.     Yes.
15     Q.     Just above that it looks like
16 there's an Overnight Sensation Brightening
17 Sleep Mask V2?
18     A.     Yes.
19     Q.     Is that an update of the first
20 version or what is that?
21     A.     I believe it is the smaller
22 version of Overnight Sensation.
23     Q.     Okay.  It just comes in a smaller
24 package?
25     A.     I believe that's what it is

Page 95

1 referring to, yes.
2     Q.     The prices are the same.  They're
3 both listed at $62.  Does that match with it
4 being in a smaller package?
5     A.     I don't recall.
6     Q.     Going to Bates 954, page 5.  Are
7 you with me?
8     A.     Yes.  I am on page 5, yes.
9     Q.     There's Bright Balance 3-in-1
10 Cleanser.
11           Do you see that?
12     A.     Yes.
13     Q.     Is that a skincare product?
14     A.     Yes.
15     Q.     And just below that Defying
16 Gravity Transforming Moisturizer.  Is that a
17 skincare product?
18     A.     Yes.
19     Q.     And below that, Defying Gravity
20 Eye Lifting Cream.  Is that a skincare
21 product?
22     A.     Yes.
23     Q.     Below that is Liquid Light
24 Therapy Face Serum.  Is that a skincare
25 product?

Page 96

1     A.     Yes.
2     Q.     Below that, there are two that
3 are called Deluxe Travel.  And one is Deluxe
4 Travel Bright Balance 3-in-1 Cleanser, and
5 Deluxe Travel Defying Gravity Transforming
6 Moisturizer.
7           Are those both skincare products?
8     A.     Yes.  They would be the
9 smaller version of that, like, a sample
10 essentially.
11     Q.     A travel version?
12     A.     Yes.
13     Q.     Going to Bates 955, the 6th page.
14     A.     I am there, yes.
15     Q.     Pumpkin Spice Latte Liquid Balm
16 Lip Treatment.  Is that a skincare product?
17     A.     It's -- depending on how you
18 define -- both the Liquid Balm Lip
19 Treatment category could be makeup or
20 skincare.
21     Q.     Defying Gravity Nourishing Hand
22 Plus Nail Cream.  Is that a skincare product?
23     A.     I would consider it more
24 hand -- hand care.
25     Q.     Is there any distinction between

Page 97

1 caring for skin on your hands and elsewhere?
2           MR. RANSOM:  Vague and ambiguous.
3 Lacks foundation.
4           THE WITNESS:  It really depends
5 on who you ask.
6 BY MR. DIETRICH:
7     Q.     Is it sold under the skincare
8 products category by TCI?
9     A.     I don't recall specifically.
10 But I can see why it would be.
11     Q.     And below that Overnight
12 Sensation Gentle Resurfacing Peel, is that
13 considered a skincare product?
14     A.     Yes.
15     Q.     There's a few entries for
16 Overnight Sensation Brightening Sleep Mask.  I
17 think we already covered that, but is that a
18 skincare product?
19     A.     Yes.
20     Q.     And then down toward the bottom,
21 there's Defying Gravity Eye Lifting Cream.  Is
22 that a skincare product?
23     A.     Yes.
24           MR. RANSOM:  Now it's 12:05.  If
25 you're about to wrap up --

MCARTHUR OPP. 15

Karissa Bodnar  30(b)(6), Attorneys Eyes Only
June 03, 2021

Page 134

1           MR. RANSOM:  Vague and ambiguous.
2           THE WITNESS:  They weren't
3    interested.
4    BY MR. DIETRICH:
5        Q.    Did TCI approach Shiseido about a
6    potential sale?
7        A.    No.
8        Q.    Did Shiseido approach TCI?
9        A.    Yes.
10       Q.    Did L'Oréal approach TCI about an
11   acquisition?
12       A.    No.
13       Q.    Did TCI approach L'Oréal?
14       A.    No.
15       Q.    How did those discussions start?
16       A.    I used to work for L'Oréal.
17       Q.    And how did it go from there to a
18   potential purchase of the company?
19       A.    I have maintained a
20   relationship with L'Oréal.
21       Q.    And who approached who about an
22   acquisition?
23       A.    They were never serious
24   discussions.  I honestly don't know how to
25   answer that question.

Page 135

1           MR. DIETRICH:  Let's go ahead and
2    take a break.
3           THE VIDEOGRAPHER:  We're off the
4    record.  The time is 2:09.
5           (Break taken.)
6           THE VIDEOGRAPHER:  We're on the
7    record.  The time is 2:20.
8           (Exhibit No. 19 marked for
9    identification.)
10   BY MR. DIETRICH:
11       Q.    Ms. Bodnar, I show you another
12   exhibit.  I would ask to mark this Exhibit 19.
13          (Exhibit No. 19 marked for
14   identification.)
15   BY MR. DIETRICH:
16       Q.    Look at Exhibit 19.  Do you
17   recognize this document?
18          MR. RANSOM:  Objection.  Exceeds
19   the scope.  Lacks foundation, but you can
20   answer.
21          THE WITNESS:  No.
22   BY MR. DIETRICH:
23       Q.    There are products included on
24   this document.  Do you see those?
25       A.    Yes.

Page 136

1        Q.    Are those TCI skincare products?
2        A.    Yes.
3        Q.    Do you know who categorized those
4    products as such?
5        A.    No.
6        Q.    Was it you?
7        A.    No.
8        Q.    What is TCI's top selling product
9    today?
10          MR. RANSOM:  Objection.  Exceeds
11   the scope.  You can answer.
12          THE WITNESS:  I don't know.
13   BY MR. DIETRICH:
14       Q.    How about with top selling
15   skincare products, do you know?
16          MR. RANSOM:  Same objections.
17          THE WITNESS:  No.  No, I don't
18   know.
19   BY MR. DIETRICH:
20       Q.    Looking at Exhibit 19, there's a
21   category labeled COGS.  Do you see that?
22       A.    Yes.
23       Q.    What does that mean?
24          MR. RANSOM:  Objection.  Lacks
25   foundation.  Exceeds the scope.

Page 137

1           THE WITNESS:  I honestly don't
2    know for this document.
3           (Technical difficulties.)
4           (Discussion off the record.)
5    BY MR. DIETRICH:
6        Q.    Ms. Bodnar, does TCI advertise
7    with online advertisement?
8        A.    We advertise on Facebook,
9    Instagram, TickTok, to name a few.
10       Q.    And do you advertise on Google?
11       A.    Yes, we do.
12       Q.    And do you purchase keywords for
13   advertising purposes?
14       A.    Yes.
15       Q.    And those sources that you
16   listed, was that the same in 2018 or
17   different?
18       A.    You cut out for a second.
19   Could you repeat the question?
20       Q.    The sources that you listed, was
21   that the same for 2018 or different?
22       A.    I believe our advertising
23   efforts are always evolving and changing,
24   so I would believe they were different.
25       Q.    Is there a target audience for

MCARTHUR OPP. 16

Karissa Bodnar  30(b)(6), Attorneys Eyes Only
June 03, 2021

Page 142

1    Q.    Okay.  It appears to refer to an
2  advertising campaign; is that right?
3    A.    Yes.
4    Q.    Do you know what campaign this
5  was?
6    A.    No.
7         MR. RANSOM:  Tom, just for the
8  record.  I believe this is a summary portion
9  of a much longer document.  If I am not
10  mistaken, it's about a 3,500-page document.
11         So I don't have an issue with you
12  asking questions about the top line summary,
13  but I would just note that the document is
14  incomplete, although given its size,
15  understandably so.
16         MR. DIETRICH:  Okay.
17  BY MR. DIETRICH:
18    Q.    Do you know if the data in this
19  exhibit relates to the campaign between
20  November 7, 2019 and February 4, 2020?
21    A.    That's what is listed on the
22  PDF that you shared.  I see that in there.
23    Q.    Okay.  And there's a column that
24  IMPR.  What does that mean?
25    A.    Impressions.

Page 143

1    Q.    What does that mean?
2    A.    It truly depends on the
3  advertising platform, but in a very broad
4  terms, it would be the amount of consumers
5  that an advertiser can claim your
6  advertisement reached.
7    Q.    And clicks are the number of
8  people that clicked on the advertisement; is
9  that correct?
10    A.    It depends because
11  advertisements are set up separately.  So
12  in this case, it says clicks, and then
13  column D is click-through rate, so...
14    Q.    Is that CPI, click-through rate?
15    A.    Yes.
16    Q.    What does that mean?
17    A.    Again, it depends on the
18  platform.  But again, in broad terms, it
19  would be if a consumer saw an
20  advertisement, clicked through, and went
21  to the landing page or a product page or
22  another web page that was intended for the
23  consumer to click on or click through to.
24    Q.    And then CONV, what does that
25  mean?

Page 144

1    A.    Conversion.
2    Q.    And CVR?
3    A.    That's speaking to the
4  conversion, depending on the platform.
5  And the way that it is defined -- sorry.
6    Q.    And do you know what platform
7  this campaign was conducted on?
8    A.    Without reading it further, I
9  would have to -- I would have to -- it
10  doesn't -- I haven't reviewed the document
11  in full, so no.
12    Q.    Go on to the second page.  It
13  states under Takeaways that 45 to 54 is the
14  strongest performing (ROI and revenue) age
15  range, both in brand and non-brand.
16         Do you see that?
17    A.    Yes.
18    Q.    What does that mean by brand and
19  non-brand?
20    A.    Without knowing the platform
21  that this report came from, it's hard for
22  me to be specific.
23    Q.    This is a TCI report, right?
24    A.    I have to believe so if it was
25  provided by us.

Page 145

1    Q.    Turn to the next page.  It
2  states:  "Takeaways."  And the seconds line
3  is, "Men do not have poor deficiency
4  performance."
5         Do you see that?
6    A.    Yes, I see that on the page.
7    Q.    What does that mean?
8    A.    I don't know.
9    Q.    This spreadsheet appears to show
10  revenue by gender of purchaser; is that
11  correct?
12    A.    It has female, male and
13  unknown listed.
14    Q.    And it shows $338,075 revenue on
15  sales to men; is that correct.
16    A.    Yes.
17    Q.    And that's just purchaser that
18  gender was known, right?
19    A.    Yes.
20    Q.    And that is during the
21  November 7, 2019 to February 4th, 2020 time
22  period?
23    A.    Let me just scroll up in this
24  document.  Yes, yes.
25    Q.    Do you know if this campaign was

MCARTHUR OPP. 17

Karissa Bodnar  30(b)(6), Attorneys Eyes Only
June 03, 2021

Page 182

1 separate spaces and really don't -- we see
2 our target markets as completely
3 different.
4        Q.    What separate spaces do you think
5 that you operate in?
6        A.    We believe that we sell to
7 different consumers.
8        Q.    Than Natural Care?
9        A.    Yes.
10       Q.    And can you explain what
11 different consumers could you believe TCI
12 sells to?
13       A.    We specifically target woman
14 with mostly everything that we do, and we
15 don't -- we're also sold in different
16 channels.
17       Q.    Did you believe Thrive Natural
18 Care didn't target women?
19       A.    Honestly, I don't know.
20       Q.    After learning about Thrive
21 Natural Care, did TCI do anything to change
22 the way it advertised?
23       A.    No.
24       Q.    Did TCI monitor Thrive Natural
25 Care at all after and learning of its

Page 183

1 existence?
2        A.    I don't know what you mean by
3 "monitor."
4        Q.    Well, did anyone at TCI look up
5 Thrive Natural Care after finding out about
6 its trademark registration?
7        A.    Yeah.  I looked at their
8 website.
9        Q.    And did you look at what products
10 they sold?
11       A.    To the best of my recollection
12 it was men's shaving products.
13       Q.    But you said you didn't know if
14 they targeted women or not?
15       A.    No, I don't know.
16             (Exhibit No. 27 marked for
17 identification.)
18 BY MR. DIETRICH:
19       Q.    Okay.  Showing you what has been
20 marked as Exhibit 27.  Do you recognize this
21 document?
22       A.    I recognize it from
23 preparation with counsel.
24       Q.    And it is a trademark report,
25 dated generated as listed as January 12, 2015.

Page 184

1 Do you see that?
2        A.    I do see that on this
3 document.
4        Q.    This was produced to us by TCI in
5 this case.
6             Do you know how it came to be in
7 TCI's possession?
8             MR. RANSOM:  Assumes facts not
9 evidence.  To be clear, Tom, we produced
10 documents that were not just in TCI's
11 possession, but also in control including from
12 outside counsel.
13             MR. DIETRICH:  Okay.  I can
14 rephrase that.
15 BY MR. DIETRICH:
16       Q.    Was this document in TCI's
17 possession?
18       A.    It's understanding through
19 preparation with counsel that this was --
20       Q.    Okay.  I would just -- only the
21 fact of any discussion with counsel.
22             MR. RANSOM:  You can simply
23 testify -- Tom, I don't want there to be an
24 inadvertent privileged disclosure, but the
25 witness is prepared to testify, at least to

Page 185

1 the knowledge of company, with respect to
2 document.
3             Would it be all right with you if
4 we took a moment just to make sure, again, she
5 understands the line between privileged and
6 non-privileged information?  I think it will
7 get you the information quicker.
8             MR. DIETRICH:  Sure.
9             (Discussion off the record.)
10            THE VIDEOGRAPHER:  We're off the
11 record.  The time is 4:03.
12            (Break taken.)
13            THE VIDEOGRAPHER:  We're on the
14 record.  The time is 4:10.
15            MR. DIETRICH:  I believe Thrive
16 Causemetics counsel had a statement to make
17 regarding Exhibit 27.
18            MR. RANSOM:  So Exhibit 27 was
19 not in the files that we collected from Thrive
20 Causemetics.  But we did reach out to former
21 counsel for Thrive Causemetics to obtain
22 documents that were within the client's
23 control.
24            And those documents that we
25 received from outside counsel and then

MCARTHUR OPP. 18

Karissa Bodnar  30(b)(6), Attorneys Eyes Only
June 03, 2021

Page 186

1 produced, including Exhibit 27, sorry --
2 included Exhibit 27, it was attached to a
3 privileged email reflecting that Exhibit 27
4 had been emailed to Ms. Bodnar at Thrive
5 Causemetics in August of 2015.  And so that's
6 the source of this document.
7         I will say the witness doesn't
8 have, I understand, a particular memory of it,
9 but also doesn't dispute that she received it
10 at that time.  But Mr. Dietrich, you can
11 examine the witness directly on that issue.
12         MR. DIETRICH:  Okay.  Thank you.
13 BY MR. DIETRICH:
14    Q.    Ms. Bodnar, hearing the statement
15 from your counsel, do you dispute that you
16 received Exhibit 27 in August 2015?
17    A.    No.
18    Q.    And that document was in your
19 possession after that time?
20    A.    Yes.
21    Q.    Did you review this document?
22    A.    In --
23         MR. RANSOM:  Vague and ambiguous
24 as to time.
25 BY MR. DIETRICH:

Page 187

1    Q.    Did you review in document in
2 2015 when you received it?
3    A.    I honestly don't recall.
4    Q.    But you don't dispute that you
5 had, I guess looking -- strike that.
6         Looking at Exhibit 27, it is a
7 trademark search result showing Thrive Natural
8 Care's trademark registration and application;
9 is that correct?
10    A.    Yes.
11    Q.    And you agree that TCI had this
12 knowledge as of August 2015?
13    A.    Yes.
14    Q.    Did TCI take any action based on
15 having the knowledge in this report?
16    A.    I don't believe so.
17    Q.    Do you know why not?
18         MR. RANSOM:  Objection.  Vague
19 and ambiguous.  Lacks foundation.
20         THE WITNESS:  I don't recall.
21 BY MR. DIETRICH:
22    Q.    Has TCI knowledge of Thrive's
23 ever affected TCI's business plans in any way?
24    A.    No.
25    Q.    Did that knowledge have any

Page 188

1 effect on TCI's decision to expand into
2 skincare products?
3    A.    No.
4    Q.    Has TCI ever received an inquiry
5 about Thrive Natural Care products?
6    A.    Could you be more specific
7 about what you mean by inquiry?
8    Q.    A question from anyone.
9    A.    When you mean -- could you be
10 more specific about, like, who you're
11 talking about?
12    Q.    Well, let's start broad.  Are you
13 aware of TCI ever receiving an inquiry of any
14 kind about Thrive Natural Care?
15    A.    Sure.
16    Q.    And what example are you thinking
17 of?
18    A.    I remember one time our PR
19 firm mentioned them, but really thought
20 they operated in different spaces, a
21 different space than us.  But it was more
22 just like an FYI.
23    Q.    Has TCI ever received a question
24 as to whether a Thrive Natural Care product
25 came from TCI?

Page 189

1    A.    Could you repeat the question?
2    Q.    Sure.  Has TCI ever received a
3 question about whether a Thrive Natural Care
4 product came from TCI?
5    A.    To my knowledge, no.
6    Q.    Have you prepared to testify on
7 this particular topic?
8    A.    Yes.
9    Q.    So when you say to your
10 knowledge, you mean to the company's
11 knowledge?
12    A.    Yes.
13    Q.    Has TCI ever received information
14 indicating someone believed that a TCI product
15 came from Thrive Natural Care?
16    A.    No.
17    Q.    Has TCI ever received information
18 indicating someone believed TCI and Thrive
19 Natural Care were affiliated?
20    A.    No.
21    Q.    Have you ever had investors ask
22 with whether Thrive Causemetics and Thrive
23 Natural Care were affiliated or related?
24    A.    No.
25         (Exhibit No. 28 marked for

MCARTHUR OPP. 19

Karissa Bodnar  30(b)(6), Attorneys Eyes Only
June 03, 2021

Page 194

1  it states:

2           "As such, we ask that Thrive
3  Causemetics use the word Causemetics more
4  prominently in relation to the word thrive in
5  its branding and on its website."

6           Do you see that?

7      A.    Yes.

8      Q.    Did TCI ever take any action to
9  do what Le-Vel asked you to?

10     A.    We see Thrive Causemetics as
11 our brand name and this letter doesn't
12 really change that one way or another.

13     Q.    Did you do anything to make the
14 word Causemetics more prominent in relation to
15 the word Thrive?

16     A.    Not due to this letter.

17     Q.    Below, it states:

18          "We similarly hope you will avoid
19 uses of Thrive standing alone, in favor of
20 using it with Causemetics, e.g., Thrive
21 Causemetics Lab instead of Thrive Lab."

22          Do you see that?

23     A.    Yes, I see that.

24     Q.    Did you take any action to stop
25 using the phrase Thrive Lab after this letter?

Page 195

1      A.    Not due you to this letter.  I
2  don't recall the timing.

3      Q.    Why did TCI not take any action
4  in response to this letter?

5           MR. RANSOM:  Objection.  Vague
6  and ambiguous.

7           THE WITNESS:  I don't recall.

8  BY MR. DIETRICH:

9      Q.    When was the first time TCI made
10 contact with Thrive Natural Care?

11     A.    I believe it was towards the
12 end of 2015 or early 2016.

13     Q.    And what sort of contact was
14 that?

15     A.    I reached out to TNC's
16 customer service email.

17     Q.    How did you get that email
18 address?

19     A.    I don't recall.

20     Q.    And what was the purpose of you
21 reaching out?

22          MR. RANSOM:  Let me just do one
23 caution.  I don't want the witness to disclose
24 any communication with counsel or instructions
25 or advice she received from counsel.

Page 196

1           She's free to answer the question
2  to the extent it is divorced from -- does not
3  reflect any communication with counsel.

4           THE WITNESS:  Yeah I -- based on
5  conversation with counsel.

6  BY MR. DIETRICH:

7      Q.    I would asked this to be marked
8  Exhibit 30.

9           (Exhibit No. 30 marked for
10 identification.)

11          THE WITNESS:  Okay.  I have it
12 open.

13 BY MR. DIETRICH:

14     Q.    Do you recognize what's been
15 marked Exhibit 30?

16     A.    I recognize that it came from
17 my email address.

18     Q.    This is an email chain that came
19 from your email account?

20     A.    Yes.

21     Q.    Are the dates of the email
22 exchange accurate?

23     A.    I believe so.

24     Q.    At the bottom, the bottom third
25 of the document, it looks like there's an

Page 197

1  email you sent on April 22, 2016.  Do you see
2  that?

3      A.    Yes.

4      Q.    Is that the first contact that
5  you referred to a minute ago?

6      A.    I believe so.

7      Q.    Do you recall any prior contact
8  before this?

9      A.    I don't recall any prior
10 contact.

11     Q.    Did you know of Thrive's
12 trademark registration by this point?

13     A.    Yes.

14     Q.    And you wrote:

15          "I am reaching out to speak with
16 your founder or someone on your team to
17 discuss permission to use the word Thrive as
18 part of our brand name."

19          Do you see that?

20     A.    Yes.

21     Q.    Why did TCI feel it needed
22 Thrive's permission to use the word Thrive in
23 its brand name?

24          MR. RANSOM:  Vague and ambiguous.
25 Assumes facts not in evidence.

MCARTHUR OPP. 20

Karissa Bodnar  30(b)(6), Attorneys Eyes Only
June 03, 2021

Page 198

1            THE WITNESS:  I don't recall.
2  BY MR. DIETRICH:
3        Q.    Well you wrote this, right?
4            MR. RANSOM:  Asked and answered.
5            THE WITNESS:  Yes.
6  BY MR. DIETRICH:
7        Q.    And do you -- and you stated you
8  wanted to discuss permission to use the word
9  Thrive as part of our brand name?
10       A.    Yes.
11       Q.    Why did you want to discuss that
12  issue?
13           MR. RANSOM:  Objection.  Asked
14  and answered.  And again, I would caution the
15  witness not to disclose privileged
16  communications to the extent that it would be
17  disclosed in answer to the question.  But if
18  there are non-privileged aspects to that
19  answer, she may provide it to the extent she
20  recalls.
21           THE WITNESS:  Yeah, I don't
22  recall.
23  BY MR. DIETRICH:
24       Q.    Were you worried about trademark
25  infringement liability?

Page 199

1            MR. RANSOM:  Same objection and
2  instruction not to disclose privileged
3  communications.  Non-privileged information
4  that you can share and you recall, you're free
5  to do so.
6            THE WITNESS:  I don't recall.
7   BY MR. DIETRICH:
8        Q.    You state below that:
9            "We are a color cosmetics brand."
10           Do you see that?
11       A.    Yes.
12       Q.    What did you mean by that?
13       A.    In April of 2016, we sold
14  color cosmetics.
15       Q.    Didn't TCI have plans to expand
16  into skincare at this time?
17           MR. RANSOM:  Vague and ambiguous.
18  Lacks foundation.
19           THE WITNESS:  I don't recall.
20  BY MR. DIETRICH:
21       Q.    Well, we saw the slide earlier
22  from January 2016 referring to releasing
23  skincare SKUs in 2017.
24           Do you remember looking at that
25  document?

Page 200

1        A.    As part of this testimony, I
2  remember looking at that document with
3  you.
4        Q.    And so you don't recall if TCI
5  had plans to expand into skincare when this
6  email was sent?
7            MR. RANSOM:  Asked and answered.
8  You can answer again.
9            THE WITNESS:  I don't recall.
10  BY MR. DIETRICH:
11       Q.    You stated, following that:
12           "We will never use the word
13  Thrive without the word Causemetics because
14  the two words we use are our brand."
15           Do you see that?
16       A.    I see that.
17       Q.    Was that an accurate statement?
18           MR. RANSOM:  Vague and ambiguous.
19           THE WITNESS:  Our intention is
20  always to use Thrive and Causemetics together.
21  That's our brand name.
22  BY MR. DIETRICH:
23       Q.    Didn't we look at some documents
24  earlier where you used Thrive without
25  Causemetics several different times?

Page 201

1            MR. RANSOM:  Objection.
2  Argumentative.  Asked and answered.
3  BY MR. DIETRICH:
4        Q.    You can answer.
5        A.    As part of this testimony,
6  yes.
7        Q.    We have discussed the fact that
8  TCI has purchased advertising keywords that
9  just contain the word Thrive without the word
10  Causemetics, right?
11       A.    Yes.
12       Q.    You state further in your email:
13           "We only help women and I see
14  that you are a men's line."
15           Did you write that?
16       A.    It appears so in this email.
17       Q.    On what did you base the
18  conclusion that Thrive Natural Care was a
19  men's line?
20       A.    I don't recall specifically.
21  I just -- from my recollection, Thrive
22  Natural Care had men's shaving products.
23  It was a different space than us.
24       Q.    Did TCI have any information on
25  the demographics of Thrive Natural Care's

MCARTHUR OPP. 21

Karissa Bodnar  30(b)(6), Attorneys Eyes Only
June 03, 2021

Page 202

1  customers?
2      A.    No.
3      Q.    The middle of this page shows the
4  response from Thrive Natural Care; is that
5  correct?
6      A.    Yes.
7      Q.    Do you recall reviewing this
8  response?
9      A.    As part of my preparation for
10 this testimony with counsel.
11     Q.    And this is from Alex McIntosh
12 with Thrive Natural Care.  Do you see that?
13     A.    Yes.
14     Q.    And he wrote:
15           "We already sell female cosmetic
16 products."  Do you see that?
17     A.    Yes.
18     Q.    Did you believe that statement?
19     A.    I don't recall.
20     Q.    And he wrote:
21           "I also have outside investors in
22 my company and owe them the protection of the
23 Thrive mark across the gamut of personal care
24 products that fall within our own mark."
25           Do you see that?

