# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THRIVE NATURAL CARE, INC.<br><br>Plaintiff(s),<br><br>v.<br><br>THRIVE CAUSEMETICS, INC.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:20–cv–09091–PA–AS<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __10/4/2021__

Document Number(s):   __111, 112__

Title of Document(s):   __Declarations__

**ERROR(S) WITH DOCUMENT:**

Title page is missing.

Incorrect event selected. Correct event to be used is: Motions and Related Filings > Responses/Replies/Other Motion Related Documents > Exhibit to Motion

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: October 5, 2021              By:  /s/ *Margo Mead  margo_mead@cacd.uscourts.gov*
                                                Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G–112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS