Rollin Ransom (State Bar No. 196126)
rransom@sidley.com
Lauren M. De Lilly (State Bar No. 301503)
ldelilly@sidley.com
Paula Salazar (State Bar No. 327349)
psalazar@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite-4000
Los Angeles, CA 90013
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600

*Attorneys for Defendant Thrive Causemetics, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THRIVE NATURAL CARE, INC.<br><br>Plaintiff,<br><br>v.<br><br>THRIVE CAUSEMETICS, INC.,<br><br>Defendant. | Case No. 2.20-cv-9091-PA-AS<br><br>**DECLARATION OF ROLLIN A RANSOM IN SUPPORT OF DEFENDANT THRIVE CAUSEMETICS, INC.'S UNOPPOSED *EX PARTE* APPLICATION TO STRIKE PLAINTIFF'S JURY DEMAND AND TO BRIEFLY CONTINUE THE TRIAL DATE** |

## DECLARATION OF ROLLIN A. RANSOM

I, Rollin A. Ransom, declare and state as follows:

1. I am an attorney at law licensed to practice before all of the Courts of the State of California and admitted to practice in this District. I am a partner at the law firm of Sidley Austin LLP, counsel of record for Defendant Thrive Causemetics, Inc. ("TCI") in this action, and submit this declaration in support of TCI's Unopposed *Ex Parte* Application to Strike Plaintiff Thrive Natural Care, Inc.'s ("Plaintiff") Jury Demand and to Briefly Continue the Trial Date (the "Application"). I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. On October 8, 2021, I spoke with Stephen McArthur, counsel for Plaintiff, by telephone regarding TCI's intent to file an *ex parte* application. Specifically, I informed Plaintiff's counsel that TCI intended to file an *ex parte* application to strike Plaintiff's demand for a jury trial in light of the Court's October 6, 2021 order granting in part and denying in part TCI's motion for summary judgment, which eliminated Plaintiff's claims for reasonable royalty and corrective advertising damages such that there were no remaining issues in the case to be tried to a jury. I further informed Plaintiff's counsel that TCI intended to file the application on either October 8 or 11, 2021.

3. Plaintiff's counsel informed me that Plaintiff does not oppose the Application.

I declare under penalty of perjury under the laws of the United States that the above facts are true and correct, and that this declaration was executed this 8th day of October 2021, in Los Angeles, California.

                                                      */s/ Rollin A. Ransom*
                                                      Rollin A. Ransom