| | |
|---|---|
| Stephen McArthur (SBN 277712) | Rollin Ransom (SBN 196126) |
| stephen@smcarthurlaw.com | rransom@sidley.com |
| Thomas Dietrich (SBN 254282) | Lauren De Lilly (SBN 301503) |
| tom@smcarthurlaw.com | ldelilly@sidley.com |
| THE MCARTHUR LAW FIRM, P.C. | Paula Salazar (SBN 327349) |
| 9465 Wilshire Blvd., Ste. 300 | psalazar@sidley.com |
| Beverly Hills, CA 90212 | SIDLEY AUSTIN LLP |
| Telephone: (323) 639-4455 | 555 West Fifth St., Ste. 4000 |
| | Los Angeles, CA 90013 |
| *Attorneys for Plaintiff Thrive Natural Care, Inc.* | Telephone: (213) 896-6000 |
| | *Attorneys for Defendant Thrive Causemetics, Inc.* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THRIVE NATURAL CARE, INC., <br><br>Plaintiff, <br><br>v. <br><br>THRIVE CAUSEMETICS, INC., <br><br>Defendant. | Case No. 2:20-cv-9091-PA-AS <br><br>Hon. Percy Anderson <br><br>**JOINT STATEMENT ON MEET AND CONFER** <br><br>Trial Date: November 9, 2021 <br>Time:         9:00 a.m. <br>Place:        Courtroom 9A |

Pursuant to this Court's Order dated October 7, 2021 (Dkt. 115), Plaintiff Thrive Natural Care Inc. ("Plaintiff") and Defendant Thrive Causemetics, Inc. ("Defendant") (collectively, the "Parties") hereby submit this joint statement concerning their meet and confer efforts and identifying the Motions in Limine that they intend to file.

## Meet and Confer Efforts

Lead trial counsel Stephen McArthur and Rollin Ransom met and conferred in person at 9:00 a.m. on Monday, October 12, 2021. Counsel were able to work through several issues, including each Party agreeing to withdraw two of their four motions in limine. The Parties also agreed to withdraw numerous exhibits and their evidentiary objections to many more, significantly reducing the number of disputed trial exhibits.

Given the unopposed *ex parte* application to strike the jury trial, the Parties believe that the disputes regarding the jury instructions and verdict form are likely moot. The Parties also believe that this will significantly reduce the total amount of time needed for trial because witness direct testimony will be done by declaration.

Each party intends to file two motions in limine. Plaintiff is filing a motion in limine to strike defendant's evidence of third party use of the term "thrive" where Defendant failed to identify evidence that such use was for skincare or related products. Plaintiff's second motion in limine seeks to exclude Defendant's category of "Other Overhead" costs on the basis that it includes non-deductible costs that are irrelevant to the damages calculations of this case.

Defendant's first motion in limine seeks to exclude evidence of alleged harm to the THRIVE mark or other actual damage, on the ground that any such damages calculation was undisclosed and Plaintiff's damages expert testified it would be speculative. Defendant's second motion in limine seeks to exclude alleged evidence of actual confusion that relates solely to Defendant's makeup products (which are not accused of infringement, rendering the evidence irrelevant and prejudicial) and/or reflects inadmissible hearsay.

/ / /

1

DATED: October 13, 2021

Respectfully submitted,

**THE MCARTHUR LAW FIRM, PC**

By */s/ Stephen McArthur*
    Stephen C. McArthur
    Thomas E. Dietrich

*Attorneys for Plaintiff Thrive Natural Care, Inc.*


DATED: October 13, 2021

**SIDLEY AUSTIN, LLP**

By: */s/ Rollin A. Ransom (with permission)*
    Rollin A. Ransom

*Attorneys for Defendant Thrive Causemetics, Inc.*

**ATTESTATION UNDER LOCAL RULE 5-4.3.4**

I, Thomas Dietrich, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with Local Rule 5-4.3.4(a)(2), I hereby attest that Rollin Ransom has concurred in this filing.

Dated: October 13, 2021        */s/ Thomas Dietrich*
                               Thomas Dietrich

# CERTIFICATE OF SERVICE

Case Name: *Thrive Natural Care, Inc. v. Thrive Causemetics, Inc.*
Case No.: 2:20-cv-9091-PA-AS

IT IS HEREBY CERTIFIED THAT:

  I, the undersigned, declare under penalty of perjury that I am a citizen of the United States over 18 years of age. My business address is 9465 Wilshire Blvd., Ste. 300, Beverly Hills, CA 90212. I am not a party to the above-entitled action.

  I have caused service of the following documents, described as:

**JOINT STATEMENT ON MEET AND CONFER**

on the following parties by electronically filing the foregoing on October 13, 2021, with the Clerk of the District Court using its ECF System, which electronically notifies them.

Rollin Ransom (SBN 196126)      *Attorneys for Defendant*
rransom@sidley.com
Ryan Stasell (SBN 307431)
rstasell@sidley.com
Paula Salazar (SBN 327349)
psalazar@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth St., Ste. 4000
Los Angeles, CA 90013

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 10/13/2021    By: */s/ Thomas Dietrich*
             Thomas Dietrich

-5-
JOINT STATEMENT ON MEET AND CONFER