UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-9091 PA (ASx) | Date | October 14, 2021 |
|---|---|---|---|
| Title | Thrive Natural Care, Inc. v. Thrive Causemetics, Inc. | | |

Present: The Honorable   PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| Kamilla Sali-Suleyman (video) | Anne Kielwasser (video) |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Thomas Dietrich (video) | Rollin Ransom (video) |
| Stephen McArthur (video) | Lauren De Lilly (video) |

**Proceedings:**     STATUS CONFERENCE via ZOOM

Cause called; appearances made.  Court and counsel confer regarding the status of the case, including the number of witnesses to be called, witness testimony, time estimates for cross examination, and potential for settlement.  Both sides waive their right to a jury trial and elect to proceed with a bench trial.

IT IS SO ORDERED

|  | : | 41 |
|---|---|---|
| Initials of Preparer | kss | |