# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 20-9091 PA (ASx) | Date | October 14, 2021 |
|---|---|---|---|
| Title | Thrive Natural Care, Inc. v. Thrive Causemetics, Inc. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS ORDER

The parties are ordered to each submit a Confidential Settlement Conference Statement ("statement") no later than **Tuesday October 19, 2021**, to the Court's chambers courtesy box. The statement shall be in the form of a letter and not exceed five pages in length. The statement shall include a chronology of the parties' prior settlement negotiations, including the last offer or demand made by that party as well as the minimum amount the parties will accept and maximum amount the parties will pay. The statement shall be submitted to the chambers courtesy box on the Fourth Floor of the 1st Street Federal Courthouse. The statement shall not be filed and shall not be exchanged with the other side. The statement shall also contain the following information:

(a)   a summary of the factual background of the case;
(b)   a summary of the important legal and factual issues presented by the case and the submitting party's position on each issue;
(c)   a description of the damages or other relief sought by or against the submitting party; and
(d)   any other relevant circumstances that counsel believe will assist the Court.

The Statement will be provided to a judicial officer to determine the probability of a settlement and whether the Court should require the parties to attend an additional settlement conference.

The Court orders the parties to file, no later than **Tuesday October 19, 2021** a list of available dates when both sides will be available to appear for a settlement conference. This should include the availability of the parties' business representatives who are authorized to settle this case.

The Court orders the parties to file, no later than **noon, Friday October 15, 2021**, a stipulation or other pleading setting forth in writing their waiver of a jury trial.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-9091 PA (ASx) | Date | October 14, 2021 |
|---|---|---|---|
| Title | Thrive Natural Care, Inc. v. Thrive Causemetics, Inc. | | |

    Finally, the Court moves the deadline for the parties to submit their Witness Declarations, as required in the Civil Trial Scheduling Order, to **Tuesday October 26, 2021**.

    IT IS SO ORDERED.