Stephen McArthur (SBN 277712)
stephen@smcarthurlaw.com
Thomas Dietrich (SBN 254282)
tom@smcarthurlaw.com
THE MCARTHUR LAW FIRM, P.C.
9465 Wilshire Blvd., Ste. 300
Beverly Hills, CA 90212
Telephone: (323) 639-4455

*Attorneys for Plaintiff Thrive Natural Care, Inc.*

Rollin A. Ransom (State Bar No. 196126)
rransom@sidley.com
Lauren M. De Lilly (State Bar No. 301503)
ldelilly@sidley.com
Paula C. Salazar (State Bar No. 327349)
psalazar@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Attorneys for Defendant Thrive Causemetics, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THRIVE NATURAL CARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> THRIVE CAUSEMETICS, INC., <br><br> Defendant. | Case No. 2:20-cv-9091-PA-AS <br><br> Hon. Percy Anderson <br><br> **JOINT SUMMARY OF WITNESS TESTIMONY** <br><br> Trial Date:  November 9, 2021 <br> Time:       9:30 a.m. <br> Place:      Courtroom 9A |

Pursuant to the Court's Civil Trial Scheduling Order (ECF No. 19) and the Court's October 7, 2021 Minute Order (ECF No. 115), Plaintiff Thrive Natural Care, Inc. and Defendant Thrive Causemetics, Inc. submit the attached Joint Summary of Witness Testimony. Notwithstanding the parties' respective estimates of witness examination times reflected in the attached, the parties request that the Court grant each party the same total amount of time for witness examination.

Dated: October 15, 2021

THE MCARTHUR LAW FIRM, PC

By: /s/ *Stephen C. McArthur*
STEPHEN C. MCARTHUR
Stephen McArthur
stephen@smcarthurlaw.com
Thomas Dietrich
tom@smcarthurlaw.com
9465 Wilshire Blvd., Ste. 300
Beverly Hills, CA 90212
Telephone: (323) 639-4455

*Attorneys for Plaintiff Thrive Natural Care, Inc.*

DATED: October 15, 2021

SIDLEY AUSTIN LLP

By: /s/ *Rollin A. Ransom*
Rollin A. Ransom (State Bar No. 196126)
rransom@sidley.com
Lauren M. De Lilly (State Bar No. 301503)
ldelilly@sidley.com
Paula C. Salazar (State Bar No. 327349)
psalazar@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Attorneys for Defendant Thrive Causemetics, Inc.*

-1-

JOINT SUMMARY OF WITNESS TESTIMONY

## SIGNATURE ATTESTATION

I am the CM/ECF filer whose identification and password are being used to file the foregoing Joint Summary of Witness Testimony. In compliance with Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that every signatory has concurred in this filing.

DATED: October 15, 2021

By: */s/ Rollin A. Ransom*
Rollin A. Ransom

JOINT TRIAL WITNESS ESTIMATE FORM

CASE:  2:20-cv-09091-PA-AS                                    TRIAL DATE: November 9, 2021, 9:00 a.m.

|   | WITNESS NAME | PARTY CALLING WITNESS | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 1 | Alex McIntosh (in person) | Plaintiff (by declaration; 1.5 hours for redirect) | 4 hours | Plaintiff's summary:  Testimony concerning: Thrive Natural Care's founding and business operations; selection and meaning of the "Thrive" mark; early operations under Ecomundi Ventures, LLC and assignment of all goodwill and business operations to Thrive Natural Care; sale of goods branded with Thrive marks; application for and prosecution of federal trademark applications for Thrive marks; communications with representatives from Thrive Causemetics; Thrive's trademark enforcement efforts; Thrive Causemetics' use of "Thrive" brand and actual confusion between the parties or the products of each; damages to Thrive Natural Care from Thrive Causemetics' infringement; marketing channels and customers for Thrive Natural Care products; degree of consumer care in skincare market; Thrive Natural Care's marketing and advertising and effect on same by Thrive Causemetics' marketing and advertising. | Subject of in limine motion |

