1 | Rollin A. Ransom (State Bar No. 196126)
rransom@sidley.com
2 | Lauren M. De Lilly (State Bar No. 301503)
ldelilly@sidley.com
3 | Paula C. Salazar (State Bar No. 327349)
psalazar@sidley.com
4 | SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
5 | Los Angeles, CA 90013
Telephone: (213) 896-6000
6 | Facsimile: (213) 896-6600

7 | Attorneys for Defendant
THRIVE CAUSEMETICS, INC.
8

9 | UNITED STATES DISTRICT COURT

10 | CENTRAL DISTRICT OF CALIFORNIA

11

12 | THRIVE NATURAL CARE, INC.,                Case No. 2:20-cv-9091-PA-AS

13 |         Plaintiff,                        Hon. Percy Anderson

14 |     v.                                    **DEFENDANT THRIVE CAUSEMETICS, INC.'S TRIAL EXHIBIT LIST**

15 | THRIVE CAUSEMETICS, INC.,

16 |         Defendant.                        Trial Date: November 9, 2021
                                               Time:       9:00 a.m.
17 |                                           Place:      Courtroom 9A

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Federal Rule of Civil Procedure 26(a)(3(A)(iii) and Local Rule 16, Defendant Thrive Causemetics, Inc. ("Defendant" or "TCI") hereby submits this list of exhibits that it will offer at trial or that it may offer at trial if the need arises. TCI reserves the right to object to any document on this list to the extent offered by Plaintiff Thrive Natural Care, Inc. TCI further reserves the right to supplement and/or add to this list those exhibits that were inadvertently omitted or exhibits that will be used in rebuttal or impeachment to evidence and testimony introduced at trial.

| Ex. No.[1] | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 2 | TCI's Revenue Information for Color Cosmetics (2016 – 2021) TCI_00022753-TCI_00022767 (CONFIDENTIAL – ATTORNEYS EYES ONLY) | | |
| 3 | TCI's Revenue Information for Skincare (2018 – Feb. 2021), TCI_00014424 (CONFIDENTIAL – ATTORNEYS EYES ONLY) | | |
| 4 | Product List Spreadsheet, TCI_00026950-TCI_00026955 (CONFIDENTIAL – ATTORNEYS EYES ONLY) | | |
| 30 | Email Chain Between K. Bodnar and A. McIntosh (Apr. 23, 2016), TCI_00019117-TCI_00019118 (CONFIDENTIAL) | | |
| 31 | Letter From T. Manfredi to K. Bodnar (Mar. 3, 2017), TNC00902- TNC00903 (CONFIDENTIAL) | | |
| 33 | Notes re: Call with A. McIntosh (June 27, 2019), TCI_00028612- TCI_00028614 | | |
| 38 | TCI Revenue Information, TCI_00031132, TCI_00030183-TCI_00030184 (CONFIDENTIAL – ATTORNEYS EYES ONLY) | | |
| 53 | Thrive Natural Care, Inc.'s Products Webpage, TNC01160-TNC01161 | | |

---

[1] Pursuant to L.R. 16-6.1, TCI has placed an asterisk (*) next to the exhibits that TCI may offer at trial if the need arises.

| Ex. No.[1] | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 54 | Thrive Natural Care, Inc.'s Product Offering | | |
| 55 | Plaintiff Thrive Natural Care, Inc.'s Supplemental Responses to Defendant Thrive Causemetics, Inc.'s First Set of Interrogatories (June 28, 2021) | | |
| 58* | Screenshot of Thrive Natural Care's Skin Health Philosophy Webpage, TNC01208 | | |
| 59 | Thrive Natural Care's Brochure, TNC00143-TNC00144 | | |
| 60 | Thrive Natural Care Brand DNA Slide Deck (Jan. 12, 2013), TNC00391-TNC00399 (CONFIDENTIAL) | | |
| 61 | Thrive Natural Care's Marketing Deck (May 24, 2013), TNC00556-TNC00597 (CONFIDENTIAL) | | |
| 62 | Thrive Natural Care's Marketing Deck (June 7, 2013), TNC00598-TNC00634 (CONFIDENTIAL) | | |
| 63 | Thrive Natural Care's Brand DNA Deck (Dec. 14, 2013), TNC00283-U-TNC00290-U | | |
| 64 | Thrive Natural Care's Sell Sheet, TNC00294-U-TNC00295-U | | |
| 65* | Thrive Natural Care's Executive Overview (Oct. 9, 2013), TNC00130-U-TNC00131-U | | |
| 66 | Thrive Natural Care's Video and Audio Descriptions, TNC00297-U-TNC00298-U | | |
| 67* | Email Chain Between J. Brenner and A. McIntosh (Apr. 8, 2014), TNC01398-TNC01400 | | |
| 68 | Thrive Natural Care's Product Marketing Spreadsheet, TNC01427.00001-TNC01427.00116 | | |
| 69 | Thrive Natural Care Summary Financial Statements, TNC01282 – TNC01299 (CONFIDENTIAL – ATTORNEYS EYES ONLY) | | |

