Rollin A. Ransom (State Bar No. 196126)
rransom@sidley.com
Lauren M. De Lilly (State Bar No. 301503)
ldelilly@sidley.com
Paula C. Salazar (State Bar No. 327349)
psalazar@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone:  (213) 896-6000
Facsimile: (213) 896-6600

*Attorneys for Defendant Thrive Causemetics, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THRIVE NATURAL CARE, INC.,<br><br>        Plaintiff,<br><br>    vs.<br><br>THRIVE CAUSEMETICS, INC.,<br><br>        Defendant. | Case No.  2:20-cv-9091-PA-AS<br><br>Hon. Percy Anderson<br><br>**DEFENDANT THRIVE CAUSEMETICS, INC.'S WITNESS LIST**<br><br>Trial Date: November 9, 2021<br>Time:       9:00 am<br>Place:      Courtroom 9A |

Pursuant to Paragraph III.A.7 of this Court's Civil Trial Scheduling Order (ECF No. 19), Local Rule 16-5, and Federal Rule of Civil Procedure 26(a)(3)(A)(i), Defendant Thrive Causemetics, Inc. ("TCI") identifies the witnesses that it currently intends to or may call at trial (with any witness that it may call at trial only if the need arises marked with an asterisk).

1. Karissa Bodnar
   c/o Counsel for Defendant Thrive Causemetics, Inc.
   Sidley Austin LLP
   555 West Fifth Street, Suite 4000
   Los Angeles, California 90013
   (213) 896-6000

2. Ned Menninger
   c/o Counsel for Thrive Causemetics, Inc.
   Sidley Austin LLP
   555 West Fifth Street, Suite 4000
   Los Angeles, California 90013
   (213) 896-6000

3. Dr. Itamar Simonson
   c/o Counsel for Thrive Causemetics, Inc.
   Sidley Austin LLP
   555 West Fifth Street, Suite 4000
   Los Angeles, California 90013
   (213) 896-6000

4. Karl J. Schulze
   c/o Counsel for Thrive Causemetics, Inc.
   Sidley Austin LLP
   555 West Fifth Street, Suite 4000
   Los Angeles, California 90013
   (213) 896-6000

5. Alex McIntosh
   c/o Counsel for Thrive Natural Care, Inc.
   The McArthur Law Firm, P.C.
   9465 Wilshire Boulevard, Suite 300
   Beverly Hills, California 90212
   (323) 639-4455

1  6.  Lisa Ertz*
2      2222 Christian Street
       Philadelphia, Pennsylvania 19146
3  Date: October 15, 2021                    SIDLEY AUSTIN LLP
4
5                                            By: /s/ Rollin A. Ransom
6                                                Rollin A. Ransom
7                                            *Attorneys for Defendant
8                                            Thrive Causemetics, Inc.*