Rollin A. Ransom (State Bar No. 196126)
rransom@sidley.com
Lauren M. De Lilly (State Bar No. 301503)
ldelilly@sidley.com
Paula C. Salazar (State Bar No. 327349)
psalazar@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Attorneys for Defendant Thrive Causemetics, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THRIVE NATURAL CARE, INC., | Case No. 2:20-cv-9091-PA-AS |
| Plaintiff, | Hon. Percy Anderson |
| v. | **DEFENDANT THRIVE CAUSEMETICS, INC.'S NOTICE REGARDING AFFIRMATIVE DEFENSES IT WILL NOT PURSUE AT TRIAL** |
| THRIVE CAUSEMETICS, INC., | |
| Defendant. | |
| | Trial Date: November 9, 2021<br>Time: 9:00 a.m.<br>Place: Courtroom 9A |

TO THE COURT, PLAINTIFF AND ITS ATTORNEYS OF RECORD:

Pursuant to the Court's October 7, 2021 Minute Order (ECF No. 114), Defendant Thrive Causemetics, Inc. ("TCI") hereby gives notice that it does not does not intend to pursue the following affirmative defenses at trial:

1. Waiver;
2. Estoppel;
3. Consent;
4. Unclean Hands;
5. Statute of Limitations;
6. Fair Use;
7. Failure to Mitigate; and
8. Fraud on the United States Patent and Trademark Office

DATED: October 15, 2021   SIDLEY AUSTIN LLP

By: */s/ Rollin A. Ransom*
Rollin A. Ransom

*Attorneys for Defendant Thrive Causemetics, Inc.*

-1-

DEFENDANT THRIVE CAUSEMETICS, INC.'S
NOTICE REGARDING AFFIRMATIVE DEFENSES IT WILL NOT PURSUE AT TRIAL