Stephen McArthur (SBN 277712)
stephen@smcarthurlaw.com
Thomas Dietrich (SBN 254282)
tom@smcarthurlaw.com
THE MCARTHUR LAW FIRM, P.C.
9465 Wilshire Blvd., Ste. 300
Beverly Hills, CA 90212
Telephone: (323) 639-4455

*Attorneys for Plaintiff Thrive
Natural Care, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THRIVE NATURAL CARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> THRIVE CAUSEMETICS, INC., <br><br> Defendant. | Case No. 2:20-CV-9091-PA-AS <br><br> **NOTICE OF LODGING OF [PROPOSED] AMENDED FINAL PRETRIAL CONFERENCE ORDER** <br><br> Hon. Percy Anderson <br><br> **Trial Date:** November 9, 2021 **Pretrial Conf.:** October 22, 2021 **Courtroom:** 9A |

1  TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD,

2  PLEASE TAKE NOTICE that Plaintiff Thrive Natural Care, Inc. hereby lodges the

3  attached [Proposed] Amended Final Pretrial Conference Order.

4
5    DATED:  October 15, 2021           Respectfully submitted,

6                                THE MCARTHUR LAW FIRM, PC

7                                By: */s/ Stephen McArthur*
8                                Stephen McArthur
                                Thomas Dietrich
9                                *Attorneys for Plaintiff Thrive*
                                *Natural Care, Inc.*

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

Case Name: *Thrive Natural Care, Inc. v. Thrive Causemetics, Inc.*
Case No.: 2:20-cv-9091-PA-AS

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, declare           , under penalty of perjury that I am a citizen of United States over 18 years of age. My business address is 9465 Wilshire Blvd., Ste. 300, Beverly Hills, CA 90212. I am not a party to the above-entitled action.

I have caused service of the following documents, described as:

**NOTICE OF LODGING OF [PROPOSED] AMENDED FINAL PRETRIAL CONFERENCE ORDER**

on the following parties by electronically filing the foregoing on October 15, 2021, with the Clerk of the District Court using its ECF System, which electronically notifies them.

Rollin Ransom (SBN 196126)                    *Attorneys for Defendant*
rransom@sidley.com
Ryan Stasell (SBN 307431)
rstasell@sidley.com
Paula Salazar (SBN 327349)
psalazar@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth St., Ste. 4000
Los Angeles, CA 90013

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Date:   10/15/2021              By:   */s/ Thomas Dietrich*
                                            Thomas Dietrich