Stephen McArthur (SBN 277712)
stephen@smcarthurlaw.com
Thomas Dietrich (SBN 254282)
tom@smcarthurlaw.com
THE MCARTHUR LAW FIRM, P.C.
9465 Wilshire Blvd., Ste. 300
Beverly Hills, CA 90212
Telephone: (323) 639-4455

*Attorneys for Plaintiff Thrive
Natural Care, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THRIVE NATURAL CARE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THRIVE CAUSEMETICS, INC.,<br><br>Defendant. | Case No. 2:20-CV-9091-PA-AS<br><br>**PLAINTIFF THRIVE NATURAL CARE, INC.'S WITNESS LIST**<br><br>Hon. Percy Anderson<br><br>**Judge:** Hon. Percy Anderson<br>**Trial Date**: November 9, 2021<br>**Final Pretrial Conf.:** October 22, 2021<br>**Courtroom:** 9A |

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A) and Local Rule 16-2.4 and 16.5, Plaintiff Thrive Natural Care, Inc. ("Thrive" or "Plaintiff") hereby submits the following list of witnesses that Thrive expects to call at trial. Thrive also reserves the right to call any witness disclosed by Defendant on its witness list.

Alex McIntosh
c/o The McArthur Law Firm, P.C.
9465 Wilshire Blvd., Suite 300
Beverly Hills, CA 90212
(323) 639-4455

Rob Wallace
c/o The McArthur Law Firm, P.C.
9465 Wilshire Blvd., Suite 300
Beverly Hills, CA 90212
(323) 639-4455

David Drews
c/o The McArthur Law Firm, P.C.
9465 Wilshire Blvd., Suite 300
Beverly Hills, CA 90212
(323) 639-4455

Karissa Bodnar
(via deposition or in person)
CEO of Defendant
c/o Sidley Austin LLP
555 West Fifth Street

1   Los Angeles, CA 90013

2   (213) 896-6000

3

4   <u>Ned Menninger</u>

5   (via deposition or in person)

6   CFO of Defendant

7   c/o Sidley Austin LLP

8   555 West Fifth Street

9   Los Angeles, CA 90013

10  (213) 896-6000

11

12  <u>Brendan Gardner-Young</u>

13  (via deposition)

14  Employee of Defendant

15  c/o Sidley Austin LLP

16  555 West Fifth Street

17  Los Angeles, CA 90013

18  (213) 896-6000

19
20      DATED:  October 15, 2021                    Respectfully submitted,

21                                                  THE MCARTHUR LAW FIRM, PC

22                                                  By: */s/ Stephen McArthur*
23                                                  Stephen McArthur
                                                    Thomas Dietrich
24                                                  *Attorneys for Plaintiff Thrive*
25                                                  *Natural Care*

26

27

28

PLAINTIFF'S WITNESS LIST
Case No. 2:20-CV-09091-PA-AS

1

## CERTIFICATE OF SERVICE

2

Case Name: *Thrive Natural Care, Inc. v. Thrive Causemetics, Inc.*
Case No.: 2:20-cv-9091-PA-AS

3

IT IS HEREBY CERTIFIED THAT:

4

5

      I, the undersigned, declare under penalty of perjury that I am a citizen of the United States over 18 years of age. My business address is 9465 Wilshire Blvd., Ste. 300, Beverly Hills, CA 90212. I am not a party to the above-entitled action.

6

7

      I have caused service of the following documents, described as:

8

**PLAINTIFF THRIVE NATURAL CARE, INC.'S WITNESS LIST**

9

on the following parties by electronically filing the foregoing on October 15, 2021, with the Clerk of the District Court using its ECF System, which electronically notifies them.

10

11

Rollin Ransom (SBN 196126)      *Attorneys for Defendant*
rransom@sidley.com

12

Ryan Stasell (SBN 307431)
rstasell@sidley.com
Paula Salazar (SBN 327349)

13

psalazar@sidley.com
SIDLEY AUSTIN LLP

14

555 West Fifth St., Ste. 4000
Los Angeles, CA 90013

15

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

16

17

18

Date:  10/15/2021      By:  */s/ Thomas Dietrich*

19

                  Thomas Dietrich

20

21

22

23

24

25

26

27

28

PLAINTIFF'S WITNESS LIST
Case No. 2:20-CV-09091-PA-AS