Stephen McArthur (SBN 277712)
stephen@smcarthurlaw.com
Thomas Dietrich (SBN 254282)
tom@smcarthurlaw.com
THE MCARTHUR LAW FIRM, P.C.
9465 Wilshire Blvd., Ste. 300
Beverly Hills, CA 90212
Telephone: (323) 639-4455

*Attorneys for Plaintiff Thrive
Natural Care, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THRIVE NATURAL CARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> THRIVE CAUSEMETICS, INC., <br><br> Defendant. | Case No. 2:20-CV-9091-PA-AS <br><br> **PLAINTIFF THRIVE NATURAL CARE, INC.'S EXHIBIT LIST** <br><br> Hon. Percy Anderson <br><br> **Judge:** Hon. Percy Anderson <br> **Trial Date**: November 9, 2021 <br> **Final Pretrial Conf.:** October 22, 2021 <br> **Courtroom:** 9A |

Pursuant to Local Rule 16-6, Plaintiff Thrive Natural Care, Inc. ("Thrive" or "Plaintiff") hereby submits the following list of exhibits that Thrive expects to offer at trial. An asterisk has been placed next to the exhibits which Thrive may offer if the need arises. Thrive also reserves the right to offer any exhibit disclosed by Defendant on its exhibit list.

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 2 | Deposition Exhibit – Cosmetics Revenue | | |
| 3 | Deposition Exhibit – Skincare Revenue | | |
| 4 | Deposition Exhibit – TCI Product prices and sale dates | | |
| 10 | Deposition Exhibit – TCI Website Skincare Tab | | |
| 11 | Deposition Exhibit – TCI website skincare products | | |
| 12 | Deposition Exhibit - smart microderm abrasion | | |
| 13 | Deposition Exhibit  9/23/2014 email from Bodnar to Martinez | | |
| 14 | Deposition Exhibit – Old Thrive Logo with bar | | |
| 15 | Deposition Exhibit 6/27/2016 email from Dommer to Shultz re: TCI logo | | |
| 17 | Deposition Exhibit 7/27/2016 email from Bodnar to Cohen re: refined logo | | |
| 18 | Deposition Exhibit – 1/8/2016 Bodnar email to Jenni Bodnar with attachment | | |
| 19 | Deposition Exhibit – TCI Skincare Revenue | | |
| 20 | Deposition Exhibit 11/7/2019 – 2/4/2020 Spreadsheet | | |
| 21 | Deposition Exhibit – "Thrive" alone advertisement | | |

| 22 | Deposition Exhibit – TCI "Paid Media Summary" | | |
|---|---|---|---|
| 23 | Deposition Exhibit – "Facebook Ads Report For Thrive Causemetics" | | |
| 24 | Deposition Exhibit – 2/11/2020 email from Wolfe to Fricks | | |
| 25 | Deposition Exhibit – TCI "Search Keywords" spreadsheet | | |
| 26 | Deposition Exhibit – keywords spreadsheet | | |
| 27 | Deposition Exhibit 11/12/2015 Corsearch report | | |
| 28 | Deposition Exhibit 12/19/2017 email from Blythe to Bodnar | | |
| 30 | Deposition Exhibit – 4/23/2016 email from Bodnar to Anderson | | |
| 31 | Deposition Exhibit 3/3/2017 Letter from TNC to TCI | | |
| 32 | Deposition Exhibit 6/27/2019 email from Bodnar to Benjamin | | |
| 34 | Deposition Exhibit 12/9/2014 Corsearch report | | |
| 35 | Deposition Exhibit – TCI advertisement re: ThriveTribe.cc/cream | | |
| 36 | Deposition Exhibit- TCI Thrive Tribe Instagram post | | |
| 38 | Deposition Exhibit – TCI Skincare Revenue | | |
| 39 | Deposition Exhibit – TCI Skincare Revenue | | |
| 41 | Deposition Exhibit – TCI webpage "Skincare Sets" | | |
| 44 | Gardner-Young Deposition Exhibit – TCI webpage "all skincare" | | |
| 45 | Gardner-Young Deposition Exhibit – TCI Keyword Search spreadsheet | | |
| 48 | Gardner-Young Deposition Exhibit 4/19/2016 email from Young to Schultz | | |

