Stephen McArthur (State Bar No. 277712)
stephen@smcarthurlaw.com
Thomas Dietrich (State Bar No. 254282)
tom@smcarthurlaw.com
THE MCARTHUR LAW FIRM, P.C.
9465 Wilshire Blvd., Ste. 300
Beverly Hills, CA 90212
Telephone: (323) 639-4455

*Attorneys for Plaintiff Thrive Natural Care, Inc.*

Rollin A. Ransom (State Bar No. 196126)
rransom@sidley.com
Lauren M. De Lilly (State Bar No. 301503)
ldelilly@sidley.com
Paula C. Salazar (State Bar No. 327349)
psalazar@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Attorneys for Defendant Thrive Causemetics, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THRIVE NATURAL CARE, INC.,<br><br>   Plaintiff,<br><br>vs.<br><br>THRIVE CAUSEMETICS, INC.,<br><br>   Defendant. | Case No. 2:20-cv-9091-PA-AS<br><br>Hon. Percy Anderson<br><br>**SUPPLEMENTAL JOINT STATEMENT REGARDING SETTLEMENT**<br><br>Trial Date: November 9, 2021<br>Time:       9:00 a.m.<br>Place:      Courtroom 9A |

Pursuant to paragraph III(A)(6) of the Court's Civil Trial Scheduling Order (ECF No. 19), Plaintiff Thrive Natural Care, Inc. ("Plaintiff") and Defendant Thrive Causemetics, Inc. ("Defendant," and together with Plaintiff, the "Parties") hereby submit this supplemental joint statement regarding settlement.

In accordance with the Court's Order/Referral to ADR (ECF No. 18), on January 5, 2021, the Parties participated in a private mediation under the guidance of mediator Mr. Michael D. Young in a good-faith attempt to settle their dispute. At the mediation, Defendant was represented by counsel Rollin A. Ransom from Sidley Austin LLP and Defendant's Founder and Chief Executive Officer Karissa Bodnar. Plaintiff was represented by counsel Stephen McArthur of The McArthur Law Firm, P.C. and Plaintiff's Co-founder and Chief Executive Officer Alex McIntosh. The Parties did not reach an agreement during the mediation.

Consistent with the Court's October 14, 2021 Order (ECF No. 121), the Parties will each submit a Confidential Settlement Conference Statement no later than October 19, 2021, so that a judicial officer can evaluate the possibility of settlement in this matter, and whether the Court should require the Parties to attend an additional settlement conference.

DATED: October 15, 2021   THE MCARTHUR LAW FIRM, PC

By: */s/ Stephen McArthur*
Stephen McArthur

*Attorneys for Plaintiff Thrive Natural Care, Inc.*

DATED: October 15, 2021   SIDLEY AUSTIN LLP

By: */s/ Rollin A. Ransom*
Rollin A. Ransom

*Attorneys for Defendant Thrive Causemetics, Inc.*

1
SUPPLEMENTAL JOINT STATEMENT REGARDING SETTLEMENT

## SIGNATURE ATTESTATION

I am the CM/ECF filer whose identification and password are being used to file the foregoing Supplemental Joint Statement Regarding Settlement. In compliance with Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that every signatory has concurred in this filing.

DATED: October 15, 2021

By: */s/ Rollin A. Ransom*
    Rollin A. Ransom