| | |
|---|---|
| Stephen McArthur (SBN 277712)<br>stephen@smcarthurlaw.com<br>Thomas Dietrich (SBN 254282)<br>tom@smcarthurlaw.com<br>THE MCARTHUR LAW FIRM, P.C.<br>9465 Wilshire Blvd., Ste. 300<br>Beverly Hills, CA 90212<br>Telephone: (323) 639-4455<br><br>*Attorneys for Plaintiff Thrive Natural Care, Inc.* | Rollin A. Ransom (State Bar No. 196126)<br>rransom@sidley.com<br>Lauren M. De Lilly (State Bar No. 301503)<br>ldelilly@sidley.com<br>Paula C. Salazar (State Bar No. 327349)<br>psalazar@sidley.com<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013<br>Telephone: (213) 896-6000<br>Facsimile: (213) 896-6600<br><br>*Attorneys for Defendant Thrive Causemetics, Inc.* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THRIVE NATURAL CARE, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THRIVE CAUSEMETICS, INC.,<br><br>　　　　Defendant. | Case No. 2:20-cv-9091-PA-AS<br><br>Hon. Percy Anderson<br><br>**STIPULATION REGARDING WAIVER OF JURY TRIAL**<br><br>Trial Date:　November 9, 2021<br>Time:　　　9:00 a.m.<br>Place:　　　Courtroom 9A |

STIPULATION REGARDING WAIVER OF JURY TRIAL

Pursuant to the Court's October 14, 2021 Minute Order (ECF No. 121), Plaintiff Thrive Natural Care, Inc. ("Thrive Natural Care") and Defendant Thrive Causemetics, Inc. ("Thrive Causemetics") hereby stipulate as follows:

1. On October 6, 2021, the Court granted Thrive Causemetics' motion for summary judgment as to Thrive Natural Care's claims for relief in the form of actual damages, specifically a reasonable royalty and corrective advertising damages. (ECF No. 114).

2. Because the remaining forms of relief requested by Thrive Natural Care are equitable in nature, Thrive Natural Care and Thrive Causemetics waive any right to a jury trial in this action on Thrive Natural Care's remaining claims and Thrive Causemetics' defenses to such remaining claims.

3. The parties therefore agree that the Court may strike each party's jury demand (*see* ECF No. 1 at 29; ECF No. 12 at 16; ECF No. 28 at 25:26-27; ECF No. 31 at 14).

IT IS SO STIPULATED.

DATED:  October 15, 2021          SIDLEY AUSTIN LLP

By:  */s/ Rollin A. Ransom*
Rollin A. Ransom (State Bar No. 196126)
rransom@sidley.com
Lauren M. De Lilly (State Bar No. 301503)
ldelilly@sidley.com
Paula C. Salazar (State Bar No. 327349)
psalazar@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone:  (213) 896-6000
Facsimile: (213) 896-6600

*Attorneys for Defendant Thrive Causemetics, Inc.*

-1-
STIPULATION REGARDING WAIVER OF JURY TRIAL

| | |
|---|---|
| Dated: October 15, 2021 | THE MCARTHUR LAW FIRM, PC |
| | By: */s/ Stephen C. McArthur* |
| | STEPHEN C. MCARTHUR |
| | Stephen McArthur |
| | stephen@smcarthurlaw.com |
| | Thomas Dietrich |
| | tom@smcarthurlaw.com |
| | 9465 Wilshire Blvd., Ste. 300 |
| | Beverly Hills, CA 90212 |
| | Telephone: (323) 639-4455 |

## SIGNATURE ATTESTATION

I am the CM/ECF filer whose identification and password are being used to file the foregoing Stipulation Regarding Waiver of Jury trial.  In compliance with Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that every signatory has concurred in this filing.

| | |
|---|---|
| DATED: October 15, 2021 | By: */s/ Rollin A. Ransom* |
| | Rollin A. Ransom |

STIPULATION REGARDING WAIVER OF JURY TRIAL