UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THRIVE NATURAL CARE, INC.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THRIVE CAUSEMETICS, INC.,<br><br>　　　　Defendants. | Case No. 2:20-cv-9091-PA-AS<br><br>Hon. Percy Anderson<br><br>**[PROPOSED] ORDER STRIKING JURY DEMANDS** |

The Court has considered the Stipulation Regarding Waiver of Jury Trial. Upon due consideration and for good cause shown, the Court hereby strikes the parties' respective jury demands. *See* ECF No. 1 at 29; ECF No. 12 at 16; ECF No. 28 at 25:26-27; ECF No. 31 at 14.

**IT IS SO ORDERED.**

Dated: _____, 2021

HON. PERCY ANDERSON
United States District Judge