1  Stephen McArthur (SBN 277712)
2  stephen@smcarthurlaw.com
   Thomas Dietrich (SBN 254282)
3  tom@smcarthurlaw.com
4  THE MCARTHUR LAW FIRM, P.C.
   9465 Wilshire Blvd., Ste. 300
5  Beverly Hills, CA 90212
6  Telephone: (323) 639-4455

7  *Attorneys for Plaintiff Thrive
8  Natural Care, Inc.*

Rollin Ransom (SBN 196126)
rransom@sidley.com
Lauren De Lilly (SBN 301503)
ldelilly@sidley.com
Paula Salazar (SBN 327349)
psalazar@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth St., Ste. 4000
Los Angeles, CA 90013
Telephone: (213) 896-6000

*Attorneys for Defendant Thrive
Causemetics, Inc.*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

THRIVE NATURAL CARE, INC.,

                Plaintiff,

        v.

THRIVE CAUSEMETICS, INC.,

                Defendant.

Case No. 2:20-cv-9091-PA-AS

Hon. Percy Anderson

**JOINT TRIAL EXHIBIT LIST**

Trial Date: November 9, 2021
Time:        9:00 a.m.
Place:       Courtroom 9A

Pursuant to Federal Rule of Civil Procedure 26(a)(3(A)(iii), Plaintiff Thrive Natural Care, Inc. ("Plaintiff" or "TNC") and Defendant Thrive Causemetics, Inc. ("Defendant" or "TCI") hereby submits this list of exhibits they presently intend to offer at trial.  Identification of a document on this list does not constitute an admission as to authenticity or admissibility, and each party reserves the right to object to any document on this list to the extent offered by the other party. Each party further reserves the right to supplement and/or add to this list those exhibits that may be disclosed in continuing discovery, exhibits that were inadvertently omitted, or exhibits that will be used in rebuttal or impeachment to evidence and testimony introduced at trial.

**PLAINTIFF'S EXHIBITS:**

| Ex. No. | Description | Bates / ECF No. | Objections | Response to Objections |
|---------|-------------|-----------------|------------|------------------------|
| 2. | Deposition Exhibit | Ex. 2 | None | |
| 3. | Deposition Exhibit | Ex. 3 | None | |
| 4. | Deposition Exhibit | Ex. 4 | None | |
| | | | | |
| 10. | Deposition Exhibit | Ex. 10 | None | |
| 11. | Deposition Exhibit | Ex. 11 | None | |
| 12. | Deposition Exhibit | Ex. 12 | None | |
| 13. | Deposition Exhibit | Ex. 13 | None | |
| 14. | Deposition Exhibit | Ex. 14 | None | |
| 15. | Deposition Exhibit | Ex. 15 | None | |
| 16. | | | | |
| 17. | Deposition Exhibit | Ex. 17 | None | |
| 18. | Deposition Exhibit | Ex. 18 | None | |
| 19. | Deposition Exhibit | Ex. 19 | None | |
| 20. | Deposition Exhibit | Ex. 20 | None | |
| 21. | Deposition Exhibit | Ex. 21 | None | |
| 22. | Deposition Exhibit | Ex. 22 | None | |
| 23. | Deposition Exhibit | Ex. 23 | None | |

| | | | | |
|---|---|---|---|---|
| 24. | Deposition Exhibit | Ex. 24 | None | |
| 25. | Deposition Exhibit | Ex. 25 | None | |
| 26. | Deposition Exhibit | Ex. 26 | None | |
| 27. | Deposition Exhibit | Ex. 27 | None | |
| 28. | Deposition Exhibit | Ex. 28 | Hearsay (FRE 802) (as to the e-mails between Margo Hays and Alex McIntosh) | The exhibit is not hearsay because it is not being offered for the truth of the matters asserted therein |
| 29. | | | | |
| 30. | Deposition Exhibit | Ex. 30 | None | |
| 31. | Deposition Exhibit | Ex. 31 | None | |
| 32. | Deposition Exhibit | Ex. 32 | None | |
| 34. | Deposition Exhibit | Ex. 34 | None | |
| 35. | Deposition Exhibit | Ex. 35 | None | |
| 36. | Deposition Exhibit | Ex. 36 | None | |
| 38. | Deposition Exhibit | Ex. 38 | None | |
| 39. | Deposition Exhibit | Ex. 39 | None | |
| 40. | | | | |
| 41. | Deposition Exhibit | Ex. 41 | None | |
| 44. | Gardner-Young Deposition Exhibit | Ex. 44 | None | |
| 45. | Gardner-Young Deposition Exhibit | Ex. 45 | None | |
| 48. | Gardner-Young Deposition Exhibit | Ex. 48 | None | |
| 81. | | | | |
| 82. | Bodnar Deposition Exhibit | Ex. 82 | None | |
| 83. | Bodnar Deposition Exhibit | Ex. 83 | None | |
| 84. | Bodnar Deposition Exhibit | Ex. 84 | None | |
| 85. | Bodnar Deposition Exhibit | Ex. 85 | None | |
| 86. | | | | |
| 94. | | | | |
| 95. | Deposition Exhibit | Ex. 95 | None | |
| 113. | 8.27.2021 Deposition of | Ex. 113 | None | |

JOINT TRIAL EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| | Robert Wallace. Ex. 113 | | | |
| 114. | 8.27.2021 Deposition of Robert Wallace. Ex. 114 | Ex. 114 | None | |
| 115. | 8.27.2021 Deposition of Robert Wallace. Ex. 115 | Ex. 115 | None | |
| 116. | 8.27.2021 Deposition of Robert Wallace.  Ex. 116 | Ex. 116 | None | |
| 117. | Ex. A to Decl. of Alex Mcintosh in support of plaintiff's motion for partial summary judgment.  942 Registration certificate. | 41 | None | |
| 118. | Ex. B to Decl. of Alex Mcintosh in support of plaintiff's motion for partial summary judgment.  Thrive's Combined Decl. of Use and Incontestability and the PTO's acceptance of this Decl. | 41 | None | |
| 119. | Ex. C to Decl. of Alex Mcintosh in support of plaintiff's motion for partial summary judgment.  303 Registration certificate | 41 | None | |
| 120. | Ex. G to Decl. of Alex Mcintosh in support of | 41 | Irrelevant (FRE 401; 402) (related | Thrive Natural Care's CEO, Alex |

JOINT TRIAL EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| | plaintiff's motion for partial summary judgment.<br><br>Consumers Reviews left on Thrive's Amazon product page. | | to TCI's color cosmetics, which are not at issue)<br><br>Prejudice (FRE 403) (prejudicial, misleading, and confusing as to alleged confusion stemming from TCI's color cosmetics, which are not at issue)<br><br>Foundation (FRE 602) (no foundation as to intended meaning of consumer reviews)<br><br>Authentication (FRE 901) (to the extent the exhibit reflects highlighting or other modifications made by Plaintiff) | McIntosh, will testify as to the origin, nature, and providence of this document. It is relevant to consumer confusion, goes towards evidence of actual consumer confusion between Plaintiff and Defendant, and not unfairly prejudicial. |
| 121. | Ex. H to Decl. of Alex Mcintosh in support of plaintiff's motion for partial summary judgment. S<br><br>Screenshot of Walmart.com's listing for Thrive Products | 41 | | |

JOINT TRIAL EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| | | which Walmart erroneously listed as originating from TCI. | | |
| | 122. | Ex. I to Decl. of Alex Mcintosh in support of plaintiff's motion for partial summary judgment.<br><br>Online product listing for Thrive's products on the Poshmark website, which states Thrive's products originate from TCI. | 41 | None |
| | 123. | Ex. J to Decl. of Alex Mcintosh in support of plaintiff's motion for partial summary judgment. Screenshots taken by McIntosh of Google and Google Shopping search results. | 41 | None |
| | 124. | Ex. K to Decl. of Alex Mcintosh in support of plaintiff's motion for partial summary judgment. Screenshots taken by McIntosh of Bing and Bing Shopping search results. | 41 | None |
| | 125. | Ex. L to Decl. of Alex Mcintosh in support of plaintiff's motion for partial summary judgment.<br><br>Screenshots of websites showing both parties' products. | 41 | None |

JOINT TRIAL EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| 126. | Ex. M to Decl. of Alex Mcintosh in support of plaintiff's motion for partial summary judgment.<br><br>Lisa Ertz email. | 41 | Irrelevant (FRE 401; 402) (relates to TCI's color cosmetics, which are not at issue)<br><br>Prejudice (FRE 403) (prejudicial, misleading, and confusing as to alleged confusion stemming from TCI's color cosmetics, which are not at issue) | This email is relevant to consumer confusion, goes towards evidence of actual consumer confusion between Plaintiff and Defendant, and not unfairly prejudicial. |
| 127. | Ex. O to Decl. of Alex Mcintosh in support of plaintiff's motion for partial summary judgment | 41 | None | |
| 128. | | | | |
| 129. | Ex. B to Decl. of Rob Wallace in support of plaintiff's motion for partial summary judgment.<br>Product Side by side marketplace screenshots. | 42 | None | |
| 130. | | | | |
| 131. | | | | |
| 132. | | | | |
| 133. | | | | |
| 134. | Ex. E to Decl. of Stephen McArthur in support of plaintiff's motion for partial summary judgment. | 33-2 | None | |

JOINT TRIAL EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| | 2015 Office Action rejecting TCI Application. | | | |
| 135. | Ex. F to Decl. of Stephen McArthur in support of plaintiff's motion for partial summary judgment. TCI's response to the 2015 Office Action dated May 26, 2016. | 33-2 | None | |
| 136. | Ex. G to Decl. of Stephen McArthur in support of plaintiff's motion for partial summary judgment. PTO's June 22, 2016 reply to TCI's response to 2015 Office Action. | 33-2 | None | |
| 137. | Ex. H to Decl. of Stephen McArthur in support of plaintiff's motion for partial summary judgment. Office Action issued by the PTO against TCI on August 28, 2018 | 33-2 | None | |
| 138. | Ex. I to Decl. of Stephen McArthur in support of plaintiff's motion for partial summary judgment. TCI's response to the 2018 Office Action | 33-2 | None | |
| 139. | Ex. J to Decl. of Stephen McArthur in support of plaintiff's motion for partial summary judgment. PTO's Suspension | 33-2 | None | |

