1
2
3
4
5
6
7
8             UNITED STATES DISTRICT COURT
9             CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| THRIVE NATURAL CARE, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>THRIVE CAUSEMETICS, INC.,<br><br>    Defendants. | Case No. 2:20-cv-9091-PA-AS<br><br>Hon. Percy Anderson<br><br>**ORDER DENYING AS MOOT DEFENDANT THRIVE CAUSEMETICS, INC.'S DEFENDANT THRIVE CAUSEMETICS, INC.'S UNOPPOSED *EX PARTE* APPLICATION TO STRIKE PLAINTIFF'S JURY DEMAND** |

The Court has considered Defendant Thrive Causemetics' ("Defendant") Unopposed *Ex Parte* Application to strike Plaintiff Thrive Natural Care, Inc.'s ("Plaintiff") demand for a jury trial and to briefly continue the November 9, 2021 trial date (the "Application"). The parties having stipulated to waiver their respective jury demands, the Application is denied as moot.

1.

**IT IS SO ORDERED.**

Dated: October 15, 2021

_____
PERCY ANDERSON
United States District Judge