UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THRIVE NATURAL CARE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> THRIVE CAUSEMETICS, INC., <br><br> Defendants. | Case No. 2:20-cv-9091-PA-AS <br><br> Hon. Percy Anderson <br><br> **ORDER STRIKING JURY DEMANDS** |

1  The Court has considered the Stipulation Regarding Waiver of Jury Trial.
2 Upon due consideration and for good cause shown, the Court hereby strikes the
3 parties' respective jury demands.  *See* ECF No. 1 at 29; ECF No. 12 at 16; ECF
4 No. 28 at 25:26-27; ECF No. 31 at 14.

**IT IS SO ORDERED.**

Dated: October 15, 2021

             PERCY ANDERSON
             United States District Judge