Rollin A. Ransom (State Bar No. 196126)
rransom@sidley.com
Lauren M. De Lilly (State Bar No. 301503)
ldelilly@sidley.com
Paula C. Salazar (State Bar No. 327349)
psalazar@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Attorneys for Defendant Thrive Causemetics, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| THRIVE NATURAL CARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> THRIVE CAUSEMETICS, INC., <br><br> Defendant. | Case No. 2:20-cv-9091-PA-AS <br><br> **NOTICE OF DEFENDANT'S JOINT MOTION IN LIMINE NO. 1** <br><br> Hearing Date: November 1, 2021 <br> Time: 1:30 p.m. <br><br> Trial Date: November 9, 2021 <br> Time: 9:00 a.m. <br> Place: Courtroom 9A |
|---|---|

TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on November 1, 2021, at 1:30 p.m., or as soon thereafter as the matter may be heard, before the Honorable Percy Anderson in Courtroom 9A (9th Floor) of the above-entitled court, located at 350 W. 1st Street, Los Angeles, California 90012, Defendant Thrive Causemetics, Inc. ("TCI") will and hereby does move in limine, pursuant to Federal Rules of Evidence 602, 701, 702, and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), for an order precluding Plaintiff Thrive Natural Care, Inc. ("Plaintiff") from offering at trial and evidence or argument regarding speculative assertions of harm.  If the motion is not granted, TCI will suffer prejudice because 1) it will have been denied the opportunity to investigate Plaintiff's claims of actual damages because this theory of damages was disclosed *after* the close of discovery and 2) any claims of actual damages would be purely speculative and TCI would have no reasonable basis on which to base its defense.

This Motion is based upon this Notice of Motion, the attached Joint Motion in Limine that contains the parties' respective contentions and memoranda of law, Declaration of Lauren M. De Lilly and the exhibits attached thereto, and the record, files, and pleadings in this action, and such other further arguments and supporting matters as may be presented at or before the time of hearing.

| | | |
|---|---|---|
| DATED: October 15, 2021 | | SIDLEY AUSTIN LLP |
| | | By: */s/ Rollin A. Ransom* |
| | | Rollin A. Ransom |
| | | *Attorneys for Defendant Thrive Causemetics, Inc.* |