Rollin A. Ransom (State Bar No. 196126)
rransom@sidley.com
Lauren M. De Lilly (State Bar No. 301503)
ldelilly@sidley.com
Paula C. Salazar (State Bar No. 327349)
psalazar@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Attorneys for Defendant Thrive Causemetics, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| THRIVE NATURAL CARE, INC., <br><br>Plaintiff,<br><br>v.<br><br>THRIVE CAUSEMETICS, INC.,<br><br>Defendant. | Case No. 2:20-cv-9091-PA-AS <br><br>**NOTICE OF DEFENDANT'S JOINT MOTION IN LIMINE NO. 2** <br><br>Hearing Date: November 1, 2021 <br>Time: 1:30 p.m. <br><br>Trial Date: November 9, 2021 <br>Time: 9:00 a.m. <br>Place: Courtroom 9A |
|---|---|

TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on November 1, 2021, at 1:30 p.m., or as soon thereafter as the matter may be heard, before the Honorable Percy Anderson in Courtroom 9A (9th Floor) of the above-entitled court, located at 350 W. 1st Street, Los Angeles, California 90012, Defendant Thrive Causemetics, Inc. ("TCI") will and hereby does move in limine, pursuant to Federal Rules of Evidence 402, 403, 602, and 803, for an order excluding any evidence regarding actual confusion, specifically: 1) a document from third-party Volition Capital, LLC that uses TCI's logo; 2) an Amazon customer review of TNC products that also references TCI's mascara product; 3) an email from Lisa Ertz regarding a prospective partnership in 2019 between TNC and professional athletes Zach and Julie Ertz, wherein Ms. Ertz references TCI makeup products.  If the motion is not granted, TCI will suffer prejudice because the evidence improperly creates an appearance of actual confusion, a key component of the infringement inquiry, based on documents and testimony that either lack proper foundation, relate to abandoned claims (and are thus irrelevant), or that constitute inadmissible hearsay.

This Motion is based upon this Notice of Motion, the attached Joint Motion in Limine that contains the parties' respective contentions and memoranda of law, Declaration of Lauren M. De Lilly and the exhibits attached thereto, and the record, files, and pleadings in this action, and such other further arguments and supporting matters as may be presented at or before the time of hearing.

| | | |
|---|---|---|
| 1 | DATED: October 15, 2021 | SIDLEY AUSTIN LLP |
| 2 | | By: /s/ Rollin A. Ransom |
| 3 | | Rollin A. Ransom |
| 4 | | *Attorneys for Defendant Thrive Causemetics, Inc.* |