# EXHIBIT B

| Date | Rating | Order ID | Comment | Action |
|---|---|---|---|---|
| 07/29/2019 | 5 | 114-0689282-4969858 | very pleased | Choose one |
| 07/28/2019 | 5 | 111-9206464-5833058 | Loved the products! Thanks! | Choose one |
| 07/27/2019 | 5 | 113-9680635-2163405 | Arrived very quickly and was just as described. | Choose one |
| 07/25/2019 | 5 | 112-7567742-5549838 | fantastic product. Not oily or greasy. Love the little pump. | Choose one |
| 07/22/2019 | 5 | 114-3376842-4302657 | I am blown away by how good this product works | Choose one |
| 07/21/2019 | 5 | 111-8553900-6730636 | **Thrive is an up and comer in the the cosmetics field. Their mascara is phenomenal and this facial moisturizer with sunscreen is a plus in their line.** | Choose one |
| 07/21/2019 | 5 | 113-9395627-6409037 | Bought this for my hubby. He used it once so far but it provided a nice shave, he said it had a nice feel, and the lotion wasn't greasy! | Choose one |
| 07/20/2019 | 5 | 113-5273434-0857850 | Great product!!! | Choose one |
| 07/20/2019 | 1 | 114-7494997-5460266 | ~~My order was delivered to the incorrect address~~  **Message from Amazon:** "This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience." | Choose one |

S. HD

★★★★★ **Brilliant. Finally a winner for brown skin**

Reviewed in the United States on June 14, 2021

Size: 4 Ounce (Pack of 1) | Style: Body | Verified Purchase

I never write reviews. But after trying mineral sunblock after mineral sunblock and finding this one, I couldn't not.

As a POC, finding a 100% mineral sunblock that doesn't leave a white cast is a struggle.

This one is amazing. It feels great on the skin, it's easy to blend into the skin, doesn't feel greasy and actually feels moisturizing to the skin. I'm not sure how it does on oilier skins, mine is dry and soaks it up.

Using it on myself and my toddler. So excited I don't have to send her to school looking like a ghost anymore, plus the ingredients are so good so I feel comfortable about her having it on all day.

Please never change your formula!

For reference, I also use the daily defense balm on both of us for the face. Even lighter and no white cast.

Well done, Thrive Causemetics.

Helpful    Report abuse

MCINTOSH 29

TNC01559

6/22/2020                      Amazon.com Customer reviews: Thrive Natural Body Mineral Sunscreen SPF 50, 4 Ounces - Water Resistant Reef Safe Sunscreen with…

Case 2:20-cv-09091-PA-AS   Document 151-3 Filed 03/30/22   Page 48 of 184   Page ID #:7229

**Deliver to Stephen**
Los Angeles 90034    All ▾

Hello, Stephen
Account & Lists ▾    Returns & Orders    0

| All | Prime Day Deals | Pet Supplies | Buy Again | Prime Video | Outdoor Recreation | Fresh ▾ | Whole Foods | Sports & Fitness | Prime ▾ |

Thrive Natural Body Mineral Sunscreen SPF 50, 4 Ounces - Water… › Customer reviews

## Customer reviews

4.3 out of 5
1,351 global ratings

### Thrive Natural Body Mineral Sun…
by Thrive Natural Care

Size: 4 Ounce (Pack of 1)    Style: Body    Change

[ See All Buying Options ]

[ Add to Wish List ]

| | | |
|---|---|---|
| 5 star | ▇▇▇▇▇▇▇▇ | 66% |
| 4 star | ▇▇ | 17% |
| 3 star | ▇ | 9% |
| 2 star | ▏ | 5% |
| 1 star | ▏ | 4% |

[ Write a review ]

How are ratings calculated?

---

**Top positive review**
All positive reviews ›

👤 kb8

★★★★★ **I highly recommend the THRIVE sunscreen even for dark skin!**
Reviewed in the United States on July 16, 2019

This sunscreen is amazing as it moisturizes very well, provides great protection in the sun and blends in well even with my dark skin tone. I love that I could go in and out of the ocean more than 5 times before I felt I needed to reapply! This is a great product with environmental friendly ingredients that that is likely more safe than some of the other products, I highly recommend

293 people found this helpful

**Top critical review**
All critical reviews ›

👤 Mandolina

★★☆☆☆ **Bad reaction to product/use caution if you have rosacea**
Reviewed in the United States on January 8, 2021

I wanted to love this sunscreen. Local to me company, smells good, spreads well, great ingredients. But after two days of use, I broke out in a painful, hot rash on my neck and face, where I applied the sunscreen. I do have super sensitive skin (rosacea), but it's been under control for a while now, so all the red in these photos is from the reaction. This is the only new product I'm

6 people found this helpful

**Questions? Get fast answers from reviewers**

[ What do you want to know about Thrive Natural Body Mineral Sunscreen SPF 50, 4 Ounces - Water Resistant Reef Safe Sunscreen … ]

