# EXHIBIT D

**From:** **Lisa Ertz** lisaertz4@gmail.com 
**Subject:** Re: Lisa <> Alex
**Date:** June 19, 2019 at 6:40 PM
**To:** Alex McIntosh amcintosh@thrivenaturalcare.com
**Cc:** Douglas Young doug@athletes-ink.com

Hi Alex!

Wonderful to meet the man behind my 3 must have beauty products in my case! I'd love to chat with you sooner than later. Based on our travel schedule for soccer, I'm wondering if you might be able to talk on Tuesday, June 25th or Wednesday, June 26th at 1:00 or 2:00 pm in CA? You will note that I can probably do a multitude of other times given that it's 3:37 am in France as I write this but I am hoping that I adjust to the time change SOON! If neither of those times work—please feel free to suggest a few more.
I'm very much looking forward to talking to you and truly appreciate your interest in our mission!

Doug, as always, your connections and support is greatly appreciated!

GO USA!!

Lisa

On Thu, Jun 20, 2019 at 3:28 AM Alex McIntosh <amcintosh@thrivenaturalcare.com> wrote:
Doug thanks for connecting us and for the nice words.

Lisa, greetings from foggy SF. There do seem to be strong points of connection between the positive impact Zach, Julie and you are aiming for, and Thrive's 'leave it better' business model. So, yes, let's pick up the thread from Doug.

Given the quickly approaching opportunity for us to use the Amazon spotlight for mutual benefit, be good to connect in coming days. Since you're in EU, do you want to suggest a time slot or two that work for you and I'll make it work? I'm 9 hours behind you. We can do a call or skype chat, etc.

Look forward to connecting with you and learning more about Ertz Family Foundation.

Hope Julie & team continue their success tomorrow, vs Sweden.

Leave it better,

Alex McIntosh, co-founder & ceo
**Thrive Natural Care**
San Francisco, CA

**t:** 203.249.7285
**e:** amcintosh@thrivenaturalcare.com
join the adventure @ thrivecare.co

On Jun 19, 2019, at 9:32 AM, Douglas Young <doug@athletes-ink.com> wrote:

Hi, Lisa!

By email of email, it's my pleasure to introduce you to Alex McIntosh, founder and CEO of Thrive. I spoke with Alex last night and he was thrilled to hear that you're familiar with Thrive and might be interested in connecting the Ertz Family Foundation with Thrive's Amazon Prime Day opportunity in July. (I also shared that you're in France for all the World Cup excitement!) I think there's great alignment between Thrive's mission to "leave it better" and Zach and Julie's philanthropic platform through the Ertz Family Foundation. There's also some serendipitous timing and geography given the upcoming Foundation event and your shared Bay Area roots.

I think there are a number of ways this could go, but maybe it's best to schedule a call at a time that's convenient to discuss ideas. At minimum, this could be a really nice way to shine a light on good people doing good work and raise some funds. My gut tells me it could be the start of a deeper, ongoing partnership.

Happy to be part of the next conversation and will defer to both of you to find a time that works best to talk.

Best,

Doug