1

Stephen McArthur (SBN 277712)
stephen@smcarthurlaw.com

2

Thomas Dietrich (SBN 254282)
tom@smcarthurlaw.com

3

THE MCARTHUR LAW FIRM, P.C.
9465 Wilshire Blvd., Ste. 300

4

Beverly Hills, CA 90212
Telephone: (323) 639-4455

5

6

*Attorneys for Plaintiff Thrive*
*Natural Care, Inc.*

7

Rollin Ransom (SBN 196126)
rransom@sidley.com
Lauren De Lilly (SBN 301503)
ldelilly@sidley.com
Paula Salazar (SBN 327349)
psalazar@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth St., Ste. 4000
Los Angeles, CA 90013
Telephone: (213) 896-6000

*Attorneys for Defendant Thrive*
*Causemetics, Inc.*

8

9

10

11

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

12

13

THRIVE NATURAL CARE, INC.,

Plaintiff,

14

v.

15

THRIVE CAUSEMETICS, INC.,

16

Defendant.

Case No. 2:20-CV-9091-PA-AS

**JOINT LIST OF AVAILABLE
DATES FOR SETTLEMENT
CONFERENCE**

Hon. Percy Anderson

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to the Court's October 14, 2021 Order (Dkt. 121), the parties advise the Court that the only day before trial on which both parties (including their respective business representatives authorized to settle) are available to appear in person for a settlement conference is November 4, 2021, and therefore request that any settlement conference, if one is to occur, be scheduled for that day.

Dated: October 19, 2021

Respectfully submitted,

**THE MCARTHUR LAW FIRM, PC**

By */s/ Stephen McArthur*

Stephen C. McArthur
Thomas E. Dietrich

*Attorneys for Plaintiff Thrive Natural Care, Inc.*

Dated: October 19, 2021

Respectfully submitted,

**SIDLEY AUSTIN LLP**

By */s/ Rollin Ransom (with permission)*

Rollin Ransom

*Attorneys for Defendant Thrive Causemetics, Inc.*

1    **ATTESTATION UNDER LOCAL RULE 5-4.3.4**

2    I, Thomas Dietrich, am the ECF User whose ID and password are being used

3    to file this Stipulation. In compliance with Local Rule 5-4.3.4(a)(2), I hereby attest

4    that Rollin Ransom has concurred in this filing.

5

6    Dated: October 19, 2021

7    */s/ Thomas Dietrich*
     Thomas Dietrich

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

Case Name: *Thrive Natural Care, Inc. v. Thrive Causemetics, Inc.*
Case No.: 2:20-cv-9091-PA-AS

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, declare under penalty of perjury that I am a citizen of the United States over 18 years of age. My business address is 9465 Wilshire Blvd., Ste. 300, Beverly Hills, CA 90212. I am not a party to the above-entitled action.

I have caused service of the following documents, described as:

**JOINT LIST OF AVAILABLE DATES FOR SETTLEMENT CONFERENCE**

on the following parties by electronically filing the foregoing on October 19, 2021, with the Clerk of the District Court using its ECF System, which electronically notifies them.

Rollin Ransom (SBN 196126)              *Attorneys for Defendant*
rransom@sidley.com
Ryan Stasell (SBN 307431)
rstasell@sidley.com
Paula Salazar (SBN 327349)
psalazar@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth St., Ste. 4000
Los Angeles, CA 90013

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Date:    10/19/2021              By:   */s/ Thomas Dietrich*
                                       Thomas Dietrich