UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**AMENDED CIVIL MINUTES - GENERAL**

| Case No. | CV 20-9091 PA (ASx) | Date | October 26, 2021 |
|---|---|---|---|
| Title | Thrive Natural Care, Inc. v. Thrive Causemetics, Inc. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kamilla Sali-Suleyman (video) | Sheri Kleeger (video) |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Thomas Dietrich (video)<br>Stephen McArthur (video) | Rollin Ransom (video)<br>Lauren De Lilly (video) |

**Proceedings:**     STATUS CONFERENCE via ZOOM

Cause called; appearances made.  Court and counsel confer regarding the status of the case, expert witnesses testimony, and potential for settlement.  By noon, on October 25, 2021, counsel are ordered to file a joint report informing the Court if they wish to appear for a further settlement conference.  If the parties are interested in pursuing a further settlement conference, the report should include proposed dates that their clients are available for the settlement conference.  Counsel are further ordered to provide their availability for trial for the week of November 15, 2021 and/or the week of November 22, 2021.  Counsel are ordered to advise the Court by October 26, 2021 if they plan to use demonstrative exhibits during trial, and shall exchange those exhibits with the opposing side by that same date.

IT IS SO ORDERED

|  |  | 1 | : | 08 |
|---|---|---|---|---|
|  | Initials of Preparer |  | kss |  |