| | |
|---|---|
| Stephen McArthur (State Bar No. 277712)<br>stephen@smcarthurlaw.com<br>Thomas Dietrich (State Bar No. 254282)<br>tom@smcarthurlaw.com<br>THE MCARTHUR LAW FIRM, P.C.<br>9465 Wilshire Blvd., Ste. 300<br>Beverly Hills, CA 90212<br>Telephone: (323) 639-4455<br><br>*Attorneys for Plaintiff Thrive Natural Care, Inc.* | Rollin A. Ransom (State Bar No. 196126)<br>rransom@sidley.com<br>Lauren M. De Lilly (State Bar No. 301503)<br>ldelilly@sidley.com<br>Paula C. Salazar (State Bar No. 327349)<br>psalazar@sidley.com<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013<br>Telephone:  (213) 896-6000<br>Facsimile: (213) 896-6600<br><br>*Attorneys for Defendant Thrive Causemetics, Inc.* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THRIVE NATURAL CARE, INC.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>THRIVE CAUSEMETICS, INC.,<br><br>　　　　　Defendant. | Case No.  2:20-cv-9091-PA-AS<br><br>Hon. Percy Anderson<br><br>**JOINT STATEMENT REGARDING THE USE OF DEMONSTRATIVE EXHIBITS AT TRIAL**<br><br>Trial Date: November 9, 2021<br>Time:　　9:00 a.m.<br>Place:　　Courtroom 9A |

JOINT STATEMENT REGARDING THE USE OF DEMONSTRATIVE EXHIBITS AT TRIAL

Pursuant to the Court's Order (ECF No. 157), counsel for Plaintiff Thrive Natural Care, Inc. and counsel for Defendant Thrive Causemetics, Inc. hereby advise the Court that neither party intends to use demonstrative exhibits at trial.

DATED: October 26, 2021     THE MCARTHUR LAW FIRM, PC

By: */s/ Stephen McArthur*
Stephen McArthur

*Attorneys for Plaintiff Thrive Natural Care, Inc.*

DATED: October 26, 2021     SIDLEY AUSTIN LLP

By: */s/ Rollin A. Ransom*
Rollin A. Ransom

*Attorneys for Defendant Thrive Causemetics, Inc.*

## SIGNATURE ATTESTATION

I am the CM/ECF filer whose identification and password are being used to file the foregoing Joint Statement Regarding the Use of Demonstratives at Trial. In compliance with Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that every signatory has concurred in this filing.

DATED: October 26, 2021     By: */s/ Rollin A. Ransom*
Rollin A. Ransom