Rollin Ransom (State Bar No. 196126)
rransom@sidley.com
Lauren M. De Lilly (State Bar No. 301503)
ldelilly@sidley.com
Paula Salazar (State Bar No. 327349)
psalazar@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite-4000
Los Angeles, CA 90013
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600

*Attorneys for Defendant Thrive
Causemetics, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THRIVE NATURAL CARE, INC.<br><br>Plaintiff,<br><br>v.<br><br>THRIVE CAUSEMETICS, INC.,<br><br>Defendant. | Case No. 2:20-cv-9091-PA-AS<br><br>**TRIAL DECLARATION OF KARISSA BODNAR**<br><br>Trial Date:  November 9, 2021<br>Time:  9:00 a.m.<br>Place:  Courtroom 9A |

## TRIAL DECLARATION OF KARISSA BODNAR

I, Karissa Bodnar, declare and state as follows:

1.      I am the Founder and Chief Executive Officer of Thrive Causemetics, Inc. ("Thrive Causemetics"), the Defendant in the above-captioned action.  This declaration sets forth my direct trial testimony in support of Thrive Causemetics' case-in-chief.  I have personal knowledge of the facts stated in this declaration and I would and could testify as to them if called as a witness in this action.

2.      For as long as I can remember, I have had a passion for beauty and loved the way that it made me feel confident.  Growing up on a rural farm in western Washington, however, did not allow me ready access to beauty products, as the closest makeup store was over an hour away.  With makeup not always easy to obtain, I would experiment with whatever plants and flowers I could find in our garden and mix them with crayons to create lipstick and other makeup.  Through these rudimentary experiments, I developed a love of creating beauty products.

3.      I began working as a makeup artist to pay for college at Bellevue Community College and the University of Washington, and continued doing so until I graduated.  After graduation, I worked in product development for Clarisonic, a skin cleansing device company.  Clarisonic was eventually purchased by L'Oréal, a personal care and beauty company.  I then began to work for L'Oréal in its luxury division, specifically, in product development.

4.      In 2012, while I was attending an annual conference for L'Oréal, I received a call from my close friend Kristy LeMond.  During that call, Kristy shared with me that she had something that might be cancer.  Less than a year later, cancer took Kristy's life when she was only 24 years old.

5.      Kristy's cancer battle and passing caused me to pause and think about my life's purpose.  I wanted to continue working in the beauty industry; however, a beauty company that gave back to charitable causes in the way that I wanted simply did not exist.  Kristy inspired me to create a brand that accomplished more than just

1  selling cosmetics, but that also focused on giving back.  I wanted to create a company
2  with aspirations bigger than beauty.

3        6.     With this new purpose in mind, I began to put my goal into action.  I
4  envisioned establishing a luxury beauty company that both created vegan, cruelty-free,
5  high-performing products and made a difference in women's lives through a mission
6  of charitable giving, and obtained a business license in late 2013 as a first step toward
7  realizing my goal.

8        7.     I also selected the company's name, "Thrive Causemetics."  In October
9  of 2013, I was watching a segment called "GMA Goes Pink" on Good Morning
10  America.  During that segment, in which the co-anchors were discussing breast cancer
11  survivors, Robin Roberts commented that these women were not just survivors, but
12  "thrivers."  My vision for this beauty company already included the principle that it
13  would help the community, but after hearing Ms. Roberts' sentiment and in honor of
14  my friend, I specifically wanted to help women going through cancer treatment.  It
15  was then that I knew the company's mission would be to help women thrive.  I also
16  adopted the made-up term "Causemetics" in the company's name to reflect my, and
17  the company's, deep commitment to supporting charitable causes critical to women's
18  well-being.  When I selected the "Thrive Causemetics" name, I had no knowledge of
19  Plaintiff, its products, or its mark.

