1  Stephen McArthur (SBN 277712)
   stephen@smcarthurlaw.com
2  Thomas Dietrich (SBN 254282)
   tom@smcarthurlaw.com
3  THE MCARTHUR LAW FIRM, P.C.
   9465 Wilshire Blvd., Ste. 300
4  Beverly Hills, CA 90212
   Telephone: (323) 639-4455
5
   *Attorneys for Plaintiff Thrive*
6  *Natural Care, Inc.*

7

8

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11

12  THRIVE NATURAL CARE, INC.,        Case No. 2:20-CV-9091-PA-AS

13              Plaintiff,            **DIRECT EXAMINATION TRIAL
                                      DECLARATION OF ROB
14       v.                          WALLACE**

15  THRIVE CAUSEMETICS, INC.,         **Judge:** Hon. Percy Anderson
                                      **Trial Date**: November 9, 2021
16              Defendant.            **Courtroom:** 9A

17

18

19       Rob Wallace, upon his oath and subject to the penalty of perjury, declares as

20  follows:

21       1.     I make this Declaration containing my direct examination testimony in

22  support of Plaintiff Thrive Natural Care, Inc. ("Thrive" or "Plaintiff") in the bench

23  trial against Defendant Thrive Causemetics, Inc. ("TCI" or "Defendant"). I am over

24  18 years of age. The matters set forth herein are of my own personal knowledge if

25  called upon to testify as to such matters, I could and would do so.

26       **A.    Expert Credentials**

27       2.     A true and correct copy of my CV is attached hereto. My relevant

28  experience is described in detail in my CV, but I will briefly summarize it here.

3.     I am currently the Managing Partner of Best of Breed Branding Consortium, an omni-channel branding consultancy that also focuses on all the branding issues involved in this case.

4.     Prior to my current position, I was the Managing Partner for more than 30 years of one of the branding industry's most respected brand identity strategy and design firms, Wallace Church & Co., where I had specific and significant experience with the skincare market. Based on this experience, I have highly specialized knowledge of how marketers create and establish brands, how consumers interpret brand messaging, how they develop awareness and perceptions of brands and all the other marketing/branding issues in this case.

5.     In my career, I have been actively involved in hundreds of brand naming, brand identity, brand messaging, product design, package design, and web development assignments for dozens of leading consumer product and service companies. For example, my firm and I have developed brand messaging for such companies as Coca-Cola, Procter & Gamble, PepsiCo, Pfizer, Nestle, Johnson & Johnson, Target and more than 100 other national and global brand owners.

6.     Of specific relevance to the products in question in this case, I have been involved in consulting with numerous skincare and personal care brands such as L'Oréal, Revlon, Dove, Jergens, St. Ives, Suave, and Burt's Bees and several other skincare companies of equal caliber. In these assignments my team and I created the brand identities in the form of their graphic package design. We also provided strategic direction on their brand messaging that was then used to integrate advertising, social media, promotion, and all other brand messaging. As part of these assignments, I participated in developing, fielding and/or analyzing well over one thousand consumer surveys and research projects. As a result, I have unique knowledge of how brand identity, package design and brand messaging affect consumer perceptions, how they shape consumer relationships with brands and how they drive consumer purchasing.

7.     I served on the Board of Directors of The Design Management Institute, the largest global organization in the brand design and strategy industry, for 10 years. There I founded and co-chaired the Design Value Project, which focused on determining the return on investment of brand messaging and brand identity. As such I have been referred to as "the thought leader in quantifying brand design's value." I have delivered keynote presentations on this topic at more than 50 branding industry symposia across the US, Canada, Europe, Latin America, and Asia. I have lectured at the graduate level of The Columbia School of Business, The SVA Masters in Branding Program, Georgetown University, University of Texas, Seton Hall, and other educational institutions.

8.     My testimony and opinions have been accepted by and admitted in proceedings both before the U.S. District Courts and also the USPTO Trademark Trial and Appeal Board. I have served as an expert witness on more than 70 cases concerning intellectual property infringement, trademark and trade dress infringement, marketing research, false or deceptive advertising and brand messaging, and other marketing/branding industry issues. In such capacity I have designed and conducted court-compliant surveys for many of these cases. I have been deposed and/or testified in court as an expert witness more than 30 times. A listing of my recent legal expert witness cases is attached with my CV.

**B.     Background**

9.     I understand Plaintiff began selling its "Thrive" brand of skincare products in or about 2013. Based on my review of Plaintiff's website, www.thrivecare.co, I understand that Plaintiff sells an array of different skincare products all of which bear the "Thrive" brand and name. I reviewed a screenshot of Plaintiff's "all products" page from its website that has been marked as Trial Exhibit 229, a true and correct copy of which is attached hereto.

10.    I understand Defendant began using the term "Thrive Causemetics" for its skincare products in question in 2018. Since then, Defendant has continued to

release numerous new skincare products, all under the "Thrive Causemetics" brand. This conclusion is supported by my review of Defendant's website, www.thrivecausemetics.com along with a document produced by TCI containing its product release and pricing history. I reviewed of TCI's "skincare" product pages from its website marked as Trial Exhibits 10 and 11 and a copy of TCI's product list, including release dates and pricing, that has been marked as Trial Exhibit 4, true and correct copies of which are attached hereto.

11.    I further understand that Plaintiff used the term "Thrive Tribe" and the related hash tag #THRIVETRIBE to advertise its products from 2014 to 2020. Defendant used the same term to advertise its products from 2017 to mid-2020. A screenshot of Defendant's Instagram page showing its use of the #THRIVETRIBE hash tag in its advertising, which was produced by Defendant, has been marked as Trial Exhibit 36, a true and correct copy of which is attached hereto.

12.    I was engaged by Plaintiff's counsel to conduct two empirical studies designed to examine whether or not consumers of skincare products who purchase such items on the Internet would be confused between "Thrive" branded skincare products sold by Plaintiff (whether in its old or its new package design) and "Thrive Causemetics" branded skincare products sold by Defendant. Plaintiff's and Defendant's products are hereafter referred to as "the products in question." I was also asked to conduct an analysis of other factors relevant to potential confusion between Plaintiff's and Defendant's skincare products based on the factors described in *AMF, Inc. v. Sleekcraft Boats*, 599 F.2d 341 (9th Cir. 1979) (the "Sleekcraft factors").

13.    I am being compensated in connection with my engagement in this proceeding at the rate of $400 per hour for report writing and $500 per hour for deposition and trial testimony. I have received no additional compensation for my work in this proceeding. My compensation is in no way dependent upon the outcome of this proceeding.

14.     My opinions consider the information provided to me, the survey findings, and my over 35 years of brand identity and brand valuation experience for a large number of consumer brands.

### C.     Summary of Consumer Survey Findings

15.     To summarize the findings of the two consumer surveys I conducted with 1,200 respondents, 600 each, the findings of the old/original package study show a **net confusion of 56.6%** between Plaintiff's "Thrive" skincare product in its original identity and package design (old package) and Defendant's "Thrive Causemetics" skincare product, after being corrected for the average level of confusion observed between Plaintiff's products and the two control brands. The findings of the new package study (new package) show **a net confusion of 54.5%** between Plaintiff's "Thrive" skincare product in its current, new identity and package design and Defendant's "Thrive Causemetics" skincare product, after being corrected for the average level of confusion observed between Plaintiff's products and the two control brands.

16.     Based on the results of these two court-compliant surveys and the confirmation of actual confusion among consumers, it is my conclusion that there is significant actual confusion between Plaintiff's "Thrive" skincare brand in both its existing (old) and its current (new) package and Defendant's "Thrive Causemetics" skincare brand.

### D.     Survey Methodology

17.     Images of all pages of both surveys as they were presented to respondents have been marked as Trial Exhibits 348 and 349, true and correct copies of which are attached hereto. The survey programming instructions for both surveys have been marked as Trial Exhibits 346 and 347, true and correct copies of which are attached hereto. I am responsible for preparing the surveys and the programming instructions.

/ / /

### 1.   Use of parties' and control product images

18.     The methodology used by both consumer studies involved the use of a "test" versus "control" experimental design where the products of two companies other than Plaintiff's or Defendant's products served as controls. The use of two different control products (i.e., Wldkat and Ursa Major) served to extend the generalizability of the findings. That is, examining the degree to which two different "control" skincare products are confused with Plaintiff's products allows stronger validity and reliability in the test method. This is because the degree to which two non-infringing brands are confused with Plaintiff's "Thrive" products can be compared to the degree to which Defendant's "Thrive Causemetics" products are confused with Plaintiff's products to derive a measure of the relative degree of confusion between the two brands.

19.     The basis for the selected controls is that they replicate, as closely as possible, the products in question with the single exception of the issue being researched. In this case the issue in question is the "Thrive" name. Therefore, the names of the control products used in the survey were different (Wldkat and Ursa Major) while other aspects of the control product images—including the packaging appearance and coloring and website descriptions—were very similar to the content in the images of the parties' products in question.

### 2.   *Squirt* survey format

20.     The surveys are based on the "*Squirt* methodology" found acceptable by the Ninth Circuit and designed to conform to the survey design preference of the Patent and Trademark Office Trademark Trial and Appeal Board. This survey format seeks to "replicate the consumer experience." It allows the consumer to see examples of both products in question as they appear for sale on their own websites concurrently—and among a line-up of additional control products—as if these consumers were able to engage both products in question during the same purchase experience. I determined that this format was appropriate in light of strong evidence

that the parties' products and links to the parties' websites appeared together and side-by-side on the same computer screen with high regularity. Indeed, the parties' products in question commonly appear side-by-side or sequentially to consumers much more so than most products sold online, as explained in more detail below.

21.    I reviewed Trial Exhibit 114, which is attached hereto and is a true and correct copy of a screenshot of a search on the Amazon.com website for "thrive cream" that returned on the first page of results images of Plaintiff's skincare products next to Defendant's Buildable Blur CC Cream. Likewise, Trial Exhibit 115 is attached hereto and is a true and correct copy of a screenshot of a search on the Amazon website for "thrive skin," which returned on the second page of the results images of Plaintiff's skincare products next to Defendant's Buildable Blur CC Cream. I conducted these searches during my deposition by Defendant immediately after clearing all data, all cookies, signing out of Amazon, and searching in "incognito" mode.

22.    Additional evidence can be found in Trial Exhibit 238, which is attached hereto and consists of true and correct copies of screenshots I printed from searches I ran on my computer over approximately July 30, 2021, to August 3, 2021, for terms relating to Plaintiff on popular search engines and comparison-shopping sites, including Google search, Google Shopping, Bing search, Bing Shopping, and Duck Duck Go Shopping. Some examples of these search results are shown below. For these searches, I also cleared all data and cookies so that my previous history could not be used for these searches.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**Example 1 (Bing Shopping search)**



**Example 2 (Google Shopping search)**

## Example 3 (Google search)



## Example 4 (Bing mobile search)



23.     These screenshots indicate that a consumer searching on the major search engines for Plaintiff's "Thrive" skincare products would almost certainly be presented with images of both parties' skincare products and links to both parties' websites and purchase portals. That is true with regard to searches for Plaintiff like "Thrive skincare," "Thrive natural care," "amazon thrive natural care," and even more targeted searches like "mens thrive natural care". Even a consumer who conducted a more targeted search for Plaintiff's company name and men's products from Plaintiff would be likely to be presented with images of Defendant's products together with Plaintiff's. Moreover, in the product descriptions provided in online search results, Defendant's primary product name only shows "Thrive [product name]", e.g., "Thrive Skincare Set" and does not include the word "Causemetics". In many cases, "Causemetics" is not even fully spelled out in the product description. The focus is clearly on the word "Thrive" for both Plaintiff's and Defendant's products.

24.     These results were replicated in other online searches performed by Plaintiff's CEO, Alex McIntosh, and Plaintiff's counsel, which I reviewed in the course of conducting my analysis for this case. True and correct copies of these other search results screenshots have been marked as <u>Trial Exhibits 123-125, 154-186, 235-237, and 311</u>, all of which are attached hereto.

25.     Importantly, the parties' products in question appear side-by-side not just on search-engines, but on e-commerce platforms as well where consumers purchase products such as Amazon, Google Shopping, and Bing Shopping.

26.     The fact that Defendant's skincare products appear together with Plaintiff's "Thrive" skincare products in Google and Bing searches for "Thrive" and skincare-related terms, and even for Plaintiff's specific company name and for men's products, creates a high likelihood that consumers will see the parties' products together when they are searching online for "Thrive" skincare products. These facts all support the propriety of my decision to follow the *Squirt* survey

format that showed images of the parties' products in sequence along with control images.

27. Though my surveys asked respondents to compare Plaintiff's and Defendant's webpages showing the products in question, rather than an image of online search results, if anything the approach I chose resulted in *lower* rates of confusion than had I used images of online search results. The reason for this is that the images of the parties' webpages used in the surveys included other indicia that could have triggered respondents to differentiate the companies—such as larger logos, different ad copy, and different site headers—which are not found in results returned from an online search engine. In search results, all that is shown are product images and a brief description (often with the "Causemetics" portion of Defendant's name cut off). The surveys I conducted used the parties' webpages and found high levels of confusion, which indicates that consumers would be just as or more likely to be confused if presented with search results showing the parties' products together. In addition, my decision to analyze the web pages in the surveys I conducted ensured that the stimuli replicated the actual purchase experience of the products in question.

28. Had I shown the products side by side on e-commerce and search engine pages, as suggested by Defendants, it would have only resulted in a *higher* percentage of confused respondents.

29. Each survey also tested the likelihood of consumer confusion between the products in question caused by both Plaintiff and Defendant using the term #THRIVETRIBE when showing an image of a skincare product in its Instagram posts.

### 3. Survey question format

30. The sample selection, questions, questionnaire design, and interviewing procedures employed in the surveys were designed in accordance with the generally-accepted standards and procedures to meet the criteria for survey

trustworthiness detailed in the Manual for Complex Litigation, Fourth Edition, 20014. This includes the choice of close-ended answers in the screener so as not to bias the respondent or make them aware of the screener criteria.

31.     This test includes primary and control questions where the infringing material is eliminated so as to determine the level of confusion specifically caused by the infringing brand name and to extract any predetermined perceptions, or what the survey industry refers to as "survey noise." As mentioned, all respondents saw the products in question in a lineup of four products including two control products, which are manufactured and sold by unrelated third parties. All four products, the products in question and the two control products, were then analyzed in comparison to one another. All stimuli was randomized to prevent order bias.

### 4.     Survey qualifying universe

32.     Given the products at issue, I determined that the appropriate universe for each of the two surveys would be comprised of 600 men and women between 18 and 65 who (a) have purchased skincare products on the Internet within the last 6 months, (b) plan to do so again within the next 6 months, (c) have used the Internet to search for products or services within the last month, (d) did not work in a related industry or have a close relative that did so, and (e) speak fluent English.

33.     In addition to these screening questions, a series of control questions were then asked of all participants so as not to bias their responses by thinking that this survey was only about skincare products. All responses to these control questions qualified the respondent to proceed with the survey.

34.     Respondents who were likely to have atypical knowledge of these brands or this industry were excluded, including individuals employed by an advertising agency, a consumer research firm, or a personal care product manufacturer, retailer, or distributor. Respondents whose family members were employed in these occupations were also excluded. Because the stimuli should be viewed at an appropriate size, anyone who was taking the survey on a tablet or a

phone was disqualified and only those taking the survey on a laptop or desktop computer were permitted to proceed.

35.    Based on my experience and credentials as a survey expert, it is my opinion that the respondents meeting this survey's screening requirements are representative of the relevant consuming public for both Plaintiff's and Defendant's products, with a focus on consumers who purchase products online.

### 5.    Survey sample size

36.    I selected a non-probability sample of 600 qualified respondents for each survey. Non-probability samples of this size are and have been used to make consequential academic and business decisions and are also accepted into evidence in courts throughout the country.

### 6.    Interviewing medium – online survey

37.    The consumer surveys here were conducted using the Internet. The use of Internet surveys is in accordance with generally accepted standards of procedure in the field.

38.    The Internet was an especially appropriate interviewing medium for the inquiries in this survey because it required showing specific stimuli in a specific order to a representative sample of respondents meeting the screening requirements previously discussed. Additionally, and importantly: (a) personal interviews would have been prohibitively expensive, time consuming, and dangerous to perform during a worldwide pandemic, (b) telephone interviews would not have been possible because of the previously noted requirement to present visual stimuli, and (c) both Plaintiff and Defendant use the Internet as a vehicle for advertising and promoting their products/services.

### 7.    Survey fielding firm

39.    The surveys were fielded by the internet survey firm, Illume, Inc. Illume is widely respected in the marketing research industry and has created hundreds of surveys that have been accepted by the courts and more than one

thousand surveys for the marketing and branding industries. Illume programmed the study using the Sawtooth Software's Lighthouse Studio software suite as it does to program all of its surveys. Sawtooth Software has been providing market research data collection and analysis software since 1983. It uses IBM's SPSS software for data analysis. SPSS has been widely used for over 50 years and recognized as the forerunner in data analysis software. Illume also uses Sawtooth Software's web hosting services for hosting all of their surveys. All surveys are secure using TLS 1.2, AES with 128-bit encryption (High); ECDH_P256 with 256-bit exchange, which ensures optimal security.

40.     Illume coordinated the respondent recruitment using the paneling firm Innovate MR. Innovate MR recruited respondents from a diverse blend of channels to ensure representativeness, including both online and offline publishers, social networks like Facebook, web and SMS databases, and advertising networks. They use a dynamic profiling system that captures and localizes data points based on geography and tracked respondent behavior longitudinally using advanced algorithmic solutions designed to evaluate their profile on an ongoing basis, which ensures accuracy and authenticity is maintained.

### 8.     "Double blind" protocol

41.     Because of the way the questions were crafted and because at no time were the parties' names or identities disclosed or revealed to Illume or Innovate MR, neither the survey programmer nor the respondents knew the purpose of the survey. That is, no question suggested the survey's sponsor or purpose. This "double blind" protocol means that neither the programmer nor the respondents could intentionally or unintentionally influence the results.

### 9.     Qualifying questions

42.     The survey began with a welcome statement that ensures the respondent that their responses will be kept confidential.

43.     Possible respondents were then asked if they were taking the survey on

a laptop of desktop computer, a tablet, or a phone. Because of the nature of the visual stimuli being analyzed, only those who were taking the survey on a desktop or laptop were qualified to proceed.

44.     Qualifying questions continued to ensure that all responses were genuine, honest, and not aided by outside knowledge. Those who answered "No" were terminated from the interview and their responses were not tabulated in the results.

45.     Two qualifying questions ensured that the responses were wearing contacts or eyeglasses if they needed them. Those who responded that they needed contacts or glasses but would not guarantee that they would be wearing them during the test were terminated from the survey and their responses were not tabulated in the results.

46.     Lastly, a final qualifying question further ensured the honesty of the responses and prevented guessing, acknowledging that it was appropriate to state that you don't know the answer rather than guess.

47.     Those who answered "No" were terminated from the interview and their responses were not tabulated in the results.

### 10.     Confusion-related questions

48.     Respondents were then provided with a lead-in statement encouraging respondents to view the following imagery as if they were shopping for the products shown, so as to best replicate the purchase experience.

*You are about to see images of four products, each featured as you would see them when purchasing them.*

*Please view the following images as if you were shopping for these products with the possible intent to purchase them. For the questions, if you do not have an opinion or are unsure of your opinion, it's perfectly all right to say so.*

49.     After reading the text above, when respondents clicked on the "Continue" button, all 600 respondents who were taking the old package test were

DIRECT EXAMINATION TRIAL
DECLARATION OF ROB WALLACE
Case No. 2:20-CV-09091-PA-AS

presented with the following images, consisting of screenshots of the product manufacturer's point of sale website, in random order to prevent order bias.

**Image 1**



**Image 2**



**Image 3**



1

**Image 4**



50.    Those taking the new package study were presented with this

following two new package initial images and the same two additional control

images shown above.

**Image 1**



**Image 2**



DIRECT EXAMINATION TRIAL
DECLARATION OF ROB WALLACE
Case No. 2:20-CV-09091-PA-AS

51.     Exposing these four images to respondents was followed by an additional screening question to ensure that respondents were paying full attention and taking the survey in earnest.

> *What type of products were shown in the images you just reviewed?*
> - *Detergent*
> - *Shampoo*
> - *Skincare products*
> - *Pet food*
> - *Don't know/no opinion*

52.     Any responses that did not check skincare products were terminated from the survey.

53.     This attention-check question was followed by the primary statement:

> *All of these products can be purchased online, but we are interested in who you believe makes each of these products, meaning their manufacturer or source.*

54.     After reviewing this statement, images of two of the four products were then shown in a pair, adjacent to one another. This was repeated until each respondent had the opportunity to compare each of the four products to the other three products on a one-to-one basis. This allowed respondents to directly compare all four products to one another. These pairings of imagery were done in random order to prevent order bias. After each pair of images were shown, respondents were asked:

> *Do you believe that these two products come from the same company/manufacturer/source?*
> - *Yes, same company/manufacturer/source?*
> - *No, different companies/manufacturers/sources?*
> - *Not sure/ don't know\*

55.     The survey then asked the open-ended question, "Why do you say that?" so as to get a better understanding of the rationale behind the respondent's earlier answer and to serve as a way of extracting survey noise or nonsensical answers.

56.     Those who answered "Different companies/manufacturers/sources" to the prior question were then asked a follow up question:

*If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other?*
- *Yes, companies are affiliated, connected or associated*
- *No, companies are not affiliated, connected or associated*
- *Not sure/ don't know*

57.     Again, this was followed by the open-ended question, "Why do you say that?" so as to get a better understanding of the rationale behind their earlier answer.

58.     An attention check question was then asked to ensure respondents were paying full attention. This question asked them to: "Please enter the number 865 in the box below." Anyone who did not respond correctly was terminated from both surveys.

59.     These questions were followed by a written scenario and follow-up question, which was presented to the respondents as follows:

*Please read the scenario below and answer the question that follows.*

*When researching skincare products you notice an Instagram post showing a skin moisturizer with the hashtag #THRIVETRIBE. Later in the same search you see a second post with the hashtag #THRIVETRIBE also showing a picture of a skin moisturizer.*

*Based on these posts, do you believe that they refer to the same products and come from the same company or companies that are affiliated, connected or associated with one another - or from different companies that are not affiliated, connected, or associated?*

- *Yes, the products I ordered are from the same company or companies that are affiliated, connected, or associated*
- *No, the products I ordered are from different companies that are not affiliated, connected, or associated*
- *Not sure/ don't know*

60.     This scenario is based on facts specific to the way the term "Thrive Tribe" is used by both Plaintiff and Defendant. At the time respondents received this scenario and question, they were not able to go back to prior questions they had already answered. This prevented respondents from revising their answers

regarding the product images after they had received additional information about the "Thrive Tribe" usage.

61.     Lastly, all respondents were asked a series of demographic questions about their gender, the highest level of schooling they had achieved, what state they lived in, and their approximate household income level.

### 11.     Use of controls and net confusion scores

62.     Specific effort was made to be objective by recognizing potential, albeit inadvertent, biases and accounting for each of them beforehand. These responses are what researchers refer to as "noise," that is, any exogenous and difficult-to-measure issues such as respondents' preconceived opinions and/or those who had recently encountered the stimuli and have an unnaturally heightened awareness of it beyond the general public, and so forth.

65.     The Reference Guide on Survey Research states, that the control group view the same stimuli without the allegedly deceptive material.  As mentioned earlier, there were two images of two control products that did not feature the "Thrive" brand name. The survey was able to determine the level of confusion that these control products had with Plaintiff's product. This level of confusion as then subtracted from the confusion reported between the products in question to result in net confusion." This is further described in the following section.

### E.     Results of Consumer Surveys

### 1.     A significant majority of respondents believed that the old/original Thrive package and the Thrive Causemetics product are confusingly similar

63.     The tabulated results in the chart below compare the level of confusion reported among each of the four pairs of products, i.e., the two products in question and the two control products. Of specific interest 425 of the 600 respondents or **71%** of all respondents believe that the products in question come from the same company/manufacturer or source.

