1  Stephen McArthur (SBN 277712)
   stephen@smcarthurlaw.com
2  Thomas Dietrich (SBN 254282)
   tom@smcarthurlaw.com
3  THE MCARTHUR LAW FIRM, P.C.
   9465 Wilshire Blvd., Ste. 300
4  Beverly Hills, CA 90212
   Telephone: (323) 639-4455
5
   *Attorneys for Plaintiff Thrive*
6  *Natural Care, Inc.*

7

8

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11

12  THRIVE NATURAL CARE, INC.,        | Case No. 2:20-CV-9091-PA-AS

13              Plaintiff,            | **DIRECT EXAMINATION TRIAL DECLARATION OF DAVID DREWS**

14       v.

15  THRIVE CAUSEMETICS, INC.,         | **Judge:** Hon. Percy Anderson
                                       | **Trial Date**: November 9, 2021
16              Defendant.            | **Courtroom:** 9A

17                                     | **PUBLIC REDACTED VERSION OF DOCUMENT FILED UNDER SEAL**

18

19       David Drews, upon his oath and subject to the penalty of perjury, declares as

20  follows:

21       1.    I make this Declaration containing my direct examination testimony in

22  support of Plaintiff Thrive Natural Care, Inc. ("Thrive") in the bench trial against

23  Defendant Thrive Causemetics, Inc. ("TCI"). I am over 18 years of age. The

24  matters set forth herein are of my own personal knowledge if called upon to testify

25  as to such matters, I could and would do so.

26       **A.    Expert Credentials**

27       2.    I am the founder and president of IPmetrics LLC, an intellectual

28  property consulting firm based in San Diego, California, which specializes in the

DAVID DREWS DIRECT EXAM.
TRIAL DECLARATION
Case No. 2:20-CV-09091-PA-AS

strategic analysis, valuation, and expert witness assessment of the full spectrum of intellectual property and intangible assets. IPmetrics was founded in 2000 to help clients establish and build the value of their intellectual property. The firm is headquartered in San Diego, California and serves clients throughout the global economy. Prior to founding IPmetrics, I was Director of Valuation at CONSOR Intellectual Asset Management.

3.     I am an intellectual property consultant and have over 30 years' experience as a financial analyst, primarily concentrated in valuing intellectual property, including trademarks, trade dress, copyrights, patents, rights of publicity, know-how, trade secrets, and domain names, among others. I have performed valuations on assets as diverse as apparel, financial services, retail, automotive, processed food, non-profit organization, sports, and consumer brand trademarks; mechanical, chemical, and electrical patents, processes and trade secrets; customer lists; non-compete agreements; and entertainment industry characters, trademarks and copyrights. I have also been called upon to calculate damages related to infringement of intellectual property in numerous litigation and arbitration proceedings.

4.     Prior to concentrating on intellectual property, I was responsible for the analysis and valuation of a broad range of credit applicants and investment vehicles for California Commerce Bank. Before joining California Commerce Bank, I performed investment research at William O'Neil & Co.  My responsibilities at O'Neil included in-depth analyses of companies in many different industries, including pharmaceuticals, retail, processed foods, apparel, biotechnology, computer software, financial services, and scientific instruments, among others.  I hold a Bachelor of Science degree in business administration / economics from the University of Nebraska.  In addition, I hold the Certified Licensing Professional (CLP) designation, which indicates a demonstrated level of experience, proficiency and knowledge surrounding intellectual property licensing,

commercialization, and valuation.

5.      In addition to publishing articles for numerous journals, industry publications and websites, I am a frequent lecturer on IP valuation issues, including CLE-accredited presentations that focus on trademark infringement damages. I have taught several courses for intellectual property valuation and related topics, including the Intellectual Property Damages course for the National Association of Certified Valuation Analysts and a Monetary Remedies in Trademark Cases seminar for the University of San Diego School of Law. I have served on the Valuation and Taxation Committee and the Trademarks Committee of the Licensing Executives Society (USA & Canada) and as Chair on the IP Valuation Committee of Licensing Executives Society International. I have also served on the Famous and Well-known Marks Committee of the International Trademark Association (INTA). I currently serve as Editor of *les Nouvelles*, a journal dedicated to intellectual property and licensing matters.

6.      I regularly give seminars and professional instruction on intellectual property valuation, including numerous Continuing Legal Education courses, conducting a regular IP Valuation Workshop with the Licensing Executives Society, and serving as a guest instructor at the NASA Langley Research Center on valuation of intellectual property. Over the years I have given dozens of presentations on intellectual property damages and valuation, which are described in more detail in my *Curriculum Vitae*, which is attached hereto.

7.      I have published articles relating to valuing intellectual property and damages for trademark cases in publications including *les Nouvelles*, *Intellectual Property Today*, and *Total Licensing*.

8.      I have testified both at trial and in depositions on many occasions in litigation and arbitration involving damage calculations and valuation of trademarks, patents, copyrights, trade secrets, trade dress and rights of publicity, and have been accepted by numerous courts as an expert witness in this regard. A

1   more detailed listing of my experience and credentials, as well as cases in which I

2   have testified and my publications and presentations, is set forth in the attached CV.

3         **B.**      <u>**Background to Damages Analysis**</u>

4         9.      I was asked to render opinions on the appropriate level of damages to

5   be awarded to Plaintiff Thrive for the unauthorized use of the THRIVE trademarks

6   by Defendant TCI. For the purposes of my analysis, it is assumed that liability will

7   be established at trial. Therefore, my opinions are intended to serve as guidance to

8   the finder of fact regarding the monetary damages that should be awarded to

9   Thrive.

10         10.     It is my understanding that Thrive has alleged TCI's infringing

11   products include: (a) products which TCI agrees are considered skincare products;

12   and (b) products that TCI has advertised as skincare products, but which can be

13   considered hybrid makeup-and-skincare products, including the Buildable Blur CC

14   Cream and Filtered Effects Blurring Primer. I refer to these products collectively as

15   the "Infringing Skincare Products" and refer to the hybrid products separately as the

16   "Hybrid Products."

17         11.     In the process of drawing my conclusions and developing my opinions,

18   I reviewed Thrive's First Amended Complaint and incorporated documents, TCI's

19   Answer, applicable portions of the document production from both parties, relevant

20   websites, deposition transcripts and their associated exhibits, and financial

21   information for both parties. I have also performed independent research on the

22   skincare industry, as well as licensing and other royalty-based agreements related to

23   similar products. This information provides the basis for my analysis and

24   conclusions.

25         12.     For my damages analysis, I relied on financial data produced by TCI in

26   the form of spreadsheets as well as product lists and pricing information. These

27   documents have been marked as <u>Trial Exhibits 2, 4, 38, and 345</u>, true and correct

28   copies of which are attached hereto.

DAVID DREWS DIRECT EXAM.
TRIAL DECLARATION
Case No. 2:20-CV-09091-PA-AS

13.     I also based my opinions and analysis on the deposition testimony of Ned Menninger, TCI's CFO, in a Rule 30(b)(6) deposition taken May 27, 2021. A true and correct copy of Mr. Menninger's deposition transcript is attached hereto. Specifically, Mr. Menninger testified to the creation of the financial data spreadsheets containing TCI's revenue information, which I relied upon, and which products TCI considers to be skincare products. *See* Menninger 30(b)(6) Depo. at 67:16-71:11.

## C.     Disgorgement of TCI's Profits

14.     I understand that, in assessing profits for disgorgement, "the plaintiff shall be required to prove defendant's sales only; defendant must prove all elements of cost or deduction claimed." 15 U.S.C. § 1117(a).

15.     In drawing my opinions, I utilized the documentation provided by TCI as noted above. It identified revenues associated with the Infringing Skincare Products as well as various claimed expense categories such as advertising and fulfillment fees. Using that source information, I utilized the revenue and relevant cost information to determine the gross profits that were associated in various time frames, 2018, 2019, 2020, and through May 31, 2021.[1]

16.     Based on documentation from TCI, I calculated the amount of TCI's gross profits by subtracting the cost of goods sold and direct expenses consisting of fulfillment, merchant fees, Shopify commissions, and advertising expenses from total revenues on sales of these products, all as reported by TCI. I accepted at face value the reported cost of goods sold ("COGS") and other direct expenses from TCI and did not reduce or modify those amounts as stated by TCI in my calculations. However, as explained in detail below, I did not deduct the expenses labeled as "Other Overhead" because those expenses are not properly deductible.

---

[1] My analysis is based on TCI's sales data provided through May 31, 2021. I understand that Thrive has requested that TCI update its revenue data for more recent months. To date, TCI has failed to supplement its revenue information. If TCI provides updated information for June 2021 to the present, I will update my analysis to accommodate the new information.

17.     TCI's claims its net revenue from sales of Infringing Skincare Products between 2018 through May 31, 2021, is $60,502,023. This number is not disputed.

18.     It is also undisputed that TCI's total cost of goods sold, advertising expenses, merchant fees, and Shopify fees for the Infringing Skincare Products totals to $38,977,643.

19.     It is my opinion that TCI's incremental operating profits are equal to its net revenue minus its cost of goods sold, advertising expenses, merchant fees, and Shopify fees.

20.     Accordingly, based on the above undisputed numbers, and my review and analysis of documents and testimony from Defendant TCI, I determined that TCI's incremental operating profits on sales of all Infringing Skincare Products from 2018 through May 31, 2021, are $21,524,380.

21.     Of total incremental operating profits, I determined that $11,698,497 in profits are attributable to the sales of Thrive-branded products that TCI itself defines as skincare products.

22.     The remaining $9,825,883 in profits are attributable to sales of the two Hybrid Products: Buildable Blur CC Cream and Filtered Effects Blurring Primer. That is comprised of $8,703,010 in profits on sales of Buildable Blur CC Cream, which was launched in 2018, and $1,122,873 in profits on sales of Filtered Effects Blurring Primer, which was launched in 2020.

**D.     Deductible Expenses**

23.     I understand, as noted above, that it is TCI's burden to prove that any additional claimed expenses are properly deducted from the incremental operating profits.

24.     However, I will explain here that, from an analysis of the financial data provided by TCI and deposition testimony from TCI's CFO, Mr. Menninger, I determined that it was not proper to deduct any further expenses from the

incremental operating profits amounts identified above.

25.     There is no indication in the material provided by TCI that any of its additional expenses and costs included in the "Other Overhead" category of costs were of actual assistance in the production, distribution, or sale of the infringing products.

26.     I understand that, in the Ninth Circuit, a defendant may only deduct certain claimed costs if it proves that such costs were of actual assistance in the production, distribution, or sale of the infringing product. As such, it is my understanding that a "pure allocation" of overhead costs based on percentage of revenue is not permissible and has been specifically rejected by the Ninth Circuit. In other words, a defendant must provide evidence of the actual amount of overhead expenses attributable to the production, distribution, and sale of each infringing product, rather than merely allocating a percentage of its total company-wide expenses to a product based on the percentage of revenue that product produced.

27.     By way of example, consider a company that sells Product A, which costs $10 to manufacture, distribute, and sell. The company also sells Products B and C, which each cost $20 to manufacture, distribute, and sell. However, Product A has a higher markup and, assuming the same quantities of each product are sold, Product A comprises 50% of the company's total revenue whereas Products B and C combined comprise the other 50% of revenue. Under a pure allocation of expenses, the company would assign 50% of its total expenses to Product A. The problem is that such a revenue-based allocation leads to Product A being assigned a much higher proportion of expenses than the actual expenses that went into making, distributing, and selling that product. Though the actual expenses incurred in relation to Product A are much lower than Products B and C, the pure allocation causes a much higher amount of expenses to be associated with Product A.

28.     From a review of TCI's revenue data and the testimony of Mr.

Menninger, I determined that the claimed "Other Overhead" expenses listed for each of the Infringing Skincare Products were allocated by TCI on a "percentage of revenue" or "pure allocation" basis. Rather than calculating actual overhead expenses attributable to each product, TCI has allocated a percentage of its total expenses to each product based on the percentage of revenue that product produced. *See* Menninger Depo. at 55:8-58:7, 63:17-66:20, 72:12-22; 76:4-77:9.

29.    While TCI included various costs in its financial data with amounts allegedly tied to each skincare product, those costs include a wide variety of items such as rent, travel, employee costs, public relations, bank or consulting fees, legal fees, charitable donations, and income taxes. According to Mr. Menninger's testimony, those expenses bear no relation to the actual costs of production or sale of any particular product. Rather, the expenses were merely allocated to each product on a percentage basis based on the percentage of revenue each product brought in as compared to the company-wide revenue total.

30.    For instance, if, hypothetically, TCI's revenue from sales of "Defying Gravity Eye Lifting Cream" in 2020 totaled 2% of TCI's company-wide revenue for 2020, Mr. Menninger testified that TCI would allocate 2% of "Other Overhead" expenses to that product. That is a standard "pure allocation" that is not tied specifically to the costs to produce, distribute, or sell any particular product.

31.    From my review, TCI has not provided any evidence that the other claimed expenses such as charitable donations, taxes, entertainment, etc. were "of actual assistance" in the production, distribution, or sale of the Infringing Skincare Products, as opposed to the variety of other, non-infringing products TCI sells. As such, I determined that it was not appropriate to deduct the claimed "Other Overhead" expenses from the incremental operating profits calculations provided above, which already took into consideration the COGS and other direct expenses for the Infringing Skincare Products.

32.    It is therefore my opinion that, if the Court finds TCI liable for

trademark infringement or false designation of origin under the Lanham Act, it is appropriate that TCI be ordered to disgorge $21,524,380 in profits on sales of Infringing Skincare Products, which already takes into account TCI's claimed direct expenses, without any additional deduction of "Other Overhead" expenses.

33.     If the Court finds in favor of Thrive on liability but determines that the Hybrid Products are not considered to fall within the category of Infringing Skincare Products, it is appropriate that TCI be ordered to disgorge $11,698,497 in profits on sales of products that TCI acknowledges are skincare products.

### E.     Profits Attributable to Infringement

34.     I understand that it would be TCI's burden to prove that any profits on sales of the Infringing Skincare Products were attributable to factors unrelated to infringement. In my review of the testimony from TCI's expert on this subject, Karl Schulze, TCI has failed to meet that burden and improperly relied on evidence that fails to contain any support for TCI's position.

35.     Specifically, the *only* evidence Mr. Schulz relies on to state an opinion that TCI's profits were not attributable to infringement has been marked as Trial Exhibit 380, a copy of which is attached hereto. This is an email from an outside marketing consultant, Phil Segal, to Thrive's CEO, Alex McIntosh. In the email, Mr. Segal restates some of the content from an interview with TCI's CEO, Karissa Bodnar, that was published on a website called www.beautyindependent.com. The article has been marked as Trial Exhibit 142 pp. 1-14, a true and correct copy of which is also attached hereto.

36.     The article that is marked as Trial Exhibit 142 is an interview with Ms. Bodnar for a beauty website. She is asked questions in writing, and they are answered in writing. She is not under oath and there is no reason to believe her statements are accurate or even were actually provided by her, as opposed to TCI's marketing team. In the email marked as Trial Exhibit 380, the outside consultant, Mr. Segal, simply summarizes in bullet points what TCI's CEO allegedly said in an

interview. That is the sole evidence on which TCI relies to contend its profits were not attributable to its infringing use of the THRIVE mark.

37.     TCI's expert, Mr. Schulze, has not offered his own opinion on the matter or conducted any independent or additional analysis. My understanding is that Mr. Schulze testified that he "does not know" what percentage of TCI's profits are attributable to its Thrive Causemetics brand name and that he claimed that he did no independent analysis to determine what the drivers of TCI's sales and profits are.

38.     I have no reason to believe that Phil Segal has expertise in trademark use or valuation or even had any knowledge of TCI beyond what he read in the article.

39.     In my view, it is improper for Mr. Schulze to rely on the summary by Mr. Segal of the written interview of Ms. Bodnar as evidence that TCI's commercial success is attributable to anything but its infringement of the THRIVE mark—which forms the basis of TCI's entire brand.

40.     Indeed, it is notable that in the article publishing the interview with Ms. Bodnar, TCI is referred to as "Thrive" alone, without "Causemetics" many times. For example, on the first page Ms. Bodnar is referred to as the "29-year-old founder of Thrive." The first sentence of the next paragraph states "Thrive is perhaps the beauty industry's most low-key breakout brand." If anything, this article demonstrates the importance to TCI of using the word "Thrive" in its brand.

