1  Stephen McArthur (SBN 277712)
   stephen@smcarthurlaw.com
2  Thomas Dietrich (SBN 254282)
   tom@smcarthurlaw.com
3  THE MCARTHUR LAW FIRM, P.C.
   9465 Wilshire Blvd., Ste. 300
4  Beverly Hills, CA 90212
   Telephone: (323) 639-4455
5
   *Attorneys for Plaintiff Thrive*
6  *Natural Care, Inc.*

7

8

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11

12  THRIVE NATURAL CARE, INC.,          Case No. 2:20-CV-9091-PA-AS

13              Plaintiff,              **PLAINTIFF THRIVE NATURAL
                                        CARE, INC.'S DESIGNATIONS
14      v.                              FROM PERSONAL DEPOSITION
                                        OF BRENDAN GARDNER-YOUNG
15  THRIVE CAUSEMETICS, INC.,           IN LIEU OF DIRECT
                                        EXAMINATION TRIAL
16              Defendant.              DECLARATION**

17                                      Hon. Percy Anderson
                                        United States District Court Judge
18                                      **Trial Date**: November 9, 2021
                                        **Time**: 9:00 a.m.
19                                      **Courtroom**: 9A, 350 W. 1st Street, 9th
                                        Floor, Los Angeles, California 90012
20

21

22

23

24

25

26

27

28
                                        PLAINTIFF'S DESIGNATIONS FROM
                                        GARDNER-YOUNG PERSONAL DEPOSITION
                                        CASE NO. 2:20-CV-09091-PA-AS

1      For its direct testimony in the bench trial scheduled in this matter, Plaintiff

2  Thrive Natural Care, Inc. ("Thrive") submits the following designations from the

3  Personal Deposition of Brendan Gardner-Young, the Head of Technology for

4  Defendant Thrive Causemetics, Inc. ("TCI"), in lieu of a trial declaration for TCI's

5  witness. The designations also include the referenced Trial Exhibits, TCI's counter-

6  designations, and TCI's objections together with Thrive's responses.

7

8  Dated: October 26, 2021        Respectfully submitted,

9                           **THE MCARTHUR LAW FIRM, PC**

10

11                       By */s/ Stephen McArthur*

12                     Stephen C. McArthur
Thomas E. Dietrich

13                     *Attorneys for Plaintiff Thrive Natural Care, Inc.*

PERSONAL DEPOSITION OF BRENDAN GARDNER-YOUNG

| Deposition Designation | Objection & Response |
|---|---|
| *Plaintiff's Designation of Brendan Gardner-Young Personal Deposition* | |
| Plaintiff's Designation of B. Gardner-Young (6:15-7:1)<br><br>Page 6<br>15   Q.   Do you know Karissa Bodnar?<br>16   A.   Yes.<br>17   Q.   And how do you know Ms. Bodnar?<br>18   A.   I work with her.<br>19   Q.   Do you have any other relationship with<br>20        Ms. Bodnar?<br>21   A.   Yes.<br>22   Q.   What is that?<br>23   A.   She's my girlfriend.<br>24   Q.   Okay. And how long have you been in a<br>25        romantic relationship with Ms. Bodnar?<br>Page 7<br>1    A.   Ten years. | Defendant's Objections:<br><br>Page 6:15-7:1, 6-7: Irrelevant, Fed. R. Evid. 401, 402; Prejudicial, Fed. R. Evid. 403<br><br>Plaintiff's Response:<br><br>Mr. Gardner-Young's long-time romantic relationship with Defendant's CEO is obviously relevant to witness bias. *United States v. Hankey*, 203 F.3d 1160, 1171 (9th Cir. 2000) ("Evidence is relevant . . . if it has a mere tendency to impeach a witness' credibility by a showing of bias"). |
| Plaintiff's Designation of B. Gardner-Young (8:6-7)<br><br>Page 8<br>6   Q.   Do you live with Ms. Bodnar?<br>7   A.   Yes. | Defendant's Objections:<br><br>Page 8:6-7: Irrelevant, Fed. R. Evid. 401, 402; Prejudicial, Fed. R. Evid. 403<br><br>Plaintiff's Response:<br><br>Relevant to witness bias. *United States v. Hankey*, |

|  | 203 F.3d 1160, 1171 (9th Cir. 2000) ("Evidence is relevant . . . if it has a mere tendency to impeach a witness' credibility by a showing of bias"). |
|---|---|
| Plaintiff's Designation of B. Gardner-Young (18:13-16)<br><br>Page 18<br>13 Q. Do you have any ownership interest in<br>14 Thrive Causemetics?<br>. . .<br>16 A. I do. | Defendant's Objections:<br><br>Page 18:13-14: Irrelevant, Fed. R. Evid. 401, 402<br><br>Plaintiff's Response:<br><br>Relevant to witness bias. *United States v. Hankey*, 203 F.3d 1160, 1171 (9th Cir. 2000) ("Evidence is relevant . . . if it has a mere tendency to impeach a witness' credibility by a showing of bias"). |
| Plaintiff's Designation of B. Gardner-Young (18:23-25)<br><br>Page 18<br>23 Q. What percentage of Thrive Causemetics' shares<br>24 do you own?<br>25 A. I'm not sure of the exact percentage. |  |
| Plaintiff's Designation of B. Gardner-Young (31:16-24)<br><br>Page 31<br>16 Q. Did you ever do any searching in those days to<br>17 see if Thrive Causemetics' name was being used by<br>18 anybody else?<br>19 A. Did I ever do searching? No. |  |

2

| | | |
|---|---|---|
| 20 | Q. | Are you aware of anybody else doing searching? |
| 21 | A. | I'm not aware. |
| 22 | Q. | Do you know if anybody did a trademark search |
| 23 | | for Thrive for cosmetics? |
| 24 | A. | I -- I'm not aware of that either. |

Plaintiff's Designation of B. Gardner-Young (56:3-6)

Page 56

| | | |
|---|---|---|
| 3 | Q. | Did you post ads on Facebook? |
| 4 | A. | No. |
| 5 | Q. | Did somebody do that for Thrive Causemetics? |
| 6 | A. | I believe so. |

Plaintiff's Designation of B. Gardner-Young (56:18-20)

Page 56

| | | |
|---|---|---|
| 18 | Q. | And what kind of advertising did TCI do on |
| 19 | | Google? |
| 20 | A. | Well, I believe it's AdWords. |

Plaintiff's Designation of B. Gardner-Young (76:8-23)

Page 76

| | | |
|---|---|---|
| 8 | Q. | What does "impressions" mean? |
| 9 | A. | It depends on the platform, but it's the |
| 10 | | number of times it was shown to a potential customer. |
| 11 | Q. | That -- the number of times a particular ad |
| 12 | | was shown to a customer? |
| 13 | A. | Correct. |
| 14 | Q. | How about "clicks" next to that, what does |
| 15 | | that mean? |
| 16 | A. | The amount of times it was clicked by that |
| 17 | | customer that had the impression. |