Page 203

1      A.    Yes.
2      Q.    This was a pretty clear rejection
3  of your request to use the Thrive name, wasn't
4  it?
5           MR. RANSOM:  Objection.
6  Argumentative.  Lacks foundation.  Document
7  speaks for itself.
8           THE WITNESS:  I don't know.  I
9  don't know.
10 BY MR. DIETRICH:
11     Q.    Well, did you think that this
12 gave you permission to use the Thrive name?
13           MR. RANSOM:  Argumentative.
14           THE WITNESS:  I don't recall.
15 BY MR. DIETRICH:
16     Q.    Is there anything in Mr.
17 McIntosh's response that you would think gave
18 you permission as you requested?
19     A.    I don't know.
20     Q.    Well, you sent a one word
21 response to Mary Baker Anderson, Ugh,
22 exclamation point.  Do you see that?
23     A.    Yes.
24     Q.    Why did you say Ugh?
25     A.    I don't recall.

Page 204

1      Q.    Who is Mary Baker Anderson?
2      A.    She was a contract finance
3  person that we worked for -- worked with
4  for a short period of time.
5      Q.    Did TCI take any action as a
6  result of this email exchange?
7      A.    I don't recall.
8      Q.    Did TCI stop using Thrive as part
9  of its name?
10     A.    No.
11     Q.    Did TCI change the way it
12 advertised?
13     A.    I don't understand the
14 question.
15     Q.    Well, did this response from
16 Thrive Natural Care have any effect at all on
17 TCI's business practices?
18     A.    No.
19           MR. RANSOM:  Whenever you're done
20 with this document, if we can take a short
21 break, I would appreciate it.  Go ahead and
22 finish up.
23           MR. DIETRICH:  No.  Let's go
24 ahead and do that now.
25           THE VIDEOGRAPHER:  Off record.

Page 205

1  The time is 4:41.
2           (Break taken.)
3           THE VIDEOGRAPHER:  And we are on
4  the record.  The time is 4:51.
5  BY MR. DIETRICH:
6      Q.    I'm sending you another exhibit.
7  This will be Exhibit 31.
8           (Exhibit No. 31 marked for
9  identification.)
10           (Discussion off the record.)
11 BY MR. DIETRICH:
12     Q.    Showing you Exhibit 31.  Do you
13 recognize this exhibit?
14     A.    I recall this document from
15 discussions with counsel in preparation
16 for this.
17     Q.    And this is a letter from counsel
18 for Thrive Natural Care, dated March 3rd,
19 2017.
20           Do you recall receiving this
21 letter at about that time?
22     A.    I don't recall at that time.
23     Q.    Do you have any reason to doubt
24 that you did receive the letter this
25 March 2017?

MCARTHUR OPP. 22

Karissa Bodnar  30(b)(6), Attorneys Eyes Only
June 03, 2021

Page 238

```
 1                      CERTIFICATE
 2
 3        I, Mary C. Soldati, Registered Professional
 4   reporter, Oregon and Washington Certified Shorthand
 5   Reporter, hereby certify that said witness remotely
 6   appeared before me at the time and place set forth in
 7   the caption hereof; that at said time and place I
 8   reported in stenotype all testimony adduced and other
 9   oral proceedings had in the foregoing matter; that
10   thereafter my notes were transcribed through
11   computer-aided transcription by me; and that the
12   foregoing pages constitute a full, true and accurate
13   record of all such testimony adduced and oral
14   proceedings had, and of the whole thereof.  I further
15   certify review of the transcript was requested.
16        In witness whereof, I have hereunto set my hand
17   this 23rd day of June, 2021.
18
19
20                      Mary C. Soldati, RPR
21                      CSR-WA No. 3406
22                      Expires April 20, 2022
23                      CSR-OR No. 19-0457
24                      Expires April 20, 2022
25
```

MCARTHUR OPP. 23    238

# **Depo. Ex. 11**


NEW + LIMITED EDITION! Pumpkin Spice Latte Liquid Balm Lip Treatment™    SHOP NOW

 

**thrive** causemetics

🔍 🛍 0

**EXHIBIT**

**BODNAR 11**

Home  /  All Skincare Products



## all skincare products

| Filter | Select One⌄ | Sort | Featured⌄ |

New

**Skincare**

Makeup

Face

Eyes

Lips

Makeup Sets

Skincare Sets

Brushes + Tools

Accessories

Shop All

Filter By: **Done**

Price

LIMITED EDITION!



**Pumpkin Spice Latte Liquid Balm Lip Treatment™**

$26



MCARTHUR 00011.25



NEW + LIMITED EDITION! Pumpkin Spice Latte Liquid Balm Lip Treatment™    SHOP NOW



$26

★★★★½   283 Reviews



**Defying Gravity Eye Lifting Cream™**

$46

★★★★½   276 Reviews



**Bright Balance 3-in-1 Cleanser™**

$32

★★★★½   276 Reviews

NEW + LIMITED EDITION! Pumpkin Spice Latte Liquid Balm Lip Treatment™   SHOP NOW


thrive
causemetics

🔍  🛍 0



### Liquid Light Therapy All-in-One Face Serum™

$59

★★★★⯪ 159 Reviews



### Defying Gravity Transforming Moisturizer™

$49

★★★★⯪ 360 Reviews



Case 2:20-cv-09091-PA-AS Document 1-1 Filed 10/04/21 Page 28 of 95 Page ID #:6077

NEW + LIMITED EDITION! Pumpkin Spice Latte Liquid Balm Lip Treatment™    SHOP NOW



thrive
causemetics

0

### Moisture Flash Active Nutrient Toner™

$36

★★★★½  89 Reviews



### Overnight Sensation Brightening Sleep Mask™

$62

★★★★½  200 Reviews

**NEW!**



MCARTHUR OPP. 138

NEW + LIMITED EDITION! Pumpkin Spice Latte Liquid Balm Lip Treatment™      SHOP NOW





  0

1

*bigger than beauty* ™

For every Thrive Causemetics product you purchase, we donate to help a woman thrive.

LEARN MORE



Customer Service

Learn More

Discover

## Join Our Email List

| Email | SUBMIT |



(888) 804-4318

7am-7pm PST

PRIVACY POLICY | TERMS OF USE | CCPA RIGHTS

**MCARTHUR_TCC-011.29**

NEW + LIMITED EDITION! Pumpkin Spice Latte Liquid Balm Lip Treatment™    SHOP NOW

thrive
causemetics

0

# Depo. Ex. 16

MCARTHUR OPP. 31

| Product | Variant | First Sale | Price | Channel |
|---|---|---|---|---|
| Jackie Faux Lashes™ | Jackie | 9/11/2014 | $ 26 | thrivecausemetics.com online store |
| Robin Faux Lashes™ | Robin | 9/12/2014 | $ 26 | thrivecausemetics.com online store |
| Kristy Faux Lashes™ | Kristy | 9/17/2014 | $ 26 | thrivecausemetics.com online store |
| give2give | Faux Lashes + Adhesive / Robin | 12/2/2014 | $ 28 | thrivecausemetics.com online store |
| give2give | Faux Lashes + Adhesive / Jackie | 1/3/2015 | $ 28 | thrivecausemetics.com online store |
| Infinity Waterproof Eyeliner™ | Lauren (Black Matte) | 5/13/2015 | $ 22 | thrivecausemetics.com online store |
| Infinity Waterproof Eyeliner™ | Ella (Brown Matte) | 5/14/2015 | $ 22 | thrivecausemetics.com online store |
| Infinity Waterproof Eyeliner™ | Hoda (Slate Grey Matte) | 5/14/2015 | $ 22 | thrivecausemetics.com online store |
| Infinity Waterproof Eyeliner™ | Talia (Navy Matte) | 5/14/2015 | $ 22 | thrivecausemetics.com online store |
| Infinity Waterproof Eyeliner™ | Giuliana (Plum Shimmer) | 5/25/2015 | $ 22 | thrivecausemetics.com online store |
| Infinity Waterproof Eyebrow Liner™ | Audrey (Dark Blonde - Medium Brunette) | 6/5/2015 | $ 23 | thrivecausemetics.com online store |
| Infinity Waterproof Eyebrow Liner™ | Christina (Light - Dark Blonde) | 6/5/2015 | $ 23 | thrivecausemetics.com online store |
| give2give | Eyeliner / Ella (brown matte) | 7/9/2015 | $ 28 | thrivecausemetics.com online store |
| give2give | Eyeliner / Giuliana (plum shimmer) | 7/9/2015 | $ 28 | thrivecausemetics.com online store |
| give2give | Eyeliner / Hoda (slate grey matte) | 7/9/2015 | $ 28 | thrivecausemetics.com online store |
| give2give | Eyeliner / Talia (navy matte) | 7/9/2015 | $ 28 | thrivecausemetics.com online store |
| give2give | Faux Lashes + Adhesive / Kristy | 7/9/2015 | $ 28 | thrivecausemetics.com online store |
| give2give | Adhesive / Infinity Lash Adhesive | 7/11/2015 | $ 28 | thrivecausemetics.com online store |
| Triple Threat Color Stick™ | Joy (Gold Shimmer) | 4/18/2016 | $ 36 | thrivecausemetics.com online store |
| Triple Threat Color Stick™ | Dionne (Brick Red Shimmer) | 4/20/2016 | $ 36 | thrivecausemetics.com online store |
| Triple Threat Color Stick™ | Maggie (Rose Shimmer) | 4/20/2016 | $ 36 | thrivecausemetics.com online store |
| Triple Threat Color Stick™ | Olivia (Coral Shimmer) | 4/20/2016 | $ 36 | thrivecausemetics.com online store |
| Infinity Waterproof Eyeliner™ | Nalie (Chocolate Brown Shimmer) | 7/6/2016 | $ 22 | thrivecausemetics.com online store |
| Glossy Lip Mark™ | JoAnn (Plum Mauve) | 8/24/2016 | $ 26 | thrivecausemetics.com online store |
| Glossy Lip Mark™ | Misty (Coral) | 8/24/2016 | $ 26 | thrivecausemetics.com online store |
| Glossy Lip Mark™ | Narima (Dark Berry) | 8/24/2016 | $ 26 | thrivecausemetics.com online store |
| Glossy Lip Mark™ | Jean (Baby Pink Shimmer) | 8/26/2016 | $ 26 | thrivecausemetics.com online store |
| Glossy Lip Mark™ | Pamela (Brown Mauve) | 8/26/2016 | $ 26 | thrivecausemetics.com online store |
| Glossy Lip Mark™ | Ruth (Taupe Shimmer) | 8/26/2016 | $ 26 | thrivecausemetics.com online store |
| Glossy Lip Mark™ | Taylor (Bright Red) | 8/30/2016 | $ 26 | thrivecausemetics.com online store |
| Focus Eyeshadow Palette™ | Palette 2 | 9/15/2016 | $ 36 | thrivecausemetics.com online store |
| Glossy Lip Mark™ | Karlie (Bright Raspberry) | 9/20/2016 | $ 26 | thrivecausemetics.com online store |
| Glossy Lip Mark™ | Maya (Deep Blue Red) | 9/20/2016 | $ 26 | thrivecausemetics.com online store |
| Focus Eyeshadow Palette™ | Palette 1 | 9/24/2016 | $ 36 | thrivecausemetics.com online store |
| Brilliant Eye Brightener™ | Stella (Champagne Shimmer) | 10/31/2016 | $ 24 | thrivecausemetics.com online store |
| Elastic Hair Tie Trio + Custom Thrive Magnets | Hair Tie Trio + Magnets | 1/3/2017 | $ 15 | thrivecausemetics.com online store |
| Custom Thrive Magnet | Multicolored | 1/15/2017 | $ 3 | thrivecausemetics.com online store |
| Custom Thrive Magnet | Turquoise | 1/15/2017 | $ 3 | thrivecausemetics.com online store |
| Infinity Waterproof Eyebrow Liner™ | Serena (Dark Brunette - Black) | 2/28/2017 | $ 23 | thrivecausemetics.com online store |
| Cosmo Power Multi-Dimensional Strobing Blush™ | Angelina (Golden Brick Shimmer) | 3/14/2017 | $ 34 | thrivecausemetics.com online store |
| Cosmo Power Multi-Dimensional Strobing Blush™ | Rosie (Copper Rose Shimmer) | 3/14/2017 | $ 34 | thrivecausemetics.com online store |

EXHIBIT

BODNAR 16

exhibitsticker.com

**MCARTHUR OPP. 32**

CONFIDENTIAL – ATTORNEYS EYES ONLY

TCI_00026950

***Thrive Natural Care, Inc. v. Thrive Causemetics, Inc.***, Case No. 2:20-cv-9091 (C.D. Cal.)

| Product | Variant | First Sale | Price | Channel |
|---|---|---|---|---|
| Sun Chaser Blur + Sculpt Bronzing Powder™ | Eos (Satin) | 3/14/2017 | $ 33 | thrivecausemetics.com online store |
| Sun Chaser Blur + Sculpt Bronzing Powder™ | Rhea (Matte) | 3/14/2017 | $ 33 | thrivecausemetics.com online store |
| Lip Mate High-Shine Reviving Topper™ | Glinda (Rose Gold Shimmer) | 4/12/2017 | $ 24 | thrivecausemetics.com online store |
| Blending is my Cardio T-Shirt in Extra Small | Extra Large | 5/9/2017 | $ 20 | thrivecausemetics.com online store |
| Blending is my Cardio T-Shirt in Extra Small | Extra Small | 5/9/2017 | $ 20 | thrivecausemetics.com online store |
| Blending is my Cardio T-Shirt in Extra Small | Large | 5/9/2017 | $ 20 | thrivecausemetics.com online store |
| Liquid Lash Extensions Mascara™ | Brynn (Rich Black) | 5/10/2017 | $ 24 | thrivecausemetics.com online store |
| Blending is my Cardio T-Shirt in Extra Small | Medium | 5/13/2017 | $ 20 | thrivecausemetics.com online store |
| Brilliant Eye Brightener™ | Aurora (Rose Gold Shimmer) | 5/30/2017 | $ 24 | thrivecausemetics.com online store |
| Infinity Waterproof Eyeliner™ | Lizzie (Moss Green Matte) | 6/14/2017 | $ 22 | thrivecausemetics.com online store |
| Blending is my Cardio T-Shirt in Extra Small | Small | 7/1/2017 | $ 20 | thrivecausemetics.com online store |
| Perfect Eye Palette Warm Neutrals™ | Warm Neutrals | 7/20/2017 | $ 45 | thrivecausemetics.com online store |
| Matte Legacy Liquid Lipstick™ | Aspen (Deep Cranberry) | 8/10/2017 | $ 22 | thrivecausemetics.com online store |
| Matte Legacy Liquid Lipstick™ | Chihiro (Dusty Rose Mauve) | 8/10/2017 | $ 22 | thrivecausemetics.com online store |
| Matte Legacy Liquid Lipstick™ | Dayle (Warm Rose Mauve) | 8/10/2017 | $ 22 | thrivecausemetics.com online store |
| Matte Legacy Liquid Lipstick™ | Kaisa (Blush Mauve) | 8/10/2017 | $ 22 | thrivecausemetics.com online store |
| Matte Legacy Liquid Lipstick™ | Maureen (Plum Mauve) | 8/10/2017 | $ 22 | thrivecausemetics.com online store |
| Matte Legacy Liquid Lipstick™ | Meghan (Muted Taupe) | 8/10/2017 | $ 22 | thrivecausemetics.com online store |
| Matte Legacy Liquid Lipstick™ | Paige (Deep Raspberry) | 8/10/2017 | $ 22 | thrivecausemetics.com online store |
| Matte Legacy Liquid Lipstick™ | Rowan (Plum Rose Mauve) | 8/10/2017 | $ 22 | thrivecausemetics.com online store |
| Cosmo Power 3D Strobing Highlighter™ | Dawn (Rose Gold Shimmer) | 8/29/2017 | $ 34 | thrivecausemetics.com online store |
| Cosmo Power 3D Strobing Highlighter™ | Liberty (Pale Gold Shimmer) | 8/29/2017 | $ 34 | thrivecausemetics.com online store |
| Water Bottle | Makeup Spill | 9/6/2017 | $ 27 | thrivecausemetics.com online store |
| Water Bottle | Quote | 9/6/2017 | $ 27 | thrivecausemetics.com online store |
| Headliner Lipstick™ | Alyse (Black Cherry) | 9/19/2017 | $ 26 | thrivecausemetics.com online store |
| Headliner Lipstick™ | Aquila (Warm Rose Mauve) | 9/19/2017 | $ 26 | thrivecausemetics.com online store |
| Headliner Lipstick™ | Bizzy (Dusty Rose) | 9/19/2017 | $ 26 | thrivecausemetics.com online store |
| Headliner Lipstick™ | Emii (Plum Mauve) | 9/19/2017 | $ 26 | thrivecausemetics.com online store |
| Headliner Lipstick™ | Ilene (Pink Taupe) | 9/19/2017 | $ 26 | thrivecausemetics.com online store |
| Headliner Lipstick™ | Kennedy (Blue Red) | 9/19/2017 | $ 26 | thrivecausemetics.com online store |
| Headliner Lipstick™ | Stephanie (True Beige) | 9/19/2017 | $ 26 | thrivecausemetics.com online store |
| She Believed iPhone Case | iPhone 7 and 8 | 11/10/2017 | $ 15 | thrivecausemetics.com online store |
| Be Bold iPhone Case | iPhone 7 Plus and 8 Plus | 11/11/2017 | $ 15 | thrivecausemetics.com online store |
| She Believed iPhone Case | iPhone 7 Plus and 8 Plus | 11/13/2017 | $ 15 | thrivecausemetics.com online store |
| Precision Crease-Defining Eyeshadow Brush™ | Precision Crease-Defining Eyeshadow Brush | 11/29/2017 | $ 20 | thrivecausemetics.com online store |
| Diffusing Angled Bronzer Brush™ | Diffusing Angled Bronzer Brush | 11/30/2017 | $ 28 | thrivecausemetics.com online store |
| Diffusing Round Highlighter Brush™ | Diffusing Round Highlighter Brush | 11/30/2017 | $ 24 | thrivecausemetics.com online store |
| Precision All-Over Eyeshadow Brush™ | Precision All-Over Eyeshadow Brush | 11/30/2017 | $ 22 | thrivecausemetics.com online store |
| Precision Angled Eyeliner Brush™ | Precision Angled Eyeliner Brush | 11/30/2017 | $ 16 | thrivecausemetics.com online store |
| Precision Lid-Defining Eyeshadow Brush™ | Precision Lid-Defining Eyeshadow Brush | 11/30/2017 | $ 20 | thrivecausemetics.com online store |
| Precision Smudge Eyeliner Brush™ | Precision Smudge Eyeliner Brush | 11/30/2017 | $ 18 | thrivecausemetics.com online store |

**MCARTHUR OPP. 33**

CONFIDENTIAL – ATTORNEYS EYES ONLY

TCI_00026951

*Thrive Natural Care, Inc. v. Thrive Causemetics, Inc.*, Case No. 2:20-cv-9091 (C.D. Cal.)

| Product | Variant | First Sale | Price | Channel |
|---|---|---|---|---|
| She Believed iPhone Case | iPhone X | 12/1/2017 | $ 15 | thrivecausemetics.com online store |
| Thrive Causemetics Makeup Clutch | BAG | 12/2/2017 | $ 7 | thrivecausemetics.com online store |
| Thrive Causemetics Makeup Clutch | GIFT | 12/2/2017 | $ 7 | thrivecausemetics.com online store |
| Be Bold iPhone Case | iPhone 7 and 8 | 12/13/2017 | $ 15 | thrivecausemetics.com online store |
| Be Bold iPhone Case | iPhone X | 2/4/2018 | $ 15 | thrivecausemetics.com online store |
| Lash Upgrade Lash Curler™ | Lash Upgrade Lash Curler | 2/21/2018 | $ 20 | thrivecausemetics.com online store |
| Infinity Waterproof Liquid Eyeliner™ | Lauren (Black Demi-Shine) | 3/18/2018 | $ 24 | thrivecausemetics.com online store |
| Mascara Spill Bag | GIFT | 4/9/2018 | $ 4 | thrivecausemetics.com online store |
| Lip Filler Long Wearing + Plumping Lip Liner™ | Devin (Black Cherry) | 4/21/2018 | $ 20 | thrivecausemetics.com online store |
| Lip Filler Long Wearing + Plumping Lip Liner™ | Em (Pink Blush) | 4/21/2018 | $ 20 | thrivecausemetics.com online store |
| Lip Filler Long Wearing + Plumping Lip Liner™ | Ghizlan (Plum Mauve) | 4/21/2018 | $ 20 | thrivecausemetics.com online store |
| Lip Filler Long Wearing + Plumping Lip Liner™ | Jesse (Pale Rose Ginger) | 4/24/2018 | $ 20 | thrivecausemetics.com online store |
| Lip Filler Long Wearing + Plumping Lip Liner™ | Valisia (Pomegranate) | 4/24/2018 | $ 20 | thrivecausemetics.com online store |
| Mascara Spill Bag | BAG | 5/6/2018 | $ 4 | thrivecausemetics.com online store |
| Eye Cream | Default Title | 6/5/2018 | $ 23 | thrivecausemetics.com online store |
| Pink Floral Makeup Bag | BAG | 7/5/2018 | $ 4 | thrivecausemetics.com online store |
| Pink Floral Makeup Bag | GIFT | 7/5/2018 | $ 4 | thrivecausemetics.com online store |
| Deluxe Mini Liquid Lash Extensions Mascara™ | Brynn  (Rich Black) | 7/16/2018 | $ 12 | thrivecausemetics.com online store |
| Pink + Powerful Makeup Clutch | Pink Polka Dot Makeup Bag | 7/18/2018 | $ 20 | thrivecausemetics.com online store |
| Glossy Lip Hydrating Serum™ | Ruth (Taupe Shimmer) | 7/25/2018 | $ 26 | thrivecausemetics.com online store |
| Blend + Blur Sponge™ | Blend + Blur Sponge™ | 7/31/2018 | $ 18 | thrivecausemetics.com online store |
| Buildable Blur CC Cream™ Broad Spectrum SPF 35 | Beige (Neutral Undertones) | 7/31/2018 | $ 36 | thrivecausemetics.com online store |
| Buildable Blur CC Cream™ Broad Spectrum SPF 35 | Beige Golden (Neutral Undertones) | 7/31/2018 | $ 36 | thrivecausemetics.com online store |
| Buildable Blur CC Cream™ Broad Spectrum SPF 35 | Fair (Cool Undertones) | 7/31/2018 | $ 36 | thrivecausemetics.com online store |
| Buildable Blur CC Cream™ Broad Spectrum SPF 35 | Fair Light (Neutral Undertones) | 7/31/2018 | $ 36 | thrivecausemetics.com online store |
| Buildable Blur CC Cream™ Broad Spectrum SPF 35 | Golden (Neutral Undertones) | 7/31/2018 | $ 36 | thrivecausemetics.com online store |
| Buildable Blur CC Cream™ Broad Spectrum SPF 35 | Light (Neutral Undertones) | 7/31/2018 | $ 36 | thrivecausemetics.com online store |
| Buildable Blur CC Cream™ Broad Spectrum SPF 35 | Light Medium (Warm Undertones) | 7/31/2018 | $ 36 | thrivecausemetics.com online store |
| Buildable Blur CC Cream™ Broad Spectrum SPF 35 | Medium (Cool Undertones) | 7/31/2018 | $ 36 | thrivecausemetics.com online store |
| Buildable Blur CC Cream™ Broad Spectrum SPF 35 | Medium Beige (Neutral Undertones) | 7/31/2018 | $ 36 | thrivecausemetics.com online store |
| Buildable Blur CC Cream™ Broad Spectrum SPF 35 | Natural Beige (Neutral Undertones) | 7/31/2018 | $ 36 | thrivecausemetics.com online store |
| Buildable Blur CC Cream™ Broad Spectrum SPF 35 | Rich (Warm Undertones) | 7/31/2018 | $ 36 | thrivecausemetics.com online store |
| Hustle + Glow Makeup Clutch | GIFT | 7/31/2018 | $ 10 | thrivecausemetics.com online store |
| Buildable Blur CC Cream™ Broad Spectrum SPF 35 | Cocoa (Neutral Undertones) | 8/1/2018 | $ 36 | thrivecausemetics.com online store |
| Buildable Blur CC Cream™ Broad Spectrum SPF 35 | Deep Cocoa (Neutral Undertones) | 8/1/2018 | $ 36 | thrivecausemetics.com online store |
| Buildable Blur CC Cream™ Broad Spectrum SPF 35 | Deep Espresso (Warm Undertones) | 8/1/2018 | $ 36 | thrivecausemetics.com online store |
| Buildable Blur CC Cream™ Broad Spectrum SPF 35 | Golden Tan (Warm Undertones) | 8/1/2018 | $ 36 | thrivecausemetics.com online store |
| Buildable Blur CC Cream™ Broad Spectrum SPF 35 | Rich Cocoa (Neutral Undertones) | 8/1/2018 | $ 36 | thrivecausemetics.com online store |
| Buildable Blur CC Cream™ Broad Spectrum SPF 35 | Rich Tan (Cool Undertones) | 8/1/2018 | $ 36 | thrivecausemetics.com online store |
| Buildable Blur CC Cream™ Broad Spectrum SPF 35 | Tan (Warm Undertones) | 8/1/2018 | $ 36 | thrivecausemetics.com online store |
| Filtered Effects™ Soft Focus HD Setting Powder | Translucent | 8/2/2018 | $ 18 | thrivecausemetics.com online store |