| | | | | | |
|---|---|---|---|---|---|
| 2 | Rob Wallace (in person) | Plaintiff (by declaration; .75 hours for redirect) | 1.5 hours | Plaintiff's summary: Testimony concerning: construction and provision of consumer surveys for confusion between parties' skincare products; meaning of responses to surveys and level of confusion between the parties' products; additional findings relevant to likelihood of confusion analysis; the online presence of the parties' products and advertising; the exposure of Thrive Causemetics' products and advertising to consumers searching online for "Thrive" and related terms in connection with skincare products. | |
| 3 | David Drews (in person) | Plaintiff (by declaration; .5 hours for redirect) | .5 hours | Plaintiff's summary: Testimony concerning: Thrive Natural Care's damages and basis for calculation of such damages, including the amount of disgorged profits and Thrive Causemetics' revenues and profits from infringing sales. | Subject of in limine motion |
| 4 | Karissa Bodnar | Plaintiff (by deposition designation) | (by deposition counter-designation) | Plaintiff's summary: Testimony concerning: Thrive Causemetics' founding; expansion into skincare market and sale of goods branded with infringing marks; knowledge of Thrive Natural Care, Thrive marks, Thrive Natural Care trademark registrations; application for and prosecution of federal trademark applications for Thrive Causemetics' marks containing "Thrive" term; communications with Thrive Natural Care representatives; Thrive Causemetics' use of "Thrive | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | Causemetics" brand on skincare products; marketing channels and customers for Thrive Causemetics' products; Thrive Causemetics' marketing and advertising of infringing skincare products; Thrive Causemetics' business operations. | |
| 5 | Ned Menninger | Plaintiff (by deposition designation) | (by deposition counter-designation) | Plaintiff's summary: Testimony concerning: Thrive Causemetics' revenue, profits, and claimed expenses relating to sales of infringing skincare products; Thrive Causemetics' business operations and financials; Thrive Causemetics' marketing and advertising of infringing skincare products. | |
| 6 | Brendan Gardner-Young | Plaintiff (by deposition designation) | (by deposition counter-designation) | Plaintiff's summary: Testimony concerning: Thrive Causemetics' marketing and advertising of infringing skincare products; purchase and use of advertising keywords; Thrive Causemetics' business operations. | |
| 7 | Karissa Bodnar (in person) | Defendant (by declaration on direct in defendant's case; .5 hours for redirect) | 2 hours | Defendant's summary: Testimony concerning: Thrive Causemetics' origins, mission, selection of the Thrive Causemetics mark, channels of commerce, Thrive Causemetics target consumer and customer base; communications between Thrive Causemetics and Plaintiff; lack of Thrive Causemetics knowledge of actual consumer confusion. | |
| 8 | Ned Menninger (in person) | Defendant (by declaration on direct in defendant's case; .5 hours for redirect) | 1.5 hours | Defendant's summary: Testimony concerning: Thrive Causemetics' financial information from 2018 to 2021 including revenues, advertising | Subject of in limine motion |

| | | | | | |
|---|---|---|---|---|---|
| | | | | expenditures, and overhead expenses related to the production and sale of skincare products. | |
| 9 | Itamar Simonson (in person) | Defendant (by declaration on direct; .5 hours for redirect) | 2 hours | Defendant's summary:  Testimony concerning: expertise in consumer purchasing behavior; design and analysis of consumer survey showing no likelihood of confusion; rebuttal testimony as to the design and conclusions of survey offered by Thrive Natural Care. | |
| 10 | Karl Schulze (in person) | Defendant (by declaration on direct; .5 hours for redirect) | 1.5 hours | Defendant's summary:  Testimony concerning: expertise as to economic damages claimed in trademark infringement cases; rebuttal testimony as to the damages calculations offered by Thrive Natural Care. | Subject of in limine motion |
| 11 | Lisa Ertz (in person) | Defendant (by declaration on direct; .25 hours for redirect) | .25 hours | Defendant's summary:  Testimony concerning: communications with Thrive Natural Care regarding potential partnership. | Subject of in limine motion |
| 12 | Alex McIntosh (in person) | Defendant (on direct/redirect as adverse witness in defendant's case) (.75 hours) | 0.5 hour (on cross-examination in defendant's case) | Defendant's summary (to the extent not covered in cross-examination in plaintiff's case):  Testimony concerning: origin of Thrive Natural Care, sustainability mission, selection of the Thrive mark; invalidity of assignment from Ecomundi Ventures; Thrive Natural Care financial performance including sales, revenues, and advertising expenditures; valuations of company and Thrive mark; target consumers and channels of commerce. | |