| Ex. No.[1] | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 70 | Thrive Natural Care Summary Financial Statements (CONFIDENTIAL – ATTORNEYS EYES ONLY) | | |
| 72 | Email Chain Between A. McIntosh and K. Bodnar (Apr. 23, 2016), TNC00901 | | |
| 79 | Thrive Natural Care Digital Playbook Slide Deck, by Rokit (Oct. 28, 2016), TNC00193 – TNC00218 (CONFIDENTIAL) | | |
| 88 | Email Chain Between A. McIntosh and E. Bruss (May 3, 2017), TNC00831 (CONFIDENTIAL) | | |
| 89 | Email Chain Between A. McIntosh and B. Boothe (Nov. 20, 2017), TNC00819 (CONFIDENTIAL) | | |
| 90 | Email Chain Between C. Kelley and A. McIntosh (May 24, 2018), TNC00830 (CONFIDENTIAL) | | |
| 91 | Email Chain Between P. Segal and A. McIntosh (Sept. 17, 2019), TNC00822 (CONFIDENTIAL) | | |
| 92 | Trademark/Service Mark Statement of Use for Serial No. 85726058 (Oct. 4, 2013) | | |
| 95 | Trademark/Service Mark Application, Principal Register for "THRIVE" Mark, Serial No. 85726058 (Sept. 11, 2012) | | |
| 96 | Nunc Pro Tunc Trademark Assignment (Sept. 27, 2013), TNC01196-TNC01197 | | |
| 97 | Thrive Natural Care, Inc., Restricted Stock Purchase Agreement (May 23, 2013), TNC01408-TNC01422 | | |
| 98* | Thrive Natural Care, Inc.'s Certificate of Incorporation (Dec. 26, 2012), Ecomundi_00075-Ecomundi_00077 | | |
| 99 | "Alex & Andrea discuss A new model for personal care business" Presentation (Nov. 20, 2012), Ecomundi_00005-Ecomundi_00024 | | |

| Ex. No.[1] | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 113 | Amazon.com Search Results for the term "Thrive" | | |
| 350 | USPTO's Notice of Divisional Request Completed (Nov. 5, 2013) (ECF No. 63-11) | | |
| 351 | Collins English Dictionary's Definition of "thrive" (accessed Aug. 20, 2021) (ECF No. 63-12) | | |
| 352 | Trademark/Service Mark Request to Divide for Serial No. 85726058 (Oct. 3, 2013) (ECF No. 63-13) | | |
| 353 | Thrive Natural Care's Facebook Webpage (accessed Aug. 19, 2021) (ECF No. 63-17) | | |
| 354 | Thrive Natural Care's Instagram Webpage (accessed Aug. 19, 2021) (ECF No. 63-18) | | |
| 355* | Thrive Natural Care's "Superplant Skincare" Webpage (accessed Aug. 18, 2021) (ECF No. 63-19) | | |
| 356 | Thrive Natural Care's "Regenerative Mission" Webpage (accessed Aug. 18, 2021) (ECF No. 63-20) | | |
| 357* | Thrive Natural Care's Daily Defense Sunscreen Balm Product Page (accessed Aug. 18, 2021) (ECF No. 63-21) | | |
| 358* | Thrive Natural Care's Face Wash Product Page (accessed Aug. 18, 2021) (ECF No. 63-22) | | |
| 359* | Thrive Natural Care's Best Natural Exfoliating Scrub Product Page (accessed Aug. 18, 2021) (ECF No. 63-23) | | |
| 360* | Thrive Natural Care's Shaving Oil Product Page (accessed Aug. 18, 2021) (ECF No. 63-24) | | |
| 361 | San Francisco Business Times Article, "Can Amazon lift sales at this S.F. skincare business by $1 million?" (Sept. 21, 2017) (ECF No. 63-25) | | |