| | | | |
|---|---|---|---|
| 82 | Bodnar Deposition Exhibit – Filtered Effects Blurring Primer from TCI website | | |
| 83 | Bodnar Deposition Exhibit – Filtered Effects from TCI Facebook | | |
| 84 | Bodnar Deposition Exhibit - – Filtered Effects from TCI Facebook, "Skincare too" | | |
| 85 | Bodnar Deposition Exhibit – Filtered Effects Blurring Primer point of sale | | |
| 95 | Deposition Exhibit – Drews Report | | |
| 113 | 8.27.2021 Deposition of Robert Wallace. Ex. 113 | | |
| 114 | 8.27.2021 Deposition of Robert Wallace. Ex. 114 | | |
| 115 | 8.27.2021 Deposition of Robert Wallace. Ex. 115 | | |
| 116 | 8.27.2021 Deposition of Robert Wallace.  Ex. 116 | | |
| 117 | 942 Registration certificate. | | |
| 118 | Thrive's Combined Decl. of Use and Incontestability and the PTO's acceptance of this Decl. | | |
| 119 | 303 Registration certificate | | |
| 120 | Consumers Reviews left on Thrive's Amazon product page. | | |
| 121 | Screenshot of Walmart.com's listing for Thrive Products, erroneously listed as originating from TCI. | | |
| 122 | Product listing  for Thrive's products on the Poshmark website, listing Thrive's products as originating from TCI. | | |
| 123 | Screenshots taken by McIntosh of Google and Google Shopping search results. | | |
| 124 | Screenshots taken by McIntosh of Bing and Bing Shopping search results. | | |
| 125 | Screenshots of websites showing both parties' products. | | |

| 126 | Lisa Ertz email. | | |
|---|---|---|---|
| 127 | Filtered Effects and Blurring Primer TCI website screenshots | | |
| 129 | Wallace - Product Side by side marketplace screenshots. | | |
| 134 | 2015 Office Action rejecting TCI Application. | | |
| 135 | TCI's response to the 2015 Office Action dated May 26, 2016. | | |
| 136 | PTO's June 22, 2016 reply to TCI's response to 2015 Office Action. | | |
| 137 | Office Action issued by the PTO against TCI on August 28, 2018 | | |
| 138 | TCI's response to the 2018 Office Action | | |
| 139 | PTO's Suspension Letter issued on TCI's application on November 23, 2018 | | |
| 140 | TO's Office Action dated July 28, 2021. | | |
| 141 | Dictionary definitions of the word "thrive". | | |
| 142 | Media coverage of TCI | | |
| 144 | Thrive Face Balm Reviews 2021 - www.influenster.com | | |
| 145 | Full Ingredients List Daily Defense Sunscreen Balm Mineral SPF 30 Thr  - www.skincarisma.com | | |
| 146 | Amazon.com _ THRIVE Natural Moisturizing Mineral Face Sunscreen SPF 3 _ - www.amazon.com | | |
| 147 | CEO of Thrive Natural Care Makes Case for Business Beyond Sustainabil  - www.prnewswire.com | | |
| 148 | CSRWire - Thrive Natural Care Achieves 'Beyond Sustainable' Milestone  - www.csrwire.com | | |
| 149 | Apteo Blog – The Guide to Google Shopping Optimization for Ecommerce Stores | | |

| | | | |
|---|---|---|---|
| 150 | AMAZON~3 | | |
| 151 | Amazon.com_ Customer reviews_ Thrive Natural Body Mineral Sunscreen SPF 50, 4 Ounces - Water Resistant Reef Safe Sunscreen with Broad Spectrum Clear Zinc Oxide Sun Block - Vegan, Plant Based Tube & Made in USA | | |
| 152* | all products – Omcali Sacred Skincare | | |
| 153* | 404 Not Found – Omcali Sacred Skincare | | |
| 154 | Screen Shot 2021-08-02 at 11.22.49 PM | | |
| 155 | Screen Shot 2021-08-02 at 11.22.38 PM | | |
| 156 | Screen Shot 2021-08-02 at 11.22.20 PM | | |
| 157 | Screen Shot 2021-08-02 at 11.22.08 PM | | |
| 158 | Screen Shot 2021-08-02 at 11.21.55 PM | | |
| 159 | Screen Shot 2021-08-02 at 11.21.42 PM | | |
| 161 | Screen Shot 2021-08-02 at 11.19.54 PM | | |
| 162 | Screen Shot 2021-08-02 at 11.19.38 PM | | |
| 163 | Screen Shot 2021-08-02 at 11.19.26 PM | | |
| 164 | Screen Shot 2021-08-02 at 11.19.13 PM | | |
| 167 | Screen Shot 2021-08-02 at 11.17.00 PM | | |
| 168 | Screen Shot 2021-08-02 at 11.16.50 PM | | |
| 169 | Screen Shot 2021-08-02 at 11.16.42 PM | | |
| 170 | Screen Shot 2021-08-02 at 11.16.08 PM | | |