-8-

JOINT TRIAL EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| | Letter issued on TCI's application on November 23, 2018 | | | |
| 140. | Ex. K to Decl. of Stephen McArthur in support of plaintiff's motion for partial summary judgment. TO's Office Action dated July 28, 2021. | 33-2 | None | |
| 141. | Ex. L to Decl. of Stephen McArthur in support of plaintiff's motion for partial summary judgment. Dictionary definitions of the word "thrive". | 33-2 | None | |
| 142. | Ex. M to Decl. of Stephen McArthur in support of plaintiff's motion for partial summary judgment. Media coverage of TCI | 33-2 | Hearsay (FRE 802) (as to pages MCARTHUR421-424 of the exhibit, which are offered for the truth of the statements therein and no exception applies)<br><br>Foundation (FRE 602) (as to pages MCARTHUR421-424 of the exhibit; Plaintiff cannot lay a foundation for a third-party article) | Not hearsay because not offered for the truth of the matter asserted. Alex McIntosh will testify as to the providence, nature, and origin of this documents.<br><br>It is also necessary because it is a document directly referred to in one of Defendant's damages exhibits. |
| 143. | | | | |
| 144. | "Thrive Face Balm Reviews 2021 - | TNC03 333 | None | |

JOINT TRIAL EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| | www.influenster.com" | | | |
| 145. | "Full Ingredients List Daily Defense Sunscreen Balm Mineral SPF 30 Thr_ - www.skincarisma.com" | TNC03 332 | None | |
| 146. | "Amazon.com _ THRIVE Natural Moisturizing Mineral Face Sunscreen SPF 3_ - www.amazon.com" | TNC03 331 | None | |
| 147. | CEO of Thrive Natural Care Makes Case for Business Beyond Sustainabil_ - www.prnewswire.com | TNC03 330-TNC03 330 | Hearsay (FRE 802) (offered for the truth of the statements therein and no exception applies) | Not hearsay because not offered for the truth of the matter asserted. Media articles about the brand go to strength of mark and brand recognition, regardless of whether the facts contained therein are accurate. |
| 148. | CSRWire - Thrive Natural Care Achieves 'Beyond Sustainable' Milestone_ - www.csrwire.com | TNC03 329-TNC03 329 | None | |
| 149. | Apteo Blog – The Guide to Google Shopping Optimization for Ecommerce Stores | TNC03 317-TNC03 328 | Foundation (FRE 602) (Plaintiff cannot lay a foundation for a third-party article)  Hearsay (FRE | Rob Wallace will testify as to the providence, nature, and origin of these documents.  The exhibit is also supported by sufficient |

| | | | | |
|---|---|---|---|---|
| | | | 802) (offered for the truth of the statements therein and no exception applies)  Improper Opinion Testimony (FRE 701) (Plaintiff has not designated an expert on search engine optimization) | guarantees of trustworthiness and comes within the residual exception to the prohibition against hearsay in Fed. R. Evid. 807. |
| 150. | AMAZON~3 | TNC03 303- TNC03 316 | None | |
| 151. | Amazon.com_ Customer reviews_ Thrive Natural Body Mineral Sunscreen SPF 50, 4 Ounces - Water Resistant Reef Safe Sunscreen with Broad Spectrum Clear Zinc Oxide Sun Block - Vegan, Plant Based Tube & Made in USA | TNC03 300- TNC03 302 | None | |
| 152. | all products – Omcali Sacred Skincare | TNC03 229- TNC03 233 | None | |
| 153. | 404 Not Found – Omcali Sacred Skincare | TNC03 227- TNC03 228 | None | |
| 154. | Screen Shot 2021-08-02 at 11.22.49 PM | TNC03 216- | None | |

JOINT TRIAL EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| | | TNC03 216 | | |
| 155. | Screen Shot 2021-08-02 at 11.22.38 PM | TNC03 215-TNC03 215 | None | |
| 156. | Screen Shot 2021-08-02 at 11.22.20 PM | TNC03 214-TNC03 214 | None | |
| 157. | Screen Shot 2021-08-02 at 11.22.08 PM | TNC03 213-TNC03 213 | None | |
| 158. | Screen Shot 2021-08-02 at 11.21.55 PM | TNC03 212-TNC03 212 | None | |
| 159. | Screen Shot 2021-08-02 at 11.21.42 PM | TNC03 211-TNC03 211 | None | |
| 160. | | | | |
| 161. | Screen Shot 2021-08-02 at 11.19.54 PM | TNC03 209-TNC03 209 | None | |
| 162. | Screen Shot 2021-08-02 at 11.19.38 PM | TNC03 208-TNC03 208 | None | |
| 163. | Screen Shot 2021-08-02 at 11.19.26 PM | TNC03 207-TNC03 207 | None | |
| 164. | Screen Shot 2021-08-02 at 11.19.13 PM | TNC03 206-TNC03 206 | None | |
| 165. | | | | |

JOINT TRIAL EXHIBIT LIST

| 166. | | | | |
|---|---|---|---|---|
| 167. | Screen Shot 2021-08-02 at 11.17.00 PM | TNC03 203-TNC03 203 | None | |
| 168. | Screen Shot 2021-08-02 at 11.16.50 PM | TNC03 202-TNC03 202 | None | |
| 169. | Screen Shot 2021-08-02 at 11.16.42 PM | TNC03 201-TNC03 201 | None | |
| 170. | Screen Shot 2021-08-02 at 11.16.08 PM | TNC03 200-TNC03 200 | None | |
| 171. | | | | |
| 172. | Screen Shot 2021-08-02 at 11.15.26 PM | TNC03 198-TNC03 198 | None | |
| 173. | Screen Shot 2021-08-02 at 11.15.08 PM | TNC03 197-TNC03 197 | None | |
| 174. | Screen Shot 2021-08-02 at 11.13.37 PM | TNC03 196-TNC03 196 | None | |
| 175. | | | | |
| 176. | Screen Shot 2021-08-02 at 11.11.10 PM | TNC03 194-TNC03 194 | None | |
| 177. | Screen Shot 2021-08-02 at 11.10.56 PM | TNC03 193-TNC03 193 | None | |
| 178. | Screen Shot 2021-08-02 | TNC03 | None | |

JOINT TRIAL EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| | | at 11.10.09 PM | 192-TNC03 192 | |
| 179. | | Screen Shot 2021-08-02 at 11.09.43 PM | TNC03 191-TNC03 191 | None |
| 180. | | Screen Shot 2021-08-02 at 11.09.27 PM | TNC03 190-TNC03 190 | None |
| 181. | | | | |
| 182. | | Screen Shot 2021-08-02 at 11.08.45 PM | TNC03 188-TNC03 188 | None |
| 183. | | Screen Shot 2021-08-02 at 11.08.27 PM | TNC03 187-TNC03 187 | None |
| 184. | | Screen Shot 2021-08-02 at 11.07.52 PM | TNC03 186-TNC03 186 | None |
| 185. | | Screen Shot 2021-08-02 at 11.05.52 PM | TNC03 185-TNC03 185 | None |
| 186. | | Screen Shot 2021-08-02 at 11.05.34 PM | TNC03 184-TNC03 184 | None |
| 187. | | | | |
| 188. | | THRIVE _ definition in the Cambridge English Dictionary | TNC03 104-TNC03 110 | None |
| 189. | | THRIVE (verb) American English definition and | TNC03 101-TNC03 | None |

| | | | | |
|---|---|---|---|---|
| | | synonyms _ Macmillan Dictionary | 103 | | |
| 190. | Merriam webster thrive definition 7.28.2021 | TNC03 085- TNC03 094 | None | |
| 191. | Dictionary definition of Thrive 7.28.2021 | TNC03 073- TNC03 078 | None | |
| 192. | Thrive Natural Light Mineral Face Sunsc... SPF 30 w_ Antioxidants, - Walmart | TNC02 051- TNC02 059 | None | |
| 193. | THRIVE Natural Face Wash Gel for Men & ...en & Mens Face Wash_ Amazon | TNC02 043- TNC02 050 | None | |
| 194. | screencapture- thrivecausemetics- products-filtered- effects-blurring-primer- 2021-06-29-15_13_44 | TNC02 037- TNC02 041 | None | |
| 195. | screencapture-facebook- thrivecausemetics- videos- 294882584969829- 2021-06-29-09_52_04 | TNC02 036- TNC02 036 | None | |
| 196. | screencapture-facebook- thrivecausemetics- videos- 294882584969829- 2021-06-29-09_51_33 | TNC02 035- TNC02 035 | None | |
| 197. | Screenshot Filtered Effects Blurring Primer | TNC02 030- TNC02 030 | None | |
| 198. | How a small, sustainable skin care brand became a best- | TNC02 026- TNC02 | Hearsay (FRE 802) (offered for the truth of the | Not hearsay because not being offered for the |

| | | | | | |
|---|---|---|---|---|---|
| | | selling Amazon partner | 029 | statements therein and no exception applies) | truth of the matter asserted.  Media articles about the brand go to strength of mark and brand recognition, regardless of whether the facts contained therein are accurate. |
| | 199. | Best Natural Face Moisturizer Lotion & After Shave Balm - Plant-Based_ - thrivecare.co | TNC02 025- TNC02 025 | None | |
| | 200. | Capture 048 - Filtered Effects Blurring Face Primer – Thrive Causemetics_ - thrivecausemetics.com | TNC02 023- TNC02 023 | None | |
| | 201. | Brilliant Face Brightener Illuminating Primer™ _ Thrive Causemetics | TNC02 002- TNC02 019 | None | |
| | 202. | Brilliant Face Brightener Illuminating Primer2 6.30.2021 | TNC02 001- TNC02 001 | None | |
| | 203. | 17 LGBTQ+ Owned Beauty Brands to Support During Pride and Beyond | TNC01 972- TNC01 997 | None | |
| | 204. | Thrive Tribe Blog | TNC01 211- TNC01 212 | Irrelevant (FRE 402) (no evidence that blog was ever created by Plaintiff or used by consumers)  Prejudice (FRE 403) (prejudicial, misleading, and confusion | Not hearsay because not being offered for the truth of the matter asserted. Not unfairly prejudicial because goes to |

| | | | because no evidence that blog was ever created by Plaintiff or used by consumers) | likelihood of confusion. |
|---|---|---|---|---|
| 205. | Thrive Earth Month Giveaway Entry | TNC01210-TNC01210 | None | |
| 206. | screencapture-web-archive-org-web-20200812173652-https-thrivecare-co-2020-10-27-12_03_03 | TNC01209-TNC01209 | None | . |
| 207. | screencapture-thrivecare-co-pages-our-skin-health-philosophy-2020-11-05-15_10_44 (Thrive Tribe use) | TNC01208-TNC01208 | None | |
| 208. | Causemetics Letter re Thrive Natural Care 4.12.17 | TNC00899-TNC00900 | None | |
| 209. | | | | |
| 210. | | | | |
| 211. | (Log 17) 10.16.2019 email from Shehab Heddaya to Nicole Benjamin | TCI_00031438-39 | None | |
| 212. | | | | |
| 213. | | | | |
| 214. | (Log 13) 6.25.2019 email from Karissa Bodnar to Nicole Benjamin | TCI_00031432 | None | |
| 215. | (Log 6) 5.18.2016 email from Mary Baker Anderson to Karissa | TCI_00031420 - 25 | None | |