See all 78 answered questions    [ Ask ]

Need customer service? Click here

---

[ Search customer reviews ]    [ Search ]

**SORT BY**    **FILTER BY**

[ Top rev… ▾ ]    [ All reviewers ▾ ]    [ All stars ▾ ]    [ Size: 4 Ounc… ▾ ]    [ Text, image, … ▾ ]

**FILTERED BY**
Size: 4 Ounce (Pack of 1)    Style: Body    Clear filter
31 global ratings | 16 global reviews

---

**From the United States**

    Anna Narolewski

★★★★★ **Easy to Rub In, Reef Friendly, High Zinc Oxide Content**
Reviewed in the United States on April 27, 2021
Size: 4 Ounce (Pack of 1)    Style: Body    **Verified Purchase**

I am going on a trip to Cancún next month and I was looking for something with enough protection to handle the intense Caribbean summer sun. It is very important to me that the sunscreen is Reef-Friendly and doesn't pollute the ocean. I have tried various mineral sunscreens, and this one rubs in the best for mineral sunscreens. It has an interesting fragrance, it is not very strong but I prefer fragrance-free so I use a different one for my neck area so I don't get irritated by the scent since I am sensitive to any fragrance.
I enjoy that it is made out of plants, it doesn't feel greasy even tho it looks like it is thick. The bottle is also made out of plants and recyclable.
It is water resistant 80 min.
High Zinc Oxide Content: 23.5%

**MCINTOSH 30**

**TNC01554**

6/22/2021 Amazon.com: Customer reviews: Thrive Natural Body Mineral Sunscreen SPF 50 Fragrance-Free, Water Resistant Reef Safe Sunscreen with…

Case 2:20-cv-09091-PA-AS   Document 151-1   Filed 08/15/22   Page 49 of 134   Page ID #:7320



Helpful    Report abuse

   S. HD

**Brilliant. Finally a winner for brown skin**

Reviewed in the United States on June 14, 2021

Size: 4 Ounce (Pack of 1)    Style: Body    Verified Purchase

I never write reviews. But after trying mineral sunblock after mineral sunblock and finding this one, I couldn't not.
As a POC, finding a 100% mineral sunblock that doesn't leave a white cast is a struggle.
This one is amazing. It feels great on the skin, it's easy to blend into the skin, doesn't feel greasy and actually feels moisturizing to the skin. I'm not sure how it does on oilier skins, mine is dry and soaks it up.
Using it on myself and my toddler. So excited I don't have to send her to school looking like a ghost anymore, plus the ingredients are so good so I feel comfortable about her having it on all day.
Please never change your formula!
For reference, I also use the daily defense balm on both of us for the face. Even lighter and no white cast.
Well done, Thrive Causemetics.

Helpful    Report abuse

   Yenah

**A FANTASTIC Product!**

Reviewed in the United States on May 16, 2021

Size: 4 Ounce (Pack of 1)    Style: Body    Verified Purchase

It's everything in the sun protection, plus it's helping the farmers. Whats not to love about this wonderful sunscreen. And NO HARMFUL CHEMICALS like all of the other products on the market.

One person found this helpful

Helpful    Report abuse

   Charli London

**Been using this for my face and neck everyday**

Reviewed in the United States on June 10, 2021

Size: 4 Ounce (Pack of 1)    Style: Body    Verified Purchase

I like how light the scent is, and there are no streaks, also I don't have to use very much product. Been using this as a sunscreen for my face and neck everyday since I use the computer so much, I read that it's good to prevent blue light from affecting the skin with extended hours in front of screens. Always check with a dermatologist though of course. Either way it's a nice daily sunscreen with no bad chemicals or hidden PEGs.

Helpful    Report abuse

   ebonee bryant

**Amazing product for all skin types!**

Reviewed in the United States on April 23, 2021

Size: 4 Ounce (Pack of 1)    Style: Body    Verified Purchase

OMG! I love love love this product! Thrive's Bodyshield 50 sunscreen goes on smoothly without the greasiness and heavy white residue that you get with other strong mineral sunscreens. I love that it has natural ingredients that help make it water-resistant and also help sun damaged skin. With my sensitive skin type it is important to me to find a plant based product that and for the BodyShield 50 tube to be made of plant-based plastic. This is a must get product for the summer!

One person found this helpful

Helpful    Report abuse

Toaster

**Safe sun protection**

Reviewed in the United States on June 14, 2021

Size: 4 Ounce (Pack of 1)    Style: Body    Verified Purchase

I was a bit concerned this product would not really offer a 50 spf but it really does. I went kayaking on the lake for a few hours. The only thing that burned was my hairline because I forgot a hat. It spreads easily and smells great. I will buy again and recommend.

MCINTOSH 31
TNC01556