20        8.     Thrive Causemetics sold its first products in September of 2014.  In
21  furtherance of its initial goal of supporting women going through cancer treatment,
22  Thrive Causemetics' product offerings began with false eyelashes and eyelash
23  adhesive.  At the time, there was no eyelash adhesive formula available that was free
24  of synthetic materials such as latex, sulfates, and formaldehyde and that was also
25  waterproof, so I created such an eyelash adhesive formula at home in my kitchen.
26  During this same time, I began work on a product formula for a mascara, which
27  ultimately became Thrive Causemetics' Liquid Lash Extensions Mascara, our most
28  successful product.

TRIAL DECLARATION OF KARISSA BODNAR

9.  Thrive Causemetics started with humble beginnings.  I founded Thrive Causemetics with my life savings of $100,000, and operated out of my one-bedroom apartment in Seattle, Washington.  I, along with assistance from my family, handled all of the company's operations.  I did everything from making the product formulas, printing shipping labels, packing the products into mailers, and shipping the products out of my apartment to customers.  In those early days, I handled all customer service inquiries, managed the company's social media profiles, and facilitated the digital marketing.  The company has experienced significant growth over the years, but I still remain involved and hands-on in the day-to-day of the company, including working in the lab to make product formulas, overseeing finance, operations, and marketing, attending charitable giving events, and regularly engaging directly with our loyal Thrive Causemetics community, both online and in person.

10.  Thrive Causemetics' primary brand color has always been turquoise.  When I started the company, I noticed that nearly all make-up products on the market came in black or white packaging.  I wanted our brand to evoke a feeling of joy in our customers and began researching the meaning behind different colors.  I discovered that the meaning of turquoise is joy, and that is why I chose the color as our primary brand color.  Every product sold by Thrive Causemetics is labeled with the company's mark THRIVE CAUSEMETICS on its packaging and the product packaging consistently uses white or turquoise tones, and the mark is in slim, all lower-case black, white, turquoise, or silver font.

11.  In January 2015, Thrive Causemetics began selling color cosmetics.  Our first color cosmetic product was Infinity Waterproof Eyeliner.  In October 2018, Thrive Causemetics sold its first skincare product, Overnight Sensation Brightening Sleep Mask.  Trial Exhibit No. 4 is a true and correct summary of Thrive Causemetics product offerings as of March 2021, along with the first date, price, and channel at which Thrive Causemetics sold each product.

TRIAL DECLARATION OF KARISSA BODNAR

12.     Almost from inception, Thrive Causemetics experienced substantial success.  The company has been featured in numerous major media outlets such as the TODAY Show, Good Morning America, Forbes, Cosmopolitan, ABC News, People Magazine, Allure, Women's Health, Real Simple, Martha Stewart Living, Huffington Post, InStyle, Popsugar, ABC's Real Biz, Elle, Yahoo Beauty, and more.  Thrive Causemetics also has a significant social media presence with over 540,000 followers on Instagram and over 620,000 followers on Facebook.  The company's official social media pages prominently display our full name and mark THRIVE CAUSEMETICS.

13.     The "thrive" element of the "Thrive Causemetics" name is an important part of the company's brand identity because, as previously mentioned, I was inspired by Ms. Roberts' description of women fighting cancer as "thrivers," and I wanted the company to commit to a charitable mission supporting women battling cancer.  We have made significant investments in this overall brand identity since the company was formed.

14.     However, the company's financial success and, more specifically, the revenues attributable to the sale of its skincare products, are not solely, or even primarily, attributable to the "thrive" element of the THRIVE CAUSEMETICS name. For purposes of driving sales of our products, the "thrive" element of the name is an important, but relatively small, contributor.  Instead, based on my intimate knowledge of the company, my regular and substantial interactions with our customer base and the broader marketplace in which we operate, and my familiarity with how our company and our products are covered in both traditional and social media, revenues associated with Thrive Causemetics' products (both generally and as to skincare products specifically) are primarily attributable to three factors:  high-performing products, the company's charitable mission, and our robust direct-to-consumer engagement.