DIRECT EXAMINATION TRIAL
DECLARATION OF ROB WALLACE
Case No. 2:20-CV-09091-PA-AS

**Thrive Natural Care**
**LIKELIHOOD OF CONFUSION SURVEY / OLD PACKAGE**

Q18a - Do you believe that these two products come from the same company/manufacturer/source?

| | Thrive v Thrive Causemetic | Thrive v Ursa Major | Thrive v WldKat | Thrive Causemetic v Ursa | Thrive Causemetic v WldKat | Ursa Major v WldKat |
|---|---|---|---|---|---|---|
| | (A) | (B) | (C) | (D) | (E) | (F) |
| Total | 600 | 600 | 600 | 600 | 600 | 600 |
| | 100% | 100% | 100% | 100% | 100% | 100% |
| Yes, same company/manufacturer/source | 425 | 55 | 77 | 71 | 59 | 66 |
| | 71% | 9% | 13% | 12% | 10% | 11% |
| | BCDEF | | be | | | |
| No, different companies/manufacturer/source | 111 | 427 | 399 | 404 | 447 | 404 |
| | 19% | 71% | 67% | 67% | 75% | 67% |
| | | Ac | A | A | ACDF | A |
| Not sure / Don't know | 64 | 118 | 124 | 125 | 94 | 130 |
| | 11% | 20% | 21% | 21% | 16% | 22% |
| | | Ae | AE | AE | A | AE |
| No Answer | - | - | - | - | - | |

Comparison Groups: ABCDEF
Z-Test for Percentages
Uppercase letters indicate significance at the 99% level.
Lowercase letters indicate significance at the 95% level.

64.    In addition, 17 respondents believe that the products may come from different but affiliated sources, as indicated in the chart below.

**Thrive Natural Care**
**LIKELIHOOD OF CONFUSION SURVEY / OLD PACKAGE**

Q20a - If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other?

| | Thrive v Thrive Causemetic | Thrive v Ursa Major | Thrive v WldKat | Thrive Causemetic v Ursa | Thrive Causemetic v WldKat | Ursa Major v WldKat |
|---|---|---|---|---|---|---|
| | (A) | (B) | (C) | (D) | (E) | (F) |
| Total | 111 | 427 | 399 | 404 | 447 | 404 |
| | 100% | 100% | 100% | 100% | 100% | 100% |
| Yes, companies are affiliated, connected or associated | 17 | 43 | 35 | 38 | 34 | 33 |
| | 15% | 10% | 9% | 9% | 8% | 8% |
| | ef | | | | | |
| No, companies are not affiliated, connected or associated | 62 | 240 | 235 | 232 | 252 | 239 |
| | 56% | 56% | 59% | 57% | 56% | 59% |
| Not sure / Don't know | 32 | 144 | 129 | 134 | 161 | 132 |
| | 29% | 34% | 32% | 33% | 36% | 33% |
| No Answer | 489 | 173 | 201 | 196 | 153 | 196 |

Comparison Groups: ABCDEF
Z-Test for Percentages
Uppercase letters indicate significance at the 99% level.
Lowercase letters indicate significance at the 95% level.

65.     When the 425 respondents who believe that the products in question come from the same source are added to the 17 who believe that they come from affiliated sources, it results in 442 of the 600 respondents or 73.6% of all respondents who report that the products in question are confusingly similar.

66.     67.     This measure is accurate at the 99th level of confidence, meaning if this survey were taken 100 times, 99 of those surveys would show the same result within a 1% to 5% margin. This reaffirms the significance of this finding and its strong support for the conclusion that Defendant's products cause actual confusion with Plaintiff's products among the relevant public.

67.     As mentioned, in order to extract the level of confusion caused exclusively by Defendant's use of the "Thrive" name at issue, the average confusion scores from the control set are subtracted from the primary set scores to result in what the industry refers to as an average "net confusion" score.

68.     The survey results report a level of confusion between 15.5% and 18.6% between all the four products tested. When these numbers are averaged, the resulting average level of control confusion is 17.02%.

69.     When this 17.02% is subtracted from the primary set's 73.6% level of confusion, it results in a net confusion score of 56.6%, or a clear majority of all respondents who believe that the products in question are confusingly similar. Again, this measure refers only to the net confusion when compared to the average level of confusion within all control products.

70.     As mentioned, responses to the open-ended questions, "Why do you say that?" further confirm the rationale behind the respondents' answers. Typical responses to these questions include reference the name of the products in question, Thrive, as driving this confusion. The following direct quotes are indicative of the very many responses that reference the products' name, Thrive, as causing this confusion:

/ / /

- *Because the name Thrive is the same..*

- *They both say Thrive.*

- *They have the same brand name*

- *Both are from Thrive*

- *they both have the same brand name of thrive and are skincare products*

71.    I reviewed all of the open-ended questions to determine if any of them were nonsensical or communicated an extraordinary knowledge of this case so as to be termed "survey noise". I found only four responses that possibly could be indicative of a respondent not taking the survey in earnest. Respondents 79, 220, 589, 594 all indicated responses that could potentially be perceived to be nonsensical. I highlighted these nonsensical responses in red in the raw data provided with this report. Of these four, only one reported that the products in question come from the same source. Out of an abundance of caution when I extract this one respondents' data from the overall data findings, it results **73.1% rather than 73.6% primary confusion or 56.1% rather than 56.6% net confusion.** Regardless of whether these responses were either genuine or not, their impact on the overall level of confusion is negligible.

> **2.    Significant majority of respondents believed that the new Thrive package skincare product and Thrive Causemetics skincare product are confusingly similar**

72.    The tabulated results in the chart below compare the level of confusion reported among each of the four pairs of products, i.e. the two products in question using the "new" package images and the two control products. Of specific interest 414 of the 600 respondents or **69%** of all respondents believe that the products in question come from the same company/manufacturer or source.

/ / /

/ / /

**Thrive Natural Care**
**LIKELIHOOD OF CONFUSION SURVEY / NEW PACKAGE**

Q18a - Do you believe that these two products come from the same company/manufacturer/source?

| | Thrive v Thrive Causemetic | Thrive v Ursa Major | Thrive v WldKat | Thrive Causemetic v Ursa | Thrive Causemetic v WldKat | Ursa Major v WldKat |
|---|---|---|---|---|---|---|
| | ---------- | ---------- | ---------- | ---------- | ---------- | ---------- |
| | (A) | (B) | (C) | (D) | (E) | (F) |
| Total | 600 | 600 | 600 | 600 | 600 | 600 |
| | 100% | 100% | 100% | 100% | 100% | 100% |
| Yes, same company/manufacturer/source | 414 | 57 | 62 | 79 | 49 | 72 |
| | 69% | 10% | 10% | 13% | 8% | 12% |
| | BCDEF | | | bE | | E |
| No, different companies/manufacturer/source | 115 | 419 | 445 | 390 | 451 | 404 |
| | 19% | 70% | 74% | 65% | 75% | 67% |
| | | Ad | AbDF | A | AbDF | A |
| Not sure / Don't know | 71 | 124 | 93 | 131 | 100 | 124 |
| | 12% | 21% | 16% | 22% | 17% | 21% |
| | | ACe | a | ACE | A | ACe |
| No Answer | - | - | - | - | - | |

Comparison Groups: ABCDEF
Z-Test for Percentages
Uppercase letters indicate significance at the 99% level.
Lowercase letters indicate significance at the 95% level.

73.    In addition, 19 respondents believed that the products may come from different but affiliated sources, as indicated in the chart below.

**Thrive Natural Care**
**LIKELIHOOD OF CONFUSION SURVEY / NEW PACKAGE**

Q20a - If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other?

| | Thrive v Thrive Causemetic | Thrive v Ursa Major | Thrive v WldKat | Thrive Causemetic v Ursa | Thrive Causemetic v WldKat | Ursa Major v WldKat |
|---|---|---|---|---|---|---|
| | ---------- | ---------- | ---------- | ---------- | ---------- | ---------- |
| | (A) | (B) | (C) | (D) | (E) | (F) |
| Total | 115 | 419 | 445 | 390 | 451 | 404 |
| | 100% | 100% | 100% | 100% | 100% | 100% |
| Yes, companies are affiliated, connected or associated | 19 | 37 | 41 | 50 | 42 | 47 |
| | 17% | 9% | 9% | 13% | 9% | 12% |
| | bce | | | be | | |
| No, companies are not affiliated, connected or associated | 68 | 243 | 252 | 211 | 269 | 223 |
| | 59% | 58% | 57% | 54% | 60% | 55% |
| | | | | | d | |
| Not sure / Don't know | 28 | 139 | 152 | 129 | 140 | 134 |
| | 24% | 33% | 34% | 33% | 31% | 33% |
| | | a | a | a | | a |
| No Answer | 485 | 181 | 155 | 210 | 149 | 196 |

Comparison Groups: ABCDEF
Z-Test for Percentages
Uppercase letters indicate significance at the 99% level.
Lowercase letters indicate significance at the 95% level.

74.     When the 414 respondents who believe that the products in question come from the same source are added to the 19 who believe that they come from affiliated sources, it results in 433 of the 600 respondents or **72.1%** of all respondents who report that the products in question are confusingly similar.

75.     This measure is accurate at the 99th level of confidence, meaning if this survey were taken 100 times, 99 of those surveys would show the same result within a 1% to 5% margin. This reaffirms the significance of this finding and its strong support for the conclusion that Defendant's products cause actual confusion with Plaintiff's products among the relevant public.

76.     As mentioned, in order to extract the level of confusion caused exclusively by Defendant's use of the "Thrive" name at issue, the average confusion scores from the control set are subtracted from the primary set scores to result in what the industry refers to as an average "net confusion" score.

77.     The new package survey results report a level of confusion between 15.5% and 18.6% between all the four products tested. When these numbers are averaged, the resulting average level of control confusion is 17.7%.

78.     When this 17.7% is subtracted from the primary set's 72.1% level of confusion, it results in a net confusion score of **54.4%,** or a clear majority of all respondents who believe that the products in question are confusingly similar. Again, this measure refers only to the net confusion when compared to the average level of confusion among all control products.

79.     As mentioned, responses to the open-ended questions in this new package study, "Why do you say that?" further confirm the rationale behind the respondents' answers. Typical responses to these questions include reference the name of the products in question, Thrive, as driving this confusion. The following direct quotes are indicative of the very many responses that reference the products' name, Thrive, as causing this confusion. Capitalization, syntax and spelling errors are captured based on the actual responses.

- *Both called thrive.*
- *THEY BOTH ARE THRIVE PRODUCTS.*
- *They have the same name*
- *They both say Thrive cosmetics*
- *The brand name is Thrive on both.*

80.     I reviewed all of the open-ended questions to determine if any of them were nonsensical or communicated an extraordinary knowledge of this case so as to be termed "survey noise". I found only one response that possibly could be indicative of a respondent not taking the survey in earnest. Respondent 79 reported responses that could be potentially perceived to be nonsensical. I highlighted this nonsensical response in red in the raw data provided with this report. Out of an abundance of caution when I extract this respondents' data from the overall data findings, it results **73.5% rather than 73.6% primary confusion or 54.3% rather than 54.4% net confusion**. Regardless of whether this respondent's data was either genuine or not, its impact on the overall level of confusion is negligible.

### 3.     Additional confusion caused by Defendant's use of the term #THRIVETRIBE in its Instagram postings

81.     As mentioned above, in 2018 Defendant began using the hashtag #THRIVETRIBE in its Instagram postings associated with pictures of its product. In order to determine if this caused any additional confusion, a follow up question was asked in both the old and new package surveys. Consumer survey responses indicate that Defendant's use of the term "Thrive Tribe" also created confusion between the parties' brands.

82.     The survey that featured Plaintiff's old/original package indicated that a significant majority of respondents (80.2%) believed that this action caused further confusion between Plaintiff's and Defendant's products in question, as outlined in the chart below:

/ / /

**Q21h - Please read the scenario below and answer the question that follows.  When researching skin care products you notice an Instagram post showing a skin moisturizer with the hashtag #THRIVETRIBE. Later in the same search you see a second post with**

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1 Yes, these posts are from the same company or companies that are affiliated, connected, or associated | 481 | 80.2 | 80.2 | 80.2 |
| | 2 No, these posts are from different companies that are not affiliated, connected, or associated | 47 | 7.8 | 7.8 | 88.0 |
| | 3 Not sure / Don't know | 72 | 12.0 | 12.0 | 100.0 |
| | Total | 600 | 100.0 | 100.0 | |

83.    Likewise in the survey that featured Plaintiff's new/current package also indicated that a significant majority of respondents (78.3%) believed that this action caused further confusion between Plaintiff's and Defendant's products in question, as outlined in the chart below:

**Q21h - Please read the scenario below and answer the question that follows.  When researching skin care products you notice an Instagram post showing a skin moisturizer with the hashtag #THRIVETRIBE. Later in the same search you see a second post with**

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1 Yes, these posts are from the same company or companies that are affiliated, connected, or associated | 470 | 78.3 | 78.3 | 78.3 |
| | 2 No, these posts are from different companies that are not affiliated, connected, or associated | 50 | 8.3 | 8.3 | 86.7 |
| | 3 Not sure / Don't know | 80 | 13.3 | 13.3 | 100.0 |
| | Total | 600 | 100.0 | 100.0 | |

84.    Confusion reported by both the old and new brand identity/package design and this additional Instagram messaging clearly indicates an exceptionally strong likelihood that a majority of the relevant consuming public assume that Defendant's and Plaintiff's products come from the same source.

/ / /

/ / /

**F.**   **Consumers Are Likely to Use Online Search to Find Plaintiff's Products and to See Defendant's Competing Products**

85.    As noted above, I have personally worked with consumer skincare brands such as Jergen's, Dove, St. Ives, Suave, Burt's Bees, and others, including conducting market research regarding consumer purchase decisions in the skincare category and understanding consumer brand awareness and purchase behavior. This included providing strategic direction on their brand messaging that was then used to integrate advertising, social media, promotion, and all other brand messaging, as well as developing, fielding, and/or analyzing over one thousand consumer surveys and research projects.

86.    I understand from the CEO of Plaintiff, Alex McIntosh, that Plaintiff sells 95% of its skincare products online. Defendant has stated it sells 100% of its skincare products online.

87.    In my experience, consumers very commonly look for products via online search on popular search engines such as Google, whether they hear about products from a friend, an ad, or media coverage. That is particularly so when the brand is most commonly sold and advertised on the Internet.

88.    In my opinion and experience, most consumers are likely to seek out Plaintiff's products via an online search for terms like "Thrive skincare" and "Thrive Natural Care". Far from being a low probability that a consumer would ever go to Google or Amazon and perform a search for "thrive skincare" or something similar, it is actually the most common method a consumer would use to begin the process of purchasing Plaintiff's or Defendant's skincare products.

89.    Consumer searching on the major search engines for Plaintiff's "Thrive" skincare products would almost certainly be presented with images of both parties' skincare products and links to both parties' websites and purchase portals. Even a consumer who conducted a more targeted search for Plaintiff's company name and men's products from Plaintiff would be likely to be presented

DIRECT EXAMINATION TRIAL
DECLARATION OF ROB WALLACE
Case No. 2:20-CV-09091-PA-AS

with images of Defendant's products together with Plaintiff's. Moreover, in the product descriptions provided in online search results, Defendant's primary product name only shows "Thrive [product name]", e.g., "Thrive Skincare Set" and does not include the word "Causemetics". In many cases, "Causemetics" is not even fully spelled out in the product description. The focus is clearly on the word "Thrive" for both Plaintiff's and Defendant's products.

90.     When Defendant's products, also referred to as "Thrive" products are shown together, side-by-side, and intermingled with Plaintiff's products in the search results, it is likely a consumer could be confused and click on links to Defendant's products believing them to originate from or be affiliated with Plaintiff.

**G.     Standard of Care for Inexpensive Skincare Products is Relatively Low**

91.     Having worked on launching or optimizing more than three dozen leading consumer skincare brands, such as Jergen's, Dove, St. Ives, Suave, Burt's Bees and many others, I have been involved in market research that confirms the consumer purchase decision process in the skincare category.

92.     I have reviewed the product prices of Plaintiff and Defendant, which both fall in the mid-range "affordable premium" segment of the skincare market. These prices range from about $10 to about $65.

93.     In my opinion and experience, relatively inexpensive personal care products such as the products in question require a lower degree of care in consumers making their purchase decisions. The skincare category is often driven by impulse purchasing, rather than a highly educated and well-considered purchase process. This lower degree of care driving which products to purchase results in a higher chance of the consumer unintentionally purchasing a potentially confusing product assuming it to be the product they intended to buy. This is confirmed through the findings of the consumer surveys I conducted.

**H.**    <u>Problems With Defendant's Consumer Survey</u>

94.    I have reviewed the consumer survey conducted by Defendant's expert, Dr. Itamar Simonson, and noted that Defendant's survey contains numerous methodological issues and does not properly measure consumer confusion under the circumstances present in this case.

**1.**    ***Eveready* format ignored reality of parties' products frequently appearing together**

95.    Dr. Simonson's choice of the *Eveready*-type survey format is founded on a critical error; placement of the parties' products side-by-side is not just a possibility, instead it is extremely common in reality, as shown in the exhibits identified above. Dr. Simonson ignored the fact that both companies primarily or only sell online, and it is difficult to do a search on a search engine or at an online marketplace for terms relating to "Thrive" skincare products without seeing the two products directly side-by-side.

96.    Dr. Simonson admits that these kind of searches are exactly how consumers would find products when searching online. Dr. Simonson should have considered and given weight to the fact that the products in question appear together in the results of nearly every search for relevant terms on every popular online search engine and shopping marketplace. Instead, Dr. Simonson's analysis begins and ends with the fact that Defendant's products are primarily sold from its own website where Plaintiff's products are not sold. This error has contaminated his entire analysis, choice of survey format, and survey results.

97.    Dr. Simonson admitted that it is proper to use the Squirt survey method "involving side-by-side or sequential presentation of the two marks at issue . . . if the marks at issue are often encountered together by prospective purchasers." Dr. Simonson admits that the fact that "two products are mentioned or sold on the Internet" is relevant to the selection of survey methodology when "the two products are often seen together in the same online stores."

98.     I further note that Dr. Simonson has written with regard to the *Squirt* survey format that "[a]n advantage of this format is that it represents *probably the most direct measure of confusion* short of asking people whether they are likely to confuse the two marks." I. Simonson, "The Effect Of Survey Method On Likelihood Of Confusion Estimates: Conceptual Analysis And Empirical Test," The Trademark Reporter, 83 TMR 364 (1993) (the "Effects Article") (emphasis added). In his Effects Article, Dr. Simonson reported that the *Squirt* format produced results that most closely correlated with the results of a simulated choice methodology for testing point of sale confusion that Dr. Simonson proposed as superior to all other methods.

99.     With regard to this case, Dr. Simonson stated his belief that the products in question appearing side-by-side was "based on a highly unlikely scenario" that was "detached from typical reality." Dr. Simonson's consumer survey completely ignores the plain and obvious fact that the parties' products in question are highly likely to be presented to consumers side-by-side or sequentially. Dr. Simonson gave zero weight to search engine results or e-commerce platform searches for terms relevant to Plaintiff or Defendant, which is a critical oversight given that searching online is how most consumers in the modern economy find and purchase products.

100.    Dr. Simonson conducted a consumer survey which was purportedly in the *Eveready* format. In Dr. Simonson's survey, a respondent was presented with an image of Plaintiff's (or a control) homepage and asked: (1) which company made the products on that page; (2) whether that company made any other brands or products; (3) whether that company had any business affiliation or connection to another company; and (4) whether that company had to obtain permission or approval to sell the products shown.

101.    At no points in Dr. Simonson's survey did it present to respondents either Defendant's "Thrive Causemetics" brand or mark or any information

regarding Defendant.

102.   For Dr. Simonson's survey to have found any level of a confusion, a respondent by definition was required to have prior knowledge of Defendant's "Thrive Causemetics" brand and the ability to recall it to the top of their mind in order to write "Thrive Causemetics" on his or her own as being related to Plaintiff's homepage. Because few people did so, Dr. Simonson found no confusion.

103.   But in reality, all Simonson's test measured was how many of the respondents had the term "Thrive Causemetics" at the top of their mind, despite never having seen the name at any point during the survey and despite having no evidence that a single respondent has ever even heard of Thrive Causemetics.

104.   Dr. Simonson stated with regard to his survey format: "As indicated, the *Eveready* survey format is the standard approach when the two products at issue are not encountered together or one after the other in the great majority of real-world situations." According to Dr. Simonson, his "survey employed the proper *Eveready* methodology for estimating reverse confusion in cases where the two marks at issue are rarely encountered by consumers at about the same time."

105.   Dr. Simonson's survey was critically flawed due to his lack of understanding of how consumers are likely to see the parties' marks and the products in question.

106.   As explained above, it is far from rare that consumers would encounter both parties' marks at the same time. Any consumer conducting an online search or looking in an online marketplace for "Thrive" branded skincare products is almost certain to be presented with ads, images, and/or links to Plaintiff's and Defendant's products in a side-by-side or sequential format. That alone is enough to render Dr. Simonson's survey valueless.

### 2.    Simonson survey failed to test baseline brand awareness

107.   There is another problem with Dr. Simonson's survey as used in the context of this case. As Dr. Simonson himself explained in his Effects Article, the

*Eveready* survey format is "less likely to reveal confusion if respondents think that the junior mark is the senior mark . . . and do not know the name (or products) of the company that puts out the senior mark." Effects Article at 369. Use of an *Eveready*-type survey in the context of marks that are not famous can lead to a significant underestimation of the likelihood of confusion. *Id.*

108.   Dr. Simonson stated that he would *only* find consumer confusion in his survey if a respondent was able to recall the "Thrive Causemetics" brand with zero prompting after seeing a picture of Plaintiff's "Thrive" product. However, Dr. Simonson admits that he never conducted any analysis to determine the "baseline awareness" of Defendant's "Thrive Causemetics" mark or Plaintiff's "Thrive" mark among the relevant consumer audience. Therefore, Dr. Simonson has no idea whether *any* consumer would be likely to know of Defendant in order to call up that name in response to the survey questions. He did nothing to empirically evaluate the strength of Defendant's mark or consumers' ability to recall it from memory.

109.   In other words, Dr. Simonson's survey was simply a fill-in-the-blank game which would only accept "Thrive Causemetics" as an answer but entirely lacked any reference to how many consumers would be capable of providing that answer.

110.   For these reasons, Dr. Simonson's selection and use of the *Eveready* survey format render his survey and conclusions unreliable and unsupported by sound methodological principles.

### 3.    Dr. Simonson ignored respondents' answers that showed actual confusion between the parties

111.   To make matters worse, Dr. Simonson ignored clear evidence of actual confusion between Plaintiff and Defendant in the survey he conducted.

112.   There were only 209 total respondents in the test group.[1] After

---

[1] It is notable that my surveys tested a total of 1,200 respondents for confusion between the products in question, while Dr. Simonson's survey tests a small fraction of that amount. This is another reason why my surveys are more accurate

removing the respondents that gave no answer at all, or clearly nonsense answers (e.g., answered with nothing except "Tide Pods"), 199 respondents remain.

113.   At least nine of the remaining 199 respondents in the test group *did* in fact express confusion between Plaintiff and Defendant, demonstrating a confusion rate of over 4.5%, even using Simonson's extremely flawed survey that was designed to show no confusion at all. This number is notable given that the survey was designed such that only respondents who could think of Defendant's name or mark on their own, with zero prompting, could even begin to express any confusion. More importantly, however, Dr. Simonson ignored these examples of confusion and instead insisted that his survey shows a 0% confusion rate. That error and blindness to confusion evidence demonstrates Dr. Simonson's own strong bias and lack of objectivity in the design and analysis of his survey.

114.   After seeing a screenshot of Plaintiff's homepage in Dr. Simonson's survey, one respondent wrote that the company that makes the products shown on the webpage was "Thrive Cosmetics". *See* Simonson Survey Data, Row 164, Column R. This is clearly a reference to Defendant that Dr. Simonson chose to ignore. It is not required that a respondent spell Defendant's name correctly if it otherwise identifies Defendant in its answer.

115.   Another respondent, when asked whether Plaintiff makes any other products, the respondent wrote that Plaintiff makes "mascara," "cc cream," and "eyeliner." Of course, those are completely consistent with *Defendant's products*, not Plaintiff's products. *See* Simonson Survey Data at Cell 139. This respondent very clearly demonstrates confusion between the parties.