### F.     Disgorgement Amount is Appropriate

41.     I understand that it is TCI's burden to prove that a disgorgement award is a penalty, rather than serving the permissible purposes of compensation, preventing unjust enrichment, and deterrence of similar actions by others. While I reserve the right to provide testimony on this subject in rebuttal, I provide some additional information below.

42.     As an initial point, TCI's revenue from sales of Infringing Skincare

Products has been far higher than its profits, totaling $60,502,023 in about two years of sales, from late 2018 through May 31, 2021. *See* Trial Exs. 38, 345.

43.   Furthermore, I understand that for the entire period of the infringing sales, TCI knew of Thrive's registered trademarks for the THRIVE mark in relation to skincare products.

44.   In addition, I note that TCI has advertised the Infringing Skincare Products very heavily. TCI claims that it has spent $23,186,109 to advertise these products from 2018 through May 31, 2021. *See* Trial Exs. 38, 345. That amount of spending to advertise demonstrates that TCI itself values its brand highly, and that brand incorporates the entire THRIVE mark.

45.   The plaintiff, Thrive, also values the THRIVE brand highly. I note that, from 2018 to 2020, Thrive spent more than $660,000 on advertising the THRIVE brand, as shown in <u>Trial Exhibit 327</u>, which is a true and correct copy of a summary of Thrive's financial statements from 2013-2020. Moreover, I understand that Thrive is a successful Public Benefit Corporation with increased growth and revenue year-over-year, achieving over $1 million sales in 2020 and being on track to double 2020 revenue by the end of 2021. Thrive's 2021 revenue and future projections are contained in <u>Trial Exhibit 227</u>, which is attached hereto.

46.   From my review, every one of Thrive's skincare products bears the THRIVE mark, and that brand is the lifeblood of the company. This is therefore not a situation where a minor mark for a secondary product name or the like has been infringed. This case involves infringement of the primary brand of plaintiff Thrive, which significantly affects the value of the THRIVE mark.

47.   In addition, I understand the Court can take into account the value of deterrence in addition to unjust enrichment.

48.   The disgorgement amount cited above would also serve the permissible purposes of preventing unjust enrichment to TCI—which sold over $60 million in Infringing Skincare Products—and deterring willful infringement by

others.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 25, 2021, at Philadelphia, Pennsylvania.

_____
David Drews

# CERTIFICATE OF SERVICE

Case Name: *Thrive Natural Care, Inc. v. Thrive Causemetics, Inc.*
Case No.: 2:20-cv-9091-PA-AS

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, declare under penalty of perjury that I am a citizen of the United States over 18 years of age. My business address is 9465 Wilshire Blvd., Ste. 300, Beverly Hills, CA 90212. I am not a party to the above-entitled action.

I have caused service of the following documents, described as:

**DIRECT EXAMINATION TRIAL DECLARATION OF DAVID DREWS**

on the following parties by electronically filing the foregoing on October 26, 2021, with the Clerk of the District Court using its ECF System, which electronically notifies them.

Rollin Ransom (SBN 196126)         *Attorneys for Defendant*
rransom@sidley.com
Ryan Stasell (SBN 307431)
rstasell@sidley.com
Paula Salazar (SBN 327349)
psalazar@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth St., Ste. 4000
Los Angeles, CA 90013

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date:   10/26/2021             By:   */s/ Thomas Dietrich*
                                     Thomas Dietrich

# David Drews CV



## DAVID DREWS, CLP
## PRESIDENT

 David Drews is founder and president of IPmetrics® LLC, an intellectual property consulting firm.  Prior to that, he served as Director of Valuation at CONSOR Intellectual Asset Management. Mr. Drews has accumulated over thirty years' experience as a financial analyst, primarily concentrated in valuing intellectual property of all types, including trademarks, copyrights, patents, know-how, trade secrets and rights of publicity. His valuation experience includes projects involving use of the assets as collateral, transaction due diligence, joint venture negotiations, licensing, transfer pricing and bankruptcy / reorganization.

Mr. Drews has performed valuations on assets as diverse as apparel, financial services, retail, automotive, processed food, non-profit organizations, sports and consumer brand trademarks; mechanical, chemical and electrical patents, processes and trade secrets; customer lists; non-compete agreements; and entertainment industry characters, trademarks and copyrights. Mr. Drews has also been called upon to calculate damages related to infringement of intellectual property in numerous litigation and arbitration proceedings.

Prior to concentrating on intellectual property, Mr. Drews was responsible for the analysis and valuation of a broad range of credit applicants and investment vehicles for California Commerce Bank. Before joining California Commerce Bank, he performed investment research at William O'Neil & Co. His responsibilities at O'Neil included in-depth analyses of companies in many different industries, including pharmaceuticals, retail, processed foods, apparel, biotechnology, computer software, financial services and scientific instruments, among others. Mr. Drews holds a Bachelor of Science degree in business administration / economics from the University of Nebraska.  In addition, Mr. Drews holds the Certified Licensing Professional (CLP) designation, which indicates a demonstrated level of experience, proficiency and knowledge surrounding intellectual property licensing, commercialization and valuation.

In addition to regularly publishing articles for numerous journals, industry publications and websites, Mr. Drews is a frequent lecturer on IP valuation issues. He has taught several courses for intellectual property valuation and related topics, including the *Intellectual Property Valuation Workshop* for the Licensing Executives Society, the *Intellectual Property Damages* course for the National Association of Certified Valuation Analysts and the *Valuation of Intellectual Property* course offered by the National Technology Transfer Center.

Mr. Drews currently serves as editor of *les Nouvelles* and previously served on the Famous and Well-Known Marks Committee of the International Trademark Association.  In the past, he has served on the Valuation and Taxation Committee and the Trademarks Committee of the Licensing Executives Society USA/Canada and was Co-Chair on the Intellectual Property Valuation Committee of Licensing Executives Society International.

Mr. Drews founded IPmetrics in 2000 to help clients establish and build the value of their intellectual property. The firm is headquartered in San Diego, California and serves clients throughout the global economy.



David Drews
Qualifications and Experience
Page 2

**PROFESSIONAL INSTRUCTION**

- Continuing Legal Education – Instructor
    *Courses:  Intellectual Property Valuation Techniques*
    *Monetary Remedies in Patent Litigation*
    *Monetary Remedies in Trademark Cases*
    *10 Common Mistakes in IP Valuation / Damages Reports*
    *Brand Valuation*

- Licensing Executives Society – Instructor
    *Course:  IP Valuation Workshop*

- University of San Diego School of Law – Guest Instructor
    *Course:  Monetary Remedies in Trademark Cases*

- NASA Langley Research Center – Guest Instructor
    *Course:  Valuation of Intellectual Property*

- National Association of Certified Valuation Analysts (NACVA) – Past Instructor
    *Course:  Intellectual Property: Calculating Damages and Lost Profits*

- National Technology Transfer Center – Past Instructor
    *Course:  Valuation of Intellectual Property*


**SPEECHES AND PRESENTATIONS**

- *les Nouvelles Live! (September 2021 Issue Edition)*; LESI Webinar; October 2021 – Global Video Feed

- *les Nouvelles Live! (June 2021 Issue Edition)*; LESI Webinar; July 2021 – Global Video Feed

- *YMC "Ultimate Champion" Discussion*; LESI Virtual Annual Meeting; May 2021 – Global Video Feed

- *les Nouvelles Live! (March 2021 Issue Edition)*; LESI Webinar; March 2021 – Global Video Feed

- *les Nouvelles Live! (December 2020 Issue Edition)*; LESI Webinar; January 2021 – Global Video Feed

- *les Nouvelles Live! (September 2020 Issue Edition)*; LESI Webinar; September 2020 – Global Video Feed

- *Monetary Remedies in Trademark Cases*; University of San Diego School of Law; March 2019 – San Diego, CA

- *10 Common Mistakes in IP Valuation/Damages Reports*; Kilpatrick Townsend & Stockton In-house CLE; September 2018 – San Francisco, CA

- *10 Common Mistakes in IP Valuation/Damages Reports*; Wilson Elser Moskowitz Edelman & Dicker In-house CLE; July 2018 – Nationwide Video Feed



- *Select IP Damages Issues: Patents, Trademarks, Counterfeits*; BakerHostetler In-house CLE; July 2018 – New York, NY

- *Enter the Experts: Tips and Tools for Identifying Effective Expert Witnesses*; American Bar Association Regional CLE Workshop; September 2017 – Los Angeles, CA

- *Monetary Remedies in Trademark Cases*; University of San Diego School of Law; April 2017 – San Diego, CA

- *Brand Valuation*; 12:30 Club; May 2016 – La Jolla, CA

- *Gain a Competitive Advantage and Maximize the Value of your Deals: Investigating Current Trends in Licensing*; LES USA & Canada Webinar; April 2016 – Abila.com

- *Current Issues in Valuing Intellectual Property*; VALCON 2016; March 2016 – Las Vegas, NV

- *Monetary Remedies in Trademark Cases*; University of San Diego School of Law; March 2015 – San Diego, CA

- *IP Valuation Committee Study on Royalty Rates and Deal Structures*; Licensing Executives Society (LES) USA & Canada Annual Meeting; October 2014 – San Francisco, CA

- *IP Valuation Techniques*; Kirkland & Ellis In-house CLE; September 2014 – New York, NY

- *How to Determine Brand Value: A Rational Basis for Showing What a Brand Name is Worth for Licensing and Litigation*; New Jersey Trademark Counsel Luncheon Club; September 2014 – Basking Ridge, NJ

- *Monetary Remedies in Trademark Cases*; Fish & Richardson In-house CLE; September 2014 – Nationwide Video Feed

- *IP Valuation Workshop*; Tiger BDO Conference; July 2014 – Westlake Village, CA

- *10 Common Mistakes in IP Valuation/Damages Reports*; Jeffer Mangels Butler & Mitchell In-house CLE; July 2014 – Los Angeles, CA

- *10 Common Mistakes in IP Valuation/Damages Reports*; Winston & Strawn In-house CLE; July 2014 – San Francisco, CA

- *IP Valuation Techniques 2-Day Workshop*; Red OTT 2nd Annual Conference; November 2013 – Monterrey, Mexico

- *10 Common Mistakes in IP Valuation/Damages Reports*; LES USA & Canada Webinar; November 2013 – Peachnewmedia.com

- *How to Use IP to Secure Funding*; IP Money Talk Webinar; September 2013 – Blogtalkradio.com

- *IP Valuation Techniques*; IPmetrics Ballpark Invitational CLE; April 2013 – San Diego, CA

- *10 Common Mistakes in IP Valuation/Damages Reports*; Licensing Executives Society International (LESI) Annual Meeting; April 2013 – Rio de Janeiro, Brazil

- *10 Common Mistakes in IP Valuation/Damages Reports*; LES USA & Canada Annual Meeting; October 2012 – Toronto, Canada

- *IP Valuation Workshop*; LES USA & Canada Annual Meeting; October 2012 – Toronto, Canada



- *IP Valuation Techniques*; Indiana Soybean Alliance IP Valuation Seminar; July 2012 – San Diego, CA

- *LESI IP Valuation Committee LES Society Survey Results*; Global Technology Impact Forum; January 2012 – Geneva, Switzerland

- *LESI Committee on IP Valuation Standards Survey Results*; LES USA & Canada Annual Meeting; October 2011 – San Diego, CA

- *IP Valuation Techniques*; Bank of America Special Assets Group Meeting, June 2009 – Charlotte, NC (telephonic participation)

- *IP Valuation Techniques*; LES USA & Canada Annual Meeting; October 2008 – Orlando, FL

- *Damages, Valuation and Expert Witness*; Gibson, Dunn & Crutcher In-house CLE; June 2008 – Irvine, CA

- *Intellectual Property: Calculating Damages and Lost Profits*; National Association of Certified Valuation Analysts (NACVA) Annual Meeting; December 2007 – Ft. Lauderdale, FL

- *Intellectual Property: Calculating Damages and Lost Profits*; NACVA Conference; October 2007 – Philadelphia, PA

- *Intellectual Property Valuation Techniques*; IP Portfolio Management Conference; May 2007 – New York, NY

- *Key Issues in IP Due Diligence*; Due Diligence Symposium; April 2007 – Iselin, NJ

- *IP Valuation Techniques*; BIO IPCC Spring Meeting; January 2007 – San Diego, CA

- *Life Sciences IP Due Diligence*; American Conference Institute; January 2007 – San Francisco, CA

- *Intellectual Property: Calculating Damages and Lost Profits*; NACVA Annual Meeting; December 2006 – Coronado, CA

- *Fundamentals of Intellectual Property Valuation*; IP Licensing Summit; August 2006 – New York, NY

- *Monetization of Intellectual Property*; SRI Monetization Conference; June 2006 – Boston, MA

- *NTP vs. RIM: Valuation Perspectives*; American Intellectual Property Law Association (AIPLA) Spring Meeting; May 2006 – Chicago, IL

- *Perfecting Security Interests in Intellectual Property*; PhillipsLytle / HSBC IP Securitization Conference; March 2006 – New York, NY

- *Opening the Black Box: IP Valuation, Securitization and Disposition Unveiled*; Commercial Finance Association Annual Conference; November 2005 – San Diego, CA

- *Brand Valuation*; LINK New York; October 2005 – New York, NY

- *Intellectual Property Valuation Techniques*; FindLaw IP Strategies in Deals; October 2004 – Palo Alto, CA



- *Intellectual Property Valuation Techniques*; Sterling Intellectual Property Issues Seminar; July 2004 – San Diego, CA

- *Leveraging IP via the Capital Markets*; Sterling Intellectual Property Issues Seminar; July 2004 – San Diego, CA

- *Innovative Deal Structures – Licensing Intellectual Property*; American Conference Institute; October 2000

- *Licensing on the Internet*; LES USA & Canada Annual Meeting; September 2000 – Toronto, Canada

- *Valuation of Electronic Assets*; Glasser Legalworks 11th Annual Institute; March 2000 – San Francisco, CA

- *Valuation of Domain Names*; Glasser Legalworks 10th Annual Institute; November 1999 – Los Angeles, CA

- *Valuation of Domain Names*; LES USA & Canada Annual Meeting; October 1999 – San Antonio, TX

- *Licensing Executives: Guardians of Corporate Technology*; LES USA & Canada Annual Meeting; October 1999 – San Antonio, TX

- *Intellectual Property & Reorganizations*; Second Annual Conference on Corporate Reorganizations; September 1999 – Chicago, IL

- *Valuation of Intellectual Properties*; Pillsbury, Madison & Sutro In-house CLE; August 1999 – San Diego, CA

- *Helping Clients Understand and Build the Value of their Intangible Assets*; Dow Chemical Company; August 1998 – Midland, MI


## PROFESSIONAL ASSOCIATIONS (PAST AND **PRESENT**)

- American Bankruptcy Institute (ABI)
- American Bar Association (ABA)
- **Certified Licensing Professional (CLP)**
- Defense Research Institute (DRI)
- **International Trademark Association (INTA)**
- ***les Nouvelles* Editorial Review Board**
- **Licensing Executives Society (LES)**
- Licensing Industry Merchandisers Association (LIMA)
- National Association of Certified Valuation Analysts (NACVA)
- **San Diego Intellectual Property Law Association (SDIPLA)**


## PUBLICATIONS

- "Current Issues in Valuing Intellectual Property - Bankruptcy" (*VALCON 2016 Course Materials*, March 2016)



- "Ten Common Mistakes in IP Valuation/Damages Reports" (*les Nouvelles*, September 2015)

- "Determining an Appropriate Royalty Rate for Reasonable Royalty Trademark Damages – A Modified *Georgia-Pacific* Framework" (*les Nouvelles*, September 2014)

- "Reasonable Royalty Damages in Trademark Cases" (*Intellectual Property Today*, August 2013)

- "LESI IP Valuation and Standards Committee Report on IP Valuation Survey of LES National Societies" (*les Nouvelles*, June 2012)

- "Intellectual Property Valuation" (Updated) (Chapter 23 - *Drafting License Agreements*, Fourth Edition, 2012 Supplement, March 2012)

- "Rules of the Road: Valuing Commercialized Software-Based Technology" (*les Nouvelles*, June 2011)

- "Properly Evaluating a Target with Intellectual Property Rights" (Chapter 2 – *Intellectual Property Strategies for the 21st Century Corporation*, May 2011)