3

| | | | |
|---|---|---|---|
| 18 | Q. | And how about "CTR" next to that, what does | |
| 19 | | that mean? | |
| 20 | A. | It's the percentage of clicks divided by | |
| 21 | | impressions. | |
| 22 | Q. | What's a CTR, actually? | |
| 23 | A. | Clickthrough rate. | |

| | | | |
|---|---|---|---|
| <u>Plaintiff's Designation of B. Gardner-Young (77:15-21)</u> | | | |
| <u>Page 77</u> | | | |
| 15 | Q. | How about "CVR," do you know what that means? | |
| 16 | A. | Conversion rate. | |
| 17 | Q. | And "revenue," do you know what that means? | |
| 18 | A. | Yes. | |
| 19 | Q. | What? | |
| 20 | A. | The amount of revenue that TCI got from those | |
| 21 | | served ads. | |

| | | | |
|---|---|---|---|
| <u>Plaintiff's Designation of B. Gardner-Young (88:8-15)</u> | | | <u>Defendant's Objections:</u> |
| <u>Page 88</u> | | | Page 88:11-15: Irrelevant, Fed. R. Evid. 401, 402; Foundation, Fed. R. Evid. 602 |
| 8 | Q. | Does Thrive Causemetics sell | |
| 9 | | skin care products today? | |
| 10 | A. | Yes. | <u>Plaintiff's Response:</u> |
| 11 | Q. | What does the term "skin care products" mean | |
| 12 | | to you? | Parties have disputed whether certain products meet definition of "skincare products" and this testimony is relevant to that dispute. Witness has been involved with Defendant's products since its inception |
| 13 | A. | Skin care, I don't know. It's products that | |
| 14 | | you would use to -- on your skin to help repair and kind | |
| 15 | | of preventative. | |

| | | | and demonstrated knowledge of the subject matter. |
|---|---|---|---|
| <u>Plaintiff's Designation of B. Gardner-Young (91:12-92:9)</u><br><br><u>Page 91</u><br>12 (Exhibit No. 44 marked.)<br>. . . | | | |
| 21 | Q. | So when I'm saying -- do you recognize what's | |
| 22 | | shown in Exhibit 44? | |
| 23 | A. | I do. | |
| 24 | Q. | This is a screenshot of Thrive Causemetics' | |
| 25 | | skin care webpage; is that correct? | |
| <u>Page 92</u> | | | |
| 1 | A. | Yeah. I would call it skin care navigation, | |
| 2 | | but yes. | |
| 3 | Q. | This would be the skin care navigation page? | |
| 4 | A. | Well, you've got the navigation open and | |
| 5 | | you're on a collection page here, so it's two different | |
| 6 | | things. | |
| 7 | Q. | The page that shows the skin care products, | |
| 8 | | would that be the skin care collection page? | |
| 9 | A. | Yes. | |
| <u>Plaintiff's Designation of B. Gardner-Young (95:5-10)</u><br><br><u>Page 95</u> | | | <u>Defendant's Objections:</u><br><br>Page 95:5-10: Foundation, Fed. R. Evid. 602 |
| 5 | Q. | Does TCI sell products to men? | |
| 6 | A. | Yes. | <u>Plaintiff's Response</u>: |
| 7 | Q. | Does TCI target men with any advertisements? | Witness has been involved with Defendant since its |
| 8 | A. | I do not know. | inception and demonstrated |
| 9 | Q. | Does TCI sell skin care products to men? | knowledge of the subject |
| 10 | A. | Yes. | matter of advertising. |

<u>Defendant's Counter-Designation of Brendan Gardner-Young (95:11-18) [only if objections to preceding designation are overruled]</u>:

<u>Page 95</u>
| 11 | Q. | How do you know? |
|---|---|---|
| 12 | A. | Because we sell to everyone. |
| 13 | Q. | Do you receive some information that indicates |
| 14 |  | a purchaser is male? |
| 15 | A. | No. |
| 16 | Q. | Do you know what percentage of purchasers of |
| 17 |  | products are men? |
| 18 | A. | No. |

| <u>Plaintiff's Designation of B. Gardner-Young (95:19-20)</u> | <u>Defendant's Objections:</u> |
|---|---|
| <u>Page 95</u><br>19   Q.   Has TCI ever advertised on Amazon?<br>20   A.   I believe so. | Page 95:19-20: No foundation, Fed. R. Evid. 602<br><br><u>Plaintiff's Response</u>:<br>Witness has been involved with Defendant since its inception and demonstrated knowledge of the subject matter of advertising. |

<u>Plaintiff's Designation of B. Gardner-Young (96:14-97:19)</u>

<u>Page 96</u>
| 14 | Q. | Do you know if TCI bids on ad words? |
|---|---|---|
| 15 | A. | I believe we do. |
| 16 | Q. | And can someone else outbid you for a certain |
| 17 |  | ad word? |
| 18 | A. | With my knowledge of the Google ad network, |

| | | |
|---|---|---|
| 19 | | yes. |
| 20 | Q. | Do you know if TCI has ever bid on the ad |
| 21 | | word "Thrive"? |
| 22 | A. | I do not know. |
| 23 | Q. | Do you know if TCI has ever bid on -- |
| 24 | | actually, strike that. |
| 25 | | Do you know if you can bid on multiple |
| | | words |

Page 97

| | | |
|---|---|---|
| 1 | | as a Google ad word? |
| 2 | A. | I believe you can. |
| 3 | Q. | Do you know if TCI has ever bid on the ad word |
| 4 | | "Thrive Natural Care"? |
| 5 | A. | To my knowledge, we have not bid on that. |
| 6 | Q. | How do you know? |
| 7 | A. | Based on the report generation for this case. |
| 8 | Q. | Did you generate a report for this case? |
| 9 | A. | I did. |
| 10 | Q. | Where did you generate that report from? |
| 11 | A. | Google Ads. |
| 12 | Q. | Do you know -- strike that. |
| 13 | | What did the report you generated -- what data |
| 14 | | did it contain? |
| 15 | A. | It contained our Google ad words reporting or |
| 16 | | history. |
| 17 | Q. | That would be a history of ad words purchased |
| 18 | | by TCI? |
| 19 | A. | Yes. |

Plaintiff's Designation of B. Gardner-Young (97:20)

Page 97

20(Exhibit No. 45 marked.)

Plaintiff's Designation of B. Gardner-Young (98:10-22)

7

<u>Page 98</u>

| 10 | Q. | Brendan, just looking at the |
| 11 | | first page, do you have the exhibit in front of you? |
| 12 | A. | I do. |
| 13 | Q. | Is this page from the report that you referred |
| 14 | | to? |
| 15 | A. | Yes, I believe so. |
| 16 | Q. | All right. Is the format consistent with the |
| 17 | | report that you ran from Google Ads? |
| 18 | A. | From my recollection, yes. |
| 19 | Q. | And to your understanding, do these pages show |
| 20 | | Google ad words purchased by TCI? |
| 21 | A. | I guess I would clarify it to be keywords, but |
| 22 | | yes. |

<u>Plaintiff's Designation of B. Gardner-Young (99:2-7)</u>

<u>Page 99</u>

| 2 | Q. | So these are Google search keywords; is that |
| 3 | | correct? |
| 4 | A. | That's my understanding, yes. |
| 5 | Q. | And these are keywords purchased by TCI for |
| 6 | | advertising on Google? |
| 7 | A. | Correct. |