**MCARTHUR OPP. 34**

CONFIDENTIAL – ATTORNEYS EYES ONLY

TCI_00026952

*Thrive Natural Care, Inc. v. Thrive Causemetics, Inc.*, Case No. 2:20-cv-9091 (C.D. Cal.)

| Product | Variant | First Sale | Price | Channel |
|---|---|---|---|---|
| Glossy Lip Hydrating Serum™ | JoAnn (Plum Mauve) | 8/15/2018 | $ 26 | thrivecausemetics.com online store |
| Glossy Lip Hydrating Serum™ | Jean (Baby Pink Shimmer) | 8/20/2018 | $ 26 | thrivecausemetics.com online store |
| Glossy Lip Hydrating Serum™ | Maya (Deep Blue Red) | 8/20/2018 | $ 26 | thrivecausemetics.com online store |
| Glossy Lip Hydrating Serum™ | Misty (Coral) | 8/20/2018 | $ 26 | thrivecausemetics.com online store |
| Glossy Lip Hydrating Serum™ | Narima (Dark Berry) | 8/20/2018 | $ 26 | thrivecausemetics.com online store |
| Glossy Lip Hydrating Serum™ | Pamela (Brown Mauve) | 8/20/2018 | $ 26 | thrivecausemetics.com online store |
| Filtered Effects™ All-Over Face Brush | Large | 8/21/2018 | $ 16 | thrivecausemetics.com online store |
| Glossy Lip Hydrating Serum™ | Karlie (Bright Raspberry) | 8/21/2018 | $ 26 | thrivecausemetics.com online store |
| Focus Eyeshadow Palette™ | Palette 3 | 9/5/2018 | $ 36 | thrivecausemetics.com online store |
| Overnight Sensation Brightening Sleep Mask™ | Overnight Sensation Brightening Sleep Mask | 10/9/2018 | $ 62 | thrivecausemetics.com online store |
| Star Pattern Makeup Bag | BAG | 11/16/2018 | $ 4 | thrivecausemetics.com online store |
| Star Pattern Makeup Bag | GIFT | 11/16/2018 | $ 4 | thrivecausemetics.com online store |
| Hustle + Glow Makeup Clutch | BAG | 11/25/2018 | $ 10 | thrivecausemetics.com online store |
| Instant Brow Fix Semi-Permanent Eyebrow Gel™ | Audrey (Dark Blonde - Medium Brunette) | 1/15/2019 | $ 18 | thrivecausemetics.com online store |
| Instant Brow Fix Semi-Permanent Eyebrow Gel™ | Christina (Light - Dark Blonde) | 1/15/2019 | $ 18 | thrivecausemetics.com online store |
| Instant Brow Fix Semi-Permanent Eyebrow Gel™ | Serena (Dark Brunette - Black) | 1/15/2019 | $ 18 | thrivecausemetics.com online store |
| Joy Is The Best Makeup Bag | GIFT | 3/6/2019 | $ 4 | thrivecausemetics.com online store |
| Diffusing Dome Blush Brush™ | Diffusing Dome Blush Brush™ | 3/11/2019 | $ 25 | thrivecausemetics.com online store |
| Joy Is The Best Makeup Bag | BAG | 3/15/2019 | $ 4 | thrivecausemetics.com online store |
| Lip Mate High-Shine Reviving Topper™ | Charlotte (Mauve Shimmer) | 4/16/2019 | $ 24 | thrivecausemetics.com online store |
| Lip Mate High-Shine Reviving Topper™ | Ashley (Crystal Shimmer) | 4/17/2019 | $ 24 | thrivecausemetics.com online store |
| Infinity Waterproof Lash Adhesive™ | Infinity Lash Adhesive | 4/19/2019 | $ 16 | thrivecausemetics.com online store |
| Lip Mate High-Shine Reviving Topper™ | Effie (Pink Shimmer) | 4/29/2019 | $ 24 | thrivecausemetics.com online store |
| Blossom + Shine Makeup Bag | GIFT | 6/9/2019 | $ 4 | thrivecausemetics.com online store |
| Blossom + Shine Makeup Bag | BAG | 6/10/2019 | $ 4 | thrivecausemetics.com online store |
| Brilliant Eye Brightener™ | Emma (Copper Shimmer) | 6/25/2019 | $ 24 | thrivecausemetics.com online store |
| Brilliant Eye Brightener™ | Mieko (Soft Pink Shimmer) | 6/25/2019 | $ 24 | thrivecausemetics.com online store |
| Brush Hero Brush Cleansing Pad™ | Brush Hero™ Brush Cleansing Pad | 7/31/2019 | $ 18 | thrivecausemetics.com online store |
| Lip Filler Long Wearing + Plumping Lip Liner™ | Kackie (Mocha) | 9/3/2019 | $ 20 | thrivecausemetics.com online store |
| Lip Filler Long Wearing + Plumping Lip Liner™ | Maya (Deep Blue Red) | 9/17/2019 | $ 20 | thrivecausemetics.com online store |
| Lip Filler Long Wearing + Plumping Lip Liner™ | Ruth (Peach Taupe) | 9/17/2019 | $ 20 | thrivecausemetics.com online store |
| She's a Hero Makeup Bag | GIFT | 9/18/2019 | $ 4 | thrivecausemetics.com online store |
| She's a Hero Makeup Bag | BAG | 9/20/2019 | $ 4 | thrivecausemetics.com online store |
| Be You Makeup Bag | GIFT | 10/23/2019 | $ 4 | thrivecausemetics.com online store |
| Eye Lift 360° Waterproof Primer™ | Translucent Matte | 11/5/2019 | $ 24 | thrivecausemetics.com online store |
| Perfectly Primed Makeup Bag | GIFT | 11/5/2019 | $ 4 | thrivecausemetics.com online store |
| Perfectly Primed Makeup Bag | BAG | 11/6/2019 | $ 4 | thrivecausemetics.com online store |
| Overnight Sensation Brightening Sleep Mask™ | Overnight Sensation Brightening Sleep Mask™ V2 | 11/13/2019 | $ 62 | thrivecausemetics.com online store |
| Be You Makeup Bag | BAG | 11/22/2019 | $ 4 | thrivecausemetics.com online store |
| Liquid Balm Lip Treatment™ | Liquid Balm Lip Treatment™ | 12/3/2019 | $ 26 | thrivecausemetics.com online store |
| You're A Diamond Makeup Bag | GIFT | 12/29/2019 | $ 4 | thrivecausemetics.com online store |

4

**MCARTHUR OPP. 35**

CONFIDENTIAL – ATTORNEYS EYES ONLY

TCI_00026953

***Thrive Natural Care, Inc. v. Thrive Causemetics, Inc.**, Case No. 2:20-cv-9091 (C.D. Cal.)*

| Product | Variant | First Sale | Price | Channel |
|---|---|---|---|---|
| You're A Diamond Makeup Bag | BAG | 12/31/2019 | $ 4 | thrivecausemetics.com online store |
| Bright Balance 3-in-1 Cleanser™ | Bright Balance 3-in-1 Cleanser™ | 1/7/2020 | $ 32 | thrivecausemetics.com online store |
| Defying Gravity Transforming Moisturizer™ | Defying Gravity Transforming Moisturizer™ | 1/14/2020 | $ 49 | thrivecausemetics.com online store |
| give2give | Faux Lashes / Robin | 1/28/2020 | $ 28 | thrivecausemetics.com online store |
| Filtered Effects™ All-Over Face Brush | Filtered Effects All-Over Face Brush™ | 2/2/2020 | $ 16 | thrivecausemetics.com online store |
| Glow Getter Makeup Bag | GIFT | 2/27/2020 | $ 4 | thrivecausemetics.com online store |
| Glow Getter Makeup Bag | BAG | 2/28/2020 | $ 4 | thrivecausemetics.com online store |
| Defying Gravity Eye Lifting Cream™ | Defying Gravity Eye Lifting Cream™ | 3/3/2020 | $ 23 | thrivecausemetics.com online store |
| Liquid Lash Extensions Mascara™ | Crystal (Brown Black) | 3/8/2020 | $ 24 | thrivecausemetics.com online store |
| Diffusing Angled Bronzer Brush™ | Diffusing Angled Bronzer Brush™ | 3/9/2020 | $ 28 | thrivecausemetics.com online store |
| Empowered Women Makeup Bag | GIFT | 3/31/2020 | $ 4 | thrivecausemetics.com online store |
| Liquid Light Therapy All-in-One Face Serum™ | Liquid Light Therapy Face Serum™ | 4/7/2020 | $ 59 | thrivecausemetics.com online store |
| Empowered Women Makeup Bag | BAG | 4/9/2020 | $ 4 | thrivecausemetics.com online store |
| Triple Threat Color Stick™ | Olivia (Peachy Pink Shimmer) | 5/11/2020 | $ 36 | thrivecausemetics.com online store |
| Moisture Flash Active Nutrient Toner™ | Moisture Flash Active Nutrient Toner™ | 5/19/2020 | $ 36 | thrivecausemetics.com online store |
| Filtered Effects™ Blurring Primer | Filtered Effects Blurring Primer™ | 6/23/2020 | $ 35 | thrivecausemetics.com online store |
| Hello Sunshine Makeup Bag | GIFT | 6/26/2020 | $ 4 | thrivecausemetics.com online store |
| Hello Sunshine Makeup Bag | BAG | 6/29/2020 | $ 4 | thrivecausemetics.com online store |
| Lip Filler Long-Wearing + Plumping Lip Liner™ | Devin (Black Cherry) | 7/6/2020 | $ 20 | thrivecausemetics.com online store |
| Lip Filler Long-Wearing + Plumping Lip Liner™ | Em (Pink Blush) | 7/6/2020 | $ 20 | thrivecausemetics.com online store |
| Lip Filler Long-Wearing + Plumping Lip Liner™ | Ghizlan (Plum Mauve) | 7/6/2020 | $ 20 | thrivecausemetics.com online store |
| Lip Filler Long-Wearing + Plumping Lip Liner™ | Jesse (Pale Rose Ginger) | 7/6/2020 | $ 20 | thrivecausemetics.com online store |
| Lip Filler Long-Wearing + Plumping Lip Liner™ | Kackie (Mocha) | 7/6/2020 | $ 20 | thrivecausemetics.com online store |
| Lip Filler Long-Wearing + Plumping Lip Liner™ | Maya (Deep Blue Red) | 7/6/2020 | $ 20 | thrivecausemetics.com online store |
| Lip Filler Long-Wearing + Plumping Lip Liner™ | Ruth (Peach Taupe) | 7/6/2020 | $ 20 | thrivecausemetics.com online store |
| Lip Filler Long-Wearing + Plumping Lip Liner™ | Valisia (Pomegranate) | 7/6/2020 | $ 20 | thrivecausemetics.com online store |
| Deluxe Travel Bright Balance 3-in-1 Cleanser™ | Deluxe Travel Bright Balance 3-in-1 Cleanser™ | 7/10/2020 | $ 14 | thrivecausemetics.com online store |
| Deluxe Travel Defying Gravity Transforming Moisturizer™ | Deluxe Travel Defying Gravity Transforming Moisturizer™ | 7/10/2020 | $ 18 | thrivecausemetics.com online store |
| Brilliant Face Brightener Illuminating Primer™ | Brilliant Face Brightener Illuminating Primer™ | 7/18/2020 | $ 35 | thrivecausemetics.com online store |
| Cue the Confetti Makeup Bag | GIFT | 7/31/2020 | $ 4 | thrivecausemetics.com online store |
| Brilliant Eye Brightener™ | Estrella (White Pearl Shimmer) | 8/4/2020 | $ 24 | thrivecausemetics.com online store |
| Brilliant Eye Brightener™ | Gia (Warm Gold Shimmer) | 8/4/2020 | $ 24 | thrivecausemetics.com online store |
| Brilliant Eye Brightener™ | Muna (Mauve Taupe Shimmer) | 8/4/2020 | $ 24 | thrivecausemetics.com online store |
| Moisture-Enriched Hand Sanitizer | Default Title | 8/7/2020 | $ 3 | thrivecausemetics.com online store |
| Triple Threat Color Stick™ | Isabella | 8/16/2020 | $ 36 | thrivecausemetics.com online store |
| Make Waves Makeup Bag | GIFT | 8/21/2020 | $ 4 | thrivecausemetics.com online store |
| Make Waves Makeup Bag | BAG | 8/22/2020 | $ 4 | thrivecausemetics.com online store |
| Triple Threat Color Stick™ | Isabella (Coral Golden Shimmer) | 9/1/2020 | $ 36 | thrivecausemetics.com online store |
| Triple Threat Color Stick™ | Mieko (Soft Pink Shimmer) | 9/1/2020 | $ 36 | thrivecausemetics.com online store |
| Triple Threat Color Stick™ | Tessa (Berry Matte) | 9/1/2020 | $ 36 | thrivecausemetics.com online store |
| Fall In Love With Yourself Makeup Bag | GIFT | 9/8/2020 | $ 4 | thrivecausemetics.com online store |

**MCARTHUR OPP. 36**

CONFIDENTIAL – ATTORNEYS EYES ONLY

TCI_00026954

*Thrive Natural Care, Inc. v. Thrive Causemetics, Inc.*, Case No. 2:20-cv-9091 (C.D. Cal.)

| Product | Variant | First Sale | Price | Channel |
|---|---|---|---|---|
| Fall In Love With Yourself Makeup Bag | BAG | 9/9/2020 | $ 4 | thrivecausemetics.com online store |
| Pumpkin Spice Latte Liquid Balm Lip Treatment™ | Pumpkin Spice Latte Liquid Balm Lip Treatment™ | 9/15/2020 | $ 26 | thrivecausemetics.com online store |
| INTL Liquid Lash Extensions Mascara™ | Default Title | 9/26/2020 | $ 24 | thrivecausemetics.com online store |
| Defying Gravity Nourishing Hand + Nail Cream™ | Defying Gravity Nourishing Hand + Nail Cream™ | 10/19/2020 | $ 9 | thrivecausemetics.com online store |
| Fearlessly Authentic Makeup Bag | GIFT | 10/30/2020 | $ 4 | thrivecausemetics.com online store |
| Fearlessly Authentic Makeup Bag | BAG | 11/2/2020 | $ 4 | thrivecausemetics.com online store |
| Overnight Sensation™ Gentle Resurfacing Peel | Overnight Sensation Gentle Resurfacing Peel | 11/10/2020 | $ 31 | thrivecausemetics.com online store |
| Own Your Magic Makeup Bag | BAG | 12/9/2020 | $ 4 | thrivecausemetics.com online store |
| Own Your Magic Makeup Bag | GIFT | 12/9/2020 | $ 4 | thrivecausemetics.com online store |
| Overnight Sensation Brightening Sleep Mask™ SMALL WEIGHT | Overnight Sensation Brightening Sleep Mask™ SMALL WEIGHT | 12/22/2020 | $ 38 | thrivecausemetics.com online store |
| Overnight Sensation Brightening Sleep Mask™ 1.7 oz | Overnight Sensation Brightening Sleep Mask™ | 12/28/2020 | $ 38 | thrivecausemetics.com online store |
| Skincare First Makeup Bag | GIFT | 1/1/2021 | $ 4 | thrivecausemetics.com online store |
| Overnight Sensation Brightening Sleep Mask™ 3.4oz | Overnight Sensation Brightening Sleep Mask | 1/3/2021 | $ 62 | thrivecausemetics.com online store |
| Skincare First Makeup Bag | BAG | 1/3/2021 | $ 4 | thrivecausemetics.com online store |
| Overnight Sensation Brightening Sleep Mask™ | Overnight Sensation Brightening Sleep Mask™ | 1/5/2021 | $ 38 | thrivecausemetics.com online store |
| Dare to Shine Makeup Bag | GIFT | 1/15/2021 | $ 4 | thrivecausemetics.com online store |
| Sun Chaser Blur + Sculpt Bronzing Powder™ | Camila (Tan Neutral) | 1/26/2021 | $ 33 | thrivecausemetics.com online store |
| Sun Chaser Blur + Sculpt Bronzing Powder™ | Paloma (Medium Neutral) | 1/26/2021 | $ 33 | thrivecausemetics.com online store |
| Sun Chaser Blur + Sculpt Bronzing Powder™ | Milán (Deep Warm) | 1/27/2021 | $ 33 | thrivecausemetics.com online store |
| Dare to Shine Makeup Bag | BAG | 1/30/2021 | $ 4 | thrivecausemetics.com online store |
| Sun Chaser Blur + Sculpt Bronzing Powder™ | Rhea (Light Golden) | 2/9/2021 | $ 33 | thrivecausemetics.com online store |
| Brilliant Eye Brightener™ | Racquel (Soft Silver Shimmer) | 2/12/2021 | $ 24 | thrivecausemetics.com online store |
| Brilliant Eye Brightener™ | Tara (Rose Mauve Shimmer) | 2/12/2021 | $ 24 | thrivecausemetics.com online store |
| Smart Microdermabrasion 2-in-1 Instant Facial™ | Smart Microdermabrasion 2-in-1 Instant Facial™ | 2/16/2021 | $ 44 | thrivecausemetics.com online store |
| INTL Brilliant Eye Brightener™ | Stella (Champagne Shimmer) | 2/22/2021 | $ - | thrivecausemetics.com online store |
| Filtered Effects™ All-Over Face Brush | Filtered Effects™ All-Over Face Brush | 2/28/2021 | $ 66 | thrivecausemetics.com online store |
| Deluxe Travel Defying Gravity Eye Lifting Cream™ | Defying Gravity Eye Lifting Cream™ | 3/1/2021 | $ 10 | thrivecausemetics.com online store |
| Cue the Confetti Makeup Bag | BAG | 3/5/2021 | $ 4 | thrivecausemetics.com online store |
| Brilliant Eye Brightener™ | Pili (Cool Gold Shimmer) | 3/16/2021 | $ 24 | thrivecausemetics.com online store |
| Filtered Effects™ Blurring Primer | Filtered Effects™ Blurring Primer | 3/19/2021 | $ 35 | thrivecausemetics.com online store |
| Brilliant Eye Brightener™ | Anise (Warm Bronze Shimmer) | 3/23/2021 | $ 24 | thrivecausemetics.com online store |
| Brilliant Eye Brightener™ | Callie (Greige Taupe Shimmer) | 3/23/2021 | $ 24 | thrivecausemetics.com online store |
| Enjoy the Journey Makeup Bag | GIFT BAG | 3/25/2021 | $ 4 | thrivecausemetics.com online store |
| Enjoy the Journey Makeup Bag | BAG | 3/26/2021 | $ 4 | thrivecausemetics.com online store |

**MCARTHUR OPP. 37**

CONFIDENTIAL – ATTORNEYS EYES ONLY

TCI_00026955

**<u>Depo. Ex. 20</u>**

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | November 7, 2019 - February 4, 2020 | | | | | | | | | |
| 2 | Campaign | (All) | Brand | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | **Age Range** | **Impr.** | **Clicks** | **CTR** | **Cost** | **Conv.** | **CVR** | **Revenue** | **ROAS** | |
| 5 | 18 - 24 | 174,541 | 31,473 | 18.0% | $20,289 | 4,253 | 13.5% | $215,380 | 10.6 | |
| 6 | 25 - 34 | 388,979 | 67,915 | 17.5% | $39,929 | 12,248 | 18.0% | $706,544 | 17.7 | |
| 7 | 35 - 44 | 364,469 | 68,138 | 18.7% | $40,324 | 14,243 | 20.9% | $881,990 | 21.9 | |
| 8 | 45 - 54 | 412,056 | 73,092 | 17.7% | $49,200 | 16,016 | 21.9% | $1,017,240 | 20.7 | |
| 9 | 55 - 64 | 328,119 | 53,921 | 16.4% | $41,783 | 11,602 | 21.5% | $696,728 | 16.7 | |
| 10 | 65+ | 231,136 | 36,711 | 15.9% | $29,852 | 7,338 | 20.0% | $429,662 | 14.4 | |
| 11 | Unknown | 4,681,538 | 89,624 | 1.9% | $53,566 | 16,506 | 18.4% | $992,238 | 18.5 | |
| 12 | | | | | | | | | | |
| 13 | Campaign | (All) | Non-Brand | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | **Age Range** | **Impr.** | **Clicks** | **CTR** | **Cost** | **Conv.** | **CVR** | **Revenue** | **ROAS** | |
| 16 | 18 - 24 | 174,541 | 31,473 | 18.0% | $20,289 | 4,253 | 13.5% | $215,380 | 10.6 | |
| 17 | 25 - 34 | 388,979 | 67,915 | 17.5% | $39,929 | 12,248 | 18.0% | $706,544 | 17.7 | |
| 18 | 35 - 44 | 364,469 | 68,138 | 18.7% | $40,324 | 14,243 | 20.9% | $881,990 | 21.9 | |
| 19 | 45 - 54 | 412,056 | 73,092 | 17.7% | $49,200 | 16,016 | 21.9% | $1,017,240 | 20.7 | |
| 20 | 55 - 64 | 328,119 | 53,921 | 16.4% | $41,783 | 11,602 | 21.5% | $696,728 | 16.7 | |
| 21 | 65+ | 231,136 | 36,711 | 15.9% | $29,852 | 7,338 | 20.0% | $429,662 | 14.4 | |
| 22 | Unknown | 4,681,538 | 89,624 | 1.9% | $53,566 | 16,506 | 18.4% | $992,238 | 18.5 | |

**EXHIBIT**

**BODNAR 20**

CONFIDENTIAL – ATTORNEYS EYES ONLY

| | K |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | **Takeaways:** |
| 5 | 45-54 is the strongest-performing (ROI & revenue) age range both in Brand & Non-Brand |
| 6 | 35-44 also performs well in Brand while the 55-64 performs well in Non-Brand |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |

CONFIDENTIAL – ATTORNEYS EYES ONLY

**MCARTHUR OPP. 40**

|   | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Campaign | (All) | Brand | | | | | | | | |
| 2 | | | | | | | | | | | |
| 3 | **Gender** | **Impr.** | **Clicks** | **CTR** | **Cost** | **Conv.** | **CVR** | **Revenue** | **ROAS** | | **Takeaways:** |
| 4 | Female | 2,085,296 | 334,121 | 16.0% | $252,056 | 64,618 | 19.3% | $3,871,639 | 15.4 | | Not surprisingly, women drive the lion share of revenue |
| 5 | Male | 190,141 | 26,467 | 13.9% | $21,821 | 5,503 | 20.8% | $338,075 | 15.5 | | Men do not have poor efficiency performance |
| 6 | Unknown | 4,993,210 | 84,610 | 1.7% | $54,739 | 15,968 | 18.9% | $963,399 | 17.6 | | |
| 7 | | | | | | | | | | | |
| 8 | Campaign | (All) | Non-Brand | | | | | | | | |
| 9 | | | | | | | | | | | |
| 10 | **Gender** | **Impr.** | **Clicks** | **CTR** | **Cost** | **Conv.** | **CVR** | **Revenue** | **ROAS** | | |
| 11 | Female | 2,085,296 | 334,121 | 16.0% | $252,056 | 64,618 | 19.3% | $3,871,639 | 15.4 | | |
| 12 | Male | 190,141 | 26,467 | 13.9% | $21,821 | 5,503 | 20.8% | $338,075 | 15.5 | | |
| 13 | Unknown | 4,993,210 | 84,610 | 1.7% | $54,739 | 15,968 | 18.9% | $963,399 | 17.6 | | |