| Ex. No.[1] | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 362 | Reuters Article, "Support the Evolution of Men's Shave and Skin Care" (Apr. 7, 2015) (ECF No. 63-26) | | |
| 363 | San Francisco Business Times Article, "S.F. skincare startup to get bump from Amazon" (Sept. 28, 2017) (ECF No. 63-27) | | |
| 364 | USPTO Query Results for the Term "thrive*" (accessed Aug. 22, 2021) (ECF No. 63-28) | | |
| 365 | Amazon Webpage for Third Party Ashford Point LLC's Thrive Therapeutic Cold Therapy Packs, Therapeutic Hot Therapy Packs, and First Aid Kits (accessed Aug. 23, 2021) (ECF No. 63-30) | | |
| 366 | Third Party Naked + Thriving LLC's Home Webpage (accessed Aug. 23, 2021) (ECF No. 63-31) | | |
| 367 | Third Party I25X, LLC's ithriveX Performance Collection's Webpage (accessed Aug. 23, 2021) (ECF No. 63-32) | | |
| 368 | Third Party Surthrival LLC's Home Webpage (accessed Aug. 23, 2021) (ECF No. 63-33) | | |
| 370 | Third Party Le-Vel Brands, LLC's Skin Products Webpage (accessed Aug. 23, 2021) (ECF No. 63-35) | | |
| 371 | Third Party Simplythrive, LLC's Home Webpage (accessed Aug. 23, 2021) (ECF No. 63-36) | | |
| 372* | Amazon Search Results for the Term "thrive" (accessed on Aug. 25, 2021) (ECF No. 81-1) | | |
| 373* | Amazon Search Results for the Term "thrive skincare" (accessed on Aug. 25, 2021) (ECF No. 81-2) | | |
| 374* | Amazon Search Results for the Term "thrive lotion" (accessed on Aug. 25, 2021) (ECF No. 81-3) | | |

| Ex. No.[1] | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 377 | Investment Advisor Article, "The Business of Beauty" (June 2016), TNC00145-U-TNC00147-U | | |
| 378 | Memorandum from A. McIntosh to K. Jeffrey (Mar. 15, 2021), TNC00187 (CONFIDENTIAL) | | |
| 380 | Email Chain Between P. Segal and A. McIntosh (Aug. 12, 2019), TNC00835-TNC00837 (CONFIDENTIAL) | | |
| 381 | Letter from S. McChesney to T. Manfredi (Apr. 12, 2017), TNC00899-TNC00900 | | |
| 382 | Thrive Natural Care's Thrive Face Lotion for Men Product Description, TNC01324-TNC01325 | | |
| 383* | Capture of Thrive Natural Care's Homepage (Nov. 18, 2014), TNC01341 | | |
| 384* | Capture of Thrive Natural Care's Main Product Page (Feb. 7, 2016), TNC01342 | | |
| 385 | Memorandum from A. McIntosh to Laura and Team Laita (May 5, 2013), TNC01357-TNC01364 | | |
| 386 | Thrive Natural Care's Influencer Strategy Slide Deck (Feb. 2017), TNC01909-TNC01924 | | |
| 387 | Thrive Natural Care's Face Wash Product Webpage on Amazon.com (accessed Sept. 2, 2021), available at https://www.amazon.com/stores/page/A307533D-FD7E-411C-A3F9-D774CF8CB856?ingress=2&visitId=cc062265-78e1-43ad-8fe80853f6322353&ref_=ast_bln | | |
| 388* | Thrive Natural Care's Gift Kits Product Webpage on Amazon.com (accessed Sept. 2, 2021), available at https://www.amazon.com/stores/page/92EAEA39-7558-498D-BF815940EF8C8F | | |