| | | | |
|---|---|---|---|
| 172 | Screen Shot 2021-08-02 at 11.15.26 PM | | |
| 173 | Screen Shot 2021-08-02 at 11.15.08 PM | | |
| 174 | Screen Shot 2021-08-02 at 11.13.37 PM | | |
| 176 | Screen Shot 2021-08-02 at 11.11.10 PM | | |
| 177 | Screen Shot 2021-08-02 at 11.10.56 PM | | |
| 178 | Screen Shot 2021-08-02 at 11.10.09 PM | | |
| 179 | Screen Shot 2021-08-02 at 11.09.43 PM | | |
| 180 | Screen Shot 2021-08-02 at 11.09.27 PM | | |
| 182 | Screen Shot 2021-08-02 at 11.08.45 PM | | |
| 183 | Screen Shot 2021-08-02 at 11.08.27 PM | | |
| 184 | Screen Shot 2021-08-02 at 11.07.52 PM | | |
| 185 | Screen Shot 2021-08-02 at 11.05.52 PM | | |
| 186 | Screen Shot 2021-08-02 at 11.05.34 PM | | |
| 188 | THRIVE _ definition in the Cambridge English Dictionary | | |
| 189 | THRIVE (verb) American English definition and synonyms _ Macmillan Dictionary | | |
| 190 | Merriam webster thrive definition 7.28.2021 | | |
| 191 | Dictionary definition of Thrive 7.28.2021 | | |
| 192 | Thrive Natural Light Mineral Face Sunsc... SPF 30 w_ Antioxidants, - Walmart | | |
| 193 | THRIVE Natural Face Wash Gel for Men & ...en & Mens Face Wash | | |

| | | | | |
|---|---|---|---|---|
| | | Amazon | | |
| | 194 | screencapture-thrivecausemetics-products-filtered-effects-blurring-primer-2021-06-29-15_13_44 | | |
| | 195 | screencapture-facebook-thrivecausemetics-videos-294882584969829-2021-06-29-09_52_04 | | |
| | 196 | screencapture-facebook-thrivecausemetics-videos-294882584969829-2021-06-29-09_51_33 | | |
| | 197 | Screenshot Filtered Effects Blurring Primer | | |
| | 198 | How a small, sustainable skin care brand became a best-selling Amazon partner | | |
| | 199 | Best Natural Face Moisturizer Lotion & After Shave Balm - Plant-Based_ - thrivecare.co | | |
| | 200 | Capture 048 - Filtered Effects Blurring Face Primer – Thrive Causemetics_ - thrivecausemetics.com | | |
| | 201 | Brilliant Face Brightener Illuminating Primer™   Thrive Causemetics | | |
| | 202 | Brilliant Face Brightener Illuminating Primer2 6.30.2021 | | |
| | 203 | 17 LGBTQ+ Owned Beauty Brands to Support During Pride and Beyond | | |
| | 204 | Thrive Tribe  Blog | | |
| | 205 | Thrive Earth Month Giveaway Entry | | |
| | 206 | screencapture-web-archive-org-web-20200812173652-https-thrivecare-co-2020-10-27-12_03_03 | | |
| | 207 | screencapture-thrivecare-co-pages-our-skin-health-philosophy-2020-11-05-15_10_44 (Thrive Tribe use) | | |
| | 208 | Causemetics Letter re Thrive Natural Care 4.12.17 | | |