JOINT TRIAL EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| | Bodnar | | | |
| 216. | (Log 5) 5.17.2016 email from Karissa Bodnar to Mary Baker Anderson | TCI_00 031392-419 | None | |
| 217. | | | | |
| 218. | Revenue Spreadsheet | TCI_00 031132 | None | |
| 219. | Revenue Spreadsheet | TCI_00 030182-84 (AEO) | None | |
| 220. | Brilliant Face Brightener Illuminating Primer™ _ Thrive Causemetics | TNC02 002-TNC02 019 | None | |
| 221. | Brilliant Face Brightener Illuminating Primer2 6.30.2021 | TNC02 001-TNC02 001 | None | |
| 222. | Brilliant Face Brightener Illuminating Primer 6.30.2021 | TNC02 002-TNC02 019 | None | |
| 223. | screencapture-poshmark-listing-Thrive-Natural-Mens-Skin-Care-Gift-Set-3-Piece-5e6826a97a8173abbda2fa0e-2020-12-18-12_20_37 | TNC00 914-TNC00 914 | None | |
| 224. | Amazon.com_ Customer reviews_ Thrive Natural Care | TNC01 554-TNC01 558 | None | |
| 225. | | | | |
| 226. | –2016 Emails between Thrive and Thrive | TNC00 901- | None | |

JOINT TRIAL EXHIBIT LIST

| | | Causemetics | TNC00 901 | | |
|---|---|---|---|---|---|
| 227. | | CONFIDENTIAL_Thrive PROJ financials to 2025 | TNC01 240-TNC01 260 | Irrelevant (FRE 401; 402) (Plaintiff failed to disclose any theory or computation of actual damages in discovery) | Not hearsay because it's a business record. Relevant to damages. Can be relevant to disgorgement and other equitable relief. |
| 228. | | Thrive AMZ Keywords & Female+Lotion evidence_v5-13-21 | TNC01 427.000 01-TNC01 427.001 16 | None | |
| 229. | | screencapture-thrivecare-co-collections-all-2021-03-05-12_02_33 | TNC01 160-TNC01 161 | None | |
| 230. | | Unit + $ Sales by SKU by Quarter: 1Q17 – 1Q21 | TNC02 042-TNC02 042 | None | |
| 231. | | | | | |
| 232. | | Ex. C to McIntosh Opp. Decl. Thrive Licensing-Related Communications | 57 | None | |
| 233. | | Ex. F to McIntosh Opp. Decl. June 30, 2021, Amazon Review for Thrive Sunscreen | 57 | None | |
| 234. | | | | | |
| 235. | | Ex. H to McIntosh Opp. Decl. | 57 | None | |

| | | | | |
|---|---|---|---|---|
| | | Google Searches Showing Products Side-by-Side | | | |
| 236. | Ex. I to McIntosh Opp. Decl. Bing Searches Showing Products Side-by-Side | 57 | None | |
| 237. | Ex. J to McIntosh Opp. Decl. Online Marketplace Images Showing Products Side-by-Side | 57 | None | |
| 238. | Ex. A to Wallace Opp. Decl. Screenshots of Parties' Products Appearing in Online Searches | 58 | None | |
| 239. | | | | |
| 240. | Ex. A. to Drews Opp. Decl. Supplemental Schedules of Damages | 55-3 | None | |
| 241. | | | | |
| 242. | | | | |
| 243. | | | | |
| 244. | | | | |
| 245. | | | | |
| 246. | Diabetic Skin Treatment Lotion TNC01950-TNC01950 | | None | |
| 247. | Diathrive Screenshot 10-15-2021 | | None | |
| 248. | 6.27.2019 email from Nicole Benjamin to Karissa Bodnar | TCI_00031426 | None | |
| 249. | Diathrive C&D | | None | |
| 250. | Diathrive Amendment | | None | |
| 251. | Yoybuy Listing TNC01339-TNC01339 | | None | |
| 252. | 5/5/2013 Memo. | | None | |

JOINT TRIAL EXHIBIT LIST

| | | | | | |
|---|---|---|---|---|---|
| | | TNC01638-TNC01645 | | | |
| | 253. | Thrive Lab – Thrive Causemetics (taken 2020.09.16 by TD) | TNC01149-TNC01153 | None | |
| | 254. | | | | |
| | 255. | TCI_00027717 – TCI_00027719 | TCI_00027687 – TCI_00027719 | None | |
| | 256. | | | | |
| | 257. | | | | |
| | 258. | 3.22.16 Email from Karissa Bodnar to aschultz | TCI_00027652 | None | |
| | 259. | 10.16.2019 email from Nicole Benjamin to Shehab Heddaya | TCI_00022698 | None | |
| | 260. | 12.22.2017 email from Karissa Bodnar to Kate McDonald | TCI_00019229 - TCI_00019231 | Hearsay (FRE 702) (as to the e-mails between Margo Hays and Alex McIntosh; offered for the truth of the matters asserted and no exception applies) | Not hearsay because not offered for the truth of the matter asserted. |
| | 261. | 12.19.2017 email from Karissa Bodnar to Kate McDonald | TCI_00019222 – TCI_00019228 | Hearsay (FRE 702) (as to the e-mails between Margo Hays and Alex McIntosh; offered for the truth of the matters asserted and no exception applies) | Not hearsay because not offered for the truth of the matter asserted. |
| | 262. | Thrive Causemetics | TCI_00 | None | |

JOINT TRIAL EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| | 9.14.2016 Instagram post | 017865 | | |
| 263. | Thrive Causemetics 7.4.2019 Instagram Post | TCI_00016423 | None | |
| 264. | Thrive Causemetics 12.30.2019 Instagram Post | TCI_00014426 | None | |
| 265. | "Search keyword" Spreadsheet | TCI_00024093 - TCI_00026949 | None | |
| 266. | All Physical Thrive and TCI products exchanged by the parties pursuant to Thrive's requests for production. | (Physical Exhibits) | None | |
| 267. | TCI's Buildable Blur CC Cream | (Physical Exhibit) | None | |
| 268. | TCI's Bright Balance 3-in-1 Cleanser | (Physical Exhibit) | None | |
| 269. | TCI's Moisture Flash Active Nutrient Toner | (Physical Exhibit) | None | |
| 270. | TCI's Liquid Light Therapy All-In-One Face Serum | (Physical Exhibit) | None | |
| 271. | TCI's Filtered Effects Blurring Primer | (Physical Exhibit) | None | |
| 272. | Thrive Natural Care Face Balm | (Physical Exhibit) | None | |
| 273. | Thrive Natural Care Daily Defense Sunscreen Balm | (Physical Exhibit) | None | |
| 274. | Thrive Natural Care | (Physic | None | |

JOINT TRIAL EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| | Face Wash | al Exhibit) | | |
| 275. | August 23, 2013, Whole Foods Shipment | Bates Nos. TNC01 019-27 | None | |
| 276. | | | | |
| 277. | THRIVE WHOLE FOODS INVOICE_Coddington 3_26_14_initial order | TNC01 759- TNC01 759 | None | |
| 278. | THRIVE WHOLE FOODS INVOICE_Coddington 3_26_14_initial order-1 | TNC01 760- TNC01 760 | None | |
| 279. | THRIVE WHOLE FOODS INVOICE_Novato 3_26_14_initial order | TNC01 761- TNC01 761 | None | |
| 280. | THRIVE WHOLE FOODS INVOICE_San Rafael 3_26_14_initial order | TNC01 762- TNC01 762 | None | |
| 281. | THRIVE WHOLE FOODS INVOICE_Stevens Creek 3_26_14_initial order | TNC01 763- TNC01 763 | None | |
| 282. | | | | |
| 283. | | | | |
| 284. | | | | |
| 285. | TNC01326-TNC01326 | | None | |
| 286. | TNC01334-TNC01334 | | None | |
| 287. | TNC01334-TNC01334 | | None | |
| 288. | Defendant's Pre-trial Supplemental Revenue Numbers For all of its Skincare products and Hybrid products | | | |
| 289. | pharmaca confirmation on shelf 2014 | TNC01 385- TNC01 386 | None | |