15.     The first factor to which our sales are attributable is our high-quality products.  Our community cares deeply about giving back, but it is really their love of

1   our products that has built Thrive Causemetics' reputation and recognition in the

2   beauty market and that drives the sales of all of our products.  For example, our Liquid

3   Lash Extensions Mascara is our best-selling product and has received numerous

4   accolades, including Winner of the Allure 2020 Best of Beauty Awards for Best

5   Tubing Mascara, Winner of the Glamour Best Clean Beauty Products of 2020 Award

6   for "The Best Mascara," Winner of the Prevention Beauty Awards for 2019 for "Best

7   Mascara," as well as over 343,000 5-star reviews on Ipsy as of September 2021.

8   High-performing products coupled with a loyal community that is vocal about how

9   much they love our products is a leading force of Thrive Causemetics' success.

10       16.    The second factor to which our sales are attributable is Thrive

11   Causemetics' charitable giving, which is at the core of the company's purpose.

12   Although our giving mission originally focused on women going through cancer

13   treatment, it has since expanded to encompass several other causes critical to women's

14   well-being.  Today, Thrive Causemetics' charitable mission focuses on four primary

15   pillars: (1) supporting and empowering women fighting cancer, (2) helping survivors

16   of domestic abuse find strength, confidence, and sisterhood, (3) assisting women who

17   are seeking a path out of homelessness, and (4) honoring and supporting women

18   veterans as they adjust to life outside of military service.  Throughout the years,

19   Thrive Causemetics has provided substantial support to each of its core giving pillars,

20   for example:

21               a.    Thrive Causemetics' first core giving pillar was to support

22   women fighting cancer.  The company held its first charitable event in support of

23   this cause on New Year's Eve in 2014 at the University of Washington Medical

24   Center's breast cancer facility.  During this giving event, women fighting all types of

25   cancer received complimentary professional makeup applications from an oncology-

26   certified esthetician.  Since that first event, Thrive Causemetics has continued and

27   expanded its charitable giving in the fight against cancer.  In 2015, Thrive

28   Causemetics partnered with Young Survival Coalition ("YSC"), a global

TRIAL DECLARATION OF KARISSA BODNAR

organization dedicated to supporting young women who are diagnosed with breast cancer and providing them with resources.  Thrive Causemetics donated its false eyelashes and eyelash adhesive to YSC's "Day of Art, Support and Self Love," and taught women how to apply faux lashes for those who do not have any lashes.  In 2018, Thrive Causemetics collaborated with its Giving Partner, The Breasties, to host a day of beauty for breast cancer survivors and their friends.  I participated in a fireside chat with the founders of The Breasties, and Thrive Causemetics and our team of celebrity makeup artists hosted classes for all attendees.  In early 2020, Thrive Causemetics collaborated with National Breast Cancer Foundation ("NBCF") to donate products that are included in the organization's Hope Kits, which are provided to women across the country fighting cancer and are intended to be a tangible expression of hope and support for their journey.  Thrive Causemetics also worked with NBCF to host a makeover event at NBCF's headquarters to help breast cancer patients feel empowered.  Throughout the years, our donations have expanded to include both product donations, as well as monetary donations to fund life-saving technology, including our $150,000 monetary donation to Keep a Breast to fund their early detection app.

       b.     In 2016, Thrive Causemetics expanded its giving mission to include the pillar of helping survivors of domestic abuse.  That year, Thrive Causemetics partnered with Strength United, an organization that empowers survivors of domestic violence, to host the Strength United Beauty Workshop, a day dedicated to nurturing the inner and outer beauty of 18 women.  Representatives from Thrive Causemetics taught the women how to utilize the makeup and tools that Thrive Causemetics donated to them, and the event concluded with a greater sense of confidence and community.  In early 2019, during Thrive Causemetics' Day of Giving in Boston, our team visited Casa Myrna, Boston's leading nonprofit delivering solutions to end domestic and dating violence, where we donated Thrive

Causemetics products to the women there and I hosted a master class to talk with women and share thoughts about how best to utilize our products.