116.   Another respondent wrote that Plaintiff also sells "eyelash[es]". *See* Simonson Survey Data at Cell 187. While Plaintiff does not sell eyelashes, Defendant is well-known for selling fake eyelashes; indeed, those are the first products Defendant ever sold. This respondent is also demonstrating confusion with representations of the true amount of confusion among consumers.

Defendant because the respondent identified a product that is closely associated with Defendant but not Plaintiff.

117.   Another respondent, after viewing Plaintiff's homepage, wrote that "they make sustainable *makeup* products". Simonson Survey Data at Cell 159, Row AS (emphasis added). Again, this is likely a reference to Defendant since Plaintiff does not sell makeup, but Defendant does. That is especially probable given that Dr. Simonson's survey never used the term "makeup" or showed any images of makeup.

118.   Similarly, another respondent wrote after viewing Plaintiff's homepage that Plaintiff also sells "make up". *See* Simonson Survey Data at Cell 190. Of course, it is Defendant and not Plaintiff who sells makeup. Again, this respondent is demonstrating actual confusion.

119.   Three other respondents also wrote that Plaintiff sells "Cosmetics". *See* Simonson Survey Data at Rows 97, 100, 192. These are almost certainly references to Defendant since neither the survey nor Plaintiff's homepage which was shown to the respondents included the term "cosmetics".

120.   Among the most interesting of the responses that Dr. Simonson ignored was that of a respondent who, after viewing Plaintiff's homepage, wrote that the name of the company who sells Plaintiff's products is "bodnar". *See* Simonson Survey Data at Cell 204, Row R. There is no other possible conclusion to draw from this than that the respondent was referencing the founder and CEO of Defendant, Karissa Bodnar. This is another clear example of confusion that Dr. Simonson utterly failed to take into account or even note in his Report.

121.   Thus, nine out of 199 respondents who gave viable responses, with zero prompting and without once seeing any reference whatsoever to Defendant, its "Thrive Causemetics" mark, or makeup/cosmetics in the survey, gave responses that demonstrated actual confusion between Plaintiff and Defendant. That Dr. Simonson instead concluded that *zero* of the respondents expressed confusion—

even going so far as to ignore responses like "Thrive Cosmetics" and "bodnar"—demonstrates his own bias in constructing and analyzing this survey.

### 4.    Dr. Simonson erred in selecting survey audience

122.   Selection of the "universe" of consumers to be studied in a survey is of critical importance. *See, e.g.*, 4 J. Thomas McCarthy, McCarthy on Trademarks and Unfair Competition (Sep. 2007) at §32:159. "Selection of the proper universe is a crucial step, for even if the proper questions are asked in a proper manner, if the wrong persons are asked, the results are likely to be irrelevant." *Id*. Using an over-inclusive universe skews the results by introducing irrelevant data.

123.   In cases such as this one, where the vast majority (approaching 100%) of products in question are sold online, the proper universe consists of consumers who have purchased skincare products online in the past *and* plan to purchase skincare products online in the future.

124.   In my consumer surveys in this case, only respondents who stated that they have purchased skincare products online in the past six months *and* planned to purchase skincare products online against in the next six months were approved to complete the survey. By contrast, Dr. Simonson's survey never asked respondents if they had purchased skincare products before. Therefore, Dr. Simonson's survey encompassed a universe of respondents who may have never purchased skincare products—either online or elsewhere—at any time in the past. That is another critical flaw.

125.   Dr. Simonson was purportedly conducting his survey to test for reverse confusion. Yet Dr. Simonson's selected universe of consumers completely failed to account for prior purchasers of skincare products. Dr. Simonson's consumer universe also completely failed to limit respondents to those who could potentially be customers of Defendant, i.e., people who had purchased skincare products online in the past.

126.   Dr. Simonson's failure to determine whether the survey respondents

had ever purchased skincare products in the past is fatal because there is no evidence that any of the Simonson survey respondents would have ever been exposed to or encountered Defendant's "Thrive Causemetics" brand (or, for that matter, Plaintiff's brand). Indeed, the selected respondents may have had *no idea how to even search for or purchase skincare products online* at the time they answered the survey.

127.   As noted above, Dr. Simonson's survey could only have found confusion if the respondent, with zero prompting, recalled the name "Thrive Causemetics" on their own. By failing to select for respondents who even had the *possibility* of having encountered Defendant's brand in the past, Dr. Simonson ensured that his survey was filled with respondents who had no ability to recall "Thrive Causemetics" or express confusion in the first place. This is a critical oversight that led to a dramatic underreporting of actual confusion.

128.   For the reasons stated herein, it is my opinion that the consumer surveys I designed were properly conducted and demonstrate significant actual confusion of well above 50% between Plaintiff's "Thrive" skincare products and Defendant's "Thrive Causemetics" skincare products.

129.   By contrast, the survey conducted by Defendant's expert is methodologically flawed and also ignored numerous instances of actual confusion. That survey does not refute my findings that there is significant actual confusion between the parties' brands.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 25, 2021, at New York, New York.

Rob Wallace

1

## CERTIFICATE OF SERVICE

2

Case Name: *Thrive Natural Care, Inc. v. Thrive Causemetics, Inc.*
3
Case No.: 2:20-cv-9091-PA-AS

4
IT IS HEREBY CERTIFIED THAT:

5
        I, the undersigned, declare under penalty of perjury that I am a citizen of the
United States over 18 years of age. My business address is 9465 Wilshire Blvd.,
6
Ste. 300, Beverly Hills, CA 90212. I am not a party to the above-entitled action.

7
        I have caused service of the following documents, described as:

8
**DIRECT EXAMINATION TRIAL DECLARATION OF ROB WALLACE**

9
on the following parties by electronically filing the foregoing on October 26, 2021,
with the Clerk of the District Court using its ECF System, which electronically
10
notifies them.

11
Rollin Ransom (SBN 196126)                    *Attorneys for Defendant*
rransom@sidley.com
12
Ryan Stasell (SBN 307431)
rstasell@sidley.com
13
Paula Salazar (SBN 327349)
psalazar@sidley.com
14
SIDLEY AUSTIN LLP
555 West Fifth St., Ste. 4000
15
Los Angeles, CA 90013

16
I declare under penalty of perjury under the laws of the United States of America
that the foregoing is true and correct.
17

18
    Date:   10/26/2021            By:   */s/ Thomas Dietrich*
19
                                        Thomas Dietrich
20

21

22

23

24

25

26

27

28

# Rob Wallace CV

## Curriculum Vitae of Robert Wallace

917-860-0319
Rob@bestofbreedbranding.com
www.RobWallaceExpert.com

As the former managing partner of Wallace Church, Inc., one of the most recognized and accomplished brand identity strategy and design consultancies, I have more than thirty years of expertise in all aspects of branding strategy and design analysis for national and global brands. My core expertise is the ability to create and differentiate brand experiences that drive consumer awareness and purchase behavior.

Clients include Procter & Gamble, Coca-Cola, Unilever, Pfizer, Dell, Pepsico, Revlon, Target, The Home Depot, Johnson & Johnson, Bacardi, E&J Gallo, Mattel, Anheuser Busch, PNC Bank, Kroger, L'Oreal, Scotts/Miracle Gro and more than 40 national/global consumer product marketers of equal caliber.

**Areas of Expertise:**
Trademark/Trade Dress
Package/Product Design
Licensing
Intellectual Property
Marketing Strategy
Brand Communications
Visual Brand identity
Advertising Claims
Consumer Research
Copyright Damages
Consumer Research
Planning/Analysis

**Industry Experience:**

| | |
|---|---|
| Food | Personal Care |
| Beverage | OTC and Rx Drugs |
| Home Products | HBA/Beauty Care |
| Wellness | Technology Brands |
| Toys/Sporting Goods | Hard Goods |
| Beer/Wine/Spirits | B to B |
| Apparel | Retailer Brands |
| Financial Services | |

**Background:**

Best of Breed Branding Consortium, LLC                June 2014 – Present
Managing Partner
- Actively manage a consortium of branding communications consultancies.
- Provide strategic consulting on all branding issues including brand name development, brand identity, graphic and structural package design, trademark and copyright development, and integration across advertising and all other brand communications.

Wallace Church, Inc.,                                            1985 – June 2014
Managing Partner, Strategy
- Actively manage one of the world's most respected brand identity design consultancies.
- Provide strategic consulting on all branding issues including brand name development, brand identity, graphic and structural package design, trademark and copyright development, and integration across advertising and all other brand communications.

Peter Cris Advertising, Inc., New York, NY             1984 – 1985
Vice President, Marketing
- Provided both the strategic and creative force for this regional advertising agency.
- Acted as primary liaison between clients and creative department.

Modular Marketing, Inc., New York, NY                  1982 – 1984
Senior Account Manager
- Managed select client relationships through all creative and strategic aspects of project management for this marketing communications consultancy.
- Designed and developed brand promotion programs, corporate communications and brand identity assignments.

Grey Advertising, Inc., New York, NY                     1981 – 1982
Senior Account Manager
- Actively participated in one of the world's largest advertising agencies through the Market Horizons function, consulting with core clients on advertising and new brand communications opportunities.

**Education:**

MBA coursework, The New School, New York, NY         1981 – 1983
BA, English, Gettysburg College, Gettysburg, PA       1977 – 1981

**Professional Activities:**

- Expert speaker on brand identity design at more than 40 marketing, design and research industry events across the US, UK, Europe, Latin America and Asia
- Author of numerous articles and published case histories on brand identity design in the Wall Street Journal, Forbes, Marketing Week, Design Management Journal, Package Design Magazine and numerous other publications,
- Co-Author "Really Good Package Design Explained," Rockport Press, 09
- Lecturer on brand identity at Columbia Business School, Georgetown University, Seton Hall, University of Texas, School of Visual Arts Masters in Branding and other MBA programs of leading universities
- Board of Directors, Design Management Institute, 2010-Current
- Co-Chair of the Design Management Institute Design Value Project, 2012-Current
- Distinguished Faculty Member, Path to Purchase Institute, speaker at national conference for the last 8 years
- Founder "The Strategic Design Firm Leadership Summit" attached to the BXP Live event

**Professional Memberships:**

Board of Directors, the Design Management Institute,
Co-Chair Design Value Project, the Design Management Institute
Distinguished Faculty, Path to Purchase Institute
American Marketing Association
Color Marketing Group
American Institute of Graphic Arts

**List of Recent Prior Cases**

I have served as an expert witness on branding related issues on more than 65 prior occasions. In the last four years, I have been served on:

• Anti-Aging Essentials, Inc., v. Trufood MFG, INC. F/K/A Tsudis Chocolate Co and Belmont Confection.,U.S. District Court,  District of Pennsylvania, 2016

• Pur Beverages v. Pom Wonderful, U.S. District Court, Southern District of California, 2016

• Fireclean, LLC v. George Fennell and Steel Shield Technologies, Inc., U.S. District Court, Eastern District of Virginia, 2016

• Smart Vent Products Inc v. Crawl Space Door Systems, Inc, U.S. District Court, New Jersey, 2016

• SC Johnson & Sons, Inc. v. Minigrip, LLC U.S. District Court, Western District of Wisconsin, 2017

• Gunterville Breathables, INC. v. Global Glove and Safety Manufacturing, Inc., U.S. District Court, Northern District of Alabama, 2017

• Texas Outhouse, Inc. and The        Gainsborough Corporation v. Fresh Can, LLC., U.S. District Court, Southern District of Texas, 2017

• StudioThink, LLC  v. Unitrex, LTD., Court of Common Pleas, Cuyahoga County Ohio, 2017

• Lokai Holdings, LLC  v. Twin Tiger USA, LLC, Southern District of New York, 2017

• K&M International, Inc,  v. Rhode Island Novelty, Inc., U.S. District Court, District of Rhode Island, 2017

• Simon Nicholas Richmont, Patent  No: 7,429,827 Re-examination Control Number 90/013,860, U.S. Patent and Trademark Office, 2017

• Turn Key Wine Brands LLC v. CustomVine, et al, U.S. District Court, Central District of California, 2017

• CNY, LLC v. CCNY Inc., U.S. District Court, Southern District of New York, 2017

• Redbox Automated Retail, LLC v. Xpress Retail LLC., U.S. District Court, Northern District of Illinois, 2018

• Simon Nicholas Richmond in two Reexamination proceedings in the United States Patent and Trademark Office (USPTO), Reexamination Control No. 90/013,860 and 90/013,861, 2018

• Roger Cofelt Jr., et als, v. The Kroger Company, et al, U.S. District Court, Central District of California, 2018

• Quality Products, Inc., v. Verka Food Products LTD et al, U.S. District Court, Western District of Washington, Seattle, 2018

• Shaya Eidelman v. Sun Products Corp and Costco Wholesale Corp, U.S. District Court Southern District of New York, 2018

• Flying Nurses International LLC v. Flyingnurse.com et al. U.S. District Court, Eastern District of Virginia, 2018

• GDM Enterprises, LLC (Pure Cosmetics) v Astral Health & Beauty, INC., (PUR Cosmetics),U.S. District Court,  Western District of Missouri, 2019

•  BAMA ICEE LLC et al v J&J Snack Foods Corp et al., US District Court, Northern District Of Alabama, 2019

• The Black & Decker Corporation, et al v HARBOR FREIGHT TOOLS USA, INC., Report for Mediation, 2019

• 1231 Barrage Inc et al v. Automobile Dealers Assoc of Greater Philadelphia et al, Philadelphia County Court of Common Pleas, 2019

• Christopher Hayden v. Eagles Nest Outfitters, Inc. et al US District Court Western District of North Carolina, 2019

• Chantel Ray Finch v Weigh Down Workshop Ministries, Inc. et al, US District Court, Eastern District Of Virginia, Norfolk Division, 2019

• Mambu Bayoh v. AfroPunk Fest 2015, et al., U.S. District Court, Southern District of New York, 2019

• Scorocs LLC v. Innovations for Poverty Action Inc., US District Court, Western District Of Missouri, At Kansas City, 2019

• Good L Corp v. Fasteners for Retail,  Inc., US District Court, Middle District of Tennessee, 2019

• Sunny Days Entertainment LLC v. Traxxas L.P., US District Court, District of South Carolina Greenville Division, 2019

• Venus Et Fleur, LLC v. Affordable Luxury NY, Inc dba Pret A Fleur, et al, US Court, Southern District of New York, 2019

• Rhino Metals Inc, v Sturdy Gun Safe Inc, US District Court, District Idaho, 2019

• American Customer Satisfaction Index, LLC v Genesys Telecommunications Laboratories, et al, US District Court, Eastern District of Michigan, Southern Division, 2020

• I.M. Wilson, Inc v Obchtchestvo S Ogranitchennoy Otvetsvennostyou "Grichko", et al, US Distinct Court, Eastern District of Pennsylvania, 2020

• Country Life v. The Hain Celestial Group, Inc, US District Court, Eastern District of New York, 2020

• New NGC, Inc, et al  v. Alpinebay, Inc, US District Court, For the Northern District of Illinois, Eastern Division, 2020

• P&P Imports v. Johnson Enterprises, LLC et al, US District Court for the Central District of California, 2020

• New NGC, Inc, et al  v. Alpinebay, Inc, US District Court, for the Northern District of Illinois, Eastern Division, 2020

• Otter Products, LLC et al v. Bigbirds, LLC et als , US District Court, for the District of Colorado, 2020

• Sulzer Mixpak, A.D. v. DXM Co LTD et als , US District Court, for the Southern District of New York, 2020

• Jalinski Advisory Group, Inc. v. JBL Financial Services, Inc., US District Court, for the Eastern District of Missouri, Eastern Division, 2020

• American Medical Experts, LLC v. Ronny Nizar Hamad, Prime Medical Experts, LLC et al, US District Court, for the Eastern District of Virginia, 2020

• Restoration Hardware, Inc., *et al.*, , v. Bungalow Home, LLC, US District Court, for the Southern District of Ohio, Eastern Division, 2020

• American Customer Satisfaction Index, LLC v ForeSee Results, et al, US District Court, Eastern District of Michigan, Southern Division, 2021

• Jalinski Advisory Group, Inc. v. Franklin Advisory Group, Inc., US District Court, for the Eastern District of Pennsylvania, 2021

**Partial List of Authored Books and Articles**

I have written a number of peer-reviewed brand identity articles, contributed to branding texts, and have been interviewed by The Wall Street Journal, The New York Times, and more than a dozen branding and marketing communications industry publications. I have spoken at more than 30 marketing communications and design industry events across North and South America, the UK, and Europe and Asia.  I have lectured on brand identity at Columbia Business School, Georgetown, The University of Texas, and other leading universities. I have conducted webinar events with more than 1,600 participants on the topic of design process and design thinking.

I am on the Board of Directors of the Design Management Institute, the most prominent global design industry association, and I co-chair its Design Value Project. I am a Distinguished Faculty Member of the Path to Purchase Institute.  Please see my current CV for a listing of these and other accomplishments.

I coauthored a book entitled "Really Good Packaging Explained", released in 2009 by Rockport Publishers.  I was also a contributing author with Robin Landa and the book "Build Your Own Brand", Rockport, 2013.  I also wrote the forward to Christopher Durham's book, "52 The My Private Brand Project", Folio28, 2014

In the past 15 years I have written the following articles:

- "The Tropicana Trouble and How It May Have Been Prevented", Package Digest, 2009
- "Blood, Sweat and Tiers, Building Optimal Brand Identity Architectures", GAIN, AIGA Journal of Business and Design, June 2008
- "Heinz Turns Iconic Authenticity Into Fresh Relevance", The Hub, September 2007
- "Design ROI Envisioned", Step Inside Design, July/August 2007
- "Be Smart Be Simple", Design Management Review, Spring 2006
- "Proving our Value: Measuring Package Design's Return on Investment", Design Management Journal, Summer 2001
- "The High Cost of Saving Money", Package Digest, Summer 2000
- "Icons, Your Brand's Visual Essence, Brandweek, Spring 2000

I have coauthored an article with Pamela De Cesare, former Associate Director of Package Communications, Kraft Foods, Inc., entitled "Amazing Pace, Shared Views on the Design Process", Design Management Journal, Spring 2000.

In the past several years I have posed more than two dozen articles and posts on Wallace Church's web site: http://wallacechurch.tumblr.com/ these include but are not limited to:

• "Quantifying Design's Value"

• "Design RI Re-Envisioned",

• "Cutting through the Sea of Sameness"

• "Architecting a Brand Experience"

CONFIDENTIAL

      • "The National Color" and more

I am the founder of the Linked In Group- "Relevant Disruption in Branding" https://www.linkedin.com/groups?home=&gid=7422931 where I have posted more than 10 articles including:

      • "Right Here, Right NOW!"

      • "Fashion Touchdown"

      • "Color is Key"

      • "Cool Customization"

      • "Relevance for Right Now"

      • "Shape Language"

      • "Visual Vampires"

# TRIAL EXHIBIT NO. 229

**FREE Standard Shipping On Orders $20+**

# Thrive
Skincare Powered by
Regenerative Plants™

Our Products ⌄    Regenerative Mission    Superplant Skincare    Our Skin Health Philosophy    Ingredients    Blog    Connect with Us

# PRODUCTS

FILTER BY    All products ⌄          SORT BY    Best selling ⌄                    16 products



**Daily Defense Sunscreen Balm (Mineral SPF 30)**
$ 24.95



**Face Wash - 3.38fl.oz.(100ml)**
$ 12.95



**Energy Scrub**
$ 13.95



**Face Balm - 2fl.oz.(60ml)**
$ 14.95



**Shave Oil 2 FL OZ (60ML)**
$ 18.95



**Shave & Shower Soap Bar**
$ 12.95



**Sensitive Skin Face Balm - Stress Defense - 2 fl. oz. (60ml)**
$ 16.96



**Sensitive Skin Face Wash - Stress Defense - 3.38 fl. oz. (100ml)**
$ 13.95



**VIP Kit: Look Better & Live Healthier**
$ 54.95



**Sensitive Skin Kit**
$ 27.95



**Deep Clean Kit**
$ 39.95



**Shave & Restore Kit**
$ 31.95






TNC01160





**Own The Day Kit**
$ 43.95

**Grooming Oil - 1 fl. oz. (30ml)**
$ 16.95

**Daily Defense Kit**
$ 35.95



**Shave, Shower & Restore Kit**
$ 25.95

---

**THRIVE SKINCARE**

Home
Products
Skin Health
Blog
Contact Us
FAQs

**EMPOWER YOUR SKIN +
REGENERATE THE PLANET**

**SIGN UP TO GET THE LATEST ON SALES, NEW RELEASES,
AND MORE.**

Email address                    SUBSCRIBE

© 2021, Thrive Natural Care    Powered by Shopify

Facebook    Twitter    Instagram

# TRIAL EXHIBIT NO. 10



TNC01128

# TRIAL EXHIBIT NO. 11



Vegan. Cruelty-Free Skincare | Thrive Causemetics

NEW + LIMITED EDITION! Pumpkin Spice Latte Liquid Balm Lip Treatment™    SHOP NOW



thrive
causemetics

  0

Home / All Skincare Products

# all skincare products



| Filter | **Select One⌄** | Sort | **Featured⌄** |

New

**Skincare**

Makeup

Face

Eyes

Lips

Makeup Sets

Skincare Sets

Brushes + Tools

Accessories

Shop All

**Filter By: Done**

**Price**

**LIMITED EDITION!**

### Pumpkin Spice Latte Liquid Balm Lip Treatment™

$26



TNC01154

NEW + LIMITED EDITION! Pumpkin Spice Latte Liquid Balm Lip Treatment™   SHOP NOW



  0

$26

★★★★⯪ 283 Reviews



**Defying Gravity Eye Lifting Cream™**

$46

★★★★⯪ 276 Reviews



**Bright Balance 3-in-1 Cleanser™**

$32

★★★★⯪ 276 Reviews

NEW + LIMITED EDITION! Pumpkin Spice Latte Liquid Balm Lip Treatment™    SHOP NOW



thrive
causemetics



### Liquid Light Therapy All-in-One Face Serum™

$59

 159 Reviews



### Defying Gravity Transforming Moisturizer™

$49

159 Reviews 360 Reviews



NEW + LIMITED EDITION! Pumpkin Spice Latte Liquid Balm Lip Treatment™   SHOP NOW



  0



### Moisture Flash Active Nutrient Toner™

$36

★★★★⯨ 89 Reviews



### Overnight Sensation Brightening Sleep Mask™

$62

★★★★⯨ 200 Reviews

**NEW!**



TNC01157





NEW + LIMITED EDITION! Pumpkin Spice Latte Liquid Balm Lip Treatment™    SHOP NOW



1

*bigger than beauty* ™

For every Thrive Causemetics product you purchase, we donate to help a woman thrive.