- "Countering the Impact of Private Label on Brand Value" (*Total Licensing*, Winter 2009)

- "Leveraging Software Assets via the Capital Markets" (*les Nouvelles*, September 2008)

- "Leveraging Software Assets via the Capital Markets" (Iron Mountain Service Information Library, July 2008)

- "The Intangible Assets Handbook – Maximizing Value from Intangible Assets" (Co-editor) American Bar Association, March 2007)

- "Patent Valuation Techniques" (*les Nouvelles*, March 2007)

- "Intellectual Property Valuation Techniques" (*The Licensing Journal*, October 2006)

- "Calculating Questions: Accepted Approaches to Patent Valuation" (*Patent World*, September 2006)

- "The Secured Lender (Second Installment)" (www.ipfrontline.com, March 2006)

- "The Secured Lender" (Parts I & II) (www.ipfrontline.com, January 2006)

- "The Impact of SFAS 141 & 142 on Intangible Asset Management" (*The Secured Lender*, November / December 2005)

- "Intellectual Property Valuation: Context is Critical" (*The Secured Lender*, September 2005)

- "Intellectual Property: Collateral for Securitization or Lending" (*The Secured Lender*, July 2005)

- "Intellectual Property Valuation Techniques" (IP Strategies in Deals 2004, October 2004)

- "Intellectual Property Valuation" (Updated) (Chapter 23 - *Drafting License Agreements*, Fourth Edition, 2004 Supplement, September 2004)

- "Valuing for Charitable Donation" (Chapter 19 – Intellectual Property Valuation Primer, July 2004)



David Drews
Qualifications and Experience
Page 7

- "Patent License Evaluation" (*Patent & High Technology Licensing* 2004, May 2004)

- "Intangible Asset Valuation Techniques" (*Intellectual Property Issues*, October 2003)

- "Leveraging Intellectual Property via the Capital Markets" (*Intellectual Property Issues*, September 2003)

- "Intellectual Property Valuation" (Chapter 23 - *Drafting License Agreements*, Fourth Edition, September 2002)

- "The Cost Approach to IP Valuation: Its Uses and Limitations" (www.corporateintelligence.com, January 2001)

- "Value v. Fair Market Value" (www.corporateintelligence.com, December 2000)

- "Situations Where Valuation Comes Into Play" (www.corporateintelligence.com, November 2000)

- "A-Bundling We Will Go: When It Comes to Intangible Assets, the Sum is Often Greater Than its Parts" (www.corporateintelligence.com, October 2000)

- "Donating Idle Patents" (*Patent Strategy & Management*, August 2000)

- "Giving Away Your Patents: How to Squeeze Tax Advantages from Unused IP Rights" (IP*Network.com, September 1999)

- "Intellectual Property - The Key to Lower Risk and Higher Margins" (*les Nouvelles*, June 1999)

- "An Overlooked Way to Exploit Patents" (*The Intellectual Property Strategist*, April 1999)



David Drews
Qualifications and Experience
Page 8

## EXPERT WITNESS AND LEGAL EXPERIENCE

(Clients in **Bold**)

**Trial Testimony**

| | Year | Case Name | Case No. | Issue | Jurisdiction - Judge |
|---|---|---|---|---|---|
| 1 | 2021 | **Lontex Corporation** v. Nike, Inc. | 2:18-cv-05623 | Trademark – Apparel | USDC, Eastern District of Pennsylvania - **Baylson** |
| 2 | 2019 | ILC Trademark Corp. v. **Aviator Nation, Inc., et al** | 2:17-cv-07975 | Trademarks – Apparel | USDC, Central District of California - **Fitzgerald** |
| 3 | 2017 | Brighton Collectibles, LLC v. **AIF Corporation d/b/a Time World** | BC526920 | Copyrights – Apportionment | California Superior Court, Los Angeles County - **Bruguera** |
| 4 | 2017 | **OSRAM Sylvania, Inc.** v. Photographic Illustrators Corp. | 01-16-0000-2652 | Copyrights – Commercial Images | American Arbitration Association, Boston - **Bonn** |
| 5 | 2016 | **Aurora World Corporation** v. Toonzone Studios, Inc., et al. | 1220048995 | Breach of Contract – Animation | JAMS, Los Angeles - **Cooper** |
| 6 | 2016 | Thomas Sköld v. **Galderma Laboratories, L.P., et al.** | 2:14-cv-05280-WB | Trademarks – Skincare Products | USDC, Eastern District of Pennsylvania - **Beetlestone** |
| 7 | 2015 | DefensTech Int'l. Inc. v. **Edward Robert Fyfe, et al.** | 30-2014-00697473 CU-BT-CJC | Patents – Blast Mitigation | California Superior Court, Orange County - **Lewis** |
| 8 | 2015 | **BTM, LLC** v. William P. Thomas, III, et al. | SAC CV14-00414 JVS (RNBx) | Trademarks – Custom Automobiles | USDC, Central District of California - **Selna** |
| 9 | 2014 | Block Developers, LLC v. **Commissioner of Internal Revenue** | 003198-10 | Patents – Retaining Wall Blocks | US Tax Court, San Diego, California - **Holmes** |
| 10 | 2014 | **TexChem Advanced Products, Inc. Sdn. Bdh**. v. e.PAK International, Inc. | EDCV 12-01341 JGB (SPx) | Patents – Semiconductor Shippers | USDC, Central District of California - **Bernal** |
| 11 | 2013 | Brighton Collectibles v. RK Texas Leather Mfg., Inc., et al. (Defendant **AIF Corp.** was the client) | 10-CV-00419 AJB WVG | Copyrights – Watch Designs | USDC, Southern District of California - **Curiel** |
| 12 | 2012 | Gen. Charles E. "Chuck" Yeager (Ret.) v. **AT&T Mobility, LLC, et al.** | CV 07-02517 FCD GGH | Rights of Publicity | USDC, Eastern District of California - **Mueller** |
| 13 | 2011 | Atlantic Inertial Systems, Inc. v. **Condor Pacific Industries of CA, Inc., et al.** | 08-CV-02947 JHN PJWx | Trade Secrets – Gyroscopes | USDC, Central District of California - **Snyder** |
| 14 | 2008 | **adidas America, Inc., et al.** v. Payless Shoesource, Inc. | CV01-1655 RE | Trademarks, Trade Dress – Footwear | USDC, Oregon - **King** |
| 15 | 2004 | **Lollar Enterprises, Inc.** v. Medtech Capital Markets, LLC, et al. | 00 CV 1875 | Trade Dress – Health Equipment | Arapahoe County Court, Colorado - **Spear** |
| 16 | 2002 | **Purebred Company, Inc.** v. Star-Kist Foods, Inc. | 00 D 665 | Trademarks – Pet Food | USDC, Colorado - **Daniel** |
| 17 | 2000 | **Harry A. Ratner, et al**. v. Stanley E. Foster, et al. | 732482 | Trademarks – Apparel | California Superior Court, San Diego County |
| 18 | 1999 | In re: **Fruit of the Loom, Inc.** | 99-4497 (PJW) | Trademarks – Apparel | US Bankruptcy Court, Delaware - **Walsh** |



David Drews
Qualifications and Experience
Page 9

## Deposition Testimony

| | Year | Case Name | Case No. | Issue | Jurisdiction |
|---|---|---|---|---|---|
| 1 | 2021 | **MASA** v. Xerox Corp. | 6:19-cv-06036 | Patents – Printers | USDC, Western District of New York |
| 2 | 2021 | **Thrive Natural Care, Inc.** v. Thrive Causemetics, Inc. | 2:20-cv-09091 | Trademarks – Skincare Products | USDC, Central District of California |
| 3 | 2021 | **Midwest Athletic Sports Alliance LLC** v. Ricoh USA, Inc. | 2:19-cv-03423 | Patents – Multi-function Printers | USDC, Eastern District of Pennsylvania |
| 4 | 2020 | **Lontex Corporation** v. Nike, Inc. | 2:18-cv-05623 | Trademark – Apparel | USDC, Eastern District of Pennsylvania |
| 5 | 2020 | **Evolusion Concepts, Inc.** v. Juggernaut Tactical, Inc. | 8:18-cv-1378 JLS | Patent – Firearms | USDC, Central District of California |
| 6 | 2019 | **Waiter.com, Inc.** v. WAITR Holdings, Inc., et al | 2:16-cv-01041 | Trademarks – Food Delivery Services | USDC, Western District of Louisiana |
| 7 | 2019 | **Lin's Waha International Corp.** v. Tingyi (Cayman Islands) Holding Corp. | 1:17-cv-00773 | Trademarks – Processed Food | USDC, Eastern District of New York, Brooklyn |
| 8 | 2019 | **Robert Gaudio** v. Spotify USA, Inc. | 3:17-cv-01052 | Copyrights – Music Compositions | USDC, Middle District of Tennessee, Nashville |
| 9 | 2018 | **Confectionery Arts International, LLC** v. CK Products LLC | 3:16-cv-02015 JBA | Trademarks – Cake Decorating | USDC, District of Connecticut |
| 10 | 2017 | Brighton Collectibles, LLC v. **AIF Corporation d/b/a Time World** | BC526920 | Copyrights – Apportionment | California Superior Court, Los Angeles County |
| 11 | 2017 | **OSRAM Sylvania, Inc.** v. Photographic Illustrators Corp. | 01-16-0000-2652 | Copyrights – Commercial Images | American Arbitration Association, Boston |
| 12 | 2016 | **Roseville Fullerton Burton Holdings** v. SoCal Wheels, Inc., et al. | 8:14-cv-01954 | Trademarks – Auto Parts | USDC, Central District of California |
| 13 | 2016 | **Morton & Bassett LP** v. Organic Spices, Inc. | 3:15-cv-01849 HSG | Trade Dress – Spices | USDC, Northern District of California |
| 14 | 2015 | Thomas Sköld v. **Galderma Laboratories, L.P., et al.** | 2:14-cv-05280-WB | Trademarks – Skincare Products | USDC, Eastern District of Pennsylvania |
| 15 | 2015 | **HRD Corporation** v. Dow Chemical Company | 4:13-cv-3596 | Patents – PE Waxes, Hot Melt Adhesives | USDC, Southern District of Texas |
| 16 | 2015 | **Flowers Bakeries Brands, LLC** v. Earthgrains Baking Companies, Inc., et al. | 7:13-cv-138 HL | Trademarks – Bakery Products | USDC, Middle District of Georgia |
| 17 | 2015 | Cue, Inc. v. **General Motors LLC** | 1:13-cv-12647 FDS | Trademarks – Consumer Electronics | USDC, District of Massachusetts |
| 18 | 2015 | **BTM, LLC** v. William P. Thomas III, et al. | SACV14-00414 JVS | Trademarks – Collectible Cars | USDC, Central District of California |
| 19 | 2015 | **Cody Foster & Co.** v. Urban Outfitters, et al. | 8:14-cv-80 | Copyrights – Christmas Ornaments | USDC, District of Nebraska |
| 20 | 2014 | Spiraledge, Inc. v. **SeaWorld Entertainment, Inc., et al.** | 13:CV0296 BAS BLM | Trademarks - Apparel and Theme Parks | USDC, Southern District of California |



David Drews
Qualifications and Experience
Page 10

**Deposition Testimony** (continued)

| | Year | Case Name | Case No. | Issue | Jurisdiction |
|---|---|---|---|---|---|
| 21 | 2014 | **Monec Holding AG** v. Motorola Mobility, et al. | 1:11-cv-00798 LPS | Patents – Smartphones and Tablet Computers | USDC, District of Delaware |
| 22 | 2014 | **Tre Milano, LLC** v. Amazon.com, Inc., et al. | BC460511 | Trademarks – Haircare Products | California Superior Court, Los Angeles County |
| 23 | 2013 | Globefill Inc. v. **Elements Spirits, Inc.** | CV10-2034 CBM | Trade Dress – Distilled Spirits | USDC, Central District of California |
| 24 | 2013 | **TexChem Advanced Products, Inc. Sdn. Bdh.** v. e.PAK International, Inc. | EDCV 12-01341 RGK | Patents – Semiconductor Shippers | USDC, Central District of California |
| 25 | 2012 | **Marketquest Group, Inc.** v. BIC Corporation, et al. | 11-CV-0618 JLS | Trademarks – Promotional Products | USDC, Southern District of California |
| 26 | 2012 | Zions Bancorporation, et al v. **RSA Security LLC** | 74 117 00683 11 NOLG | Patents – Online Security; Indemnification | American Arbitration Association, Washington, D.C. |
| 27 | 2012 | Brighton Collectibles v. RK Texas Leather Mfg., Inc., et al. (Defendant **AIF Corp.** was the client) | 10-CV-00419 AJB | Copyrights – Watch Designs | USDC, Southern District of California |
| 28 | 2011 | **IXL Learning, Inc.** v. Mattel, Inc. and Fisher-… | CV 10-1902 JF | Trademarks – Toys, Math Tutor Services | USDC, Northern District of California |
| 29 | 2011 | **Aurora World, Inc.** v. Ty, Inc. | CV09-08463 MMM | Copyrights – Plush Toys | USDC, Central District of California |
| 30 | 2010 | Atlantic Inertial Systems, Inc. v. **Condor Pacific Industries of CA, Inc., et al.** | 08-CV-02947 JHN | Trade Secrets – Gyroscopes | USDC, Central District of California |
| 31 | 2009 | **Denice Shakarian Halicki, et al.** v. Carroll Shelby, et al. | 07-6859 SJO | Trademarks, Copyrights – Automobiles | USDC, Central District of California |
| 32 | 2008 | Rain Corporation v. **JYP Entertainment, et al.** | 3:07-cv-00081 LRH | Trademarks, Rights of Publicity – Musical Acts | USDC, Nevada Reno Division |
| 33 | 2008 | **General Mills, Inc.** v. Kellogg Co. and Kraft Foods Global, Inc. | 06-cv-03686 JMR | Trademarks – Processed Foods | USDC, Minnesota |
| 34 | 2008 | **ComponentOne, LLC** v. ComponentArt, Inc. | 2:05-cv-01122 TFM | Trademarks – Software | USDC, Western District of Pennsylvania |
| 35 | 2007 | **adidas America, Inc., et al.** v. Payless Shoesource, Inc. | CV01-1655 RE | Trademarks, Trade Dress – Footwear | USDC, Oregon |
| 36 | 2007 | Hambrecht Wine Group, L.P. v. **Millennium Import LLC** | C 05-4625 JW | Trademarks – Distilled Spirits | USDC, Northern District of California |
| 37 | 2006 | **World Triathlon Corp.** v. Dawn Syndicated Productions, et al. | 8:05 CV 983-T27 EAJ | Trademarks – Sporting Events, Entertainment | USDC, Middle District of Florida, Tampa Division |
| 38 | 2003 | **Lollar Enterprises, et al.** v. Medtech Capital Markets, LLC, et al. | 00 CV 1875 | Trade Dress – Health Equipment | Arapahoe County Court, Colorado |
| 39 | 2001 | **Purebred Company, Inc.** v. Star-Kist Foods, Inc. | 00 D 665 | Trademarks – Pet Food | USDC, Colorado |
| 40 | 2001 | **Funimation Productions, Inc.** v. ABC International Traders | 71 133 00559 99 | Trademarks – Television Shows, Video Games | American Arbitration Association, Los Angeles |



David Drews
Qualifications and Experience
Page 11

**Deposition Testimony** (continued)

| | Year | Case Name | Case No. | Issue | Jurisdiction |
|---|---|---|---|---|---|
| 41 | 2000 | **Harry A. Ratner, et al.** v. Stanley E. Foster, et al. | 732482 | Trademarks – Apparel | California Superior Court, San Diego County |
| 42 | 2000 | **Purebred Company, Inc.** v. Purebred Pet Products, Inc., et al. | 98 D 2392 | Trademarks – Pet Food | USDC, Colorado |
| 43 | 2000 | **Gae Sharp Richardson, et al.** v. The Boyds Collection, Ltd. | C96-344 | Copyrights – Doll Designs | USDC, Northern District of Iowa |
| 44 | 2000 | **Warrior and Ultimate Creations** v. Titan Sports, Inc., et al. | CV96-15377 | Trademarks, Rights of Publicity – Entertainment | Arizona Superior Court, Maricopa County |