<u>Plaintiff's Designation of B. Gardner-Young (100:12-23)</u>

<u>Page 100</u>

| 12 | Q. | And the column stating "clicks," is that the |
| 13 | | number of people that clicked on an ad? |
| 14 | A. | From my understanding, yes, during this |
| 15 | | timeframe. I don't see a timeframe, but yes. |
| 16 | Q. | That was actually one of my questions. |

8

| | | |
|---|---|---|
| 17 | | What is the timeframe for this report? |
| 18 | A. | Are we talking about the report that I |
| 19 | | generated for this? |
| 20 | Q. | Yes. |
| 21 | A. | It was all time. |
| 22 | Q. | All of TCI's keywords over all time? |
| 23 | A. | Yup. |

Plaintiff's Designation of B. Gardner-Young (103:25-104:7)

Page 103

| | | |
|---|---|---|
| 25 | Q. | Why would an entry have been made on this |

Page 104

| | | |
|---|---|---|
| 1 | | report for a certain keyword? |
| 2 | A. | Because it was put into a bidding strategy. |
| 3 | Q. | What does that mean? |
| 4 | A. | That means that keyword showed up and was part |
| 5 | | of our overall -- or a overall Google strategy. |
| 6 | Q. | To bid on keywords? |
| 7 | A. | To bid on keywords. |

Plaintiff's Designation of B. Gardner-Young (105:17-24)

Page 105

| | | |
|---|---|---|
| 17 | Q. | Turning to the second page, Bates number ends |
| 18 | | in 110. Towards the bottom, there's an entry, a search |
| 19 | | keyword "Thrive cleanser." |
| 20 | | Do you see that? |
| 21 | A. | Yes. |
| 22 | Q. | Does that mean that at some time |
| 23 | | Thrive Causemetics bid on the keyword "Thrive cleanser"? |
| 24 | A. | Yes. |

9

| Plaintiff's Designation of B. Gardner-Young (106:15-21) | |
|---|---|
| Page 106<br>15    Q.    Moving over in the same<br>16           column, under Thrive cleanser -- or row, sorry. Under<br>17           the column "clicks" there's a number, 107.<br>18           Do you see that?<br>19    A.    Yes.<br>20    Q.    What does that mean?<br>21    A.    The number of clicks that keyword resulted in. | |
| Plaintiff's Designation of B. Gardner-Young (108:6-12) | |
| Page 108<br>6    Q.    But it indicates that an ad with the keyword<br>7          "Thrive cleanser" was placed on Google; is that correct?<br>8    A.    Yes.<br>9    Q.    And the impressions column next to it says<br>10        516. What does that mean?<br>11   A.    The number of times it showed up on a Google<br>12        property. | |
| Plaintiff's Designation of B. Gardner-Young (108:25-109:3) | |
| Page 108<br>25   Q.    Conversion next to it says 17.68.<br>Page 109<br>1          What does that mean?<br>2    A.    Conversions on the way to find in Google, so<br>3          it was the number of conversions from that keyword. | |

| Plaintiff's Designation of B. Gardner-Young (109:8-110:22) | | | Defendant's Objections: |
|---|---|---|---|
| | | | Page 109:8-110:19: No foundation, Fed. R. Evid. 602 |
| **Page 109** | | | |
| 8 | Q. | Would that mean somebody who made a purchase | |
| 9 | | from Thrive Causemetics? | Page 109:20-110:22: Irrelevant, Fed. R. Evid. 401, 402; Prejudicial, Fed. R. Evid. 403 (relates solely to abandoned color cosmetics claim) |
| 10 | A. | That's the most traditional meaning, but | |
| 11 | | there's others as well. | |
| 12 | Q. | Do you know of any other meaning applicable to | |
| 13 | | this report? | |
| 14 | A. | No, because I don't know the meaning of | |
| 15 | | conversion in this report necessarily. | **Plaintiff's Response:** |
| 16 | Q. | But the most traditional meaning would be | Witness has been involved with Defendant since its |
| 17 | | somebody who clicked on an ad and then went to your site | inception and demonstrated knowledge of the subject |
| 18 | | and bought a product; is that correct? | matter of advertising and |
| 19 | A. | Correct. | use of advertising |
| 20 | Q. | Going to the next page, Bates number ends in | keywords. Further, testimony is relevant to |
| 21 | | 095. | Defendant's advertising |
| 22 | | Are you with me? | practices and purchase of |
| 23 | A. | Yes. | keywords to place |
| 24 | Q. | At the very bottom, there's an entry for | advertisements that use |
| 25 | | "Thrive." | Plaintiff's registered |
| **Page 110** | | | trademark to advertise and |
| 1 | | Do you see that? | sell Defendant's products, |
| 2 | A. | Yes. | causing confusion and |
| 3 | Q. | And does that mean that Thrive Causemetics bid | damage to Plaintiff. Also relevant to harm to Plaintiff |
| 4 | | on the keyword "Thrive"? | in that it demonstrates |
| 5 | A. | Again, I don't know what the phrase search | Defendant bidding on |
| 6 | | keyword match is, so I can't say how -- that we did. | keywords drives up cost for Plaintiff to bid on keywords |
| 7 | Q. | But it appears in this report showing keywords | which consist of its own |
| 8 | | that Thrive Causemetics bid on; correct? | registered trademark. |
| 9 | A. | Yes. | |

11

| | | |
|---|---|---|
| 10 | Q. | And if you move over to impressions, it states |
| 11 | | 252,561. |
| 12 | | Do you see that? |
| 13 | A. | Yes. |
| 14 | Q. | Does that indicate that an ad was placed using |
| 15 | | this keyword "Thrive"? |
| 16 | A. | Yes. |
| 17 | Q. | And that it was seen 252,561 times? |
| 18 | A. | No, not necessarily seen that many times. |
| 19 | Q. | That it appeared on the consumers' computer |
| 20 | | that many times? |
| 21 | A. | It appeared on the page somewhere that many |
| 22 | | times. |

| Plaintiff's Designation of B. Gardner-Young (111:7-13) | Defendant's Objections: |
|---|---|
| Page 111 | Page 111:7-13: Irrelevant, Fed. R. Evid. 401, 402; Prejudicial, Fed. R. Evid. 403 (relates solely to abandoned color cosmetics claim) |
| 7    Q.    Under clicks, it states 817,265. | |
| 9           Do you see that? | |
| 10   A.    Yes. | Plaintiff's Response: |
| 11   Q.    So am I correct that means that ad with the | |
| 12          keyword "Thrive" was clicked on over 17,000 times? | Witness has been involved with Defendant since its inception and demonstrated knowledge of the subject matter of advertising and use of advertising keywords. Further, testimony is relevant to Defendant's advertising practices and purchase of |
| 13   A.    Yes. | |