CONFIDENTIAL – ATTORNEYS EYES ONLY

|   | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Campaign | (All) | Brand | | | | | | | |
| 2 | | | | | | | | | | |
| 3 | Household Income | Impr. | Clicks | CTR | Cost | Conv. | CVR | Revenue | ROAS | |
| 4 | Top 10% | 596,234 | 90,922 | 15.2% | $71,190 | 21,481 | 23.6% | $1,372,668 | 19.3 | |
| 5 | 11 - 20% | 415,425 | 68,555 | 16.5% | $50,688 | 14,724 | 21.5% | $916,053 | 18.1 | |
| 6 | 21 - 30% | 276,139 | 46,020 | 16.7% | $34,756 | 8,866 | 19.3% | $531,546 | 15.3 | |
| 7 | 31 - 40% | 276,586 | 45,195 | 16.3% | $33,344 | 8,290 | 18.3% | $480,966 | 14.4 | |
| 8 | 41 - 50% | 150,219 | 23,744 | 15.8% | $18,173 | 3,931 | 16.6% | $221,557 | 12.2 | |
| 9 | Lower 50% | 508,075 | 78,071 | 15.4% | $59,223 | 11,595 | 14.9% | $621,160 | 10.5 | |
| 10 | Unknown | 5,045,969 | 92,691 | 1.8% | $61,242 | 17,202 | 18.6% | $1,029,161 | 16.8 | |
| 11 | | | | | | | | | | |
| 12 | Campaign | (All) | Non-Brand | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | Household Income | Impr. | Clicks | CTR | Cost | Conv. | CVR | Revenue | ROAS | |
| 15 | Top 10% | 596,234 | 90,922 | 15.2% | $71,190 | 21,481 | 23.6% | $1,372,668 | 19.3 | |
| 16 | 11 - 20% | 415,425 | 68,555 | 16.5% | $50,688 | 14,724 | 21.5% | $916,053 | 18.1 | |
| 17 | 21 - 30% | 276,139 | 46,020 | 16.7% | $34,756 | 8,866 | 19.3% | $531,546 | 15.3 | |
| 18 | 31 - 40% | 276,586 | 45,195 | 16.3% | $33,344 | 8,290 | 18.3% | $480,966 | 14.4 | |
| 19 | 41 - 50% | 150,219 | 23,744 | 15.8% | $18,173 | 3,931 | 16.6% | $221,557 | 12.2 | |
| 20 | Lower 50% | 508,075 | 78,071 | 15.4% | $59,223 | 11,595 | 14.9% | $621,160 | 10.5 | |
| 21 | Unknown | 5,045,969 | 92,691 | 1.8% | $61,242 | 17,202 | 18.6% | $1,029,161 | 16.8 | |

**MCARTHUR OPP. 42**

CONFIDENTIAL – ATTORNEYS EYES ONLY

TCI_00019254

| | K |
|---|---|
| 1 | |
| 2 | |
| 3 | **Takeaways:** |
| 4 | Top 10% Household Income is the strongest-performing segment in both Brand & Non-Brand, though 11-20% also performs well in both categories |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |

CONFIDENTIAL – ATTORNEYS EYES ONLY

**MCARTHUR OPP. 43**

TCI_00019255

# **Depo Ex. 27**

**EXHIBIT**

**BODNAR 27**

Corsearch

Date Generated: January 12, 2015

# Chart Of Tagged Records

| TM Record | Mark/Name | Status/Status Date | Brief Goods/Services | Owner | Notes |
|---|---|---|---|---|---|
| US Federal Q3 uf 1 | THRIVE  **THRIVE** | United States (Federal) Allowed Last Status Received: Allowed - Intent to Use 3rd Extension of Time Granted September 18, 2014 | (Int'l Class: 03) personal care products for cosmetic use, namely, hair shampoos and conditioners, hair styling preparations; body and hand washes, soaps and gels; non-medicated skin care preparations, namely, body lotions; cosmetic sun care preparations and sunscreens; lip creams and balms; antiperspirants and... | THRIVE NATURAL CARE, INC. (DELAWARE CORP.) 42 DARRELL PLACE SAN FRANCISCO | |
| US Federal Q3 uf 2 | THRIVE | United States (Federal) Registered Last Status Received: Registered January 14, 2014 | (Int'l Class: 03) non-medicated skin care preparations, namely, facial lotions, cleansers and creams, creams and oils for cosmetic use, skin moisturizers; pre-shaving preparations; after shave lotions and creams | THRIVE NATURAL CARE, INC. (DELAWARE CORP.) 42 DARRELL PLACE SAN FRANCISCO | |
| US Federal Q3 uf 3 | THRIVE  **THRIVE** | United States (Federal) Allowed Last Status Received: Allowed - Intent to Use Suspension Letter | (Int'l Class: 03) body care products, namely, soaps; perfumery, aromatherapy products, namely, essential oils, hair | MEDELA HOLDING AG (SWITZERLAND CORP.) LATTICHSTRASSE 4B BAAR, Switzerland | |

**MCARTHUR OPP. 45**

CONFIDENTIAL

TCI_00027988

| TM Record | Mark/Name | Status/Status Date | Brief Goods/Services | Owner | Notes |
|-----------|-----------|--------------------|--------------------|-------|-------|
| | | Mailed September 15, 2014 | lotions; dentifrices, feminine hygiene products, namely, creams for... (Int'l Class: 05) plasters for wound dressing, gauze for dressings, breast-nursing pads and breast nursing pads, namely, hydrogel pads for protection of sensitive... (Int'l Class: 09) computer hardware and computer software, namely, educational software for pregnant women featuring instruction in the field of breastfeeding, blank magnetic... (Int'l Class: 10) artificial limbs, eyes and teeth; suture materials; phototherapeutic apparatus for medical purposes; vacuum pumps for medical purposes; medical specimen collecting... (Int'l Class: 11) electric heaters for feeding bottles, sterilizers, baby bottle sterilizers, milk and water sterilizers; pasteurizers for use in food and beverages (Int'l Class: 18) leather and imitations of leather, trunks and travelling bags; travelling trunks, suitcases, rucksacks and sling straps, namely, straps for carrying... | | |

© 2015 Corsearch

**MCARTHUR OPP. 46**

CONFIDENTIAL

TCI_00027989

| TM Record | Mark/Name | Status/Status Date | Brief Goods/Services | Owner | Notes |
|---|---|---|---|---|---|
| | | | (Int'l Class: 21) earthenware, namely, mugs, basins, plates and bowls; bags and containers for household use, namely, containers for storing, freezing, preserving, transporting... (Int'l Class: 25) ladies underwear for expectant and nursing mothers, namely, panty, maternity supporting brief and belt, nursing bra, camisole, undershirt, tank top;... (Int'l Class: 40) treatment of materials, namely, beverage processing in the form of preservation, analyzing, separation, isolation of components, converting and pasteurization of... (Int'l Class: 41) education in the form of classes, workshops, seminars in the field of breastfeeding, phototherapy and healthcare; information about education in... (Int'l Class: 44) medical services in the field of home care services; medical services in the field of breastfeeding, phototherapy and healthcare; rental... | | |

© 2015 Corsearch

**MCARTHUR OPP. 47**

CONFIDENTIAL

TCI_00027990

**Date Generated:** January 12, 2015

## Full Record

# THRIVE

# THRIVE

*US Federal*
*uf 1*

**Status:** Allowed

**Last Status Received:** Allowed - Intent to Use 3rd Extension of Time Granted, September 18, 2014
**Most Recent Owner:**
THRIVE NATURAL CARE, INC. (DELAWARE CORP.)

**Goods/Services:**
**Int'l Class(es):** 3 (U.S. Class: 1, 4, 6, 50, 51, 52)
Personal care products for cosmetic use, namely, hair shampoos and conditioners, hair styling preparations; body and hand washes, soaps and gels; non-medicated skin care preparations, namely, body lotions; cosmetic sun care preparations and sunscreens; lip creams and balms; antiperspirants and deodorants for personal use; shaving creams and gels; non-medicated baby care products, namely, baby lotions, creams, body cleansers, shampoos, gels and washes, diaper rash creams and ointments

## APPLICATION / REGISTRATION INFO.

**Serial No.:** 85-726058
**Filed:** September 11, 2012
**Published:** February 12, 2013
**Allowed:** April 9, 2013
**Trademark Type:** Word
**Publications:**
2013-07
**Section:** Publication Date of Application
**Published:** February 12, 2013

**Priority:**
**Country:** Not defined
**Priority Date:** September 11, 2012

**Register Type:** Principal Register

## ADDITIONAL INFO.

**Correspondence Address:**
JOHN W. CRITTENDEN COOLEY LLP

© 2015 Corsearch

[PAGE]/[NUMPAGES]

**MCARTHUR OPP. 48**

1299 PENNSYLVANIA AVENUE NW, SUITE 700 WASHINGTON DC 20004
**Law Office Assigned:**LAW OFFICE 102
**Events:**
September 19, 2014 - NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED
September 18, 2014 - Extension 3 Granted
September 10, 2014 - Extension 3 Filed
September 10, 2014 - TEAS Extension Received
April 15, 2014 - NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED
April 14, 2014 - Extension 2 Granted
April 8, 2014 - Extension 2 Filed
April 8, 2014 - TEAS Extension Received
November 6, 2013 - NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED
November 6, 2013 - CORRECTED NOA E-MAILED
November 5, 2013 - Extension 1 Granted
October 4, 2013 - Extension 1 Filed
November 5, 2013 - Divisional Processsing Completed
October 4, 2013 - Divisional Request Held Received
November 4, 2013 - CASE ASSIGNED TO INTENT TO USE PARALEGAL
October 16, 2013 - AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP
October 4, 2013 - TEAS REQUEST TO DIVIDE RECEIVED
October 4, 2013 - TEAS Extension Received
October 2, 2013 - TEAS Change of Correspondence Received
April 9, 2013 - NOA E-MAILED - SOU REQUIRED FROM APPLICANT
February 12, 2013 - OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED
February 12, 2013 - Published For Opposition
January 23, 2013 - NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED
January 7, 2013 - Approved for Pub - Principal Register
January 7, 2013 - Assigned to Examiner
September 17, 2012 - NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM
September 14, 2012 - New Application Entered In Tram

**Location Date:**November 5, 2013
**Intent to use:**FILED AS INTENT TO USE
**TradeMark status details:**ALLOWED - INTENT TO USE 3RD EXTENSION OF TIME GRANTED
**Note:**PARENT OF SN(S) 85-980517

## <u>OWNER INFORMATION</u>

**1st New Owner After Publication:**
THRIVE NATURAL CARE, INC. (DELAWARE CORP.)
42 DARRELL PLACE SAN FRANCISCO, CALIFORNIA 94133 DE

**Owner At Publication:**
ECOMUNDI VENTURES, LLC (CONNECTICUT LIMITED LIABILITY COMPANY)
42 DARRELL PLACE SAN FRANCISCO, CALIFORNIA 94133 CT

**Applicant:**
ECOMUNDI VENTURES, LLC (CONNECTICUT LIMITED LIABILITY COMPANY)
42 DARRELL PLACE SAN FRANCISCO, CALIFORNIA 94133 CT

## <u>ASSIGNMENT HISTORY</u>

**Assignee**                                    **Recorded:**October 2, 2013

© 2015 Corsearch                                    [PAGE]/[NUMPAGES]

**MCARTHUR OPP. 49**

CONFIDENTIAL                                                            TCI_00027992

THRIVE NATURAL CARE, INC.
42 DARRELL PLACE SAN FRANCISCO, CALIFORNIA
94133

**Assignor**
ECOMUNDI VENTURES, LLC

**Assigned:**September 27, 2013
**Reel/Frame:**5123/0443
**Action:**ASSIGNS THE ENTIRE INTEREST AND
GOODWILL

© 2015 Corsearch

© 2015 Corsearch

**MCARTHUR OPP. 50**

CONFIDENTIAL

# THRIVE

*US Federal*
*uf 2*

**Status:** Registered

**Last Status Received:** Registered, January 14, 2014
**Most Recent Owner:**
THRIVE NATURAL CARE, INC. (DELAWARE CORP.)

**Goods/Services:**
**Int'l Class(es):** 3 (U.S. Class: 1, 4, 6, 50, 51, 52)
Non-medicated skin care preparations, namely, facial lotions, cleansers and creams, creams and oils for cosmetic use, skin moisturizers; pre-shaving preparations; after shave lotions and creams
**First Use:** September 5, 2013
**In Commerce:** September 5, 2013

## *APPLICATION / REGISTRATION INFO.*

**Registration No.:**4467942
**Registered:**January 14, 2014
**Serial No.:**85-980517
**Filed:**September 11, 2012
**Published:**February 12, 2013
**Trademark Type:**Word
**Publications:**
2013-07
**Section:**Publication Date of Application
**Published:**February 12, 2013

**Priority:**
**Country:**Not defined
**Priority Date:**September 11, 2012

**Register Type:**Principal Register

## *ADDITIONAL INFO.*

**Correspondence Address:**
JOHN W. CRITTENDEN COOLEY LLP
1299 PENNSYLVANIA AVENUE NW, SUITE 700 WASHINGTON DC 20004
**Events:**
January 14, 2014 - Registered-Principal Register
December 10, 2013 - NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED
December 7, 2013 - Law office Registration Review Completed
December 5, 2013 - Assigned to LIE
November 11, 2013 - Allowed Principal Register - SOU Accepted
November 6, 2013 - NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED
November 5, 2013 - Statement of Use Processing Complete
October 4, 2013 - Use Amendment Filed
November 5, 2013 - Extension 1 Granted
October 4, 2013 - Extension 1 Filed

© 2015 Corsearch

[PAGE]/[NUMPAGES]

**MCARTHUR OPP. 51**

November 5, 2013 - Divisional Processsing Completed
October 4, 2013 - Divisional Request Held Received
November 4, 2013 - CASE ASSIGNED TO INTENT TO USE PARALEGAL
October 16, 2013 - AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP
October 4, 2013 - TEAS REQUEST TO DIVIDE RECEIVED
October 4, 2013 - TEAS Extension Received
October 4, 2013 - TEAS Statement of Use Received
October 2, 2013 - TEAS Change of Correspondence Received
April 9, 2013 - NOA E-MAILED - SOU REQUIRED FROM APPLICANT
February 12, 2013 - OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED
February 12, 2013 - Published For Opposition
January 23, 2013 - NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED
January 7, 2013 - Approved for Pub - Principal Register
January 7, 2013 - Assigned to Examiner
September 17, 2012 - NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM
September 14, 2012 - New Application Entered In Tram

**Intent to use:**FILED AS INTENT TO USE - ACTUAL USE CLAIMED
**TradeMark status details:**REGISTERED
**Note:**CHILD OF SN 85-726058

## *OWNER INFORMATION*

**Registrant:**
THRIVE NATURAL CARE, INC. (DELAWARE CORP.)
42 DARRELL PLACE SAN FRANCISCO, CALIFORNIA 94133 DE

**1st New Owner After Publication:**
THRIVE NATURAL CARE, INC. (DELAWARE CORP.)
42 DARRELL PLACE SAN FRANCISCO, CALIFORNIA 94133 DE

**Owner At Publication:**
ECOMUNDI VENTURES, LLC (CONNECTICUT LIMITED LIABILITY COMPANY)
42 DARRELL PLACE SAN FRANCISCO, CALIFORNIA 94133 CT

**Applicant:**
ECOMUNDI VENTURES, LLC (CONNECTICUT LIMITED LIABILITY COMPANY)
42 DARRELL PLACE SAN FRANCISCO, CALIFORNIA 94133 CT

## *MARKS WITH SIMILAR OWNERSHIP*

**THRIVE NATURAL CARE, INC. (DELAWARE CORP.) (or
related entities)
THRIVE
THRIVE**

© 2015 Corsearch

© 2015 Corsearch

**MCARTHUR OPP. 52**

CONFIDENTIAL                                                     TCI_00027995

# THRIVE

## THRIVE

*US Federal*
*uf 3*

**Status:** Allowed

**Last Status Received:** Allowed - Intent to Use Suspension Letter Mailed, September 15, 2014
**Most Recent Owner:**
MEDELA HOLDING AG (SWITZERLAND CORP.)

**Goods/Services:**
**Int'l Class(es):** 3 (U.S. Class: 1, 4, 6, 50, 51, 52)
Body care products, namely, soaps; perfumery, aromatherapy products, namely, essential oils, hair lotions; dentifrices, feminine hygiene products, namely, creams for use on the skin and body; baby lotions and wipes

**Int'l Class(es):** 5 (U.S. Class: 6, 18, 44, 46, 51, 52)
Plasters for wound dressing, gauze for dressings, breast-nursing pads and breast nursing pads, namely, hydrogel pads for protection of sensitive and sore nipples; disinfectants for medical instruments; disinfectants for all purposes; food for infants, namely, breast milk and processed breast milk; products made out of breast milk, namely, fortified breast milk

**Int'l Class(es):** 9 (U.S. Class: 21, 23, 26, 36, 38)
Computer hardware and computer software, namely, educational software for pregnant women featuring instruction in the field of breastfeeding, blank magnetic data carriers; pre-recorded cds, floppy disks, audio and video cassettes, and audio and video tapes featuring educational instruction for pregnant and breastfeeding women and healthcare professionals in the field of breastfeeding; magnetically encoded and electronically encoded identity cards; scales

**Int'l Class(es):** 10 (U.S. Class: 26, 39, 44)
Artificial limbs, eyes and teeth; suture materials; phototherapeutic apparatus for medical purposes; vacuum pumps for medical purposes; medical specimen collecting containers and medical pouches and containers for medical specimens as well as for the collection, disposal, and transport of body fluids; forceps for medical use; incubators for newborns; lamps, namely, medical examination lamps, surgical lamps, ultraviolet ray lamps for medical purposes and phototherapy lamps for medical purposes; breast pumps; breast shields; feeding bottles; medical pouches and containers specially designed for the collection, deep-freezing, storing, transport, and reheating breast milk for medical purposes; feeding bottles for medical purposes; breast nipple shields for medical purposes; nipple formers for breastfeeding, namely, medical device which applies pressure on the nipple muscle and helps it to extend or prepare flat or inverted nipples for breastfeeding; bags and containers specially adapted for use holding sterilizer units for medical purposes; cooling bags for medical purposes, namely, for cooling apparatus used for medical and surgical equipment used during medical and surgical procedures; elastic stockings, medical compression stockings for varicose veins; bags and containers specially adapted for holding medical steam cleaners and sterilizers for medical purposes; ventouses, namely, medical vacuum pumps designed to accelerate childbirth; dummies or teats for babies, namely, pacifiers and baby bottle nipples

**Int'l Class(es):** 11 (U.S. Class: 13, 21, 23, 31, 34)
Electric heaters for feeding bottles, sterilizers, baby bottle sterilizers, milk and water sterilizers; pasteurizers for use in food and beverages

© 2015 Corsearch

[PAGE]/[NUMPAGES]

**MCARTHUR OPP. 53**

**Int'l Class(es):** 18 (U.S. Class: 1, 2, 3, 22, 41)
Leather and imitations of leather, trunks and travelling bags; travelling trunks, suitcases, rucksacks and sling straps, namely, straps for carrying cases for the transport of breast pumps and vacuum pumps; slings for carrying infants; umbrellas, parasols and walking sticks; all purpose carrying bags and baby carrying bags

**Int'l Class(es):** 21 (U.S. Class: 2, 13, 23, 29, 30, 33, 40, 50)
Earthenware, namely, mugs, basins, plates and bowls; bags and containers for household use, namely, containers for storing, freezing, preserving, transporting and heating of breast milk; containers for household use, namely, containers for sterilizers; drinking cups

**Int'l Class(es):** 25 (U.S. Class: 22, 39)
Ladies underwear for expectant and nursing mothers, namely, panty, maternity supporting brief and belt, nursing bra, camisole, undershirt, tank top; brassieres and underwear, clothes for mothers before and after birth, namely, shirts, tops, pants, bottoms, blouses, skirts

**Int'l Class(es):** 40 (U.S. Class: 100, 103, 106)
Treatment of materials, namely, beverage processing in the form of preservation, analyzing, separation, isolation of components, converting and pasteurization of breast milk

**Int'l Class(es):** 41 (U.S. Class: 100, 101, 107)
Education in the form of classes, workshops, seminars in the field of breastfeeding, phototherapy and healthcare; information about education in the field of breastfeeding, phototherapy and healthcare; medical training in the use and operation of breastfeeding, phototherapy and healthcare devices

**Int'l Class(es):** 44 (U.S. Class: 100, 101)
Medical services in the field of home care services; medical services in the field of breastfeeding, phototherapy and healthcare; rental of medical equipment, namely, breast pumps and vacuum pumps; services of a breast milk bank, namely, for collecting and administrating of breast milk

## APPLICATION / REGISTRATION INFO.

**Serial No.:**86-098107
**Filed:**October 22, 2013
**Published:**March 11, 2014
**Allowed:**May 6, 2014
**Trademark Type:**Word
**Publications:**
2014-11
**Section:**Publication Date of Application
**Published:**March 11, 2014

**Priority:**
**Country:**Not defined
**Priority Date:**October 22, 2013

**Register Type:**Principal Register

## ADDITIONAL INFO.

**Correspondence Address:**
LAWRENCE E. ABELMAN ABELMAN, FRAYNE & SCHWAB
666 3RD AVE NEW YORK, NY 10017-4011
**Law Office Assigned:**LAW OFFICE 116

© 2015 Corsearch                                                     [PAGE]/[NUMPAGES]

**MCARTHUR OPP. 54**

**Events:**
September 15, 2014 - Letter of Suspension Mailed
September 12, 2014 - Suspension Letter Written
September 12, 2014 - Previous Allowance Count Withdraw
September 3, 2014 - Case Returned to Examination
September 3, 2014 - Notice of Allowance Cancelled
May 6, 2014 - Notice of Allowance-Mailed
March 11, 2014 - Published For Opposition
February 19, 2014 - Notice of Publication
February 3, 2014 - Approved for Pub - Principal Register
February 3, 2014 - Assigned to Examiner
October 28, 2013 - NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM
October 25, 2013 - New Application Entered In Tram

**Location Date:**September 12, 2014
**Intent to use:**FILED AS INTENT TO USE
**TradeMark status details:**ALLOWED - INTENT TO USE SUSPENSION LETTER MAILED

## *OWNER INFORMATION*

**Owner At Publication:**
MEDELA HOLDING AG (SWITZERLAND CORP.)
LATTICHSTRASSE 4B BAAR
Switzerland

**Applicant:**
MEDELA HOLDING AG (SWITZERLAND CORP.)
LATTICHSTRASSE 4B BAAR
Switzerland

© 2015 Corsearch

**MCARTHUR OPP. 55**

CONFIDENTIAL

TCI_00027998

# Depo. Ex. 30

Message

| | |
|---|---|
| **From:** | Karissa Bodnar [kbodnar@thrivecausemetics.com] |
| **on behalf of** | Karissa Bodnar <kbodnar@thrivecausemetics.com> [kbodnar@thrivecausemetics.com] |
| **Sent:** | 4/23/2016 4:57:26 PM |
| **To:** | Mary Baker Anderson [mbakeranderson@thrivecausemetics.com] |
| **Subject:** | Fwd: Permission request Thrive Causemetics |

Ugh!

Sent from my iPhone

Begin forwarded message:

**From:** Thrive <amcintosh@thrivenaturalcare.com>
**Date:** April 23, 2016 at 5:55:09 AM PDT
**To:** Karissa Bodnar <kbodnar@thrivecausemetics.com>
**Subject: Re: Permission request Thrive Causemetics**

Hi Karissa

Thanks for your note. Your efforts sounds like a good one. I would like to be helpful but cannot provide permission to use the Thrive name trademark in the cosmetics category. We already sell female cosmetic products, and have invested a lot of time and effort in building the thrive mark since 2013. I also have outside investors in my company and owe them the protection of the thrive mark across the gamut of personal care products that fall within our owned mark.  Sorry I don't have better news for you but im sure you understand. Best of luck with your venture.

Alex McIntosh
Thrive Natural Care
amcintosh@thrivenaturalcare.com

On Apr 22, 2016, at 6:11 PM, Karissa Bodnar <kbodnar@thrivecausemetics.com> wrote:

Hi Thrive Care team,

I'm reaching out to speak with your founder or someone on your team to discuss permission to use the word Thrive as part of our brand name.

We are a color cosmetics brand with a mission to help women going through cancer treatment look and feel better during their time of need. We will never use the word "Thrive" without the word "Causemetics" because the two words to use are our brand.

We only help women and I see that you are a men's line. I started Thrive Causemetics after losing my friend Kristy to cancer at just 24 years old as a mission to provide complimentary beauty products to woman going through cancer treatment to restore confidence.

If you'd prefer to discuss by phone, I'd love to connect soon and am happy to speak over the weekend.

Thanks for your help,

**MCARTHUR OPP. 57**

CONFIDENTIAL                                                                    TCI_00019117

Karissa Bodnar
Founder & CEO | Thrive Causemetics
thrivecausemetics.com

**MCARTHUR OPP. 58**

TCI_00019118

# Exhibit B

Brendan Gardner-Young  Confidential - Attorneys' Eyes Only
July 20, 2021

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

_____
                                    )
THRIVE NATURAL CARE, INC.,          )
                                    )
                                    )
                 Plaintiff,         )
                                    )
         v.                         ) No. 2:20-cv-9091-PA-AS
                                    )
THRIVE CAUSEMETICS, INC.,           )
                                    )
                                    )
                 Defendant.         )
_____


     ** CONFIDENTIAL - ATTORNEYS' EYES ONLY **


         DEPOSITION UPON ORAL EXAMINATION

                      OF

            BRENDAN GARDNER-YOUNG


_____



            Taken at Seattle, Washington

         (Conducted via video conference.)