| Ex. No.[1] | Description | Date Identified | Date Admitted |
|---|---|---|---|
|  | AD?ingress=2&visitId= cc062265-78e1-43ad-8fe8- 0853f6322353&ref% E2%80%A6 |  |  |
| 389* | Thrive Natural Care's Daily Defense Sunscreen Balm Product Webpage on Amazon.com (accessed Sept. 2, 2021), available at https://www.amazon.com /stores/page/CCA98CF5 -BCDA-4291-936A-715E1DD1B 6CE?ingres s=2&visitId=cc062265-78e1-43 ad-8fe8-0853f6322353&ref_=ast_bln |  |  |
| 390* | Thrive Natural Care's New Products Webpage on Amazon.com (accessed Sept. 2, 2021), available at https://www.amazon.com/ stores/page/71E9EFA9-7F 30-4B2A-BAB3-9889620097 D7?ingress=2 &visitId=cc062265-78e1-43ad-8fe8- 0853f6322353&re f%E2%80%A6 |  |  |
| 391* | Thrive Natural Care's Shave & Shower Soap Product Webpage on Amazon.com (accessed Sept. 2, 2021), available at https://www.amazon.com/ stores/page/C35AB8E1-1A 2B-484D-BB5E-706AA44 38B47?ingress=2 &visitId=cc062265-78e1-4 3ad-8fe8-0853f6322353&ref_ =ast_bln |  |  |
| 392* | Thrive Natural Care's Posts Webpage on Amazon.com (accessed Sept. 2, 2021), available at https://www.amazon.com/stores/ |  |  |

| Ex. No.[1] | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | page/8F2B9D60-9694-4ECD-A131-0133C0CBB434/feed?ingress=2&visitId=984c415b-2aa9-4803-a5ea-55d97efd1d%E2%80%A6 | | |
| 393* | Thrive Natural Care's Homepage on Amazon.com (accessed Sept. 2, 2021), available at https://www.amazon.com/stores/page/8F2B9D60-9694-4ECD-A131-0133C0CBB434?ingress=2&visitId=cc062265-78e1-43ad-8fe8-0853f6322353&ref%E2%80%A6 | | |
| 394 | Thrive Natural Care's Response's to TCI's First Set of Requests for Admission (July 29, 2021) | | |
| 395 | Thrive Grooming Oil (Physical Exhibit) | | |
| 396 | Thrive Face Balm for Sensitive Skin (Physical Exhibit) | | |
| 397 | Thrive Shave & Shower Soap (Physical Exhibit) | | |
| 398 | Thrive Daily Defense Sunscreen Balm (Physical Exhibit) | | |
| 399 | Thrive Shaving Oil (Physical Exhibit) | | |
| 400 | Thrive Face Balm (Physical Exhibit) | | |
| 401 | Thrive Bodyshield 50 (Physical Exhibit) | | |
| 402 | Thrive Energy Scrub (Physical Exhibit) | | |
| 403 | Thrive Face Wash for Sensitive Skin (Physical Exhibit) | | |
| 404 | Thrive Face Wash (Physical Exhibit) | | |
| 405 | Thrive Causemetics Bright Balance 3-In-1 Cleanser (Physical Exhibit) | | |
| 406 | Thrive Causemetics Buildable Blur CC Cream (Physical Exhibit) | | |
| 407 | Thrive Causemetics Liquid Light Therapy – All-In-One Face Serum (Physical Exhibit) | | |
| 408 | Thrive Causemetics Moisture Flash – Active Nutrient Toner (Physical Exhibit) | | |

-9-
DEFENDANT THRIVE CAUSEMETICS, INC.'S TRIAL EXHIBIT LIST

| Ex. No.[1] | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 409 | Thrive Causemetics Defying Gravity – Eye Lifting Cream (Physical Exhibit) | | |
| 410 | Thrive Causemetics Overnight Sensation – Brightening Sleep Mask (Physical Exhibit) | | |
| 411 | Thrive Causemetics Filtered Effects – Blurring Primer (Physical Exhibit) | | |
| 412 | Thrive Causemetics Defying Gravity – Transforming Moisturizer (Physical Exhibit) | | |
| 413 | Thrive Causemetics Overnight Sensation – 10% AHA + BHA Gentle Resurfacing Peel (Physical Exhibit) | | |
| 414 | Thrive Causemetics Smart Microdermabrasion – 2-In-1 Instant Facial (Physical Exhibit) | | |
| 415 | Thrive Causemetics Defying Gravity – Nourishing Hand + Nail Cream (Physical Exhibit) | | |
| 416 | Thrive Causemetics Liquid Balm – Lip Treatment (Physical Exhibit) | | |
| 417 | Thrive Causemetics Sunproof Intensive Lip Balm | | |
| 418 | Thrive Causemetics Pumpkin Spice Latte Liquid Balm - Lip Treatment (Physical Exhibit) | | |
| 419 | Thrive Causemetics Hand Sanitizer (Physical Exhibit) | | |
| 420 | Plaintiff's Responses to Defendant's Second Set of Interrogatories (Aug. 5, 2021) | | |
| 421 | Thrivecare.co (full website capture) (accessed Oct. 5, 2021) | | |
| 422 | Thrivecausemetics.com (full website capture) (accessed Oct. 14, 2021) | | |
| 423 | DIATHRIVE, United States Patent and Trademark Office Trademark Electronic Search System (accessed October 14, 2021) | | |
| 424 | EAT. DRINK. THRIVE, United States Patent and Trademark Office Trademark | | |