PLAINTIFF'S EXHIBIT LIST
Case No. 2:20-CV-09091-PA-AS

| | | | |
|---|---|---|---|
| 211 | 10.16.2019 email from Shehab Heddaya to Nicole Benjamin | | |
| 214 | 6.25.2019 email from Karissa Bodnar to Nicole Benjamin | | |
| 215 | 5.18.2016 email from Mary Baker Anderson to Karissa Bodnar | | |
| 216 | 5.17.2016 email from Karissa Bodnar to Mary Baker Anderson | | |
| 218 | Revenue Spreadsheet | | |
| 219 | Revenue Spreadsheet | | |
| 220 | Brilliant Face Brightener Illuminating Primer™ _ Thrive Causemetics | | |
| 221 | Brilliant Face Brightener Illuminating Primer2 6.30.2021 | | |
| 222 | Brilliant Face Brightener Illuminating Primer 6.30.2021 | | |
| 223 | screencapture-poshmark-listing-Thrive-Natural-Mens-Skin-Care-Gift-Set-3-Piece-5e6826a97a8173abbda2fa0e-2020-12-18-12_20_37 | | |
| 224 | Amazon.com_ Customer reviews_ Thrive Natural Care | | |
| 226 | 2016 Emails between Thrive and Thrive Causemetics | | |
| 227 | CONFIDENTIAL_Thrive PROJ financials to 2025 | | |
| 228 | Thrive AMZ Keywords & Female+Lotion evidence_v5-13-21 | | |
| 229 | screencapture-thrivecare-co-collections-all-2021-03-05-12_02_33 | | |
| 230 | Unit + $ Sales by SKU by Quarter: 1Q17 – 1Q21 | | |
| 232 | Ex. C to McIntosh Opp. Decl. Thrive Licensing-Related Communications | | |
| 233 | Ex. F to McIntosh Opp. Decl. June 30, 2021, Amazon Review for Thrive Sunscreen | | |
| 235 | Ex. H to McIntosh Opp. Decl. Google Searches Showing Products | | |

| | | | |
|---|---|---|---|
| | Side-by-Side | | |
| 236 | Ex. I to McIntosh Opp. Decl. Bing Searches Showing Products Side-by-Side | | |
| 237 | Ex. J to McIntosh Opp. Decl. Online Marketplace Images Showing Products Side-by-Side | | |
| 238 | Ex. A to Wallace Opp. Decl. Screenshots of Parties' Products Appearing in Online Searches | | |
| 240 | Ex. A. to Drews Opp. Decl. Supplemental Schedules of Damages | | |
| 246 | Diabetic Skin Treatment Lotion TNC01950-TNC01950 | | |
| 247* | Diathrive Screenshot 10-15-2021 | | |
| 248 | 6.27.2019 email from Nicole Benjamin to Karissa Bodnar | | |
| 249* | Diathrive C&D | | |
| 250* | Diathrive Amendment | | |
| 251 | Yoybuy Listing TNC01339-TNC01339 | | |
| 252 | 5/5/2013 Memo. TNC01638-TNC01645 | | |
| 253 | Thrive Lab – Thrive Causemetics (taken 2020.09.16 by TD) | | |
| 255 | TCI_00027717 – TCI_00027719 | | |
| 258 | 3.22.16 Email from Karissa Bodnar to aschultz | | |
| 259 | 10.16.2019 email from Nicole Benjamin to Shehab Heddaya | | |
| 260 | 12.22.2017 email from Karissa Bodnar to Kate McDonald | | |
| 261 | 12.19.2017 email from Karissa Bodnar to Kate McDonald | | |
| 262 | Thrive Causemetics 9.14.2016 Instagram post | | |
| 263 | Thrive Causemetics 7.4.2019 Instagram Post | | |
| 264 | Thrive Causemetics 12.30.2019 Instagram Post | | |
| 265 | "Search keyword" Spreadsheet | | |