JOINT TRIAL EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| 290. | | | | |
| 291. | Thrive sell sheet 10-20-13 | TNC01 394- TNC01 395 | None | |
| 292. | Thrive shipped to Pharmaca 10-30-2013 | TNC01 396- TNC01 397 | None | |
| 293. | Thrive WFM proof on shelf Apr 2014 | TNC01 398- TNC01 400 | None | |
| 294. | | | | |
| 295. | | | | |
| 296. | | | | |
| 297. | Thrive RSPA signed v3. 5-22-13 (1) | TNC01 408- TNC01 422 | None | |
| 298. | Shave Oil - Geikie purchase feedback 2013 | TNC01 423- TNC01 423 | Irrelevant (FRE 401; 402) (does not reflect a bona fide sale)<br><br>Hearsay (FRE 802) (offered for the truth of the statements therein and no exception applies)<br><br>Prejudice (FRE 403) (prejudicial, misleading, and confusing for the same reasons) | Not hearsay because it is not being offered for the truth of the matter asserted. Goes directly to first use in commerce of the Thrive mark. Not unfairly prejudicial. |
| 299. | WFM products August 2013 + Oct 2013 | TNC01 424- | None | |

| | | | | |
|---|---|---|---|---|
| | | TNC01426 | | |
| 300. | Daily Defense Sunscreen Balm Shipment re: Amazon, | TNC01605 | None | |
| 301. | Sunscreen customer shipment | TNC01598 | None | |
| 302. | GoDaddy Order Confirmation | TNC00855-856 | None | |
| 303. | | | | |
| 304. | Certified copy of 6,164,303 trademark registration | (Physical Exhibit) | None | |
| 305. | Certified copy of 4,467,942 trademark registration | (Physical Exhibit) | None | |
| 306. | Declaration of A. McIntosh ISO Plaintiff's Response to Additional Material Facts in Defendant's Statement of Genuine Disputes, Ex. A, article posted to the Medium website by Thrive titled "I'm a Woman and I use Thrive Natural Care. Here's Why." | 77-2 | None | |
| 307. | Declaration of A. McIntosh ISO Plaintiff's Response to Additional Material Facts in Defendant's Statement of Genuine Disputes, Ex. B, a June 30, 2021, four-page article about Thrive in *USA Today* entitled "*How a small, sustainable skin care brand became a best-selling Amazon partner. Thrive Natural Care has grown by 1,300% in just four years*". | 77-2 | None | |
| 308. | Declaration of A. McIntosh ISO Plaintiff's Response to Additional Material Facts in Defendant's Statement of Genuine Disputes, Ex. C, a screenshot from Bloomingdale's "Luxury Skincare" product page | 77-2 | Hearsay (FRE 802) (offered for the truth of the statements therein and no exception applies) | Alex McIntosh will testify as to the providence, nature, and origin of this document. Is a business record showing prices of products. The document is |

JOINT TRIAL EXHIBIT LIST

| | | | | | |
|---|---|---|---|---|---|
| 1–6 | | | | | necessary to show what prices other company's offer their skincare products at, and nothing about the document is unfairly prejudicial. |
| 309. | Declaration of A. McIntosh ISO Plaintiff's Response to Additional Material Facts in Defendant's Statement of Genuine Disputes, Ex. D, a screenshot of Thrive's product page for Sensitive Skin Face Balm | 77-2 | None | | |
| 310. | Declaration of A. McIntosh ISO Plaintiff's Response to Additional Material Facts in Defendant's Statement of Genuine Disputes, Ex. E, Amazon Customer Review | 77-2 | None | | |
| 311. | Declaration of A. McIntosh ISO Plaintiff's Response to Additional Material Facts in Defendant's Statement of Genuine Disputes, Ex. F, screenshots captured on August 30, 2021 | 77-2 | None | | |
| 312. | Declaration of A. McIntosh ISO Plaintiff's Response to Additional Material Facts in Defendant's Statement of Genuine Disputes, screencapture shown on page 8, paragraph 23, of a search for the word "thrive" on Amazon.com | 77-2 | None | | |
| 313. | Declaration of A. McIntosh ISO Plaintiff's Response to Additional Material Facts in Defendant's Statement of Genuine Disputes, screencapture shown on page 9, paragraph 23, of the term "thrive cream" on Amazon. | 77-2 | None | | |
| 314. | TCI Supplemental Response to Plaintiff's Interrogatory No. 1 | | None | | |
| 315. | TCI Supplemental Response to Plaintiff's Interrogatory No. 3 | | None | | |
| 316. | Tess Screenshot Class 3 Thrive Skin search McIntosh Declaration | | None | | |
| 317. | Amazon "up and comer in the cosmetics field" review , TNC03493 | | Irrelevant (FRE 401; 402) (reflects alleged actual confusion | Goes to actual confusion, is relevant, and not prejudicial because |

| | | | | stemming from TCI's color cosmetics, which are not at issue)<br><br>Prejudice (FRE 403) (prejudicial, misleading, and confusing for the same reasons)<br><br>Objection as duplicative of Ex. No. 120. | a consumer writes that Plaintiff Thrive is "an up and comer in the cosmetics field. Their mascara is phenomenal…." Shows that a consumer is confused between TCI and TNC.<br><br>Not duplicative of Ex. 120 because it does not have any of the added red highlighting that Ex. 120 has. |
|---|---|---|---|---|---|
| 318. | Ecomundi_00005-Ecomundi_00024 | | None | | |
| 319. | Ecomundi_00025-Ecomundi_00040 | | None | | |
| 320. | Ecomundi_00052-Ecomundi_00074 | | None | | |
| 321. | Ecomundi_00075-Ecomundi_00077 | | None | | |
| 322. | Ecomundi_00078-Ecomundi_00079 | | None | | |
| 323. | Ecomundi_00100-Ecomundi_00114 | | None | | |
| 324. | Ecomundi_00132 Re_ Notes from Thrive brainstorming (and attachments) | | None | | |
| 325. | Ecomundi_00001-Ecomundi_00004 | | None | | |
| 326. | TNC00897-U-TNC00897-U | | None | | |
| 327. | TNC01282-01299 | | None | | |
| 328. | TNC01213-TNC01213 | | None | | |
| 329. | TNC01214-TNC01214 | | None | | |
| 330. | TNC01215-TNC01215 | | None | | |
| 331. | TNC01216-TNC01216 | | None | | |
| 332. | TNC02977-TNC02980 | | None | | |
| 333. | TNC00933-TNC00937 | | None | | |
| 334. | TNC00943-TNC00947 | | None | | |
| 335. | TNC00974-TNC00979 | | None | | |

JOINT TRIAL EXHIBIT LIST

| 336. | TNC01595-TNC01597 | | None | |
| 337. | TNC02990-TNC02992 | | None | |
| 338. | TNC03287-TNC03290 | | None | |
| 339. | TNC03373-TNC03374 | | None | |
| 340. | Eat Drink Thrive | | None | |
| 341. | Ola Tropical Apothecary | | None | |
| 342. | Record List Display - cream | | None | |
| 343. | Record List Display - lotion | | None | |
| 344. | Record List Display - skin care | | None | |
| 345. | TCI_00031365 (Filtered Effects) | | None | |
| 346. | TNC02672-TNC02687 - wallace survey 1 | | None | |
| 347. | TNC02688-TNC02702  - wallace survey 2 | | None | |
| 348. | TNC02703-TNC02759 - wallace survey 3 | | None | |
| 349. | TNC02760-TNC02816  - wallace survey 4 | | None | |

## DEFENDANT'S EXHIBITS:

| Ex. No. | Description | Objection | Response |
| --- | --- | --- | --- |
| 2 | TCI's Revenue Information for Color Cosmetics (2016 – 2021) TCI_00022753-TCI_00022767 (CONFIDENTIAL – ATTORNEYS EYES ONLY) | The "Other Overhead" tabulation of this exhibit (Sum of Other Overhead, Sum of Total Costs, and Sum of Net Income) are subject to a pending MIL. Objection: Relevance, FRE 401; Lacks probative | TCI notes that Plaintiff has included this exhibit in Plaintiff's exhibit list, thereby conceding its relevance. The final three columns (Sum of Other Overhead, Sum of Total Costs, and Sum of Net Revenue) of the exhibit are relevant under Fed. R. Evid. 401 and 402 because they are probative of TCI's costs related to the sale and production of its products, evidence of which TCI is entitled to |

| Ex. No. | Description | Objection | Response |
|---|---|---|---|
| | | value, FRE 403; Waste of time, FRE 403. | present to rebut Plaintiff's damages claim. *See* 15 U.S.C. § 1117(a). For these same reasons, the exhibit is not prejudicial, confusing, or a waste of time under Fed. R. Evid. 403. |
| 3 | TCI's Revenue Information for Skincare (2018 – Feb. 2021), TCI_00014424 (CONFIDENTIAL – ATTORNEYS EYES ONLY) | The "Other Overhead" tabulation of this exhibit (Sum of Other Overhead, Sum of Total Costs, and Sum of Net Income) are subject to a pending MIL. Objection: Relevance, FRE 401; Lacks probative value, FRE 403; Waste of time, FRE 403. | TCI notes that Plaintiff has included this exhibit in Plaintiff's exhibit list, thereby conceding its relevance. The final three columns (Sum of Other Overhead, Sum of Total Costs, and Sum of Net Revenue) of the exhibit are relevant under Fed. R. Evid. 401 and 402 because they are probative of TCI's costs related to the sale and production of its products, evidence of which TCI is entitled to present to rebut Plaintiff's damages claim. *See* 15 U.S.C. § 1117(a). For these same reasons, the exhibit is not prejudicial, confusing, or a waste of time under Fed. R. Evid. 403. |
| 4 | Product List Spreadsheet, TCI_00026950-TCI_00026955 | | |

| Ex. No. | Description | Objection | Response |
|---|---|---|---|
| | (CONFIDENTIAL – ATTORNEYS EYES ONLY) | | |
| 30 | Email Chain Between K. Bodnar and A. McIntosh (Apr. 23, 2016), TCI_00019117-TCI_00019118 (CONFIDENTIAL) | | |
| 31 | Letter From T. Manfredi to K. Bodnar (Mar. 3, 2017), TNC00902- TNC00903 (CONFIDENTIAL) | | |
| 33 | Notes re: Call with A. McIntosh (June 27, 2019), TCI_00028612-TCI_00028614 | | |
| 38 | TCI Revenue Information, TCI_00031132, TCI_00030183-TCI_00030184 (CONFIDENTIAL – ATTORNEYS EYES ONLY) | The "Other Overhead" tabulation of this exhibit (Sum of Other Overhead, Sum of Total Costs, and Sum of Net Income) are subject to a pending MIL. Objection: Relevance, FRE 401; Lacks probative value, FRE 403; Waste of time, FRE 403. | TCI notes that Plaintiff has included this exhibit in Plaintiff's exhibit list, thereby conceding its relevance. The final three columns (Sum of Other Overhead, Sum of Total Costs, and Sum of Net Revenue) of the exhibit are relevant under Fed. R. Evid. 401 and 402 because they are probative of TCI's costs related to the sale and production of its products, evidence of which TCI is entitled to present to rebut Plaintiff's damages claim. *See* 15 U.S.C. § 1117(a).For these same reasons, the exhibit is not prejudicial, confusing, or a waste of time under Fed. R. Evid. 403. |

| Ex. No. | Description | Objection | Response |
|---|---|---|---|
| | | | |
| 53 | Thrive Natural Care, Inc.'s Products Webpage, TNC01160-TNC01161 | | |
| 54 | Thrive Natural Care, Inc.'s Product Offering | | |
| 55 | Plaintiff Thrive Natural Care, Inc.'s Supplemental Responses to Defendant Thrive Causemetics, Inc.'s First Set of Interrogatories (June 28, 2021) | | |
| 58 | Screenshot of Thrive Natural Care's Skin Health Philosophy Webpage, TNC01208 | | |
| 59 | Thrive Natural Care's Brochure, TNC00143-TNC00144 | | |
| 60 | Thrive Natural Care Brand DNA Slide Deck (Jan. 12, 2013), TNC00391-TNC00399 (CONFIDENTIAL) | | |
| 61 | Thrive Natural Care's Marketing Deck (May 24, 2013), TNC00556-TNC00597 (CONFIDENTIAL) | | |
| 62 | Thrive Natural Care's Marketing Deck (June 7, 2013), TNC00598-TNC00634 (CONFIDENTIAL) | | |
| 63 | Thrive Natural Care's Brand DNA Deck (Dec. 14, 2013), TNC00283-U-TNC00290-U | | |
| 64 | Thrive Natural Care's Sell Sheet, TNC00294-U-TNC00295-U | | |
| 65 | Thrive Natural Care's Executive Overview (Oct. 9, 2013), TNC00130-U-TNC00131-U | | |
| 66 | Thrive Natural Care's Video and Audio Descriptions, TNC00297-U-TNC00298-U | | |