c.      In 2017, Thrive Causemetics added to its giving mission a commitment to assisting women emerging from homelessness and re-entering the workforce.  That year, Thrive Causemetics partnered with Mary's Place, a Seattle-based non-profit that provides safe, inclusive shelter and services for women, children, and families as on their journey out of homelessness.  During Thrive Causemetics' Day of Giving in Boston in 2019, which I previously mentioned, our team also visited Dress for Success Boston, an organization that empowers women to achieve economic independence by providing support, professional attire, and development tools, to donate Thrive Causemetics products to women attending Dress for Success Boston's work re-entry programs, which we hoped would provide those women with confidence as they re-entered the workforce.  That same day, we also visited Rosie's Place, the first women's shelter in the United States, and donated Thrive Causemetics products to the women there in an effort to support women emerging from homelessness.  In early 2020, Thrive Causemetics worked with its Giving Partner, UMOM New Day Centers, a non-profit organization in Phoenix, Arizona that provides shelter, services, and affordable housing for people experiencing homelessness, to donate makeup bags with ten unique Thrive Causemetics products to each of the women at the center.

d.      In honor of Veterans Day 2019, Thrive Causemetics expanded its core giving pillars again to include honoring and supporting women veterans who are transitioning and adjusting to life outside of the uniform.  Thrive Causemetics has partnered with Foundation For Women Warriors ("FFWW"), an organization that works to empower women veterans as they re-enter civilian life, to donate Thrive Causemetics products to women who are receiving supportive services from FFWW.  Many of these women are beginning new careers and we believe that

TRIAL DECLARATION OF KARISSA BODNAR

access to professional accessories like high-quality makeup can help improve their confidence as they take on new roles in civilian society.

e.      Over the years, Thrive Causemetics has also made substantial in-kind donations in support of numerous organizations falling within its core pillars. For example, when Thrive Causemetics celebrated its fourth anniversary, it donated $25 million in Thrive Causemetics products to over 50 partner organizations that support and empower women.  In mid-2019, Thrive Causemetics made a donation of $10 million in eye brightening products to over 50 nonprofit organizations across the country supporting causes critical to women's well-being, including fighting cancer, surviving domestic abuse, and emerging from homelessness.  In honor of my 30th birthday, Thrive Causemetics donated $30 million in products to more than 50 charities benefiting women in need.

17.      Furthermore, in response to instances of need outside of its core pillars, Thrive Causemetics has made significant charitable contributions to support other worthy efforts, such as:

a.      On November 14, 2018, Thrive Causemetics donated 100% of its profits that day to organizations that support residents and displaced animals affected by the wildfires in northern and southern California, raising $250,000 that was donated to five nonprofit organizations.

b.      On International Women's Day in 2019, Thrive Causemetics donated 100% of that day's profits from the sales of our Buildable Blur CC Cream and Blend + Blur Sponge to She's The First, a charitable program that supports girls around the world to be the first person in their families to graduate from high school.

c.      On March 27, 2020, Thrive Causemetics donated 100% of that day's profits for COVID-19 relief through the charitable organizations Meals on Wheels, Baby2Baby, and Feeding America.

TRIAL DECLARATION OF KARISSA BODNAR

d.      This year, in honor of the life and legacy of Breonna Taylor, and as part of its overall commitment to diversity, equity, and inclusion by supporting students from a variety of backgrounds, Thrive Causemetics donated over $100,000 to the University of Louisville Breonna Taylor Memorial Scholarship Fund in Nursing.

18.      These are only a sample of the many ways in which Thrive Causemetics has furthered its charitable giving mission to make an impact in the lives of those who need it most.

19.      From the inception of Thrive Causemetics, I have been driven by a passion for giving back.  Thrive Causemetics is able to make the charitable contributions described above because the company has made substantial investments in developing, advertising, promoting, and selling high-performing products to our loyal and supportive community.