**LEARN MORE**



---

Customer Service

---

Learn More

---

Discover

---

### Join Our Email List

| Email | SUBMIT |



(888) 804-4318

7am-7pm PST

---

PRIVACY POLICY  |  TERMS OF USE  |  CCPA RIGHTS

**TNC01158**

NEW + LIMITED EDITION! Pumpkin Spice Latte Liquid Balm Lip Treatment™    SHOP NOW

thrive
causemetics

0

# TRIAL EXHIBIT NO. 4

*Thrive Natural Care, Inc. v. Thrive Causemetics, Inc.,* Case No. 2:20-cv-9091 (C.D. Cal.)

| Product | Variant | First Sale | Price | Channel |
|---|---|---|---|---|
| Jackie Faux Lashes™ | Jackie | 9/11/2014 | $ 26 | thrivecausemetics.com online store |
| Robin Faux Lashes™ | Robin | 9/12/2014 | $ 26 | thrivecausemetics.com online store |
| Kristy Faux Lashes™ | Kristy | 9/17/2014 | $ 26 | thrivecausemetics.com online store |
| give2give | Faux Lashes + Adhesive / Robin | 12/2/2014 | $ 28 | thrivecausemetics.com online store |
| give2give | Faux Lashes + Adhesive / Jackie | 1/3/2015 | $ 28 | thrivecausemetics.com online store |
| Infinity Waterproof Eyeliner™ | Lauren (Black Matte) | 5/13/2015 | $ 22 | thrivecausemetics.com online store |
| Infinity Waterproof Eyeliner™ | Ella (Brown Matte) | 5/14/2015 | $ 22 | thrivecausemetics.com online store |
| Infinity Waterproof Eyeliner™ | Hoda (Slate Grey Matte) | 5/14/2015 | $ 22 | thrivecausemetics.com online store |
| Infinity Waterproof Eyeliner™ | Talia (Navy Matte) | 5/14/2015 | $ 22 | thrivecausemetics.com online store |
| Infinity Waterproof Eyeliner™ | Giuliana (Plum Shimmer) | 5/25/2015 | $ 22 | thrivecausemetics.com online store |
| Infinity Waterproof Eyebrow Liner™ | Audrey (Dark Blonde - Medium Brunette) | 6/5/2015 | $ 23 | thrivecausemetics.com online store |
| Infinity Waterproof Eyebrow Liner™ | Christina (Light - Dark Blonde) | 6/5/2015 | $ 23 | thrivecausemetics.com online store |
| give2give | Eyeliner / Ella (brown matte) | 7/9/2015 | $ 28 | thrivecausemetics.com online store |
| give2give | Eyeliner / Giuliana (plum shimmer) | 7/9/2015 | $ 28 | thrivecausemetics.com online store |
| give2give | Eyeliner / Hoda (slate grey matte) | 7/9/2015 | $ 28 | thrivecausemetics.com online store |
| give2give | Eyeliner / Talia (navy matte) | 7/9/2015 | $ 28 | thrivecausemetics.com online store |
| give2give | Faux Lashes + Adhesive / Kristy | 7/9/2015 | $ 28 | thrivecausemetics.com online store |
| give2give | Adhesive / Infinity Lash Adhesive | 7/11/2015 | $ 28 | thrivecausemetics.com online store |
| Triple Threat Color Stick™ | Joy (Gold Shimmer) | 4/18/2016 | $ 36 | thrivecausemetics.com online store |
| Triple Threat Color Stick™ | Dionne (Brick Red Shimmer) | 4/20/2016 | $ 36 | thrivecausemetics.com online store |
| Triple Threat Color Stick™ | Maggie (Rose Shimmer) | 4/20/2016 | $ 36 | thrivecausemetics.com online store |
| Triple Threat Color Stick™ | Olivia (Coral Shimmer) | 4/20/2016 | $ 36 | thrivecausemetics.com online store |
| Infinity Waterproof Eyeliner™ | Nalie (Chocolate Brown Shimmer) | 7/6/2016 | $ 22 | thrivecausemetics.com online store |
| Glossy Lip Mark™ | JoAnn (Plum Mauve) | 8/24/2016 | $ 26 | thrivecausemetics.com online store |
| Glossy Lip Mark™ | Misty (Coral) | 8/24/2016 | $ 26 | thrivecausemetics.com online store |
| Glossy Lip Mark™ | Narima (Dark Berry) | 8/24/2016 | $ 26 | thrivecausemetics.com online store |
| Glossy Lip Mark™ | Jean (Baby Pink Shimmer) | 8/26/2016 | $ 26 | thrivecausemetics.com online store |
| Glossy Lip Mark™ | Pamela (Brown Mauve) | 8/26/2016 | $ 26 | thrivecausemetics.com online store |
| Glossy Lip Mark™ | Ruth (Taupe Shimmer) | 8/26/2016 | $ 26 | thrivecausemetics.com online store |
| Glossy Lip Mark™ | Taylor (Bright Red) | 8/30/2016 | $ 26 | thrivecausemetics.com online store |
| Focus Eyeshadow Palette™ | Palette 2 | 9/15/2016 | $ 36 | thrivecausemetics.com online store |
| Glossy Lip Mark™ | Karlie (Bright Raspberry) | 9/20/2016 | $ 26 | thrivecausemetics.com online store |
| Glossy Lip Mark™ | Maya (Deep Blue Red) | 9/20/2016 | $ 26 | thrivecausemetics.com online store |
| Focus Eyeshadow Palette™ | Palette 1 | 9/24/2016 | $ 36 | thrivecausemetics.com online store |
| Brilliant Eye Brightener™ | Stella (Champagne Shimmer) | 10/31/2016 | $ 24 | thrivecausemetics.com online store |
| Elastic Hair Tie Trio + Custom Thrive Magnets | Hair Tie Trio + Magnets | 1/3/2017 | $ 15 | thrivecausemetics.com online store |
| Custom Thrive Magnet | Multicolored | 1/15/2017 | $ 3 | thrivecausemetics.com online store |
| Custom Thrive Magnet | Turquoise | 1/15/2017 | $ 3 | thrivecausemetics.com online store |
| Infinity Waterproof Eyebrow Liner™ | Serena (Dark Brunette - Black) | 2/28/2017 | $ 23 | thrivecausemetics.com online store |
| Cosmo Power Multi-Dimensional Strobing Blush™ | Angelina (Golden Brick Shimmer) | 3/14/2017 | $ 34 | thrivecausemetics.com online store |
| Cosmo Power Multi-Dimensional Strobing Blush™ | Rosie (Copper Rose Shimmer) | 3/14/2017 | $ 34 | thrivecausemetics.com online store |

1

CONFIDENTIAL – ATTORNEYS EYES ONLY

TCI_00026950

*Thrive Natural Care, Inc. v. Thrive Causemetics, Inc.*, Case No. 2:20-cv-9091 (C.D. Cal.)

| Product | Variant | First Sale | Price | Channel |
|---|---|---|---|---|
| Sun Chaser Blur + Sculpt Bronzing Powder™ | Eos (Satin) | 3/14/2017 | $ 33 | thrivecausemetics.com online store |
| Sun Chaser Blur + Sculpt Bronzing Powder™ | Rhea (Matte) | 3/14/2017 | $ 33 | thrivecausemetics.com online store |
| Lip Mate High-Shine Reviving Topper™ | Glinda (Rose Gold Shimmer) | 4/12/2017 | $ 24 | thrivecausemetics.com online store |
| Blending is my Cardio T-Shirt in Extra Small | Extra Large | 5/9/2017 | $ 20 | thrivecausemetics.com online store |
| Blending is my Cardio T-Shirt in Extra Small | Extra Small | 5/9/2017 | $ 20 | thrivecausemetics.com online store |
| Blending is my Cardio T-Shirt in Extra Small | Large | 5/9/2017 | $ 20 | thrivecausemetics.com online store |
| Liquid Lash Extensions Mascara™ | Brynn (Rich Black) | 5/10/2017 | $ 24 | thrivecausemetics.com online store |
| Blending is my Cardio T-Shirt in Extra Small | Medium | 5/13/2017 | $ 20 | thrivecausemetics.com online store |
| Brilliant Eye Brightener™ | Aurora (Rose Gold Shimmer) | 5/30/2017 | $ 24 | thrivecausemetics.com online store |
| Infinity Waterproof Eyeliner™ | Lizzie (Moss Green Matte) | 6/14/2017 | $ 22 | thrivecausemetics.com online store |
| Blending is my Cardio T-Shirt in Extra Small | Small | 7/1/2017 | $ 20 | thrivecausemetics.com online store |
| Perfect Eye Palette Warm Neutrals™ | Warm Neutrals | 7/20/2017 | $ 45 | thrivecausemetics.com online store |
| Matte Legacy Liquid Lipstick™ | Aspen (Deep Cranberry) | 8/10/2017 | $ 22 | thrivecausemetics.com online store |
| Matte Legacy Liquid Lipstick™ | Chihiro (Dusty Rose Mauve) | 8/10/2017 | $ 22 | thrivecausemetics.com online store |
| Matte Legacy Liquid Lipstick™ | Dayle (Warm Rose Mauve) | 8/10/2017 | $ 22 | thrivecausemetics.com online store |
| Matte Legacy Liquid Lipstick™ | Kaisa (Blush Mauve) | 8/10/2017 | $ 22 | thrivecausemetics.com online store |
| Matte Legacy Liquid Lipstick™ | Maureen (Plum Mauve) | 8/10/2017 | $ 22 | thrivecausemetics.com online store |
| Matte Legacy Liquid Lipstick™ | Meghan (Muted Taupe) | 8/10/2017 | $ 22 | thrivecausemetics.com online store |
| Matte Legacy Liquid Lipstick™ | Paige (Deep Raspberry) | 8/10/2017 | $ 22 | thrivecausemetics.com online store |
| Matte Legacy Liquid Lipstick™ | Rowan (Plum Rose Mauve) | 8/10/2017 | $ 22 | thrivecausemetics.com online store |
| Cosmo Power 3D Strobing Highlighter™ | Dawn (Rose Gold Shimmer) | 8/29/2017 | $ 34 | thrivecausemetics.com online store |
| Cosmo Power 3D Strobing Highlighter™ | Liberty (Pale Gold Shimmer) | 8/29/2017 | $ 34 | thrivecausemetics.com online store |
| Water Bottle | Makeup Spill | 9/6/2017 | $ 27 | thrivecausemetics.com online store |
| Water Bottle | Quote | 9/6/2017 | $ 27 | thrivecausemetics.com online store |
| Headliner Lipstick™ | Alyse (Black Cherry) | 9/19/2017 | $ 26 | thrivecausemetics.com online store |
| Headliner Lipstick™ | Aquila (Warm Rose Mauve) | 9/19/2017 | $ 26 | thrivecausemetics.com online store |
| Headliner Lipstick™ | Bizzy (Dusty Rose) | 9/19/2017 | $ 26 | thrivecausemetics.com online store |
| Headliner Lipstick™ | Emii (Plum Mauve) | 9/19/2017 | $ 26 | thrivecausemetics.com online store |
| Headliner Lipstick™ | Ilene (Pink Taupe) | 9/19/2017 | $ 26 | thrivecausemetics.com online store |
| Headliner Lipstick™ | Kennedy (Blue Red) | 9/19/2017 | $ 26 | thrivecausemetics.com online store |
| Headliner Lipstick™ | Stephanie (True Beige) | 9/19/2017 | $ 26 | thrivecausemetics.com online store |
| She Believed iPhone Case | iPhone 7 and 8 | 11/10/2017 | $ 15 | thrivecausemetics.com online store |
| Be Bold iPhone Case | iPhone 7 Plus and 8 Plus | 11/11/2017 | $ 15 | thrivecausemetics.com online store |
| She Believed iPhone Case | iPhone 7 Plus and 8 Plus | 11/13/2017 | $ 15 | thrivecausemetics.com online store |
| Precision Crease-Defining Eyeshadow Brush™ | Precision Crease-Defining Eyeshadow Brush | 11/29/2017 | $ 20 | thrivecausemetics.com online store |
| Diffusing Angled Bronzer Brush™ | Diffusing Angled Bronzer Brush | 11/30/2017 | $ 28 | thrivecausemetics.com online store |
| Diffusing Round Highlighter Brush™ | Diffusing Round Highlighter Brush | 11/30/2017 | $ 24 | thrivecausemetics.com online store |
| Precision All-Over Eyeshadow Brush™ | Precision All-Over Eyeshadow Brush | 11/30/2017 | $ 22 | thrivecausemetics.com online store |
| Precision Angled Eyeliner Brush™ | Precision Angled Eyeliner Brush | 11/30/2017 | $ 16 | thrivecausemetics.com online store |
| Precision Lid-Defining Eyeshadow Brush™ | Precision Lid-Defining Eyeshadow Brush | 11/30/2017 | $ 20 | thrivecausemetics.com online store |
| Precision Smudge Eyeliner Brush™ | Precision Smudge Eyeliner Brush | 11/30/2017 | $ 18 | thrivecausemetics.com online store |

2

| Product | Variant | First Sale | Price | Channel |
|---|---|---|---|---|
| She Believed iPhone Case | iPhone X | 12/1/2017 | $ 15 | thrivecausemetics.com online store |
| Thrive Causemetics Makeup Clutch | BAG | 12/2/2017 | $ 7 | thrivecausemetics.com online store |
| Thrive Causemetics Makeup Clutch | GIFT | 12/2/2017 | $ 7 | thrivecausemetics.com online store |
| Be Bold iPhone Case | iPhone 7 and 8 | 12/13/2017 | $ 15 | thrivecausemetics.com online store |
| Be Bold iPhone Case | iPhone X | 2/4/2018 | $ 15 | thrivecausemetics.com online store |
| Lash Upgrade Lash Curler™ | Lash Upgrade Lash Curler | 2/21/2018 | $ 20 | thrivecausemetics.com online store |
| Infinity Waterproof Liquid Eyeliner™ | Lauren (Black Demi-Shine) | 3/18/2018 | $ 24 | thrivecausemetics.com online store |
| Mascara Spill Bag | GIFT | 4/9/2018 | $ 4 | thrivecausemetics.com online store |
| Lip Filler Long Wearing + Plumping Lip Liner™ | Devin (Black Cherry) | 4/21/2018 | $ 20 | thrivecausemetics.com online store |
| Lip Filler Long Wearing + Plumping Lip Liner™ | Em (Pink Blush) | 4/21/2018 | $ 20 | thrivecausemetics.com online store |
| Lip Filler Long Wearing + Plumping Lip Liner™ | Ghizlan (Plum Mauve) | 4/21/2018 | $ 20 | thrivecausemetics.com online store |
| Lip Filler Long Wearing + Plumping Lip Liner™ | Jesse (Pale Rose Ginger) | 4/24/2018 | $ 20 | thrivecausemetics.com online store |
| Lip Filler Long Wearing + Plumping Lip Liner™ | Valisia (Pomegranate) | 4/24/2018 | $ 20 | thrivecausemetics.com online store |
| Mascara Spill Bag | BAG | 5/6/2018 | $ 4 | thrivecausemetics.com online store |
| Eye Cream | Default Title | 6/5/2018 | $ 23 | thrivecausemetics.com online store |
| Pink Floral Makeup Bag | BAG | 7/5/2018 | $ 4 | thrivecausemetics.com online store |
| Pink Floral Makeup Bag | GIFT | 7/5/2018 | $ 4 | thrivecausemetics.com online store |
| Deluxe Mini Liquid Lash Extensions Mascara™ | Brynn  (Rich Black) | 7/16/2018 | $ 12 | thrivecausemetics.com online store |
| Pink + Powerful Makeup Clutch | Pink Polka Dot Makeup Bag | 7/18/2018 | $ 20 | thrivecausemetics.com online store |
| Glossy Lip Hydrating Serum™ | Ruth (Taupe Shimmer) | 7/25/2018 | $ 26 | thrivecausemetics.com online store |
| Blend + Blur Sponge™ | Blend + Blur Sponge™ | 7/31/2018 | $ 18 | thrivecausemetics.com online store |
| Buildable Blur CC Cream™ Broad Spectrum SPF 35 | Beige (Neutral Undertones) | 7/31/2018 | $ 36 | thrivecausemetics.com online store |
| Buildable Blur CC Cream™ Broad Spectrum SPF 35 | Beige Golden (Neutral Undertones) | 7/31/2018 | $ 36 | thrivecausemetics.com online store |
| Buildable Blur CC Cream™ Broad Spectrum SPF 35 | Fair (Cool Undertones) | 7/31/2018 | $ 36 | thrivecausemetics.com online store |
| Buildable Blur CC Cream™ Broad Spectrum SPF 35 | Fair Light (Neutral Undertones) | 7/31/2018 | $ 36 | thrivecausemetics.com online store |
| Buildable Blur CC Cream™ Broad Spectrum SPF 35 | Golden (Neutral Undertones) | 7/31/2018 | $ 36 | thrivecausemetics.com online store |
| Buildable Blur CC Cream™ Broad Spectrum SPF 35 | Light (Neutral Undertones) | 7/31/2018 | $ 36 | thrivecausemetics.com online store |
| Buildable Blur CC Cream™ Broad Spectrum SPF 35 | Light Medium (Warm Undertones) | 7/31/2018 | $ 36 | thrivecausemetics.com online store |
| Buildable Blur CC Cream™ Broad Spectrum SPF 35 | Medium (Cool Undertones) | 7/31/2018 | $ 36 | thrivecausemetics.com online store |
| Buildable Blur CC Cream™ Broad Spectrum SPF 35 | Medium Beige (Neutral Undertones) | 7/31/2018 | $ 36 | thrivecausemetics.com online store |
| Buildable Blur CC Cream™ Broad Spectrum SPF 35 | Natural Beige (Neutral Undertones) | 7/31/2018 | $ 36 | thrivecausemetics.com online store |
| Buildable Blur CC Cream™ Broad Spectrum SPF 35 | Rich (Warm Undertones) | 7/31/2018 | $ 36 | thrivecausemetics.com online store |
| Hustle + Glow Makeup Clutch | GIFT | 7/31/2018 | $ 10 | thrivecausemetics.com online store |
| Buildable Blur CC Cream™ Broad Spectrum SPF 35 | Cocoa (Neutral Undertones) | 8/1/2018 | $ 36 | thrivecausemetics.com online store |
| Buildable Blur CC Cream™ Broad Spectrum SPF 35 | Deep Cocoa (Neutral Undertones) | 8/1/2018 | $ 36 | thrivecausemetics.com online store |
| Buildable Blur CC Cream™ Broad Spectrum SPF 35 | Deep Espresso (Warm Undertones) | 8/1/2018 | $ 36 | thrivecausemetics.com online store |
| Buildable Blur CC Cream™ Broad Spectrum SPF 35 | Golden Tan (Warm Undertones) | 8/1/2018 | $ 36 | thrivecausemetics.com online store |
| Buildable Blur CC Cream™ Broad Spectrum SPF 35 | Rich Cocoa (Neutral Undertones) | 8/1/2018 | $ 36 | thrivecausemetics.com online store |
| Buildable Blur CC Cream™ Broad Spectrum SPF 35 | Rich Tan (Cool Undertones) | 8/1/2018 | $ 36 | thrivecausemetics.com online store |
| Buildable Blur CC Cream™ Broad Spectrum SPF 35 | Tan (Warm Undertones) | 8/1/2018 | $ 36 | thrivecausemetics.com online store |
| Filtered Effects™ Soft Focus HD Setting Powder | Translucent | 8/2/2018 | $ 18 | thrivecausemetics.com online store |

3

TCI_00026952

| Product | Variant | First Sale | Price | Channel |
|---|---|---|---|---|
| Glossy Lip Hydrating Serum™ | JoAnn (Plum Mauve) | 8/15/2018 | $ 26 | thrivecausemetics.com online store |
| Glossy Lip Hydrating Serum™ | Jean (Baby Pink Shimmer) | 8/20/2018 | $ 26 | thrivecausemetics.com online store |
| Glossy Lip Hydrating Serum™ | Maya (Deep Blue Red) | 8/20/2018 | $ 26 | thrivecausemetics.com online store |
| Glossy Lip Hydrating Serum™ | Misty (Coral) | 8/20/2018 | $ 26 | thrivecausemetics.com online store |
| Glossy Lip Hydrating Serum™ | Narima (Dark Berry) | 8/20/2018 | $ 26 | thrivecausemetics.com online store |
| Glossy Lip Hydrating Serum™ | Pamela (Brown Mauve) | 8/20/2018 | $ 26 | thrivecausemetics.com online store |
| Filtered Effects™ All-Over Face Brush | Large | 8/21/2018 | $ 16 | thrivecausemetics.com online store |
| Glossy Lip Hydrating Serum™ | Karlie (Bright Raspberry) | 8/21/2018 | $ 26 | thrivecausemetics.com online store |
| Focus Eyeshadow Palette™ | Palette 3 | 9/5/2018 | $ 36 | thrivecausemetics.com online store |
| Overnight Sensation Brightening Sleep Mask™ | Overnight Sensation Brightening Sleep Mask | 10/9/2018 | $ 62 | thrivecausemetics.com online store |
| Star Pattern Makeup Bag | BAG | 11/16/2018 | $ 4 | thrivecausemetics.com online store |
| Star Pattern Makeup Bag | GIFT | 11/16/2018 | $ 4 | thrivecausemetics.com online store |
| Hustle + Glow Makeup Clutch | BAG | 11/25/2018 | $ 10 | thrivecausemetics.com online store |
| Instant Brow Fix Semi-Permanent Eyebrow Gel™ | Audrey (Dark Blonde - Medium Brunette) | 1/15/2019 | $ 18 | thrivecausemetics.com online store |
| Instant Brow Fix Semi-Permanent Eyebrow Gel™ | Christina (Light - Dark Blonde) | 1/15/2019 | $ 18 | thrivecausemetics.com online store |
| Instant Brow Fix Semi-Permanent Eyebrow Gel™ | Serena (Dark Brunette - Black) | 1/15/2019 | $ 18 | thrivecausemetics.com online store |
| Joy Is The Best Makeup Bag | GIFT | 3/6/2019 | $ 4 | thrivecausemetics.com online store |
| Diffusing Dome Blush Brush™ | Diffusing Dome Blush Brush™ | 3/11/2019 | $ 25 | thrivecausemetics.com online store |
| Joy Is The Best Makeup Bag | BAG | 3/15/2019 | $ 4 | thrivecausemetics.com online store |
| Lip Mate High-Shine Reviving Topper™ | Charlotte (Mauve Shimmer) | 4/16/2019 | $ 24 | thrivecausemetics.com online store |
| Lip Mate High-Shine Reviving Topper™ | Ashley (Crystal Shimmer) | 4/17/2019 | $ 24 | thrivecausemetics.com online store |
| Infinity Waterproof Lash Adhesive™ | Infinity Lash Adhesive | 4/19/2019 | $ 16 | thrivecausemetics.com online store |
| Lip Mate High-Shine Reviving Topper™ | Effie (Pink Shimmer) | 4/29/2019 | $ 24 | thrivecausemetics.com online store |
| Blossom + Shine Makeup Bag | GIFT | 6/9/2019 | $ 4 | thrivecausemetics.com online store |
| Blossom + Shine Makeup Bag | BAG | 6/10/2019 | $ 4 | thrivecausemetics.com online store |
| Brilliant Eye Brightener™ | Emma (Copper Shimmer) | 6/25/2019 | $ 24 | thrivecausemetics.com online store |
| Brilliant Eye Brightener™ | Mieko (Soft Pink Shimmer) | 6/25/2019 | $ 24 | thrivecausemetics.com online store |
| Brush Hero Brush Cleansing Pad™ | Brush Hero™ Brush Cleansing Pad | 7/31/2019 | $ 18 | thrivecausemetics.com online store |
| Lip Filler Long Wearing + Plumping Lip Liner™ | Kackie (Mocha) | 9/3/2019 | $ 20 | thrivecausemetics.com online store |
| Lip Filler Long Wearing + Plumping Lip Liner™ | Maya (Deep Blue Red) | 9/17/2019 | $ 20 | thrivecausemetics.com online store |
| Lip Filler Long Wearing + Plumping Lip Liner™ | Ruth (Peach Taupe) | 9/17/2019 | $ 20 | thrivecausemetics.com online store |
| She's a Hero Makeup Bag | GIFT | 9/18/2019 | $ 4 | thrivecausemetics.com online store |
| She's a Hero Makeup Bag | BAG | 9/20/2019 | $ 4 | thrivecausemetics.com online store |
| Be You Makeup Bag | GIFT | 10/23/2019 | $ 4 | thrivecausemetics.com online store |
| Eye Lift 360° Waterproof Primer™ | Translucent Matte | 11/5/2019 | $ 24 | thrivecausemetics.com online store |
| Perfectly Primed Makeup Bag | GIFT | 11/5/2019 | $ 4 | thrivecausemetics.com online store |
| Perfectly Primed Makeup Bag | BAG | 11/6/2019 | $ 4 | thrivecausemetics.com online store |
| Overnight Sensation Brightening Sleep Mask™ | Overnight Sensation Brightening Sleep Mask™ V2 | 11/13/2019 | $ 62 | thrivecausemetics.com online store |
| Be You Makeup Bag | BAG | 11/22/2019 | $ 4 | thrivecausemetics.com online store |
| Liquid Balm Lip Treatment™ | Liquid Balm Lip Treatment™ | 12/3/2019 | $ 26 | thrivecausemetics.com online store |
| You're A Diamond Makeup Bag | GIFT | 12/29/2019 | $ 4 | thrivecausemetics.com online store |