David Drews
Qualifications and Experience
Page 12

**Expert Work – No Deposition or Trial Testimony** (2006 – Present)

| | Year | Case Name | Case No. | Issue | Jurisdiction |
|---|---|---|---|---|---|
| 1 | 2019 | **Make Ideas, LLC** v. JAKKS Pacific, Inc. | 01-18-0004-2676 | Trade Secrets - Toy Designs | American Arbitration Association |
| 2 | 2019 | Jalinsky Advisory Group, Inc. v. **The Hamo Group of Wells Fargo Advisors** | 2:18-cv-12161 | Trademarks – Financial Services | USDC, Eastern District of Michigan |
| 3 | 2018 | **Ian V. Jacobs** v. FarePortal, Inc. | 8:17-cv-00362 | Trademarks – Travel Services | USDC, District of Nebraska |
| 4 | 2018 | Crown Industrial Services, Inc. v. **Midbrook LLC, et al.** | 5:16-cv-13200 | Trademarks – Industrial Equipment | USDC, Eastern District of Michigan |
| 5 | 2017 | **ScienCell Research Laboratories, Inc.** v. Cell Applications, Inc., et al. | 37-2015-00041134 CU | Trade Secrets – Biotechnology | California Superior Court, San Diego County |
| 6 | 2016 | In re: **Carroll Hall Shelby Trust** – Royalty Allocation Hearing | BP 139686 | Trademarks – Auto Parts, Rights of Publicity | California Superior Court, Los Angeles County |
| 7 | 2015 | **Fumoto Giken Co. Ltd.** v. Norio Mitsuoka and Global Sales Group, et al. | 2:14-cv-09797 | Trade Dress – Tools | USDC, Central District of California |
| 8 | 2015 | SalesForceOne, LLC v. **salesforce.com, inc.** | 3:15-cv-02174 WHO | Trademarks – CRM Software | USDC, Northern District of California |
| 9 | 2015 | **Silberstein & Silberstein, LLC**, et al. v. Fox Entertainment Group, Inc., et al | 2:15-cv-09276 R PLA | Trademarks – Animated Characters | USDC, Central District of California |
| 10 | 2014 | Lisa McConnell, Inc. dba Image One v. **AT&T Advertising, L.P.** | 3:12-cv-00840 JAH | Copyrights – Commercial Images | USDC, Southern District of California |
| 11 | 2014 | **John T. ("Tom") Minemyer** v. R-Boc Representatives, Inc., et al. | 1:07-cv-01763 | Patents – Fiber Optic Couplers | USDC, Northern District of Illinois, Eastern Division |
| 12 | 2014 | **Oculu, LLC** v. Oculus VR, Inc. | 8:14-cv-00196 DOC | Trademarks – Advertising, Virtual Reality | USDC, Central District of California, Southern Division |
| 13 | 2014 | **Campos Brothers Farms, et al.** v. Campos Family Farms, LLC | 1:12-cv-00598 LJO | Trademarks - Agriculture | USDC, Eastern District of California |
| 14 | 2013 | **Raul Lizalde dba VEBS** v. Advanced Planning Services, Inc., et al. | 3:10-cv-00834 GPC | Copyrights, Trade Secrets – Fin. Services | USDC, Southern District of California |
| 15 | 2013 | **Preservation Technologies LLC** v. Netflix, Inc. et al. | 8:11-cv-01860 DOC | Patents – Video Compression/Encryption | USDC, Central District of California, Southern Division |
| 16 | 2013 | General Charles E. Yeager (Ret.) v. **Wild, Carter & Tipton, et al.** | 34-2009-00057440 | Rights of Publicity, Legal Malpractice | California Superior Court, Sacramento County |
| 17 | 2013 | Chloe SAS, et al. v. **Sawabeh Information Services Co., et al.** | 2:11-cv-04147 GAF | Trademarks – Apparel, Accessories | USDC, Central District of California |
| 18 | 2013 | **Jayme Gordon** v. DreamWorks Animation SKG, Inc., et al. | 1:11-cv-10255 | Copyrights – Motion Pictures, Animated Characters | USDC, District of Massachusetts |
| 19 | 2012 | **Dtech Communications, LLC** v. OSC Engineering, Inc., et al. | 3:11-cv-01425 MMA | Copyrights, Trade Secrets – Textbooks, Training | USDC, Southern District of California |



David Drews
Qualifications and Experience
Page 13

## Expert Work – No Deposition or Trial Testimony (continued)

| | Year | Case Name | Case No. | Issue | Jurisdiction |
|---|---|---|---|---|---|
| 20 | 2012 | **Erik B. Cherdak** v. Curtis A. Vock, et al. | 1:11-cv-1311 LO | Patents - Footwear | USDC, Eastern District of Virginia, Alexandria Division |
| 21 | 2012 | **International Control Systems** v. Best Buy Canada | Court No. T-1653-11 | Patents – Television Controls | Canada Federal Court |
| 22 | 2012 | **International Control Systems** v. Haier America Trading, et al. | Court No. T-1654-11 | Patents – Television Controls | Canada Federal Court |
| 23 | 2012 | **Rock and Roll Religion, Inc.** v. CELS Enterprises, Inc., et al. | 2:09-cv-05258 R | Trademarks - Apparel | USDC, Central District of California |
| 24 | 2012 | Moroccanoil, Inc. v. **Tony Conforti and Salon Distribution, Inc.** | 2:11-cv-00136 KM | Trademarks - HABA | USDC, District of New Jersey |
| 25 | 2011 | Yellow Pages Photos, Inc. v. **User-Friendly Phone Book, LLC, et al.** | 8:10-cv-00436 VMC | Copyrights – Commercial Images | USDC, Middle District of Florida, Tampa Division |
| 26 | 2011 | **Personalized Media Communications, LLC** v. Motorola, Inc., et al. | 2:08-cv-00070 CE | Patents – Video Compression/Encryption | USDC, Eastern District of Texas, Marshall Division |
| 27 | 2011 | Colby Kane v. **Paige Mycoskie and Aviator Nation, Inc.** | 10-cv-05144 DMG | Trademarks - Apparel | USDC, Central District of California |
| 28 | 2011 | **Compulink Management Center, Inc. dba Laserfiche** v. SAP America, Inc., et al. | 2:10-cv-07843 JFW | Trademarks – Document Management Software | USDC, Central District of California |
| 29 | 2010 | Miller International, Inc. v. **Clinch Gear, LLC** | 1:10-cv-01167 WDM | Trademarks – Apparel, Accessories | USDC, District of Colorado |
| 30 | 2010 | In re: **Air America Media, LLC** | 10-10615 JMP | Trademarks, Copyrights – Radio Broadcasts | US Bankruptcy Court, New York |
| 31 | 2009 | **Davis** v. Davis | CI08-262 | Copyrights - Music | District Court of Washington County, Nebraska |
| 32 | 2009 | **Lawrence B. Lockwood, et al.** v. Sheppard, Mullin, Richter & Hampton, LLP, et al. | 2:09-cv-05157 JFW | Patents – Electronic Commerce, Legal Malpractice | USDC, Central District of California |
| 33 | 2009 | Curtis James Jackson, III pka "50 Cent" v. **Taco Bell Corp.** | 1:08-cv-06545 NRB | Rights of Publicity, Trademarks | USDC, Southern District of New York |
| 34 | 2009 | Kristen Alison Hall v. **Jennifer Nettles and Kristian Bush ("Sugarland")** | 1:08-cv-02437 TCB | Trademarks – Musical Act | USDC, Northern District of Georgia, Atlanta Division |
| 35 | 2009 | **Ironwood Capital Ltd.** v. Ironwood Capital Management, et al. | 3:07-cv-01624 CFD | Trademarks – Financial Services | USDC, District of Connecticut |
| 36 | 2009 | In re: **Washington Mutual, Inc., et al.** | 08-12229 MFW | Trademarks, Patents, Trade Secrets | US Bankruptcy Court, Delaware |
| 37 | 2009 | **UPAID Systems, Ltd.** v. Satyam Computer Services, Ltd., et al. | 2:07-cv-00114 CE | Patents – Electronic Payment Systems | USDC, Eastern District of Texas, Marshall Division |
| 38 | 2008 | Amanda Beard v. California Sunbounce, et al. (Defendant **Samy's Camera** was the client) | 8C365578 | Rights of Publicity | California Superior Court, Los Angeles County |



David Drews
Qualifications and Experience
Page 14

## Expert Work – No Deposition or Trial Testimony (continued)

| | Year | Case Name | Case No. | Issue | Jurisdiction |
|---|---|---|---|---|---|
| 39 | 2008 | **Big Fish Games, Inc.** v. iWin, Inc., et al. | 2:07-cv-00718 JCC | Trade Secrets – Online Games | USDC, Western District of Washington, Seattle Division |
| 40 | 2008 | **Societe des Bains de Mer et du Cercle des Estrangers a Monaco** v. Playshare PLC, et al. | 1:07-cv-04802 DAB | Trademarks – Gaming | USDC, Southern District of New York |
| 41 | 2008 | **Pittsburgh Home and Garden Show, Inc.** v. Scripps Networks, Inc., et al. | 2:03-cv-01477 NBF | Trademarks – Television Shows | USDC, Western District of Pennsylvania |
| 42 | 2008 | **Medavante, Inc.** v. Proxymed, Inc., et al. | 06-cv-03248 MLC | Trademarks – Healthcare | USDC, District of New Jersey |
| 43 | 2008 | In re: **Rx GUARDIAN** | 78630256 | Trademarks – IC 042 | USPTO, TTAB |
| 44 | 2008 | Pharma Base S.A. v. **HVL Inc.** | 14 433IEBS | Trademarks - Pharmaceuticals | ICC, International Court of Arbitration |
| 45 | 2008 | **Blair McCaw, et al.** v. CVS Pharmacy, Inc. | 13 181 Y 00408 09 | Licensing – Breach of Contract | American Arbitration Association |
| 46 | 2008 | **Verizon California Inc., et al.** v. **Maltuzi LLC, et al.** | 2:07-cv-01732 PA | Trademarks, Domain Names | USDC, Central District of California |
| 47 | 2007 | **Louis Vuitton Malletier** v. Dooney & Bourke, Inc. | 1:04-cv-02990 SAS | Trademarks – Luggage, Accessories | USDC, Southern District of New York |
| 48 | 2007 | **Homelife Communities Group, Inc.** v. Homelife Realty Services, Inc., et al. | 1:06-cv-01607 CC | Trademarks – Real Estate, Construction | USDC, Northern District of Georgia, Atlanta Division |
| 49 | 2007 | **Abbywho, Inc., et al.** v. Interscope Records, et al. | 06-cv-06724 MMM | Trademarks – Musical Acts | USDC, Central District of California |
| 50 | 2007 | Hospitality Ventures, Group, Inc. v. **Bonefish Grill, Inc.** | 9:05-cv-80389 KLR | Trademarks - Restaurants | USDC, Southern District of Florida |
| 51 | 2007 | In re: **Interstate Bakeries Corporation, et al.** | 04-45814 | Trademarks, Copyrights – Bakery Products | US Bankruptcy Court, Western District of Missouri |
| 52 | 2006 | Richard Bach and Russell Munson v. **Forever Living Products U.S., Inc., et al.** | 2:05-cv-00970 MJP | Copyrights - HABA | USDC, Western District of Washington, Seattle Division |
| 53 | 2006 | **MGA Entertainment, Inc.** v. Mattel, Inc. | 05-cv-02727 CBM | Copyrights, Trademarks – Doll Designs, Toys | USDC, Central District of California |
| 54 | 2006 | **Kevin Trudeau** v. Electronic Retailing Association, et al. | 236364 | Rights of Publicity | California Superior Court, Ventura County |
| 55 | 2006 | Satellite Digital Audio Radio Services Rate Setting Analysis | 2006-1 | Copyright Royalty Rates | Copyright Royalty Board, Library of Congress, Washington, D.C. |
| 56 | 2006 | Berger Khan v. **Terence Dunn** | 72 194 01291 03 MDS 1 | Copyrights – Exercise Videos | American Arbitration Association - San Diego |

# TRIAL EXHIBIT NO. 2

| Year | 2016 |
| --- | --- |

Values



CONFIDENTIAL – ATTORNEYS EYES ONLY



CONFIDENTIAL – ATTORNEYS EYES ONLY



CONFIDENTIAL – ATTORNEYS EYES ONLY



CONFIDENTIAL – ATTORNEYS EYES ONLY



CONFIDENTIAL – ATTORNEYS EYES ONLY



CONFIDENTIAL – ATTORNEYS EYES ONLY



CONFIDENTIAL – ATTORNEYS EYES ONLY



CONFIDENTIAL – ATTORNEYS EYES ONLY



CONFIDENTIAL – ATTORNEYS EYES ONLY

TCI_00022761



CONFIDENTIAL – ATTORNEYS EYES ONLY



CONFIDENTIAL – ATTORNEYS EYES ONLY



CONFIDENTIAL – ATTORNEYS EYES ONLY



CONFIDENTIAL – ATTORNEYS EYES ONLY



CONFIDENTIAL – ATTORNEYS EYES ONLY



CONFIDENTIAL – ATTORNEYS EYES ONLY

# TRIAL EXHIBIT NO. 4

*Thrive Natural Care, Inc. v. Thrive Causemetics, Inc.*, Case No. 2:20-cv-9091 (C.D. Cal.)

| Product | Variant | First Sale | Price | Channel |
|---|---|---|---|---|
| Jackie Faux Lashes™ | Jackie | 9/11/2014 | $ 26 | thrivecausemetics.com online store |
| Robin Faux Lashes™ | Robin | 9/12/2014 | $ 26 | thrivecausemetics.com online store |
| Kristy Faux Lashes™ | Kristy | 9/17/2014 | $ 26 | thrivecausemetics.com online store |
| give2give | Faux Lashes + Adhesive / Robin | 12/2/2014 | $ 28 | thrivecausemetics.com online store |
| give2give | Faux Lashes + Adhesive / Jackie | 1/3/2015 | $ 28 | thrivecausemetics.com online store |
| Infinity Waterproof Eyeliner™ | Lauren (Black Matte) | 5/13/2015 | $ 22 | thrivecausemetics.com online store |
| Infinity Waterproof Eyeliner™ | Ella (Brown Matte) | 5/14/2015 | $ 22 | thrivecausemetics.com online store |
| Infinity Waterproof Eyeliner™ | Hoda (Slate Grey Matte) | 5/14/2015 | $ 22 | thrivecausemetics.com online store |
| Infinity Waterproof Eyeliner™ | Talia (Navy Matte) | 5/14/2015 | $ 22 | thrivecausemetics.com online store |
| Infinity Waterproof Eyeliner™ | Giuliana (Plum Shimmer) | 5/25/2015 | $ 22 | thrivecausemetics.com online store |
| Infinity Waterproof Eyebrow Liner™ | Audrey (Dark Blonde - Medium Brunette) | 6/5/2015 | $ 23 | thrivecausemetics.com online store |
| Infinity Waterproof Eyebrow Liner™ | Christina (Light - Dark Blonde) | 6/5/2015 | $ 23 | thrivecausemetics.com online store |
| give2give | Eyeliner / Ella (brown matte) | 7/9/2015 | $ 28 | thrivecausemetics.com online store |
| give2give | Eyeliner / Giuliana (plum shimmer) | 7/9/2015 | $ 28 | thrivecausemetics.com online store |
| give2give | Eyeliner / Hoda (slate grey matte) | 7/9/2015 | $ 28 | thrivecausemetics.com online store |
| give2give | Eyeliner / Talia (navy matte) | 7/9/2015 | $ 28 | thrivecausemetics.com online store |
| give2give | Faux Lashes + Adhesive / Kristy | 7/9/2015 | $ 28 | thrivecausemetics.com online store |
| give2give | Adhesive / Infinity Lash Adhesive | 7/11/2015 | $ 28 | thrivecausemetics.com online store |
| Triple Threat Color Stick™ | Joy (Gold Shimmer) | 4/18/2016 | $ 36 | thrivecausemetics.com online store |
| Triple Threat Color Stick™ | Dionne (Brick Red Shimmer) | 4/20/2016 | $ 36 | thrivecausemetics.com online store |
| Triple Threat Color Stick™ | Maggie (Rose Shimmer) | 4/20/2016 | $ 36 | thrivecausemetics.com online store |
| Triple Threat Color Stick™ | Olivia (Coral Shimmer) | 4/20/2016 | $ 36 | thrivecausemetics.com online store |
| Infinity Waterproof Eyeliner™ | Nalie (Chocolate Brown Shimmer) | 7/6/2016 | $ 22 | thrivecausemetics.com online store |
| Glossy Lip Mark™ | JoAnn (Plum Mauve) | 8/24/2016 | $ 26 | thrivecausemetics.com online store |
| Glossy Lip Mark™ | Misty (Coral) | 8/24/2016 | $ 26 | thrivecausemetics.com online store |
| Glossy Lip Mark™ | Narima (Dark Berry) | 8/24/2016 | $ 26 | thrivecausemetics.com online store |
| Glossy Lip Mark™ | Jean (Baby Pink Shimmer) | 8/26/2016 | $ 26 | thrivecausemetics.com online store |
| Glossy Lip Mark™ | Pamela (Brown Mauve) | 8/26/2016 | $ 26 | thrivecausemetics.com online store |
| Glossy Lip Mark™ | Ruth (Taupe Shimmer) | 8/26/2016 | $ 26 | thrivecausemetics.com online store |
| Glossy Lip Mark™ | Taylor (Bright Red) | 8/30/2016 | $ 26 | thrivecausemetics.com online store |
| Focus Eyeshadow Palette™ | Palette 2 | 9/15/2016 | $ 36 | thrivecausemetics.com online store |
| Glossy Lip Mark™ | Karlie (Bright Raspberry) | 9/20/2016 | $ 26 | thrivecausemetics.com online store |
| Glossy Lip Mark™ | Maya (Deep Blue Red) | 9/20/2016 | $ 26 | thrivecausemetics.com online store |
| Focus Eyeshadow Palette™ | Palette 1 | 9/24/2016 | $ 36 | thrivecausemetics.com online store |
| Brilliant Eye Brightener™ | Stella (Champagne Shimmer) | 10/31/2016 | $ 24 | thrivecausemetics.com online store |
| Elastic Hair Tie Trio + Custom Thrive Magnets | Hair Tie Trio + Magnets | 1/3/2017 | $ 15 | thrivecausemetics.com online store |
| Custom Thrive Magnet | Multicolored | 1/15/2017 | $ 3 | thrivecausemetics.com online store |
| Custom Thrive Magnet | Turquoise | 1/15/2017 | $ 3 | thrivecausemetics.com online store |
| Infinity Waterproof Eyebrow Liner™ | Serena (Dark Brunette - Black) | 2/28/2017 | $ 23 | thrivecausemetics.com online store |
| Cosmo Power Multi-Dimensional Strobing Blush™ | Angelina (Golden Brick Shimmer) | 3/14/2017 | $ 34 | thrivecausemetics.com online store |
| Cosmo Power Multi-Dimensional Strobing Blush™ | Rosie (Copper Rose Shimmer) | 3/14/2017 | $ 34 | thrivecausemetics.com online store |