12

|  | keywords to place advertisements that use Plaintiff's registered trademark to advertise and sell Defendant's products, causing confusion and damage to Plaintiff. |
|---|---|
| Plaintiff's Designation of B. Gardner-Young (112:8-23)<br><br>Page 112<br>8  Q.  Below that three rows, there's an entry for<br>9       Thrive moisturizer.<br>10      Do you see that?<br>11  A.  Yes.<br>12  Q.  And would that indicate TCI bid on the keyword<br>13      "Thrive moisturizer"?<br>14  A.  Yes. But, again, I don't know the keyword<br>15      match type there and if that impacts things.<br>16  Q.  But it states there were 791 impressions.<br>17      Do you see that?<br>18  A.  I do see that.<br>19  Q.  And that indicates that an ad was placed using<br>20      the keywords "Thrive moisturizer;" correct?<br>21  A.  Yes.<br>22  Q.  And it was clicked on 161 times?<br>23  A.  Correct. |  |
| Plaintiff's Designation of B. Gardner-Young (124:17-24)<br><br>Page 124<br>17  Q.  Has TCI used the phrase "Thrive tribe" in any<br>18      context?<br>19  A.  Yes.<br>20  Q.  What context?<br>21  A.  I have seen it on social media.<br>22  Q.  How have you seen it on social media? |  |

13

| | | | |
|---|---|---|---|
| 23 | A. | I remember a few posts where that was called | |
| 24 | | out. | |

| | | | |
|---|---|---|---|
| Plaintiff's Designation of B. Gardner-Young (125:8-12) | | | |
| Page 125 | | | |
| 8 | Q. | Is TCI still using the phrase "Thrive tribe" | |
| 9 | | in any context? | |
| 10 | A. | No. | |
| 11 | Q. | Do you know when that stopped? | |
| 12 | A. | Middle to early last year. | |

| | | | |
|---|---|---|---|
| Plaintiff's Designation of B. Gardner-Young (125:24-126:1) | | | |
| Page 125 | | | |
| 24 | Q. | Has TCI used the phrase "Thrive lab" in any | |
| 25 | | context? | |
| Page 126 | | | |
| 1 | A. | Yes. | |

| | | |
|---|---|---|
| Plaintiff's Designation of B. Gardner-Young (126:23-127:3) | Defendant's Objections: |
| | Page 126:23-127:3: No foundation, Fed. R. Evid. 602 |
| Page 126 | |
| 23 Q. In your view, is the word "Thrive" important | Plaintiff's Response: |
| 24 to TCI's brand? | Witness has been involved with Defendant since its inception and demonstrated understanding of Defendant's branding practices. |
| 25 A. It's part of our name; so... | |
| Page 127 | |
| 1 Q. Does that mean it's important to the TCI | |
| 2 brand? | |
| 3 A. Yes. | |

| | |
|---|---|
| Plaintiff's Designation of B. Gardner-Young (129:19-21) | Defendant's Objections: |
| Page 129 | Page 129:19-21: Irrelevant, Fed. R. Evid. 401, 402; |
| 19 Q. At some point, did TCI have a relationship | |

14

| | | |
|---|---|---|
| 20 | | with Goldman Sachs? | Prejudicial, Fed. R. Evid. 403 |
| 21 | A. | Yes. | |
| | | | Plaintiff's Response: Relevant to lay foundation for following questions relating to potential expansion or acquisition of Defendant by a much larger company, which is directly relevant to expansion of product lines factor of *Sleekcraft* test. |

| Plaintiff's Designation of B. Gardner-Young (130:1-6) | Defendant's Objections: |
|---|---|
| Page 130 | Page 130:1-6: Irrelevant, Fed. R. Evid. 401, 402; Prejudicial, Fed. R. Evid. 403 |
| 1  Q.  Were -- what kind of business did TCI do with | |
| 2       Goldman Sachs? | |
| 3  A.  It was more exploration; not necessarily | Plaintiff's Response: Relevant to lay foundation for following questions relating to potential expansion or acquisition of Defendant by a much larger company, which is directly relevant to expansion of product lines factor of *Sleekcraft* test. |
| 4       business with them. | |
| 5  Q.  Were you involved in those discussions? | |
| 6  A.  I was. | |

| Plaintiff's Designation of B. Gardner-Young (130:19-131:12) | Defendant's Objections: |
|---|---|
| Page 130 | Page 130:19-25–131:1-12: Irrelevant, Fed. R. Evid. 401, 402; Prejudicial, Fed. R. Evid. 403 |
| 19  Q.  Was there discussion of TCI, as a company, | |
| 20       being acquired by any other entity? | |
| 21  A.  There was exploration of that. | |
| 22  Q.  Were any acquirers discussed in particular? | Plaintiff's Response: |
| 23  A.  Potential ones? | |

| | | | |
|---|---|---|---|
| 24 | Q. | Correct. | Relevant to Defendant's plans for expansion or acquisition of Defendant by a much larger company, which is directly relevant to expansion of product lines factor of *Sleekcraft* test. |
| 25 | A. | Yes. | |
| Page 131 | | | |
| 1 | Q. | Who? | |
| 2 | A. | Large beauty conglomerates. | |
| 3 | Q. | Were names discussed? | |
| 4 | A. | Yeah, the market was explored. | |
| 5 | Q. | What conglomerates were explored as | |
| 6 | | potentially acquiring TCI? | |
| 7 | A. | L'Oreal, as an example. | |
| 8 | Q. | Who else? | |
| 9 | A. | Estée Lauder is another big example from the | |
| 10 | | beauty industry. | |
| 11 | Q. | Who else? | |
| 12 | A. | The other beauty ones, Unilever. | |

# TRIAL EXHIBIT NO. 44



TNC01128

# TRIAL EXHIBIT NO. 45

Thrive Natural Care, Inc. v. Thrive Causemetics, Inc., Case No. 2:20-cv-9091 (C.D. Cal.)

| Search keyword | Search keyword match type | Campaign | Ad group | Keyword max CPC | Currency | Clicks | Impressions | CTR | Avg. CPC | Cost | Impr. (Abs. Top) % | Impr. (Top) % | Conversions | View-through conv. | Cost / conv. | Conv. rate | Avg. CPM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| shop thrive causemetics eyeshadow review | Exact | S - Branded_Mobile_Exact | Thrive Causemetics Eyeshadow Review | 1.21 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive casmetics eyelashes jackie online | Exact | S - Branded_Mobile_Exact | Thrive Casmetics Eyelashes Jackie | 1.21 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive casmetics eyelashes coupon store | Exact | S - Branded_Mobile_Exact | Thrive Casmetics Eyelashes Coupon | 1.21 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| order thrive causemetics eyeshadow online | Exact | S - Branded_Mobile_Exact | Thrive Causemetics Eyeshadow | 1.21 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| order thrive causmetics makeup online | Exact | S - Branded_Mobile_Exact | Thrive Causmetics Makeup | 1.21 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive adhesive discount | Exact | S - Branded_Mobile_Exact | Thrive Adhesive Discount | 1.21 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| shop thrive adhesive coupon website | Exact | S - Branded_Mobile_Exact | Thrive Adhesive Coupon | 1.21 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| shop thrive beauty products sale | Exact | S - Branded_Mobile_Exact | Thrive Beauty Products Sale | 1.21 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive cosmetics eyebrow pencil | Broad | S - Remarketing_Visitors Converted All Time NB | Thrive Cosmetics Eyebrow Pencil | 1 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive cosmetics lip gloss | Broad | S - Remarketing_Visitors Converted All Time NB | Thrive Cosmetics Lip Gloss | 2.31 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive causemetics infinity eyeliner | Exact | S - Branded Reboot_Desktop_Exact_FE MALE | Thrive Causemetics Infinity Eyeliner | 0.24 | USD | 7 | 46 | 15.22% | 0.41 | 2.85 | 0.00% | 0.00% | 2 | 0 | 1.42 | 28.57% | 61.96 |
| +thrive cosmetics +lip gloss | Broad | S - Branded Reboot_Desktop_Exact_FE MALE | Thrive Lip Gloss | 0 | USD | 16 | 107 | 14.95% | 1.19 | 19.08 | 59.81% | 70.09% | 0.33 | 0 | 57.24 | 2.08% | 178.3 |
| +thrive +cosmetics +eye +lotion | Broad | S - [Brand] Skincare_Eye Cream | Eye Cream: thrive cosmetics eye lotion | 1.36 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive semi permanent brow liner review | Exact | S - Branded Reboot_Desktop_Exact_FE MALE | Thrive Semi Permanent Browliner Reviews | 0.17 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive cosmetics semi permanent browliner | Exact | S - Branded Reboot_Desktop_Exact_FE MALE | Thrive Cosmetics Semi Permanent Browliner | 0.17 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive matte lip stick | Exact | S - Branded Reboot_Desktop_Exact_FE MALE | Thrive Matte Lipstick | 0.17 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| +thrive +lip +balm | Broad | S - [Brand] Lip Oil PP | Lip Oil: thrive lip balm | 0.7 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |

CONFIDENTIAL – ATTORNEYS EYES ONLY

TCI_00024093

Thrive Natural Care, Inc. v. Thrive Causemetics, Inc., Case No. 2:20-cv-9091 (C.D. Cal.)

| Search keyword | Search keyword match type | Campaign | Ad group | Keyword max CPC | Currency | Clicks | Impressions | CTR | Avg. CPC | Cost | Impr. (Abs. Top) % | Impr. (Top) % | Conversions | View-through conv. | Cost / conv. | Conv. rate | Avg. CPM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| thrive eyelashes kristy discount store | Exact | S - Branded_Mobile_Exact | Thrive Eyelashes Kristy Discount | 1.21 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive causemetics eyeliner infinity review | Exact | S - Branded_Mobile_Exact | Thrive Causemetics Eyeliner Infinity Review | 1.21 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| +thrive +makup | Broad | S - Branded Reboot_Desktop_Exact_FEMALE | Mascara Thrive | 0.51 | USD | 7 | 16 | 43.75% | 0.23 | 1.63 | 100.00% | 100.00% | 1 | 0 | 1.63 | 14.29% | 101.9 |
| thrive causemetics infinity brow liner | Exact | S - Branded Reboot_Desktop_Exact_FEMALE | Thrive Causemetics Infinity Browliner | 0.17 | USD | 0 | 2 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive causemetics focus eyeshadow | Broad | S - Remarketing_Visitors Converted All Time NB | Thrive Causemetics Focus Eyeshadow | 1.3 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive cosmetics highlighter | Broad | S - Remarketing_Visitors Converted All Time_Tablet | Thrive Cosmetics Highlighter | 0.71 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| +thrive +causematics +com | Broad | S - Branded COMs_Desktop | Coms | 1.01 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive cosmetics | Exact | MKT_US_S - [Brand] Remarketing_Visitors Converted All Time_Mobile | Thrive Cosmetics | 0.39 | USD | 373 | 536 | 69.59% | 0.26 | 98.36 | 99.25% | 99.63% | 134.91 | 0 | 0.73 | 36.17% | 183.5 |
| thrive causemetics eyeshadow | Broad | MKT_US_S - [Brand] Remarketing_Visitors Converted All Time_Mobile | Thrive Causemetics Eyeshadow | 0.91 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive causmetics makeup brushes | Broad | MKT_US_S - [Brand] Remarketing_Visitors Converted All Time_Mobile | Thrive Causemetics Makeup Brushes | 2.37 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive cosmetics lipgloss | Broad | MKT_US_S - [Brand] Remarketing_Visitors Converted All Time_Mobile | Thrive Cosmetics Lip Gloss | 1.7 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive cleanser | Exact | S - [Brand] Skincare_Cleanser | Cleanser: thrive cleanser | 1.81 | USD | 107 | 516 | 20.74% | 0.91 | 96.97 | 93.65% | 96.70% | 17.68 | 0 | 5.48 | 16.52% | 187.9 |
| thrive cosmetics blush +review | Broad | newengen - Branded Remarketing I_MM1 ac26 | Thrive Cosmetics Blush Reviews | 2.07 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive lash glue +reviews | Broad | newengen - Branded Remarketing I_MM1 ac26 | Thrive Eyelash Glue Reviews | 2.07 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive causemetics +semipermanent eye liner | Broad | newengen - Branded Remarketing I_MM1 ac26 | Thrive Causemetics Semi Permanent Eyeliner | 2.07 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |

CONFIDENTIAL – ATTORNEYS EYES ONLY

TCI_00024110

Thrive Natural Care, Inc. v. Thrive Causemetics, Inc., Case No. 2:20-cv-9091 (C.D. Cal.)

| Search keyword | Search keyword match type | Campaign | Ad group | Keyword max CPC | Currency | Clicks | Impressions | CTR | Avg. CPC | Cost | Impr. (Abs. Top) % | Impr. (Top) % | Conversions | View-through conv. | Cost / conv. | Conv. rate | Avg. CPM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| thrive matte lipstick | Exact | MKT_US_S - [Brand] Lips | Lipstick: thrive matte lipstick | 0.26 | USD | 20 | 87 | 22.99% | 0.28 | 5.62 | 69.86% | 94.52% | 1.99 | 0 | 2.82 | 9.95% | 64.6 |
| thrive causemetics makeup brushes review | Phrase | S - In Market_Dating | Thrive Causemetics Makeup Brushes Reviews | 1.88 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive cosmetics review | Phrase | S - In Market_Dating | Thrive Cosmetics Reviews | 6.25 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive eyeshadow review | Phrase | S - In Market_Dating | Thrive Eyeshadow Reviews | 2.73 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive causemetics eyelashes review | Phrase | S - In Market_Dating | Thrive Causemetics Eyelashes Reviews | 1.88 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive causmetics blush reviews | Phrase | S - In Market_Dating | Thrive Causmetics Blush Reviews | 1.88 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive cosmeticd | Phrase | S - Branded Reboot_Mobile_Exact #4 | Thrive Cosmetics | 1 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive casmetics coupon | Broad | S - newengen - Branded I_MB1 0a31 | Thrive Casmetics Coupon | 2.62 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| order thrive casmetics coupon online | Broad | S - newengen - Branded I_MB1 0a31 | Thrive Casmetics Coupon | 2.62 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| order thrive beauty products discount | Broad | S - newengen - Branded I_MB1 0a31 | Thrive Beauty Products Discount | 2.62 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive casmetics lip gloss sale | Broad | S - newengen - Branded I_MB1 0a31 | Thrive Casmetics Lip Gloss Sale | 2.62 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| shop thrive causemetics eyeliner infinity | Broad | S - newengen - Branded I_MB1 0a31 | Thrive Causemetics Eyeliner Infinity | 2.62 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive causemetics brow liner review | Broad | S - newengen - Branded I_MB1 0a31 | Thrive Causemetics Brow Liner Review | 2.62 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive eyeshadow review | Broad | S - newengen - Branded I_MB1 0a31 | Thrive Eyeshadow Review | 2.62 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| order thrive cosmetics eyeliner sale | Broad | S - newengen - Branded I_MB1 0a31 | Thrive Cosmetics Eyeliner Sale | 2.62 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| order thrive cosmetics coupon | Broad | S - newengen - Branded I_MB1 0a31 | Thrive Cosmetics Coupon | 2.62 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive cosmetics mascara amazon | Broad | S - newengen - Branded I_MB1 0a31 | Thrive Cosmetics Mascara Amazon | 1.05 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive casmetics eyelashes website | Broad | S - newengen - Branded I_MB1 0a31 | Thrive Cosmetics Eyelashes | 2.62 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive makeup ulta | Phrase | MKT_US_S - [Brand] General | thrive makeup ulta | 1.12 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive | Phrase | MKT_US_S - [Brand] Pure Broad Match | thrive | 1.8 | USD | 17,265 | 252,561 | 6.84% | 1.11 | 19,241.19 | 52.86% | 82.60% | 3,111.33 | 0 | 6.18 | 18.02% | 76.18 |