DATE TAKEN:    July 20, 2021

REPORTED BY:  Nicole A. Bulldis, RPR
              AZ CCR No. 50955 | WA CCR No. 3384

MCARTHUR OPP. 60

Brendan Gardner-Young   Confidential - Attorneys' Eyes Only
July 20, 2021

Page 2

```
 1              A P P E A R A N C E S
 2
 3   FOR PLAINTIFF:
 4                   THOMAS E. DIETRICH
                     The McArthur Law Firm, PC
 5                   9465 Wilshire Boulevard, Suite 300
                     Beverly Hills, CA 90212
 6                   (323) 639-4455
                     tom@smcarthurlaw.com
 7
 8   FOR DEFENDANT:
 9                   LAUREN M. DE LILLY
                     Sidley Austin LLP
10                   555 West Fifth Street, Suite 4000
                     Los Angeles, CA 90013
11                   (213) 896-6085
                     ldelilly@sidley.com
12
13                   --o0o--
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1            **ATTORNEYS' EYES ONLY**
 2        DEPOSITION OF BRENDAN GARDNER-YOUNG
 3
 4               EXAMINATION INDEX
 5   EXAMINATION BY                         PAGE
 6   Mr. Dietrich........................ 4
 7
 8
 9
10
11               EXHIBIT INDEX
12   EXHIBITS FOR IDENTIFICATION          PAGE
13   EXH 42  LinkedIn Profile............................ 48
14   EXH 43  11/07/19 - 02/04/2020 Campaign Spreadsheet. 62
15   EXH 44  Thrive Causemetics Skin Care Collection Page.91
16   EXH 45  Google Keyword Report...................... 97
17   EXH 46  Google "Amazon Thrive Natural Care" Search. 115
18   EXH 47  Google "Thrive Natural Care" Search........ 116
19   EXH 48  Email - 04/19/16 "Thrive Lab" Template Test. 127
20
21                   --o0o--
22
23
24
25
```

Page 4

```
 1          ** FOR ATTORNEYS' EYES ONLY **
 2        REPORTED REMOTELY FROM MARICOPA COUNTY, ARIZONA
 3               Tuesday, July 20, 2021
 4                    9:29 a.m.
 5                    --o0o--
 6
 7   BRENDAN GARDNER-YOUNG,        witness herein, having been
 8                                first duly sworn on oath,
 9                                was examined and testified
10                                as follows:
11
12               E X A M I N A T I O N
13   BY MR. DIETRICH:
14      Q.   Good morning, Brendan.  My name's
15   Tom Dietrich.  I'm an attorney for Thrive Natural Care,
16   so thanks for coming this morning.  I know remote
17   deposition setup may be little different.
18           The court reporter is -- Nicole is going to
19   take down everything that we say.
20           Have you ever had your deposition taken
21   before?
22      A.   I have not.
23      Q.   Okay.  I'm just going to go over a few ground
24   rules on how to do this.  So, again, my name is Tom.
25   Nicole is going to be recording our conversation.
```

Page 5

```
 1   Please answer verbally with a "yes" or a "no" rather
 2   than a nod of the head or "huh-uh" or something along
 3   those lines.
 4           It's -- it's hard to take down conversation if
 5   we're talking over each other, so please just give me
 6   the courtesy of finishing my questions and then I'll --
 7   I'll let you complete your full answer and it'll be much
 8   easier to make a transcript that way.
 9           If you don't understand a question, please
10   just ask me and I'll rephrase it or -- or ask a
11   different one.
12           I would ask -- we'll probably take a break
13   every hour, maybe a ten-minute break or so.  If you need
14   to take a break, that's completely fine.  Just let me
15   know.  I would just ask that you not take a break while
16   a question is pending.  Answer the question and then we
17   can have a break.
18           If we get five or ten minutes down the road
19   and then you remembered an answer to something that I
20   asked before, please feel free to say so and we can go
21   back and get that on the record or add more information
22   to an answer.
23           In the remote deposition setting, I would ask
24   to please not have your phone near you or -- or on, I
25   mean, unless you're using it for audio for the
```

Brendan Gardner-Young   Confidential - Attorneys' Eyes Only
July 20, 2021

Page 14

1    A.   It was all a blur, so I don't know the exact
2    year.  I don't want to get my timeline wrong.
3        Q.   That's fine.  I just want to know what you
4    remember.
5            And what kind of jobs -- what kind of jobs did
6    you have as a program manager?
7        A.   It was the same program.  I was switching from
8    the IT to the business side.
9        Q.   Okay.  So what did you do on the business side
10   of it?
11       A.   I was the liaison to the international
12   customer because of the experience I had on the IT side.
13       Q.   And did you take any other additional job
14   positions at Boeing?
15       A.   Not to my knowledge.
16       Q.   So program manager was the last position you
17   held with Boeing?
18       A.   Yes.
19       Q.   And where did you go after you left Boeing?
20       A.   I left to go to Thrive Causemetics.
21       Q.   When was the first time you heard about the
22   idea that would become Thrive Causemetics?
23           MS. DE LILLY:  Objection.  Vague.
24       Q.   (By Mr. Dietrich) You can answer.
25           MS. DE LILLY:  Yeah.

Page 15

1            THE WITNESS:  I don't remember the -- the
2    year that it was first brought up.
3        Q.   (By Mr. Dietrich) Was it before
4    Thrive Causemetics, as a company, existed?
5        A.   Yes.
6        Q.   And who did you hear about that idea from?
7        A.   From Karissa.
8        Q.   And what did she tell you?
9        A.   That she wanted to build a -- a brand or had
10   an idea for a brand.
11       Q.   And build a brand for what?
12       A.   I -- can you clarify me "for what"?
13       Q.   Sure.  I guess you had said she wanted to
14   build a brand.
15       A.   Yeah.
16       Q.   Is that right?
17       A.   More, she had an idea of something that she
18   wanted to pursue.
19       Q.   And what was that idea?
20       A.   The -- something in the beauty industry.
21       Q.   And did she describe any specific products
22   that she wanted to sell?
23       A.   She did describe her lashes that she wanted to
24   sell, yes.
25       Q.   And did she describe any other products?

Page 16

1        A.   I can't remember if there were other products
2    discussed.
3        Q.   And, at that time, did she have a name for
4    this brand?
5        A.   No.
6        Q.   Did you have regular conversations with
7    Karissa about this idea?
8            MS. DE LILLY:  Objection.  Vague.
9            THE WITNESS:  Yes.
10       Q.   (By Mr. Dietrich) And, to your knowledge, after
11   that first conversation, what was the next step that
12   happened in the progression of Thrive Causemetics?
13           MS. DE LILLY:  Objection.  Vague and
14   calls for a narrative.
15       Q.   (By Mr. Dietrich) You can answer.
16       A.   I -- I don't know the next step.
17       Q.   What was the first involvement you had in
18   relation to Thrive Causemetics?
19       A.   I was asked how to build a website.
20       Q.   And do you remember when that was?
21       A.   2014.
22       Q.   And what -- what did you do when you were
23   asked that?
24       A.   Research.
25       Q.   Did you build the website?

Page 17

1        A.   Did I build the website?  Yes.
2        Q.   And was that site for Thrive Causemetics?
3        A.   Yes.
4        Q.   Do you recall the domain name of that website?
5        A.   Can you -- or, I mean, it started under a
6    Shopify one, so it's not -- I guess it was
7    ThriveCausemetics.com.
8        Q.   Did you register that domain name?
9        A.   I did.
10       Q.   And was that in 2014?
11       A.   I don't remember when that domain name was
12   registered.
13       Q.   Did Thrive Causemetics have any other domain
14   names before that?
15       A.   Yes.
16       Q.   And what were those?
17       A.   Well, I guess I should clarify.  I don't know
18   if it was before or not because I don't remember when I
19   registered each one.
20       Q.   But you registered multiple domain names for
21   Thrive Causemetics?
22       A.   Yes.
23       Q.   What were the other ones that -- besides
24   ThriveCausemetics.com?
25       A.   It was different spellings.

MCARTHUR OPP. 62

Brendan Gardner-Young  Confidential - Attorneys' Eyes Only
July 20, 2021

Page 38

1    Sephora pitch?
2        A.   I do not know.
3        Q.   Through what channel did TCI first sell its
4    products?
5        A.   Our website.
6        Q.   In those early days, did TCI sell products
7    through any other channels?
8        A.   No.
9        Q.   At some point, did TCI start selling its
10   products through any other channels?
11       A.   Yes.
12       Q.   When did that first happen?
13       A.   I don't remember the time when -- when it
14   first happened.
15       Q.   What was the other channel that TCI sold
16   through?
17       A.   Wholesalers.
18       Q.   Can you -- do you know the names of the
19   wholesalers?
20       A.   I know a couple names.
21       Q.   And what are they?
22       A.   Swink -- Swink Style Bar.
23       Q.   Is that S-w-i-n-k?
24       A.   Yes.
25       Q.   And who else?

Page 39

1        A.   I actually don't know the names of the
2    other -- the actual wholesale stores.
3        Q.   Was it a large store?  Small store?  What's
4    your recollection?
5        A.   Small -- small boutiques.
6        Q.   Boutique, that was the word I was looking for.
7             How many other boutiques did TCI sell through?
8        A.   Five or six.
9        Q.   What products did TCI sell through these
10   wholesalers?
11       A.   I don't know.  I'm not sure what products were
12   sold through it.
13       Q.   Do you recall if they were color cosmetics?
14       A.   I believe it was color cosmetics, yes.
15       Q.   Do you know if they were skin care products?
16       A.   I don't know if they -- they were skin care
17   products.
18       Q.   Has TCI ever sold on Amazon?
19       A.   No.
20       Q.   Has TCI ever sold on any other online sales
21   channel?
22       A.   No.
23       Q.   Just its website?
24       A.   Yes.
25       Q.   At any point, has TCI sold through other

Page 40

1    wholesalers besides the boutiques you mentioned?
2        A.   No.
3        Q.   Do you recall if TCI ever sold products at
4    Ulta?
5        A.   Oh, yes.
6        Q.   Do you know when that happened?
7        A.   I don't know the years for it, no.
8        Q.   Is TCI still selling products through Ulta?
9        A.   Not to my knowledge.
10       Q.   Any other wholesalers that TCI sold products
11   through?
12       A.   No.
13       Q.   Were there any other channels that TCI sold
14   products through that we haven't mentioned yet?
15       A.   Not to my knowledge.
16            MR. DIETRICH:  It's been about an hour.
17   Lauren, Brendan, do you want to take a ten-minute break?
18            MS. DE LILLY:  Sure.
19            MR. DIETRICH:  All right.  I'm going to
20   mute and turn off my video and we'll be back at -- it's
21   now 10:26, so 10:36?
22            MS. DE LILLY:  Sounds good.  Thank you.
23            THE WITNESS:  Thanks.
24            MR. DIETRICH:  Thank you.
25            (A break was taken from

Page 41

1            10:27AM to 10:36AM.)
2        Q.   (By Mr. Dietrich) Brendan, you said that at
3    some point you left Boeing to go work for
4    Thrive Causemetics; is that right?
5        A.   Yes.
6        Q.   Do you recall when you actually -- I guess
7    strike that.
8             Did you start working full-time, at that
9    point, for Thrive Causemetics?
10       A.   Yes.
11       Q.   And do you recall when that was?
12       A.   I don't.
13       Q.   How long have you been with
14   Thrive Causemetics?
15       A.   I don't know how many years it's been now.
16       Q.   More than ten?
17       A.   No.
18       Q.   What -- what was your position when you
19   actually started working full-time for
20   Thrive Causemetics?
21       A.   I think we called it -- I think we called it a
22   program manager at the time.
23       Q.   Was it just you and Karissa?
24       A.   No.  Well, sorry, it would be -- yes, when I'm
25   talking about that, it was Karissa and I.  Yes.

MCARTHUR OPP. 63

Brendan Gardner-Young  Confidential - Attorneys' Eyes Only
July 20, 2021

Page 54

1    Q.  We covered that -- sorry.  We covered that you
2  responded to customer tickets and that you built the
3  website.  In addition to those things, what other tasks
4  did you handle?
5    A.  Built our operations.
6    Q.  Anything else?
7    A.  Yes.
8    Q.  What else?
9    A.  Set up our business infrastructure.
10    Q.  What does that mean?
11    A.  How we do emails, documents, all that stuff.
12    Q.  What email system did Thrive Causemetics use
13  then?
14    A.  We used -- I'm not -- I'm not sure which one
15  we used at that point in time.
16    Q.  Is it the same one that you use now?
17    A.  I believe so.
18    Q.  And what email system do you use now?
19    A.  Google Workspace.
20    Q.  Does Thrive Causemetics have a document
21  retention policy?
22    A.  No, not that's documented.
23    Q.  Do you have an email retention policy?
24    A.  No.
25    Q.  Are emails in Thrive Causemetics' system

Page 55

1  deleted after a certain time?
2    A.  No.  Our default is to keep everything because
3  we don't have a documented policy.
4    Q.  And to your knowledge, would that include
5  everything back to 2015?
6    A.  Yes.
7    Q.  Okay.  During your time as web product
8  manager, were you involved in advertising?
9         MS. DE LILLY:  Objection.  Vague.
10         THE WITNESS:  I mean --
11    Q.  (By Mr. Dietrich) I didn't --
12    A.  Oh, go ahead.
13    Q.  I think you said something but I didn't hear
14  what it was.
15         Brendan?
16    A.  Oh, yes.
17    Q.  What kind of advertising-related tasks did you
18  handle at that time?
19    A.  I set up the account.
20    Q.  What account?
21    A.  I don't remember what ad platform we were on
22  at that time, but I was the admin on the Facebook
23  account.
24    Q.  Sorry.  You were the what on the Facebook
25  account?

Page 56

1    A.  Admin, so put in the billing details.
2    Q.  Got it.
3         Did you post ads on Facebook?
4    A.  No.
5    Q.  Did somebody do that for Thrive Causemetics?
6    A.  I believe so.
7    Q.  Who?
8    A.  I don't know who.  I wasn't involved.
9    Q.  Did Thrive Causemetics advertise anywhere else
10  besides Facebook during that time?
11    A.  I -- I think so.
12    Q.  That's fine.  I guess I just want to find out
13  what you know, so if you don't know, that's fine.
14         I'm going to follow-up and say:  Where else
15  did Thrive Causemetics advertise during this period?
16    A.  I mean, the only one that comes to mind is
17  Google.
18    Q.  And what kind of advertising did TCI do on
19  Google?
20    A.  Well, I believe it's AdWords.
21    Q.  What does that entail?
22    A.  It could be many things, and I don't know
23  exactly what we did at that time for that, so I -- I
24  can't answer what it entailed.
25    Q.  At some point did you get more involved with

Page 57

1  Google AdWords for TCI?
2    A.  No.
3    Q.  Do you have any involvement with
4  Google AdWords today?
5    A.  No.
6    Q.  How about -- let's go to the little bit later
7  date when you were a program manager at
8  Thrive Causemetics.  That'd be January 2017 to May 2018.
9         Did you have further involvement in online
10  advertising during that time?
11    Q.  Can you clarify what you mean by "further
12  involvement"?
13    Q.  Well, you talked about being the admin for
14  Facebook and that someone else handled Facebook
15  advertising in the time before this.
16         Did you have any more involvement than that
17  with Facebook advertisement?
18    A.  Yes.
19    Q.  What did you do with regard to Facebook
20  advertising?
21    A.  I would help kind of iterate the technical
22  implementation of Facebook advertising.
23    Q.  And can you describe that?  What does that
24  involve?
25    A.  Modifying the pixels that we placed on the

MCARTHUR OPP. 64

Brendan Gardner-Young  Confidential - Attorneys' Eyes Only
July 20, 2021

Page 66

1  don't know what the information relates to?
2           MS. DE LILLY: Objection. Argumentative.
3           THE WITNESS: I collected a number of
4  documents for this case.
5       Q. (By Mr. Dietrich) Does this document relate to
6  online advertising for TCI?
7           MS. DE LILLY: Objection. Calls for
8  speculation.
9           THE WITNESS: I can't say that it relates
10 to online advertising or not.
11      Q. (By Mr. Dietrich) Does this document relate to
12 Thrive Causemetics?
13          MS. DE LILLY: Objection. Calls for
14 speculation.
15          THE WITNESS: I can't say that either.
16      Q. (By Mr. Dietrich) Is there any other company
17 that this document might relate to, to your knowledge?
18      A. I don't know what this document is, so no. I
19 don't know.
20      Q. But you collected it from the
21 Thrive Causemetics Google Drive file?
22      A. I made an assumption that it was pulled from
23 Google Drive. I actually don't know where this was
24 collected from.
25      Q. But you personally collected it?

Page 67

1       A. Yes.
2       Q. Is there a system within Thrive Causemetics
3  that contains the information in this chart?
4       A. I don't know.
5       Q. Does Thrive Causemetics have an online
6  advertising system?
7           MS. DE LILLY: Objection. Vague.
8           THE WITNESS: Can you describe what you
9  mean by "have an online advertising system"?
10      Q. (By Mr. Dietrich) I guess I'm just trying to
11 find out where this data came from, but you gathered it
12 from somewhere and you don't recall if it was
13 Google Drive or somewhere else; is that right?
14      A. Correct.
15      Q. And you don't know where this data came from?
16      A. No. From what I'm looking at here, I can't
17 tell where this data came from.
18      Q. And you don't know if it has any relation to
19 Thrive Causemetics at all?
20      A. No. I can't tell that this data is coming
21 from the Thrive Causemetics account.
22      Q. Does Thrive Causemetics keep tracking --
23 strike that.
24          Does Thrive Causemetics work with any third
25 parties in relation to online advertising?

Page 68

1       A. We have, yes.
2       Q. And who are they?
3       A. I mean, advertising's a huge space, so we've
4  mentioned, like, Google, Facebook.
5       Q. Let's start there. How about: What platforms
6  does Thrive Causemetics advertise on today?
7       A. Google and Facebook to name two. Pinterest is
8  another one.
9       Q. Any others?
10      A. Yeah, there's -- there's -- yeah, a number of
11 others.
12      Q. Can you name them?
13      A. LiveIntent is one that we used. TikTok.
14 Yeah. There's -- there's more. I --
15      Q. Go ahead.
16      A. Snapchat.
17         I'm trying to think of others we're currently
18 using, so that's some of the big ones.
19      Q. Instagram?
20      A. Yes, Instagram. That's all lumped into
21 Facebook, though; so...
22      Q. Looking at the chart that we called
23 Exhibit 43, would this be something that is collected by
24 a -- a third party for Thrive Causemetics?
25          MS. DE LILLY: Objection. Calls for

Page 69

1  speculation.
2           THE WITNESS: No, not for
3  Thrive Causemetics, but, yes, collected by a third
4  party.
5       Q. (By Mr. Dietrich) What third party collected
6  this information?
7       A. I can't tell what third party collected this
8  information.
9       Q. But you know it was a third party?
10      A. I don't know if it was a third party.
11      Q. Do you receive reports like this from any
12 third parties?
13      A. I have not seen reports like this from third
14 parties -- or I don't receive.
15      Q. Does anybody else at TCI, to your knowledge?
16      A. Not to my knowledge.
17      Q. Are you familiar with the name
18 "Metric Theory"?
19      A. Yes.
20      Q. Who is that?
21      A. A third-party company.
22      Q. What do they do?
23      A. I don't know exactly what they do for us.
24      Q. Do you work with anybody at Metric Theory?
25      A. I have exchanged emails with some people at

MCARTHUR OPP. 65

Brendan Gardner-Young   Confidential - Attorneys' Eyes Only
July 20, 2021

Page 94

1  Google search?
2         MS. DE LILLY:  Objection.  Calls for
3  speculation and incomplete hypothetical.
4         THE WITNESS:  I don't know how that
5  works.  I know there's bubbles, so people see different
6  things based on their Google stuff, but that's not on
7  our site.
8    Q.  (By Mr. Dietrich) On Facebook -- on Facebook
9  advertising, is TCI able to target certain populations
10 with advertisements?
11   A.  I'm not sure.
12   Q.  Do you know if TCI is able to serve ads on
13 Facebook to certain demographics of people?
14   A.  I don't know what parameters are available to
15 target ads.
16   Q.  Do you know if TCI engages in any targeting of
17 certain consumers with Facebook advertising?
18   A.  Can you clarify "certain consumers"?
19   Q.  Consumers with any -- in any particular
20 demographic.
21   A.  I do not know.
22   Q.  Do you know if TCI targets women, for example,
23 with Facebook ads?
24   A.  I don't know if gender is something that is
25 targeted in ads for Facebook.

Page 95

1    Q.  Do you know if TCI targets women with Google
2  ads?
3    A.  Again, I don't know the filters that are
4  available -- parameters for Google either.
5    Q.  Does TCI sell products to men?
6    A.  Yes.
7    Q.  Does TCI target men with any advertisements?
8    A.  I do not know.
9    Q.  Does TCI sell skin care products to men?
10   A.  Yes.
11   Q.  How do you know?
12   A.  Because we sell to everyone.
13   Q.  Do you receive some information that indicates
14 a purchaser is male?
15   A.  No.
16   Q.  Do you know what percentage of purchasers of
17 products are men?
18   A.  No.
19   Q.  Has TCI ever advertised on Amazon?
20   A.  I believe so.
21   Q.  What advertising has TCI done on Amazon?
22   A.  I don't know the details of it.
23   Q.  Do you know when that occurred?
24   A.  I don't know the years that occurred either.
25   Q.  Is it still occurring?

Page 96

1    A.  To my knowledge, no.
2    Q.  Do you know if TCI bought Amazon keywords?
3    A.  I don't know the ad platform on Amazon at all
4  so I can't answer what we did or what happened.
5    Q.  Do you know who would have had involvement and
6  knowledge of that?
7    A.  Again, that would have been the growth team.
8    Q.  Are you familiar with the term "upper funnel
9  keyword"?
10   A.  No.
11   Q.  Are you familiar with the process for
12 purchasing ad words on Google?
13   A.  No.
14   Q.  Do you know if TCI bids on ad words?
15   A.  I believe we do.
16   Q.  And can someone else outbid you for a certain
17 ad word?
18   A.  With my knowledge of the Google ad network,
19 yes.
20   Q.  Do you know if TCI has ever bid on the ad
21 word "Thrive"?
22   A.  I do not know.
23   Q.  Do you know if TCI has ever bid on --
24 actually, strike that.
25        Do you know if you can bid on multiple words

Page 97

1  as a Google ad word?
2    A.  I believe you can.
3    Q.  Do you know if TCI has ever bid on the ad word
4  "Thrive Natural Care"?
5    A.  To my knowledge, we have not bid on that.
6    Q.  How do you know?
7    A.  Based on the report generation for this case.
8    Q.  Did you generate a report for this case?
9    A.  I did.
10   Q.  Where did you generate that report from?
11   A.  Google Ads.
12   Q.  Do you know -- strike that.
13        What did the report you generated -- what data
14 did it contain?
15   A.  It contained our Google ad words reporting or
16 history.
17   Q.  That would be a history of ad words purchased
18 by TCI?
19   A.  Yes.
20        (Exhibit No. 45 marked.)
21   Q.  (By Mr. Dietrich) Sending you what I believe is
22 Exhibit 45.
23        MR. DIETRICH:  Lauren, if you could just
24 let me know when you've had a chance to look.
25        MS. DE LILLY:  I'm looking at it now, and

MCARTHUR OPP. 66

Brendan Gardner-Young   Confidential - Attorneys' Eyes Only
July 20, 2021

Page 98

1  my only question is:  Is this an excerpt?
2       Q.  (By Mr. Dietrich) It is an excerpt.
3       MS. DE LILLY:  Okay.  Thank you.
4       MR. DIETRICH:  The entire document was,
5  like, 3,500 pages long, so this is select pages from the
6  whole document.
7       MS. DE LILLY:  Understood.  Yes, I've had
8  a chance to review.
9       MR. DIETRICH:  Thank you.
10      Q.  (By Mr. Dietrich) Brendan, just looking at the
11  first page, do you have the exhibit in front of you?
12      A.  I do.
13      Q.  Is this page from the report that you referred
14  to?
15      A.  Yes, I believe so.
16      Q.  All right.  Is the format consistent with the
17  report that you ran from Google Ads?
18      A.  From my recollection, yes.
19      Q.  And to your understanding, do these pages show
20  Google ad words purchased by TCI?
21      A.  I guess I would clarify it to be keywords, but
22  yes.
23      Q.  Is there a difference between ad words and
24  keywords?
25      A.  I guess I don't know how to define ad words,

Page 99

1  so yeah.
2       Q.  So these are Google search keywords; is that
3  correct?
4       A.  That's my understanding, yes.
5       Q.  And these are keywords purchased by TCI for
6  advertising on Google?
7       A.  Correct.
8       Q.  And I just had some questions about this
9  document.  I'm looking kind of at the bottom-third of
10  the page.  There's an entry under searched keyword.
11  There's "+thrive cosmetics+lip gloss."
12      Do you seen that?
13      A.  Yes.
14      Q.  What do the pluses indicate?
15      A.  I don't know what they indicate.
16      Q.  And just sticking with this row, there's a --
17  a column titled "campaign."
18      Do you know what that means?
19      A.  Advertising campaign.
20      Q.  That's a campaign that would be run by TCI?
21      A.  No, not -- not necessarily.
22      Q.  Who would the campaign be run by?
23      A.  It could be TCI; it could be a third party.
24      Q.  Does TCI have third parties that run ad
25  campaigns for it?