-10-

DEFENDANT THRIVE CAUSEMETICS, INC.'S TRIAL EXHIBIT LIST

| Ex. No.[1] | Description | Date Identified | Date Admitted |
|---|---|---|---|
|  | Electronic Search System (accessed October 14, 2021) |  |  |
| 425 | ITHRIVEX, United States Patent and Trademark Office Trademark Electronic Search System (accessed October 14, 2021) |  |  |
| 426 | NAKED+THRIVING, United States Patent and Trademark Office Trademark Electronic Search System (accessed October 14, 2021) |  |  |
| 427 | SUBSCRIBE & THRIVE, United States Patent and Trademark Office Trademark Electronic Search System (accessed October 14, 2021) |  |  |
| 428 | SURTHRIVAL, United States Patent and Trademark Office Trademark Electronic Search System (accessed October 14, 2021) |  |  |
| 429 | THRIVE EVERY DAY, United States Patent and Trademark Office Trademark Electronic Search System (accessed October 14, 2021) |  |  |
| 430 | THRIVE HEALTH CENTER, United States Patent and Trademark Office Trademark Electronic Search System (accessed October 14, 2021) |  |  |
| 431 | THRIVE WEIGH LESS. LIVE LONGER, United States Patent and Trademark Office Trademark Electronic Search System (accessed October 14, 2021) |  |  |
| 432 | THRIVEXIN, United States Patent and Trademark Office Trademark Electronic Search System (accessed October 14, 2021) |  |  |
| 433 | DIATHRIVE, Home webpage (accessed October 14, 2021) |  |  |
| 434 | DIATHRIVE, Products webpage (accessed October 14, 2021) |  |  |
| 435 | Third Party The Wakaya Group Products Webpage (accessed Aug. 23, 2021) (ECF No. 63-29) |  |  |

-11-
DEFENDANT THRIVE CAUSEMETICS, INC.'S TRIAL EXHIBIT LIST

| Ex. No.[1] | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 436 | ITHRIVEX, Home webpage (accessed October 14, 2021) | | |
| 437 | ITHRIVEX, Products webpage (accessed October 14, 2021) | | |
| 438 | NAKED and THRIVING, Home webpage (accessed October 14, 2021) | | |
| 439 | NAKED and THRIVING, Products webpage (accessed October 14, 2021) | | |
| 440 | NaturesSunshine.com, Home webpage (accessed October 14, 2021) | | |
| 441 | NaturesSunshine.com, SUBSCRIBE AND THRIVE subscription webpage (accessed October 14, 2021) | | |
| 442 | SURTHRIVAL, Home webpage (accessed October 14, 2021) | | |
| 443 | SURTHRIVAL, Products webpage (accessed October 14, 2021) | | |
| 444 | The Vitamin Shoppe, Home webpage (accessed October 14, 2021) | | |
| 445 | The Vitamin Shoppe, Thrive Every Day Products webpage (accessed October 14, 2021) | | |
| 446 | THRIVE HEALTH CENTERS, Home webpage (accessed October 14, 2021) | | |
| 447 | THRIVE HEALTH CENTERS, Products webpage (accessed October 14, 2021) | | |
| 448 | THRIVE WEIGH LESS LIVE LONGER, Home webpage (accessed October 14, 2021) | | |
| 449 | THRIVE WEIGH LESS LIVE LONGER, Products webpage (accessed October 14, 2021) | | |
| 450 | THRIVEXIN, Home webpage (accessed October 14, 2021) | | |

| Ex. No.[1] | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 451 | THRIVEXIN, Products webpage (accessed October 14, 2021) | | |
| 452 | Filtered Effects Blurring Primer Financial Information (TCI_00031365) | | |
| 453 | Ex. E to the Rebuttal Expert Report of Dr. Itamar Simonson | | |

DATED: October 15, 2021        SIDLEY AUSTIN, LLP

By:   */s/ Rollin A. Ransom*
       Rollin A. Ransom

*Attorneys for Defendant
Thrive Causemetics, Inc.*

DEFENDANT THRIVE CAUSEMETICS, INC.'S TRIAL EXHIBIT LIST