| | | | |
|---|---|---|---|
| 266 | All Physical Thrive and TCI products exchanged by the parties pursuant to Thrive's requests for production. | | |
| 267 | TCI's Buildable Blur CC Cream | | |
| 268 | TCI's Bright Balance 3-in-1 Cleanser | | |
| 269 | TCI's Moisture Flash Active Nutrient Toner | | |
| 270 | TCI's Liquid Light Therapy All-In-One Face Serum | | |
| 271 | TCI's Filtered Effects Blurring Primer | | |
| 272 | Thrive Natural Care Face Balm | | |
| 273 | Thrive Natural Care Daily Defense Sunscreen Balm | | |
| 274 | Thrive Natural Care Face Wash | | |
| 275 | August 23, 2013, Whole Foods Shipment | | |
| 277 | THRIVE WHOLE FOODS INVOICE_Coddington 3_26_14_initial order | | |
| 278* | THRIVE WHOLE FOODS INVOICE_Coddington 3_26_14_initial order-1 | | |
| 279* | THRIVE WHOLE FOODS INVOICE_Novato 3_26_14_initial order | | |
| 280* | THRIVE WHOLE FOODS INVOICE_San Rafael 3_26_14_initial order | | |
| 281* | THRIVE WHOLE FOODS INVOICE_Stevens Creek 3_26_14_initial order | | |
| 285 | TNC01326-TNC01326 Walmart.com | | |
| 286 | TNC01334-TNC01334 Whizzcart.com | | |
| 287 | TNC01334-TNC01334 Ubuy.com | | |
| 288 | Defendant's Pre-trial Supplemental Revenue Numbers For all of its Skincare products and Hybrid | | |

| | | | |
|---|---|---|---|
| | products | | |
| 289 | pharmaca confirmation on shelf 2014 | | |
| 291 | Thrive sell sheet 10-20-13 | | |
| 292 | Thrive shipped to Pharmaca 10-30-2013 | | |
| 293 | Thrive WFM proof on shelf Apr 2014 | | |
| 297 | Thrive RSPA signed v3. 5-22-13 (1) | | |
| 298 | Shave Oil - Geikie purchase feedback 2013 | | |
| 299 | WFM products August 2013 + Oct 2013 | | |
| 300 | Daily Defense Sunscreen Balm Shipment re: Amazon, | | |
| 301 | Sunscreen customer shipment | | |
| 302* | GoDaddy Order Confirmation | | |
| 304 | Certified copy of 6,164,303 trademark registration | | |
| 305 | Certified copy of 4,467,942 trademark registration | | |
| 306 | Declaration of A. McIntosh ISO Plaintiff's Response to Additional Material Facts in Defendant's Statement of Genuine Disputes, Ex. A, article posted to the Medium website by Thrive titled "I'm a Woman and I use Thrive Natural Care. Here's Why." | | |
| 307 | Declaration of A. McIntosh ISO Plaintiff's Response to Additional Material Facts in Defendant's Statement of Genuine Disputes, Ex. B, a June 30, 2021, four-page article about Thrive in *USA Today* entitled "*How a small, sustainable skin care brand became a best-selling Amazon partner. Thrive Natural Care has grown by 1,300% in just four years*". | | |
| 308 | Declaration of A. McIntosh ISO Plaintiff's Response to Additional Material Facts in Defendant's Statement of Genuine Disputes, Ex. C, a screenshot from Bloomingdale's "Luxury Skincare" product page | | |

PLAINTIFF'S EXHIBIT LIST
Case No. 2:20-CV-09091-PA-AS

| | | | |
|---|---|---|---|
| 309 | Declaration of A. McIntosh ISO Plaintiff's Response to Additional Material Facts in Defendant's Statement of Genuine Disputes, Ex. D, a screenshot of Thrive's product page for Sensitive Skin Face Balm | | |
| 310 | Declaration of A. McIntosh ISO Plaintiff's Response to Additional Material Facts in Defendant's Statement of Genuine Disputes, Ex. E, Amazon Customer Review | | |
| 311 | Declaration of A. McIntosh ISO Plaintiff's Response to Additional Material Facts in Defendant's Statement of Genuine Disputes, Ex. F, screenshots captured on August 30, 2021 | | |
| 312 | Declaration of A. McIntosh ISO Plaintiff's Response to Additional Material Facts in Defendant's Statement of Genuine Disputes, screencapture shown on page 8, paragraph 23, of a search for the word "thrive" on Amazon.com | | |
| 313 | Declaration of A. McIntosh ISO Plaintiff's Response to Additional Material Facts in Defendant's Statement of Genuine Disputes, screencapture shown on page 9, paragraph 23, of the term "thrive cream" on Amazon. | | |
| 314 | TCI Supplemental Response to Plaintiff's Interrogatory No. 1 | | |
| 315 | TCI Supplemental Response to Plaintiff's Interrogatory No. 3 | | |
| 316 | Tess Screenshot Class 3 Thrive Skin search McIntosh Declaration | | |
| 317 | Amazon "up and comer in the cosmetics field" review , TNC03493 | | |