JOINT TRIAL EXHIBIT LIST

| Ex. No. | Description | Objection | Response |
|---|---|---|---|
| 67 | Email Chain Between J. Brenner and A. McIntosh (Apr. 8, 2014), TNC01398-TNC01400 | | |
| 68 | Thrive Natural Care's Product Marketing Spreadsheet, TNC01427.00001-TNC01427.00116 | | |
| 69 | Thrive Natural Care Summary Financial Statements, TNC01282 – TNC01299 (CONFIDENTIAL – ATTORNEYS EYES ONLY) | | |
| 70 | Thrive Natural Care Summary Financial Statements (CONFIDENTIAL – ATTORNEYS EYES ONLY) | | |
| 72 | Email Chain Between A. McIntosh and K. Bodnar (Apr. 23, 2016), TNC00901 | | |
| 79 | Thrive Natural Care Digital Playbook Slide Deck, by Rokit (Oct. 28, 2016), TNC00193 – TNC00218 (CONFIDENTIAL) | | |
| 88 | Email Chain Between A. McIntosh and E. Bruss (May 3, 2017), TNC00831 (CONFIDENTIAL) | | |
| 89 | Email Chain Between A. McIntosh and B. Boothe (Nov. 20, 2017), TNC00819 (CONFIDENTIAL) | | |
| 90 | Email Chain Between C. Kelley and A. McIntosh (May 24, 2018), TNC00830 (CONFIDENTIAL) | | |
| 91 | Email Chain Between P. Segal and A. McIntosh (Sept. 17, 2019), TNC00822 (CONFIDENTIAL) | | |

JOINT TRIAL EXHIBIT LIST

| Ex. No. | Description | Objection | Response |
|---------|-------------|-----------|----------|
| 92 | Trademark/Service Mark Statement of Use for Serial No. 85726058 (Oct. 4, 2013) | | |
| 95 | Trademark/Service Mark Application, Principal Register for "THRIVE" Mark, Serial No. 85726058 (Sept. 11, 2012) | | |
| 96 | Nunc Pro Tunc Trademark Assignment (Sept. 27, 2013), TNC01196-TNC01197 | | |
| 97 | Thrive Natural Care, Inc., Restricted Stock Purchase Agreement (May 23, 2013), TNC01408-TNC01422 | | |
| 98 | Thrive Natural Care, Inc.'s Certificate of Incorporation (Dec. 26, 2012), Ecomundi_00075-Ecomundi_00077 | | |
| 99 | "Alex & Andrea discuss A new model for personal care business" Presentation (Nov. 20, 2012), Ecomundi_00005-Ecomundi_00024 | | |
| 113 | Amazon.com Search Results for the term "Thrive" | | |
| 350 | USPTO's Notice of Divisional Request Completed (Nov. 5, 2013) (ECF No. 63-11) | | |
| 351 | Collins English Dictionary's Definition of "thrive" (accessed Aug. 20, 2021) (ECF No. 63-12) | | |
| 352 | Trademark/Service Mark Request to Divide for Serial No. 85726058 (Oct. 3, 2013) (ECF No. 63-13) | | |
| 353 | Thrive Natural Care's Facebook Webpage (accessed Aug. 19, 2021) (ECF No. 63-17) | | |

JOINT TRIAL EXHIBIT LIST

| Ex. No. | Description | Objection | Response |
|---|---|---|---|
| 354 | Thrive Natural Care's Instagram Webpage (accessed Aug. 19, 2021) (ECF No. 63-18) | | |
| 355 | Thrive Natural Care's "Superplant Skincare" Webpage (accessed Aug. 18, 2021) (ECF No. 63-19) | | |
| 356 | Thrive Natural Care's "Regenerative Mission" Webpage (accessed Aug. 18, 2021) (ECF No. 63-20) | | |
| 357 | Thrive Natural Care's Daily Defense Sunscreen Balm Product Page (accessed Aug. 18, 2021) (ECF No. 63-21) | | |
| 358 | Thrive Natural Care's Face Wash Product Page (accessed Aug. 18, 2021) (ECF No. 63-22) | | |
| 359 | Thrive Natural Care's Best Natural Exfoliating Scrub Product Page (accessed Aug. 18, 2021) (ECF No. 63-23) | | |
| 360 | Thrive Natural Care's Shaving Oil Product Page (accessed Aug. 18, 2021) (ECF No. 63-24) | | |
| 361 | San Francisco Business Times Article, "Can Amazon lift sales at this S.F. skincare business by $1 million?" (Sept. 21, 2017) (ECF No. 63-25) | | |
| 362 | Reuters Article, "Support the Evolution of Men's Shave and Skin Care" (Apr. 7, 2015) (ECF No. 63-26) | | |
| 363 | San Francisco Business Times Article, "S.F. skincare startup to get bump form Amazon" (Sept. 28, 2017) (ECF No. 63-27) | | |

JOINT TRIAL EXHIBIT LIST

| Ex. No. | Description | Objection | Response |
|---|---|---|---|
| 364 | USPTO Query Results for the Term "thrive*" (accessed Aug. 22, 2021) (ECF No. 63-28) | This exhibit is subject to a pending MIL. Objection: FRE 401; Unduly Prejudicial, FRE 403; Lacks probative value, FRE 403; Confusing, FRE 403; Waste of time, 403 | The exhibit is relevant under Fed. R. Evid. 401 and 402 because it is probative of the extent of third-party use of the term "thrive," which is relevant to the conceptual strength of Plaintiff's mark for the likelihood of confusion analysis. There is no undue prejudice to Plaintiff in informing the jury of third-party use of the term "thrive," and thus the exhibit is not prejudicial, confusing, or a waste of time under Fed. R. Evid. 403. |
| 365 | Amazon Webpage for Third Party Ashford Point LLC's Thrive Therapeutic Cold Therapy Packs, Therapeutic Hot Therapy Packs, and First Aid Kits (accessed Aug. 23, 2021) (ECF No. 63-30) | This exhibit is subject to a pending MIL. Objection: FRE 401; Unduly Prejudicial, FRE 403; Lacks probative value, FRE 403; Confusing, FRE 403; Waste of time, 403; | The exhibit is relevant under Fed. R. Evid. 401 and 402 because it is probative of the extent of third-party use of the term "thrive," which is relevant to the conceptual strength of Plaintiff's mark for the likelihood of confusion analysis. There is no undue prejudice to Plaintiff in informing the jury of third-party use of the term "thrive," and thus the exhibit is not prejudicial, confusing, or |

| Ex. No. | Description | Objection | Response |
|---|---|---|---|
| | | | a waste of time under Fed. R. Evid. 403. |
| 366 | Third Party Naked + Thriving LLC's Home Webpage (accessed Aug. 23, 2021) (ECF No. 63-31) | This exhibit is subject to a pending MIL. Objection: FRE 401; Unduly Prejudicial, FRE 403; Lacks probative value, FRE 403; Confusing, FRE 403; Waste of time, 403 | The exhibit is relevant under Fed. R. Evid. 401 and 402 because it is probative of the extent of third-party use of the term "thrive," which is relevant to the conceptual strength of Plaintiff's mark for the likelihood of confusion analysis. There is no undue prejudice to Plaintiff in informing the jury of third-party use of the term "thrive," and thus the exhibit is not prejudicial, confusing, or a waste of time under Fed. R. Evid. 403. |
| 367 | Third Party I25X, LLC's ithriveX Performance Collection's Webpage (accessed Aug. 23, 2021) (ECF No. 63-32) | This exhibit is subject to a pending MIL. Objection: FRE 401; Unduly Prejudicial, FRE 403; Lacks probative value, FRE 403; Confusing, | The exhibit is relevant under Fed. R. Evid. 401 and 402 because it is probative of the extent of third-party use of the term "thrive," which is relevant to the conceptual strength of Plaintiff's mark for the likelihood of confusion analysis. There is no undue prejudice to Plaintiff in informing the jury of |

| Ex. No. | Description | Objection | Response |
|---|---|---|---|
| | | FRE 403; Waste of time, 403 | third-party use of the term "thrive," and thus the exhibit is not prejudicial, confusing, or a waste of time under Fed. R. Evid. 403. |
| 368 | Third Party Surthrival LLC's Home Webpage (accessed Aug. 23, 2021) (ECF No. 63-33) | This exhibit is subject to a pending MIL. Objection: FRE 401; Unduly Prejudicial, FRE 403; Lacks probative value, FRE 403; Confusing, FRE 403; Waste of time, 403 | The exhibit is relevant under Fed. R. Evid. 401 and 402 because it is probative of the extent of third-party use of the term "thrive," which is relevant to the conceptual strength of Plaintiff's mark for the likelihood of confusion analysis. There is no undue prejudice to Plaintiff in informing the jury of third-party use of the term "thrive," and thus the exhibit is not prejudicial, confusing, or a waste of time under Fed. R. Evid. 403. |
| 369 | | | |
| 370 | Third Party Le-Vel Brands, LLC's Skin Products Webpage (accessed Aug. 23, 2021) (ECF No. 63-35) | This exhibit is subject to a pending MIL. Objection: FRE 401; Unduly Prejudicial, | The exhibit is relevant under Fed. R. Evid. 401 and 402 because it is probative of the extent of third-party use of the term "thrive," which is relevant to the conceptual |