20.      Thrive Causemetics' customers are fully supportive of its giving mission and directly participate in it, not just through their purchases of Thrive Causemetics products, but also by recommending worthwhile charitable causes to which the company should donate.  For example, when wildfires in northern and southern California were at their worst in 2018, Thrive Causemetics' customers helped the company select the five charities to which Thrive Causemetics would donate.  In honor of the Juneteenth holiday on June 19, 2021, Thrive Causemetics donated 100% of that day's profits to 23 charitable organizations dedicated to racial and social justice, all of which were nominated by Thrive Causemetics' customers.

21.      Those examples also illustrate the third factor to which Thrive Causemetics' sales are attributable – namely, our robust direct-to-consumer engagement.  Thrive Causemetics' customers engage regularly and directly with us regarding product development and naming.  Beginning in April 2016, Thrive Causemetics launched a direct-to-consumer platform through which the company could collaborate with its community to solicit their feedback and ideas on product formulation.  When Thrive Causemetics was creating its Buildable Blue CC Cream,

thousands of Thrive Causemetics' customers with different skin tones and types assisted with testing the CC cream formula, and gave the company feedback to help us fine-tune the product.  As part of Thrive Causemetics' commitment to honoring women, Thrive Causemetics invites its customers to submit the names and stories of inspirational women for the company to consider in the name selection process for new products.

22.     Thrive Causemetics directly engages with its loyal community in other ways as well.  The company employs makeup artists and aestheticians as part of its customer service team to provide our community with solutions and support based on their knowledge of our products and their experience.  Thrive Causemetics also maintains robust online communication with its customers through social media.  In fact, social media direct messaging is one of Thrive Causemetics' biggest customer service channels.  We also utilize live chat technology on thrivecausemetics.com to support our customers in real time.

23.     For a period of time beginning in or around 2017, Thrive Causemetics referred to its community as the "Thrive Tribe."  At the time that Thrive Causemetics began using this nickname for its loyal customer base, we had no knowledge that Plaintiff had utilized that term.  In late 2019, Thrive Causemetics received feedback from its customers that use of the term "Thrive Tribe" could be offensive and perceived as cultural misappropriation.  After receiving this feedback, we revisited our use of the term and determined that it did not reflect the company's values of supporting diversity, equity, and inclusion of all people, and that we needed to depart from use of it.  By mid-2020, Thrive Causemetics ceased all use of the term "Thrive Tribe."

24.     The demand, feedback, and support that Thrive Causemetics has received from its customers is also what led the company to add skincare products to its existing line in 2018.  Thrive Causemetics received feedback from its customers (including online and in face-to-face communications that I had with our customers)

-11-

1    that they wanted additional Thrive Causemetics products—including skincare—to

2    complement our color cosmetics products.  That support is what ultimately led the

3    company to add skincare products to its product line in October 2018, beginning with

4    the Overnight Sensation Brightening Sleep Mask.  Since then, Thrive Causemetics has

5    periodically added skincare products to its offerings.  Trial Exhibit Nos. 405 through

6    419 are true and correct physical specimens of our skincare products and two color

7    cosmetics products that were available for sale by Thrive Causemetics as of June

8    2021.

9         25.    I understand that Plaintiff has asserted in this case that both Buildable

10   Blur CC Cream (Trial Exhibit No. 406) and Filtered Effects Blurring Primer (Trial

11   Exhibit No. 411) are skincare products.  This is incorrect.  Thrive Causemetics

12   considers Buildable Blur CC Cream and Filtered Effects Blurring Primer to be color

13   cosmetics products because of their immediate effect to improve appearance.

14   Buildable Blur CC Cream is a color-correcting product that covers skin imperfections

15   and evens skin tone.  It is a color cosmetic because it has pigment, is available in 18

16   different shades, and improves the appearance of skin in the way that makeup would.

17   As such, Thrive Causemetics advertises Buildable Blur CC Cream in the "Makeup"

18   section of its website, and not in the "Skincare" section of its website.  Filtered Effects

19   Blurring Primer is also a color cosmetic because it is a foundation-smoothing product

20   that serves as a base to which makeup can be applied, and immediately reduces the

21   appearance of pores, texture, and fine lines.  Thrive Causemetics also advertises

22   Filtered Effects Blurring Primer in the "Makeup" section of TCI's website, and not in

23   the "Skincare" section of its website.