4

TCI_00026953

| Product | Variant | First Sale | Price | Channel |
|---|---|---|---|---|
| You're A Diamond Makeup Bag | BAG | 12/31/2019 | $ 4 | thrivecausemetics.com online store |
| Bright Balance 3-in-1 Cleanser™ | Bright Balance 3-in-1 Cleanser™ | 1/7/2020 | $ 32 | thrivecausemetics.com online store |
| Defying Gravity Transforming Moisturizer™ | Defying Gravity Transforming Moisturizer™ | 1/14/2020 | $ 49 | thrivecausemetics.com online store |
| give2give | Faux Lashes / Robin | 1/28/2020 | $ 28 | thrivecausemetics.com online store |
| Filtered Effects™ All-Over Face Brush | Filtered Effects All-Over Face Brush™ | 2/2/2020 | $ 16 | thrivecausemetics.com online store |
| Glow Getter Makeup Bag | GIFT | 2/27/2020 | $ 4 | thrivecausemetics.com online store |
| Glow Getter Makeup Bag | BAG | 2/28/2020 | $ 4 | thrivecausemetics.com online store |
| Defying Gravity Eye Lifting Cream™ | Defying Gravity Eye Lifting Cream™ | 3/3/2020 | $ 23 | thrivecausemetics.com online store |
| Liquid Lash Extensions Mascara™ | Crystal (Brown Black) | 3/8/2020 | $ 24 | thrivecausemetics.com online store |
| Diffusing Angled Bronzer Brush™ | Diffusing Angled Bronzer Brush™ | 3/9/2020 | $ 28 | thrivecausemetics.com online store |
| Empowered Women Makeup Bag | GIFT | 3/31/2020 | $ 4 | thrivecausemetics.com online store |
| Liquid Light Therapy All-in-One Face Serum™ | Liquid Light Therapy Face Serum™ | 4/7/2020 | $ 59 | thrivecausemetics.com online store |
| Empowered Women Makeup Bag | BAG | 4/9/2020 | $ 4 | thrivecausemetics.com online store |
| Triple Threat Color Stick™ | Olivia (Peachy Pink Shimmer) | 5/11/2020 | $ 36 | thrivecausemetics.com online store |
| Moisture Flash Active Nutrient Toner™ | Moisture Flash Active Nutrient Toner™ | 5/19/2020 | $ 36 | thrivecausemetics.com online store |
| Filtered Effects™ Blurring Primer | Filtered Effects Blurring Primer™ | 6/23/2020 | $ 35 | thrivecausemetics.com online store |
| Hello Sunshine Makeup Bag | GIFT | 6/26/2020 | $ 4 | thrivecausemetics.com online store |
| Hello Sunshine Makeup Bag | BAG | 6/29/2020 | $ 4 | thrivecausemetics.com online store |
| Lip Filler Long-Wearing + Plumping Lip Liner™ | Devin (Black Cherry) | 7/6/2020 | $ 20 | thrivecausemetics.com online store |
| Lip Filler Long-Wearing + Plumping Lip Liner™ | Em (Pink Blush) | 7/6/2020 | $ 20 | thrivecausemetics.com online store |
| Lip Filler Long-Wearing + Plumping Lip Liner™ | Ghizlan (Plum Mauve) | 7/6/2020 | $ 20 | thrivecausemetics.com online store |
| Lip Filler Long-Wearing + Plumping Lip Liner™ | Jesse (Pale Rose Ginger) | 7/6/2020 | $ 20 | thrivecausemetics.com online store |
| Lip Filler Long-Wearing + Plumping Lip Liner™ | Kackie (Mocha) | 7/6/2020 | $ 20 | thrivecausemetics.com online store |
| Lip Filler Long-Wearing + Plumping Lip Liner™ | Maya (Deep Blue Red) | 7/6/2020 | $ 20 | thrivecausemetics.com online store |
| Lip Filler Long-Wearing + Plumping Lip Liner™ | Ruth (Peach Taupe) | 7/6/2020 | $ 20 | thrivecausemetics.com online store |
| Lip Filler Long-Wearing + Plumping Lip Liner™ | Valisia (Pomegranate) | 7/6/2020 | $ 20 | thrivecausemetics.com online store |
| Deluxe Travel Bright Balance 3-in-1 Cleanser™ | Deluxe Travel Bright Balance 3-in-1 Cleanser™ | 7/10/2020 | $ 14 | thrivecausemetics.com online store |
| Deluxe Travel Defying Gravity Transforming Moisturizer™ | Deluxe Travel Defying Gravity Transforming Moisturizer™ | 7/10/2020 | $ 18 | thrivecausemetics.com online store |
| Brilliant Face Brightener Illuminating Primer™ | Brilliant Face Brightener Illuminating Primer™ | 7/18/2020 | $ 35 | thrivecausemetics.com online store |
| Cue the Confetti Makeup Bag | GIFT | 7/31/2020 | $ 4 | thrivecausemetics.com online store |
| Brilliant Eye Brightener™ | Estrella (White Pearl Shimmer) | 8/4/2020 | $ 24 | thrivecausemetics.com online store |
| Brilliant Eye Brightener™ | Gia (Warm Gold Shimmer) | 8/4/2020 | $ 24 | thrivecausemetics.com online store |
| Brilliant Eye Brightener™ | Muna (Mauve Taupe Shimmer) | 8/4/2020 | $ 24 | thrivecausemetics.com online store |
| Moisture-Enriched Hand Sanitizer | Default Title | 8/7/2020 | $ 3 | thrivecausemetics.com online store |
| Triple Threat Color Stick™ | Isabella | 8/16/2020 | $ 36 | thrivecausemetics.com online store |
| Make Waves Makeup Bag | GIFT | 8/21/2020 | $ 4 | thrivecausemetics.com online store |
| Make Waves Makeup Bag | BAG | 8/22/2020 | $ 4 | thrivecausemetics.com online store |
| Triple Threat Color Stick™ | Isabella (Coral Golden Shimmer) | 9/1/2020 | $ 36 | thrivecausemetics.com online store |
| Triple Threat Color Stick™ | Mieko (Soft Pink Shimmer) | 9/1/2020 | $ 36 | thrivecausemetics.com online store |
| Triple Threat Color Stick™ | Tessa (Berry Matte) | 9/1/2020 | $ 36 | thrivecausemetics.com online store |
| Fall In Love With Yourself Makeup Bag | GIFT | 9/8/2020 | $ 4 | thrivecausemetics.com online store |

5

CONFIDENTIAL – ATTORNEYS EYES ONLY

TCI_00026954

***Thrive Natural Care, Inc. v. Thrive Causemetics, Inc.**, Case No. 2:20-cv-9091 (C.D. Cal.)*

| Product | Variant | First Sale | Price | Channel |
|---|---|---|---|---|
| Fall In Love With Yourself Makeup Bag | BAG | 9/9/2020 | $ 4 | thrivecausemetics.com online store |
| Pumpkin Spice Latte Liquid Balm Lip Treatment™ | Pumpkin Spice Latte Liquid Balm Lip Treatment™ | 9/15/2020 | $ 26 | thrivecausemetics.com online store |
| INTL Liquid Lash Extensions Mascara™ | Default Title | 9/26/2020 | $ 24 | thrivecausemetics.com online store |
| Defying Gravity Nourishing Hand + Nail Cream™ | Defying Gravity Nourishing Hand + Nail Cream™ | 10/19/2020 | $ 9 | thrivecausemetics.com online store |
| Fearlessly Authentic Makeup Bag | GIFT | 10/30/2020 | $ 4 | thrivecausemetics.com online store |
| Fearlessly Authentic Makeup Bag | BAG | 11/2/2020 | $ 4 | thrivecausemetics.com online store |
| Overnight Sensation™ Gentle Resurfacing Peel | Overnight Sensation Gentle Resurfacing Peel | 11/10/2020 | $ 31 | thrivecausemetics.com online store |
| Own Your Magic Makeup Bag | BAG | 12/9/2020 | $ 4 | thrivecausemetics.com online store |
| Own Your Magic Makeup Bag | GIFT | 12/9/2020 | $ 4 | thrivecausemetics.com online store |
| Overnight Sensation Brightening Sleep Mask™ SMALL WEIGHT | Overnight Sensation Brightening Sleep Mask™ SMALL WEIGHT | 12/22/2020 | $ 38 | thrivecausemetics.com online store |
| Overnight Sensation Brightening Sleep Mask™ 1.7 oz | Overnight Sensation Brightening Sleep Mask™ | 12/28/2020 | $ 38 | thrivecausemetics.com online store |
| Skincare First Makeup Bag | GIFT | 1/1/2021 | $ 4 | thrivecausemetics.com online store |
| Overnight Sensation Brightening Sleep Mask™ 3.4oz | Overnight Sensation Brightening Sleep Mask | 1/3/2021 | $ 62 | thrivecausemetics.com online store |
| Skincare First Makeup Bag | BAG | 1/3/2021 | $ 4 | thrivecausemetics.com online store |
| Overnight Sensation Brightening Sleep Mask™ | Overnight Sensation Brightening Sleep Mask™ | 1/5/2021 | $ 38 | thrivecausemetics.com online store |
| Dare to Shine Makeup Bag | GIFT | 1/15/2021 | $ 4 | thrivecausemetics.com online store |
| Sun Chaser Blur + Sculpt Bronzing Powder™ | Camila (Tan Neutral) | 1/26/2021 | $ 33 | thrivecausemetics.com online store |
| Sun Chaser Blur + Sculpt Bronzing Powder™ | Paloma (Medium Neutral) | 1/26/2021 | $ 33 | thrivecausemetics.com online store |
| Sun Chaser Blur + Sculpt Bronzing Powder™ | Milán (Deep Warm) | 1/27/2021 | $ 33 | thrivecausemetics.com online store |
| Dare to Shine Makeup Bag | BAG | 1/30/2021 | $ 4 | thrivecausemetics.com online store |
| Sun Chaser Blur + Sculpt Bronzing Powder™ | Rhea (Light Golden) | 2/9/2021 | $ 33 | thrivecausemetics.com online store |
| Brilliant Eye Brightener™ | Racquel (Soft Silver Shimmer) | 2/12/2021 | $ 24 | thrivecausemetics.com online store |
| Brilliant Eye Brightener™ | Tara (Rose Mauve Shimmer) | 2/12/2021 | $ 24 | thrivecausemetics.com online store |
| Smart Microdermabrasion 2-in-1 Instant Facial™ | Smart Microdermabrasion 2-in-1 Instant Facial™ | 2/16/2021 | $ 44 | thrivecausemetics.com online store |
| INTL Brilliant Eye Brightener™ | Stella (Champagne Shimmer) | 2/22/2021 | $ - | thrivecausemetics.com online store |
| Filtered Effects™ All-Over Face Brush | Filtered Effects™ All-Over Face Brush | 2/28/2021 | $ 66 | thrivecausemetics.com online store |
| Deluxe Travel Defying Gravity Eye Lifting Cream™ | Defying Gravity Eye Lifting Cream™ | 3/1/2021 | $ 10 | thrivecausemetics.com online store |
| Cue the Confetti Makeup Bag | BAG | 3/5/2021 | $ 4 | thrivecausemetics.com online store |
| Brilliant Eye Brightener™ | Pili (Cool Gold Shimmer) | 3/16/2021 | $ 24 | thrivecausemetics.com online store |
| Filtered Effects™ Blurring Primer | Filtered Effects™ Blurring Primer | 3/19/2021 | $ 35 | thrivecausemetics.com online store |
| Brilliant Eye Brightener™ | Anise (Warm Bronze Shimmer) | 3/23/2021 | $ 24 | thrivecausemetics.com online store |
| Brilliant Eye Brightener™ | Callie (Greige Taupe Shimmer) | 3/23/2021 | $ 24 | thrivecausemetics.com online store |
| Enjoy the Journey Makeup Bag | GIFT BAG | 3/25/2021 | $ 4 | thrivecausemetics.com online store |
| Enjoy the Journey Makeup Bag | BAG | 3/26/2021 | $ 4 | thrivecausemetics.com online store |

6

CONFIDENTIAL – ATTORNEYS EYES ONLY

# TRIAL EXHIBIT NO. 36



TCI_00014426

# TRIAL EXHIBIT NO. 346



**Prepared for *McArthur Law***
**Re: Thrive Natural Care, Inc. v. Thrive Causemetics Inc**

**LIKELIHOOD OF CONFUSION SURVEY / OLD PACKAGE**

**Qualifying Universe:**
We will screen 1,000+ respondents - with the goal of confirming a qualifying universe at a minimum of **600 men and women between 18 and 65 who have purchased skin care products on the internet within the last 6 months and plan to do so again within the next 6 months.**

**Questionnaire:**

1.  What is your age**?**
        18 or younger **(Terminate interview)**
        18-20
        21-29
        30-39
        40-49
        50-59
        60-65
        66 or older **(Terminate interview)**

2. In the last 6 months have you purchased skin care products for your own use?
        Yes, **Proceed**
        No, **Terminate interview**

3. In the past 6 months, where have you purchased skin care products? (check all that apply)
        Internet
        Beauty supply store
        Retail outlet
        Other
**(Terminate if the user does not select Internet)**

TNC02672

4. In the next 6 months do you plan to purchase skin care products?
     Yes, **Proceed**
     No, **Terminate interview**

5. In the next 6 months, where do you plan to purchase skin care products? (check all that apply)
     Internet
     Beauty supply store
     Retail outlet
     Other
**(Terminate if the user does not select Internet)**


**Control question (asked randomly with questions 2-5 to prevent order bias)**

6.  In the last 6 months have you purchased dental care products for your own use?
     Yes, **Proceed**
     No, **Proceed**

7. In the last 6 months, where did you purchased dental care products? (check all that apply)
     Internet   **Proceed**
     Beauty supply store **Proceed**
     Retail outlet **Proceed**
     Other **Proceed**

8.  In the next 6 months do you plan to purchase dental care products for your own use?
     Yes, **Proceed**
     No, **Proceed**

9. In the next 6 months, where do you plan to purchase dental care products? (check all that apply)
     Internet **Proceed**
     Beauty supply store  **Proceed**
     Retail outlet  **Proceed**
     Other  **Proceed**

10. In the past month have you used the Internet to search for products or services?

     Yes   **Proceed**
     No, **Terminate interview**

TNC02673

11. Have you or anyone in your household ever worked for
**(responses are randomized to prevent order bias)**

**If YES, terminate:  if NO Proceed**
> a. An advertising agency
> b. A consumer research firm
> c. A personal care product manufacturer, retailer, or distributor

**Control questions: Proceed with all responses**
> d. A dental care product manufacturer or retailer


12. Are you taking this survey on…
> a.  A laptop or desktop computer
> b.  A tablet **(Terminate interview)**
> c.  A phone **(Terminate interview)**

13.  Will you agree to answer the questions without help or assistance, answer truthfully and do not guess?
> Yes, **Proceed**
> No, **Terminate interview**

14. Do you need contacts or glasses for reading?
> Yes, **Proceed to question 9**
> No, **Proceed to question 10**

15. If so, will you be wearing them when completing the survey?
> Yes, **Proceed**
> No, **Terminate interview**

16.  Please understand that we are only interested in your opinions or beliefs.  If you don't have an opinion or belief or don't know the answer to a question, that is an acceptable answer. Do you agree not to guess or get information from anyone else, from the internet or any other source?
> Yes, **Proceed**
> No, **Terminate interview**

TNC02674

17.   You are about to see images of four products, each featured as you would
      see them when purchasing them.

      Please view the following images as if you were shopping for these
      products with the possible intent to purchase them. For the questions, if
      you do not have an opinion or are unsure of your opinion, it's perfectly all
      right to say so.

*(600 respondents will see each image pair in random order to prevent order bias)*

**PRODUCT ONE**






TNC02675

## PRODUCT TWO



## PRODUCT THREE





**TNC02676**

**PRODUCT FOUR**



What type of products were shown in the images you just reviewed?
>    Detergent
>    Shampoo
>    Skin care products
>    Pet food
>    Don't know/no opinion

**(Terminate if user does not select skin care answer, attention check)**

18a.  All of these products can be purchased on-line, but we are interested in who you believe makes each of these products, meaning their manufacturer or source.

(Two products shown in random order)

(Products 1 and 2)

 



## DAILY DEFENSE SUNSCREEN BALM (MINERAL SPF 30)

★★★★★ 116 reviews

$ 22.95 ~~$ 24.95~~  SALE

ADD TO CART

Daily sun defense with our all-natural, plant-based face lotion with SPF 30 hydrates, nourishes, and revitalizes skin while providing broad-spectrum protection against UVA/UVB rays.

2 Fl. Oz.

**What It Does**    Why It Is Better    Ingredients    How To Use



Do you believe that these two products come from the same company/manufacturer/source?

TNC02678

- Yes, same company/manufacturer/source?
- No, different companies/manufacturer/source?
- Not sure/ don't know

19a. Why do you say that?

20a.   *(Only for those who said No or Not Sure to Q18a )*

If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other?

- Yes, companies are affiliated, connected or associated
- No, companies are not affiliated, connected or associated
- Not sure/ don't know

21a. Why do you say that?

(Product 1 and 3)







18b.   Do you believe that these two products come from the same company/manufacturer/source?
- Yes, same company/manufacturer/source?
- No, different companies/manufacturer/source?
- Not sure/ don't know


19b. Why do you say that?

20b.   *(Only for those who said No or Not Sure to Q18b )*

If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other?

- Yes, companies are affiliated, connected or associated
- No, companies are not affiliated, connected or associated
- Not sure/ don't know

21b. Why do you say that?

TNC02680

(Products 1 and 4)







18 c.   Do you believe that these two products come from the same

TNC02681

company/manufacturer/source?
- Yes, same company/manufacturer/source
- No, different companies/manufacturer/source
- Not sure/ don't know

19c. Why do you say that?

20c.   *(Only for those who said No or Not Sure to Q18b )*

If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other?

- Yes, companies are affiliated, connected or associated
- No, companies are not affiliated, connected or associated
- Not sure/ don't know

21c. Why do you say that?

If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other?

- Yes, companies are affiliated, connected, or associated
- No, companies are not affiliated, connected, or associated
- Not sure/ don't know

TNC02682

(Products 2 and 3)







TNC02683

- *(Open ended question with tabulations for common answers)*
-

18d.   Do you believe that these two products come from the same company/manufacturer/source?
- Yes, same company/manufacturer/source?
- No, different companies/manufacturer/source?

19d. Why do you say that?

20d.   *(Only for those who said No or Not Sure to Q18b )*

If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other?

- Yes, companies are affiliated, connected or associated
- No, companies are not affiliated, connected or associated
- Not sure/ don't know

21d. Why do you say that?

If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other?

- Yes, companies are affiliated, connected, or associated
- No, companies are not affiliated, connected, or associated
- Not sure/ don't know

TNC02684

(Product 3 and 4)





TNC02685

18e.    Do you believe that these two products come from the same company/manufacturer/source?
- Yes, same company/manufacturer/source?
- No, different companies/manufacturer/source?
- Not sure/ don't know

19e. Why do you say that?

20e.    *(Only for those who said No or Not Sure to Q18b )*

If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other?

- Yes, companies are affiliated, connected or associated
- No, companies are not affiliated, connected or associated
- Not sure/ don't know

21e. Why do you say that?

22. Please enter the number 865 in the box below.

[Add box] **(Terminate if wrong number, attention deficit check)**

23. Please read the scenario below and answer the question that follows.

When researching skin care products you notice an Instagram post showing a skin moisturizer  with the hashtag  #THRIVETRIBE.  Later in the same search you see a second post with the hashtag  #THRIVETRIBE also showing a picture of a skin moisturizer.

Based on these posts, do you believe that they refer to the same products and come from the same company or companies that are affiliated, connected or associated with one another - or from different companies that are not affiliated, connected, or associated?

- Yes, these posts are from the same company or companies that are affiliated, connected, or associated

- No, these posts are from different companies that are not affiliated, connected, or associated

- Not sure/ don't know

**-------Demographic questions--------------------**

24. Are you…
    a. Male
    b. Female
    c. Other
    d. Rather not say

25. What is the highest level of school you have completed or the highest degree you have received?
    Less than high school degree
    High school degree or equivalent (e.g., GED)
    Some college but no degree
    Associate degree
    Bachelor degree
    Graduate degree

26. What state do you live in?

27. What is your approximate average household income?
    $0-$24,999
    $25,000-$49,999
    $50,000- $74,999
    $75,000- $99,999
    $100,000- $124,999
    $125,000- $149,999
    $150,000- $174,999
    $175,000- $199,999
    $200,000 and up
    Rather not say

# TRIAL EXHIBIT NO. 347



**Prepared for *McArthur Law***
**Re: Thrive Natural Care, Inc. v. Thrive Causemetics Inc**

**LIKELIHOOD OF CONFUSION SURVEY / NEW PACKAGE**

**Qualifying Universe:**
We will screen 1,000+ respondents - with the goal of confirming a qualifying universe at a minimum of **600 men and women between 18 and 65 who have purchased skin care products on the internet within the last 6 months and plan to do so again within the next 6 months.**


**Questionnaire:**

1.  What is your age**?**
        18 or younger **(Terminate interview)**
        18-20
        21-29
        30-39
        40-49
        50-59
        60-65
        66 or older **(Terminate interview)**

2. In the last 6 months have you purchased skin care products for your own use?
        Yes, **Proceed**
        No, **Terminate interview**

3. In the past 6 months, where have you purchased skin care products? (check all that apply)
        Internet
        Beauty supply store
        Retail outlet
        Other
**(Terminate if the user does not select Internet)**

4. In the next 6 months do you plan to purchase skin care products?
      Yes, **Proceed**
      No, **Terminate interview**

5. In the next 6 months, where do you plan to purchase skin care products? (check all that apply)
      Internet
      Beauty supply store
      Retail outlet
      Other
**(Terminate if the user does not select Internet)**


**Control question (asked randomly with questions 2-5 to prevent order bias)**

6.  In the last 6 months have you purchased dental care products for your own use?
      Yes, **Proceed**
      No, **Proceed**

7. In the last 6 months, where did you purchased dental care products? (check all that apply)
      Internet   **Proceed**
      Beauty supply store **Proceed**
      Retail outlet **Proceed**
      Other **Proceed**

8.  In the next 6 months do you plan to purchase dental care products for your own use?
      Yes, **Proceed**
      No, **Proceed**

9. In the next 6 months, where do you plan to purchase dental care products? (check all that apply)
      Internet **Proceed**
      Beauty supply store  **Proceed**
      Retail outlet  **Proceed**
      Other  **Proceed**

10. In the past month have you used the Internet to search for products or services?

      Yes   **Proceed**
      No, **Terminate interview**

**TNC02689**

11. Have you or anyone in your household ever worked for
**(responses are randomized to prevent order bias)**

**If YES, terminate:  if NO Proceed**
     a. An advertising agency
     b. A consumer research firm
     c. A personal care product manufacturer, retailer, or distributor

**Control questions: Proceed with all responses**
     d. A dental care product manufacturer or retailer


12. Are you taking this survey on…
     a.  A laptop or desktop computer
     b.  A tablet **(Terminate interview)**
     c.  A phone **(Terminate interview)**

13.  Will you agree to answer the questions without help or assistance, answer
truthfully and do not guess?
     Yes, **Proceed**
     No, **Terminate interview**

14. Do you need contacts or glasses for reading?
     Yes, **Proceed to question 9**
     No, **Proceed to question 10**

15. If so, will you be wearing them when completing the survey?
     Yes, **Proceed**
     No, **Terminate interview**

16.  Please understand that we are only interested in your opinions or beliefs.  If
you don't have an opinion or belief or don't know the answer to a question, that is
an acceptable answer. Do you agree not to guess or get information from anyone
else, from the internet or any other source?
     Yes, **Proceed**
     No, **Terminate interview**

TNC02690

17.   You are about to see images of four products, each featured as you would see them when purchasing them.

Please view the following images as if you were shopping for these products with the possible intent to purchase them. For the questions, if you do not have an opinion or are unsure of your opinion, it's perfectly all right to say so.

*(600 respondents will see each image pair in random order to prevent order bias)*

## PRODUCT ONE



## PRODUCT TWO



## PRODUCT THREE




TNC02692

**PRODUCT FOUR**



What type of products were shown in the images you just reviewed?
>Detergent
>Shampoo
>Skin care products
>Pet food
>Don't know/no opinion

**(Terminate if user does not select skin care answer, attention check)**

18a.  All of these products can be purchased on-line, but we are interested in who you believe makes each of these products, meaning their manufacturer or source.