CONFIDENTIAL – ATTORNEYS EYES ONLY

TCI_00026950

| Product | Variant | First Sale | Price | Channel |
|---------|---------|-----------|-------|---------|
| Sun Chaser Blur + Sculpt Bronzing Powder™ | Eos (Satin) | 3/14/2017 | $ 33 | thrivecausemetics.com online store |
| Sun Chaser Blur + Sculpt Bronzing Powder™ | Rhea (Matte) | 3/14/2017 | $ 33 | thrivecausemetics.com online store |
| Lip Mate High-Shine Reviving Topper™ | Glinda (Rose Gold Shimmer) | 4/12/2017 | $ 24 | thrivecausemetics.com online store |
| Blending is my Cardio T-Shirt in Extra Small | Extra Large | 5/9/2017 | $ 20 | thrivecausemetics.com online store |
| Blending is my Cardio T-Shirt in Extra Small | Extra Small | 5/9/2017 | $ 20 | thrivecausemetics.com online store |
| Blending is my Cardio T-Shirt in Extra Small | Large | 5/9/2017 | $ 20 | thrivecausemetics.com online store |
| Liquid Lash Extensions Mascara™ | Brynn (Rich Black) | 5/10/2017 | $ 24 | thrivecausemetics.com online store |
| Blending is my Cardio T-Shirt in Extra Small | Medium | 5/13/2017 | $ 20 | thrivecausemetics.com online store |
| Brilliant Eye Brightener™ | Aurora (Rose Gold Shimmer) | 5/30/2017 | $ 24 | thrivecausemetics.com online store |
| Infinity Waterproof Eyeliner™ | Lizzie (Moss Green Matte) | 6/14/2017 | $ 22 | thrivecausemetics.com online store |
| Blending is my Cardio T-Shirt in Extra Small | Small | 7/1/2017 | $ 20 | thrivecausemetics.com online store |
| Perfect Eye Palette Warm Neutrals™ | Warm Neutrals | 7/20/2017 | $ 45 | thrivecausemetics.com online store |
| Matte Legacy Liquid Lipstick™ | Aspen (Deep Cranberry) | 8/10/2017 | $ 22 | thrivecausemetics.com online store |
| Matte Legacy Liquid Lipstick™ | Chihiro (Dusty Rose Mauve) | 8/10/2017 | $ 22 | thrivecausemetics.com online store |
| Matte Legacy Liquid Lipstick™ | Dayle (Warm Rose Mauve) | 8/10/2017 | $ 22 | thrivecausemetics.com online store |
| Matte Legacy Liquid Lipstick™ | Kaisa (Blush Mauve) | 8/10/2017 | $ 22 | thrivecausemetics.com online store |
| Matte Legacy Liquid Lipstick™ | Maureen (Plum Mauve) | 8/10/2017 | $ 22 | thrivecausemetics.com online store |
| Matte Legacy Liquid Lipstick™ | Meghan (Muted Taupe) | 8/10/2017 | $ 22 | thrivecausemetics.com online store |
| Matte Legacy Liquid Lipstick™ | Paige (Deep Raspberry) | 8/10/2017 | $ 22 | thrivecausemetics.com online store |
| Matte Legacy Liquid Lipstick™ | Rowan (Plum Rose Mauve) | 8/10/2017 | $ 22 | thrivecausemetics.com online store |
| Cosmo Power 3D Strobing Highlighter™ | Dawn (Rose Gold Shimmer) | 8/29/2017 | $ 34 | thrivecausemetics.com online store |
| Cosmo Power 3D Strobing Highlighter™ | Liberty (Pale Gold Shimmer) | 8/29/2017 | $ 34 | thrivecausemetics.com online store |
| Water Bottle | Makeup Spill | 9/6/2017 | $ 27 | thrivecausemetics.com online store |
| Water Bottle | Quote | 9/6/2017 | $ 27 | thrivecausemetics.com online store |
| Headliner Lipstick™ | Alyse (Black Cherry) | 9/19/2017 | $ 26 | thrivecausemetics.com online store |
| Headliner Lipstick™ | Aquila (Warm Rose Mauve) | 9/19/2017 | $ 26 | thrivecausemetics.com online store |
| Headliner Lipstick™ | Bizzy (Dusty Rose) | 9/19/2017 | $ 26 | thrivecausemetics.com online store |
| Headliner Lipstick™ | Emii (Plum Mauve) | 9/19/2017 | $ 26 | thrivecausemetics.com online store |
| Headliner Lipstick™ | Ilene (Pink Taupe) | 9/19/2017 | $ 26 | thrivecausemetics.com online store |
| Headliner Lipstick™ | Kennedy (Blue Red) | 9/19/2017 | $ 26 | thrivecausemetics.com online store |
| Headliner Lipstick™ | Stephanie (True Beige) | 9/19/2017 | $ 26 | thrivecausemetics.com online store |
| She Believed iPhone Case | iPhone 7 and 8 | 11/10/2017 | $ 15 | thrivecausemetics.com online store |
| Be Bold iPhone Case | iPhone 7 Plus and 8 Plus | 11/11/2017 | $ 15 | thrivecausemetics.com online store |
| She Believed iPhone Case | iPhone 7 Plus and 8 Plus | 11/13/2017 | $ 15 | thrivecausemetics.com online store |
| Precision Crease-Defining Eyeshadow Brush™ | Precision Crease-Defining Eyeshadow Brush | 11/29/2017 | $ 20 | thrivecausemetics.com online store |
| Diffusing Angled Bronzer Brush™ | Diffusing Angled Bronzer Brush | 11/30/2017 | $ 28 | thrivecausemetics.com online store |
| Diffusing Round Highlighter Brush™ | Diffusing Round Highlighter Brush | 11/30/2017 | $ 24 | thrivecausemetics.com online store |
| Precision All-Over Eyeshadow Brush™ | Precision All-Over Eyeshadow Brush | 11/30/2017 | $ 22 | thrivecausemetics.com online store |
| Precision Angled Eyeliner Brush™ | Precision Angled Eyeliner Brush | 11/30/2017 | $ 16 | thrivecausemetics.com online store |
| Precision Lid-Defining Eyeshadow Brush™ | Precision Lid-Defining Eyeshadow Brush | 11/30/2017 | $ 20 | thrivecausemetics.com online store |
| Precision Smudge Eyeliner Brush™ | Precision Smudge Eyeliner Brush | 11/30/2017 | $ 18 | thrivecausemetics.com online store |

2

CONFIDENTIAL – ATTORNEYS EYES ONLY

TCI_00026951

| Product | Variant | First Sale | Price | Channel |
|---|---|---|---|---|
| She Believed iPhone Case | iPhone X | 12/1/2017 | $ 15 | thrivecausemetics.com online store |
| Thrive Causemetics Makeup Clutch | BAG | 12/2/2017 | $ 7 | thrivecausemetics.com online store |
| Thrive Causemetics Makeup Clutch | GIFT | 12/2/2017 | $ 7 | thrivecausemetics.com online store |
| Be Bold iPhone Case | iPhone 7 and 8 | 12/13/2017 | $ 15 | thrivecausemetics.com online store |
| Be Bold iPhone Case | iPhone X | 2/4/2018 | $ 15 | thrivecausemetics.com online store |
| Lash Upgrade Lash Curler™ | Lash Upgrade Lash Curler | 2/21/2018 | $ 20 | thrivecausemetics.com online store |
| Infinity Waterproof Liquid Eyeliner™ | Lauren (Black Demi-Shine) | 3/18/2018 | $ 24 | thrivecausemetics.com online store |
| Mascara Spill Bag | GIFT | 4/9/2018 | $ 4 | thrivecausemetics.com online store |
| Lip Filler Long Wearing + Plumping Lip Liner™ | Devin (Black Cherry) | 4/21/2018 | $ 20 | thrivecausemetics.com online store |
| Lip Filler Long Wearing + Plumping Lip Liner™ | Em (Pink Blush) | 4/21/2018 | $ 20 | thrivecausemetics.com online store |
| Lip Filler Long Wearing + Plumping Lip Liner™ | Ghizlan (Plum Mauve) | 4/21/2018 | $ 20 | thrivecausemetics.com online store |
| Lip Filler Long Wearing + Plumping Lip Liner™ | Jesse (Pale Rose Ginger) | 4/24/2018 | $ 20 | thrivecausemetics.com online store |
| Lip Filler Long Wearing + Plumping Lip Liner™ | Valisia (Pomegranate) | 4/24/2018 | $ 20 | thrivecausemetics.com online store |
| Mascara Spill Bag | BAG | 5/6/2018 | $ 4 | thrivecausemetics.com online store |
| Eye Cream | Default Title | 6/5/2018 | $ 23 | thrivecausemetics.com online store |
| Pink Floral Makeup Bag | BAG | 7/5/2018 | $ 4 | thrivecausemetics.com online store |
| Pink Floral Makeup Bag | GIFT | 7/5/2018 | $ 4 | thrivecausemetics.com online store |
| Deluxe Mini Liquid Lash Extensions Mascara™ | Brynn  (Rich Black) | 7/16/2018 | $ 12 | thrivecausemetics.com online store |
| Pink + Powerful Makeup Clutch | Pink Polka Dot Makeup Bag | 7/18/2018 | $ 20 | thrivecausemetics.com online store |
| Glossy Lip Hydrating Serum™ | Ruth (Taupe Shimmer) | 7/25/2018 | $ 26 | thrivecausemetics.com online store |
| Blend + Blur Sponge™ | Blend + Blur Sponge™ | 7/31/2018 | $ 18 | thrivecausemetics.com online store |
| Buildable Blur CC Cream™ Broad Spectrum SPF 35 | Beige (Neutral Undertones) | 7/31/2018 | $ 36 | thrivecausemetics.com online store |
| Buildable Blur CC Cream™ Broad Spectrum SPF 35 | Beige Golden (Neutral Undertones) | 7/31/2018 | $ 36 | thrivecausemetics.com online store |
| Buildable Blur CC Cream™ Broad Spectrum SPF 35 | Fair (Cool Undertones) | 7/31/2018 | $ 36 | thrivecausemetics.com online store |
| Buildable Blur CC Cream™ Broad Spectrum SPF 35 | Fair Light (Neutral Undertones) | 7/31/2018 | $ 36 | thrivecausemetics.com online store |
| Buildable Blur CC Cream™ Broad Spectrum SPF 35 | Golden (Neutral Undertones) | 7/31/2018 | $ 36 | thrivecausemetics.com online store |
| Buildable Blur CC Cream™ Broad Spectrum SPF 35 | Light (Neutral Undertones) | 7/31/2018 | $ 36 | thrivecausemetics.com online store |
| Buildable Blur CC Cream™ Broad Spectrum SPF 35 | Light Medium (Warm Undertones) | 7/31/2018 | $ 36 | thrivecausemetics.com online store |
| Buildable Blur CC Cream™ Broad Spectrum SPF 35 | Medium (Cool Undertones) | 7/31/2018 | $ 36 | thrivecausemetics.com online store |
| Buildable Blur CC Cream™ Broad Spectrum SPF 35 | Medium Beige (Neutral Undertones) | 7/31/2018 | $ 36 | thrivecausemetics.com online store |
| Buildable Blur CC Cream™ Broad Spectrum SPF 35 | Natural Beige (Neutral Undertones) | 7/31/2018 | $ 36 | thrivecausemetics.com online store |
| Buildable Blur CC Cream™ Broad Spectrum SPF 35 | Rich (Warm Undertones) | 7/31/2018 | $ 36 | thrivecausemetics.com online store |
| Hustle + Glow Makeup Clutch | GIFT | 7/31/2018 | $ 10 | thrivecausemetics.com online store |
| Buildable Blur CC Cream™ Broad Spectrum SPF 35 | Cocoa (Neutral Undertones) | 8/1/2018 | $ 36 | thrivecausemetics.com online store |
| Buildable Blur CC Cream™ Broad Spectrum SPF 35 | Deep Cocoa (Neutral Undertones) | 8/1/2018 | $ 36 | thrivecausemetics.com online store |
| Buildable Blur CC Cream™ Broad Spectrum SPF 35 | Deep Espresso (Warm Undertones) | 8/1/2018 | $ 36 | thrivecausemetics.com online store |
| Buildable Blur CC Cream™ Broad Spectrum SPF 35 | Golden Tan (Warm Undertones) | 8/1/2018 | $ 36 | thrivecausemetics.com online store |
| Buildable Blur CC Cream™ Broad Spectrum SPF 35 | Rich Cocoa (Neutral Undertones) | 8/1/2018 | $ 36 | thrivecausemetics.com online store |
| Buildable Blur CC Cream™ Broad Spectrum SPF 35 | Rich Tan (Cool Undertones) | 8/1/2018 | $ 36 | thrivecausemetics.com online store |
| Buildable Blur CC Cream™ Broad Spectrum SPF 35 | Tan (Warm Undertones) | 8/1/2018 | $ 36 | thrivecausemetics.com online store |
| Filtered Effects™ Soft Focus HD Setting Powder | Translucent | 8/2/2018 | $ 18 | thrivecausemetics.com online store |