12

CONFIDENTIAL – ATTORNEYS EYES ONLY

TCI_00024095

Thrive Natural Care, Inc. v. Thrive Causemetics, Inc., Case No. 2:20-cv-9091 (C.D. Cal.)

| Search keyword | Search keyword match type | Campaign | Ad group | Keyword max CPC | Currency | Clicks | Impressions | CTR | Avg. CPC | Cost | Impr. (Abs. Top) % | Impr. (Top) % | Conversions | View-through conv. | Cost / conv. | Conv. rate | Avg. CPM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| thrive cosmetics brightener sale store | Broad | S - newengen - Branded I_DB1 f2a6 | Thrive Cosmetics Brightener Sale | 2.62 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive causemetics water proof eyeliner | Exact | S - Branded Reboot_Desktop_BMM_FEMALE | Thrive Causemetics Waterproof Eyeliner | 0.36 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive lip mate reviews | Exact | S - Branded Reboot_Desktop_BMM_FEMALE | Thrive Lip Mate Reviews | 0.17 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive cosmetics lipstick review | Exact | S - Branded Reboot_Desktop_BMM_FEMALE | Thrive Cosmetics Lipstick Reviews | 0.17 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive cosmetics semipermanent eye brow liner | Exact | S - Branded Reboot_Desktop_BMM_FEMALE | Thrive Cosmetics Semi Permanent Eyebrow Liner | 0.17 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive causemetics focus eye shadow reviews | Exact | S - Branded Reboot_Desktop_BMM_FEMALE | Thrive Causemetics Focus Eyeshadow Reviews | 0.17 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive liquid balm | Exact | S - [Brand] Skincare_Lip Oil | Lip Oil: thrive liquid balm | 1.32 | USD | 39 | 340 | 11.47% | 0.96 | 37.33 | 93.67% | 93.67% | 10.04 | 0 | 3.72 | 25.75% | 109.8 |
| +thrive +beauty +products | Broad | S - Branded Reboot_Tablet_ModBrod | Thrive Beauty Products | 0.1 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive causmetics coupon codes | Phrase | Branded Remarketing_Desktop_Phrase | Thrive Causemetics Coupon Codes | 2.37 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive infinity eyebrow liner review | Phrase | Branded Remarketing_Desktop_Phrase | Thrive Infinity Eyebrow Liner Reviews | 2.2 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive causemetics eyebrow liner reviews | Phrase | Branded Remarketing_Desktop_Phrase | Thrive Causemetics Eyebrow Liner Reviews | 2.2 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive causemetics eyebrow liner | Broad | S - Retargeting_Desktop_Broad | Thrive Causemetics Eyebrow Liner | 1 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive mascara | Broad | S - Retargeting_Desktop_Broad | Thrive Mascara | 0 | USD | 0 | 6 | 0.00% | 0 | 0 | 16.67% | 16.67% | 0 | 0 | 0 | 0.00% | 0 |
| thrive causemetics liquid lash | Broad | S - Retargeting_Desktop_Broad | Thrive Causemetics Liquid Lash | 2.37 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive promo code | Exact | S - [Brand] General PP | thrive promo code | 4.55 | USD | 127 | 421 | 30.17% | 1.71 | 216.97 | 99.52% | 100.00% | 65.94 | 0 | 3.29 | 51.92% | 515.4 |
| thrive causmetics lash glue review | Exact | S - Branded_Mobile_Exact | Thrive Causmetics Lash Glue Review | 1.21 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |

CONFIDENTIAL – ATTORNEYS EYES ONLY

TCI_00024098

Thrive Natural Care, Inc. v. Thrive Causemetics, Inc., Case No. 2:20-cv-9091 (C.D. Cal.)

| Search keyword | Search keyword match type | Campaign | Ad group | Keyword max CPC | Currency | Clicks | Impressions | CTR | Avg. CPC | Cost | Impr. (Abs. Top) % | Impr. (Top) % | Conversions | View-through conv. | Cost / conv. | Conv. rate | Avg. CPM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| order thrive causemetics coupon store | Broad | S - newengen - Branded I_DB1 f2a6 | Thrive Causemetics Coupon | 2.62 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| shop thrive eyeshadow discount store | Broad | S - newengen - Branded I_DB1 f2a6 | Thrive Eyeshadow Discount | 2.62 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive make up | Broad | S - Branded Reboot_Tablet_ModBrod | Thrive Makeup | 0.1 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive brush review | Phrase | Branded Remarketing_Desktop_Phrase | Thrive Brush Reviews | 2.37 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive eyebrow liner reviews | Phrase | Branded Remarketing_Desktop_Phrase | Thrive Eyebrow Liner Reviews | 1 | USD | 0 | 1 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive causemetics semipermanent eyebrow liner | Phrase | Branded Remarketing_Desktop_Phrase | Thrive Causemetics Semi Permanent Eyebrow Liner | 2.37 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| +thrive +holiday +set | Broad | S - [Brand] Holiday Sets 2019 | thrive holiday set | 0.34 | USD | 4 | 20 | 20.00% | 0.24 | 0.96 | 47.06% | 76.47% | 0.2 | 0 | 4.8 | 5.00% | 48 |
| +thrive +makeup +reviews | Broad | S - [Brand] General PP | thrive makeup reviews | 1.04 | USD | 2 | 2 | 100.00% | 0.83 | 1.66 | 100.00% | 100.00% | 0 | 0 | 0 | 0.00% | 830 |
| order thrive causemetics coupon online | Exact | S - Branded_Mobile_Exact | Thrive Causemetics Coupon | 1.21 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| order thrive causmetics lash glue | Exact | S - Branded_Mobile_Exact | Thrive Causmetics Lash Glue | 1.21 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| shop thrive casmetics brightener review | Exact | S - Branded_Mobile_Exact | Thrive Casmetics Brightener Review | 1.21 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| order thrive casmetics eyeliner | Exact | S - Branded_Mobile_Exact | Thrive Casmetics Eyeliner | 1.21 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive semipermanent eyeliner | Broad | S - Branded_Mobile_Exact | Thrive Causemetics Eyeliner Waterproof | 1.45 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| shop thrive causemetics eyeshadow website | Exact | S - Branded_Mobile_Exact | Thrive Causemetics Eyeshadow | 1.21 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| order thrive causemetics eyeshadow website | Exact | S - Branded_Mobile_Exact | Thrive Causemetics Eyeshadow | 1.21 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| order thrive adhesive coupon store | Exact | S - Branded_Mobile_Exact | Thrive Adhesive Coupon | 1.21 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive casmetics lipstick review | Exact | S - Branded_Mobile_Exact | Thrive Casmetics Lipstick Review | 2.34 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |

CONFIDENTIAL – ATTORNEYS EYES ONLY

TCI_00024104

Thrive Natural Care, Inc. v. Thrive Causemetics, Inc., Case No. 2:20-cv-9091 (C.D. Cal.)

| Search keyword | Search keyword match type | Campaign | Ad group | Keyword max CPC | Currency | Clicks | Impressions | CTR | Avg. CPC | Cost | Impr. (Abs. Top) % | Impr. (Top) % | Conversions | View-through conv. | Cost / conv. | Conv. rate | Avg. CPM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| thrive causemetics brushes | Broad | S - Branded Reboot_Mobile_Broad_w/ Search Partners | Thrive Causemetics Brushes | 1 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive cosmetics infinity waterproof browliner | Phrase | S - In Market_Dating | Thrive Cosmetics Infinity Waterproof Browliner | 1.88 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive beauty products | Broad | MKT_US_S - [Brand] Remarketing_Visitors Converted All Time_Desktop | Thrive Beauty Products | 1.49 | USD | 1 | 23 | 4.35% | 0.27 | 0.27 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 11.74 |
| thrive causmetics eye shadow | Broad | MKT_US_S - [Brand] Remarketing_Visitors Converted All Time_Desktop | Thrive Causmetics Eyeshadow | 2.2 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive liquid lash | Broad | MKT_US_S - [Brand] Remarketing_Visitors Converted All Time_Desktop | Thrive Liquid Lash | 1 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive eyelash glue reviews | Exact | S - Branded Reboot_Mobile_Exact #4 | Thrive Eyelash Glue Reviews | 9.84 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive cosmetics toner | Exact | MKT_US_S - [Brand] Skincare | Toner: Thrive Cosmetics Toner | 1.16 | USD | 1 | 14 | 7.14% | 0.2 | 0.2 | 100.00% | 100.00% | 0 | 0 | 0 | 0.00% | 14.29 |
| thrive lip gloss | Broad | S - Remarketing_Checkout Visit NB | Thrive Lip Gloss | 2.59 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive causmetics adhesive store | Broad | S - newengen - Branded I_MB1 0a31 | Thrive Causmetics Adhesive | 2.62 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive casmetics brightener review website | Broad | S - newengen - Branded I_MB1 0a31 | Thrive Casmetics Brightener Review | 2.62 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive cosmetics brow liner sale | Broad | S - newengen - Branded I_MB1 0a31 | Thrive Cosmetics Brow Liner Sale | 2.62 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| where to buy thrive brightener | Broad | S - newengen - Branded I_MB1 0a31 | Thrive Brightener | 2.62 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| shop thrive brow liner review | Broad | S - newengen - Branded I_MB1 0a31 | Thrive Brow Liner Review | 2.62 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| shop thrive adhesive sale website | Broad | S - newengen - Branded I_MB1 0a31 | Thrive Adhesive Sale | 2.62 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| order thrive causmetics sale store | Broad | S - newengen - Branded I_MB1 0a31 | Thrive Causmetics Sale | 2.62 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive adhesive review website | Broad | S - newengen - Branded I_MB1 0a31 | Thrive Adhesive Review | 2.62 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive cos | Exact | MKT_US_S - [Brand] General | thrive cos | 0.58 | USD | 985 | 2,322 | 42.42% | 0.07 | 67.99 | 96.77% | 99.04% | 259.94 | 0 | 0.26 | 26.39% | 29.28 |
| thrive causmetics matte lip stick | Broad | newengen - Branded Remarketing I_MB1 0005 | Thrive Causmetics Matte Lipstick | 2.07 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |

CONFIDENTIAL – ATTORNEYS EYES ONLY

TCI_00024106

Thrive Natural Care, Inc. v. Thrive Causemetics, Inc., Case No. 2:20-cv-9091 (C.D. Cal.)

| Search keyword | Search keyword match type | Campaign | Ad group | Keyword max CPC | Currency | Clicks | Impressions | CTR | Avg. CPC | Cost | Impr. (Abs. Top) % | Impr. (Top) % | Conversions | View-through conv. | Cost / conv. | Conv. rate | Avg. CPM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| +thrive +causemetics +lip +liner +set | Broad | S - [Brand] Sets PP | Eyeliner: Lip Liner: thrive causemetics lip liner set | 0.58 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive causemetics color stick | Broad | S - Remarketing_Checkout Visit Branded | Thrive Causemetics Color Stick | 1 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| +thrive +eyebrow | Broad | S - Remarketing_Visitors Converted All Time_Tablet | Thrive Eyebrows | 0.4 | USD | 1 | 5 | 20.00% | 3.71 | 3.71 | 60.00% | 60.00% | 0 | 0 | 0 | 0.00% | 742 |
| thrive | Broad | MKT_US_S - [Brand] Remarketing_Visitors Converted All Time_Mobile | Thrive | 1.51 | USD | 12,363 | 23,305 | 53.05% | 0.73 | 9,019.46 | 83.66% | 95.86% | 4,130.02 | 0 | 2.18 | 33.41% | 387 |
| +thrive +makeup | Broad | MKT_US_S - [Brand] Remarketing_Visitors Converted All Time_Mobile | Thrive | 0.41 | USD | 11 | 110 | 10.00% | 0.7 | 7.66 | 93.88% | 95.92% | 4.03 | 0 | 1.9 | 36.64% | 69.64 |
| thrive causemetics eyebrows +reviews | Broad | newengen - Branded Remarketing I_MM1 ac26 | Thrive Causemetics Eyebrows Reviews | 1 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive moisturizer | Exact | S - [Brand] Skincare_Moisturizer | Moisturizer: thrive moisturizer | 1.7 | USD | 161 | 791 | 20.35% | 0.95 | 152.85 | 89.44% | 95.71% | 13.19 | 0 | 11.59 | 8.19% | 193.2 |
| thrive causemetics brow liner reviews | Phrase | S - Retargeting_Mobile_Phrase | Thrive Causemetics Browliner Reviews | 2.02 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive causmetics matte lipstick | Phrase | S - Retargeting_Mobile_Phrase | Thrive Causemetics Matte Lipstick | 2.07 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive infinity brow liner review | Phrase | S - Retargeting_Mobile_Phrase | Thrive Infinity Browliner Reviews | 2.02 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive causemetics blush review | Phrase | S - Retargeting_Mobile_Phrase | Thrive Causemetics Blush Reviews | 2.07 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive cosmetics semipermanent eyeliner review | Phrase | S - Retargeting_Mobile_Phrase | Thrive Cosmetics Semi Permanent Eyeliner Reviews | 2.02 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive lip gloss | Exact | MKT_US_S - [Brand] Remarketing_Visitors Converted All Time_Desktop | Thrive Lip Gloss | 0.49 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |

CONFIDENTIAL – ATTORNEYS EYES ONLY

TCI_00024139

Thrive Natural Care, Inc. v. Thrive Causemetics, Inc., Case No. 2:20-cv-9091 (C.D. Cal.)

| Search keyword | Search keyword match type | Campaign | Ad group | Keyword max CPC | Currency | Clicks | Impressions | CTR | Avg. CPC | Cost | Impr. (Abs. Top) % | Impr. (Top) % | Conversions | View-through conv. | Cost / conv. | Conv. rate | Avg. CPM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| thrive causemetics semipermanent brow liner reviews | Exact | S - Retargeting_Mobile_Exact | Thrive Causemetics Semi Permanent Browliner Reviews | 3.14 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive causemetics lip liner | Exact | MKT_US_S - [Brand] Lips | Lip Liner: thrive causemetics lip liner | 2.79 | USD | 507 | 3,339 | 15.18% | 1.15 | 581.31 | 90.18% | 95.67% | 51.86 | 0 | 11.21 | 10.23% | 174.1 |
| thrive causemetics lash adhesive | Broad | MKT_US_S - [Brand] Remarketing_Visitors Converted All Time_Desktop | Thrive Causemetics Eyelash Adhesive | 2.37 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive eyelashes reviews | Exact | S - Branded Reboot_Mobile_Exact #4 | Thrive Eyelashes Reviews | 9.84 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive highlighter | Exact | S - Branded Reboot_Mobile_Exact #4 | Thrive Highlighter | 0.6 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| +thrive +cause +cosmetics | Broad | MKT_US_S - [Brand] General | thrive cause cosmetics | 0.75 | USD | 7 | 22 | 31.82% | 0.47 | 3.28 | 100.00% | 100.00% | 0 | 0 | 0 | 0.00% | 149.1 |
| thrive causematic | Broad | S - Remarketing_Checkout Visit NB | Thrive Causematic | 1 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| +thrive +causemetics +facial +cleanser | Broad | MKT_US_S - [Brand] Skincare | Cleanser: thrive causemetics facial cleanser | 0.99 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive cosmetics infinity waterproof eyeliner reviews | Exact | S - Branded Reboot_Desktop_BMM_FE MALE | Thrive Cosmetics Infinity Waterproof Eyeliner Reviews | 0.17 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive cosmetics eyebrow pencil | Exact | S - Branded Reboot_Desktop_BMM_FE MALE | Thrive Cosmetics Eyebrow Pencil | 0.24 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive lip treatment | Exact | S - [Brand] Skincare_Lip Oil | thrive lip treatment | 0.99 | USD | 26 | 119 | 21.85% | 0.9 | 23.51 | 85.19% | 95.06% | 1 | 0 | 23.51 | 3.85% | 197.6 |
| thrive lipgloss reviews | Exact | S - Branded Reboot_Mobile_Exact-MALE | Thrive Lip Gloss Reviews | 0.05 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive eyelash adhesive review | Exact | S - Branded Reboot_Mobile_Exact-MALE | Thrive Eyelash Adhesive Reviews | 12.3 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive lashes | Exact | S - Branded Reboot_Mobile_Exact-MALE | Thrive Eyelashes | 0.13 | USD | 1 | 6 | 16.67% | 0.65 | 0.65 | 100.00% | 100.00% | 0 | 0 | 0 | 0.00% | 108.3 |
| thrive cosmetics water proof browliner | Exact | S - Branded Reboot_Mobile_BMM-FEMALE | Thrive Cosmetics Waterproof Browliner | 10.82 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |

CONFIDENTIAL – ATTORNEYS EYES ONLY

TCI_00024365

Thrive Natural Care, Inc. v. Thrive Causemetics, Inc., Case No. 2:20-cv-9091 (C.D. Cal.)

| Search keyword | Search keyword match type | Campaign | Ad group | Keyword max CPC | Currency | Clicks | Impressions | CTR | Avg. CPC | Cost | Impr. (Abs. Top) % | Impr. (Top) % | Conversions | View-through conv. | Cost / conv. | Conv. rate | Avg. CPM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| thrive makeup coupon | Exact | S - Branded Action_Desktop | Thrive Makeup Coupon | 0 | USD | 14 | 88 | 15.91% | 0.81 | 11.37 | 69.05% | 88.10% | 8 | 0 | 1.42 | 57.14% | 129.2 |
| thrive causemetics eye brightener | Phrase | S - In Market_Home & Garden/Home Decor | Thrive Causemetics Eye Brightener | 6.25 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive causmetics eyelashes jackie coupon | Exact | S - Branded Action_Desktop | Thrive Causemetics Eyelashes Jackie Coupon | 1 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| order thrive eyelashes robin | Exact | S - Branded Action_Desktop | Thrive Eyelashes Robin | 1 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| shop thrive causemetics eyelashes jackie | Exact | S - Branded Action_Desktop | Thrive Causemetics Eyelashes Jackie | 1 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| order thrive causemetics coupon online | Broad | S - Branded Action_Desktop | Thrive Causemetics Coupon | 1 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive causmetics focus eye shadow review | Phrase | S - Branded Reboot_Mobile_Phrase | Thrive Causemetics Focus Eyeshadow Reviews | 1 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive causmetics matte lip stick | Phrase | S - Branded Reboot_Mobile_Phrase | Thrive Causemetics Matte Lipstick | 1 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive makeup brush | Phrase | S - Branded Reboot_Mobile_Phrase | Thrive Makeup Brush | 1 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive cosmetics waterproof brow liner reviews | Phrase | S - Branded Reboot_Mobile_Phrase | Thrive Cosmetics Waterproof Browliner Reviews | 1 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive causemetics eyebrows reviews | Phrase | S - Branded Reboot_Mobile_Phrase | Thrive Causemetics Eyebrows Reviews | 1 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive | Phrase | S - Branded Reboot_Mobile_Phrase | Thrive | 0.9 | USD | 220 | 11,723 | 1.88% | 0.39 | 85.27 | 0.00% | 0.00% | 22 | 0 | 3.88 | 10.00% | 7.27 |
| thrive infinity water proof browliner review | Phrase | S - Branded Reboot_Mobile_Phrase | Thrive Infinity Waterproof Browliner Reviews | 1 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive causemetics amazon | Phrase | S - Branded Reboot_Mobile_Phrase | Thrive Causemetics Amazon | 0.27 | USD | 2 | 13 | 15.38% | 0.26 | 0.53 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 40.77 |
| thrive cosmetics water proof eyeliner | Phrase | S - Branded Reboot_Mobile_Phrase | Thrive Cosmetics Waterproof Eyeliner | 1 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |
| thrive cosmetics infinity water proof browliner | Phrase | S - Branded Travel /Accommodations | Thrive Cosmetics Infinity Waterproof Browliner | 1.5 | USD | 0 | 0 | 0.00% | 0 | 0 | 0.00% | 0.00% | 0 | 0 | 0 | 0.00% | 0 |

CONFIDENTIAL – ATTORNEYS EYES ONLY

TCI_00024408