Page 100

1       A.  I do not know.
2       Q.  The next column, it says "ad group" and it
3  says "Thrive Lip Gloss."
4       Do you see that?
5       A.  Yes.
6       Q.  What does "ad group" mean?
7       A.  I don't know what that means in this scenario
8  here.
9       Q.  Next column is "Keyword Max CPC."  What does
10  that mean?
11      A.  The maximum amount of the cost per click.
12      Q.  And the column stating "clicks," is that the
13  number of people that clicked on an ad?
14      A.  From my understanding, yes, during this
15  timeframe.  I don't see a timeframe, but yes.
16      Q.  That was actually one of my questions.
17      What is the timeframe for this report?
18      A.  Are we talking about the report that I
19  generated for this?
20      Q.  Yes.
21      A.  It was all time.
22      Q.  All of TCI's keywords over all time?
23      A.  Yup.
24      Q.  Do you know when that advertising practice
25  began?

Page 101

1       A.  I do not know when.
2       Q.  Is there any way to tell -- so looking at the
3  row that we're on -- when that particular keyword was
4  purchased or used?
5       A.  I don't know how to tell that in the -- in the
6  system there.
7       Q.  At the very bottom, there's an entry "+Thrive
8  +lip +balm."
9       Do you see that?
10      A.  Yes.
11      Q.  And next to it, it's under the search keyword,
12  match type, it states "broad."
13      Do you see that?
14      A.  Yes.
15      Q.  Do you know what that means?
16      A.  I do not know what that means.
17      Q.  Some of the other ones state "exact."  Do you
18  know what that means?
19      A.  No.
20      Q.  But this would indicate that TCI purchased
21  keywords "Thrive lip balm;" is that correct?
22      A.  I can't confirm that.
23      Q.  But it's in the report generated by TCI?
24      A.  But I don't know what "broad" means and I
25  don't know what the plus signs mean.

MCARTHUR OPP. 67

Brendan Gardner-Young   Confidential - Attorneys' Eyes Only
July 20, 2021

Page 102

1    Q.   Do you have any reason to believe that TCI did
2    not purchase this keyword?
3    A.   Yeah.  I don't know how the Google system
4    works with these with plus signs, so I can't say that we
5    purchased those three in that combination.
6    Q.   Do you know of any other reason they would
7    appear on this report?
8    A.   Well, no, it's in our database -- or in the
9    Google database, I guess I should clarify.
10   Q.   And the report you ran was keywords that
11   Thrive had purchased -- Thrive Causemetics had
12   purchased?
13   A.   It is -- "purchased" is not the right word
14   there, so, no, I can't say that it's ones that we've
15   purchased.
16   Q.   Is there a better word to use there?
17   A.   I mean, it's showing in this report, but the
18   example you gave there, there was no purchasing.
19   Q.   Did Thrive Causemetics use those keywords?
20   A.   It might have been put into their Google
21   system.  That does not necessarily mean that we
22   purchased those keywords.
23   Q.   How else would they be put into the Google
24   system if they hadn't been purchased?
25   A.   There's many ways to do Google ads.  Not all

Page 103

1    of them -- yeah, there's -- there's a lot of ways to do
2    Google ads.
3    Q.   What are the other ways besides purchasing
4    them?
5    A.   There's automated ways.
6    Q.   What do you mean by that?
7    A.   There are systems built on top of Google ads
8    that help companies automate.
9    Q.   Are the ad words still purchased from Google?
10   A.   No, not necessarily.
11   Q.   But advertising is run under those keywords?
12   A.   No, not necessarily.  It's not run.
13   Q.   So when this report states "search keyword,"
14   what does that mean?
15   A.   That keyword shows up in our Google ads
16   database in the reporting history of what has happened
17   in our Thrive Causemetics account.
18   Q.   And what does that mean?
19   A.   That means that there was an entry added for a
20   reason on that keyword.
21   Q.   Does it mean that TCI used that keyword on
22   Google?
23   A.   I guess you're going to have to clarify "used
24   on Google."  I don't know what you mean by that.
25   Q.   Why would an entry have been made on this

Page 104

1    report for a certain keyword?
2    A.   Because it was put into a bidding strategy.
3    Q.   What does that mean?
4    A.   That means that keyword showed up and was part
5    of our overall -- or a overall Google strategy.
6    Q.   To bid on keywords?
7    A.   To bid on keywords.
8    Q.   So these search keywords are words that
9    Thrive Causemetics bid on?
10   A.   In our account?  Yes, but not necessarily us
11   selecting specific keywords to bid on.
12   Q.   Do you know if Thrive Causemetics won the bid
13   on any particular keyword?
14   A.   On any keyword in this chart?
15   Q.   Yes.
16   A.   Yes.  Well, I guess, again, I don't know what
17   you mean by "won," because there's not really a "won."
18   So I guess I can't answer yes to that, so it would be I
19   don't know.
20   Q.   Well, you said Thrive Causemetics bid on these
21   keywords; right?
22   A.   Correct.
23   Q.   Do you know what the term "winning a bid"
24   means?
25   A.   I know what winning a bid means, yes.

Page 105

1    Q.   And with regard to the bids Thrive Causemetics
2    put on these keywords, can you tell if it won those
3    bids?
4    A.   No, I can't.
5    Q.   So what we can tell from this chart is that
6    these are keywords Thrive Causemetics did choose to bid
7    on; is that correct?
8    A.   I -- I don't know if I can -- I mean, I -- I
9    can't say that we chose to bid on it, not necessarily,
10   no.  I don't know what goes into putting that keyword
11   in.
12   Q.   They are keywords that Thrive Causemetics did
13   bid on or a third party bid on on Thrive Causemetics'
14   behalf; is this correct?
15   A.   I don't know.  I have never put in the bid
16   before.
17   Q.   Turning to the second page, Bates number ends
18   in 110.  Towards the bottom, there's an entry, a search
19   keyword "Thrive cleanser."
20        Do you see that?
21   A.   Yes.
22   Q.   Does that mean that at some time
23   Thrive Causemetics bid on the keyword "Thrive cleanser"?
24   A.   Yes.
25   Q.   And how would that bid have affected a

MCARTHUR OPP. 68

Brendan Gardner-Young   Confidential - Attorneys' Eyes Only
July 20, 2021

Page 106

1  consumer who searched for Thrive cleanser on Google?
2         MS. DE LILLY:  Objection.  Calls for
3  speculation.
4         THE WITNESS:  I can't tell you.  Google
5  searches are different for every person.
6     Q.  (By Mr. Dietrich) So if I had typed in Thrive
7  cleanser, at that time, would I have seen a TCI ad?
8         MS. DE LILLY:  Objection.
9         THE WITNESS:  Not necessarily.
10        MS. DE LILLY:  Incomplete hypothetical --
11 sorry, Brendan.  Incomplete hypothetical and calls for
12 speculation.
13        Go ahead, Brendan.
14        THE WITNESS:  And no, not necessarily.
15    Q.  (By Mr. Dietrich) Moving over in the same
16 column, under Thrive cleanser -- or row, sorry.  Under
17 the column "clicks" there's a number, 107.
18        Do you see that?
19    A.  Yes.
20    Q.  What does that mean?
21    A.  The number of clicks that keyword resulted in.
22    Q.  Would that indicate that TCI did win the bid
23 to place this keyword?
24    A.  Again, the "winning" definition.  I can't say
25 we won the bid.

Page 107

1     Q.  What's the right terminology to use there?
2     A.  There's multiple winners of bids, so I don't
3  know what the right terminology is there.
4     Q.  So you say the number of people who clicked on
5  an advertisement; is that right?
6     A.  For that column?
7     Q.  Right.
8     A.  Yes.
9     Q.  How is that advertisement seen by the person
10 who's clicking on it?
11        MS. DE LILLY:  Objection.  Calls for
12 speculation.
13        MR. DIETRICH:  And I can clarify.
14    Q.  (By Mr. Dietrich) Does that show up in a Google
15 search results?  Does it show up above search results as
16 Google ads?  Where is a person clicking that's one of
17 those 107 people?
18    A.  There's multiple --
19        MS. DE LILLY:  Objection.  Calls --
20        THE WITNESS:  Sorry.
21        MS. DE LILLY:  It's okay, Brendan.
22        Objection.  Calls for speculation and
23 compound.
24        Go ahead.
25        THE WITNESS:  There's multiple places in

Page 108

1  Google where ads show up, so I can't say where it showed
2  up.
3     Q.  (By Mr. Dietrich) And do you know if this would
4  be an ad that appears in search results?
5     A.  I -- I -- I don't know.
6     Q.  But it indicates that an ad with the keyword
7  "Thrive cleanser" was placed on Google; is that correct?
8     A.  Yes.
9     Q.  And the impressions column next to it says
10 516.  What does that mean?
11    A.  The number of times it showed up on a Google
12 property.
13    Q.  Over a few columns, there's a column "Impr.,"
14 and in parentheses, "Abs. Top."
15        Do you see that?
16    A.  Yes.
17    Q.  And it states 93.65 percent for this ad that
18 we're looking at.
19        What does that mean?
20    A.  I don't know what that means.
21    Q.  Next to it is "Impr top percent," and it
22 states 96.7 percent.
23        What does that mean?
24    A.  I don't know what that means either.
25    Q.  Conversion next to it says 17.68.

Page 109

1         What does that mean?
2     A.  Conversions on the way to find in Google, so
3  it was the number of conversions from that keyword.
4     Q.  And what do you mean when you say "number of
5  conversions from that keyword"?
6     A.  I don't know how conversion was defined there,
7  there's many ways to define conversion.
8     Q.  Would that mean somebody who made a purchase
9  from Thrive Causemetics?
10    A.  That's the most traditional meaning, but
11 there's others as well.
12    Q.  Do you know of any other meaning applicable to
13 this report?
14    A.  No, because I don't know the meaning of
15 conversion in this report necessarily.
16    Q.  But the most traditional meaning would be
17 somebody who clicked on an ad and then went to your site
18 and bought a product; is that correct?
19    A.  Correct.
20    Q.  Going to the next page, Bates number ends in
21 095.
22        Are you with me?
23    A.  Yes.
24    Q.  At the very bottom, there's an entry for
25 "Thrive."

Page 110

1           Do you see that?
2       A.   Yes.
3       Q.   And does that mean that Thrive Causemetics bid
4  on the keyword "Thrive"?
5       A.   Again, I don't know what the phrase search
6  keyword match is, so I can't say how -- that we did.
7       Q.   But it appears in this report showing keywords
8  that Thrive Causemetics bid on; correct?
9       A.   Yes.
10      Q.   And if you move over to impressions, it states
11  252,561.
12           Do you see that?
13      A.   Yes.
14      Q.   Does that indicate that an ad was placed using
15  this keyword "Thrive"?
16      A.   Yes.
17      Q.   And that it was seen 252,561 times?
18      A.   No, not necessarily seen that many times.
19      Q.   That it appeared on the consumers' computer
20  that many times?
21      A.   It appeared on the page somewhere that many
22  times.
23      Q.   And under impressions it's 17,265.  Do you see
24  that?
25           MS. DE LILLY:  Objection.  Misstates the

Page 111

1  document.
2           MR. DIETRICH:  It does.  Thank you for
3  correcting that.
4           (Stenographer clarification.)
5           MR. DIETRICH:  I can strike the question.
6  I misstated it.  Let me rephrase that.
7       Q.   (By Mr. Dietrich) Under clicks, it states
8  17,265.
9           Do you see that?
10      A.   Yes.
11      Q.   So am I correct that means that ad with the
12  keyword "Thrive" was clicked on over 17,000 times?
13      A.   Yes.
14      Q.   Do you know if TCI has ever purchased the
15  keywords "Thrive natural"?
16      A.   I don't believe we have.
17      Q.   Do you know if TCI has ever bid on the
18  keywords "Thrive Natural Care"?
19      A.   I don't believe we have.
20      Q.   Do you know if TCI's ever bid on the keywords
21  "Thrive skin care"?
22      A.   I do not know that.
23      Q.   On this row, with the Thrive keywords, does
24  TCI have any information in its possession that would
25  allow you to tell the dates that this keyword was used?

Page 112

1       A.   I don't know if we have that information or
2  not.
3       Q.   I guess I'm asking, for instance, there's a
4  campaign identified here.
5           Is there a way to tell when that campaign was
6  in place?
7       A.   Again, I don't know.  I don't -- yeah.
8       Q.   Understand.
9           I'm going to go a couple pages on to Bates
10  number ending in 139.
11           Are you with me?
12      A.   Yes.
13      Q.   Fourth row down, there's another entry that's
14  "Thrive" under search keyword.
15           Do you see that?
16      A.   Yes.
17      Q.   And it has a different number of clicks and
18  impressions; right?
19           MS. DE LILLY:  Objection.  Vague.
20      Q.   (By Mr. Dietrich) Than the "Thrive" entry that
21  we looked at last.
22      A.   Yes, I'm on Page 95.
23      Q.   Is this a different instance of TCI bidding on
24  the keyword "Thrive"?
25      A.   I can't tell you.  I don't know the

Page 113

1  difference.
2       Q.   The campaign description is different, isn't
3  it?
4       A.   Yes.
5       Q.   So would that indicate this is a different
6  instance?
7       A.   I don't know.
8       Q.   Below that three rows, there's an entry for
9  Thrive moisturizer.
10           Do you see that?
11      A.   Yes.
12      Q.   And would that indicate TCI bid on the keyword
13  "Thrive moisturizer"?
14      A.   Yes.  But, again, I don't know the keyword
15  match type there and if that impacts things.
16      Q.   But it states there were 791 impressions.
17           Do you see that?
18      A.   I do see that.
19      Q.   And that indicates that an ad was placed using
20  the keywords "Thrive moisturizer;" correct?
21      A.   Yes.
22      Q.   And it was clicked on 161 times?
23      A.   Correct.
24      Q.   Do you know when TCI started selling
25  moisturizer?

MCARTHUR OPP. 70

Brendan Gardner-Young  Confidential - Attorneys' Eyes Only
July 20, 2021

Page 138

```
1              REPORTER'S CERTIFICATE

2

3          I, Nicole A. Bulldis, CCR No. 3384, Registered

4     Professional Reporter, certify:

5          That the foregoing proceedings were taken

6     before me at the time and place therein set forth, at

7     which time the witness was put under oath by me;

8          That the testimony of the witness, the

9     questions propounded, and all objections and statements

10    made at the time of the examination were recorded

11    stenographically by me and were thereafter transcribed;

12          That a review of the transcript by the

13    deponent was requested;

14          That the foregoing is a true and correct

15    transcript of my shorthand notes so taken.

16          I further certify that I am not a relative or

17    employee of any attorney of the parties, nor financially

18    interested in the action.

19          I declare under penalty of perjury under the

20    laws of Washington that the foregoing is true and

21    correct.

22          Dated this 27th day of July 2021.

23

24                    _____

                      NICOLE A. BULLDIS, RPR, CCR No. 3384

25
```

MCARTHUR OPP. 71

**<u>Depo. Ex. 45</u>**

Thrive Natural Care, Inc. v. Thrive Causemetics, Inc., Case No. 2:20-cv-9091 (C.D. Cal.)

EXHIBIT 45
Brendan Gardner-Young
07.20.2021

| | Search keyword match type | Campaign | Ad group | Keyword max CPC | Currency | Clicks | Impressions | CTR | Avg. CPC | Cost | Impr. (Abs. Top) % | Impr. (Top) % | Conversions | View-through conv. | Cost / conv. | Conv. rate | Avg. CPM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| shop thrive causemetics eyeshadow review | Exact | S - Branded_Mobile_Exact | Thrive Causemetics Eyeshadow Review | 1.21 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive casmetics eyelashes jackie online | Exact | S - Branded_Mobile_Exact | Thrive Casmetics Eyelashes Jackie | 1.21 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive casmetics eyelashes coupon store | Exact | S - Branded_Mobile_Exact | Thrive Casmetics Eyelashes Coupon | 1.21 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| order thrive causemetics eyeshadow online | Exact | S - Branded_Mobile_Exact | Thrive Causemetics Eyeshadow | 1.21 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| order thrive causmetics makeup online | Exact | S - Branded_Mobile_Exact | Thrive Causmetics Makeup | 1.21 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive adhesive discount | Exact | S - Branded_Mobile_Exact | Thrive Adhesive Discount | 1.21 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| shop thrive adhesive coupon website | Exact | S - Branded_Mobile_Exact | Thrive Adhesive Coupon | 1.21 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| shop thrive beauty products sale | Exact | S - Branded_Mobile_Exact | Thrive Beauty Products Sale | 1.21 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive cosmetics eyebrow pencil | Broad | S - Remarketing_Visitors Converted All Time NB | Thrive Cosmetics Eyebrow Pencil | 1 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive cosmetics lip gloss | Broad | S - Remarketing_Visitors Converted All Time NB | Thrive Cosmetics Lip Gloss | 2.31 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive causemetics infinity eyeliner | Exact | S - Branded Reboot_Desktop_Exact_FE MALE | Thrive Causemetics Infinity Eyeliner | 0.24 | USD | 7 | 46 | 15.22% | 0.41 | 2.85 | 0.00% | 0.00% | 2 | 0 | 1.42 | 28.57% | 61.96 |
| +thrive cosmetics +lip gloss | Broad | S - Branded Reboot_Desktop_Exact_FE MALE | Thrive Lip Gloss | 0 | USD | 16 | 107 | 14.95% | 1.19 | 19.08 | 59.81% | 70.09% | 0.33 | 0 | 57.24 | 2.08% | 178.3 |
| +thrive +cosmetics +eye +lotion | Broad | S - [Brand] Skincare_Eye Cream | Eye Cream: thrive cosmetics eye lotion | 1.36 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive semi permanent brow liner review | Exact | S - Branded Reboot_Desktop_Exact_FE MALE | Thrive Semi Permanent Browliner Reviews | 0.17 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive cosmetics semi permanent browliner | Exact | S - Branded Reboot_Desktop_Exact_FE MALE | Thrive Cosmetics Semi Permanent Browliner | 0.17 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive matte lip stick | Exact | S - Branded Reboot_Desktop_Exact_FE MALE | Thrive Matte Lipstick | 0.17 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| +thrive +lip +balm | Broad | S - [Brand] Lip Oil PP | Lip Oil: thrive lip balm | 0.7 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |

10

**MCARTHUR OPP. 73**

CONFIDENTIAL – ATTORNEYS EYES ONLY

TCI_00024093

Thrive Natural Care, Inc. v. Thrive Causemetics, Inc., Case No. 2:20-cv-9091 (C.D. Cal.)

| Search keyword | Search keyword match type | Campaign | Ad group | Keyword max CPC | Currency | Clicks | Impressions | CTR | Avg. CPC | Cost | Impr. (Abs. Top) % | Impr. (Top) % | Conversions | View-through conv. | Cost / conv. | Conv. rate | Avg. CPM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| thrive eyelashes kristy discount store | Exact | S - Branded_Mobile_Exact | Thrive Eyelashes Kristy Discount | 1.21 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive causemetics eyeliner infinity review | Exact | S - Branded_Mobile_Exact | Thrive Causemetics Eyeliner Infinity Review | 1.21 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| +thrive +makup | Broad | S - Branded Reboot_Desktop_Exact_FEMALE | Mascara Thrive | 0.51 | USD | 7 | 16 | 43.75% | 0.23 | 1.63 | 100.00% | 100.00% | 1 | 0 | 1.63 | 14.29% | 101.9 |
| thrive causemetics infinity brow liner | Exact | S - Branded Reboot_Desktop_Exact_FEMALE | Thrive Causemetics Infinity Browliner | 0.17 | USD | 0 | 2 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive causemetics focus eyeshadow | Broad | S - Remarketing_Visitors Converted All Time NB | Thrive Causemetics Focus Eyeshadow | 1.3 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive cosmetics highlighter | Broad | S - Remarketing_Visitors Converted All Time_Tablet | Thrive Cosmetics Highlighter | 0.71 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| +thrive +causematics +com | Broad | S - Branded COMs_Desktop | Coms | 1.01 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive cosmetics | Exact | MKT_US_S - [Brand] Remarketing_Visitors Converted All Time_Mobile | Thrive Cosmetics | 0.39 | USD | 373 | 536 | 69.59% | 0.26 | 98.36 | 99.25% | 99.63% | 134.91 | 0 | 0.73 | 36.17% | 183.5 |
| thrive causemetics eyeshadow | Broad | MKT_US_S - [Brand] Remarketing_Visitors Converted All Time_Mobile | Thrive Causemetics Eyeshadow | 0.91 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive causmetics makeup brushes | Broad | MKT_US_S - [Brand] Remarketing_Visitors Converted All Time_Mobile | Thrive Causemetics Makeup Brushes | 2.37 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive cosmetics lipgloss | Broad | MKT_US_S - [Brand] Remarketing_Visitors Converted All Time_Mobile | Thrive Cosmetics Lip Gloss | 1.7 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive cleanser | Exact | S - [Brand] Skincare_Cleanser | Cleanser: thrive cleanser | 1.81 | USD | 107 | 516 | 20.74% | 0.91 | 96.97 | 93.65% | 96.70% | 17.68 | 0 | 5.48 | 16.52% | 187.9 |
| thrive cosmetics blush +review | Broad | newengen - Branded Remarketing I_MM1 ac26 | Thrive Cosmetics Blush Reviews | 2.07 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive lash glue +reviews | Broad | newengen - Branded Remarketing I_MM1 ac26 | Thrive Eyelash Glue Reviews | 2.07 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive causemetics +semipermanent eye liner | Broad | newengen - Branded Remarketing I_MM1 ac26 | Thrive Causemetics Semi Permanent Eyeliner | 2.07 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |

**MCARTHUR OPP. 74**

CONFIDENTIAL – ATTORNEYS EYES ONLY

TCI_00024110

Thrive Natural Care, Inc. v. Thrive Causemetics, Inc., Case No. 2:20-cv-9091 (C.D. Cal.)

| Search keyword | Search keyword match type | Campaign | Ad group | Keyword max CPC | Currency | Clicks | Impressions | CTR | Avg. CPC | Cost | Impr. (Abs. Top) % | Impr. (Top) % | Conversions | View-through conv. | Cost / conv. | Conv. rate | Avg. CPM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| thrive matte lipstick | Exact | MKT_US_S - [Brand] Lips | Lipstick: thrive matte lipstick | 0.26 | USD | 20 | 87 | 22.99% | 0.28 | 5.62 | 69.86% | 94.52% | 1.99 | 0 | 2.82 | 9.95% | 64.6 |
| thrive causemetics makeup brushes review | Phrase | S - In Market_Dating | Thrive Causemetics Makeup Brushes Reviews | 1.88 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive cosmetics review | Phrase | S - In Market_Dating | Thrive Cosmetics Reviews | 6.25 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive eyeshadow review | Phrase | S - In Market_Dating | Thrive Eyeshadow Reviews | 2.73 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive causemetics eyelashes review | Phrase | S - In Market_Dating | Thrive Causemetics Eyelashes Reviews | 1.88 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive causmetics blush reviews | Phrase | S - In Market_Dating | Thrive Causemetics Blush Reviews | 1.88 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive cosmeticd | Phrase | S - Branded Reboot_Mobile_Exact #4 | Thrive Cosmetics | 1 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive casmetics coupon | Broad | S - newengen - Branded I_MB1 0a31 | Thrive Casmetics Coupon | 2.62 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| order thrive casmetics coupon online | Broad | S - newengen - Branded I_MB1 0a31 | Thrive Casmetics Coupon | 2.62 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| order thrive beauty products discount | Broad | S - newengen - Branded I_MB1 0a31 | Thrive Beauty Products Discount | 2.62 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive casmetics lip gloss sale | Broad | S - newengen - Branded I_MB1 0a31 | Thrive Casmetics Lip Gloss Sale | 2.62 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| shop thrive causemetics eyeliner infinity | Broad | S - newengen - Branded I_MB1 0a31 | Thrive Causemetics Eyeliner Infinity | 2.62 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive causemetics brow liner review | Broad | S - newengen - Branded I_MB1 0a31 | Thrive Causemetics Brow Liner Review | 2.62 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive eyeshadow review | Broad | S - newengen - Branded I_MB1 0a31 | Thrive Eyeshadow Review | 2.62 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| order thrive casmetics eyeliner sale | Broad | S - newengen - Branded I_MB1 0a31 | Thrive Casmetics Eyeliner Sale | 2.62 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| order thrive cosmetics coupon | Broad | S - newengen - Branded I_MB1 0a31 | Thrive Cosmetics Coupon | 2.62 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive cosmetics mascara amazon | Broad | S - newengen - Branded I_MB1 0a31 | Thrive Cosmetics Mascara Amazon | 1.05 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive casmetics eyelashes website | Broad | S - newengen - Branded I_MB1 0a31 | Thrive Cosmetics Eyelashes | 2.62 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive makeup ulta | Phrase | MKT_US_S - [Brand] General | thrive makeup ulta | 1.12 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive | Phrase | MKT_US_S - [Brand] Pure Broad Match | thrive | 1.8 | USD | 17,265 | 252,561 | 6.84% | 1.11 | 19,241.19 | 52.86% | 82.60% | 3,111.33 | 0 | 6.18 | 18.02% | 76.18 |