| | | | |
|---|---|---|---|
| 318 | Ecomundi_00005-Ecomundi_00024 | | |
| 319 | Ecomundi_00025-Ecomundi_00040 | | |
| 320 | Ecomundi_00052-Ecomundi_00074 | | |
| 321 | Ecomundi_00075-Ecomundi_00077 | | |
| 322 | Ecomundi_00078-Ecomundi_00079 | | |
| 323 | Ecomundi_00100-Ecomundi_00114 | | |
| 324 | Ecomundi_00132 Re_ Notes from Thrive brainstorming (and attachments) | | |
| 325 | Ecomundi_00001-Ecomundi_00004 | | |
| 326 | TNC00897-U-TNC00897-U – Gender graph | | |
| 327 | TNC01282-01299 | | |
| 328 | TNC01213-TNC01213 | | |
| 329 | TNC01214-TNC01214 | | |
| 330 | TNC01215-TNC01215 | | |
| 331 | TNC01216-TNC01216 | | |
| 332 | TNC02977-TNC02980 | | |
| 333 | TNC00933-TNC00937 | | |
| 334 | TNC00943-TNC00947 | | |
| 335 | TNC00974-TNC00979 | | |
| 336 | TNC01595-TNC01597 | | |
| 337 | TNC02990-TNC02992 | | |
| 338 | TNC03287-TNC03290 | | |
| 339 | TNC03373-TNC03374 | | |
| 340 | Eat Drink Thrive | | |
| 341 | Ola Tropical Apothecary | | |
| 342 | Record List Display - cream | | |
| 343 | Record List Display - lotion | | |
| 344 | Record List Display - skin care | | |
| 345 | TCI_00031365 (Filtered Effects) | | |
| 346 | TNC02672-TNC02687 - wallace survey 1 | | |
| 347 | TNC02688-TNC02702  - wallace survey 2 | | |
| 348 | TNC02703-TNC02759  - wallace survey 3 | | |
| 349 | TNC02760-TNC02816  - wallace survey 4 | | |

1

2    DATED:  October 15, 2021                Respectfully submitted,

3                                            THE MCARTHUR LAW FIRM, PC

4                                            By: */s/ Stephen McArthur*
5                                                 Stephen McArthur
                                                  Thomas Dietrich
6
                                                 *Attorneys for Plaintiff Thrive*
7                                                *Natural Care*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2

Case Name: *Thrive Natural Care, Inc. v. Thrive Causemetics, Inc.*
Case No.: 2:20-cv-9091-PA-AS

3

IT IS HEREBY CERTIFIED THAT:

4

5

     I, the undersigned, declare under penalty of perjury that I am a citizen of the United States over 18 years of age. My business address is 9465 Wilshire Blvd., Ste. 300, Beverly Hills, CA 90212. I am not a party to the above-entitled action.

6

7

     I have caused service of the following documents, described as:

8

**PLAINTIFF THRIVE NATURAL CARE, INC.'S EXHIBIT LIST**

9

on the following parties by electronically filing the foregoing on October 15, 2021, with the Clerk of the District Court using its ECF System, which electronically notifies them.

10

11

Rollin Ransom (SBN 196126)     *Attorneys for Defendant*
rransom@sidley.com
Ryan Stasell (SBN 307431)

12

rstasell@sidley.com
Paula Salazar (SBN 327349)

13

psalazar@sidley.com
SIDLEY AUSTIN LLP

14

555 West Fifth St., Ste. 4000
Los Angeles, CA 90013

15

16

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

17

18

Date:   10/15/2021       By:  */s/ Thomas Dietrich*

19

                          Thomas Dietrich

20

21

22

23

24

25

26

27

28