JOINT TRIAL EXHIBIT LIST

| Ex. No. | Description | Objection | Response |
|---|---|---|---|
| | | FRE 403; Lacks probative value, FRE 403; Confusing, FRE 403; Waste of time, 403 | strength of Plaintiff's mark for the likelihood of confusion analysis. There is no undue prejudice to Plaintiff in informing the jury of third-party use of the term "thrive," and thus the exhibit is not prejudicial, confusing, or a waste of time under Fed. R. Evid. 403. |
| 371 | Third Party Simplythrive, LLC's Home Webpage (accessed Aug. 23, 2021) (ECF No. 63-36) | This exhibit is subject to a pending MIL. Objection: FRE 401; Unduly Prejudicial, FRE 403; Lacks probative value, FRE 403; Confusing, FRE 403; Waste of time, 403 | The exhibit is relevant under Fed. R. Evid. 401 and 402 because it is probative of the extent of third-party use of the term "thrive," which is relevant to the conceptual strength of Plaintiff's mark for the likelihood of confusion analysis. There is no undue prejudice to Plaintiff in informing the jury of third-party use of the term "thrive," and thus the exhibit is not prejudicial, confusing, or a waste of time under Fed. R. Evid. 403. |
| 372 | Amazon Search Results for the Term "thrive" (accessed on Aug. 25, 2021) (ECF No. 81-1) | | |

JOINT TRIAL EXHIBIT LIST

| Ex. No. | Description | Objection | Response |
|---|---|---|---|
| 373 | Amazon Search Results for the Term "thrive skincare" (accessed on Aug. 25, 2021) (ECF No. 81-2) | | |
| 374 | Amazon Search Results for the Term "thrive lotion" (accessed on Aug. 25, 2021) (ECF No. 81-3) | | |
| 375 | Thrive Natural Care's Products Page | | |
| 376 | | | |
| 377 | Investment Advisor Article, "The Business of Beauty" (June 2016), TNC00145-U-TNC00147-U | | |
| 378 | Memorandum from A. McIntosh to K. Jeffrey (Mar. 15, 2021), TNC00187 (CONFIDENTIAL) | | . |
| 379 | | | |
| 380 | Email Chain Between P. Segal and A. McIntosh (Aug. 12, 2019), TNC00835-TNC00837 (CONFIDENTIAL) | FRE 401; Unduly Prejudicial, FRE 403; Lacks probative value, FRE 403; Confusing, FRE 403; Waste of time, 403; Hearsay, FRE 802; Improper Expert Testimony; Opinion testimony by lay witness, FRE 701 | The exhibit is relevant under Fed. R. Evid. 401 and 402 because it is probative of the reasons that TCI has achieved commercial success that are unrelated to its use of the brand name THRIVE CAUSEMETICS.  This is relevant to TCI's assertion that it did not derive any benefit from use of the term "thrive," but rather, its commercial success is driven by significant support from female consumers as well as high-quality products. There is no undue prejudice in informing the jury of Plaintiff's |

| Ex. No. | Description | Objection | Response |
|---------|-------------|-----------|----------|
| | | | own assessment and evaluation of the reasons for TCI's commercial success.  Thus, the exhibit is not prejudicial, confusing, or a waste of time under Fed. R. Evid. 403.

The exhibit is an admission of an opposing party and thus not hearsay under Fed. R. Evid. 801(d)(2).  The exhibit is also a business record and thus falls within the exception of Fed. R. Evid. 803(6), and can in any event be relied upon by TCI's expert.

The exhibit is not improper expert testimony or opinion testimony by a lay witness because Alex McIntosh is a party opponent and Phil Segal is an agent of Plaintiff, both of whom are percipient witnesses who may offer their personal observations of the reasons for TCI's commercial success. |
| 381 | Letter from S. McChesney to T. Manfredi (Apr. 12, 2017), TNC00899-TNC00900 | | |

| Ex. No. | Description | Objection | Response |
|---|---|---|---|
| 382 | Thrive Natural Care's Thrive Face Lotion for Men Product Description, TNC01324-TNC01325 | | |
| 383 | Capture of Thrive Natural Care's Homepage (Nov. 18, 2014), TNC01341 | | |
| 384 | Capture of Thrive Natural Care's Main Product Page (Feb. 7, 2016), TNC01342 | | |
| 385 | Memorandum from A. McIntosh to Laura and Team Laita (May 5, 2013), TNC01357-TNC01364 | | |
| 386 | Thrive Natural Care's Influencer Strategy Slide Deck (Feb. 2017), TNC01909-TNC01924 | | |
| 387 | Thrive Natural Care's Face Wash Product Webpage on Amazon.com (accessed Sept. 2, 2021), available at https://www.amazon.com/stores/page/A307533D-FD7E-411C-A3F9-D774CF8CB856?ingress=2&visitId=cc062265-78e1-43ad-8fe80853f6322353&ref_=ast_bln | | |
| 388 | Thrive Natural Care's Gift Kits Product Webpage on Amazon.com (accessed Sept. 2, 2021), available at https://www.amazon.com/stores/page/92EAEA39-7558-498D-BF815940EF8C8FAD?ingress=2&visitId=cc062265-78e1-43ad-8fe8-0853f6322353&ref%E2%80%A6 | | |

| Ex. No. | Description | Objection | Response |
|---------|-------------|-----------|----------|
| 389 | Thrive Natural Care's Daily Defense Sunscreen Balm Product Webpage on Amazon.com (accessed Sept. 2, 2021), available at https://www.amazon.com /stores/page/CCA98CF5 -BCDA-4291-936A-715E1DD1B 6CE?ingres s=2&visitId=cc062265-78e1-43 ad-8fe8-0853f6322353&ref_=ast_bln | | |
| 390 | Thrive Natural Care's New Products Webpage on Amazon.com (accessed Sept. 2, 2021), available at https://www.amazon.com/ stores/page/71E9EFA9-7F 30-4B2A-BAB3-9889620097 D7?ingress=2 &visitId=cc062265-78e1-43ad-8fe8-0853f6322353&re f%E2%80%A6 | | |
| 391 | Thrive Natural Care's Shave & Shower Soap Product Webpage on Amazon.com (accessed Sept. 2, 2021), available at https://www.amazon.com/ stores/page/C35AB8E1-1A 2B-484D-BB5E-706AA44 38B47?ingress=2 &visitId=cc062265-78e1-4 3ad-8fe8-0853f6322353&ref_ =ast_bln | | |
| 392 | Thrive Natural Care's Posts Webpage on Amazon.com (accessed Sept. 2, 2021), | | |

| Ex. No. | Description | Objection | Response |
|---|---|---|---|
| | available at https://www.amazon.com/stores/page/8F2B9D60-9694-4ECD-A131-0133C0CBB434/feed?ingress=2&visitId=984c415b-2aa9-4803-a5ea-55d97efd1d%E2%80%A6 | | |
| 393 | Thrive Natural Care's Homepage on Amazon.com (accessed Sept. 2, 2021), available at https://www.amazon.com/stores/page/8F2B9D60-9694-4ECD-A131-0133C0CBB434?ingress=2&visitId=cc062265-78e1-43ad-8fe8-0853f6322353&ref%E2%80%A6 | | |
| 394 | Thrive Natural Care's Response's to TCI's First Set of Requests for Admission (July 29, 2021) | | |
| 395 | Thrive Grooming Oil (Physical Exhibit) | | |
| 396 | Thrive Face Balm for Sensitive Skin (Physical Exhibit) | | |
| 397 | Thrive Shave & Shower Soap (Physical Exhibit) | | |
| 398 | Thrive Daily Defense Sunscreen Balm (Physical Exhibit) | | |
| 399 | Thrive Shaving Oil (Physical Exhibit) | | |
| 400 | Thrive Face Balm (Physical Exhibit) | | |
| 401 | Thrive Bodyshield 50 (Physical Exhibit) | | |
| 402 | Thrive Energy Scrub (Physical Exhibit) | | |
| 403 | Thrive Face Wash for Sensitive Skin (Physical Exhibit) | | |

JOINT TRIAL EXHIBIT LIST

| Ex. No. | Description | Objection | Response |
|---------|-------------|-----------|----------|
| 404 | Thrive Face Wash (Physical Exhibit) | | |
| 405 | Thrive Causemetics Bright Balance 3-In-1 Cleanser (Physical Exhibit) | | |
| 406 | Thrive Causemetics Buildable Blur CC Cream (Physical Exhibit) | | |
| 407 | Thrive Causemetics Liquid Light Therapy – All-In-One Face Serum (Physical Exhibit) | | |
| 408 | Thrive Causemetics Moisture Flash – Active Nutrient Toner (Physical Exhibit) | | |
| 409 | Thrive Causemetics Defying Gravity – Eye Lifting Cream (Physical Exhibit) | | |
| 410 | Thrive Causemetics Overnight Sensation – Brightening Sleep Mask (Physical Exhibit) | | |
| 411 | Thrive Causemetics Filtered Effects – Blurring Primer (Physical Exhibit) | | |
| 412 | Thrive Causemetics Defying Gravity – Transforming Moisturizer (Physical Exhibit) | | |
| 413 | Thrive Causemetics Overnight Sensation – 10% AHA + BHA Gentle Resurfacing Peel (Physical Exhibit) | | |
| 414 | Thrive Causemetics Smart Microdermabrasion – 2-In-1 Instant Facial (Physical Exhibit) | | |
| 415 | Thrive Causemetics Defying Gravity – Nourishing Hand + Nail Cream (Physical Exhibit) | | |