24        26.    Thrive Causemetics' skincare products are innovative and designed to

25   provide consumers with a luxury beauty experience.  For example, Thrive

26   Causemetics' Smart Microdermabrasion 2-in-1 Instant Facial is inspired by in-office

27   microdermabrasion and exfoliates skin for a smoother, brighter complexion.

28   Similarly, Thrive Causemetics' Overnight Sensation Gentle Resurfacing Peel is

1  formulated with 10% AHA and BHA acids, along with a plant-based retinol

2  alternative, to quickly and effectively deliver professional-grade results overnight to

3  reveal younger-looking skin, brighten dark spots, smooth uneven texture and reduce

4  the look of fine lines.  Thrive Causemetics' Bright Balance 3-in-1 Cleanser is

5  designed to complement the company's color cosmetics products in addition to

6  offering skincare benefits, as the cleanser both removes stubborn waterproof makeup,

7  and hydrates and brightens the skin to improve texture and clarity.

8      27.    The prices for Thrive Causemetics' individual skincare products range

9  from $18 to $78.  Thrive Causemetics also sells skincare sets, which range in price

10  from $35 to $131.

11      28.    Thrive Causemetics believes that its products can be purchased and

12  enjoyed by anyone.  However, as mentioned, the company's principal mission is to

13  empower and support women, and Thrive Causemetics primarily targets women in its

14  product development and advertising, and features almost exclusively women in its

15  advertising.

16      29.    Thrive Causemetics sells its products directly to consumers through its

17  website, thrivecausemetics.com.  Trial Exhibit No. 422 is a true and correct capture of

18  thrivecausemetics.com main webpages and skincare product webpages.  Thrive

19  Causemetics has never authorized any third-party online seller to sell Thrive

20  Causemetics products.

21      30.    Thrive Causemetics does not sell its products through brick-and-mortar

22  retail locations.  In late 2019 through early 2020, Thrive Causemetics participated in a

23  one-time limited partnership for the sale of its color cosmetics products at certain Ulta

24  locations.  The limited partnership with Ulta did not include any Thrive Causemetics

25  skincare products. Thrive Causemetics products have also periodically been offered

26  for sale in small beauty boutiques.  However, Thrive Causemetics has never sold its

27  skincare products in any brick-and-mortar locations.

28

TRIAL DECLARATION OF KARISSA BODNAR

1    31.   In addition to its common law rights in the name "Thrive Causemetics,"

2    TCI owns U.S. Registration No. 2,938,220 for the mark CAUSE-METICS.

3    32.   At this time, Thrive Causemetics does not have specific plans to expand

4    its product line beyond color cosmetics and related tools and skincare products.

5    33.   On April 22, 2016, I sent an e-mail to Plaintiff respecting use of the term

6    "thrive" as part of Thrive Causemetics' brand name.  As reflected in my e-mail, I

7    perceived Plaintiff as a men's line, which was based on my review of Plaintiff's

8    website and its shaving products, and in all events it appeared to me that Plaintiff

9    served an entirely different market than Thrive Causemetics.  My e-mail also stated

10   that Thrive Causemetics sold color cosmetics and had a mission of helping women

11   going through cancer treatment to look and feel better during their time of need.  Alex

12   McIntosh, co-founder and Chief Executive Officer of Plaintiff, responded to my e-

13   mail on April 23, 2026, stating that Plaintiff would not provide permission to use the

14   "Thrive" name, including because Plaintiff "already sell[s] female cosmetic products."

15   Mr. McIntosh did not demand that Thrive Causemetics cease using the term "thrive,"

16   whether as part of Thrive Causemetics' brand name or otherwise.  Trial Exhibit No.

17   30 is a true and correct copy of my April 2016 e-mail exchange with Mr. McIntosh.