(Two products shown in random order)

(Products 1 and 2)



Do you believe that these two products come from the same company/manufacturer/source?
- - Yes, same company/manufacturer/source?
- - No, different companies/manufacturer/source?
- - Not sure/ don't know

TNC02694

19a. Why do you say that?

20a.   *(Only for those who said No or Not Sure to Q18a )*

If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other?

- - Yes, companies are affiliated, connected or associated
- - No, companies are not affiliated, connected or associated
- - Not sure/ don't know

21a. Why do you say that?

18b. (Product 1 and 3)









18b.   Do you believe that these two products come from the same company/manufacturer/source?
- Yes, same company/manufacturer/source?
- No, different companies/manufacturer/source?
- Not sure/ don't know


19b. Why do you say that?

20b.   *(Only for those who said No or Not Sure to Q18b )*

If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other?

- Yes, companies are affiliated, connected or associated
- No, companies are not affiliated, connected or associated
- Not sure/ don't know

21b. Why do you say that?

(Products 1 and 4)



18 c.   Do you believe that these two products come from the same
company/manufacturer/source?
- Yes, same company/manufacturer/source

- No, different companies/manufacturer/source
- Not sure/ don't know

19c. Why do you say that?

20c.   *(Only for those who said No or Not Sure to Q18b )*

If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other?

- Yes, companies are affiliated, connected or associated
- No, companies are not affiliated, connected or associated
- Not sure/ don't know

21c. Why do you say that?

If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other?

- Yes, companies are affiliated, connected, or associated
- No, companies are not affiliated, connected, or associated
- Not sure/ don't know

(Products 2 and 3)



BUNDLES                          Ursa Major





### Fortifying Face Balm
$36.00

or 4 interest-free installments of $9.00 by afterpay

★★★★★  147 Reviews

A lightweight gel moisturizer to calm, hydrate and nourish skin.

SIZE  2.6 FL OZ

−  1  +          ADD TO CART

☐ Subscribe & Save 10% (US only)

18d.  Do you believe that these two products come from the same company/manufacturer/source?
- Yes, same company/manufacturer/source?
- No, different companies/manufacturer/source?

Product 3 and 4)







TNC02700

18e.    Do you believe that these two products come from the same company/manufacturer/source?
- Yes, same company/manufacturer/source?
- No, different companies/manufacturer/source?
- Not sure/ don't know


19e. Why do you say that?

20e.    *(Only for those who said No or Not Sure to Q18b )*

If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other?

- Yes, companies are affiliated, connected or associated
- No, companies are not affiliated, connected or associated
- Not sure/ don't know

21e. Why do you say that?



22. Please enter the number 865 in the box below.

[Add box] **(Terminate if wrong number, attention deficit check)**

23. Please read the scenario below and answer the question that follows.

When researching skin care products you notice an Instagram post showing a skin moisturizer  with the hashtag  #THRIVETRIBE.  Later in the same search you see a second post with the hashtag  #THRIVETRIBE also showing a picture of a skin moisturizer.

Based on these posts, do you believe that they refer to the same products and come from the same company or companies that are affiliated, connected or associated with one another - or from different companies that are not affiliated, connected, or associated?

- Yes, these posts are from the same company or companies that are affiliated, connected, or associated

- No, these posts are from different companies that are not affiliated, connected, or associated

- Not sure/ don't know

**-------Demographic questions--------------------**

24. Are you…
   a. Male
   b. Female
   c. Other
   d. Rather not say

25. What is the highest level of school you have completed or the highest degree you have received?

   Less than high school degree
   High school degree or equivalent (e.g., GED)
   Some college but no degree
   Associate degree
   Bachelor degree
   Graduate degree

26. What state do you live in?

27. What is your approximate average household income?

   $0-$24,999
   $25,000-$49,999
   $50,000- $74,999
   $75,000- $99,999
   $100,000- $124,999
   $125,000- $149,999
   $150,000- $174,999
   $175,000- $199,999
   $200,000 and up
   Rather not say

TNC02702

# TRIAL EXHIBIT NO. 348

Thank you for taking time to participate in our survey.

→

TNC02703

Thank you for taking time to participate in our survey.



0% 100%

TNC02704



TNC02705

In the last 6 months have you purchased dental care products for your own use?

○ Yes

○ No

→

0% ▬▬ 100%

TNC02706

In the next 6 months do you plan to purchase dental care products for your own use?

○ Yes

○ No

→

0% ▰▱▱▱▱▱▱▱▱▱ 100%

In the last 6 months have you purchased skin care products for your own use?

○ Yes

○ No

→

0% ▬▬ 100%

TNC02708

In the past 6 months, where have you purchased skin care products?

*(Select all that apply.)*

- ☐ Internet
- ☐ Beauty supply store
- ☐ Retail outlet
- ☐ Other

→

0% ▬▬ 100%

**TNC02709**

In the next 6 months do you plan to purchase skin care products for your own use?

○ Yes

○ No

→

0%  ▬▬  100%

TNC02710

In the next 6 months, where do you plan to purchase skin care products?

*(Select all that apply.)*

- [ ] Internet
- [ ] Beauty supply store
- [ ] Retail outlet
- [ ] Other

→

0%  100%

TNC02711

In the past month have you used the Internet to search for products or services?

○ Yes

○ No

→

0% �bar 100%

TNC02712

Have you or anyone in your household ever worked for...

| | Yes | No |
|---|---|---|
| An advertising agency | ○ | ○ |
| A consumer research firm | ○ | ○ |
| A personal care product manufacturer, retailer or distributor | ○ | ○ |
| A dental care product manufacturer or retailer | ○ | ○ |

→

0%  ▬▬▬▬▬▬  100%

TNC02713

Are you taking this survey on...

○ A laptop or desktop computer
○ A tablet
○ A phone

→

0% ▬▬▬▬ 100%

Will you agree to answer the questions without help or assistance, answer truthfully and do not guess?

○ Yes

○ No

→

0% ▰▰▰▱▱▱▱▱▱▱ 100%



Do you need contacts or glasses for reading?

○ Yes

○ No

TNC02716

If so, will you be wearing them when completing the survey?

○ Yes

○ No



TNC02717

Please understand that we are only interested in your opinions or beliefs. If you don't have an opinion or belief or don't know the answer to a question, that is an acceptable answer. Do you agree not to guess or get information from anyone else, from the internet or any other source?

○ Yes

○ No

→

0%   ▬▬▬   100%

TNC02718

You are about to see images of four products, each featured as you would see them when purchasing them.

Please view the following images as if you were shopping for these products with the possible intent to purchase them. For the questions, if you do not have an opinion or are unsure of your opinion, it's perfectly all right to say so.



0%                                                                100%

PRODUCT ONE



PRODUCT TWO

**Ursa Major**



### Fortifying Face Balm
$38.00

or 4 interest-free installments of $9.50 by afterpay⟳ ⓘ

★★★★★ 812 Reviews

A lightweight gel moisturizer to calm, hydrate and nourish skin.

SIZE  2.5 FL OZ

☑ ONE-TIME PURCHASE: $38.00

☐ SUBSCRIBE & SAVE: $34.20 ⓘ

ADD TO CART

→

0% ▮▮▮▮▮▮ 100%

TNC02721

PRODUCT THREE



TNC02722

PRODUCT FOUR



What type of products were shown in the images you just reviewed?

○ Shampoo

○ Pet food

○ Detergent

○ Skin care products

○ Don't know / No opinion

→

0% ▬▬▬▬▬▬▬▬ 100%

TNC02724

All of these products can be purchased online, but we are interested in who you believe makes each of these products, meaning their manufacturer or source.



0% ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ 100%

TNC02725



Our Products ˅    Regenerative Mission    Superplant Skincare    Our Skin Health Philosophy    Ingredients    Blog    Connect with Us



## SENSITIVE SKIN FACE BALM - STRESS DEFENSE - 2 FL. OZ. (60ML)

★★★★★ 9 reviews

$ 16.96

ADD TO CART

- Product Description
- Our Commitments

This natural moisturizer, along with Thrive's Sensitive Skin Face Wash, packs the perfect one-two punch to start your day. This balm delivers the same benefits as our regular Face Balm but was specially designed for Sensitive Skin, damaged from the daily stress and pollution of an active life, Thrives Restoring Face Balm helps hydrate, restore, and protect your face. Our natural formula is made with high-quality plant extracts with no added fragrance that make your skin look and feel healthier.



0%    100%

TNC02726



TNC02727

Do you believe that these two products come from the same company/manufacturer/source?

○ Yes, same company/manufacturer/source

○ No, different companies/manufacturer/source

○ Not sure / Don't know

[→]

0%  ▓▓▓▓▓▓▓▓░░░░░░░░░░░░░  100%

TNC02728

Why do you say that?

→

0%  100%

TNC02729



TNC02730



Do you believe that these two products come from the same company/manufacturer/source?

○ Yes, same company/manufacturer/source

⦿ No, different companies/manufacturer/source

○ Not sure / Don't know

→

0%  ████████████░░░░░░  100%



TNC02733

If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other?

○ Yes, companies are affiliated, connected or associated

○ No, companies are not affiliated, connected or associated

○ Not sure / Don't know

→

0%  ████████████  100%

Why do you say that?

→

0%                                    100%

TNC02735



Our Products ⌄   Regenerative Mission   Superplant Skincare   Our Skin Health Philosophy   Ingredients   Blog   Connect with Us



## SENSITIVE SKIN FACE BALM - STRESS DEFENSE - 2 FL. OZ. (60ML)

★★★★★ 9 reviews

$ 16.96

ADD TO CART

- Product Description
- Our Commitments

This natural moisturizer, along with Thrive's Sensitive Skin Face Wash, packs the perfect one-two punch to start your day. This balm delivers the same benefits as our regular Face Balm but was specially designed for Sensitive Skin, damaged from the daily stress and pollution of an active life. Thrives Restoring Face Balm helps hydrate, restore, and protect your face. Our natural formula is made with high-quality plant extracts with no added fragrance that make your skin look and feel healthier.



0%                                                      100%

TNC02736

Ursa Major



### Fortifying Face Balm

$38.00

or 4 interest-free installments of $9.50 by afterpay ⓘ

★★★★★  102 Reviews

A lightweight gel moisturizer to calm, hydrate and nourish skin.

| SIZE | 2.0 FL OZ | |
| --- | --- | --- |

ONE-TIME PURCHASE: $38.00

SUBSCRIBE & SAVE: $34.20 ⓘ

ADD TO CART

→

0% ▬▬▬▬▬▬▬▬▬▬ 100%

TNC02737

Do you believe that these two products come from the same company/manufacturer/source?

○ Yes, same company/manufacturer/source

○ No, different companies/manufacturer/source

○ Not sure / Don't know

→

0% ▬▬▬▬▬ 100%

TNC02738





Ursa Major



## Fortifying Face Balm

$38.00

or 4 interest-free installments of $9.50 by afterpay⃠ ⓘ

★★★★★ 312 Reviews

A lightweight gel moisturizer to calm, hydrate and nourish skin.

SIZE   2.0 FL OZ

⊡ ONE-TIME PURCHASE: $38.00

☐ SUBSCRIBE & SAVE: $34.20 ⓘ

ADD TO CART

→

0%   ▬▬▬▬▬▬▬   100%

TNC02741

Do you believe that these two products come from the same company/manufacturer/source?

○ Yes, same company/manufacturer/source

○ No, different companies/manufacturer/source

○ Not sure / Don't know

[→]

0%  ▣▣▣▣▣▣▣▣  100%



TNC02743

**Ursa Major**



## Fortifying Face Balm

$38.00

*or 4 interest-free installments of $9.50 by* afterpay ⓘ

★★★★★  910 Reviews

A lightweight gel moisturizer to calm, hydrate and nourish skin.

| SIZE | 2.0 FL OZ | |
|---|---|---|

ONE-TIME PURCHASE: $38.00

SUBSCRIBE & SAVE: $34.20 ⓘ

ADD TO CART



Do you believe that these two products come from the same company/manufacturer/source?

○ Yes, same company/manufacturer/source

○ No, different companies/manufacturer/source

○ Not sure / Don't know

→

0% ████████████████████░░░░░░ 100%

TNC02746

Why do you say that?

→

0%  100%

TNC02747



Our Products ⌄   Regenerative Mission   Superplant Skincare   Our Skin Health Philosophy   Ingredients   Blog   Connect with Us

## SENSITIVE SKIN FACE BALM - STRESS DEFENSE - 2 FL. OZ. (60ML)

★★★★★ 9 reviews

$ 16.96



ADD TO CART

- Product Description
- Our Commitments

This natural moisturizer, along with Thrive's Sensitive Skin Face Wash, packs the perfect one-two punch to start your day. This balm delivers the same benefits as our regular Face Balm but was specially designed for Sensitive Skin, damaged from the daily stress and pollution of an active life. Thrives Restoring Face Balm helps hydrate, restore, and protect your face. Our natural formula is made with high-quality plant extracts with no added fragrance that make your skin look and feel healthier.



0%   ▓▓▓▓▓▓▓▓░░░░░░░░░   100%

TNC02748



Do you believe that these two products come from the same company/manufacturer/source?

○ Yes, same company/manufacturer/source

○ No, different companies/manufacturer/source

○ Not sure / Don't know

→

0% ▬▬▬▬▬▬ 100%

TNC02750



TNC02751

If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other?

○ Yes, companies are affiliated, connected or associated

○ No, companies are not affiliated, connected or associated

○ Not sure / Don't know

→

0% ▬▬▬▬▬▬ 100%

TNC02752



TNC02753

Please enter the number 865 in the box below.



Please read the scenario below and answer the question that follows.

When researching skin care products you notice an Instagram post showing a skin moisturizer with the hashtag #THRIVETRIBE. Later in the same search you see a second post with the hashtag #THRIVETRIBE also showing a picture of a skin moisturizer.

Do you believe that these two posts refer to products that come from the same company or companies that are affiliated, connected, or associated with each other, or from different companies that are not affiliated, connected, or associated with each other?

○ Yes, these posts are from the same company or companies that are affiliated, connected, or associated

○ No, these posts are from different companies that are not affiliated, connected, or associated

○ Not sure / Don't know



0% �as 100%

TNC02755



TNC02756

What is the highest level of school you have completed or the highest degree you have received?

- ○ Less than high school degree
- ○ High school degree or equivalent (e.g., GED)
- ○ Some college but no degree
- ○ Associate degree
- ○ Bachelor degree
- ○ Graduate degree

→

0% ▬▬▬▬▬▬▬▬▬ 100%

TNC02757



TNC02758

What is your approximate average household income?

○ $0-$24,999

○ $25,000-$49,999

○ $50,000- $74,999

○ $75,000- $99,999

○ $100,000- $124,999

○ $125,000- $149,999

○ $150,000- $174,999

○ $175,000- $199,999

○ $200,000 and up

○ Rather not say

→

0% ▬▬▬▬▬▬▬▬▬▬ 100%

# TRIAL EXHIBIT NO. 349

Thank you for taking time to participate in our survey.

→

TNC02760

Thank you for taking time to participate in our survey.



0%  ▮ _____ 100%

TNC02761



TNC02762

In the last 6 months have you purchased dental care products for your own use?

○ Yes

○ No

→

0% ▬▬▬ 100%

TNC02763

In the next 6 months do you plan to purchase dental care products for your own use?

○ Yes

○ No

→

0% [████] 100%

TNC02764

In the last 6 months have you purchased skin care products for your own use?

○ Yes

○ No

→

0%  ▬  100%

TNC02765

In the past 6 months, where have you purchased skin care products?

*(Select all that apply.)*

☐ Internet

☐ Beauty supply store

☐ Retail outlet

☐ Other

→

0% ▬▬ 100%

TNC02766

In the next 6 months do you plan to purchase skin care products for your own use?

○ Yes

○ No

→

0% 100%

TNC02767

In the next 6 months, where do you plan to purchase skin care products?

*(Select all that apply.)*

- ☐ Internet
- ☐ Beauty supply store
- ☐ Retail outlet
- ☐ Other

→

0% ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ 100%

In the past month have you used the Internet to search for products or services?

○ Yes

○ No

→

0%  ▰▰▱▱▱▱▱▱▱▱  100%

TNC02769

Have you or anyone in your household ever worked for...

|  | Yes | No |
|---|---|---|
| An advertising agency | ○ | ○ |
| A consumer research firm | ○ | ○ |
| A personal care product manufacturer, retailer or distributor | ○ | ○ |
| A dental care product manufacturer or retailer | ○ | ○ |

→

0%　▬▬▬　100%

TNC02770

Are you taking this survey on...

○ A laptop or desktop computer
○ A tablet
○ A phone

→

0% ▬▬▬ 100%

Will you agree to answer the questions without help or assistance, answer truthfully and do not guess?

○ Yes

○ No

→

0% █████ 100%



If so, will you be wearing them when completing the survey?

○ Yes

○ No



Please understand that we are only interested in your opinions or beliefs. If you don't have an opinion or belief or don't know the answer to a question, that is an acceptable answer. Do you agree not to guess or get information from anyone else, from the internet or any other source?

○ Yes

○ No

→

0% ▭▭▭▭▭▭▭▭▭▭▭▭▭▭▭▭▭ 100%

TNC02775

You are about to see images of four products, each featured as you would see them when purchasing them.

Please view the following images as if you were shopping for these products with the possible intent to purchase them. For the questions, if you do not have an opinion or are unsure of your opinion, it's perfectly all right to say so.



0%                                        100%

TNC02776

PRODUCT ONE



PRODUCT TWO



TNC02778

PRODUCT THREE

**Ursa Major**



### Fortifying Face Balm
$38.00

or 4 interest-free installments of $9.50 by afterpay⏀ ⓘ

★★★★★ 912 Reviews

A lightweight gel moisturizer to calm, hydrate and nourish skin.

SIZE   2.5 FL OZ

−   1   +

☑ ONE-TIME PURCHASE: $38.00

☐ SUBSCRIBE & SAVE: $34.20 ⓘ

ADD TO CART

0%  ▬▬▬▬  100%

TNC02779

PRODUCT FOUR



TNC02780

What type of products were shown in the images you just reviewed?

○ Detergent

○ Skin care products

○ Shampoo

○ Pet food

○ Don't know / No opinion

→

0%  ▬▬▬▬▬▬▬  100%

All of these products can be purchased online, but we are interested in who you believe makes each of these products, meaning their manufacturer or source.



0%                                    100%

TNC02782





TNC02784

Do you believe that these two products come from the same company/manufacturer/source?

○ Yes, same company/manufacturer/source

○ No, different companies/manufacturer/source

○ Not sure / Don't know

→

0% ▭▭▭▭ 100%

TNC02785



TNC02786

If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other?

○ Yes, companies are affiliated, connected or associated

○ No, companies are not affiliated, connected or associated

○ Not sure / Don't know

→

0% ▬▬▬▬▬ 100%



TNC02788



TNC02789



TNC02790

Do you believe that these two products come from the same company/manufacturer/source?

○ Yes, same company/manufacturer/source

○ No, different companies/manufacturer/source

● Not sure / Don't know

→

0% ▬▬▬▬▬▬ 100%

TNC02791



TNC02792



TNC02793

**Ursa Major**



Do you believe that these two products come from the same company/manufacturer/source?

○ Yes, same company/manufacturer/source

○ No, different companies/manufacturer/source

○ Not sure / Don't know

→

0% ▬▬▬▬▬▬▬▬ 100%

TNC02795



TNC02796



**Ursa Major**



TNC02798

Do you believe that these two products come from the same company/manufacturer/source?

○ Yes, same company/manufacturer/source

● No, different companies/manufacturer/source

○ Not sure / Don't know

[→]

0%  ▓▓▓▓▓▓▓▓░░░░░░░░░  100%

TNC02799



TNC02800

If you said different companies, do you believe that these companies are affiliated, connected, or associated with each other?

○ Yes, companies are affiliated, connected or associated

○ No, companies are not affiliated, connected or associated

○ Not sure / Don't know

→

0% ▓▓▓▓▓▓▓░░░░░░░░ 100%

Why do you say that?



TNC02802



TNC02803



Do you believe that these two products come from the same company/manufacturer/source?

○ Yes, same company/manufacturer/source

○ No, different companies/manufacturer/source

○ Not sure / Don't know

→

0%  100%



TNC02806

Ursa Major



### Fortifying Face Balm
$38.00

or 4 interest-free installments of $9.50 by afterpay ⓘ

★★★★★  302 Reviews

A lightweight gel moisturizer to calm, hydrate and nourish skin.

| SIZE | 2.0 FL OZ | ▾ |
|---|---|---|

ONE-TIME PURCHASE: $38.00

SUBSCRIBE & SAVE: $34.20

ADD TO CART

TNC02807



TNC02808

Do you believe that these two products come from the same company/manufacturer/source?

○ Yes, same company/manufacturer/source

○ No, different companies/manufacturer/source

○ Not sure / Don't know

→

0%  �bar  100%

TNC02809



TNC02810



TNC02811

Please read the scenario below and answer the question that follows.

When researching skin care products you notice an Instagram post showing a skin moisturizer with the hashtag #THRIVETRIBE. Later in the same search you see a second post with the hashtag #THRIVETRIBE also showing a picture of a skin moisturizer.

Do you believe that these two posts refer to products that come from the same company or companies that are affiliated, connected, or associated with each other, or from different companies that are not affiliated, connected, or associated with each other?

○ Yes, these posts are from the same company or companies that are affiliated, connected, or associated

○ No, these posts are from different companies that are not affiliated, connected, or associated

○ Not sure / Don't know



0% ▬▬▬▬▬▬▬▬▬ 100%

TNC02812



TNC02813

What is the highest level of school you have completed or the highest degree you have received?

○ Less than high school degree

○ High school degree or equivalent (e.g., GED)

○ Some college but no degree

○ Associate degree

○ Bachelor degree

○ Graduate degree

→

0%                                          100%



TNC02815

What is your approximate average household income?

○ $0-$24,999
○ $25,000-$49,999
○ $50,000- $74,999
○ $75,000- $99,999
○ $100,000- $124,999
○ $125,000- $149,999
○ $150,000- $174,999
○ $175,000- $199,999
○ $200,000 and up
○ Rather not say

→

0% �1100%

TNC02816

# TRIAL EXHIBIT NO. 114

EXHIBIT
114

Hello
Select your address

All ▾ | thrive cream

Hello, Sign in
Account &

All   Best Sellers   Customer Service   Prime ▾   New Releases   Pharmacy   Books   Today's Deals   Fashion

1-48 of over 2,000 results for **"thrive cream"**

Sort by: Featured

**Eligible for Free Shipping**
Free Shipping by Amazon

All customers get FREE Shipping on orders over $25 shipped by Amazon

**Amazon Local Stores**
Amazon Fresh
See more

**Climate Pledge Friendly**
Climate Pledge Friendly

**Department**
Beauty & Personal Care
Face Moisturizers
Makeup
Body Creams
Facial Treatments & Masks
Health & Household
Health Care Products
See All 20 Departments

**Customer Reviews**
⭐ & Up
⭐ & Up
⭐ & Up
⭐ & Up

**Brand**
Neutrogena
CeraVe
EltaMD
L'Oreal Paris
La Roche-Posay

**Price**
Under $25
$25 to $50
$50 to $100
$100 to $200
$200 & Above

[ $ Min ] [ $ Max ] [ Go ]

**Deals**
Today's Deals

**Skin Care Ingredient**
Aloe Vera
Argan Oil
Coconut Oil
Glycerin
Hyaluronic Acid
Jojoba Oil
Petrolatum
Shea Butter

**Skin Care Formulation**
Bar

 **Thrive** Skincare Powered by Regenerative Plants

**Unisex Skincare Powered by Regenerative Plants**
Shop Thrive Natural Care ›


THRIVE Natural Face Wash Gel for Men & Women – Daily Facial Cleanser with…
718


THRIVE Natural Moisturizing Mineral Face Sunscreen SPF 30, 2 Ounces – Li…
1,662


Thrive Natural Men's Skin Care Set (3 Piece) - Grooming Gift Set To Wash, S…
813

Sponsored


Sponsored
THRIVE Natural Face Moisturizer – Non-Greasy Soothing Facial Moisturizer Lotion for Men & Women…
**2 Fl Oz (Pack of 1)**
475
**$15**95 ($7.98/Fl Oz)
$14.36 with Subscribe & Save discount
Get it as soon as **Tue, Aug 31**
FREE Shipping on orders over $25 shipped by Amazon


THRIVE All Natural Face Cream for Sensitive Skin – Facial Moisturizer Restores, Protects Skin & Helps Sooth…
**2 Fl Oz (Pack of 1)**
226
**$16**95 ($8.48/Fl Oz)
$15.26 with Subscribe & Save discount
Get it as soon as **Tue, Aug 31**
FREE Shipping on orders over $25 shipped by Amazon


Thrive Causemetics Buildable Blur CC Cream Beige Golden Neutral Undertones 30mL
**Cream · 1 Fl Oz (Pack of 1)**
**$36**00 ($36.00/Fl Oz)
Get it **Tue, Aug 31 - Fri, Sep 3**
FREE Shipping
Only 8 left in stock - order soon.