3

TCI_00026952

| Product | Variant | First Sale | Price | Channel |
|---|---|---|---|---|
| Glossy Lip Hydrating Serum™ | JoAnn (Plum Mauve) | 8/15/2018 | $ 26 | thrivecausemetics.com online store |
| Glossy Lip Hydrating Serum™ | Jean (Baby Pink Shimmer) | 8/20/2018 | $ 26 | thrivecausemetics.com online store |
| Glossy Lip Hydrating Serum™ | Maya (Deep Blue Red) | 8/20/2018 | $ 26 | thrivecausemetics.com online store |
| Glossy Lip Hydrating Serum™ | Misty (Coral) | 8/20/2018 | $ 26 | thrivecausemetics.com online store |
| Glossy Lip Hydrating Serum™ | Narima (Dark Berry) | 8/20/2018 | $ 26 | thrivecausemetics.com online store |
| Glossy Lip Hydrating Serum™ | Pamela (Brown Mauve) | 8/20/2018 | $ 26 | thrivecausemetics.com online store |
| Filtered Effects™ All-Over Face Brush | Large | 8/21/2018 | $ 16 | thrivecausemetics.com online store |
| Glossy Lip Hydrating Serum™ | Karlie (Bright Raspberry) | 8/21/2018 | $ 26 | thrivecausemetics.com online store |
| Focus Eyeshadow Palette™ | Palette 3 | 9/5/2018 | $ 36 | thrivecausemetics.com online store |
| Overnight Sensation Brightening Sleep Mask™ | Overnight Sensation Brightening Sleep Mask | 10/9/2018 | $ 62 | thrivecausemetics.com online store |
| Star Pattern Makeup Bag | BAG | 11/16/2018 | $ 4 | thrivecausemetics.com online store |
| Star Pattern Makeup Bag | GIFT | 11/16/2018 | $ 4 | thrivecausemetics.com online store |
| Hustle + Glow Makeup Clutch | BAG | 11/25/2018 | $ 10 | thrivecausemetics.com online store |
| Instant Brow Fix Semi-Permanent Eyebrow Gel™ | Audrey (Dark Blonde - Medium Brunette) | 1/15/2019 | $ 18 | thrivecausemetics.com online store |
| Instant Brow Fix Semi-Permanent Eyebrow Gel™ | Christina (Light - Dark Blonde) | 1/15/2019 | $ 18 | thrivecausemetics.com online store |
| Instant Brow Fix Semi-Permanent Eyebrow Gel™ | Serena (Dark Brunette - Black) | 1/15/2019 | $ 18 | thrivecausemetics.com online store |
| Joy Is The Best Makeup Bag | GIFT | 3/6/2019 | $ 4 | thrivecausemetics.com online store |
| Diffusing Dome Blush Brush™ | Diffusing Dome Blush Brush™ | 3/11/2019 | $ 25 | thrivecausemetics.com online store |
| Joy Is The Best Makeup Bag | BAG | 3/15/2019 | $ 4 | thrivecausemetics.com online store |
| Lip Mate High-Shine Reviving Topper™ | Charlotte (Mauve Shimmer) | 4/16/2019 | $ 24 | thrivecausemetics.com online store |
| Lip Mate High-Shine Reviving Topper™ | Ashley (Crystal Shimmer) | 4/17/2019 | $ 24 | thrivecausemetics.com online store |
| Infinity Waterproof Lash Adhesive™ | Infinity Lash Adhesive | 4/19/2019 | $ 16 | thrivecausemetics.com online store |
| Lip Mate High-Shine Reviving Topper™ | Effie (Pink Shimmer) | 4/29/2019 | $ 24 | thrivecausemetics.com online store |
| Blossom + Shine Makeup Bag | GIFT | 6/9/2019 | $ 4 | thrivecausemetics.com online store |
| Blossom + Shine Makeup Bag | BAG | 6/10/2019 | $ 4 | thrivecausemetics.com online store |
| Brilliant Eye Brightener™ | Emma (Copper Shimmer) | 6/25/2019 | $ 24 | thrivecausemetics.com online store |
| Brilliant Eye Brightener™ | Mieko (Soft Pink Shimmer) | 6/25/2019 | $ 24 | thrivecausemetics.com online store |
| Brush Hero Brush Cleansing Pad™ | Brush Hero™ Brush Cleansing Pad | 7/31/2019 | $ 18 | thrivecausemetics.com online store |
| Lip Filler Long Wearing + Plumping Lip Liner™ | Kackie (Mocha) | 9/3/2019 | $ 20 | thrivecausemetics.com online store |
| Lip Filler Long Wearing + Plumping Lip Liner™ | Maya (Deep Blue Red) | 9/17/2019 | $ 20 | thrivecausemetics.com online store |
| Lip Filler Long Wearing + Plumping Lip Liner™ | Ruth (Peach Taupe) | 9/17/2019 | $ 20 | thrivecausemetics.com online store |
| She's a Hero Makeup Bag | GIFT | 9/18/2019 | $ 4 | thrivecausemetics.com online store |
| She's a Hero Makeup Bag | BAG | 9/20/2019 | $ 4 | thrivecausemetics.com online store |
| Be You Makeup Bag | GIFT | 10/23/2019 | $ 4 | thrivecausemetics.com online store |
| Eye Lift 360° Waterproof Primer™ | Translucent Matte | 11/5/2019 | $ 24 | thrivecausemetics.com online store |
| Perfectly Primed Makeup Bag | GIFT | 11/5/2019 | $ 4 | thrivecausemetics.com online store |
| Perfectly Primed Makeup Bag | BAG | 11/6/2019 | $ 4 | thrivecausemetics.com online store |
| Overnight Sensation Brightening Sleep Mask™ | Overnight Sensation Brightening Sleep Mask™ V2 | 11/13/2019 | $ 62 | thrivecausemetics.com online store |
| Be You Makeup Bag | BAG | 11/22/2019 | $ 4 | thrivecausemetics.com online store |
| Liquid Balm Lip Treatment™ | Liquid Balm Lip Treatment™ | 12/3/2019 | $ 26 | thrivecausemetics.com online store |
| You're A Diamond Makeup Bag | GIFT | 12/29/2019 | $ 4 | thrivecausemetics.com online store |

4

CONFIDENTIAL – ATTORNEYS EYES ONLY

*Thrive Natural Care, Inc. v. Thrive Causemetics, Inc.*, Case No. 2:20-cv-9091 (C.D. Cal.)

| Product | Variant | First Sale | Price | Channel |
|---|---|---|---|---|
| You're A Diamond Makeup Bag | BAG | 12/31/2019 | $ 4 | thrivecausemetics.com online store |
| Bright Balance 3-in-1 Cleanser™ | Bright Balance 3-in-1 Cleanser™ | 1/7/2020 | $ 32 | thrivecausemetics.com online store |
| Defying Gravity Transforming Moisturizer™ | Defying Gravity Transforming Moisturizer™ | 1/14/2020 | $ 49 | thrivecausemetics.com online store |
| give2give | Faux Lashes / Robin | 1/28/2020 | $ 28 | thrivecausemetics.com online store |
| Filtered Effects™ All-Over Face Brush | Filtered Effects All-Over Face Brush™ | 2/2/2020 | $ 16 | thrivecausemetics.com online store |
| Glow Getter Makeup Bag | GIFT | 2/27/2020 | $ 4 | thrivecausemetics.com online store |
| Glow Getter Makeup Bag | BAG | 2/28/2020 | $ 4 | thrivecausemetics.com online store |
| Defying Gravity Eye Lifting Cream™ | Defying Gravity Eye Lifting Cream™ | 3/3/2020 | $ 23 | thrivecausemetics.com online store |
| Liquid Lash Extensions Mascara™ | Crystal (Brown Black) | 3/8/2020 | $ 24 | thrivecausemetics.com online store |
| Diffusing Angled Bronzer Brush™ | Diffusing Angled Bronzer Brush™ | 3/9/2020 | $ 28 | thrivecausemetics.com online store |
| Empowered Women Makeup Bag | GIFT | 3/31/2020 | $ 4 | thrivecausemetics.com online store |
| Liquid Light Therapy All-in-One Face Serum™ | Liquid Light Therapy Face Serum™ | 4/7/2020 | $ 59 | thrivecausemetics.com online store |
| Empowered Women Makeup Bag | BAG | 4/9/2020 | $ 4 | thrivecausemetics.com online store |
| Triple Threat Color Stick™ | Olivia (Peachy Pink Shimmer) | 5/11/2020 | $ 36 | thrivecausemetics.com online store |
| Moisture Flash Active Nutrient Toner™ | Moisture Flash Active Nutrient Toner™ | 5/19/2020 | $ 36 | thrivecausemetics.com online store |
| Filtered Effects™ Blurring Primer | Filtered Effects Blurring Primer™ | 6/23/2020 | $ 35 | thrivecausemetics.com online store |
| Hello Sunshine Makeup Bag | GIFT | 6/26/2020 | $ 4 | thrivecausemetics.com online store |
| Hello Sunshine Makeup Bag | BAG | 6/29/2020 | $ 4 | thrivecausemetics.com online store |
| Lip Filler Long-Wearing + Plumping Lip Liner™ | Devin (Black Cherry) | 7/6/2020 | $ 20 | thrivecausemetics.com online store |
| Lip Filler Long-Wearing + Plumping Lip Liner™ | Em (Pink Blush) | 7/6/2020 | $ 20 | thrivecausemetics.com online store |
| Lip Filler Long-Wearing + Plumping Lip Liner™ | Ghizlan (Plum Mauve) | 7/6/2020 | $ 20 | thrivecausemetics.com online store |
| Lip Filler Long-Wearing + Plumping Lip Liner™ | Jesse (Pale Rose Ginger) | 7/6/2020 | $ 20 | thrivecausemetics.com online store |
| Lip Filler Long-Wearing + Plumping Lip Liner™ | Kackie (Mocha) | 7/6/2020 | $ 20 | thrivecausemetics.com online store |
| Lip Filler Long-Wearing + Plumping Lip Liner™ | Maya (Deep Blue Red) | 7/6/2020 | $ 20 | thrivecausemetics.com online store |
| Lip Filler Long-Wearing + Plumping Lip Liner™ | Ruth (Peach Taupe) | 7/6/2020 | $ 20 | thrivecausemetics.com online store |
| Lip Filler Long-Wearing + Plumping Lip Liner™ | Valisia (Pomegranate) | 7/6/2020 | $ 20 | thrivecausemetics.com online store |
| Deluxe Travel Bright Balance 3-in-1 Cleanser™ | Deluxe Travel Bright Balance 3-in-1 Cleanser™ | 7/10/2020 | $ 14 | thrivecausemetics.com online store |
| Deluxe Travel Defying Gravity Transforming Moisturizer™ | Deluxe Travel Defying Gravity Transforming Moisturizer™ | 7/10/2020 | $ 18 | thrivecausemetics.com online store |
| Brilliant Face Brightener Illuminating Primer™ | Brilliant Face Brightener Illuminating Primer™ | 7/18/2020 | $ 35 | thrivecausemetics.com online store |
| Cue the Confetti Makeup Bag | GIFT | 7/31/2020 | $ 4 | thrivecausemetics.com online store |
| Brilliant Eye Brightener™ | Estrella (White Pearl Shimmer) | 8/4/2020 | $ 24 | thrivecausemetics.com online store |
| Brilliant Eye Brightener™ | Gia (Warm Gold Shimmer) | 8/4/2020 | $ 24 | thrivecausemetics.com online store |
| Brilliant Eye Brightener™ | Muna (Mauve Taupe Shimmer) | 8/4/2020 | $ 24 | thrivecausemetics.com online store |
| Moisture-Enriched Hand Sanitizer | Default Title | 8/7/2020 | $ 3 | thrivecausemetics.com online store |
| Triple Threat Color Stick™ | Isabella | 8/16/2020 | $ 36 | thrivecausemetics.com online store |
| Make Waves Makeup Bag | GIFT | 8/21/2020 | $ 4 | thrivecausemetics.com online store |
| Make Waves Makeup Bag | BAG | 8/22/2020 | $ 4 | thrivecausemetics.com online store |
| Triple Threat Color Stick™ | Isabella (Coral Golden Shimmer) | 9/1/2020 | $ 36 | thrivecausemetics.com online store |
| Triple Threat Color Stick™ | Mieko (Soft Pink Shimmer) | 9/1/2020 | $ 36 | thrivecausemetics.com online store |
| Triple Threat Color Stick™ | Tessa (Berry Matte) | 9/1/2020 | $ 36 | thrivecausemetics.com online store |
| Fall In Love With Yourself Makeup Bag | GIFT | 9/8/2020 | $ 4 | thrivecausemetics.com online store |

5

CONFIDENTIAL – ATTORNEYS EYES ONLY

TCI_00026954

| Product | Variant | First Sale | Price | Channel |
|---|---|---|---|---|
| Fall In Love With Yourself Makeup Bag | BAG | 9/9/2020 | $ 4 | thrivecausemetics.com online store |
| Pumpkin Spice Latte Liquid Balm Lip Treatment™ | Pumpkin Spice Latte Liquid Balm Lip Treatment™ | 9/15/2020 | $ 26 | thrivecausemetics.com online store |
| INTL Liquid Lash Extensions Mascara™ | Default Title | 9/26/2020 | $ 24 | thrivecausemetics.com online store |
| Defying Gravity Nourishing Hand + Nail Cream™ | Defying Gravity Nourishing Hand + Nail Cream™ | 10/19/2020 | $ 9 | thrivecausemetics.com online store |
| Fearlessly Authentic Makeup Bag | GIFT | 10/30/2020 | $ 4 | thrivecausemetics.com online store |
| Fearlessly Authentic Makeup Bag | BAG | 11/2/2020 | $ 4 | thrivecausemetics.com online store |
| Overnight Sensation™ Gentle Resurfacing Peel | Overnight Sensation Gentle Resurfacing Peel | 11/10/2020 | $ 31 | thrivecausemetics.com online store |
| Own Your Magic Makeup Bag | BAG | 12/9/2020 | $ 4 | thrivecausemetics.com online store |
| Own Your Magic Makeup Bag | GIFT | 12/9/2020 | $ 4 | thrivecausemetics.com online store |
| Overnight Sensation Brightening Sleep Mask™ SMALL WEIGHT | Overnight Sensation Brightening Sleep Mask™ SMALL WEIGHT | 12/22/2020 | $ 38 | thrivecausemetics.com online store |
| Overnight Sensation Brightening Sleep Mask™ 1.7 oz | Overnight Sensation Brightening Sleep Mask™ | 12/28/2020 | $ 38 | thrivecausemetics.com online store |
| Skincare First Makeup Bag | GIFT | 1/1/2021 | $ 4 | thrivecausemetics.com online store |
| Overnight Sensation Brightening Sleep Mask™ 3.4oz | Overnight Sensation Brightening Sleep Mask | 1/3/2021 | $ 62 | thrivecausemetics.com online store |
| Skincare First Makeup Bag | BAG | 1/3/2021 | $ 4 | thrivecausemetics.com online store |
| Overnight Sensation Brightening Sleep Mask™ | Overnight Sensation Brightening Sleep Mask™ | 1/5/2021 | $ 38 | thrivecausemetics.com online store |
| Dare to Shine Makeup Bag | GIFT | 1/15/2021 | $ 4 | thrivecausemetics.com online store |
| Sun Chaser Blur + Sculpt Bronzing Powder™ | Camila (Tan Neutral) | 1/26/2021 | $ 33 | thrivecausemetics.com online store |
| Sun Chaser Blur + Sculpt Bronzing Powder™ | Paloma (Medium Neutral) | 1/26/2021 | $ 33 | thrivecausemetics.com online store |
| Sun Chaser Blur + Sculpt Bronzing Powder™ | Milán (Deep Warm) | 1/27/2021 | $ 33 | thrivecausemetics.com online store |
| Dare to Shine Makeup Bag | BAG | 1/30/2021 | $ 4 | thrivecausemetics.com online store |
| Sun Chaser Blur + Sculpt Bronzing Powder™ | Rhea (Light Golden) | 2/9/2021 | $ 33 | thrivecausemetics.com online store |
| Brilliant Eye Brightener™ | Racquel (Soft Silver Shimmer) | 2/12/2021 | $ 24 | thrivecausemetics.com online store |
| Brilliant Eye Brightener™ | Tara (Rose Mauve Shimmer) | 2/12/2021 | $ 24 | thrivecausemetics.com online store |
| Smart Microdermabrasion 2-in-1 Instant Facial™ | Smart Microdermabrasion 2-in-1 Instant Facial™ | 2/16/2021 | $ 44 | thrivecausemetics.com online store |
| INTL Brilliant Eye Brightener™ | Stella (Champagne Shimmer) | 2/22/2021 | $ - | thrivecausemetics.com online store |
| Filtered Effects™ All-Over Face Brush | Filtered Effects™ All-Over Face Brush | 2/28/2021 | $ 66 | thrivecausemetics.com online store |
| Deluxe Travel Defying Gravity Eye Lifting Cream™ | Defying Gravity Eye Lifting Cream™ | 3/1/2021 | $ 10 | thrivecausemetics.com online store |
| Cue the Confetti Makeup Bag | BAG | 3/5/2021 | $ 4 | thrivecausemetics.com online store |
| Brilliant Eye Brightener™ | Pili (Cool Gold Shimmer) | 3/16/2021 | $ 24 | thrivecausemetics.com online store |
| Filtered Effects™ Blurring Primer | Filtered Effects™ Blurring Primer | 3/19/2021 | $ 35 | thrivecausemetics.com online store |
| Brilliant Eye Brightener™ | Anise (Warm Bronze Shimmer) | 3/23/2021 | $ 24 | thrivecausemetics.com online store |
| Brilliant Eye Brightener™ | Callie (Greige Taupe Shimmer) | 3/23/2021 | $ 24 | thrivecausemetics.com online store |
| Enjoy the Journey Makeup Bag | GIFT BAG | 3/25/2021 | $ 4 | thrivecausemetics.com online store |
| Enjoy the Journey Makeup Bag | BAG | 3/26/2021 | $ 4 | thrivecausemetics.com online store |

6

CONFIDENTIAL – ATTORNEYS EYES ONLY

# TRIAL EXHIBIT NO. 38



CONFIDENTIAL – ATTORNEYS EYES ONLY

TCI_00030182



CONFIDENTIAL – ATTORNEYS EYES ONLY

TCI_00030183



CONFIDENTIAL – ATTORNEYS EYES ONLY

TCI_00030184

# TRIAL EXHIBIT NO. 345



CONFIDENTIAL – ATTORNEYS EYES ONLY

TCI_00031365

# TRIAL EXHIBIT NO. 380

**From:** **Phil Segal** phil@digitalnative.co
**Subject:** Thrive Casuemetics
**Date:** August 12, 2019 at 9:08 AM
**To:**

Hi Alex and Brandon,

Read this article over the weekend while researching them a bit - you may
have already seen it or know the story:
https://www.beautyindependent.com/thrive-causemetics-major-dtc-beauty-business/

Couple interesting takeaways for me:

  - They didn't really credit a specific influencer strategy or channel
with their success; instead they believe that the groundswell of female
consumers drove the popularity over time, and then came the other presence
  - While the mission is inspiring and supportive of sales, the product
quality is the main driver of purchases, as per surveying/data
  - They had 1-2 specific products that really put them on the map
  - They sell only on their website (no Amazon, retail, etc.)