12

**MCARTHUR OPP. 75**

CONFIDENTIAL – ATTORNEYS EYES ONLY

TCI_00024095

Thrive Natural Care, Inc. v. Thrive Causemetics, Inc., Case No. 2:20-cv-9091 (C.D. Cal.)

| Search keyword | Search keyword match type | Campaign | Ad group | Keyword max CPC | Currency | Clicks | Impressions | CTR | Avg. CPC | Cost | Impr. (Abs. Top) % | Impr. (Top) % | Conversions | View-through conv. | Cost / conv. | Conv. rate | Avg. CPM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| thrive cosmetics brightener sale store | Broad | S - newengen - Branded I_DB1 f2a6 | Thrive Cosmetics Brightener Sale | 2.62 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive causemetics water proof eyeliner | Exact | S - Branded Reboot_Desktop_BMM_FEMALE | Thrive Causemetics Waterproof Eyeliner | 0.36 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive lip mate reviews | Exact | S - Branded Reboot_Desktop_BMM_FEMALE | Thrive Lip Mate Reviews | 0.17 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive cosmetics lipstick review | Exact | S - Branded Reboot_Desktop_BMM_FEMALE | Thrive Cosmetics Lipstick Reviews | 0.17 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive cosmetics semipermanent eye brow liner | Exact | S - Branded Reboot_Desktop_BMM_FEMALE | Thrive Cosmetics Semi Permanent Eyebrow Liner | 0.17 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive causemetics focus eye shadow reviews | Exact | S - Branded Reboot_Desktop_BMM_FEMALE | Thrive Causemetics Focus Eyeshadow Reviews | 0.17 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive liquid balm | Exact | S - [Brand] Skincare_Lip Oil | Lip Oil: thrive liquid balm | 1.32 | USD | 39 | 340 | 11.47% | 0.96 | 37.33 | 93.67% | 93.67% | 10.04 | 0 | 3.72 | 25.75% | 109.8 |
| +thrive +beauty +products | Broad | S - Branded Reboot_Tablet_ModBrod | Thrive Beauty Products | 0.1 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive causmetics coupon codes | Phrase | Branded Remarketing_Desktop_Phrase | Thrive Causemetics Coupon Codes | 2.37 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive infinity eyebrow liner review | Phrase | Branded Remarketing_Desktop_Phrase | Thrive Infinity Eyebrow Liner Reviews | 2.2 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive causemetics eyebrow liner reviews | Phrase | Branded Remarketing_Desktop_Phrase | Thrive Causemetics Eyebrow Liner Reviews | 2.2 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive causemetics eyebrow liner | Broad | S - Retargeting_Desktop_Broad | Thrive Causemetics Eyebrow Liner | 1 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive mascara | Broad | S - Retargeting_Desktop_Broad | Thrive Mascara | 0 | USD | 0 | 6 | 0.00% | 0 | 0 | 16.67% | 16.67% | 0 | 0 | 0 | 0.00% | 0 |
| thrive causemetics liquid lash | Broad | S - Retargeting_Desktop_Broad | Thrive Causemetics Liquid Lash | 2.37 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive promo code | Exact | S - [Brand] General PP | thrive promo code | 4.55 | USD | 127 | 421 | 30.17% | 1.71 | 216.97 | 99.52% | 100.00% | 65.94 | 0 | 3.29 | 51.92% | 515.4 |
| thrive causmetics lash glue review | Exact | S - Branded_Mobile_Exact | Thrive Causmetics Lash Glue Review | 1.21 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |

15

**MCARTHUR OPP. 76**

CONFIDENTIAL – ATTORNEYS EYES ONLY

TCI_00024098

Thrive Natural Care, Inc. v. Thrive Causemetics, Inc., Case No. 2:20-cv-9091 (C.D. Cal.)

| Search keyword | Search keyword match type | Campaign | Ad group | Keyword max CPC | Currency | Clicks | Impressions | CTR | Avg. CPC | Cost | Impr. (Abs. Top) % | Impr. (Top) % | Conversions | View-through conv. | Cost / conv. | Conv. rate | Avg. CPM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| order thrive causemetics coupon store | Broad | S - newengen - Branded l_DB1 f2a6 | Thrive Causemetics Coupon | 2.62 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| shop thrive eyeshadow discount store | Broad | S - newengen - Branded l_DB1 f2a6 | Thrive Eyeshadow Discount | 2.62 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive make up | Broad | S - Branded Reboot_Tablet_ModBrod | Thrive Makeup | 0.1 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive brush review | Phrase | Branded Remarketing_Desktop_Phrase | Thrive Brush Reviews | 2.37 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive eyebrow liner reviews | Phrase | Branded Remarketing_Desktop_Phrase | Thrive Eyebrow Liner Reviews | 1 | USD | 0 | 1 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive causemetics semipermanent eyebrow liner | Phrase | Branded Remarketing_Desktop_Phrase | Thrive Causemetics Semi Permanent Eyebrow Liner | 2.37 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| +thrive +holiday +set | Broad | S - [Brand] Holiday Sets 2019 | thrive holiday set | 0.34 | USD | 4 | 20 | 20.00% | 0.24 | 0.96 | 47.06% | 76.47% | 0.2 | 0 | 4.8 | 5.00% | 48 |
| +thrive +makeup +reviews | Broad | S - [Brand] General PP | thrive makeup reviews | 1.04 | USD | 2 | 2 | 100.00% | 0.83 | 1.66 | 100.00% | 100.00% | 0 | 0 | 0 | 0.00% | 830 |
| order thrive causemetics coupon online | Exact | S - Branded_Mobile_Exact | Thrive Causemetics Coupon | 1.21 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| order thrive causmetics lash glue | Exact | S - Branded_Mobile_Exact | Thrive Causmetics Lash Glue | 1.21 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| shop thrive casmetics brightener review | Exact | S - Branded_Mobile_Exact | Thrive Casmetics Brightener Review | 1.21 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| order thrive casmetics eyeliner | Exact | S - Branded_Mobile_Exact | Thrive Casmetics Eyeliner | 1.21 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive semipermanent eyeliner | Broad | S - Branded_Mobile_Exact | Thrive Causemetics Eyeliner Waterproof | 1.45 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| shop thrive causemetics eyeshadow website | Exact | S - Branded_Mobile_Exact | Thrive Causemetics Eyeshadow | 1.21 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| order thrive causemetics eyeshadow website | Exact | S - Branded_Mobile_Exact | Thrive Causemetics Eyeshadow | 1.21 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| order thrive adhesive coupon store | Exact | S - Branded_Mobile_Exact | Thrive Adhesive Coupon | 1.21 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive casmetics lipstick review | Exact | S - Branded_Mobile_Exact | Thrive Casmetics Lipstick Review | 2.34 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |

21

**MCARTHUR OPP. 77**

CONFIDENTIAL – ATTORNEYS EYES ONLY

TCI_00024104

Thrive Natural Care, Inc. v. Thrive Causemetics, Inc., Case No. 2:20-cv-9091 (C.D. Cal.)

| Search keyword | Search keyword match type | Campaign | Ad group | Keyword max CPC | Currency | Clicks | Impressions | CTR | Avg. CPC | Cost | Impr. (Abs. Top) % | Impr. (Top) % | Conversions | View-through conv. | Cost / conv. | Conv. rate | Avg. CPM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| thrive causemetics brushes | Broad | S - Branded Reboot_Mobile_Broad_w/ Search Partners | Thrive Causemetics Brushes | 1 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive cosmetics infinity waterproof browliner | Phrase | S - In Market_Dating | Thrive Cosmetics Infinity Waterproof Browliner | 1.88 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive beauty products | Broad | MKT_US_S - [Brand] Remarketing_Visitors Converted All Time_Desktop | Thrive Beauty Products | 1.49 | USD | 1 | 23 | 4.35% | 0.27 | 0.27 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 11.74 |
| thrive causmetics eye shadow | Broad | MKT_US_S - [Brand] Remarketing_Visitors Converted All Time_Desktop | Thrive Causmetics Eyeshadow | 2.2 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive liquid lash | Broad | MKT_US_S - [Brand] Remarketing_Visitors Converted All Time_Desktop | Thrive Liquid Lash | 1 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive eyelash glue reviews | Exact | S - Branded Reboot_Mobile_Exact #4 | Thrive Eyelash Glue Reviews | 9.84 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive cosmetics toner | Exact | MKT_US_S - [Brand] Skincare | Toner: Thrive Cosmetics Toner | 1.16 | USD | 1 | 14 | 7.14% | 0.2 | 0.2 | 100.00% | 100.00% | 0 | 0 | 0 | 0.00% | 14.29 |
| thrive lip gloss | Broad | S - Remarketing_Checkout Visit NB | Thrive Lip Gloss | 2.59 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive causmetics adhesive store | Broad | S - newengen - Branded I_MB1 0a31 | Thrive Causmetics Adhesive | 2.62 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive casmetics brightener review website | Broad | S - newengen - Branded I_MB1 0a31 | Thrive Casmetics Brightener Review | 2.62 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive cosmetics brow liner sale | Broad | S - newengen - Branded I_MB1 0a31 | Thrive Cosmetics Brow Liner Sale | 2.62 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| where to buy thrive brightener | Broad | S - newengen - Branded I_MB1 0a31 | Thrive Brightener | 2.62 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| shop thrive brow liner review | Broad | S - newengen - Branded I_MB1 0a31 | Thrive Brow Liner Review | 2.62 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| shop thrive adhesive sale website | Broad | S - newengen - Branded I_MB1 0a31 | Thrive Adhesive Sale | 2.62 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| order thrive causmetics sale store | Broad | S - newengen - Branded I_MB1 0a31 | Thrive Causmetics Sale | 2.62 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive adhesive review website | Broad | S - newengen - Branded I_MB1 0a31 | Thrive Adhesive Review | 2.62 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive cos | Exact | MKT_US_S - [Brand] General | thrive cos | 0.58 | USD | 985 | 2,322 | 42.42% | 0.07 | 67.99 | 96.77% | 99.04% | 259.94 | 0 | 0.26 | 26.39% | 29.28 |
| thrive causmetics matte lip stick | Broad | newengen - Branded Remarketing I_MB1 0005 | Thrive Causmetics Matte Lipstick | 2.07 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |

**MCARTHUR OPP. 78**

CONFIDENTIAL – ATTORNEYS EYES ONLY

TCI_00024106

Thrive Natural Care, Inc. v. Thrive Causemetics, Inc., Case No. 2:20-cv-9091 (C.D. Cal.)

| Search keyword | Search keyword match type | Campaign | Ad group | Keyword max CPC | Currency | Clicks | Impressions | CTR | Avg. CPC | Cost | Impr. (Abs. Top) % | Impr. (Top) % | Conversions | View-through conv. | Cost / conv. | Conv. rate | Avg. CPM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| +thrive +causemetics +lip +liner +set | Broad | S - [Brand] Sets PP | Eyeliner: Lip Liner: thrive causemetics lip liner set | 0.58 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive causemetics color stick | Broad | S - Remarketing_Checkout Visit Branded | Thrive Causemetics Color Stick | 1 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| +thrive +eyebrow | Broad | S - Remarketing_Visitors Converted All Time_Tablet | Thrive Eyebrows | 0.4 | USD | 1 | 5 | 20.00% | 3.71 | 3.71 | 60.00% | 60.00% | 0 | 0 | 0 | 0.00% | 742 |
| thrive | Broad | MKT_US_S - [Brand] Remarketing_Visitors Converted All Time_Mobile | Thrive | 1.51 | USD | 12,363 | 23,305 | 53.05% | 0.73 | 9,019.46 | 83.66% | 95.86% | 4,130.02 | 0 | 2.18 | 33.41% | 387 |
| +thrive +makeup | Broad | MKT_US_S - [Brand] Remarketing_Visitors Converted All Time_Mobile | Thrive | 0.41 | USD | 11 | 110 | 10.00% | 0.7 | 7.66 | 93.88% | 95.92% | 4.03 | 0 | 1.9 | 36.64% | 69.64 |
| thrive causemetics eyebrows +reviews | Broad | newengen - Branded Remarketing I_MM1 ac26 | Thrive Causemetics Eyebrows Reviews | 1 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive moisturizer | Exact | S - [Brand] Skincare_Moisturizer | Moisturizer: thrive moisturizer | 1.7 | USD | 161 | 791 | 20.35% | 0.95 | 152.85 | 89.44% | 95.71% | 13.19 | 0 | 11.59 | 8.19% | 193.2 |
| thrive causemetics brow liner reviews | Phrase | S - Retargeting_Mobile_Phrase | Thrive Causemetics Browliner Reviews | 2.02 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive causmetics matte lipstick | Phrase | S - Retargeting_Mobile_Phrase | Thrive Causemetics Matte Lipstick | 2.07 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive infinity brow liner review | Phrase | S - Retargeting_Mobile_Phrase | Thrive Infinity Browliner Reviews | 2.02 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive causemetics blush review | Phrase | S - Retargeting_Mobile_Phrase | Thrive Causemetics Blush Reviews | 2.07 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive cosmetics semipermanent eyeliner review | Phrase | S - Retargeting_Mobile_Phrase | Thrive Cosmetics Semi Permanent Eyeliner Reviews | 2.02 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive lip gloss | Exact | MKT_US_S - [Brand] Remarketing_Visitors Converted All Time_Desktop | Thrive Lip Gloss | 0.49 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |

**MCARTHUR OPP. 79**

CONFIDENTIAL – ATTORNEYS EYES ONLY

TCI_00024139

Thrive Natural Care, Inc. v. Thrive Causemetics, Inc., Case No. 2:20-cv-9091 (C.D. Cal.)

| Search keyword | Search keyword match type | Campaign | Ad group | Keyword max CPC | Currency | Clicks | Impressions | CTR | Avg. CPC | Cost | Impr. (Abs. Top) % | Impr. (Top) % | Conversions | View-through conv. | Cost / conv. | Conv. rate | Avg. CPM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| thrive causemetics semipermanent brow liner reviews | Exact | S - Retargeting_Mobile_Exact | Thrive Causemetics Semi Permanent Browliner Reviews | 3.14 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive causemetics lip liner | Exact | MKT_US_S - [Brand] Lips | Lip Liner: thrive causemetics lip liner | 2.79 | USD | 507 | 3,339 | 15.18% | 1.15 | 581.31 | 90.18% | 95.67% | 51.86 | 0 | 11.21 | 10.23% | 174.1 |
| thrive causemetics lash adhesive | Broad | MKT_US_S - [Brand] Remarketing_Visitors Converted All Time_Desktop | Thrive Causemetics Eyelash Adhesive | 2.37 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive eyelashes reviews | Exact | S - Branded Reboot_Mobile_Exact #4 | Thrive Eyelashes Reviews | 9.84 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive highlighter | Exact | S - Branded Reboot_Mobile_Exact #4 | Thrive Highlighter | 0.6 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| +thrive +cause +cosmetics | Broad | MKT_US_S - [Brand] General | thrive cause cosmetics | 0.75 | USD | 7 | 22 | 31.82% | 0.47 | 3.28 | 100.00% | 100.00% | 0 | 0 | 0 | 0.00% | 149.1 |
| thrive causematic | Broad | S - Remarketing_Checkout Visit NB | Thrive Causematic | 1 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| +thrive +causemetics +facial +cleanser | Broad | MKT_US_S - [Brand] Skincare | Cleanser: thrive causemetics facial cleanser | 0.99 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive cosmetics infinity waterproof eyeliner reviews | Exact | S - Branded Reboot_Desktop_BMM_FE MALE | Thrive Cosmetics Infinity Waterproof Eyeliner Reviews | 0.17 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive cosmetics eyebrow pencil | Exact | S - Branded Reboot_Desktop_BMM_FE MALE | Thrive Cosmetics Eyebrow Pencil | 0.24 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive lip treatment | Exact | S - [Brand] Skincare_Lip Oil | thrive lip treatment | 0.99 | USD | 26 | 119 | 21.85% | 0.9 | 23.51 | 85.19% | 95.06% | 1 | 0 | 23.51 | 3.85% | 197.6 |
| thrive lipgloss reviews | Exact | S - Branded Reboot_Mobile_Exact-MALE | Thrive Lip Gloss Reviews | 0.05 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive eyelash adhesive review | Exact | S - Branded Reboot_Mobile_Exact-MALE | Thrive Eyelash Adhesive Reviews | 12.3 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive lashes | Exact | S - Branded Reboot_Mobile_Exact-MALE | Thrive Eyelashes | 0.13 | USD | 1 | 6 | 16.67% | 0.65 | 0.65 | 100.00% | 100.00% | 0 | 0 | 0 | 0.00% | 108.3 |
| thrive cosmetics water proof browliner | Exact | S - Branded Reboot_Mobile_BMM-FEMALE | Thrive Cosmetics Waterproof Browliner | 10.82 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |

**MCARTHUR OPP. 80**

CONFIDENTIAL – ATTORNEYS EYES ONLY

TCI_00024365

Thrive Natural Care, Inc. v. Thrive Causemetics, Inc., Case No. 2:20-cv-9091 (C.D. Cal.)

| Search keyword | Search keyword match type | Campaign | Ad group | Keyword max CPC | Currency | Clicks | Impressions | CTR | Avg. CPC | Cost | Impr. (Abs. Top) % | Impr. (Top) % | Conversions | View-through conv. | Cost / conv. | Conv. rate | Avg. CPM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| thrive makeup coupon | Exact | S - Branded Action_Desktop | Thrive Makeup Coupon | 0 | USD | 14 | 88 | 15.91% | 0.81 | 11.37 | 69.05% | 88.10% | 8 | 0 | 1.42 | 57.14% | 129.2 |
| thrive causemetics eye brightener | Phrase | S - In Market_Home & Garden/Home Decor | Thrive Causemetics Eye Brightener | 6.25 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive causemetics eyelashes jackie coupon | Exact | S - Branded Action_Desktop | Thrive Causemetics Eyelashes Jackie Coupon | 1 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| order thrive eyelashes robin | Exact | S - Branded Action_Desktop | Thrive Eyelashes Robin | 1 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| shop thrive causemetics eyelashes jackie | Exact | S - Branded Action_Desktop | Thrive Causemetics Eyelashes Jackie | 1 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| order thrive causemetics coupon online | Broad | S - Branded Action_Desktop | Thrive Causemetics Coupon | 1 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive causemetics focus eye shadow review | Phrase | S - Branded Reboot_Mobile_Phrase | Thrive Causemetics Focus Eyeshadow Reviews | 1 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive causemetics matte lip stick | Phrase | S - Branded Reboot_Mobile_Phrase | Thrive Causemetics Matte Lipstick | 1 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive makeup brush | Phrase | S - Branded Reboot_Mobile_Phrase | Thrive Makeup Brush | 1 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive cosmetics waterproof brow liner reviews | Phrase | S - Branded Reboot_Mobile_Phrase | Thrive Cosmetics Waterproof Browliner Reviews | 1 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive causemetics eyebrows reviews | Phrase | S - Branded Reboot_Mobile_Phrase | Thrive Causemetics Eyebrows Reviews | 1 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive | Phrase | S - Branded Reboot_Mobile_Phrase | Thrive | 0.9 | USD | 220 | 11,723 | 1.88% | 0.39 | 85.27 | 0.00% | 0.00% | 22 | 0 | 3.88 | 10.00% | 7.27 |
| thrive infinity water proof browliner review | Phrase | S - Branded Reboot_Mobile_Phrase | Thrive Infinity Waterproof Browliner Reviews | 1 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive causemetics amazon | Phrase | S - Branded Reboot_Mobile_Phrase | Thrive Causemetics Amazon | 0.27 | USD | 2 | 13 | 15.38% | 0.26 | 0.53 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 40.77 |
| thrive cosmetics water proof eyeliner | Phrase | S - Branded Reboot_Mobile_Phrase | Thrive Cosmetics Waterproof Eyeliner | 1 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive cosmetics infinity water proof browliner | Phrase | S - Branded Travel /Accommodations | Thrive Cosmetics Infinity Waterproof Browliner | 1.5 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |

**MCARTHUR OPP. 81**

CONFIDENTIAL – ATTORNEYS EYES ONLY

TCI_00024408

# **<u>Exhibit C</u>**

Ned Menninger  Confidential
July 13, 2021

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


THRIVE NATURAL CARE,
INC.,

               Plaintiff,

     vs.                  No. 2:20-cv-9091-PA-AS

THRIVE CAUSEMETICS,
INC.,

               Defendant.
------------------------


*** CONFIDENTIAL ***

DEPOSITION OF NED MENNINGER
APPEARING REMOTELY FROM KING COUNTY, WASHINGTON
Taken on behalf of the Plaintiff
*Via Videoconference*


July 13, 2021
Portland, Oregon


Ariel Badenhop, CSR, RPR
Court Reporter

MCARTHUR OPP. 83

Ned Menninger  Confidential
July 13, 2021

Page 2

1       BE IT REMEMBERED that the deposition of
2  NED MENNINGER was taken remotely, on behalf of the
3  Plaintiff, before Ariel Badenhop, Registered
4  Professional Reporter and Certified Shorthand Reporter
5  No. 21005543 for Washington, on Tuesday, July
6  13, 2021, in MULTNOMAH COUNTY, OREGON, commencing at
7  the hour of 9:43 a.m.
8
9
10              REMOTE APPEARANCES
11
12     For Plaintiff:    STEPHEN MCARTHUR
                         THE MCARTHUR LAW FIRM
13                       11400 W OLYMPIC BOULEVARD
                         SUITE 200
14                       LOS ANGELES, CA 90064
                         (323) 639-4455
15                       stephen@smcarthurlaw.com
16
17     For Defendant:    LAUREN DE LILLY
                         SIDLEY AUSTIN
18                       555 WEST FIFTH STREET
                         SUITE 4000
19                       LOS ANGELES, CA 90013
                         (213) 896-6000
20                       ldelilly@sidley.com
21
22     Videographer:     VLADIMIR KORNEYCHUCK
                         US LEGAL
23                       (503) 505-6598
24
25              --oOo--

Page 3

1                 I N D E X
2
3            DEPOSITION OF NED MENNINGER
4  Examination by Mr. McArthur              5
5
6
7
8                 EXHIBITS
9                                         Page
10  Exhibit 37  TCI Revenue Spread Sheet        22
11  Exhibit 38  TCI Revenue Spread Sheet        31
12  Exhibit 39  TCI Revenue Spread Sheet        42
13  Exhibit 40  Thrive Causemetics in Reported Talks
                with Goldman Sachs over Buyout    76
14
15  Exhibit 41  Skin Care Sets                   84
16
17
18
                  --oOo--
19
20
21
22
23
24
25

Page 4

1  MULTNOMAH COUNTY, OREGON; WEDNESDAY, APRIL 29, 2021
2                 9:43 a.m.
3                   ***
4       THE VIDEOGRAPHER:  We're now on the record.
5  Participants should be aware that this proceeding is
6  being recorded, and as such, all conversations held
7  will be recorded unless there is a request and
8  agreement to go off the record.
9       This is the remote video recorded deposition
10  of Ned Menninger being taken by counsel for the
11  plaintiff.  Today is Tuesday, July 13, 2021.  The time
12  is now 9:43 a.m. in the Pacific Time Zone.  We are
13  here in the matter of Thrive Natural Care, Inc.,
14  versus Thrive Causemetics, Inc.
15       My name is Vlad Korneychuck, remote video
16  technician on behalf of US Legal Support.  I am not
17  related to any party in this action, nor am I
18  financially interested in the outcome.
19       At this time, will the reporter please swear
20  in the witness.
21                   ***
22              NED MENNINGER
23   was called as a witness on behalf of the Plaintiff
24       and, being first duly sworn, was examined and
25              testified as follows:

Page 5

1
2                EXAMINATION
3  BY MR. MCARTHUR:
4       Q.  Mr. Menninger, will you please state your
5  full name for the record?
6       A.  It is Ned Anthony Menninger.
7       Q.  Where are you located right now?
8       A.  Sammamish, Washington.
9       Q.  Have you ever had your deposition taken
10  before?
11       A.  Yes.
12       Q.  How many times?
13       A.  Twice.
14       Q.  Other than the 30(b)(6) deposition that we
15  did recently, is there only one other time you've been
16  deposed?
17       A.  Yes.
18       Q.  Can you tell me about that? when that was?
19       A.  Approximately --
20       MS. DE LILLY:  Just give me a second.
21       Objection.  Compound.
22       But go ahead.
23       THE WITNESS:  Would you restate the question,
24  please?
25       (Multiple people speaking simultaneously.)

2 to 5

MCARTHUR OPP. 84

Ned Menninger  Confidential
July 13, 2021

Page 10

1  your attorney, are there any other documents that you
2  reviewed?
3      A.   No.
4      Q.   Did you speak to anyone at Thrive Causemetics
5  other than your attorney to prepare for this
6  deposition?
7      A.   No.
8      Q.   You didn't speak to Ms. Bodnar?
9      A.   I didn't.
10     Q.   Mr. Menninger, did you go to college?
11     A.   Yes.
12     Q.   What college did you go to?
13     A.   I graduated from the University of Southern
14 California.
15     Q.   What year was that?
16     A.   1984.
17     Q.   What degree or degrees did you get from USC?
18     A.   Bachelor of Science in business.
19     Q.   Did you go to graduate school?
20     A.   No.
21     Q.   What was your first real job whether in
22 college or after college?
23     A.   Pricewaterhouse as a staff accountant.
24     Q.   Okay.  So your first job that utilized your
25 college degree was at Pricewaterhouse?