JOINT TRIAL EXHIBIT LIST

| Ex. No. | Description | Objection | Response |
|---|---|---|---|
| 416 | Thrive Causemetics Liquid Balm – Lip Treatment (Physical Exhibit) | | |
| 417 | Thrive Causemetics Sunproof Intensive Lip Balm | | |
| 418 | Thrive Causemetics Pumpkin Spice Latte Liquid Balm - Lip Treatment (Physical Exhibit) | | |
| 419 | Thrive Causemetics Hand Sanitizer (Physical Exhibit) | | |
| 420 | Plaintiff's Responses to Defendant's Second Set of Interrogatories (Aug. 5, 2021) | | |
| 421 | Thrivecare.co (full website capture) (accessed Oct. 5, 2021) | | |
| 422 | Thrivecausemetics.com (full website capture) (accessed Oct. 14, 2021) | | |
| 423 | | | |
| 424 | EAT. DRINK. THRIVE, United States Patent and Trademark Office Trademark Electronic Search System (accessed October 14, 2021) | | |
| 425 | ITHRIVEX, United States Patent and Trademark Office Trademark Electronic Search System (accessed October 14, 2021) | | |
| 426 | NAKED+THRIVING, United States Patent and Trademark Office Trademark Electronic Search System (accessed October 14, 2021) | | |
| 427 | SUBSCRIBE & THRIVE, United States Patent and Trademark Office Trademark | | |

JOINT TRIAL EXHIBIT LIST

| Ex. No. | Description | Objection | Response |
|---|---|---|---|
| | Electronic Search System (accessed October 14, 2021) | | |
| 428 | SURTHRIVAL, United States Patent and Trademark Office Trademark Electronic Search System (accessed October 14, 2021) | This exhibit is subject to a pending MIL. Objection: FRE 401; Unduly Prejudicial, FRE 403; Lacks probative value, FRE 403; Confusing, FRE 403; Waste of time, 403. This does not even purport to cover the term "Thrive" for skincare products, lotions, and creams. | The exhibit is relevant under Fed. R. Evid. 401 and 402 because it is probative of the extent of third-party use of the term "thrive," which is relevant to the conceptual strength of Plaintiff's mark for the likelihood of confusion analysis. A third party has registered and is using the mark SURTHRIVAL, which incorporates virtually all (and phonetically, all) of Plaintiff's purported mark THRIVE, in connection with personal care and skincare goods, specifically non-medicated essential oils and medicated serums for use on the skin and lips, which are substantially related to Plaintiff's personal care goods, namely, skincare products, lotions, and creams. The exhibit reflects ongoing third-party use of a similar mark in connection with substantially similar goods as Plaintiff's. There is no undue prejudice to Plaintiff in admitting evidence of |

| Ex. No. | Description | Objection | Response |
|---|---|---|---|
| | | | third-party use of the term "thrive," which is probative of the conceptual weakness of Plaintiff's mark, and thus the exhibit is not prejudicial, confusing, or a waste of time under Fed. R. Evid. 403. |
| 429 | THRIVE EVERY DAY, United States Patent and Trademark Office Trademark Electronic Search System (accessed October 14, 2021) | This exhibit is subject to a pending MIL. Objection: FRE 401; Unduly Prejudicial, FRE 403; Lacks probative value, FRE 403; Confusing, FRE 403; Waste of time, 403. This does not even purport to cover the term "Thrive" for skincare products, lotions, and creams. | The exhibit is relevant under Fed. R. Evid. 401 and 402 because it is probative of the extent of third-party use of the term "thrive," which is relevant to the conceptual strength of Plaintiff's mark for the likelihood of confusion analysis. A third party has registered and is using the mark THRIVE EVERY DAY, which incorporates Plaintiff's purported mark THRIVE, in connection with personal care goods, specifically essential oils for use in aromatherapy, which are substantially related to Plaintiff's personal care goods, namely, skincare products, lotions, and creams. The exhibit reflects ongoing third-party use of a similar mark in connection with substantially similar |

| Ex. No. | Description | Objection | Response |
|---|---|---|---|
| | | | goods as Plaintiff's. There is no undue prejudice to Plaintiff in admitting evidence of third-party use of the term "thrive," which is probative of the conceptual weakness of Plaintiff's mark, and thus the exhibit is not prejudicial, confusing, or a waste of time under Fed. R. Evid. 403. |
| 430 | THRIVE HEALTH CENTER, United States Patent and Trademark Office Trademark Electronic Search System (accessed October 14, 2021) | This exhibit is subject to a pending MIL. Objection: FRE 401; Unduly Prejudicial, FRE 403; Lacks probative value, FRE 403; Confusing, FRE 403; Waste of time, 403. This does not even purport to cover the term "Thrive" for skincare products, lotions, and creams. | The exhibit is relevant under Fed. R. Evid. 401 and 402 because it is probative of the extent of third-party use of the term "thrive," which is relevant to the conceptual strength of Plaintiff's mark for the likelihood of confusion analysis.  A third party has registered and is using the mark THRIVE HEALTH CENTER, which incorporates Plaintiff's purported mark THRIVE, in connection with personal care goods and services, including but not limited to "deep tissue moisturization," "facials," and "skin care," which are substantially related to Plaintiff's personal care |

| Ex. No. | Description | Objection | Response |
|---|---|---|---|
| | | | goods, namely, skincare products, lotions, and creams.  The exhibit reflects ongoing third-party use of a similar mark in connection with substantially similar goods and services as Plaintiff's.  There is no undue prejudice to Plaintiff in admitting evidence of third-party use of the term "thrive," which is probative of the conceptual weakness of Plaintiff's mark, and thus the exhibit is not prejudicial, confusing, or a waste of time under Fed. R. Evid. 403. |
| 431 | THRIVE WEIGH LESS. LIVE LONGER, United States Patent and Trademark Office Trademark Electronic Search System (accessed October 14, 2021) | This exhibit is subject to a pending MIL. Objection: FRE 401; Unduly Prejudicial, FRE 403; Lacks probative value, FRE 403; Confusing, FRE 403; Waste of time, 403. This does not even purport to | The exhibit is relevant under Fed. R. Evid. 401 and 402 because it is probative of the extent of third-party use of the term "thrive," which is relevant to the conceptual strength of Plaintiff's mark for the likelihood of confusion analysis.  A third party has registered and is using the mark THRIVE WEIGH LESS. LIVE LONGER, which incorporates Plaintiff's purported mark THRIVE, in connection with personal care and |

| Ex. No. | Description | Objection | Response |
|---|---|---|---|
| | | cover the term "Thrive" for skincare products, lotions, and creams. | skincare goods and services, including specifically "facials and skin care," which are substantially related to Plaintiff's personal care goods, namely, skincare products, lotions, and creams.  The exhibit reflects ongoing third-party use of a similar mark in connection with substantially similar goods as Plaintiff's. There is no undue prejudice to Plaintiff in admitting evidence of third-party use of the term "thrive," which is probative of the conceptual weakness of Plaintiff's mark, and thus the exhibit is not prejudicial, confusing, or a waste of time under Fed. R. Evid. 403. |
| 432 | THRIVEXIN, United States Patent and Trademark Office Trademark Electronic Search System (accessed October 14, 2021) | | |
| 433 | | | |
| 434 | | | |
| 435 | Third Party The Wakaya Group Products Webpage (accessed Aug. 23, 2021) (ECF No. 63-29) | This exhibit is subject to a pending MIL. Objection: | The exhibit is relevant under Fed. R. Evid. 401 and 402 because it is probative of the extent of |

| Ex. No. | Description | Objection | Response |
|---|---|---|---|
| | | FRE 401; Unduly Prejudicial, FRE 403; Lacks probative value, FRE 403; Confusing, FRE 403; Waste of time, 403. No skincare lotion or cream branded as "thrive" shown on this product page. | third-party use of the term "thrive," which is relevant to the conceptual strength of Plaintiff's mark for the likelihood of confusion analysis.  A third party has registered and is using the mark EAT. DRINK. THRIVE., which incorporates Plaintiff's purported mark THRIVE, in connection with personal care and skincare goods, including specifically " Apothecary products, namely, non-medicated sea salt for use as bath salts; non-medicated skin preparations, namely, sea salt exfoliator for skin and body," which are substantially related to Plaintiff's personal care goods, namely, skincare products, lotions, and creams.  The exhibit reflects ongoing third-party use of a similar mark in connection with bodycare sea salt products, and the mark EAT. DRINK. THRIVE. appears at the bottom of the product description. There is no undue prejudice to Plaintiff in admitting evidence of |

| Ex. No. | Description | Objection | Response |
|---------|-------------|-----------|----------|
| | | | third-party use of the term "thrive," which is probative of the conceptual weakness of Plaintiff's mark, and thus the exhibit is not prejudicial, confusing, or a waste of time under Fed. R. Evid. 403. |
| 436 | ITHRIVEX, Home webpage (accessed October 14, 2021) | | |
| 437 | ITHRIVEX, Products webpage (accessed October 14, 2021) | | |
| 438 | NAKED and THRIVING, Home webpage (accessed October 14, 2021) | | |
| 439 | NAKED and THRIVING, Products webpage (accessed October 14, 2021) | | |
| 440 | NaturesSunshine.com, Home webpage (accessed October 14, 2021) | | |
| 441 | NaturesSunshine.com, SUBSCRIBE AND THRIVE subscription webpage (accessed October 14, 2021) | | |
| 442 | SURTHRIVAL, Home webpage (accessed October 14, 2021) | This exhibit is subject to a pending MIL. Objection: FRE 401; Unduly Prejudicial, FRE 403; Lacks probative value, FRE | The exhibit is relevant under Fed. R. Evid. 401 and 402 because it is probative of the extent of third-party use of the term "thrive," which is relevant to the conceptual strength of Plaintiff's mark for the likelihood of confusion analysis. A third party has registered |

| Ex. No. | Description | Objection | Response |
|---|---|---|---|
| | | 403; Confusing, FRE 403; Waste of time, 403. There are no skincare products, lotions, and creams branded as "Thrive" on this exhibit. | and is using the mark SURTHRIVAL, which incorporates virtually all (and phonetically, all) of Plaintiff's purported mark THRIVE, in connection with skincare goods, specifically non-medicated essential oils and medicated serums for use on the skin and lips, which are substantially related to Plaintiff's goods, namely, skincare products, lotions, and creams.  The exhibit reflects ongoing third-party use of a similar mark in connection with substantially similar goods as Plaintiff's. There is no undue prejudice to Plaintiff in admitting evidence of third-party use of the term "thrive," which is probative of the conceptual weakness of Plaintiff's mark, and thus the exhibit is not prejudicial, confusing, or a waste of time under Fed. R. Evid. 403. |
| 443 | SURTHRIVAL, Products webpage (accessed October 14, 2021) | This exhibit is subject to a pending MIL. Objection: FRE 401; | The exhibit is relevant under Fed. R. Evid. 401 and 402 because it is probative of the extent of third-party use of the |