18   Plaintiff also did not file a lawsuit against Thrive Causemetics at that time, and the

19   parties did not communicate again for nearly a year.

20   34.   On March 3, 2017, Thrive Causemetics received a cease-and-desist letter

21   from Plaintiff, claiming that Thrive Causemetics was infringing Plaintiff's trademark

22   rights in the mark THRIVE.  Trial Exhibit No. 31 is a true and correct copy of

23   Plaintiff's March 3, 2017 cease-and-desist letter to Thrive Causemetics.

24   35.   On April 12, 2017, counsel for Thrive Causemetics sent a response to

25   Plaintiff that explained the reasons that confusion between the parties was unlikely

26   and stating that Thrive Causemetics would therefore not agree to cease use of the

27   THRIVE CAUSEMETICS trademark.  Trial Exhibit No. 381 is a true and correct

28   copy of Thrive Causemetics' April 12, 2017 letter to Plaintiff.  Plaintiff did not

TRIAL DECLARATION OF KARISSA BODNAR

1  respond, and again did not file a lawsuit against Thrive Causemetics following this

2  letter, and over two more years went by before the parties' next communication.

3      36.    In June of 2019, I reached out to Mr. McIntosh, this time by telephone,

4  for a discussion regarding the companies' respective marks and the prospect of

5  documenting our continued peaceful coexistence (as Plaintiff had taken no action

6  against Thrive Causemetics in the three years since we had first communicated).  I

7  asked my then-executive assistant, Nicole Benjamin, to take notes of the call.  Trial

8  Exhibit No. 33 is a true and correct copy of Ms. Benjamin's notes.  In our

9  conversation, Mr. McIntosh indicated that he wanted some sort of mechanism

10 reflecting Plaintiff's claimed ownership of the "Thrive" mark, to which I did not and

11 would not agree.  Consistent with our corporate giving mission, I believe I suggested

12 that Thrive Causemetics would consider making a donation to Plaintiff's preferred

13 charitable organization in connection with a coexistence agreement and to resolve the

14 parties' dispute, but did not propose specific terms concerning this potential donation.

15 The conversation concluded and we did not reach any type of agreement.

16     37.    Plaintiff did not file a lawsuit against Thrive Causemetics in the several

17 months following this call.  Instead, another sixteen months passed without any

18 communications between the parties, at which time, in October 2020, Plaintiff

19 commenced this action.

20     38.    I understand that Plaintiff has taken the position that Thrive Causemetics

21 expanded into skincare with the intent to infringe Plaintiff's mark or in disregard of its

22 rights.  That is simply not true.  After I learned of Plaintiff in 2015, I visited Plaintiff's

23 website and looked at its products.  My perception of Plaintiff's business was – and

24 still is – that its products are largely targeted to male users and that it caters to an

25 outdoorsy, rugged consumer.  Based on this perception, I viewed Thrive Causemetics

26 as entirely different from Plaintiff and believed that there was no conflict, and that

27 remains true to this day.  Thrive Causemetics is positioned as a luxury beauty brand,

28 specifically targeted to women and women's causes, and using different marketing

TRIAL DECLARATION OF KARISSA BODNAR

strategies and channels of trade than Plaintiff.  Although I knew of Plaintiff, that knowledge did not impact the decision to add skincare to Thrive Causemetics' product line because I firmly believed then, as I still do now, that there was no conflict with Plaintiff in light of the significant differences between the companies, their marks, their products, their marketing strategies, and their channels of trade.

39.    I am unaware of any instance in which a person or entity has confused Thrive Causemetics with Plaintiff, or vice versa, or believed that the two companies were in any way affiliated.  To my knowledge, Thrive Causemetics has never received any communication or information of any kind indicating that any person or entity believed that a Thrive Causemetics product came from or was affiliated with Plaintiff or vice versa.

I declare under penalty of perjury under the laws of the United States that the above facts are true and correct, and that this declaration was executed this 26th day of October 2021, in Bellevue, Washington.

Karissa Bodnar

TRIAL DECLARATION OF KARISSA BODNAR