Best Seller


Amazon.com : thrive cream

Capsule
Cream
Gel
Liquid
Lotion
Oil
See more

**Beauty Product Attributes**
Alcohol Free
Ammonia Free
Contains Keratin
Formaldehyde Free
Hypoallergenic
Oil Free
PABA Free
See more

**Subscription Options**
Subscribe & Save Eligible

**Gender**
Women's
Men's
Unisex

**Skin Type**
All
Combination
Dry
Normal
Oily
Sensitive

**FSA or HSA Eligible**
FSA or HSA Eligible

**International Shipping**
International Shipping Eligible

**New Arrivals**
Last 90 days

**Packaging Option**
Frustration-Free Packaging

**Professional Skin Care**
Professional Skin Care Selection

**Premium Beauty Selection**
Premium Selection

**Condition**
New
Used

**Availability**
Include Out of Stock

---

THRIVE Natural Shave Oil for Men, 2Oz (3 Pack) – Replaces Pre-Shave Oils, Shaving Creams, Gels, and Foams –...
555
**$47**⁹⁵ ($7.99/Fl Oz)
Save more with Subscribe & Save
Join Prime to save $4.80 on this item

Get it as soon as **Wed, Sep 1**
FREE Shipping by Amazon

LUXAZA 6 PCS Neutral and Brown Metallic Eyeshadow Stick,Warm to Cool Cream Shimmer Eyeshadow Pencil...
**6 Count (Pack of 1)**
4,156
**$18**⁹⁹
Save more with Subscribe & Save
Save $2.00 with coupon

Get it as soon as **Mon, Aug 30**
FREE Shipping on orders over $25 shipped by Amazon

Julep Eyeshadow 101 Crème to Powder Waterproof Eyeshadow Stick, Sand Shimmer
**1 Count (Pack of 1)**
14,894
**$15**⁰⁰

Get it as soon as **Tue, Aug 31**
FREE Shipping on orders over $25 shipped by Amazon

---

## Highly rated

Sponsored | Based on star rating and number of customer ratings







THRIVE Natural Face Moisturizer – Non-Greasy Soothing Facial Moisturizer Lotion for Men & Women...
**2 Fl Oz (Pack of 1)**
475
**$15**⁹⁵ ($7.98/Fl Oz)
$14.36 with Subscribe & Save discount

Farmacy Daily Greens Oil Free Gel Face Moisturizer - Daily Facial Moisturizing Cream with Hyaluronic Acid (1.7 Fl Oz)
**1.7 Fl Oz (Pack of 1)**
258
**$38**⁰⁰ ($22.35/Fl Oz)
Save more with Subscribe & Save

EltaMD Skin Recovery Face Light Moisturizer Lotion, Amino Acid and Hyaluronic Acid Formula, Fragrance Free...
**1.7 Fl Oz (Pack of 1)**
133
**$39**⁰⁰ ($22.94/Fl Oz)
$37.05 with Subscribe & Save discount

---



Look better Live healthier With superplant skincare


Sponsored
THRIVE All Natural Face Cream for Sensitive Skin – Facial Moisturizer Restore...
226
**$16**⁹⁵ ($8.48/Fl Oz)
$15.26 with Subscribe & Save discount

amazon thrive cream

Get it as soon as **Tue, Aug 31**

FREE Shipping on orders over $25 shipped by Amazon

Shop the Thrive Natural Care Store on Amazon ›

---

Best Seller







Your Skin But Better CC Cream Oil-Free Matte with SPF 40 - Light Medium

**1.08 Fl Oz (Pack of 1)**

894

$**43**⁹¹ ($40.66/Fl Oz)

Get it as soon as **Tue, Aug 31**

FREE Shipping by Amazon

More Buying Choices
$40.50 (7 new offers)

IT Cosmetics Your Skin But Better CC+ Cream, Medium (W) - Color Correcting Cream, Full-Coverage Foundation,...

**1.08 Fl Oz (Pack of 1)**

13,063

$**33**¹⁵ $36.46

FREE Shipping by Amazon

More Buying Choices
$32.00 (10 new offers)

LilyAna Naturals Eye Cream - 2-Month Supply - Made in USA, Eye Cream for Dark Circles and Puffiness, Under...

**1.69 Ounce (Pack of 1)**

19,562

$**29**⁹⁹ ($23.07/ounce) $39.99
Save $10.00  with coupon

Get it as soon as **Mon, Aug 30**

FREE Shipping by Amazon

---







Julep Eyeshadow 101 Crème to Powder Waterproof Eyeshadow Stick, Duo; Desert & Champagne

**2 Count (Pack of 1)**

1,303

$**24**⁰⁰

Get it as soon as **Thu, Sep 2**

FREE Shipping on orders over $25 shipped by Amazon

WINDSOR BOTANICALS Anti-Aging Caffeine Eye Cream - Age-Defying AHA Formula - Moisturizes, Reduces Wrinkle...

**1.01 Fl Oz (Pack of 1)**

893

$**20**⁹⁹ ($20.99/Ounce)
$18.89 with Subscribe & Save discount

Get it as soon as **Tue, Aug 31**

FREE Shipping on orders over $25 shipped by Amazon

Revive Science Eye Cream - Under Eye Cream for Dark Circles and Puffiness with Collagen, Caffeine, Vitamin K...

**0.5 Fl Oz (Pack of 1)**

1,172

$**19**⁹⁶ ($39.92/Fl Oz) $24.95
Save more with Subscribe & Save
Save $1.00  with coupon

Get it as soon as **Tue, Aug 31**

FREE Shipping on orders over $25 shipped by Amazon

More Buying Choices
$14.97 (2 new offers)






e.l.f, Monochromatic Multi Stick, Creamy, Lightweight, Versatile, Luxurious, Adds Shimmer, Easy To Use On Th...

**0.15 Ounce (Pack of 1)**

10,684

$4⁰⁰

Save more with Subscribe & Save

FREE Shipping on orders over $25 shipped by Amazon

In stock soon.

More Buying Choices
$3.99 (8 new offers)

Glo Skin Beauty Cream Stay Shadow Stick

**1 Count (Pack of 1)**

283

$20⁰⁰ ($12.50/Ounce)

Save more with Subscribe & Save

Get it as soon as **Mon, Aug 30**

FREE Shipping on orders over $25 shipped by Amazon

LUXAZA 3Pcs Neutral Brown Eyeshadow Stick Set, Matte And Shimmer Creamy Eyeshadow Pencil, Shiny Pin...

**3 Count (Pack of 1)**

381

$9⁹⁹

Get it as soon as **Mon, Aug 30**

FREE Shipping on orders over $25 shipped by Amazon





treStiQue Cream Matte Shadow Crayon, Eyeshadow Stick With Built-In Blending Brush, Eye Makeup Pencil,...

**1 Count (Pack of 1)**

39

$24⁰⁰

Save 30%   with coupon

Get it as soon as **Thu, Sep 2**

FREE Shipping on orders over $25 shipped by Amazon

Only 15 left in stock - order soon.

WUNDER2 SUPER-STAY STICK EYESHADOW Makeup Sandstorm Eye Shadow Pencil Crayon Long Lasting...

**1 Count (Pack of 1)**

930

$19⁰⁰

Save more with Subscribe & Save

Get it as soon as **Tue, Aug 31**

FREE Shipping on orders over $25 shipped by Amazon

Anti Aging Eye Cream for Dark Circles and Puffiness that Reduces Eye Bags, Crow's Feet, Fine Lines, and Sagginess in...

**0.51 Fl Oz (Pack of 1)**

4,118

$16⁹⁷ ($33.27/Fl Oz) $30.00

Save more with Subscribe & Save

Save 25%   with coupon

Get it as soon as **Mon, Aug 30**

FREE Shipping on orders over $25 shipped by Amazon









purlisse Youth Glow Vitamin C CC Cream SPF 50: Cruelty-Free & Clean, Paraben & Sulfate-Free, Full Coverage, Hydrates...

**1.35 Fl Oz (Pack of 1)**

873

$**38**^00 ($27.14/Ounce)
Save more with Subscribe & Save

Get it as soon as **Mon, Aug 30**

FREE Shipping by Amazon

COVERGIRL Clean Matte BB Cream For Oily Skin, Fair 510, (Packaging May Vary) Water-Based Oil-Free Matte Finish ...

Cream · 1 Fl Oz (Pack of 1)

5,395

$**6**^94
$6.59 with Subscribe & Save discount
Save 50% on 1 when you buy 2

Get it as soon as **Mon, Aug 30**

FREE Shipping on orders over $25 shipped by Amazon

More Buying Choices
$6.20 (8 new offers)

Julep Skip The Brush Crème To Powder Cream Blush Stick For Cheeks, Eyes & Lips, Peony Pink

**1 Count (Pack of 1)**

2,507

$**18**^00
$16.20 with Subscribe & Save discount

Get it as soon as **Mon, Aug 30**

FREE Shipping on orders over $25 shipped by Amazon









FOCALLURE (3 Pcs) 2 in 1 Eyeshadow and Eyeliner Pen, Waterproof Eye Shadow Pencil, Hypoallergenic...

248

$**15**^99
Save more with Subscribe & Save

Get it as soon as **Tue, Aug 31**

FREE Shipping on orders over $25 shipped by Amazon

THRIVE Natural Moisturizing Mineral Face Sunscreen SPF 30, 2 Ounces – Lightweight Moisturizer Broad-Spectrum...

**SPF 30 · 2 Fl Oz**

1,662

$**24**^95 ($12.48/Fl Oz)
$22.46 with Subscribe & Save discount
Join Prime to save $2.50 on this item

Get it as soon as **Mon, Aug 30**

FREE Shipping on orders over $25 shipped by Amazon

**FSA or HSA eligible**

L'Oreal Paris Skincare Revitalift Anti-Wrinkle and Firming Eye Cream with Pro Retinol, Treatment to Reduc...

**0.5 Ounce (Pack of 1)**

4,363

$**12**^12 ($24.24/Ounce) $17.99
$11.51 with Subscribe & Save discount

Get it as soon as **Tue, Aug 31**

FREE Shipping on orders over $25 shipped by Amazon

More Buying Choices
$11.99 (18 new offers)

Best Seller







  

BOOM! by Cindy Joseph Cosmetics Boomstick Color - Lip & Cheek Tint Makeup Sticks for Older Women &...

**1 Count (Pack of 1)**

2,222

$28⁰⁰

$25.20 with Subscribe & Save discount

Get it as soon as **Tue, Aug 31**

FREE Shipping by Amazon

---

Sponsored

purlisse Perfect Glow BB Cream SPF 30: Cruelty-Free & Clean, Paraben & Sulfate-Free, Medium Coverage, Hydrates...

**1.4 Ounce (Pack of 1)**

3,153

$35⁰⁰ ($25.00/Ounce)

$33.25 with Subscribe & Save discount

Get it as soon as **Tue, Aug 31**

FREE Shipping by Amazon

---

Sponsored

Olay Regenerist Retinol Moisturizer, Retinol 24 Night Face Cream, 1.7 Oz + Whip Face Moisturizer Travel/Trial...

8,580

$45⁵⁶ ($45.56/Count)

Save more with Subscribe & Save

Save $12.00  with coupon

Get it as soon as **Mon, Aug 30**

FREE Shipping by Amazon

---

  

Sponsored

THRIVE Natural Shave Oil for Men, 2Oz (3 Pack) – Replaces Pre-Shave Oils, Shaving Creams, Gels, and Foams –...

555

$47⁹⁵ ($7.99/Fl Oz)

Save more with Subscribe & Save

Join Prime to save $4.80 on this item

Get it as soon as **Wed, Sep 1**

FREE Shipping by Amazon

---

KARADIUM Shining Pearl Smudging Eye Shadow Stick 1.4g (#2 Ice pink) - Waterproof Long Lasting Daily Eye...

**0.05 Ounce (Pack of 1)**

296

$9⁷⁵ ($198.98/Ounce)

Get it as soon as **Wed, Sep 1**

FREE Shipping on orders over $25 shipped by Amazon

Only 2 left in stock - order soon.

---

Hoosier Hill Farm Sour Cream Powder, 1 Pound

**1 Pound (Pack of 1)**

2,392

$15⁹⁹ ($1.00/Ounce)

$15.19 with Subscribe & Save discount

Get it as soon as **Mon, Aug 30**

FREE Shipping on orders over $25 shipped by Amazon

---

  

IT Cosmetics Your Skin But Better CC+ Cream Illumination, Light (W) - Color

---

HAN Skincare Cosmetics All Natural Multistick, Rose Berry

**1 Count (Pack of 1)**

---

Alleyoop 11th Hour Cream Eyeshadow Sticks - Charcolit (Shimmer) - Award-winning -

8/27/2021   Case 2:20-cv-09091-PA-AS   Document 164   Filed 10/26/21   Page 227 of 244   Page ID
#:7609
amazon.com ated thrive cream

Correcting Cream, Full-...

**1.08 Fl Oz (Pack of 1)**

3,164

$**33**95

FREE Shipping by Amazon

In stock soon.

$**16**00 ($80.00/Ounce)

5,268

Save more with Subscribe & Save

Get it as soon as **Mon, Aug 30**

FREE Shipping on orders over $25 shipped by Amazon

Smudge-proof and Crease...

**1 Count (Pack of 1)**

97

$**24**00

Save 5%  with coupon

Get it as soon as **Wed, Sep 1**

FREE Shipping on orders over $25 shipped by Amazon



Supergoop! CC Screen - SPF 50 PA++++ CC Cream, 100% Mineral Color-Corrector & Broad Spectrum Sunscreen -...

**Cream · 1.6 Fl Oz (Pack of 1)**

595

$**39**00 ($6.50/Fl Oz)

Get it as soon as **Wed, Sep 1**

FREE Shipping by Amazon

Only 17 left in stock - order soon.



Erinde Dual Colors Eyeshadow Stick, Glitter Shimmer Eye Shadow Stick Makeup, Cream Gradient Eyeshadow Makeup...

**4 Count (Pack of 1)**

15

Save 11%

$**7**99  $8.99

Lowest price in 30 days

Get it as soon as **Tue, Aug 31**

FREE Shipping on orders over $25 shipped by Amazon



e.l.f. Holy Hydration! Eye Cream | Infused with Hyaluronic Acid & Peptides | Minimizes Dark Circles | 0.53...

**0.53 Ounce (Pack of 1)**

2,331

$**9**48 ($19.35/Ounce)  $10.00

Save more with Subscribe & Save

Get it as soon as **Mon, Aug 30**

FREE Shipping on orders over $25 shipped by Amazon



Lumene CC Color Correcting Cream, Medium

**1 Fl Oz (Pack of 1)**

1,561

$**11**69 ($11.69/Fl Oz)  $14.99

$11.11 with Subscribe & Save discount

Get it as soon as **Mon, Aug 30**



16Pcs Glitter Eyeshadow Stick, Petansy Soft Smooth Cream Eyeshadow Crayon, Waterproof Long Lasting...

2

$**18**89

Get it as soon as **Tue, Aug 31**

FREE Shipping on orders over $25 shipped by Amazon



Julep When Pencil Met Gel Long-Lasting Waterproof Gel Eyeliner, Smoky Taupe Shimmer

**0.04 Ounce (Pack of 1)**

3,378

$**12**00

Save $2.00  with coupon

Get it as soon as **Mon, Aug 30**

FREE Shipping on orders over $25 shipped by Amazon

FREE Shipping on orders over $25 shipped by Amazon

More Buying Choices
$9.00 (3 new offers)







Physicians Formula Super CC Color-Correction + Care CC Cream, Light/Medium 1.2 Ounces, SPF 30

**1.2 Fl Oz (Pack of 1)**

4,307

$15$^{08}$

$14.33 with Subscribe & Save discount

Get it as soon as **Mon, Aug 30**

FREE Shipping on orders over $25 shipped by Amazon

IT Cosmetics Your Skin But Better CC+ Cream, Fair (W) - Color Correcting Cream, Full-Coverage Foundation,...

**1.08 Fl Oz (Pack of 1)**

377

$23$^{74}$ ($23.74/Count) $29.99

Get it **Thu, Sep 2 - Wed, Sep 8**
$5.99 shipping

Revlon Colorstay Creme Eye Shadow, Longwear Blendable Matte or Shimmer Eye Makeup with Applicator Brush in...

**0.18 Ounce (Pack of 1)**

7,333

$6$^{36}$ ($39.75/Ounce) $7.99

Get it as soon as **Mon, Aug 30**

FREE Shipping on orders over $25 shipped by Amazon

More Buying Choices
$3.99 (7 new offers)







L'Oreal Paris Makeup Brilliant Eyes Shimmer Liquid Eye Shadow, Longwearing Lasting Shimmer, Crease Resistant,...

**0.1 Fl Oz (Pack of 1)**

1,309

$8$^{99}$ $9.99

$8.54 with Subscribe & Save discount

Get it as soon as **Tue, Aug 31**

FREE Shipping on orders over $25 shipped by Amazon

More Buying Choices

WENSUNNIE 12 Colors Eyeshadow Stick(2nd Gen Upgraded Rotation) - Double Colors Eye Shadow Stick...

**6 Count (Pack of 1)**

171

$13$^{79}$ $14.95

Save more with Subscribe & Save

Get it as soon as **Tue, Aug 31**

FREE Shipping on orders over $25 shipped by Amazon

Thrive Causemetics Brilliant Eye Brightener - Meiko (Soft Pink Shimmer)

**1 Count (Pack of 1)**

127

$40$^{74}$ ($831.43/Ounce)

FREE Shipping by Amazon
In stock soon.

More Buying Choices
$39.95 (27 new offers)

amazon thrive+ cream soon...

$5.90  (6 new offers)



**Desk Assembly**

$65.00

Pros are available in ZIP 07652



Jolie Waterproof Indelible Creme Eye Shadow 3g (Nude Frost)

**0.1 Ounce (Pack of 1)**

256

$20.00

$19.00 with Subscribe & Save discount

Save 7%  with coupon

Get it as soon as **Tue, Aug 31**

FREE Shipping on orders over $25 shipped by Amazon

Only 13 left in stock - order soon.



NYX Professional Makeup infinite Shadow Stick, Almond, 0.19 Ounce

**0.19 Ounce (Pack of 1)**

140

$10.99

Get it **Wed, Sep 1 - Tue, Sep 7**

FREE Shipping



Beauty For Real Blush + Glo, Coral Crush + Hi Beam - Blush + Highlighter Stick - Cream-to-Powder Mineral Formula -...

**0.32 Ounce (Pack of 1)**

822

$24.00

Get it **Thu, Sep 2 - Wed, Sep 8**

FREE Shipping



Instant FIRMx Temporary Face Tightener, Firm and Smooth the Look of Fine Lines

2,449

Currently unavailable.



KARADIUM Shining Pearl Smudging Eye Shadow Stick, 1.4 g, #9 Rose Gold

**0.05 Ounce (Pack of 1)**

161

$9.60  ($9.60/Count)

Get it as soon as **Fri, Sep 3**

FREE Shipping on orders over $25 shipped by Amazon

Only 6 left in stock - order soon.

More Buying Choices

$9.55  (10 new offers)









5 Colors Eyeshadow Stick Shimmer Glitter Eyeshadow Cream Eyeshadow Stick Metallic Eye Shadow Pencil...

**5 Count (Pack of 1)**

23

$9⁹⁸

Get it as soon as **Mon, Aug 30**

FREE Shipping on orders over $25 shipped by Amazon

Sponsored

Revive Science Eye Cream - Under Eye Cream for Dark Circles and Puffiness with Collagen, Caffeine, Vitamin K...

**0.5 Fl Oz (Pack of 1)**

1,172

$19⁹⁶ ($39.92/Fl Oz) $24.95

Save more with Subscribe & Save
Save $1.00 with coupon

Get it as soon as **Tue, Aug 31**

FREE Shipping on orders over $25 shipped by Amazon

Sponsored

TROIAREUKE Anti-Wrinkle Eye Cream 0.84 oz, Intensive Anti-Aging Eye Cream For Face and Neck | Professional Eye...

$120⁰⁰ ($142.86/Fl Oz)

Get it as soon as **Wed, Sep 1**

FREE Shipping by Amazon

Only 3 left in stock - order soon.



Sponsored

Pure Biology Retinol Moisturizer Cream with Hyaluronic Acid, Vitamins B5, E & Breakthrough Anti Aging...

**1.7 Fl Oz (Pack of 1)**

1,631

$23⁸⁹ ($14.05/Fl Oz)

$21.50 with Subscribe & Save discount

Get it as soon as **Mon, Aug 30**

FREE Shipping on orders over $25 shipped by Amazon



Sponsored

My Perfect Eyes Anti-Ageing Eye Cream Cosmetic Serum - Fights Eye Bags, Fine Lines and Wrinkles - 100...

**1 Count (Pack of 1)**

2,505

$39⁹⁹ ($60.59/Fl Oz) $44.95

Save more with Subscribe & Save

Get it as soon as **Tue, Aug 31**

FREE Shipping by Amazon



Sponsored

Auau Aqua Hyaluron Cream, Big sized, Hyaluronic acid, Ceramide, Panthenol, Skin Barrier Moisturizer, for Dry...

**17.6 Ounce**

$40⁹⁹ ($2.33/Ounce)

Get it as soon as **Tue, Aug 31**

FREE Shipping by Amazon



Sponsored

Living Nature Sensitive Skin Night Moisture Cream

29

$27⁷⁵ ($16.32/Fl Oz)

Get it as soon as **Tue, Aug 31**

FREE Shipping by Amazon

Only 20 left in stock - order soon.

## RELATED SEARCHES

| thrive cosmetics | thrive | thrive eye brightener stick |
|---|---|---|
| thrive defying gravity eye lifting cream | | |

← Previous   **1**   2   3   …   7   Next →

## Brands related to your search

Sponsored



Moisturizers with Hyaluronic Acid and Ceramides

Shop CeraVe ›



Effective Skincare for All Skin Types

Shop EltaMD Skin Care ›

## Need help?

Visit the help section or contact us

Back to top

### Get to Know Us
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices

### Make Money with Us
Sell products on Amazon
Sell apps on Amazon
Become an Affiliate
Become a Delivery Driver
Start a package delivery business
Advertise Your Products
Self-Publish with Us
Host an Amazon Hub

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Secured Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices

› See More Ways to
Make Money

Amazon Assistant

Help

| English | United States |

Amazon Music
Stream millions
of songs

Amazon
Advertising
Find, attract,
and
engage
customers

Amazon Drive
Cloud storage
from Amazon

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook Publishing
Made Easy

Alexa
Actionable
Analytics
for the Web

Sell on Amazon
Start a Selling
Account

Amazon
Business
Everything
For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced
Pros
Happiness
Guarantee

Amazon Ignite
Sell your original
Digital Educational
Resources

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Book
Depository
Books With
Free
Delivery
Worldwide

Box Office Mojo
Find Movie
Box Office Data

ComiXology
Thousands of
Digital Comics

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing,
Quilting
& Knitting

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital & Print
Publishing
Made Easy

Amazon
Photos
Unlimited
Photo Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon
Warehouse
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security
Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors
App
Real-Time
Crime
& Safety
Alerts

Amazon Subscription
Boxes
Top subscription boxes –
right to your door

PillPack
Pharmacy
Simplified

Amazon
Renewed
Like-new
products
you can trust

Amazon Second Chance
Pass it on, trade it in, give
it a second life

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2021, Amazon.com, Inc. or its affiliates

# TRIAL EXHIBIT NO. 115

EXHIBIT

115

Hello
Select your address　　　All ▾　thrive skin

Hello, Sign in
Account & L

All　Best Sellers　Customer Service　Prime ▾　New Releases　Pharmacy　Books　Today's Deals　Fashion

1-48 of over 7,000 results for **"thrive skin"**　　Sort by: Featured

### Eligible for Free Shipping
Free Shipping by Amazon
All customers get FREE Shipping on orders over $25 shipped by Amazon

### Amazon Local Stores
Amazon Fresh
See more

### Climate Pledge Friendly
Climate Pledge Friendly

### Department
Beauty & Personal Care
Makeup
Facial Serums
Face Moisturizers
Beauty Tools & Accessories
See All 22 Departments

### Customer Reviews
& Up
& Up
& Up
& Up

### Brand
Neutrogena
Maybelline New York
REVLON
L'Oreal Paris
Dove

### Price
Under $25
$25 to $50
$50 to $100
$100 to $200
$200 & Above

$ Min　$ Max　Go

### Deals
Today's Deals

### Beauty Product Attributes
Alcohol Free
Ammonia Free
Contains Keratin
Formaldehyde Free
Hypoallergenic
Oil Free
PABA Free
See more

### International Shipping
International Shipping Eligible

### Subscription Options



## Tiege Hanley Men's Skin Care System for Everyday
Shop Tiege Hanley ›



Tiege Hanley Men's Skin Care System - Level 1 | Mens Routine Product Set: F...
3,134



Tiege Hanley Men's Skin Care System - Level 3 | Mens Anti Aging Routine Pro...
3,134



Tiege Hanley Men's Skin Care System Level 2 | Five Amazing Products Inclu...
3,134

Sponsored



Sponsored
Thrive Natural Body Mineral Sunscreen SPF 50, 4 Ounces - Water Resistant Reef Safe Sunscreen with Broad...
**SPF 50 · 4 Ounce (Pack of 1)**
1,662
$20⁹⁵ ($5.24/Ounce)

FREE Shipping on orders over $25 shipped by Amazon
Only 1 left in stock - order soon.