We need to find Thrive's hero product. Sunblock would have been
interesting, but I think we mostly missed the window for this year
<https://trends.google.com/trends/explore?q=sunblock&geo=US>.

Despite what they say, I think we need to figure out the influencer
strategy. Samples and placements.

Also, my anecdotal observation is that most of the successful DTC brands
have a large Instagram presence with frequent posting. That isn't typically
in my wheelhouse, so we need to figure that one out.

I have a connection with the founder of PR for Good
<https://publicityforgood.com/> - her firm specializes natural consumables
products with a mission. I talked with her this morning and am going to see
what she proposes, and potentially suggest we put some budget there. The
problem is that PR often/generally doesn't result in direct sales. But it
might be a viable strategy for some of the budget, since we are heading
into the holiday season (publications are putting together Gift Guide
recommendations as we speak), and we have a tight deadline and probably
need to fire salvos in as many channels as possible.

*Last thing*: my primary goal is for us to get a sale out this week, or
possibly prep for coming Sunday / Monday (bigger eCom days). That would
involve an email and FB/IG posts and boosting.

Ok that was a lot to hit you with on a Monday morning, but let me know your
thoughts...

Phil Segal

*Chief Optimizer of Digital Media*
*M: (818) 730-6892*
*www.DigitalNative.co <http://www.DigitalNative.co>*

*"Great things are not done by impulse, but by a series of small things
brought together."*

--000000000000b9ca28058fedba10
Content-Type: text/html; charset=utf-8
Content-Transfer-Encoding: quoted-printable

<meta http-equiv=3D"Content-Type" content=3D"text/html; charset=3Dutf-8"><d=
iv dir=3D"ltr">Hi Alex and Brandon,<div><br></div><div>Read this article ov=
er the weekend while researching them a bit - you may have already seen it =
or know the story:</div><div><a href=3D"https://www.beautyindependent.com/t=
hrive-causemetics-major-dtc-beauty-business/">https://www.beautyindependent=
.com/thrive-causemetics-major-dtc-beauty-business/</a></div><div><br></div>=
<div>Couple interesting takeaways for me: </div><div><ul><li>They didn=
't really credit a specific influencer strategy or channel with their succe=
ss; instead they believe that the groundswell of female consumers drove the=
popularity over time, and then came the other presence</li><li>While the m=
ission is inspiring and supportive of sales, the product quality is the mai=
n driver of purchases, as per surveying/data</li><li>They had 1-2 specific =
products that really put them on the map</li><li>They sell only on their we=
bsite (no Amazon, retail, etc.)</li></ul></div><div>We need to find Thrive'=
s hero product. Sunblock would have been interesting, but I think we mostly=

s hero product. Sunblock would have been interesting, but I think we mostly=
<a href=3D"https://trends.google.com/trends/explore?q=3Dsunblock&amp;geo=
=3DUS">missed the window for this year</a>.</div><div><br></div><div>Despit=
e what they say, I think we need to figure out the influencer strategy. Sam=
ples and placements.</div><div><br></div><div>Also, my anecdotal observatio=
n is that most of the successful DTC brands have a large Instagram presence=
with frequent posting. That isn't typically in my wheelhouse, so we need t=
o figure that one out.</div><div><br></div><div>I have a connection with th=
e founder of <a href=3D"https://publicityforgood.com/">PR for Good</a> - he=
r firm specializes natural consumables products with a mission. I talked wi=
th her this morning and am going to see what she proposes, and potentially =
suggest we put some budget there. The problem is that PR often/generally do=
esn't result in direct sales. But it might be a viable strategy for some of=
the budget, since we are heading into the holiday season (publications are=
putting together Gift Guide recommendations as we speak), and we have a ti=
ght deadline and probably need to fire salvos in as many channels as possib=
le.</div><div><br></div><div><b>Last thing</b>: my primary goal is for us t=
o get a sale out this week, or possibly prep for coming Sunday / Monday (bi=
gger eCom days). That would involve an email and FB/IG posts and boosting.&=
nbsp;</div><div><br></div><div>Ok that was a lot to hit you with on a Monda=
y morning, but let me know your thoughts...</div><div><br clear=3D"all"><di=
v><div dir=3D"ltr" class=3D"gmail_signature" data-smartmail=3D"gmail_signat=
ure"><div dir=3D"ltr"><div><div dir=3D"ltr"><div><div dir=3D"ltr"><div><div=
dir=3D"ltr"><div><div dir=3D"ltr"><div><div dir=3D"ltr"><div><div dir=3D"l=
tr"><div><div dir=3D"ltr"><div dir=3D"ltr" style=3D"font-size:small">Phil S=
egal</div><div dir=3D"ltr"><div style=3D"font-size:small"><i>Chief Optimize=
r of Digital Media<br/i><div><i>M: (818) 730-6892</i><br/div></div><div=
style=3D"font-size:small"><span style=3D"font-size:12.8px"><i><a href=3D"h=
ttp://www.DigitalNative.co" target=3D"_blank">www.DigitalNative.co</a></i><=
/span></div><div style=3D"font-size:small"><b><i>&quot;G=
reat things are not done by impulse, but by a series of small things brough=
t together.&quot;</i><br></div><div style=3D"font-size:small"><br></div></d=
iv></div></div></div></div></div></div></div></div></div></div></div></div>=
</div></div></div></div></div></div>

--000000000000b9ca28058fedba10--

**CONFIDENTIAL**                    **TNC00836**

# TRIAL EXHIBIT NO. 142

# The Next Beauty Industry Unicorn? Thrive Causemetics Is Quietly Building A Major DTC Business



Established a year after Glossier, direct-to-consumer beauty startup Thrive Causemetics receives little of its cool-girl hype. While Glossier sells aspiration in a minimalist package, Thrive exudes relatability from its signature turquoise tubes. If you haven't heard of the philanthropic vegan cosmetics brand, it might be because Thrive hasn't reeled in big-time investors, plastered cities with billboards, popped up to fuel Instagram posts or paid famous social media gurus to plug it. "It wasn't an influencer shout-out that put us on the map. It was the everyday woman who's working 9 to 5 and being a badass," says Karissa Bodnar, the 29-year-old founder of Thrive. "They influence us

## in the product development process, and they influence each other by spreading the word about the products they love."

product development process, and they

Thrive is perhaps the beauty industry's most low-key breakout brand. Although it remains under-the-radar, one of Thrive's bestselling Liquid Lash Extensions Mascara products is snapped up every nine seconds, and it's turning into a rouged Robin Hood, doling out goods and money when societal and environmental problems demand action. The brand dedicated $25 million worth of merchandise to more than 50 organizations fighting cancer, domestic abuse and homelessness to mark its fourth anniversary earlier this year and, last year, donated a day's profits of $250,000 to help with California wildfire recovery efforts. Extrapolating based on its single-day donation, Thrive's annual profits surpass $91 million. Beauty Independent chatted with Bodnar about sustaining her brand's growth, being rejected by retailers, hiring an in-house therapist, slowly creating new products, expanding into skincare and whether altruism impacts sales.

How did the brand come to be?

Early in my life, I developed a passion for beauty. I grew up on a farm that was literally on a dirt road in a town outside of Seattle called Stanwood. I didn't have cable. I had lots of animals. I loved the way that beauty made me feel confident, but I didn't have access to makeup stores because they were so far away. The closest makeup store was over an hour away. I would go into the garden and grab whatever I could find to make makeup like spirulina and rose petals that I would mix with crayons to make lipstick. They weren't extremely sophisticated formulas, but I loved creating beauty products.

I started working as a makeup artist as a way to pay for college. I did that up until I graduated. Then, I worked for Clarisonic when it was a small startup. I worked in product development, and it was such a great experience to learn

about what it takes to build a company and a brand. At Clarisonic, we were really changing the industry with a device that had never existed before. When Clarisonic sold to L'Oréal, I went to work to work for L'Oréal in its luxury division. I was traveling the world in my early 20s sourcing ingredients and developing formulas in the lab. I was really living my dream job.

I was in Paris for L'Oréal's annual conference, and my friend Kristy called me. She was in Chile teaching English in an orphanage. I had been hell bent on climbing the corporate ladder, and she was hell bent on philanthropy. When she called me, she told me she had something that could be cancer. When you are 23- or 24-years-old, you don't think something like that is going to take somebody's life. Unfortunately, less than a year later, it took Kristy's life.

That caused me to think about my purpose. What's my why? Why am I here? I knew I was born to be in the beauty industry, but there wasn't a brand I could work for where I could also give back the way I wanted. Kristy was the catalyst for me having a carpe diem moment. If I didn't do this now, when would I do it? She inspired me to build a brand that was much bigger than beauty.

TNC01131



Thrive Causemetics founder Karissa Bodnar

## What did you start Thrive Causemetics with?

From the very beginning, I wanted to create a brand that was about more than just selling makeup, a brand that was giving back. My idea was for it to have really high-performance, vegan and cruelty-free formulas. Back when I started Thrive over four years ago, there weren't really products that were vegan, cruelty-free and also high-performance. That was something I wanted to lead with and, for the give-back mission to start, for every product purchased, one was donated to help a woman.

We just had lashes and adhesive. I literally made the adhesive in my blender at home. There wasn't a formula out there that was free of latex, sulfates and formaldehyde that was really waterproof. It's a 24-hour lash glue. It's so

TNC01132

strong even though it only has two ingredients. A funny antidote I've heard from Jessica Simpson's team is she will put on her lashes with the adhesive on Monday to fly to New York, be there a whole week, and come back with the same lashes on. It's a very effective product without the latex, sulfates and formaldehyde that can be damaging. A lot of times women who wear lash extensions have to stop wearing them because they develop an allergy to latex. That was the inspiration for our lashes and, ultimately, for the Liquid Lash Extensions Mascara that I was working on at the same time that I was working on the lashes.

How have you evolved the brand's giving program?

Up until November 2018, for every product purchased, one was donated to help a woman thrive. When the horrible fires hit Northern and Southern California last year, I was watching the news on a Saturday, seeing the devastation and thinking that we have to take action. One of the things I love about being an independent beauty brand is that we can act very quickly. We came up with the idea of donating 100% of our profits from one day to help the recovery from the fires. Just a few days later, we were able to donate over $250,000 to help those impacted by the fires.

We are still giving products for every purchase, and we have also introduced what we call responsive giving. We give back in three different pillars: one is to help women emerging from homelessness and reentering the workforce, the second is domestic abuse, and the third is cancer. With work with hundreds and hundreds of charities. We provide them with products that they're looking for and, if they need financial assistance, we partner with them that way.

There are also moments in time where we mobilize whether it's because of a natural disaster or an occasion like International Women's Day. When the wildfires hit, there were animal groups that we partnered with, which was a very natural extension of our brand being that it's vegan and cruelty-free. Animal shelters saved the lives of thousands of animals that had been

Case 2:20-cv-09582-PA-AS   Document 165   Filed 10/26/21   Page 67 of 86   Page ID #:7889

On International Women's Day, we donated 100% of the profits from sales of our Buildable Blur CC Cream and Blend + Blur Sponge to She's The First. There are 130 million young girls who don't graduate from high school in the world, and that's just staggering to me. The great thing about She's The First is that girls are a part of a program that may allow them to be the first person in their families to graduate from high school. The fact that Thrive can be a part of building the next generation of strong women is one of the most amazing things we decided to do this year.

Do you think your give-back component influences purchasing decisions?

We have data on that from our community. Really, they are purchasing the products because they love the products. Our giving really matters to us, and I wouldn't be doing what I'm doing if I didn't have this incredible desire to give back. I know our employees really care about it. Our community cares very much about the giving, but, if we didn't have amazing products that are very high-performance, we wouldn't have a company.

How many products does Thrive Causemetics have today?

We started with a couple and, today, we have over 100 SKUs. I started working on our CC cream, mascara and eyeliner at the very beginning in my kitchen. In this world of fast fashion and fast beauty, we are taking time to create new formulas. We develop and own the formulas ourselves. I first started developing the CC cream, which was the first inclusive CC cream on the market, in 2015, and it didn't come out until August 2018 because it just took us that long to do. The line has developed to always have really purposeful skin-loving ingredients and super high-performance, and be vegan and cruelty-free. We develop products with our Thrive Tribe, which is our community online. They help test the products. We had thousands of women with different skin tones and types testing the CC cream formula, giving us feedback and helping us fine-tune it until the shades and formula

TNF01134

The bestseller is Liquid Lash Extensions Mascara. What really put us on the map was Infinity Waterproof Eyeliner, and that is still neck and neck with Liquid Lash Extensions Mascara as is our CC cream. Those three are really strong with our community. We created Liquid Lash Extensions Mascara with our Thrive Tribe. When it launched, I had high hopes for it, but it sold out in 48 hours. We would have it and, then, we'd sell out. For the first year, we could not keep it in stock at all, and we are just now getting to the place where we are able to satisfy the demand, which I'm so grateful for. It definitely surpassed my expectation.



Liquid Lash Extensions Mascara is Thrive Causemetics' bestseller. One of the mascaras is sold every nine seconds.

TNC01135

What are areas where you believe there are opportunities for Thrive Causemetics in products?

Due to the feedback from our community, we launched the sleeping mask Overnight Sensation. It's a game changer. Our community absolutely flipped out when we launched it. The loyalty on that particular SKU had been off the charts. Because of the success of that, we have continued to develop our skincare line. I'm really exciting about building our skincare portfolio.

What's your distribution strategy?

If you asked me four years ago, I would've thought we would have built the brand at retail. What wound up happening was we had this incredible community that mobilized online, and it wasn't because of an influencer shout-out. It was because people loved the product and loved that we were giving back, and were vegan and cruelty-free. We couldn't keep up with demand online, and we still struggle to keep up with the demand on thrivecausmetics.com, where we're exclusively sold. Because of the direct connection we have with our Thrive Tribe, we can talk to them about what they are looking for from us. That's been a gift I didn't realize when I was first starting the brand.

What was it like pitching retailers?