Page 11

1      A.   Yes.
2      Q.   What was your next job after that?
3      A.   Assistant controller for Wrinkle Free, Inc.
4      Q.   And after that, did you move on to --
5      A.   Yes.
6      Q.   What was your job title at --
7      A.   Controller and then CFO.
8      Q.   Was this your first time working as a CFO for
9  a company?
10     A.   Yes.
11     Q.   Was this back in about 1989?
12     A.   '89 through '92.
13     Q.   Have you been a CFO or held a position at
14 companies ever since?
15     A.   Yes.
16     Q.   You've been a CFO for over 20 years.
17          Is that fair?
18     A.   Based on that time line, yes.
19     Q.   And when did you begin working with Thrive
20 Causemetics in any capacity?
21     A.   July of 2017.  As a contract CFO.
22     Q.   Before July 2017, had you ever heard of
23 Thrive Causemetics?
24     A.   No.
25     Q.   Did you have any experience in the makeup or

Page 12

1  skin care industries?
2      A.   No.
3      Q.   If you had no experience in the cosmetics
4  industry, how did it come about that you became the
5  CFO of Thrive Causemetics?
6      A.   I was initially a contract CFO introduced via
7  my firm at the time, which was CFO Selections, which
8  is a contract CFO company.
9      Q.   How long were you a contract CFO?
10     A.   Approximately two years.
11     Q.   After your contract CFO, what was your next
12 role at Thrive Causemetics?
13     A.   I was an employee CFO.
14     Q.   And when -- what month did that occur?
15     A.   Approximately July of 2019.
16     Q.   Did your day-to-day job duties and
17 responsibilities change in July 2019, or were they
18 essentially the same under a different title?
19     A.   They changed.  As I was now a fiduciary of
20 the company.
21     Q.   Can you explain how else your job
22 responsibilities changed other than becoming a
23 fiduciary?
24     A.   Managing personnel, power of attorney to sign
25 documents and payments and standard items that would

Page 13

1  be typical of a full-time employee CFO.
2      Q.   As a contract CFO, you didn't --
3      A.   Not in the sense where I can't fine the
4  company.
5      Q.   What does it mean exactly that you --
6          (Reporter clarification.)
7  BY MR. MCARTHUR:
8      Q.   What does it mean that you became a fiduciary
9  of Thrive Causemetics?
10     A.   That I was able to sign and bind on behalf of
11 the company whether it were payments or contracts.
12     Q.   Are there any other obligations that arise
13 from being a fiduciary of Thrive Causemetics?
14     A.   As I mentioned before, I was managing and
15 reviewing personnel.
16     Q.   Do you owe a fiduciary duty to Thrive
17 Causemetics?
18     A.   Yes.
19          MS. DE LILLY:  Object.  Asked and answered.
20 BY MR. MCARTHUR:
21     Q.   Do you own stock in Thrive Causemetics?
22     A.   No.
23     Q.   Is your compensation at Thrive Causemetics
24 reliant at all on the profitability of Thrive
25 Causemetics?

MCARTHUR OPP. 85

Ned Menninger  Confidential
July 13, 2021

Page 14

1    A.   Not directly, no.
2    Q.   Is it relied indirectly on --
3    A.   If the company was not profitable for a
4  continued period of time, there would be no funds
5  available for salary.
6    Q.   Were you involved in the -- in Thrive
7  Causemetics's decision to begin selling skin care
8  products?
9    A.   No.
10   Q.   Do you know who made that decision?
11   A.   I do not.
12        I could only speculate.  I don't have all the
13  information in front of me at this time.
14   Q.   Do you know when Thrive Causemetics -- I will
15  call it TCI -- withdraw the question.
16        Do you understand that, if I say, "TCI," I'm
17  referring to Thrive Causemetics?
18   A.   Yes.
19   Q.   Okay.  Do you know when TCI first moved into
20  the skin care industry?
21        MS. DE LILLY: Objection.  Vague.
22        THE WITNESS:  2018.
23  BY MR. MCARTHUR:
24   Q.   And what was TCI's first skin care product?
25   A.   I don't have that information in front of me

Page 15

1  to answer.
2    Q.   You just don't remember?
3    A.   I don't specifically.
4    Q.   When TCI moved into the skin care industry,
5  did you have to build any -- for its skin care line?
6    A.   No.
7    Q.   How many new employees did it hire devoted
8  directly to the skin care line?
9        MS. DE LILLY: Objection.  Calls for
10  speculation.
11        THE WITNESS:  I don't have that information
12  available, in front of me at this time.
13  BY MR. MCARTHUR:
14   Q.   As the CFO of the company, you don't know how
15  many employees the company hired for its skin care
16  line division?
17        MS. DE LILLY: Objection.  Argumentative and
18  asked and answered.
19        THE WITNESS:  I don't have that information
20  in front of me at this time as I mentioned.
21  BY MR. MCARTHUR:
22   Q.   You're going off of your own memory.  You
23  don't have to look at a document.
24        Do you know if it was more than 10 employees
25  that TCI hired?  Was it more than 10 employees --

Page 16

1    A.   No.
2    Q.   Do you know if it was more than 20 employees?
3    A.   I --
4        (Multiple people speaking simultaneously.)
5  BY MR. MCARTHUR:
6    Q.   Did TCI hire fewer than 10 employees --
7        MS. DE LILLY: Objection.
8        THE WITNESS:  No.  Wait.  Excuse me.  Repeat
9  the question.
10  BY MR. MCARTHUR:
11   Q.   Did TCI hire fewer than 10 employees for its
12  skin care line division?
13        MS. DE LILLY: Same objection.
14        THE WITNESS:  The -- excuse me.  We don't
15  hire people specific to a launch.  We hire for the
16  overall growth of the business, and at the time of the
17  launch, we didn't hire more than 10 people.
18  BY MR. MCARTHUR:
19   Q.   How many people at TCI, to the best of your
20  knowledge, work solely on the skin care line?
21   A.   None.
22   Q.   Did TCI open any new physical retail
23  locations for its skin care line?
24   A.   No.  We are direct to consumer only via
25  online sales.

Page 17

1    Q.   Did you have to lease or otherwise obtain new
2  office space for its skin care line?
3        MS. DE LILLY: Objection.  Vague.
4        THE WITNESS:  No.
5  BY MR. MCARTHUR:
6    Q.   Do you know why Ms. Bodnar would have
7  testified at her deposition that you were involved in
8  the decision to expand into skin care products?
9        MS. DE LILLY: Objection.  Calls for
10  speculation.
11        THE WITNESS:  I don't.
12  BY MR. MCARTHUR:
13   Q.   If Ms. Bodnar said that you and her were the
14  only people involved in the decision to expand into
15  skin care products, you don't know what she was
16  referring to?
17        MS. DE LILLY: Objection.  Asked and answered
18  and calls for speculation.
19        THE WITNESS:  I was informed about the
20  decision.  But the ultimate decision was hers to make.
21  BY MR. MCARTHUR:
22   Q.   And do you remember when she informed you
23  about the decision?
24   A.   I don't.
25   Q.   Do you remember what your advice to her was

**MCARTHUR OPP. 86**

Ned Menninger   Confidential
July 13, 2021

Page 18

1  about the decision?
2      A.  I don't.
3      Q.  Would this have been in 2018 or a different
4  year?
5          MS. DE LILLY:  Objection.  Vague.
6          THE WITNESS:  I don't have the specific
7  information on when that would have occurred.
8  BY MR. MCARTHUR:
9      Q.  Is TCI's skin care line profitable?
10     A.  Based on the information provided to you or
11  to -- in this matter that would show that, yes, it is
12  profitable.
13     Q.  Not based on the information that you showed
14  to me, just asking you, on your numbers and your
15  understanding of the company, is the skin care line
16  profitable?
17     A.  The information I provided to you are one and
18  the same.  That is the -- that is our information that
19  ties to our reported financial statements.
20     Q.  How do you know that the information provided
21  to Thrive Natural Care in this case regarding the
22  revenue profitability at TCI is completely accurate?
23     A.  Because I ensured that all of that
24  information tied to our reported financial statements.
25     Q.  Are skin care products a major source of

Page 19

1  TCI's revenue?
2      A.  Could you clarify "major," please?
3      Q.  What do you understand the major source of
4  revenue to be?
5      A.  They represent approximately 20 percent of
6  our revenue.
7      Q.  About how much of TCI's total advertising is
8  spent on skin care products?
9      A.  I don't have that information.  We don't
10  track it in that manner on a product basis.
11     Q.  In 2019 you became the CFO of TCI; right?
12     A.  Yes.
13     Q.  What is your job title today?
14     A.  VP of finance.
15     Q.  Have you had any job titles between CFO and
16  VP of finance?
17     A.  No.
18     Q.  What is the difference between a CFO and a VP
19  of finance?
20     A.  No functional difference.  You align with the
21  other members of the management team that have been
22  added.
23     Q.  It's mostly just a title change?
24     A.  Yes.
25     Q.  Are you aware of the names of any extra

Page 20

1  witnesses that TCI has hired in this litigation?
2      A.  I don't know the names.
3      Q.  Do you know how many expert witnesses TCI has
4  hired in this litigation?
5      A.  I don't recall the specifics.
6      Q.  You are the person that TCI is responsible,
7  ultimately, for paying these outside parties; is that
8  correct?
9      A.  Yes.
10     Q.  And you don't know how many you're currently
11  paying right now?
12         MS. DE LILLY:  Objection.  Calls for
13  speculation and asked and answered.
14         THE WITNESS:  I don't have the specifics in
15  front of me as to who we paid nor if there's others
16  that have -- I haven't yet been informed about.
17  BY MR. MCARTHUR:
18     Q.  Other than ones that you might not have been
19  informed about, how many are you aware of?
20         MS. DE LILLY:  Objection.  Calls for
21  speculation and asked and answered and argumentative.
22         THE WITNESS:  I don't have the specifics in
23  front of me at this time.
24  BY MR. MCARTHUR:
25     Q.  To be clear, is it your testimony today that

Page 21

1  you were not part of the decision for TCI to go into
2  skin care?
3          MS. DE LILLY:  Objection.  Asked and
4  answered.
5          THE WITNESS:  I was involved in the
6  discussion.  But the ultimate decision was with
7  Ms. Bodnar.
8  BY MR. MCARTHUR:
9      Q.  Other than you and Ms. Bodnar, who else was
10  involved in the discussion?
11     A.  I don't recall at this time.
12     Q.  What can you tell me about that discussion?
13  What was discussed?
14     A.  It would have been focused on potential in
15  the market, the cost of the products.  Would it be
16  appealing to our customers?  You know, things of that
17  nature and primarily related to the potential, or lack
18  thereof, profitability and the ability to manufacture
19  said products.
20     Q.  Are the products manufactured in the same
21  place that TCI's products are manufactured?
22     A.  Generally, no.  I don't have the specifics
23  for all of them, but there is some crossover.
24     Q.  Are these skin care products generally more
25  or less profitable than the cosmetics products?

**MCARTHUR OPP. 87**

Ned Menninger  Confidential
July 13, 2021

Page 30

1    A.   Meaning, it's that the landed COGS, for
2  instance -- let's go to the Overnight Sensation.  The
3  landed COGS should be 122,881, and allocated COGS
4  should be 124,154.
5    Q.   The allocated COGS and the landed COGS were
6  flipped between 2018 and 2020; is that correct?
7    A.   Correct.
8         (Multiple people speaking simultaneously.)
9  BY MR. MCARTHUR:
10   Q.   So all the totals are the same.
11        The new spread sheet that you sent us
12 yesterday -- does that have the correct information on
13 it?
14   A.   If it's what I provided to counsel, then,
15 yes.  I don't know what exactly was forwarded to you.
16   Q.   How did you discover this error?
17   A.   In preparation for this deposition, I was
18 reviewing the information that had been provided and
19 realized that I had swapped the columns.
20   Q.   Okay.
21        MR. MCARTHUR:  I don't believe the new
22 document you sent was marked attorney's eyes only.  I
23 assume that was probably an error.
24        MS. DE LILLY:  I think it is attorney's eyes
25 only.

Page 31

1         MR. MCARTHUR:  Okay.  I'll treat it as such.
2         MS. DE LILLY:  We are going to designate the
3  entirety of this transcript as confidential in light
4  of the exhibits being discussed and the testimony
5  being elicited, but during the review period, we'll,
6  obviously, adjust that designation as appropriate.
7         MR. MCARTHUR:  I'm going to upload Exhibit
8  38.
9         (ExhibitNo. 38 marked for identification.)
10        (Discussion off the record.)
11        MS. DE LILLY:  This was designated as
12 attorney's eyes only.
13        MR. MCARTHUR:  Great.  Then we will treat it
14 as such.
15        MS. DE LILLY:  Great.  Thank you.
16        THE WITNESS:  I'm able to open the document
17 that's labeled TCI, underscore, 00031132.
18 BY MR. MCARTHUR:
19   Q.   Great.  And do you see that it is a
20 three-page document?
21   A.   Yes.
22   Q.   That first page is 31132, the second page is
23 30183, and the third page is 30184.
24        Do you see that?
25   A.   Yes.

Page 32

1    Q.   So I'll represent this document is a
2  combination of Exhibit 37 plus the document you sent
3  last night.  I replaced the first page of 37 with
4  31132, which is a document you sent to us last night.
5  So I want you to review all three pages of this, and
6  let me know whether you think that this document
7  accurately reflects the revenue and costs associated
8  with TCI's skin care products.
9         MS. DE LILLY:  Just to clarify, this is a
10 document that was made by combining --
11        (Multiple people speaking simultaneously.)
12        MR. MCARTHUR:  This is just the spread sheet
13 that was provided last night with pages 2 and 3 from
14 Exhibit 37 I just showed him.  It's three pages of the
15 spread sheets.  It's combined -- two documents
16 combined into one file.
17        MS. DE LILLY:  Okay.  Thank you.
18 BY MR. MCARTHUR:
19   Q.   Do the numbers in this exhibit look accurate
20 to you?
21   A.   Yes.
22   Q.   Okay.  Do you have any reason to believe any
23 of these numbers are inaccurate?
24   A.   No.
25   Q.   Let's move back to Exhibit 37.

Page 33

1         Are you back on Exhibit 37?
2    A.   Yes.
3    Q.   Let's go to 30183, page 2.  Are you there?
4    A.   Yes.
5    Q.   So it appears to be revenue and COGS
6  information for Buildable Blur CC Cream between 2018
7  and 2020; is that correct?
8    A.   Yes.
9    Q.   And you understand that you're under oath
10 right now under the penalty of perjury; right?
11   A.   Yes.
12   Q.   It's your testimony under oath that all of
13 these numbers here are 100 percent accurate and
14 correct?
15   A.   Are you referring to the CC Cream or all --
16 when you say all --
17   Q.   30183.  I'm referring to this page.
18   A.   I'm on the wrong page.  Excuse me.
19        As I mentioned before, the revenue is exact
20 because that ties to Shopify, and the costs are
21 allocated.  We don't report it broken out by product
22 in this manner for our purposes, but the sum total of
23 the cost, all of them, tie to our financial
24 statements.  And so I would say, yes, these numbers
25 are accurate to that extent.

MCARTHUR OPP. 88

Ned Menninger  Confidential
July 13, 2021

Page 38

1    A.    It would be the latter.  It might have
2 happened, and I don't remember.
3    Q.    Does TCI market its skin care products to men
4 or only to women?
5    A.    It's primarily -- all of our products are
6 marketed to primarily women.  Although we do use male
7 models at times.  The majority, vast majority, of our
8 customers are women.
9    Q.    Are TCI's product ever marketed as unisex?
10    A.    Not that I'm aware, no.
11    Q.    Are you aware of any times that Thrive
12 Causemetics has received an inquiry from a customer
13 related to Thrive Natural Care?
14    A.    I am not aware.
15    Q.    Have you done revenue or profit projections
16 for TCI?
17    A.    We have just produced this information for --
18         (Multiple people speaking simultaneously.)
19 BY MR. MCARTHUR:
20    Q.    Have you ever done revenue or profit
21 projections for TCI?
22    A.    Yes.
23    Q.    When would you do those?
24    A.    We do it for budgeting purposes at the
25 beginning of each fiscal year.

Page 39

1    Q.    At the beginning of 2021, you did revenue and
2 profit projections for TCI; is that correct?
3    A.    Yes.
4    Q.    Would that have been in January?  What month
5 would that have been in?
6    A.    December of 2020 and January of 2021.
7    Q.    These revenue and profit projections would
8 have included revenue and profit projections for TCI's
9 skin care line; is that correct?
10    A.    Not specifically for skin care.  It would
11 have been on an all up basis.
12    Q.    It would have included TCI's skin care
13 products; right?
14    A.    Yes.
15    Q.    And how far into the future did those profit
16 projections go?  For a single year or multiple years?
17    A.    Single year for 2021.
18    Q.    What format is the eventual work product?  An
19 Excel file?  A PDF file?  What does it look like?
20    A.    Excel.  Could be presented as -- it was
21 Excel.
22    Q.    There is a 2021 revenue and profit projection
23 for TCI's products in an Excel file; is that correct?
24    A.    Yes.
25    Q.    And how are skin care products in this file

Page 40

1 separated from the other products if at all?
2    A.    They are not.
3    Q.    Is there any way at all to untangle
4 individual products or categories of products from one
5 another in this profit projection?
6         MS. DE LILLY:  Calls for speculation.
7         THE WITNESS:  I presume there's a way.  But
8 that's not how we view it.  It's on an all up basis.
9 BY MR. MCARTHUR:
10    Q.    Are the TCI's revenue and profit projections
11 for 2021 higher than they were for 2020?
12    A.    Yes.
13    Q.    Why is that?
14    A.    The overall growth of the business and our
15 increased advertising spend.
16    Q.    Has TCI been increasing advertising spend
17 every year?
18    A.    Yes.
19    Q.    How much money does TCI plan to spend on
20 advertising in 2021?
21         MS. DE LILLY:  Objection.  Calls for
22 speculation.
23         THE WITNESS:  The amount would be consistent
24 with a growth of revenue from 2020 through '21.  The
25 advertising spend is directly tied to our revenue --

Page 41

1         (Multiple people speaking simultaneously.)
2 BY MR. MCARTHUR:
3    Q.    What percentage of TCI's revenue do you spend
4 on advertising?
5         MS. DE LILLY:  Objection.  Vague.
6         THE WITNESS:  If you look right here in
7 roughly -- it's going to be consistent.  It's going to
8 be between -- overall, it's going to be 50 to 52
9 percent.
10 BY MR. MCARTHUR:
11    Q.    30183?
12    A.    Yes.
13    Q.    Is there a formula that TCI uses to determine
14 how much it spends on advertising?
15    A.    Yes.  We look at the return on ad spend on an
16 all up.  We don't track it via each product, but it's
17 at the all up level by the channel.  When I say,
18 "channel," it's our -- the various social media
19 outlets and other areas where we spend and derive
20 revenue.
21    Q.    When you say all up level, what do you mean
22 by the term "all up"?
23    A.    When I say -- if Thrive -- if TCI is
24 generating $10 in revenue, then I would say that that
25 would be the total amount and, then, the ad spend, as

MCARTHUR OPP. 89

Ned Menninger  Confidential
July 13, 2021

---

Page 42

1  we look -- we look at the profitability and look to
2  spend between 50 to 55 percent of that revenue on ad
3  spend in order to ensure that the business is
4  profitable.
5       Q.   Are you saying that 50 percent of all of
6  TCI's revenue is spent on advertising?
7            (Multiple people speaking simultaneously.)
8            MS. DE LILLY:  Misstates prior testimony.
9            THE WITNESS:  A significant amount of our
10  revenue, yes, is spent on advertising.
11  BY MR. MCARTHUR:
12      Q.   Is it about 50 percent?
13      A.   Thereabouts, yes.  Probably up to 52 percent.
14           MS. DE LILLY:  We've been going over an hour
15  now.  Is it a good time to take a break?
16           MR. MCARTHUR:  I'm good with that.
17           (Recess, 11:02 a.m. to 11:19 a.m.)
18           (Exhibit No. 39 marked for identification.)
19  BY MR. MCARTHUR:
20      Q.   Let me know when you are ready to answer
21  questions about Exhibit 39.
22      A.   I've opened the file.  One page; correct?
23      Q.   Yes.
24           Do you recognize this document,
25  Mr. Menninger?

---

Page 43

1      A.   Yes.
2      Q.   What is this document?
3      A.   It is the summary of revenue and COGS for
4  each of our skin care products by SKU from inception
5  in 2018 through May 31st of 2021.
6      Q.   So under oath and under penalty of perjury,
7  is every single number in this document 100 percent
8  accurate?
9      A.   As I mentioned before, the revenue ties
10  directly to Shopify, our e-commerce platform, and the
11  COGS as have been allocated in this sheet, the total
12  for which tie along with other -- the other products
13  tie to our general ledger.
14      Q.   So my question is, under oath and the penalty
15  of perjury, yes or no, are these numbers accurate?
16      A.   The totals are accurate, yes.
17      Q.   Is each individual entry -- are they 100
18  percent accurate?
19      A.   As I mentioned, to the extent -- as they have
20  been allocated, the allocation methodology is
21  consistent for all products.
22      Q.   The allocation methodology is consistent for
23  all products.
24           Is that your testimony?
25      A.   Yes.

---

Page 44

1      Q.   Okay.  My question, Mr. Menninger, is, is
2  each individual entry 100 percent accurate?
3      A.   As I mentioned, the entries, the sum total
4  for which for the skin care and other products, tie to
5  our financials, and the allocations that are done for
6  purposes of this matter were done consistently across
7  all products.  And so the sum total of each of
8  those -- of all the COGS and the revenue tie to our
9  financial statements.
10      Q.   I'm not asking about whether they tie to your
11  financial statements.  I'm asking about each
12  individual entry.
13           Let's take SKU TSC003, Liquid Balm Lip
14  Treatment, in 2020.
15           Do you see that?
16      A.   Yes.
17      Q.   Okay.  Let's go to the other overhead,
18  $126,765.
19           Do you see that?
20      A.   Yes.
21      Q.   Now, for revenue, $693,249.
22           Under penalty of perjury, is this $693,249 --
23  is that 100 percent accurate?
24      A.   Yes.
25      Q.   Okay.  For other overhead --

---

Page 45

1           (Reporter clarification.)
2  BY MR. MCARTHUR:
3      Q.   For other overhead, $126,765, is that number
4  100 percent accurate?
5      A.   Again, as I mentioned before, that's an
6  allocated cost.  We don't -- for purposes of our
7  internal financial statements, we don't produce a
8  similar report.
9      Q.   Why is it so important to you that you tie
10  these numbers directly to your financial statements?
11      A.   To ensure that I've allocated the correct
12  amounts, not too much and not enough.
13      Q.   For 2021 SKU TSC002, Overnight Sensation
14  Sleep Mask -- do you see that entry?
15      A.   Yes.
16      Q.   Why are there two entries for the same SKU
17  number here?
18      A.   That is how it was produced in Shopify.
19  Hence, sometimes it's -- it could be an anomaly with
20  the reporting, but the sum total of the revenue
21  through 2021, for instance, is the 5,776 plus the
22  1,444.
23      Q.   Why is the 1,444 in parenthesis?
24      A.   That was when it represented returns, which
25  might ordinarily have been netted out.  But Shopify

---

MCARTHUR OPP. 90

Ned Menninger  Confidential
July 13, 2021

Page 90

```
 1              DECLARATION UNDER PENALTY OF PERJURY

 2

 3          I, Ned Menninger, do hereby certify under

 4   penalty of perjury that I have read the foregoing

 5   transcript of my deposition taken on 07/13/2021;

 6   that I have made such corrections as appear noted on the

 7   Deposition Errata Page, attached hereto, signed by me;

 8   that my testimony as contained herein, as corrected, is

 9   true and correct.

10

11          Dated this _____ day of _____,

12   20__, at _____,

13   _____.

14

15

16                 _____

17                 Ned Menninger

18

19

20

21

22

23

24

25
```

# Depo. Ex. 38

Case 2:20-cv-09091-PA-AS   Document 111   Filed 10/04/21   Page 93 of 95   Page ID #:6142

*Thrive Natural Care, Inc. v. Thrive Causemetics, Inc.*, Case No. 2:20-cv-9091 (C.D. Cal.)



**EXHIBIT** 38
Witness: N. Menninger
Date:  7/13/21

**MCARTHUR OPP. 93**

CONFIDENTIAL – ATTORNEYS EYES ONLY

TCI_00031132



**MCARTHUR OPP. 94**

CONFIDENTIAL – ATTORNEYS EYES ONLY



**MCARTHUR OPP. 95**

CONFIDENTIAL – ATTORNEYS EYES ONLY