| Ex. No. | Description | Objection | Response |
|---|---|---|---|
| | | Unduly Prejudicial, FRE 403; Lacks probative value, FRE 403; Confusing, FRE 403; Waste of time, 403. There are no skincare products, lotions, and creams branded as "Thrive" on this exhibit. | term "thrive," which is relevant to the conceptual strength of Plaintiff's mark for the likelihood of confusion analysis.  A third party has registered and is using the mark SURTHRIVAL, which incorporates virtually all (and phonetically, all) of Plaintiff's purported mark THRIVE, in connection with skincare goods, specifically non-medicated essential oils and medicated serums for use on the skin and lips, which are substantially related to Plaintiff's goods, namely, skincare products, lotions, and creams.  The exhibit reflects ongoing third-party use of a similar mark in connection with substantially similar goods as Plaintiff's. There is no undue prejudice to Plaintiff in admitting evidence of third-party use of the term "thrive," which is probative of the conceptual weakness of Plaintiff's mark, and thus the exhibit is not prejudicial, confusing, or a waste of time under Fed. R. Evid. 403. |

| Ex. No. | Description | Objection | Response |
|---------|-------------|-----------|----------|
| | | | |
| 444 | The Vitamin Shoppe, Home webpage (accessed October 14, 2021) | This exhibit is subject to a pending MIL. Objection: FRE 401; Unduly Prejudicial, FRE 403; Lacks probative value, FRE 403; Confusing, FRE 403; Waste of time, 403. There are no skincare products, lotions, and creams branded as "Thrive" on this exhibit | The exhibit is relevant under Fed. R. Evid. 401 and 402 because it is probative of the extent of third-party use of the term "thrive," which is relevant to the conceptual strength of Plaintiff's mark for the likelihood of confusion analysis.  A third party has registered and is using the mark THRIVE EVERY DAY, which incorporates Plaintiff's purported mark THRIVE, in connection with personal care goods, specifically essential oils for use in aromatherapy, which are substantially related to Plaintiff's personal care goods, namely, skincare products, lotions, and creams.  The exhibit reflects ongoing third-party use of a similar mark in connection with substantially similar goods as Plaintiff's.  There is no undue prejudice to Plaintiff in admitting evidence of third-party use of the term "thrive," which is probative of the conceptual weakness of Plaintiff's mark, and thus |

| Ex. No. | Description | Objection | Response |
|---|---|---|---|
| | | | the exhibit is not prejudicial, confusing, or a waste of time under Fed. R. Evid. 403. |
| 445 | The Vitamin Shoppe, Thrive Every Day Products webpage (accessed October 14, 2021) | This exhibit is subject to a pending MIL. Objection: FRE 401; Unduly Prejudicial, FRE 403; Lacks probative value, FRE 403; Confusing, FRE 403; Waste of time, 403. There are no skincare products, lotions, and creams branded as "Thrive" on this exhibit | The exhibit is relevant under Fed. R. Evid. 401 and 402 because it is probative of the extent of third-party use of the term "thrive," which is relevant to the conceptual strength of Plaintiff's mark for the likelihood of confusion analysis. A third party has registered and is using the mark THRIVE EVERY DAY, which incorporates Plaintiff's purported mark THRIVE, in connection with personal care goods, specifically essential oils for use in aromatherapy, which are substantially related to Plaintiff's personal care goods, namely, skincare products, lotions, and creams. The exhibit reflects ongoing third-party use of a similar mark in connection with substantially similar goods as Plaintiff's. There is no undue prejudice to Plaintiff in admitting evidence of third-party use of the |

| Ex. No. | Description | Objection | Response |
|---------|-------------|-----------|----------|
| | | | term "thrive," which is probative of the conceptual weakness of Plaintiff's mark, and thus the exhibit is not prejudicial, confusing, or a waste of time under Fed. R. Evid. 403. |
| 446 | THRIVE HEALTH CENTERS, Home webpage (accessed October 14, 2021) | This exhibit is subject to a pending MIL. Objection: FRE 401; Unduly Prejudicial, FRE 403; Lacks probative value, FRE 403; Confusing, FRE 403; Waste of time, 403. There are no skincare products, lotions, and creams branded as "Thrive" on this exhibit | The exhibit is relevant under Fed. R. Evid. 401 and 402 because it is probative of the extent of third-party use of the term "thrive," which is relevant to the conceptual strength of Plaintiff's mark for the likelihood of confusion analysis.  A third party has registered and is using the mark THRIVE HEALTH CENTER, which incorporates Plaintiff's purported mark THRIVE, in connection with personal care goods and services, including but not limited to "deep tissue moisturization," "facials," and "skin care," which are substantially related to Plaintiff's personal care goods, namely, skincare products, lotions, and creams.  The exhibit reflects ongoing third-party use of a similar |

| Ex. No. | Description | Objection | Response |
|---|---|---|---|
| | | | mark in connection with substantially similar goods and services as Plaintiff's.  There is no undue prejudice to Plaintiff in admitting evidence of third-party use of the term "thrive," which is probative of the conceptual weakness of Plaintiff's mark, and thus the exhibit is not prejudicial, confusing, or a waste of time under Fed. R. Evid. 403. |
| 447 | THRIVE HEALTH CENTERS, Products webpage (accessed October 14, 2021) | This exhibit is subject to a pending MIL. Objection: FRE 401; Unduly Prejudicial, FRE 403; Lacks probative value, FRE 403; Confusing, FRE 403; Waste of time, 403. There are no skincare products, lotions, and creams branded as "Thrive" on this exhibit | The exhibit is relevant under Fed. R. Evid. 401 and 402 because it is probative of the extent of third-party use of the term "thrive," which is relevant to the conceptual strength of Plaintiff's mark for the likelihood of confusion analysis.  A third party has registered and is using the mark THRIVE HEALTH CENTER, which incorporates Plaintiff's purported mark THRIVE, in connection with personal care goods and services, including but not limited to "deep tissue moisturization," "facials," and "skin care," which are |

| Ex. No. | Description | Objection | Response |
|---|---|---|---|
| | | | substantially related to Plaintiff's personal care goods, namely, skincare products, lotions, and creams. The exhibit reflects ongoing third-party use of a similar mark in connection with substantially similar goods and services as Plaintiff's. There is no undue prejudice to Plaintiff in admitting evidence of third-party use of the term "thrive," which is probative of the conceptual weakness of Plaintiff's mark, and thus the exhibit is not prejudicial, confusing, or a waste of time under Fed. R. Evid. 403. |
| 448 | THRIVE WEIGH LESS LIVE LONGER, Home webpage (accessed October 14, 2021) | This exhibit is subject to a pending MIL. Objection: FRE 401; Unduly Prejudicial, FRE 403; Lacks probative value, FRE 403; Confusing, FRE 403; Waste of time, 403. There are | The exhibit is relevant under Fed. R. Evid. 401 and 402 because it is probative of the extent of third-party use of the term "thrive," which is relevant to the conceptual strength of Plaintiff's mark for the likelihood of confusion analysis. A third party has registered and is using the mark THRIVE WEIGH LESS. LIVE LONGER, which incorporates Plaintiff's purported mark THRIVE, |

| Ex. No. | Description | Objection | Response |
|---|---|---|---|
| | | no skincare products, lotions, and creams branded as "Thrive" on this exhibit | in connection with personal care and skincare goods and services, including specifically "facials and skin care," which are substantially related to Plaintiff's personal care goods, namely, skincare products, lotions, and creams. The exhibit reflects ongoing third-party use of a similar mark in connection with substantially similar goods as Plaintiff's. There is no undue prejudice to Plaintiff in admitting evidence of third-party use of the term "thrive," which is probative of the conceptual weakness of Plaintiff's mark, and thus the exhibit is not prejudicial, confusing, or a waste of time under Fed. R. Evid. 403. |
| 449 | THRIVE WEIGH LESS LIVE LONGER, Products webpage (accessed October 14, 2021) | This exhibit is subject to a pending MIL. Objection: FRE 401; Unduly Prejudicial, FRE 403; Lacks probative | The exhibit is relevant under Fed. R. Evid. 401 and 402 because it is probative of the extent of third-party use of the term "thrive," which is relevant to the conceptual strength of Plaintiff's mark for the likelihood of confusion analysis. A |

| Ex. No. | Description | Objection | Response |
|---------|-------------|-----------|----------|
| | | value, FRE 403; Confusing, FRE 403; Waste of time, 403. There are no skincare products, lotions, and creams branded as "Thrive" on this exhibit | third party has registered and is using the mark THRIVE WEIGH LESS. LIVE LONGER, which incorporates Plaintiff's purported mark THRIVE, in connection with personal care and skincare goods and services, including specifically "facials and skin care," which are substantially related to Plaintiff's personal care goods, namely, skincare products, lotions, and creams.  The exhibit reflects ongoing third-party use of a similar mark in connection with substantially similar goods as Plaintiff's. There is no undue prejudice to Plaintiff in admitting evidence of third-party use of the term "thrive," which is probative of the conceptual weakness of Plaintiff's mark, and thus the exhibit is not prejudicial, confusing, or a waste of time under Fed. R. Evid. 403. |
| 450 | THRIVEXIN, Home webpage (accessed October 14, 2021) | | |

JOINT TRIAL EXHIBIT LIST

| Ex. No. | Description | Objection | Response |
|---|---|---|---|
| 451 | THRIVEXIN, Products webpage (accessed October 14, 2021) | | |
| 452 | Filtered Effects Blurring Primer Financial Information (TCI_00031365) | | |
| 453 | Ex. E to the Rebuttal Expert Report of Dr. Itamar Simonson | | |

DATED: October 15, 2021   The McArthur Law Firm, PC

By:  */s/ Stephen McArthur*
Stephen McArthur

*Attorneys for Plaintiff*
*Thrive Natural Care, Inc.*

DATED: October 15, 2021   SIDLEY AUSTIN, LLP

By:  */s/ Rollin A. Ransom*
Rollin A. Ransom

*Attorneys for Defendant*
*Thrive Causemetics, Inc.*

## SIGNATURE ATTESTATION

I am the CM/ECF filer whose identification and password are being used to file the foregoing Joint Exhibit List. In compliance with Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that every signatory has concurred in this filing.

Date:   10/15/2021   By:   */s/ Thomas Dietrich*
Thomas Dietrich

JOINT TRIAL EXHIBIT LIST