Sponsored
THRIVE Natural Face Moisturizer – Non-Greasy Soothing Facial Moisturizer Lotion for Men & Women...
**2 Fl Oz (Pack of 1)**
475
$15⁹⁵ ($7.98/Fl Oz)
$14.36 with Subscribe & Save discount

Get it as soon as Tue, Aug 31
FREE Shipping on orders over $25 shipped by Amazon



Sponsored
THRIVE Natural Deep Clean Skincare Kit for Men & Women (3 Piece) – Gift Set with Natural Face Scrub, Wash &...
813
$39⁹⁵ ($13.32/Count)
Get it as soon as Tue, Aug 31
FREE Shipping by Amazon







Subscribe & Save Eligible

**New Arrivals**
Last 90 days

**From Our Brands**
Our Brands

**Packaging Option**
Frustration-Free Packaging

**Premium Beauty Selection**
Premium Selection

**Condition**
New
Used

**Availability**
Include Out of Stock

Sponsored

THRIVE Natural Face Wash Gel for Men & Women – Daily Facial Cleanser with Anti-Oxidants & Unique Premium...

**3.38 Ounce**

718

$12^{95} ($3.83/Fl Oz)
$11.66 with Subscribe & Save discount

Get it as soon as **Mon, Aug 30**
FREE Shipping on orders over $25 shipped by Amazon

THRIVE Natural Face Scrub for Men & Women – Exfoliating Face Wash with Anti-Oxidants Improves Skin Texture,...

**3.38 Fl Oz (Pack of 1)**

1,276

$14^{95} ($4.42/Fl Oz)
$13.46 with Subscribe & Save discount

Get it as soon as **Tue, Aug 31**
FREE Shipping on orders over $25 shipped by Amazon

THRIVE Natural Face Wash Gel for Men & Women – Daily Facial Cleanser with Anti-Oxidants & Unique Premium...

**3.38 Ounce**

718

$12^{95} ($3.83/Fl Oz)
$11.66 with Subscribe & Save discount

Get it as soon as **Mon, Aug 30**
FREE Shipping on orders over $25 shipped by Amazon


GEICO. ALUMNI DISCOUNT
YOU COULD SAVE MORE JUST FOR BEING AN ALUM.
START YOUR QUOTE
Sponsored



THRIVE All Natural Face Cream for Sensitive Skin – Facial Moisturizer Restores, Protects Skin & Helps Sooth...

**2 Fl Oz (Pack of 1)**

226

$16^{95} ($8.48/Fl Oz)
$15.26 with Subscribe & Save discount

Get it as soon as **Tue, Aug 31**
FREE Shipping on orders over $25 shipped by Amazon



THRIVE Natural Deep Clean Skincare Kit for Men & Women (3 Piece) – Gift Set with Natural Face Scrub, Wash &...

813

$39^{95} ($13.32/Count)

Get it as soon as **Tue, Aug 31**
FREE Shipping by Amazon



Thrive Causemetics Buildable Blur CC Cream Beige Golden Neutral Undertones 30mL

**Cream · 1 Fl Oz (Pack of 1)**

$36^{00} ($36.00/Fl Oz)

Get it **Tue, Aug 31 - Fri, Sep 3**
FREE Shipping
Only 8 left in stock - order soon.


Look better Live healthier With superplant skincare


Sponsored

THRIVE All Natural Face Cream for Sensitive Skin – Facial Moisturizer Restore...

226

$16^{95} ($8.48/Fl Oz)
$15.26 with Subscribe & Save discount

Get it as soon as **Tue, Aug**

FREE Shipping on orders over $25 shipped by Amazon

Shop the Thrive Natural Care Store on Amazon ›

Shop now

Sponsored




THRIVE Natural Moisturizing Mineral Face Sunscreen SPF 30, 2 Ounces – Lightweight Moisturizer Broad-Spectrum...

**SPF 30 · 2 Fl Oz**

1,662

$24⁹⁵ ($12.48/Fl Oz)
$22.46 with Subscribe & Save discount
Join Prime to save $2.50 on this item

Get it as soon as **Mon, Aug 30**

FREE Shipping on orders over $25 shipped by Amazon

**FSA or HSA eligible**



PetHonesty Allergy SkinHealth - Fish Oil for Dogs with Omegas, DHAGold, Flaxseed, Probiotics for Itch-...

5,975

$29⁹⁹ ($0.33/Count)
$26.99 with Subscribe & Save discount

Get it as soon as **Mon, Aug 30**

FREE Shipping by Amazon



Skin Care Liquid Lash Extensions Mascara, Crystal (Brynn rich black)-0.38oz

**0.38 Fl Oz (Pack of 1)**

3

$39⁹⁵

Get it Wed, Sep 1 - Tue, Sep 7
FREE Shipping

Only 17 left in stock - order soon.



Your Skin But Better CC Cream Oil-Free Matte with SPF 40 - Light Medium

**1.08 Fl Oz (Pack of 1)**

894

$43⁹¹ ($40.66/Fl Oz)

Get it as soon as Tue, Aug 31

FREE Shipping by Amazon
More Buying Choices
$40.50 (7 new offers)

Amazon's Choice



Glo Skin Beauty Cream Stay Shadow Stick

**0.05 Ounce (Pack of 1)**

283

$20⁰⁰ ($20.00/count)
$19.00 with Subscribe & Save discount

Get it as soon as Tue, Aug 31

FREE Shipping on orders over $25 shipped by Amazon



Advanced Keratin for Hair, Skin Nails with Biotin and Collagen, 90 Vegetable Capsules, 30 Servings by...

24

$29⁹⁹ ($29.99/Count)

Get it Wed, Sep 1 - Tue, Sep 7
FREE Shipping

amazon about hover search

Best Seller



**IT Cosmetics Your Skin But Better CC+ Cream, Medium (W) - Color Correcting Cream, Full-Coverage Foundation,...**
**1.08 Fl Oz (Pack of 1)**
13,063

$**33**$^15 $36.40

FREE Shipping by Amazon
More Buying Choices
$32.00 (10 new offers)



**HAN Skincare Cosmetics All Natural Multistick, Rose Berry**
**1 Count (Pack of 1)**
5,268

$**16**$^00 ($80.00/Ounce)
Save more with Subscribe & Save
Get it as soon as Mon, Aug 30
FREE Shipping on orders over $25 shipped by Amazon



**PetHonesty Allergy Support Supplement for Dogs - Omega 3 Salmon Fish Oil, Colostrum, Digestive Prebiotics &...**
22,507

$**25**$^99 ($0.29/Count)
$23.39 with Subscribe & Save discount
Join Prime to save $5.20 on this item
Get it as soon as Mon, Aug 30
FREE Shipping by Amazon



**Julep Cushion Complexion 5-in-1 Skin Perfector Concealer Color Correcting Highlighter Blur & Brightener Foundatio...**
**0.16 Ounce (Pack of 1)**
758

$**7**$^62 $16.00

Get it as soon as Mon, Aug 30
FREE Shipping on orders over $25 shipped by Amazon
More Buying Choices
$7.00 (5 new offers)



**Mens Skin Care Set, Organic Skin Care for Men with Natural Face Wash, Body Wash, Exfoliating Face Scrub and...**
292

$**39**$^87 ($39.87/Count)
$37.88 with Subscribe & Save discount
Get it as soon as Wed, Sep 1
FREE Shipping by Amazon



**TULA Skin Care Rose Glow & Get It Cooling & Brightening Eye Balm | Dark Circle Under Eye Treatment, Instantly...**
**0.35 Ounce (Pack of 1)**
2,805

$**30**$^00 ($85.71/Ounce)
Save more with Subscribe & Save
Get it as soon as Tue, Aug 31
FREE Shipping by Amazon
More Buying Choices
$23.95 (8 new offers)











amazon.com: thrive+skin

Peter Thomas Roth Skin to Die For No-Filter Mattifying Primer & Complexion Perfector, Universal Tint for...

**1 Fl Oz (Pack of 1)**

339

$**32**00 ($32.00/Fl Oz)

Get it as soon as **Mon, Aug 30**
FREE Shipping by Amazon

THRIVE Natural Face Scrub And Natural Face Wash Gel (BUNDLE) - Vegan And Made in USA

4

$**23**95  $27.90

FREE Shipping on orders over $25 shipped by Amazon

PetHonesty 10 in 1 Dog Multivitamin with Glucosamine - Essential Dog Vitamins with Glucosamine...

16,083

$**25**99 ($0.29/Count)
$23.39 with Subscribe & Save discount

Get it as soon as **Mon, Aug 30**
FREE Shipping by Amazon




**Best Seller**

LUXAZA 6 PCS Neutral and Brown Metallic Eyeshadow Stick,Warm to Cool Cream Shimmer Eyeshadow Pencil...

**6 Count (Pack of 1)**

4,156

$**18**99

Save more with Subscribe & Save
Save $2.00  with coupon

Get it as soon as **Mon, Aug 30**
FREE Shipping on orders over $25 shipped by Amazon

Glo Skin Beauty Eye Shadow Quad

**1 Count (Pack of 1)**

25

$**42**00 ($42.00/Count)
Save more with Subscribe & Save

Get it as soon as **Tue, Aug 31**
FREE Shipping by Amazon
Only 10 left in stock - order soon.

Zesty Paws Allergy Immune Supplement for Dogs - with Omega 3 Wild Alaskan Salmon Fish Oil & EpiCor +...

44,405

$**26**97 ($0.30/Count)
$24.27 with Subscribe & Save discount

Get it as soon as **Mon, Aug 30**
FREE Shipping by Amazon





IT Cosmetics Your Skin But Better CC+ Cream, Fair (W) -

Color Correcting Cream, Full-Coverage Foundation,...

Sponsored

THRIVE Natural Face Scrub for Men & Women – Exfoliating Face Wash with Anti-Oxidants

Sponsored

THRIVE Natural Shave Oil for Men, 2Oz (3 Pack) – Replaces Pre-Shave Oils, Shaving

**1.08 Fl Oz (Pack of 1)**

Improves Skin Texture,...

Creams, Gels, and Foams –...

377

**3.38 Fl Oz (Pack of 1)**

555

$23$^{74}$ ($23.74/Count) ~~$29.99~~

1,276

$47$^{95}$ ($7.99/Fl Oz)

Get it Thu, Sep 2 - Wed, Sep 8

$14$^{95}$ ($4.42/Fl Oz)

Save more with Subscribe & Save

$5.99 shipping

$13.46 with Subscribe & Save discount

Join Prime to save $4.80 on this item

Get it as soon as **Tue, Aug 31**

Get it as soon as **Wed, Sep 1**

FREE Shipping on orders over $25 shipped by Amazon

FREE Shipping by Amazon



Sponsored





Image Skincare Vital C Hydrating Repair Creme, 2 oz

TULA Skin Care Instant De-Puff Eye Renewal Serum | Dark Circles Under Eye Treatment, Reduce Puffiness...

TULA Skin Care Glow & Get It Cooling & Brightening Eye Balm | Dark Circle Under Eye Treatment, Instantly Hydrate...

**2 Ounce (Pack of 1)**

**0.5 Fl Oz (Pack of 1)**

**0.35 Ounce (Pack of 1)**

1,386

109

3,426

$75$^{00}$ ($37.50/Ounce)

$58$^{00}$ ($116.00/Fl Oz)

$28$^{00}$ ($28.00/Count)

Get it as soon as **Mon, Aug 30**

Get it **Fri, Sep 3 - Mon, Sep 13**

Get it **Fri, Sep 3 - Mon, Sep 13**

FREE Shipping by Amazon

FREE Shipping

FREE Shipping



Best Seller





Julep Eyeshadow 101 Crème to Powder Waterproof Eyeshadow Stick, Rose Shimmer

Lip Collagen: Rescue Peptide & Stem Cell Complex, .25oz

The Missing Link Supplements with Balanced Omegas and Heart Healthy Fresh Ground Flaxseed in Unique Formulas...

**1 Count (Pack of 1)**

**0.25 Ounce (Pack of 1)**

14,894

3,746

1,524

$15$^{00}$

$19$^{94}$ ($79.76/Fl Oz) ~~$24.99~~

Get it as soon as **Tue, Aug 31**

Get it as soon as **Thu, Sep 2**

FREE Shipping on orders over $25 shipped by Amazon

$3.36 shipping







TULA Skin Care Face Filter Blurring and Moisturizing Primer | Smoothing Face Primer, Evens the Appearanc...

**1 Fl Oz (Pack of 1)**

2,516

$**34**$00 ($34.00/Fl Oz)

Save more with Subscribe & Save

Get it as soon as **Mon, Aug 30**

FREE Shipping by Amazon

THRIVE Natural Face Scrub And Soothing Face Moisturizer (BUNDLE) - Vegan And Made in USA

2

$**25**$95 $30.90

FREE Shipping by Amazon

Neutrogena Healthy Skin Brightening Eye Perfector Broad Spectrum Spf 25, Under Eye Concealer, Light 10, .17...

**Stick · 0.17 Ounce (Pack of 1)**

415

$**11**$99 $14.49

Get it as soon as **Tue, Aug 31**

FREE Shipping on orders over $25 shipped by Amazon

More Buying Choices

$11.51 (5 new offers)



Best Seller





Dr. Jeff's Daily Canine Care, Vet-Formulated Powder Supplement for Dogs, with 10 Strains of Probiotics and L-...

826

$**48**$00 ($25.95/Ounce)

$43.20 with Subscribe & Save discount

Get it as soon as **Tue, Aug 31**

FREE Shipping by Amazon

BOOM! by Cindy Joseph Cosmetics Boomstick Color - Lip & Cheek Tint Makeup Sticks for Older Women &...

**1 Count (Pack of 1)**

2,222

$**28**$00

$25.20 with Subscribe & Save discount

Get it as soon as **Tue, Aug 31**

FREE Shipping by Amazon

Probiotic Action® Breakthrough probiotic Technology for Your Skin. Acne Treatment. Eczema and...

**1.7 Fl Oz (Pack of 1)**

243

$**18**$95 ($11.21/Fl Oz)

Save more with Subscribe & Save

Get it as soon as **Tue, Aug 31**

FREE Shipping on orders over $25 shipped by Amazon









Fifth & Skin NATURLASH
Natural Mascara (BLACK) -
Hypoallergenic Mascara for
Sensitive Eyes – Vegan &...

**1 Count (Pack of 1)**

1,391

$24⁹⁵
$22.75 with Subscribe & Save
discount

Get it as soon as **Fri, Sep 3**
FREE Shipping
More Buying Choices
$23.95  (2 new offers)

Desk Assembly

$65⁰⁰

Pros are available in ZIP 07652

Liquid I.V. Hydration Multiplier
- Passion Fruit - Hydration
Powder Packets | Electrolyte
Supplement Drink Mix | Low...

**16 Count (Pack of 1)**

40,486

$24⁹⁹ ($2.77/Ounce)
$23.74 with Subscribe & Save
discount

Get it as soon as **Mon,
Aug 30**
FREE Shipping on orders over $25
shipped by Amazon
More Buying Choices
$18.94  (7 new offers)







IT Cosmetics Your Skin But
Better CC+ Cream
Illumination, Light (W) - Color
Correcting Cream, Full-...

**1.08 Fl Oz (Pack of 1)**

3,164

$33⁹⁵

FREE Shipping by Amazon
In stock soon.

THRIVE Natural Shave Oil for
Men, 2Oz (3 Pack) – Replaces
Pre-Shave Oils, Shaving
Creams, Gels, and Foams –...

555

$47⁹⁵ ($7.99/Fl Oz)
Save more with Subscribe & Save
Join Prime to save $4.80 on this
item

Get it as soon as **Wed,
Sep 1**
FREE Shipping by Amazon

NaturVet All-in-One Dog
Supplement - for Joint
Support, Digestion, Skin, Coat
Care – Dog Vitamins, Mineral...

6,097

$20⁹⁹ $23.80

Get it as soon as **Mon,
Aug 30**
FREE Shipping on orders over $25
shipped by Amazon







Jolie Waterproof Indelible
Creme Eye Shadow 3g (Nude
Frost)

BestLife4Pets Healthy Skin
and Allergy Relief for Cats -
All-Natural Supplement

LUXAZA 3Pcs Neutral Brown
Eyeshadow Stick Set, Metallic
And Shimmer Creamy Eye

0.1 Ounce (Pack of 1)

256

$20⁰⁰
$19.00 with Subscribe & Save discount

Save 7% with coupon

Get it as soon as Tue, Aug 31

FREE Shipping on orders over $25 shipped by Amazon

Only 13 left in stock - order soon.

Relieves Pet Allergies -...

553

$27⁹⁹ ($0.06/Count)
Save more with Subscribe & Save

Get it as soon as Tue, Aug 31

FREE Shipping by Amazon

Shadow Pen, High Pigmente...

3 Count (Pack of 1)

381

$9⁹⁹

Save more with Subscribe & Save

Get it as soon as Tue, Aug 31

FREE Shipping on orders over $25 shipped by Amazon

Best Seller



24K Gold Eye Mask– 20 Pairs - Puffy Eyes and Dark Circles Treatments – Look Less Tired and Reduce Wrinkles and Fin...

10,814

$19⁹⁹ ($1.00/Count)
$17.99 with Subscribe & Save discount

Save 5% with coupon

Get it as soon as Mon, Aug 30

FREE Shipping on orders over $25 shipped by Amazon



Dermablend Loose Setting Powder, Face Powder Makeup & Finishing Powder for Light, Medium & Tan Skin Tones,...

1 Ounce (Pack of 1)

6,373

$29⁰⁰ ($29.00/ounce)
$27.55 with Subscribe & Save discount

Get it as soon as Mon, Aug 30

FREE Shipping by Amazon



Nature's Bounty Optimal Solutions Extra Strength, 150 Count

Softgels · 150 Count

30,978

$10⁸⁹ $18.19
$10.35 with Subscribe & Save discount

Get it as soon as Mon, Aug 30

FREE Shipping on orders over $25 shipped by Amazon

More Buying Choices
$10.35 (21 new offers)



Harvest Natural Beauty - Quick-Stick Organic Cheek Tint - Organic Cream Blush - 100% Natural and Certified...

167

$20⁰⁰ ($111.11/Ounce)

Get it Tue, Aug 31 - Wed, Sep 1



Sponsored

Cardani Latex Free Secure Hold Glue False Eyelash Eyebrow Adhesive. (1 Pack)

2,999

$6⁹⁹
Save more with Subscribe & Save



Sponsored

Revision Skincare Soothing Facial Rinse, 6.7 Fl oz

6.7 Fl Oz (Pack of 1)

142

$36⁰⁰ ($5.37/Fl Oz)
Save more with Subscribe & Save

FREE Shipping

e 5% on 2 select item(s)

Get it as soon as **Tue, Aug 31**

FREE Shipping on orders over $25 shipped by Amazon

Get it as soon as **Mon, Aug 30**

FREE Shipping by Amazon







Sponsored

**Revision Skincare Brightening Facial Wash, 6.7 Fl oz**

**6.7 Fl Oz (Pack of 1)**

1,761

$36⁰⁰ ($5.37/Fl Oz)

Save more with Subscribe & Save

Get it as soon as **Mon, Aug 30**

FREE Shipping by Amazon

Sponsored

**SeeMe Beauty Moisturizer and Beauty Serum Trial Size Skincare Set, Travel Kit, Face Moisturizer (15 g) & Smooth...**

52

$30⁰⁰ ($30.00/Count)

Get it **Thu, Sep 2 - Tue, Sep 7**

FREE Shipping

Sponsored

**Meaningful Beauty Anti-Aging Daily Skincare System with Crème de Serum**

1,917

$50⁰⁰ ($16.67/count)

Get it as soon as **Tue, Aug 31**

FREE Shipping by Amazon

← Previous   **1**   2   3   ...   7   Next →

## Brands related to your search

Sponsored



**Effective Skincare for All Skin Types**

Shop EltaMD Skin Care ›



**Make a new criteria of beauty**

Shop Make a new criteria

## Need help?

Visit the help section or contact us

Back to top

**Get to Know Us**

Careers

Blog

About Amazon

Sustainability

**Make Money with Us**

Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

**Amazon Payment Products**

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Secured Card

**Let Us Help You**

Amazon and COVID-19

Your Account

Your Orders

Press Center

Investor Relations

Amazon Devices

Become a Delivery Driver

Start a package delivery business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Ways to Make Money

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

English

United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions of songs | Amazon Advertising<br>Find, attract, and engage customers | Amazon Drive<br>Cloud storage from Amazon | 6pm<br>Score deals on fashion brands | AbeBooks<br>Books, art & collectibles | ACX<br>Audiobook Publishing Made Easy | Alexa<br>Actionable Analytics for the Web |
| Sell on Amazon<br>Start a Selling Account | Amazon Business<br>Everything For Your Business | Amazon Fresh<br>Groceries & More Right To Your Door | AmazonGlobal<br>Ship Orders Internationally | Home Services<br>Experienced Pros Happiness Guarantee | Amazon Ignite<br>Sell your original Digital Educational Resources | Amazon Web Services<br>Scalable Cloud Computing Services |
| Audible<br>Listen to Books & Original Audio Performances | Book Depository<br>Books With Free Delivery Worldwide | Box Office Mojo<br>Find Movie Box Office Data | ComiXology<br>Thousands of Digital Comics | DPReview<br>Digital Photography | East Dane<br>Designer Men's Fashion | Fabric<br>Sewing, Quilting & Knitting |
| Goodreads<br>Book reviews & recommendations | IMDb<br>Movies, TV & Celebrities | IMDbPro<br>Get Info Entertainment Professionals Need | Kindle Direct Publishing<br>Indie Digital & Print Publishing Made Easy | Amazon Photos<br>Unlimited Photo Storage Free With Prime | Prime Video Direct<br>Video Distribution Made Easy | Shopbop<br>Designer Fashion Brands |
| Amazon Warehouse<br>Great Deals on Quality Used Products | Whole Foods Market<br>America's Healthiest Grocery Store | Woot!<br>Deals and Shenanigans | Zappos<br>Shoes & Clothing | Ring<br>Smart Home Security Systems | eero WiFi<br>Stream 4K Video in Every Room | Blink<br>Smart Security for Every Home |
| | Neighbors App<br>Real-Time Crime & Safety Alerts | Amazon Subscription Boxes<br>Top subscription boxes – right to your door | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Like-new products you can trust | Amazon Second Chance<br>Pass it on, trade it in, give it a second life | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2021, Amazon.com, Inc. or its affiliates