Right now, we are very focused on thrivecausemetics.com. We have a rapidly growing direct-to-consumer business, so we're not looking to go into retail. In the beginning, when I was walking in with lab samples and a dream, and running the brand out of my apartment, they weren't particularly interested in partnering with us. It wasn't a bad experience, but I learned a lot.

When did you see the business tick up online?

At the end of 2016, we had this incredible virality with our community. We

still had very few SKUs. We didn't even have Liquid Lash Extensions Mascara. It was because of the Infinity Waterproof Eyeliner. They went crazy for it. It started with one woman talking to another woman. We have posts that have thousands of comments of people referring their friends to the products. There was no flash sale. It was really our community coming together.



Sold exclusively on its website, Thrive Causemetics is generating an estimated $91.25 million in annual profits.

TNC01137

Can the brand keep up the growth it's been registering?

I believe it can. Our customers have built our business very rapidly and

I believe it can. Our customers have built our business very rapidly and profitably. We have been profitable since day one. One of our greatest assets is our community and the way that they are so loyal to us. Once a woman buys our CC cream, she is coming back and buying that in addition to the mascara and perhaps an eyeshadow palette. I think that is because of the thoughtful way that we are creating products with them versus for them. It's really the difference between a monologue, which is the old way of luxury brands, and a dialogue.

In addition to product development, how do you include the Thrive Tribe?

We include them in our giving back. When the wildfires hit, they helped us choose all five charities we gave back to. They helped me name my dog when I rescued a puppy. We name our products after inspiring and powerful women and, a lot of times, those women are in our Thrive Tribe. They are involved not only in helping us create the product, but also name it.

The brand's signature color is turquoise. Why did you select that color?

When I was starting Thrive and, even today, most cosmetics are in black or white packaging. Because we are a beauty brand with a purpose and all of our ingredients have a purpose behind them, I wanted our brand to evoke the feeling of joy. I started researching the meaning behind different colors, and I found out the meaning of turquoise is joy. One of the original mantras we had was, "Joy is the best makeup," and that's the reason I chose turquoise.

People thought I was crazy with a lot of things when I was starting the business, but two of the things that I got the most feedback on was the turquoise packaging and selling the way we are selling online. Those were experts in the beauty industry giving me that feedback, but our community is always raving about the turquoise packaging and how it makes them happy. It's easy for them to find our products in their makeup bags, and we've kept the turquoise because they love it.

TNC01138

# What digital outreach has worked for Thrive Causemetics?

Case 2:16-cv-08001-PA-SS Document 163 Filed 10/26/21 Page 72 of 86 Page ID #:7894

What has worked is taking a multipronged approach. I think that, if you just focus on one area of digital—if you have an amazing site, but nobody knows your site exists—then you are going to be dead in the water. We have focused on all of the different touch points. Take customer service, for example. We hire makeup artists and aestheticians to be the ones having direct conversations with our customer. We respond to every DM, and we are getting thousands of DMs. In fact, that is one of our biggest customer service channels. We have live chat on thrivecausemetics.com. We have built a proprietary system that integrates all of our channels to make sure that we know who we are speaking to and the questions she may have asked in the past, so we can be really helpful to her.

TNC01139



On International Women's Day this year, Thrive Causemetics donated 100% of profits from sales of its Buildable Blur CC Cream and Blend + Blur Sponge to the non-profit organization She's The First.

## Have you taken outside investment?

I funded the company myself in the beginning, and it was with my life savings of $100,000. Then, [friends and family supplied a] very small

amount once we got off the ground for inventory purchases.

Would you be interested in taking outside investment now?

We are growing really rapidly and profitably, so it's not something that we are pursuing.

How has your role shifted?

In the beginning, I was making the products, printing the labels, packing the products into mailers and shipping the products out of my one-bedroom apartment. I was customer service. I was social media. I was digital marketing. Now, we have a team of about 40 employees that are so passionate about what we are building and the way we are giving back. I'm still in the lab making the formulas, and that will never change. I'm at every giving event. I'm very involved in anything that touches our customer. I'm kind of addicted to Instagram Live and Facebook Live. I love talking to our community. I'm still overseeing finance and operations, but I have a team that supports me on that. My priority is always the customers and the product, and I'm very involved in the day-to-day.

How have you found being a manager?

That has been a journey for me. Before Thrive, the biggest team I managed had four people. About a year ago, we hired a psychologist to work for us, which I think is something that is really groundbreaking, not just in beauty, but beyond beauty as well. Her name is Erin Brower, and she's an incredible person, therapist and mentor. She's helped me create the culture that I've always dreamed of. The North Stars for our culture is that we are clear, kind, boundaried and honest. The reason why having someone like Erin is so important is because, if we can make our team members feel that Thrive is a safe place to voice their opinions, we are able to be much more efficient, and people will live happier lives. They will able to thrive outside the workplace and inside of it.

TNC01141

# What advice do you have for beauty entrepreneur hopefuls?

Whether they want to build a brand or they are looking to get their dream job, my advice for others who are pursuing their dreams is to focus on their why. My why has always been the women that we are helping. They are the ones that inspire me. Your why is what keeps you going as you are filling customer orders or staying up until 2 a.m. answering customer service emails.

TNC01142

# TRIAL EXHIBIT NO. 327

| Thrive Summary Financial Statements | | 20 |
|---|---|---|
| **Income Statement** | **Q1** | **Q2** |
| **Gross Retail Sales** | $         - | $         - |
| **Net Revenue** | $         - | $         - |
| **Cost of Sales** | - | - |
| **Gross Margin** | - | - |
| **Operating Expenses** | | |
| Sales & Marketing | - | 4,000 |
| Product Development | 5,425 | 2,721 |
| General & Administrative | 13,436 | 6,237 |
| Total Operating Expenses | 18,861 | 12,959 |
| **Operating Margin** | $   (18,861) | $   (12,959) |
| Other Income (Expense) | - | - |
| Taxes | - | - |
| **Net Income** | $   (18,861) | $   (12,959) |
| | | |

**ATTORNEYS' EYES ONLY**                    **TNC01282**

| | 013 Q3 | Q4 | 2014 Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|---|---|
| | $ - | $ - | $ 14,376 | $ 5,704 | $ 8,433 | $ 11,077 |
| | $ - | $ - | $ 1,905 | $ 3,717 | $ 4,374 | $ 6,260 |
| | - | - | 4,495 | 3,282 | 3,432 | 4,853 |
| | - | - | (2,590) | 435 | 942 | 1,407 |
| | 8,920 | 2,557 | 50,214 | 25,147 | 21,130 | 7,341 |
| | 18,002 | 39,717 | 9,442 | 4,250 | 16,316 | 16,142 |
| | 23,986 | 17,317 | 25,217 | 22,420 | 37,212 | 36,341 |
| | 50,908 | 59,591 | 84,873 | 51,817 | 74,657 | 59,824 |
| | $ (50,908) | $ (59,591) | $ (87,464) | $ (51,382) | $ (73,716) | $ (58,417) |
| | (158) | (864) | (1,137) | 12,358 | (1,877) | (3,322) |
| | - | - | 400 | 1,622 | 330 | - |
| | $ (51,066) | $ (60,455) | $ (89,001) | $ (40,646) | $ (75,923) | $ (61,739) |

**ATTORNEYS' EYES ONLY**             **TNC01284**

|  | 2015 | | | | | 2016 | |
| --- | --- | --- | --- | --- | --- | --- | --- |
|  | **Q1** | **Q2** | **Q3** | **Q4** |  | **Q1** | **Q2** |
| $ | 12,842 | $ 27,131 | $ 12,930 | $ 14,034 | $ | 26,370 | $ 14,522 |
| $ | 4,584 | $ 11,470 | $ 5,601 | $ 8,355 | $ | 13,381 | $ 7,629 |
|  | 5,596 | 11,907 | 5,774 | 6,376 |  | 11,285 | 4,793 |
|  | (1,012) | (437) | (173) | 1,979 |  | 2,096 | 2,837 |
|  | 27,471 | 20,282 | 20,539 | 26,409 |  | 11,358 | 12,528 |
|  | 15,524 | 11,305 | 17,653 | 13,500 |  | 21,498 | 11,560 |
|  | 30,115 | 25,500 | 29,889 | 24,426 |  | 19,289 | 29,256 |
|  | 73,110 | 57,088 | 68,082 | 64,336 |  | 52,144 | 53,343 |
| $ | (74,123) | $ (57,524) | $ (68,255) | $ (62,357) | $ | (50,048) | $ (50,507) |
|  | (3,811) | (4,831) | (5,549) | (6,261) |  | (7,007) | (7,497) |
|  | 600 | 23 | 24 | - |  | 578 | 1,003 |
| $ | (78,534) | $ (62,378) | $ (73,828) | $ (68,618) | $ | (57,633) | $ (59,006) |

**ATTORNEYS' EYES ONLY**

| | 016 | | 2017 | | | |
|---|---|---|---|---|---|---|
| | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 |
| $ | 10,197 | $ 25,525 | $ 22,077 | $ 42,982 | $ 51,010 | $ 89,352 |
| $ | 5,874 | $ 14,881 | $ 15,289 | $ 29,305 | $ 36,117 | $ 60,055 |
| | 3,270 | 9,635 | 9,929 | 19,267 | 23,850 | 40,923 |
| | 2,603 | 5,247 | 5,360 | 10,037 | 12,267 | 19,131 |
| | 16,841 | 36,489 | 51,910 | 37,345 | 32,106 | 38,103 |
| | 8,333 | 3,622 | 16,183 | 10,784 | 18,121 | 23,145 |
| | 35,426 | 32,499 | 36,481 | 46,994 | 46,754 | 46,018 |
| | 60,600 | 72,611 | 104,574 | 95,122 | 96,981 | 107,266 |
| $ | (57,997) | $ (67,364) | $ (99,214) | $ (85,085) | $ (84,714) | $ (88,134) |
| | (13,221) | (14,040) | (13,925) | (14,917) | (15,746) | (16,432) |
| | 150 | 185 | 900 | 800 | - | - |
| $ | (71,368) | $ (81,589) | $ (114,038) | $ (100,802) | $ (100,461) | $ (104,566) |

**ATTORNEYS' EYES ONLY**

TNC01288

| 2018 | | | | | 20 | |
|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 |
| $ | 72,359 | $ 82,267 | $ 79,326 | $ 159,154 | $ 104,082 | $ 89,877 |
| $ | 53,293 | $ 58,991 | $ 59,704 | $ 130,602 | $ 78,241 | $ 70,639 |
| | 37,353 | 43,833 | 38,547 | 82,441 | 47,148 | 42,305 |
| | 15,940 | 15,158 | 21,157 | 48,160 | 31,093 | 28,334 |
| | 50,966 | 40,154 | 33,272 | 17,897 | 17,329 | 30,611 |
| | 31,569 | 10,359 | 6,325 | 1,968 | 8,730 | 10,826 |
| | 95,387 | 86,726 | 52,254 | 24,629 | 37,002 | 44,770 |
| | 177,923 | 137,238 | 91,852 | 44,494 | 63,061 | 86,207 |
| $ | (161,983) | $ (122,080) | $ (70,695) | $ 3,666 | $ (31,968) | $ (57,873) |
| | (20,193) | (79,299) | (24,269) | (22,953) | (24,067) | (29,200) |
| | 828 | 825 | - | 193 | 800 | 677 |
| $ | (183,004) | $ (202,204) | $ (94,964) | $ (19,481) | $ (56,835) | $ (87,750) |

ATTORNEYS' EYES ONLY

| 19 | | 2020 | | | |
| Q3 | Q4 | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|---|
| $ 175,436 | $ 310,125 | $ 174,763 | $ 218,380 | $ 161,540 | $ 448,696 |
| $ 120,927 | $ 217,416 | $ 115,613 | $ 157,386 | $ 112,760 | $ 315,150 |
| 76,000 | 136,231 | 72,913 | 91,658 | 68,058 | 202,233 |
| | | | | | |
| 44,927 | 81,185 | 42,700 | 65,728 | 44,701 | 112,918 |
| | | | | | |
| 86,906 | 123,646 | 23,585 | 62,483 | 41,232 | 138,005 |
| 6,468 | 3,973 | 9,914 | 4,714 | 4,393 | 17,248 |
| 42,847 | 39,818 | 43,287 | 62,585 | 61,950 | 85,750 |
| 136,222 | 167,438 | 76,787 | 129,782 | 107,576 | 241,002 |
| $ (91,295) | $ (86,253) | $ (34,086) | $ (64,054) | $ (62,874) | $ (128,085) |
| (33,144) | (34,901) | (33,277) | (11,332) | (43,115) | (28,601) |
| 190 | 125 | 450 | 830 | - | 125 |
| $ (124,628) | $ (121,279) | $ (67,814) | $ (76,216) | $ (105,989) | $ (156,811) |

ATTORNEYS' EYES ONLY

TNC01292

| | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|
| | FY | FY | FY | FY | FY | FY |
| $ | - | $ 39,590 | $ 66,936 | $ 76,614 | $ 205,421 | $ 393,106 |
| | | $ 16,255 | $ 30,009 | $ 41,766 | $ 140,766 | $ 302,591 |
| | | 16,062 | 29,652 | 28,983 | 93,970 | 202,175 |
| | - | 193 | 356 | 12,783 | 46,796 | 100,416 |
| | 15,477 | 103,832 | 94,702 | 77,216 | 159,464 | 142,289 |
| | 65,865 | 46,150 | 57,983 | 45,012 | 68,233 | 50,221 |
| | 60,976 | 121,190 | 109,931 | 116,470 | 176,247 | 258,997 |
| | 142,318 | 271,172 | 262,615 | 238,698 | 403,944 | 451,507 |
| $ | (142,318) | $ (270,979) | $ (262,259) | $ (225,915) | $ (357,148) | $ (351,091) |
| | (1,022) | 6,022 | (20,452) | (41,765) | (61,020) | (146,714) |
| | - | 2,352 | 647 | 1,915 | 1,700 | 1,847 |
| $ | (143,340) | $ (267,309) | $ (283,357) | $ (269,595) | $ (419,868) | $ (499,652) |

**ATTORNEYS' EYES ONLY**

TNC01294

| 2019 | 2020 |
|---|---|
| **FY** | **FY** |
| $ **679,521** | $ **1,003,379** |
| $ **487,223** | $ **700,910** |
| 301,684 | 434,862 |
| | |
| 185,539 | 266,047 |
| | |
| 258,493 | 265,305 |
| 29,998 | 36,269 |
| 164,437 | 253,572 |
| | |
| 452,928 | 555,146 |
| | |
| $ **(267,389)** | $ **(289,099)** |
| | |
| (121,311) | (116,326) |
| 1,792 | 1,405 |
| | |
| $ **(390,492)** | $ **(406,829)** |

**ATTORNEYS' EYES ONLY**

# TRIAL EXHIBIT NO. 227

| | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|
| **Gross Retail Sales** | 1,003,382 | 1,798,024 | 3,227,657 | 5,962,765 | 11,054,877 | 19,962,662 |
| **Net Revenue** | 700,910 | 1,231,587 | 2,428,596 | 4,427,664 | 8,289,683 | 15,059,944 |
| Cost of Sales | 434,862 | 728,630 | 1,197,876 | 2,093,609 | 3,660,544 | 6,211,015 |
| Gross Margin | 266,047 | 502,957 | 1,230,720 | 2,334,055 | 4,629,139 | 8,848,929 |
| **Operating Expenses** | | | | | | |
| Sales & Marketing | 265,305 | 1,006,343 | 1,457,157 | 1,505,406 | 2,486,905 | 3,764,986 |
| Product Development | 36,269 | 91,700 | 109,287 | 154,968 | 269,415 | 451,798 |
| General & Administrative | 253,572 | 431,718 | 607,149 | 664,150 | 1,243,452 | 2,108,392 |
| Total Operating Expenses | 555,146 | 1,529,761 | 2,173,593 | 2,324,524 | 3,999,772 | 6,325,177 |
| **Operating Margin** | (289,099) | (1,026,804) | (942,873) | 9,531 | 629,367 | 2,523,752 |
| Other Income (Expense) | (116,326) | (80,622) | (25,612) | (18,689) | (15,253) | (13,311) |
| Taxes | 1,405 | 1,400 | 2,000 | 1,430 | 94,405 | 378,563 |
| **Net Income** | (406,829) | (1,108,826) | (970,486) | (10,588) | 519,709 | 2,131,879 |

**ATTORNEYS' EYES ONLY**