# TRIAL EXHIBIT NO. 333

Global Format; No Form Number
Approved for use through 10/31/2021. OMB 0651-0050
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Surrender of Registration for Cancellation

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 86593949 |
| **REGISTRATION NUMBER** | 4858655 |
| **MARK SECTION** | |
| MARK | https://tmng-al.uspto.gov/resting2/api/img/86593949/large |
| LITERAL ELEMENT | DON'T JUST SURVIVE...THRIVE |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **FORM TEXT** | |
| Registrant i25x, LLC, having an address at 625 Bakers Bridge Avenue Franklin Tennessee US 37067, hereby surrenders Registration No. 4,858,655 for DON'T JUST SURVIVE...THRIVE in its entirety for all classes.<br><br>Correspondent for Registrant, Jacob W Neu, may be contacted at 615-252-4639, by email at jneu@bradley.com, or by mail at 1600 Division Street, Suite 700, Nashville, TN 37205. | |
| **OWNER SECTION (Current)** | |
| NAME | i25x, LLC |
| INTERNAL ADDRESS | Suite 105 |
| MAILING ADDRESS | 625 Bakers Bridge |
| CITY | Franklin |
| STATE | Tennessee |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 37067 |
| EMAIL | XXXX |
| **OWNER SECTION (Proposed)** | |
| NAME | i25x, LLC |
| INTERNAL ADDRESS | Suite 105 |
| MAILING ADDRESS | 625 Bakers Bridge |
| CITY | Franklin |
| STATE | Tennessee |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 37067 |
| EMAIL | XXXX |
| **ATTORNEY INFORMATION (current)** | |
| NAME | Jacob W Neu |

TNC00933

| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| --- | --- |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Bradley Arant Boult Cummings Llp |
| INTERNAL ADDRESS | 1600 Division Street |
| STREET | Suite 700 |
| CITY | Nashville |
| STATE | Tennessee |
| POSTAL CODE | 37203 |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| PHONE | 6152524639 |
| FAX | 6152524707 |
| EMAIL | nashvilleipdocketing@bradley.com |
| DOCKET/REFERENCE NUMBER | 206446301008 |
| **ATTORNEY INFORMATION (proposed)** | |
| NAME | Jacob W Neu |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Bradley Arant Boult Cummings Llp |
| INTERNAL ADDRESS | 1600 Division Street |
| STREET | Suite 700 |
| CITY | Nashville |
| STATE | Tennessee |
| POSTAL CODE | 37203 |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| PHONE | 6152524639 |
| FAX | 6152524707 |
| EMAIL | nashvilleipdocketing@bradley.com |
| DOCKET/REFERENCE NUMBER | 206446301008 |
| **CORRESPONDENCE INFORMATION (current)** | |
| NAME | Jacob W Neu |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | nashvilleipdocketing@bradley.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | jneu@bradley.com |
| DOCKET/REFERENCE NUMBER | 206446301008 |
| **CORRESPONDENCE INFORMATION (proposed)** | |
| NAME | Jacob W Neu |

TNC00934

| | |
|---|---|
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | nashvilleipdocketing@bradley.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | jneu@bradley.com |
| **DOCKET/REFERENCE NUMBER** | 206446301008 |
| **SIGNATURE SECTION** | |
| **SUBMISSION SIGNATURE** | /jacobwneu/ |
| **SIGNATORY'S NAME** | Jacob W Neu |
| **SIGNATORY'S POSITION** | Attorney of Record, Tennessee bar member |
| **SIGNATORY'S PHONE NUMBER** | 6152524639 |
| **DATE SIGNED** | 02/24/2021 |
| **ROLE OF AUTHORIZED SIGNATORY** | Authorized U.S.-Licensed Attorney |
| **SIGNATURE METHOD** | Signed directly within the form |
| **FILING INFORMATION SECTION** | |
| **SUBMIT DATE** | Wed Feb 24 14:51:50 ET 2021 |
| **TEAS STAMP** | USPTO/S7S-XXXX:XXXX:XXXX: XXXX:XX:XXXX:XXX:XXXX-202 10224145150182639-4858655 -20210224144940141170-N/A -N/A-20210224144940141170 |

Global Format; No Form Number
Approved for use through 10/31/2021. OMB 0651-0050
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Surrender of Registration for Cancellation

## To the Commissioner for Trademarks:

The following is submitted for registration number: **4858655**

**FORM TEXT:**

Registrant i25x, LLC, having an address at 625 Bakers Bridge Avenue Franklin Tennessee US 37067, hereby surrenders Registration No. 4,858,655 for DON'T JUST SURVIVE...THRIVE in its entirety for all classes.

Correspondent for Registrant, Jacob W Neu, may be contacted at 615-252-4639, by email at jneu@bradley.com, or by mail at 1600 Division Street, Suite 700, Nashville, TN 37205.

**The owner proposes to amend the following:**
**Current:** i25x, LLC, having an address of
　　Suite 105
　　625 Bakers Bridge
　　Franklin, Tennessee 37067
　　United States
　　Email Address: XXXX

**Proposed:** i25x, LLC, having an address of
　　Suite 105
　　625 Bakers Bridge

TNC00935

Franklin, Tennessee 37067
United States
Email Address: XXXX

The owner's/holder's current attorney information: Jacob W Neu. Jacob W Neu of Bradley Arant Boult Cummings Llp, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at

1600 Division Street
Suite 700
Nashville, Tennessee 37203
United States
The docket/reference number is 206446301008.

The phone number is 6152524639.

The fax number is 6152524707.

The email address is nashvilleipdocketing@bradley.com

The owner's/holder's proposed attorney information: Jacob W Neu. Jacob W Neu of Bradley Arant Boult Cummings Llp, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at

1600 Division Street
Suite 700
Nashville, Tennessee 37203
United States
The docket/reference number is 206446301008.

The phone number is 6152524639.

The fax number is 6152524707.

The email address is nashvilleipdocketing@bradley.com

**Correspondence Information (current):**
Jacob W Neu
PRIMARY EMAIL FOR CORRESPONDENCE: nashvilleipdocketing@bradley.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): jneu@bradley.com

The docket/reference number is 206446301008.

**Correspondence Information (proposed):**
Jacob W Neu
PRIMARY EMAIL FOR CORRESPONDENCE: nashvilleipdocketing@bradley.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): jneu@bradley.com

The docket/reference number is 206446301008.

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

**SIGNATURE(S)**
**Submission Signature**
Signature: /jacobwneu/    Date: 02/24/2021
Signatory's Name: Jacob W Neu
Signatory's Position: Attorney of Record, Tennessee bar member
Signatory's Phone Number: 6152524639
Signature method: Signed directly within the form

The signatory has confirmed that he/she is a U.S.-licensed attorney who is an active member in good standing of the bar of the highest court of a

TNC00936

U.S. state (including the District of Columbia and any U.S. Commonwealth or territory); and he/she is currently the owner's/holder's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S.-licensed attorney not currently associated with his/her company/firm previously represented the owner/holder in this matter: the owner/holder has revoked their power of attorney by a signed revocation or substitute power of attorney with the USPTO; the USPTO has granted that attorney's withdrawal request; the owner/holder has filed a power of attorney appointing him/her in this matter; or the owner's/holder's appointed U.S.-licensed attorney has filed a power of attorney appointing him/her as an associate attorney in this matter.

Mailing Address:   Jacob W Neu
  Bradley Arant Boult Cummings Llp
  1600 Division Street
  Suite 700
  Nashville, Tennessee 37203
Mailing Address:   Jacob W Neu
  Bradley Arant Boult Cummings Llp
  1600 Division Street
  Suite 700
  Nashville, Tennessee 37203

Serial Number: 86593949
Internet Transmission Date: Wed Feb 24 14:51:50 ET 2021
TEAS Stamp: USPTO/S7S-XXXX:XXXX:XXXX:XXXX:XX:XXXX:XX
X:XXXX-20210224145150182639-4858655-2021
0224144940141170-N/A-N/A-202102241449401
41170

TNC00937

# TRIAL EXHIBIT NO. 334

Global Format; No Form Number
Approved for use through 10/31/2021. OMB 0651-0050
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Surrender of Registration for Cancellation

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 85593865 |
| **REGISTRATION NUMBER** | 4841662 |
| **MARK SECTION** | |
| MARK | https://tmng-al.uspto.gov/resting2/api/img/85593865/large |
| LITERAL ELEMENT | ENTHRIVE |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **FORM TEXT** | |
| 1) Hatchbeauty Agency, LLC, the owner of U.S. Trademark Registration no. 4,841,662 for ENTHRIVE, voluntarily surrenders this registration in its entirety.<br><br>2) The current contact information for the correspondent is: Stacie K. Smith, Fennemore Craig, P.C., 2394 East Camelback Road, Suite 600, Phoenix, Arizona 85016-3429; telephone number: 602-916-5451; and email: ip@fclaw.com. | |
| **OWNER SECTION (Current)** | |
| NAME | Hatchbeauty Agency, LLC |
| MAILING ADDRESS | 10951 Pico Boulevard, Suite 300 |
| CITY | Los Angeles |
| STATE | California |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 90064 |
| PHONE | 3103967070 |
| FAX | 3103963610 |
| EMAIL | XXXX |
| **OWNER SECTION (Proposed)** | |
| NAME | Hatchbeauty Agency, LLC |
| MAILING ADDRESS | 10951 Pico Boulevard, Suite 300 |
| CITY | Los Angeles |
| STATE | California |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 90064 |
| EMAIL | XXXX |
| **ATTORNEY INFORMATION (current)** | |

TNC00943

| NAME | Stacie K. Smith |
|---|---|
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Fennemore Craig, P.C. |
| INTERNAL ADDRESS | Suite 600 |
| STREET | 2394 East Camelback Road |
| CITY | Phoenix |
| STATE | Arizona |
| POSTAL CODE | 85016-3429 |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| PHONE | 602-916-5451 |
| FAX | 602-916-5651 |
| EMAIL | ip@fclaw.com |
| DOCKET/REFERENCE NUMBER | 045793.0014 |

**ATTORNEY INFORMATION (proposed)**

| NAME | Stacie K. Smith |
|---|---|
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Fennemore Craig, P.C. |
| INTERNAL ADDRESS | Suite 600 |
| STREET | 2394 East Camelback Road |
| CITY | Phoenix |
| STATE | Arizona |
| POSTAL CODE | 85016-3429 |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| PHONE | 602-916-5451 |
| FAX | 602-916-5651 |
| EMAIL | ip@fclaw.com |
| DOCKET/REFERENCE NUMBER | 045793.0014 |

**CORRESPONDENCE INFORMATION (current)**

| NAME | Stacie K. Smith |
|---|---|
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | ip@fclaw.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | NOT PROVIDED |
| DOCKET/REFERENCE NUMBER | 045793.0014 |

**CORRESPONDENCE INFORMATION (proposed)**

TNC00944

| | |
|---|---|
| **NAME** | Stacie K. Smith |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | ip@fclaw.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | NOT PROVIDED |
| **DOCKET/REFERENCE NUMBER** | 045793.0014 |
| **SIGNATURE SECTION** | |
| **SUBMISSION SIGNATURE** | /Stacie K Smith/ |
| **SIGNATORY'S NAME** | Stacie K. Smith |
| **SIGNATORY'S POSITION** | Attorney of record, Arizona bar member |
| **SIGNATORY'S PHONE NUMBER** | 602-916-5451 |
| **DATE SIGNED** | 01/22/2021 |
| **ROLE OF AUTHORIZED SIGNATORY** | Authorized U.S.-Licensed Attorney |
| **SIGNATURE METHOD** | Sent to third party for signature |
| **FILING INFORMATION SECTION** | |
| **SUBMIT DATE** | Fri Jan 22 14:38:01 ET 2021 |
| **TEAS STAMP** | USPTO/S7S-XX.XXX.XX.XXX-2 0210122143801874540-48416 62-20210122133823951900-N /A-N/A-202101221338239519 00 |

Global Format; No Form Number
Approved for use through 10/31/2021. OMB 0651-0050
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Surrender of Registration for Cancellation

## To the Commissioner for Trademarks:

The following is submitted for registration number: **4841662**

**FORM TEXT:**

1) Hatchbeauty Agency, LLC, the owner of U.S. Trademark Registration no. 4,841,662 for ENTHRIVE, voluntarily surrenders this registration in its entirety.

2) The current contact information for the correspondent is: Stacie K. Smith, Fennemore Craig, P.C., 2394 East Camelback Road, Suite 600, Phoenix, Arizona 85016-3429; telephone number: 602-916-5451; and email: ip@fclaw.com.

**The owner proposes to amend the following:**
**Current:** Hatchbeauty Agency, LLC, having an address of
   10951 Pico Boulevard, Suite 300
   Los Angeles, California 90064
   United States
   Phone: 3103967070

**TNC00945**

Fax: 3103963610
Email Address: XXXX

**Proposed:** Hatchbeauty Agency, LLC, having an address of
10951 Pico Boulevard, Suite 300
Los Angeles, California 90064
United States
Email Address: XXXX

The owner's/holder's current attorney information: Stacie K. Smith. Stacie K. Smith of Fennemore Craig, P.C., is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at

Suite 600
2394 East Camelback Road
Phoenix, Arizona 85016-3429
United States
The docket/reference number is 045793.0014.

The phone number is 602-916-5451.

The fax number is 602-916-5651.

The email address is ip@fclaw.com

The owner's/holder's proposed attorney information: Stacie K. Smith. Stacie K. Smith of Fennemore Craig, P.C., is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at

Suite 600
2394 East Camelback Road
Phoenix, Arizona 85016-3429
United States
The docket/reference number is 045793.0014.

The phone number is 602-916-5451.

The fax number is 602-916-5651.

The email address is ip@fclaw.com

**Correspondence Information (current):**
Stacie K. Smith
PRIMARY EMAIL FOR CORRESPONDENCE: ip@fclaw.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

The docket/reference number is 045793.0014.

**Correspondence Information (proposed):**
Stacie K. Smith
PRIMARY EMAIL FOR CORRESPONDENCE: ip@fclaw.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

The docket/reference number is 045793.0014.

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

**SIGNATURE(S)**
**Submission Signature**
Signature: /Stacie K Smith/   Date: 01/22/2021
Signatory's Name: Stacie K. Smith

Signatory's Position: Attorney of record, Arizona bar member
Signatory's Phone Number: 602-916-5451
Signature method: Sent to third party for signature

The signatory has confirmed that he/she is a U.S.-licensed attorney who is an active member in good standing of the bar of the highest court of a U.S. state (including the District of Columbia and any U.S. Commonwealth or territory); and he/she is currently the owner's/holder's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S.-licensed attorney not currently associated with his/her company/firm previously represented the owner/holder in this matter: the owner/holder has revoked their power of attorney by a signed revocation or substitute power of attorney with the USPTO; the USPTO has granted that attorney's withdrawal request; the owner/holder has filed a power of attorney appointing him/her in this matter; or the owner's/holder's appointed U.S.-licensed attorney has filed a power of attorney appointing him/her as an associate attorney in this matter.

Mailing Address:    Stacie K. Smith
    Fennemore Craig, P.C.
    Suite 600
    2394 East Camelback Road
    Phoenix, Arizona 85016-3429
Mailing Address:    Stacie K. Smith
    Fennemore Craig, P.C.
    Suite 600
    2394 East Camelback Road
    Phoenix, Arizona 85016-3429

Serial Number: 85593865
Internet Transmission Date: Fri Jan 22 14:38:01 ET 2021
TEAS Stamp: USPTO/S7S-XX.XXX.XX.XXX-2021012214380187
4540-4841662-20210122133823951900-N/A-N/
A-20210122133823951900

TNC00947

# TRIAL EXHIBIT NO. 335

Global Format; No Form Number
Approved for use through 10/31/2021. OMB 0651-0050
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Surrender of Registration for Cancellation

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 88659035 |
| **REGISTRATION NUMBER** | 6037264 |
| **MARK SECTION** | |
| MARK | https://tmng-al.uspto.gov/resting2/api/img/88659035/large |
| LITERAL ELEMENT | NOURISH YOUR SKIN, AND THE REST WILL THRIVE |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size or color. |
| ATTACHMENT(S) | |
| ORIGINAL PDF FILE | STATEMENT_FOR_SURRENDER_OF_TRADEMARK_6037264_SIGNED_202102161359187.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT18\IMAGEOUT18\886\590\88659035\xml1\S7S0002.jpg |
| **OWNER SECTION (Current)** | |
| NAME | Walker Botanicals, LLC |
| MAILING ADDRESS | 1460 Contra Costa Blvd. Apt. 211 |
| CITY | Pleasant Hill |
| STATE | California |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 94523 |
| EMAIL | XXXX |
| **OWNER SECTION (Proposed)** | |
| NAME | Walker Botanicals, LLC |
| INTERNAL ADDRESS | Suite D7 |
| MAILING ADDRESS | 2744 East 11th Street |
| CITY | Oakland |
| STATE | California |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 94601 |
| EMAIL | XXXX |
| **ATTORNEY INFORMATION (current)** | |
| NAME | Jordan Reis Cohen |
| ATTORNEY BAR MEMBERSHIP | |

TNC00974

| | |
|---|---|
| **NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | BRICK & MORTAR LEGAL PC |
| **STREET** | 584 CASTRO STREET #121 |
| **CITY** | SAN FRANCISCO |
| **STATE** | California |
| **POSTAL CODE** | 94114 |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **PHONE** | 415-894-5436 |
| **EMAIL** | jordan@brickandmortarlegal.com |
| **ATTORNEY INFORMATION (proposed)** | |
| **NAME** | Jordan Reis Cohen |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | BRICK & MORTAR LEGAL PC |
| **STREET** | 584 CASTRO STREET #121 |
| **CITY** | SAN FRANCISCO |
| **STATE** | California |
| **POSTAL CODE** | 94114 |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **PHONE** | 415-894-5436 |
| **EMAIL** | jordan@brickandmortarlegal.com |
| **CORRESPONDENCE INFORMATION (current)** | |
| **NAME** | JORDAN REIS COHEN |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | jordan@brickandmortarlegal.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | NOT PROVIDED |
| **CORRESPONDENCE INFORMATION (proposed)** | |
| **NAME** | Jordan Reis Cohen |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | jordan@brickandmortarlegal.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | NOT PROVIDED |
| **SIGNATURE SECTION** | |
| **SUBMISSION SIGNATURE** | /jordanreiscohen/ |

TNC00975

| SIGNATORY'S NAME | Jordan Reis Cohen |
|---|---|
| SIGNATORY'S POSITION | Attorney of record |
| SIGNATORY'S PHONE NUMBER | 4158945436 |
| DATE SIGNED | 01/21/2021 |
| ROLE OF AUTHORIZED SIGNATORY | Authorized U.S.-Licensed Attorney |
| SIGNATURE METHOD | Signed directly within the form |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Thu Jan 21 18:23:26 ET 2021 |
| TEAS STAMP | USPTO/S7S-XXX.XXX.XXX.XX-20210121182326754287-6037264-20210121181152780405-N/A-N/A-20210121181152780405 |

Global Format; No Form Number
Approved for use through 10/31/2021. OMB 0651-0050
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Surrender of Registration for Cancellation
## To the Commissioner for Trademarks:

The following is submitted for registration number: **6037264**

**FORM FILE NAME(S):**

**Original PDF file:**
STATEMENT_FOR_SURRENDER_OF_TRADEMARK_6037264_SIGNED_202102161359187.pdf
**Converted PDF file(s)** (1 page)
Attachments-1

**The owner proposes to amend the following:**
**Current:** Walker Botanicals, LLC, having an address of
   1460 Contra Costa Blvd. Apt. 211
   Pleasant Hill, California 94523
   United States
   Email Address: XXXX

**Proposed:** Walker Botanicals, LLC, having an address of
   Suite D7
   2744 East 11th Street
   Oakland, California 94601
   United States
   Email Address: XXXX

The owner's/holder's current attorney information: Jordan Reis Cohen. Jordan Reis Cohen of BRICK & MORTAR LEGAL PC, is a member of
the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at

   584 CASTRO STREET #121
   SAN FRANCISCO, California 94114

TNC00976

United States

The phone number is 415-894-5436.

The email address is jordan@brickandmortarlegal.com

The owner's/holder's proposed attorney information: Jordan Reis Cohen. Jordan Reis Cohen of BRICK & MORTAR LEGAL PC, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at

    584 CASTRO STREET #121
    SAN FRANCISCO, California 94114
    United States

The phone number is 415-894-5436.

The email address is jordan@brickandmortarlegal.com

**Correspondence Information (current):**
    JORDAN REIS COHEN
    PRIMARY EMAIL FOR CORRESPONDENCE: jordan@brickandmortarlegal.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

**Correspondence Information (proposed):**
    Jordan Reis Cohen
    PRIMARY EMAIL FOR CORRESPONDENCE: jordan@brickandmortarlegal.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

**SIGNATURE(S)**
**Submission Signature**
Signature: /jordanreiscohen/    Date: 01/21/2021
Signatory's Name: Jordan Reis Cohen
Signatory's Position: Attorney of record
Signatory's Phone Number: 4158945436
Signature method: Signed directly within the form

The signatory has confirmed that he/she is a U.S.-licensed attorney who is an active member in good standing of the bar of the highest court of a U.S. state (including the District of Columbia and any U.S. Commonwealth or territory); and he/she is currently the owner's/holder's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S.-licensed attorney not currently associated with his/her company/firm previously represented the owner/holder in this matter: the owner/holder has revoked their power of attorney by a signed revocation or substitute power of attorney with the USPTO; the USPTO has granted that attorney's withdrawal request; the owner/holder has filed a power of attorney appointing him/her in this matter; or the owner's/holder's appointed U.S.-licensed attorney has filed a power of attorney appointing him/her as an associate attorney in this matter.

Mailing Address:   JORDAN REIS COHEN
    BRICK & MORTAR LEGAL PC

    584 CASTRO STREET #121
    SAN FRANCISCO, California 94114
Mailing Address:   Jordan Reis Cohen
    BRICK & MORTAR LEGAL PC

    584 CASTRO STREET #121
    SAN FRANCISCO, California 94114

Serial Number: 88659035
Internet Transmission Date: Thu Jan 21 18:23:26 ET 2021
TEAS Stamp: USPTO/S7S-XXX.XXX.XXX.XX-202101211823267

TNC00977

54287-6037264-20210121181152780405-N/A-N
/A-20210121181152780405

TNC00978

STATEMENT FOR SURRENDER OF TRADEMARK

January 21, 2021

United States Patent and Trademark Office
600 Dulany Street
Alexandria, VA 22314


RE: Surrender/Cancellation of Trademark Reg. #6037264


I, Lia Walker, Manager of Walker Botanicals, LLC, a California limited liability company, wish to surrender the entire registration in all classes of the trademark registration number 6037264:

"NOURISH YOUR SKIN, AND THE REST WILL THRIVE"

Please contact my attorney at the below address for any correspondence.

584 Castro Street #121
San Francisco, CA 94114

Sincerely,

Lia Walker,
Manager
Walker Botanicals, LLC

TNC00979

# TRIAL EXHIBIT NO. 336



9465 Wilshire Blvd., Ste. 300
Beverly Hills, CA 90212

(323) 639-4455
stephen@smcarthurlaw.com

# LAW FIRM

Lisa Icenhower & Elis Cosmetics
5801 LONG PRAIRIE RD SUITE 54
FLOWER MOUND, TX 75028
info@eliscosmetics.com

### *Re: CEASE AND DESIST USE OF THRIVE® REGISTERED TRADEMARKS*

Dear Lisa Icenhower & Elis Cosmetics,

We are legal counsel to Thrive Natural Care, Inc., (hereinafter "Thrive"). Since 2013 Thrive has sold skincare products to the public branded as "THRIVE NATURAL CARE" and protected with a federal registered trademark. Today, Thrive sells a range of skincare and grooming products, including, but not limited to, face washes and scrubs, lotions, moisturizers, sunscreens, face balms, shaving lotions, and grooming oils. Thrive skincare products are sold online at www.thrivecare.co and through retail partnerships with Amazon and Walmart.com, as well as at Whole Foods Markets on the West Coast. Thrive is the sole owner of all intellectual property for the THRIVE® brand, which has been registered with the U.S. Patent and Trademark Office for over six years under registration number 4,467,942. THRIVE® has achieved incontestability status under the Lanham Act because it has been registered to Thrive and continuously used by Thrive for over five consecutive years. Thrive also owns registration No. 6,164,303 issued on September 29, 2020 and application serial number 90198496 for a wide range of products that fall within the natural zone of expansion of its other two registered trademarks.

Nevertheless, it has come to our attention that ELIS COSMETICS is selling THRIVE NATURAL CARE branded lotion and skincare products (the "Infringing Products") as "Thrive Natural Skin Care" Products.  Representative examples of the Infringement can be seen here:

- https://www.eliscosmetics.com/
- https://www.eliscosmetics.com/thrive/

TNC01595

You are using an identical trademark to sell identical goods despite my clients registered federal rights. The similarity of the marks and products constitutes, among other things, trademark infringement and unfair competition in violation of Section 32 and 43(a) of the Lanham Act, 15 USC §§1115 and 1125(a). **Thrive's statutory remedies include a total disgorgement of profits, triple reimbursement of Thrive's losses, payment of Thrive's attorneys' fees and costs, and damages for corrective advertising.** Please note that we have already sued another infringer just a few months ago, and if we do not resolve your blatant infringement quickly, my client will not hesitate to sue you as well.

Accordingly, we hereby demand that you immediately confirm in writing by the date below that you will :

1. Provide an accounting of all sales and revenue from your sale of all "Thrive Natural Skincare" banded lotion and skincare products and disgorge **all** profits to our client, as well as an additional 20% licensing fee of all revenue made; and either

2. Permanently cease and desist all use of the mark THRIVE®, or any other iteration of THRIVE® in connection with skincare lotion and related products worldwide within 30 days from the date this letter was sent. This includes "Thrive Natural Skin Care Products;" or

3. Enter into a licensing contract with Thrive and pay an ongoing royalty percentage of twenty percent (20%) on all future gross revenue for your use of the brand name THRIVE®. This is contingent upon agreement to a formal non-exclusive licensing arrangement that would include all standard licensing terms such as full quality control, approval rights, audit rights, and licensor control and ownership of all associated trademark good will. You must also submit evidence of all revenue for an appropriate calculation to be made. If no agreement can be reached, then you must cease and desist all use of the mark.

Please respond no later than Wednesday, **February 3, 2021**. While we much prefer to resolve this matter in a cooperative and professional manner, if we do not hear from you by February 3,

then we will have no choice but to advise our client that your continued and past use is "willful
infringement", that you are unwilling to cooperate, and that we should proceed accordingly by
filing a lawsuit in federal court.

If you have any questions or would like to discuss the details of your compliance, then I
can best be reached by email at stephen@smcarthurlaw.com, or by phone at (323) 639-4455.
This letter is not a complete statement of Thrive's rights in connection with this matter, and
nothing contained herein constitutes an express or implied waiver of any rights, remedies, or
defenses of Thrive in connection with this matter, all of which are expressly reserved.

Best regards,

Dated:  January 27, 2021                  By: _Stephen McArthur_
                                              Stephen Charles McArthur
                                              The McArthur Law Firm
                                              Attorneys for Thrive Natural Care

**TNC01597**

# TRIAL EXHIBIT NO. 338

PTO- 2302
Approved for use through 10/31/2021. OMB 0651-0055
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Response To Office Action for Post-Registration Matters

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 86200117 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 111 |
| **REGISTRATION NUMBER** | 4744731 |
| **RESPONSE TYPE** | Response to Office Action for Section 7 Request for Amendment or Correction of Registration Certificate. |

| MARK SECTION | |
|---|---|
| **MARK** | mark |
| **LITERAL ELEMENT** | ITHRIVEX |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size or color. |

**ARGUMENT(S)**

In its Section 7 Amendment, Applicant requested to narrow the identification of goods. Specifically, Applicant request to amend its identification of goods from the original listing, "Body cream; Hand cream; Non-medicated skin care creams and lotions; Skin creams" to the proposed "anti-friction, performance, and anti-scarring body cream and hand cream." The Examining Attorney rejected this proposed identification. Applicant's counsel has left several messages with the Examining Attorney to discuss the Office Action but has received no response. Accordingly, Applicant submits herewith the following proposed amendment: "Body cream and Hand cream, namely, anti-friction, performance, and anti- scarring body cream and hand cream." Applicant asserts that this designation should be acceptable as both "Body cream" and "hand cream" are identified in the original identification of goods without further limitation or restriction, whereas the proposed identification further delimits the type of body cream and hand cream using the acceptable delimiting and definite term "namely." See TMEP 1402.03(a) ("The terms "namely," "consisting of," "particularly," and "in particular" are definite and are preferred to set forth an identification that requires greater particularity."). Applicant respectfully requests that the Office accept the new proposed identification of goods and enter Applicant's Section 7 Amendment.

**GOODS AND/OR SERVICES SECTION (current)**

| INTERNATIONAL CLASS | 003 |
|---|---|
| **IDENTIFICATION** | |
| Body cream; Hand cream; Non-medicated skin care creams and lotions; Skin creams | |

**GOODS AND/OR SERVICES SECTION (proposed)**

| INTERNATIONAL CLASS | 003 |
|---|---|
| **TRACKED TEXT IDENTIFICATION** | Body cream and hand cream, namely, anti-friction, performance, and anti-scarring body cream and hand cream Body cream; Hand cream; Non-medicated skin care creams and lotions; Skin creams |
| **MODIFIED IDENTIFICATION** | |
| Body cream and hand cream, namely, anti-friction, performance, and anti-scarring body cream and hand cream | |
| **WEBPAGE URL** | None Provided |

TNC03287

| | |
|---|---|
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **CORRESPONDENCE INFORMATION (current)** | |
| **NAME** | Jacob Neu |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | nashvilleipdocketing@bradley.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | jneu@bradley.com |
| **DOCKET/REFERENCE NUMBER** | 206446 |
| **CORRESPONDENCE INFORMATION (proposed)** | |
| **NAME** | Jacob Neu |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | nashvilleipdocketing@bradley.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | jneu@bradley.com |
| **DOCKET/REFERENCE NUMBER** | 206446 |
| **PAYMENT SECTION** | |
| **TOTAL FEES DUE** | 0 |
| **SIGNATURE SECTION** | |
| **DECLARATION SIGNATURE** | The undersigned has elected not to submit the signed declaration, believing no supporting declaration is required under the *Trademark Rules of Practice*. The undersigned acknowledges that the USPTO may, upon later review, require a signed declaration. |
| **RESPONSE SIGNATURE** | /jacobwneu/ |
| **SIGNATORY'S NAME** | Jacob W Neu |
| **SIGNATORY'S POSITION** | Attorney of record, Tennessee bar member |
| **SIGNATORY'S PHONE NUMBER** | 6152524639 |
| **DATE SIGNED** | 08/04/2021 |
| **ROLE OF AUTHORIZED SIGNATORY** | Authorized U.S.-Licensed Attorney |
| **SIGNATURE METHOD** | Signed directly within the form |
| **FILING INFORMATION SECTION** | |
| **SUBMIT DATE** | Wed Aug 04 23:39:19 ET 2021 |
| **TEAS STAMP** | USPTO/TRS-XXXX:XXXX:XXXX: XXXX:XXXX:XXX:XXXX:XXXX-2 0210804233919156450-47447 31-781e7f6607c3b81d73e988 8851549cc8b777ad2d87d2abb 9e598456b56c936e-N/A-N/A- 20210804232513319150 |

PTO- 2302
Approved for use through 10/31/2021. OMB 0651-0055
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

**Response To Office Action for Post-Registration Matters**

To the Commissioner for Trademarks:

TNC03288

Registration no. **4744731** ITHRIVEX(Standard Characters, see https://tmng-al.uspto.gov/resting2/api/img/86200117/large) has been amended as follows:

**RESPONSE TYPE**

**Response to Office Action for Section 7 Request for Amendment or Correction of Registration Certificate.**

**ARGUMENT(S)**
**In response to the substantive refusal(s), please note the following:**

In its Section 7 Amendment, Applicant requested to narrow the identification of goods. Specifically, Applicant request to amend its identification of goods from the original listing, "Body cream; Hand cream; Non-medicated skin care creams and lotions; Skin creams" to the proposed "anti-friction, performance, and anti-scarring body cream and hand cream." The Examining Attorney rejected this proposed identification. Applicant's counsel has left several messages with the Examining Attorney to discuss the Office Action but has received no response. Accordingly, Applicant submits herewith the following proposed amendment: "Body cream and Hand cream, namely, anti-friction, performance, and anti- scarring body cream and hand cream." Applicant asserts that this designation should be acceptable as both "Body cream" and "hand cream" are identified in the original identification of goods without further limitation or restriction, whereas the proposed identification further delimits the type of body cream and hand cream using the acceptable delimiting and definite term "namely." See TMEP 1402.03(a) ("The terms "namely," "consisting of," "particularly," and "in particular" are definite and are preferred to set forth an identification that requires greater particularity."). Applicant respectfully requests that the Office accept the new proposed identification of goods and enter Applicant's Section 7 Amendment.

**CLASSIFICATION AND LISTING OF GOODS/SERVICES**

**The owner/holder proposes to amend the following:**

**Current:** Class 003

Body cream; Hand cream; Non-medicated skin care creams and lotions; Skin creams

**Proposed:** Class 003

**Tracked Text Identification:**

<span style="color:green">Body cream and hand cream, namely, anti-friction, performance, and anti-scarring body cream and hand cream</span><span style="color:red">Body cream; Hand cream; Non-medicated skin care creams and lotions; Skin creams</span>

**Modified Identification:**

Body cream and hand cream, namely, anti-friction, performance, and anti-scarring body cream and hand cream

Webpage URL: None Provided
Webpage Date of Access: None Provided

**Correspondence Information (current):**
    Jacob Neu
    PRIMARY EMAIL FOR CORRESPONDENCE: nashvilleipdocketing@bradley.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): jneu@bradley.com

    The docket/reference number is 206446.

**Correspondence Information (proposed):**
    Jacob Neu
    PRIMARY EMAIL FOR CORRESPONDENCE: nashvilleipdocketing@bradley.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): jneu@bradley.com

    The docket/reference number is 206446.

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the owner/holder and the owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

TNC03289

**FEE(S)**
Fee(s) in the amount of $0 is being submitted.

**SIGNATURE(S)**
**Declaration Signature**
The undersigned has elected not to submit the signed declaration, believing no supporting declaration is required under the *Trademark Rules of Practice*. The undersigned acknowledges that the USPTO may, upon later review, require a signed declaration.

Signature: /jacobwneu/   Date: 08/04/2021
Signatory's Name: Jacob W Neu
Signatory's Position: Attorney of record, Tennessee bar member

Signatory's Phone Number: 6152524639 Signature method: Signed directly within the form

The signatory has confirmed that he/she is a U.S.-licensed attorney who is an active member in good standing of the bar of the highest court of a U.S. state (including the District of Columbia and any U.S. Commonwealth or territory); and he/she is currently the owner's/holder's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S.-licensed attorney not currently associated with his/her company/firm previously represented the owner/holder in this matter: the owner/holder has revoked their power of attorney by a signed revocation or substitute power of attorney with the USPTO; the USPTO has granted that attorney's withdrawal request; the owner/holder has filed a power of attorney appointing him/her in this matter; or the owner's/holder's appointed U.S.-licensed attorney has filed a power of attorney appointing him/her as an associate attorney in this matter.

Mailing Address:   Jacob Neu
    BRADLEY ARANT BOULT CUMMINGS, LLP
    Suite 700
    1600 Division Street
    NASHVILLE, Tennessee 37203
Mailing Address:   Jacob Neu
    BRADLEY ARANT BOULT CUMMINGS, LLP
    Suite 700
    1600 Division Street
    NASHVILLE, Tennessee 37203

PAYMENT:
PAYMENT DATE:

Serial Number: 86200117
Internet Transmission Date: Wed Aug 04 23:39:19 ET 2021
TEAS Stamp: USPTO/TRS-XXXX:XXXX:XXXX:XXXX:XXXX:XXX:X
XXX:XXXX-20210804233919156450-4744731-78
1e7f6607c3b81d73e9888851549cc8b777ad2d87
d2abb9e598456b56c936e-N/A-N/A-2021080423
2513319150

**TNC03290**

# TRIAL EXHIBIT NO. 339



9465 Wilshire Blvd., Ste. 300
Beverly Hills, CA 90212

(323) 639-4455
stephen@smcarthurlaw.com

# LAW FIRM

Aalid Health Products LLC, DBA Barefut
Philip Olsen
622 N 900 E #2
Spanish Fork, UT 84660
sales@barefut.com

### *Re: CEASE AND DESIST USE OF THRIVE® REGISTERED TRADEMARKS*

Dear Barefut and Mr. Olsen,

We are legal counsel to Thrive Natural Care, Inc., (hereinafter "Thrive"). Since 2013 Thrive has sold skincare products to the public. Today, Thrive sells a range of skincare and grooming products, including, but not limited to, face washes and scrubs, lotions, moisturizers, sunscreens, face balms, shaving lotions, and grooming oils. Thrive skincare products are sold online at www.thrivecare.co and through retail partnerships with Amazon and Walmart.com, as well as at Whole Foods Markets on the West Coast. Thrive is the sole owner of all intellectual property for the THRIVE® brand, which has been registered with the U.S. Patent and Trademark Office for over six years under registration number 4,467,942. THRIVE® has achieved incontestability status under the Lanham Act because it has been registered to Thrive and continuously used by Thrive for over five consecutive years. Thrive also owns registration No. 6,164,303 issued on September 29, 2020 and application serial number 90198496 for a wide range of products that fall within the natural zone of expansion of its other two registered trademarks.

Nevertheless, it has come to our attention that Barefut has recently begun selling THRIVE branded Lotion (the "Infringing Product").  A representative example of the Infringement can be seen here:

- https://barefut.com/shop/thrive-lotion/

The similarity of the marks and products constitutes, among other things, trademark infringement and unfair competition in violation of Section 32 and 43(a) of the Lanham Act, 15 USC §§1115

TNC03373

and 1125(a). Thrive's statutory remedies include a total disgorgement of profits, triple reimbursement of Thrive's losses, payment of Thrive's attorneys' fees and costs, and damages for corrective advertising. We have already been forced to file two lawsuits to protect our client's valuable THRIVE intellectual property recently and will not hesitate to do so again here.[1]

Accordingly, we hereby demand that you confirm in writing by the date below that you will permanently and immediately cease and desist all use of the mark THRIVE®, or any other iteration of THRIVE® in connection with skincare lotion and related products worldwide within 30 days from the date this letter was sent. This includes "Thrive Essential Oil Lotion";

Please respond no later than **August 6, 2021**. While we much prefer to resolve this matter in a cooperative and professional manner, if we do not hear from you by August 6, then we will have no choice but to advise our client that your continued and past use is "willful infringement", that you are unwilling to cooperate, and that we should proceed accordingly by filing a lawsuit in federal court.

If you have any questions or would like to discuss the details of your compliance, then I can best be reached by email at stephen@smcarthurlaw.com, or by phone at (323) 639-4455. This letter is not a complete statement of Thrive's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses of Thrive in connection with this matter, all of which are expressly reserved.

Best regards,

Dated:  August 4, 2021

By:_____
       Stephen Charles McArthur
       The McArthur Law Firm
       Attorneys for Thrive Natural Care

---

[1] Thrive Natural Care, Inc., v. Thrive Causemetics, Inc., Case No. CV 20-9091-PA-AS
  Thrive Natural Care, Inc., v. LE-VEL Brands, LLC, Case No. SA CV21-02022 DOC-KES

# TRIAL EXHIBIT NO. 316

Start  **List At:** [_____]  OR  Jump  **to record:** [_____]   **4 Records(s) found (This page: 1 ~ 4)**

**Refine Search** (live)[LD] and (thrive)[MN] and (003)[IC] and (skin)  Submit

**Current Search:** S2:  **(live)[LD] and (thrive)[MN] and (003)[IC] and (skin)[GS]** docs: 4 occ: 26

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 90198496 | | THRIVE | TSDR | LIVE |
| 2 | 87021374 | 6164303 | THRIVE | TSDR | LIVE |
| 3 | 86030333 | 4696755 | EAT. DRINK. THRIVE. | TSDR | LIVE |
| 4 | 85980517 | 4467942 | THRIVE | TSDR | LIVE |

# TRIAL EXHIBIT NO. 424



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Oct 14 03:32:23 EDT 2021*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

# EAT. DRINK. THRIVE.

| | |
|---|---|
| **Word Mark** | EAT. DRINK. THRIVE. |
| **Goods and Services** | IC 003. US 001 004 006 050 051 052. G & S: Apothecary products, namely, non-medicated sea salt for use as bath salts; non-medicated skin preparations, namely, sea salt exfoliator for skin and body. FIRST USE: 20140501. FIRST USE IN COMMERCE: 20140501 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 86030333 |
| **Filing Date** | August 6, 2013 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | April 8, 2014 |
| **Registration Number** | **4696755** |
| **Registration Date** | March 3, 2015 |
| **Owner** | (REGISTRANT) Pacific Resorts Investments Limited LIMITED LIABILITY COMPANY BR.VIRGIN ISLANDS c/o Reese Henry & Company, Inc. 400 East Main Street Aspen COLORADO 81611 |
| | (LAST LISTED OWNER) THE WAKAYA GROUP, LP David Gilmour, General Partner, Canadian citizen LIMITED PARTNERSHIP DELAWARE 400 East Main Street, Suite 2 Aspen COLORADO 81611 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of** | Lisel M. Ferguson |

| **Record** | |
| --- | --- |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# TRIAL EXHIBIT NO. 226



**From:** **Thrive** amcintosh@thrivenaturalcare.com
**Subject:** Re: Permission request Thrive Causemetics
**Date:** April 23, 2016 at 5:55 AM
**To:** Karissa Bodnar kbodnar@thrivecausemetics.com

Hi Karissa

Thanks for your note. Your efforts sounds like a good one. I would like to be helpful but cannot provide permission to use the Thrive name trademark in the cosmetics category. We already sell female cosmetic products, and have invested a lot of time and effort in building the thrive mark since 2013. I also have outside investors in my company and owe them the protection of the thrive mark across the gamut of personal care products that fall within our owned mark.  Sorry I don't have better news for you but im sure you understand. Best of luck with your venture.

Alex McIntosh
Thrive Natural Care
amcintosh@thrivenaturalcare.com

On Apr 22, 2016, at 6:11 PM, Karissa Bodnar <kbodnar@thrivecausemetics.com> wrote:

> Hi Thrive Care team,
>
> I'm reaching out to speak with your founder or someone on your team to discuss permission to use the word Thrive as part of our brand name.
>
> We are a color cosmetics brand with a mission to help women going through cancer treatment look and feel better during their time of need. We will never use the word "Thrive" without the word "Causemetics" because the two words to use are our brand.
>
> We only help women and I see that you are a men's line. I started Thrive Causemetics after losing my friend Kristy to cancer at just 24 years old as a mission to provide complimentary beauty products to woman going through cancer treatment to restore confidence.
>
> If you'd prefer to discuss by phone, I'd love to connect soon and am happy to speak over the weekend.
>
> Thanks for your help,
>
> Karissa Bodnar
> Founder & CEO | Thrive Causemetics
> thrivecausemetics.com

# TRIAL EXHIBIT NO. 31

TM

PROMO   ©

travis manfredi
travis@cobaltlaw.com
510.841.9800

March 3, 2017

VIA OVERNIGHT MAIL

Ms. Karissa Bodnar
Thrive Causemetics, Inc.
330 3rd Avenue West, Suite 204
Seattle, WA 98119

**RE:**      **THRIVE Trademark**
**OUR FILE:**    **Thrive Natural Care, Inc./Dispute with Thrive Causemetics**

Dear Ms. Bodnar:

We represent Thrive Natural Care, Inc. ("Thrive") with respect to its trademarks. While we applaud the motivation and mission behind Thrive Causemetics, Inc. ("TCI"), we have to take issue with your name choice. To that end, we write to inform you that your use of the identical term in your name for highly related products infringes Thrive's trademark rights. As such, you must immediately cease all use of the term THRIVE.

As you are aware, Thrive owns a federal trademark registration for the mark THRIVE (U.S. Trademark Reg. Nos. 4,467,942) for use in connection with skin care products. There is no question that your use of a mark that merely adds a term and is used in connection with related products is likely to cause consumer confusion between the marks.

Considering TCI's apparent abandonment of its application to register its THRIVE CAUSEMETICS trademark, TCI may have already realized its mark is problematic and changed its name to something that will not conflict with existing marks. If this is not the case, TCI must now do so.

Only by executing and returning this letter within ten days to signify TCI's agreement to cease use of all marks containing the term THRIVE will you avoid potential additional action by Thrive to protect its rights. Thrive understands that it will take time for you to change your name and sell through already-labeled products. Assuming you agree to the demands in this letter, Thrive will allow for a reasonable phase-out period of 120 days from date of receipt of this letter.



Lawyers in Advertising, Promotions & Intellectual Property
cobaltlaw.com

918 Parker Street, Bldg A21
Berkeley, CA 94710

P.510.841.9800
F.510.295.2401

**TNC00902**

Ms. Karissa Bodnar
March 3, 2017
Page 2

We appreciate TCI's anticipated cooperation in this matter and look forward to hearing from you as requested. Please note that nothing in this letter should be construed as a waiver of any of Thrive's rights, all of which are expressly reserved.

Sincerely,

COBALT LLP

Travis Manfredi

Agreed to:

_____

Karissa Bodnar
Founder & CEO of Thrive Causemetics, Inc.

TNC00903

# TRIAL EXHIBIT NO.  208



Sean M. McChesney
sean@focallaw.com
206.617.3040

**Sent Via U.S. Mail and Email**

April 12, 2017

Travis Manfredi
Cobalt LLP
918 Parker Street, Bldg A21
Berkeley, CA 94710
travis@cobaltlaw.com

**Re:      Thrive Natural Care, Inc. / Thrive Causemetics, Inc.**

Mr. Manfredi:

As previously advised, we represent Thrive Causemetics, Inc. ("TCI") with respect to trademark matters. I write in response to your March 3, 2017 letter to Ms. Karissa Bodnar, alleging that TCI is infringing the THRIVE trademark of your client, Thrive Natural Care, Inc. ("Thrive"), and demanding that TCI cease further use of its trademark, THRIVE CAUSEMETICS.

As it appears that you followed the prosecution of TCI's trademark registration application before the USPTO, you are likely aware that the trademark examining attorney initially raised the issue of potential likelihood of confusion between TCI's THRIVE CAUSEMETICS trademark and your client's THRIVE trademark. You should also be aware that the trademark examining attorney subsequently withdrew the refusal to register the THRIVE CAUSEMETICS mark based on your client's THRIVE trademark. For largely the same reasons we outlined in our response to the USPTO office action, we disagree with your assertion that consumers are likely to be confused by the trademarks of each party.

In your letter, you state that "there is no question that your use of a mark that merely adds a term and is used in connection with related products is likely to cause consumer confusion between the marks." This was the same argument initially asserted by the trademark examining attorney. However, as we advised the trademark examining attorney, consideration of only the "thrive" portion of the two trademarks is improper in determining likelihood of confusion. TCI's trademark contains the additional coined term "causemetics." The inclusion of this unique term within TCI's trademark is significant, as it differentiates the appearance, sound and commercial impression of TCI's trademark from your client's THRIVE mark. The term "causemetics" suggests the important charitable aspect of TCI's business, which is supporting and empowering women fighting cancer and facing other challenges such as domestic abuse. To the extent the same consumers would even encounter both the trademark of Thrive and that of TCI, those consumers would be able to discern between the two brands due to the inclusion of "causemetics" in TCI's trademark, the overall branding of the different goods by our respective clients, which is quite distinct, and the different product lines. It is also simply not tenable that your client holds exclusive rights to the use of the word "thrive" in connection with any personal care, health, beauty, or the enormous market of related products. Thrive is a commonly used name and branding term to evoke some sense of

TNC00899

Travis Manfredi
April 12, 2017
Page 2

living well through the use of the relevant product. Your client has not created sufficient market awareness of its brand to crowd out others who want to use this common word. For at least these reasons, TCI will not agree to cease all use of its THRIVE CAUSEMETICS trademark.

You may be aware that TCI reached out to Thrive in April of 2016 regarding the possibility of a mutual trademark coexistence agreement. While your client politely rejected that request at the time, we would invite your client to reconsider. Given that your client's business is primarily aimed at men's skincare and shaving products, while TCI's is aimed at women's makeup, a trademark coexistence agreement would appear to be a simple way of resolving this matter. Through such an agreement, the two companies could set forth certain restrictions on their respective branding and marketing efforts intended to avoid the potential for consumer confusion down the road.

As I am sure you are aware, any active legal dispute over this trademark matter is going to be time-consuming and expensive. Although litigation has inherent uncertainties, we are confident that TCI will be able to successfully defend any claim of infringement and retain the right to use its trademark. Both of our clients, and our clients' investors, would be better served by focusing on growing their respective businesses with clear boundaries as to each other's trademark.

If you wish to discuss the possibility of Thrive and TCI entering into a trademark coexistence agreement, please feel free to contact me. I may be reached by email at sean@focallaw.com or by telephone at 206.617.3040.

This letter is made without prejudice to or waiver of any rights, remedies or defenses available to TCI, all of which are reserved.

Sincerely,

**Focal PLLC**

Sean M. McChesney

# TRIAL EXHIBIT NO. 134

| | |
|---|---|
| **To:** | Thrive Causemetics, Inc. (LorraineL.docketing@SeedIP.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 86721790 - THRIVE CAUSEMETICS - 900234.201 |
| **Sent:** | 11/30/2015 3:27:10 PM |
| **Sent As:** | ECOM110@USPTO.GOV |
| **Attachments:** | Attachment - 1 |
| | Attachment - 2 |
| | Attachment - 3 |
| | Attachment - 4 |
| | Attachment - 5 |
| | Attachment - 6 |
| | Attachment - 7 |
| | Attachment - 8 |
| | Attachment - 9 |
| | Attachment - 10 |
| | Attachment - 11 |
| | Attachment - 12 |
| | Attachment - 13 |
| | Attachment - 14 |
| | Attachment - 15 |
| | Attachment - 16 |
| | Attachment - 17 |
| | Attachment - 18 |
| | Attachment - 19 |
| | Attachment - 20 |
| | Attachment - 21 |
| | Attachment - 22 |
| | Attachment - 23 |
| | Attachment - 24 |
| | Attachment - 25 |
| | Attachment - 26 |
| | Attachment - 27 |
| | Attachment - 28 |
| | Attachment - 29 |
| | Attachment - 30 |
| | Attachment - 31 |
| | Attachment - 32 |
| | Attachment - 33 |
| | Attachment - 34 |
| | Attachment - 35 |
| | Attachment - 36 |
| | Attachment - 37 |
| | Attachment - 38 |
| | Attachment - 39 |
| | Attachment - 40 |
| | Attachment - 41 |
| | Attachment - 42 |
| | Attachment - 43 |
| | Attachment - 44 |

Attachment - 45
Attachment - 46
Attachment - 47

**UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**
**OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION**

**U.S. APPLICATION SERIAL NO.** 86721790

**MARK:** THRIVE CAUSEMETICS

**\*86721790\***

**CORRESPONDENT ADDRESS:**
  LORRAINE LINFORD
  Seed Ip Law Group Pllc
  701 5th Ave Ste 5400
  Seattle, WA 98104-7064

**CLICK HERE TO RESPOND TO THIS
LETTER:**
http://www.uspto.gov/trademarks/teas/response_forms.jsp

VIEW YOUR APPLICATION FILE

**APPLICANT:** Thrive Causemetics, Inc.

**CORRESPONDENT'S REFERENCE/DOCKET
NO:**
  900234.201
**CORRESPONDENT E-MAIL ADDRESS:**
  LorraineL.docketing@SeedIP.com

# FIRST OFFICE ACTION

# STRICT DEADLINE TO RESPOND TO THIS LETTER

TO AVOID ABANDONMENT OF APPLICANT'S TRADEMARK APPLICATION, THE USPTO MUST RECEIVE APPLICANT'S
COMPLETE RESPONSE TO THIS LETTER **WITHIN 6 MONTHS** OF THE ISSUE/MAILING DATE BELOW.

**ISSUE/MAILING DATE: 11/30/2015**

 **TEAS PLUS OR TEAS REDUCED FEE (TEAS RF) APPLICANTS – TO MAINTAIN LOWER FEE, ADDITIONAL
REQUIREMENTS MUST BE MET, INCLUDING SUBMITTING DOCUMENTS ONLINE:** Applicants who filed their application online
using the lower-fee TEAS Plus or TEAS RF application form must (1) file certain documents online using TEAS, including responses to Office
actions (see TMEP §§819.02(b), 820.02(b) for a complete list of these documents); (2) maintain a valid e-mail correspondence address; and (3)
agree to receive correspondence from the USPTO by e-mail throughout the prosecution of the application. *See* 37 C.F.R. §§2.22(b), 2.23(b);
TMEP §§819, 820.  TEAS Plus or TEAS RF applicants who do not meet these requirements must submit an additional processing fee of $50 per
international class of goods and/or services.  37 C.F.R. §§2.6(a)(1)(v), 2.22(c), 2.23(c); TMEP §§819.04, 820.04.  However, in certain situations,
TEAS Plus or TEAS RF applicants may respond to an Office action by authorizing an examiner's amendment by telephone without incurring
this additional fee.

The referenced application has been reviewed by the assigned trademark examining attorney.  Applicant must respond timely and completely to
the issue(s) below.  15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

**Refusal Section 2(d) – Likelihood of Confusion**
Registration of the applied-for mark is refused because of a likelihood of confusion with the marks in U.S. Registration Nos. 2938220 and
4467942.  Trademark Act Section 2(d), 15 U.S.C. §1052(d); *see* TMEP §§1207.01 *et seq.*  See the enclosed registrations.

The applicant has applied to register the mark THRIVE CAUSEMETICS (standard characters) for "False eyelashes; adhesives for affixing false
eyelashes; eyeliner; and eyebrow cosmetics."

The mark in U.S. Registration No. 2938220 is CAUSE-METICS (standard characters) for "Cosmetics; Cosmetics, namely foundation and toners;
blush; eye make-up; lip liners; lipsticks; nail polishers; creams, namely eye cream, lip cream and nail cream; skin lotions and suntan lotions; skin
cleaners, deodorant soaps and skin soaps; perfume."

The mark in U.S. Registration No. 4467942 is THRIVE (standard characters) for "Non-medicated skin care preparations, namely, facial lotions, cleansers and creams, creams and oils for cosmetic use, skin moisturizers; pre-shaving preparations; after shave lotions and creams."

Trademark Act Section 2(d) bars registration of an applied-for mark that so resembles a registered mark that it is likely a potential consumer would be confused, mistaken, or deceived as to the source of the goods and/or services of the applicant and registrant.  *See* 15 U.S.C. §1052(d). A determination of likelihood of confusion under Section 2(d) is made on a case-by case basis and the factors set forth in *In re E. I. du Pont de Nemours & Co.*, 476 F.2d 1357, 1361, 177 USPQ 563, 567 (C.C.P.A. 1973) aid in this determination.  *Citigroup Inc. v. Capital City Bank Grp., Inc.*, 637 F.3d 1344, 1349, 98 USPQ2d 1253, 1256 (Fed. Cir. 2011) (citing *On-Line Careline, Inc. v. Am. Online, Inc.*, 229 F.3d 1080, 1085, 56 USPQ2d 1471, 1474 (Fed. Cir. 2000)).  Not all the *du Pont* factors, however, are necessarily relevant or of equal weight, and any one of the factors may control in a given case, depending upon the evidence of record.  *Citigroup Inc. v. Capital City Bank Grp., Inc.*, 637 F.3d at 1355, 98 USPQ2d at 1260; *In re Majestic Distilling Co.*, 315 F.3d 1311, 1315, 65 USPQ2d 1201, 1204 (Fed. Cir. 2003); *see In re E. I. du Pont de Nemours & Co.*, 476 F.2d at 1361-62, 177 USPQ at 567.

In this case, the following factors are the most relevant:  similarity of the marks, similarity and nature of the goods and/or services, and similarity of the trade channels of the goods and/or services.  *See In re Viterra Inc.*, 671 F.3d 1358, 1361-62, 101 USPQ2d 1905, 1908 (Fed. Cir. 2012); *In re Dakin's Miniatures Inc.* , 59 USPQ2d 1593, 1595-96 (TTAB 1999); TMEP §§1207.01 *et seq.*

## Comparison of the Marks

Marks are compared in their entireties for similarities in appearance, sound, connotation, and commercial impression.  *Stone Lion Capital Partners, LP v. Lion Capital LLP*, 746 F.3d 1317, 1321, 110 USPQ2d 1157, 1160 (Fed. Cir. 2014) (quoting *Palm Bay Imps., Inc. v. Veuve Clicquot Ponsardin Maison Fondee En 1772*, 396 F. 3d 1369, 1371, 73 USPQ2d 1689, 1691 (Fed. Cir. 2005)); TMEP §1207.01(b)-(b)(v).  "Similarity in any one of these elements may be sufficient to find the marks confusingly similar."  *In re Davia*, 110 USPQ2d 1810, 1812 (TTAB 2014) (citing *In re 1st USA Realty Prof'ls , Inc.*, 84 USPQ2d 1581, 1586 (TTAB 2007)); *In re White Swan Ltd.*, 8 USPQ2d 1534, 1535 (TTAB 1988)); TMEP §1207.01(b).

Here the applicant's  mark is similar to the marks in the cited U.S. Registrations.  The applicant has merely added a term to each of the registered marks.  Adding a term to a registered mark generally does not obviate the similarity between the compared marks, as in the present case, nor does it overcome a likelihood of confusion under Section 2(d).  *See Coca-Cola Bottling Co. v. Jos. E. Seagram & Sons, Inc.*, 526 F.2d 556, 557, 188 USPQ 105, 106 (C.C.P.A. 1975) (finding BENGAL and BENGAL LANCER and design confusingly similar); *In re Toshiba Med. Sys. Corp.*, 91 USPQ2d 1266, 1269 (TTAB 2009) (finding TITAN and VANTAGE TITAN confusingly similar); *In re El Torito Rests., Inc.*, 9 USPQ2d 2002, 2004 (TTAB 1988) (finding MACHO and MACHO COMBOS confusingly similar); TMEP §1207.01(b)(iii).  In the present case, the marks are identical in part.

The examining attorney must resolve any doubt as to the issue of likelihood of confusion in favor of the registrant and against the applicant who has a legal duty to select a mark which is totally dissimilar to trademarks already being used.  *Burroughs Wellcome Co. v. Warner-Lambert Co.*, 203 USPQ 191 (TTAB 1979).

## Comparison of the Goods and/or Services

The goods and/or services of the parties need not be identical or even competitive to find a likelihood of confusion.  *See On-line Careline Inc. v. Am. Online Inc.*, 229 F.3d 1080, 1086, 56 USPQ2d 1471, 1475 (Fed. Cir. 2000); *Recot, Inc. v. Becton*, 214 F.3d 1322, 1329, 54 USPQ2d 1894, 1898 (Fed. Cir. 2000) ("[E]ven if the goods in question are different from, and thus not related to, one another in kind, the same goods can be related in the mind of the consuming public as to the origin of the goods."); TMEP §1207.01(a)(i).

The respective goods and/or services need only be "related in some manner and/or if the circumstances surrounding their marketing [be] such that they could give rise to the mistaken belief that [the goods and/or services] emanate from the same source."  *Coach Servs., Inc. v. Triumph Learning LLC*, 668 F.3d 1356, 1369, 101 USPQ2d 1713, 1722 (Fed. Cir. 2012) (quoting *7-Eleven Inc. v. Wechsler*, 83 USPQ2d 1715, 1724 (TTAB 2007)); TMEP §1207.01(a)(i).

The applicant's goods are "False eyelashes; adhesives for affixing false eyelashes; eyeliner; and eyebrow cosmetics."

### *U.S. Registration No. 2938220*

The goods in U.S. Registration No. 2938220 are "Cosmetics; Cosmetics, namely foundation and toners; blush; eye make-up; lip liners; lipsticks; nail polishers; creams, namely eye cream, lip cream and nail cream; skin lotions and suntan lotions; skin cleaners, deodorant soaps and skin soaps; perfume."

Here, the applicant's  goods are highly similar to the registrant's  goods.  With respect to applicant's  and registrant's  goods and/or services, the question of likelihood of confusion is determined based on the description of the goods and/or services stated in the application and registration at issue, not on extrinsic evidence of actual use.  *See Stone Lion Capital Partners, LP v. Lion Capital LLP*, 746 F.3d 1317, 1323, 110 USPQ2d 1157, 1162 (Fed. Cir. 2014) (quoting *Octocom Sys. Inc. v. Hous. Computers Servs. Inc.*, 918 F.2d 937, 942, 16 USPQ2d 1783, 1787 (Fed. Cir. 1990)).

Absent restrictions in an application and/or registration, the identified goods and/or services are "presumed to travel in the same channels of trade to the same class of purchasers." *In re Viterra Inc.*, 671 F.3d 1358, 1362, 101 USPQ2d 1905, 1908 (Fed. Cir. 2012) (quoting *Hewlett-Packard Co. v. Packard Press, Inc.*, 281 F.3d 1261, 1268, 62 USPQ2d 1001, 1005 (Fed. Cir. 2002)). Additionally, unrestricted and broad identifications are presumed to encompass all goods and/or services of the type described. *See In re Jump Designs, LLC*, 80 USPQ2d 1370, 1374 (TTAB 2006) (citing *In re Elbaum*, 211 USPQ 639, 640 (TTAB 1981)); *In re Linkvest S.A.*, 24 USPQ2d 1716, 1716 (TTAB 1992).

In this case, the identification set forth in the application and registration(s) has no restrictions as to nature, type, channels of trade, or classes of purchasers. Therefore, it is presumed that these goods travel in all normal channels of trade, and are available to the same class of purchasers. Further, the registration uses broad wording to describe the goods and this wording is presumed to encompass all goods of the type described, including those in applicant's more narrow identification. For example, the registrant's cosmetics and eye makeup could include eyeliner and eyebrow cosmetics.

### U.S. Registration no. 4467942
The goods in U.S. Registration No. 4467942 are "Non-medicated skin care preparations, namely, facial lotions, cleansers and creams, creams and oils for cosmetic use, skin moisturizers; pre-shaving preparations; after shave lotions and creams."

The attached Internet evidence consists of third party webpages. This evidence establishes that the same entity commonly manufactures or produces the relevant goods and markets the goods under the same mark. Therefore, applicant's and registrant's goods and/or services are considered related for likelihood of confusion purposes. *See, e.g.*, *In re Davey Prods. Pty Ltd.*, 92 USPQ2d 1198, 1202-04 (TTAB 2009); *In re Toshiba Med. Sys. Corp.*, 91 USPQ2d 1266, 1268-69, 1271-72 (TTAB 2009).

Evidence obtained from the Internet may be used to support a determination under Section 2(d) that goods and/or services are related. *See, e.g.*, *In re G.B.I. Tile & Stone, Inc.*, 92 USPQ2d 1366, 1371 (TTAB 2009); *In re Paper Doll Promotions, Inc.*, 84 USPQ2d 1660, 1668 (TTAB 2007). The Internet has become integral to daily life in the United States, with Census Bureau data showing approximately three-quarters of American households used the Internet in 2013 to engage in personal communications, to obtain news, information, and entertainment, and to do banking and shopping. *See In re Nieves & Nieves LLC*, 113 USPQ2d 1639, 1642 (TTAB 2015) (taking judicial notice of the following two official government publications: (1) Thom File & Camille Ryan, U.S. Census Bureau, Am. Cmty. Survey Reports ACS-28, *Computer & Internet Use in the United States: 2013* (2014), *available at* http://www.census.gov/content/dam/Census/library/publications/2014/acs/acs-28.pdf, and (2) The Nat'l Telecomms. & Info. Admin. & Econ. & Statistics Admin., *Exploring the Digital Nation: America's Emerging Online Experience* (2013), *available at* http://www.ntia.doc.gov/files/ntia/publications/exploring_the_digital_nation_-_americas_emerging_online_experience.pdf). Thus, the widespread use of the Internet in the United States suggests that Internet evidence may be probative of public perception in trademark examination.

For the foregoing reasons consumers and potential consumers would be likely to believe that applicant's goods and/or services emanate from the same source as those provided by the registrant. Accordingly, registration is refused under Section 2(d) of the Act.

Although the trademark examining attorney has refused registration, applicant may respond to the refusal to register by submitting evidence and arguments in support of registration.

### Prior Filed Application
The filing date of pending U.S. Application Serial No. 85726058 precedes applicant's filing date. See attached referenced application. If the mark in the referenced application registers, applicant's mark may be refused registration under Trademark Act Section 2(d) because of a likelihood of confusion between the two marks. *See* 15 U.S.C. §1052(d); 37 C.F.R. §2.83; TMEP §§1208 *et seq.* Therefore, upon receipt of applicant's response to this Office action, action on this application may be suspended pending final disposition of the earlier-filed referenced application.

In response to this Office action, applicant may present arguments in support of registration by addressing the issue of the potential conflict between applicant's mark and the mark in the referenced application. Applicant's election not to submit arguments at this time in no way limits applicant's right to address this issue later if a refusal under Section 2(d) issues.

Action on this application will be suspended pending the dispositions of Application Serial No. 85726058, upon receipt of applicant's response resolving the refusal(s) to register based on a likelihood of confusion and resolving the following requirements. **The applicant must respond to the refusal to register based on a likelihood of confusion discussed previously herein and the requirements discussed subsequently herein within 6 months of the date of this Office Action to avoid ABANDONMENT.**

### Additional Requirements
If applicant responds to the refusal(s), applicant must also respond to the requirement(s) set forth below.

### Disclaimer

Applicant must disclaim the wording "COSMETICS" in the mark because it merely describes an ingredient, quality, characteristic, function, feature, purpose, or use of applicant's goods and/or services, and thus is an unregistrable component of the mark. *See* 15 U.S.C. §§1052(e)(1), 1056(a); *DuoProSS Meditech Corp. v. Inviro Med. Devices, Ltd.*, 695 F.3d 1247, 1251, 103 USPQ2d 1753, 1755 (Fed. Cir. 2012) (quoting *In re Oppedahl & Larson LLP*, 373 F.3d 1171, 1173, 71 USPQ2d 1370, 1371 (Fed. Cir. 2004)); TMEP §§1213, 1213.03(a).

The attached dictionary definition shows this wording refers to substances that you use on your skin to make yourself look more attractive. The applicant indicates that it is providing makeup and eyebrow cosmetics. Therefore, the wording merely describes the applicant's goods.

An applicant may not claim exclusive rights to terms that others may need to use to describe their goods and/or services in the marketplace. *See Dena Corp. v. Belvedere Int'l, Inc.* , 950 F.2d 1555, 1560, 21 USPQ2d 1047, 1051 (Fed. Cir. 1991); *In re Aug. Storck KG*, 218 USPQ 823, 825 (TTAB 1983). A disclaimer of unregistrable matter does not affect the appearance of the mark; that is, a disclaimer does not physically remove the disclaimed matter from the mark. *See Schwarzkopf v. John H. Breck, Inc.*, 340 F.2d 978, 978, 144 USPQ 433, 433 (C.C.P.A. 1965); TMEP §1213.

The wording "CAUSEMETCS" must appear in its correct spelling, i.e., "COSMETICS" in the disclaimer. *See In re Omaha Nat'l Corp.* , 819 F.2d 1117, 1119, 2 USPQ2d 1859, 1861 (Fed. Cir. 1987); *In re Carlson*, 91 USPQ2d 1198, 1203 (TTAB 2009); TMEP §1213.08(c).

If applicant does not provide the required disclaimer, the USPTO may refuse to register the entire mark. *See In re Stereotaxis Inc.*, 429 F.3d 1039, 1040-41, 77 USPQ2d 1087, 1088-89 (Fed. Cir. 2005); TMEP §1213.01(b).

Applicant should submit a disclaimer in the following standardized format:

**No claim is made to the exclusive right to use "COSMETICS" apart from the mark as shown.**

For an overview of disclaimers and instructions on how to satisfy this disclaimer requirement online using the Trademark Electronic Application System (TEAS) form, please go to http://www.uspto.gov/trademarks/law/disclaimer.jsp.

## Response

For this application to proceed toward registration, applicant must explicitly address each refusal and/or requirement raised in this Office action. If the action includes a refusal, applicant may provide arguments and/or evidence as to why the refusal should be withdrawn and the mark should register. Applicant may also have other options for responding to a refusal and should consider such options carefully. To respond to requirements and certain refusal response options, applicant should set forth in writing the required changes or statements.

If applicant does not respond to this Office action within six months of the issue/mailing date, or responds by expressly abandoning the application, the application process will end, the trademark will fail to register, and the application fee will not be refunded. *See* 15 U.S.C. §1062(b); 37 C.F.R. §§2.65(a), 2.68(a), 2.209(a); TMEP §§405.04, 718.01, 718.02. Where the application has been abandoned for failure to respond to an Office action, applicant's only option would be to file a timely petition to revive the application, which, if granted, would allow the application to return to active status. *See* 37 C.F.R. §2.66; TMEP §1714. There is a $100 fee for such petitions. *See* 37 C.F.R. §§2.6, 2.66(b)(1).

/Ellen J.G. Perkins/
Ellen J.G. Perkins
Examining Attorney
U.S. Patent & Trademark Office
Law Office 110
571 272-9372
Ellen.Perkins@uspto.gov

**TO RESPOND TO THIS LETTER:** Go to http://www.uspto.gov/trademarks/teas/response_forms.jsp. Please wait 48-72 hours from the issue/mailing date before using the Trademark Electronic Application System (TEAS), to allow for necessary system updates of the application. For *technical* assistance with online forms, e-mail TEAS@uspto.gov. For questions about the Office action itself, please contact the assigned trademark examining attorney. **E-mail communications will not be accepted as responses to Office actions; therefore, do not respond to this Office action by e-mail.**

**All informal e-mail communications relevant to this application will be placed in the official application record.**

**WHO MUST SIGN THE RESPONSE:** It must be personally signed by an individual applicant or someone with legal authority to bind an applicant (i.e., a corporate officer, a general partner, all joint applicants). If an applicant is represented by an attorney, the attorney must sign the

response.

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:**  To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using the Trademark Status and Document Retrieval (TSDR) system at http://tsdr.uspto.gov/.  Please keep a copy of the TSDR status screen.  If the status shows no change for more than six months, contact the Trademark Assistance Center by e-mail at TrademarkAssistanceCenter@uspto.gov or call 1-800-786-9199.  For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:**  Use the TEAS form at http://www.uspto.gov/trademarks/teas/correspondence.jsp.

**Print: Nov 24, 2015**                    **85726058**

### DESIGN MARK

**Serial Number**
85726058

**Status**
FIFTH EXTENSION - GRANTED

**Word Mark**
THRIVE

**Standard Character Mark**
Yes

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
THRIVE NATURAL CARE, INC. CORPORATION DELAWARE 42 DARRELL PLACE SAN
FRANCISCO CALIFORNIA 94133

**Goods/Services**
Class Status -- ACTIVE.  IC 003.  US  001 004 006 050 051 052.  G & S:
Personal care products for cosmetic use, namely, hair shampoos and
conditioners, hair styling preparations; body and hand washes, soaps
and gels; non-medicated skin care preparations, namely, body lotions;
cosmetic sun care preparations and sunscreens; lip creams and balms;
antiperspirants and deodorants for personal use; shaving creams and
gels; non-medicated baby care products, namely, baby lotions, creams,
body cleansers, shampoos, gels and washes, diaper rash creams and
ointments.

**Filing Date**
2012/09/11

**Examining Attorney**
AGOSTO, GISELLE

**Attorney of Record**
John W. Crittenden

-1-

# THRIVE

**Print: Nov 24, 2015**                    **85980517**

**DESIGN MARK**

**Serial Number**
85980517

**Status**
REGISTERED

**Word Mark**
THRIVE

**Standard Character Mark**
Yes

**Registration Number**
4467942

**Date Registered**
2014/01/14

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
THRIVE NATURAL CARE, INC. CORPORATION DELAWARE 42 DARRELL PLACE SAN
FRANCISCO CALIFORNIA 94133

**Goods/Services**
Class Status -- ACTIVE.  IC 003.  US  001 004 006 050 051 052.  G & S:
Non-medicated skin care preparations, namely, facial lotions,
cleansers and creams, creams and oils for cosmetic use, skin
moisturizers; pre-shaving preparations; after shave lotions and
creams.  First Use: 2013/09/05.  First Use In Commerce: 2013/09/05.

**Filing Date**
2012/09/11

**Examining Attorney**
AGOSTO, GISELLE

**Attorney of Record**
John W. Crittenden

**-1-**

# THRIVE

| To: | Thrive Causemetics, Inc. (LorraineL.docketing@SeedIP.com) |
|---|---|
| Subject: | U.S. TRADEMARK APPLICATION NO. 86721790 - THRIVE CAUSEMETICS - 900234.201 |
| Sent: | 11/30/2015 3:27:12 PM |
| Sent As: | ECOM110@USPTO.GOV |
| Attachments: | |

## UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)

## IMPORTANT NOTICE REGARDING YOUR
## U.S. TRADEMARK APPLICATION

USPTO OFFICE ACTION (OFFICIAL LETTER) HAS ISSUED
ON 11/30/2015 FOR U.S. APPLICATION SERIAL NO. 86721790

Please follow the instructions below:

**(1) TO READ THE LETTER:** Click on this link or go to http://tsdr.uspto.gov, enter the U.S. application serial number, and click on "Documents."

The Office action may not be immediately viewable, to allow for necessary system updates of the application, but will be available within 24 hours of this e-mail notification.

**(2) TIMELY RESPONSE IS REQUIRED:** Please carefully review the Office action to determine (1) how to respond, and (2) the applicable response time period. Your response deadline will be calculated from 11/30/2015 (*or sooner if specified in the Office action*). For information regarding response time periods, see http://www.uspto.gov/trademarks/process/status/responsetime.jsp.

**Do NOT hit "Reply" to this e-mail notification, or otherwise e-mail your response** because the USPTO does NOT accept e-mails as responses to Office actions. Instead, the USPTO recommends that you respond online using the Trademark Electronic Application System (TEAS) response form located at http://www.uspto.gov/trademarks/teas/response_forms.jsp.

**(3) QUESTIONS:** For questions about the contents of the Office action itself, please contact the assigned trademark examining attorney. For *technical* assistance in accessing or viewing the Office action in the Trademark Status and Document Retrieval (TSDR) system, please e-mail TSDR@uspto.gov.

## WARNING

**Failure to file the required response by the applicable response deadline will result in the ABANDONMENT of your application.** For more information regarding abandonment, see http://www.uspto.gov/trademarks/basics/abandon.jsp.

**PRIVATE COMPANY SOLICITATIONS REGARDING YOUR APPLICATION:** Private companies **not** associated with the USPTO are using information provided in trademark applications to mail or e-mail trademark-related solicitations. These companies often use names that closely resemble the USPTO and their solicitations may look like an official government document. Many solicitations require that you pay "fees."

Please carefully review all correspondence you receive regarding this application to make sure that you are responding to an official document from the USPTO rather than a private company solicitation. All official USPTO correspondence will be mailed only from the "United States Patent and Trademark Office" in Alexandria, VA; or sent by e-mail from the domain "@uspto.gov." For more information on how to handle private company solicitations, see http://www.uspto.gov/trademarks/solicitation_warnings.jsp.

# TRIAL EXHIBIT NO. 135

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1957 (Rev 10/2011)
OMB No. 0651-0050 (Exp 07/31/2017)

# Response to Office Action

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 86721790 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 110 |
| **MARK SECTION** | |
| MARK | http://tmng-al.uspto.gov/resting2/api/img/86721790/large |
| LITERAL ELEMENT | THRIVE CAUSEMETICS |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **ARGUMENT(S)** | |
| Please see the actual argument text attached within the Evidence section. | |
| **EVIDENCE SECTION** | |
| EVIDENCE FILE NAME(S) | |
| **ORIGINAL PDF FILE** | evi_2-713739202-20160527181621868995_._ive_Causemetics_Response_to_Office_Action_-_Final_05.27.2016.pdf |
| **CONVERTED PDF FILE(S)** (18 pages) | \\TICRS\EXPORT16\IMAGEOUT16\867\217\86721790\xml5\ROA0002.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\867\217\86721790\xml5\ROA0003.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\867\217\86721790\xml5\ROA0004.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\867\217\86721790\xml5\ROA0005.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\867\217\86721790\xml5\ROA0006.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\867\217\86721790\xml5\ROA0007.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\867\217\86721790\xml5\ROA0008.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\867\217\86721790\xml5\ROA0009.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\867\217\86721790\xml5\ROA0010.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\867\217\86721790\xml5\ROA0011.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\867\217\86721790\xml5\ROA0012.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\867\217\86721790\xml5\ROA0013.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\867\217\86721790\xml5\ROA0014.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\867\217\86721790\xml5\ROA0015.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\867\217\86721790\xml5\ROA0016.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\867\217\86721790\xml5\ROA0017.JPG |

| | |
|---|---|
| | \\TICRS\EXPORT16\IMAGEOUT16\867\217\86721790\xml5\ROA0018.JPG |
| | \\TICRS\EXPORT16\IMAGEOUT16\867\217\86721790\xml5\ROA0019.JPG |
| DESCRIPTION OF EVIDENCE FILE | Argument and evidence in the form of records from the USPTO database and images of Applicant's website. |

## NEW ATTORNEY SECTION

| | |
|---|---|
| NAME | Sean M. McChesney |
| FIRM NAME | Focal PLLC |
| OTHER APPOINTED ATTORNEY | Joe Skocilich; Venkat Balasubramani |
| STREET | 900 1st Avenue S., Suite 203 |
| CITY | Seattle |
| STATE | Washington |
| ZIP/POSTAL CODE | 98134 |
| COUNTRY | United States |
| PHONE | 2066173040 |
| FAX | 2062603966 |
| EMAIL | sean@focallaw.com |
| AUTHORIZED EMAIL COMMUNICATION | Yes |

## NEW CORRESPONDENCE SECTION

| | |
|---|---|
| NAME | Sean M. McChesney |
| FIRM NAME | Focal PLLC |
| STREET | 900 1st Avenue S., Suite 203 |
| CITY | Seattle |
| STATE | Washington |
| ZIP/POSTAL CODE | 98134 |
| COUNTRY | United States |
| PHONE | 2066173040 |
| FAX | 2062603966 |
| EMAIL | sean@focallaw.com;trademark@focallaw.com |
| AUTHORIZED EMAIL COMMUNICATION | Yes |

## SIGNATURE SECTION

| | |
|---|---|
| RESPONSE SIGNATURE | /smm/ |
| SIGNATORY'S NAME | Sean M McChesney |
| SIGNATORY'S POSITION | Attorney of record, Washington bar member |
| SIGNATORY'S PHONE NUMBER | 2066173040 |
| DATE SIGNED | 05/27/2016 |
| AUTHORIZED SIGNATORY | YES |

## FILING INFORMATION SECTION

| | |
|---|---|
| SUBMIT DATE | Fri May 27 18:40:32 EDT 2016 |

| TEAS STAMP | USPTO/ROA-XX.XX.XX.XXX-20 160527184032546643-867217 90-550acf3e3a29955164d35c ce5f0e92f4c6c4b42ae25bacc be494b4655408ccefc12-N/A- N/A-20160527181621868995 |
|---|---|

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1957 (Rev 10/2011)
OMB No. 0651-0050 (Exp 07/31/2017)

## Response to Office Action

## To the Commissioner for Trademarks:

Application serial no. **86721790** THRIVE CAUSEMETICS(Standard Characters, see http://tmng-al.uspto.gov/resting2/api/img/86721790/large) has been amended as follows:

**ARGUMENT(S)**
**In response to the substantive refusal(s), please note the following:**

Please see the actual argument text attached within the Evidence section.

**EVIDENCE**
Evidence in the nature of Argument and evidence in the form of records from the USPTO database and images of Applicant's website. has been attached.
**Original PDF file:**
evi_2-713739202-20160527181621868995_._ive_Causemetics_Response_to_Office_Action_-_Final_05.27.2016.pdf
**Converted PDF file(s)** ( 18 pages)
Evidence-1
Evidence-2
Evidence-3
Evidence-4
Evidence-5
Evidence-6
Evidence-7
Evidence-8
Evidence-9
Evidence-10
Evidence-11
Evidence-12
Evidence-13
Evidence-14
Evidence-15
Evidence-16
Evidence-17
Evidence-18

**ATTORNEY ADDRESS**
Applicant proposes to amend the following:
**Proposed:**
Sean M. McChesney of Focal PLLC, having an address of
900 1st Avenue S., Suite 203 Seattle, Washington 98134
United States
sean@focallaw.com
2066173040
2062603966

The Other Appointed Attorney(s): Joe Skocilich; Venkat Balasubramani.

**CORRESPONDENCE ADDRESS CHANGE**
Applicant proposes to amend the following:
**Proposed:**
Sean M. McChesney of Focal PLLC, having an address of
900 1st Avenue S., Suite 203 Seattle, Washington 98134
United States
sean@focallaw.com;trademark@focallaw.com
2066173040
2062603966

**SIGNATURE(S)**
**Response Signature**
Signature: /smm/     Date: 05/27/2016
Signatory's Name: Sean M McChesney
Signatory's Position: Attorney of record, Washington bar member

Signatory's Phone Number: 2066173040

The signatory has confirmed that he/she is an attorney who is a member in good standing of the bar of the highest court of a U.S. state, which includes the District of Columbia, Puerto Rico, and other federal territories and possessions; and he/she is currently the owner's/holder's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S. attorney or a Canadian attorney/agent not currently associated with his/her company/firm previously represented the owner/holder in this matter: (1) the owner/holder has filed or is concurrently filing a signed revocation of or substitute power of attorney with the USPTO; (2) the USPTO has granted the request of the prior representative to withdraw; (3) the owner/holder has filed a power of attorney appointing him/her in this matter; or (4) the owner's/holder's appointed U.S. attorney or Canadian attorney/agent has filed a power of attorney appointing him/her as an associate attorney in this matter.

Mailing Address:   Sean M. McChesney
   Focal PLLC
   900 1st Avenue S., Suite 203
   Seattle, Washington 98134

Serial Number: 86721790
Internet Transmission Date: Fri May 27 18:40:32 EDT 2016
TEAS Stamp: USPTO/ROA-XX.XX.XX.XXX-20160527184032546
643-86721790-550acf3e3a29955164d35cce5f0
e92f4c6c4b42ae25baccbe494b4655408ccefc12
-N/A-N/A-20160527181621868995

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

**MARK:**                              THRIVE CAUSEMETICS
**SERIAL NO:**                       86721790
**FILED:**                             August 11, 2015
**APPLICANT:**                     Thrive Causemetics, Inc.
**EXAMINING ATTORNEY:**  Ellen J. Perkins
**TRADEMARK LAW OFFICE:**   110

## RESPONSE TO OFFICE ACTION

Thrive Causemetics, Inc. ("Applicant") responds to the Office Action dated November 30, 2015, in connection with application Serial Number 86721790, as follows:

## I.  SECTION 2D REFUSAL

In the Office Action, the examining attorney issued a Section 2(d) refusal of Applicant's mark THRIVE CAUSEMETICS, citing a likelihood of confusion with the marks in U.S. Registration No. 2938220, CAUSE-METICS, and U.S. Registration No. 4467942, THRIVE. Applicant respectfully submits that confusion is not likely because the additional words in Applicant's mark, which were not properly considered by the examining attorney, result in material differences in appearance, sound, connotation and commercial impression. There are also differences in the goods provided by Applicant, and when considered together with the differences between Applicant's mark and the cited marks, a finding of likelihood of confusion is unfounded.

### A.  The Office Action Fails to Properly Analyze Whether Applicant's Mark is Similar to the Cited Registered Marks.

The examining attorney correctly cites *In re E.I. du Pont de Nemours & Co.* for the controlling rule in determining whether two marks are confusingly similar, and indicates that the

most relevant *du Pont* factors are the similarity or dissimilarity of the marks, similarity or dissimilarity of the goods and/or services, and similarity or dissimilarity of the channels of trade. However, the office action fails to apply the first *du Pont* factor, the similarity or dissimilarity of the marks. In the section of the office action titled "Comparison of the Marks," no actual comparison of Applicant's mark to the registered marks is made. The office action only states in conclusory fashion that "applicant's mark is similar to the marks in the cited U.S. Registrations," and that "the marks are identical in part." Absent from this section is any actual discussion or analysis regarding the similarities or dissimilarities of the marks in appearance, sound, connotation and commercial impression.

Under *du Pont*, when comparing two marks, one must examine the similarity or dissimilarity of the marks *in their entireties* as to appearance, sound, connotation and commercial impression. *In re E. I. Du Pont de Nemours & Co.*, 476 F.2d 1357, 1361 (C.C.P.A. 1973) (emphasis added). In simply concluding that Applicant's mark is "identical in part" to the registered marks, the office action fails to examine Applicant's mark in its entirety, in each case focusing only on that portion of Applicant's mark which is similar to the cited mark, and ignoring that portion of Applicant's mark which is dissimilar to the cited mark.

Although not stated in the office action, the examining attorney appears to have taken the position that, with respect to the cited THRIVE registration, the "THRIVE" portion of Applicant's THRIVE CAUSEMETICS mark is dominant, but with respect to the cited CAUSE-METICS registration, the "CAUSEMETICS" portion is the dominant element. But, as discussed in more detail below, there is no justification for doing so. THRIVE CAUSEMETICS is a compound, unitary word mark, consisting of two distinct terms which both contribute to create the overall commercial impression of Applicant's mark.

1.  The Office Action Fails to Address Dissimilarities Between Applicant's THRIVE CAUSEMETICS Mark and the CAUSE-METICS Mark.

Applicant's mark contains the word "THRIVE," a word that is absent from the cited CAUSE-METICS mark. Yet, in coming to the conclusion that Applicant's THRIVE CAUSEMETICS mark is similar to the CAUSE-METICS mark, the examining attorney fails to address the "THRIVE" portion of Applicant's mark. There can be no argument that the additional word "THRIVE" necessarily causes Applicant's mark to be different from the CAUSE-METICS mark in appearance, sound, connotation and commercial impression to some degree. But the office action contains no discussion at all of the "THRIVE" portion of Applicant's mark. The failure to consider the "THRIVE" portion of Applicant's mark when analyzing the similarity or dissimilarity of the marks violates the anti-dissection rule and is clearly erroneous:

> We agree with Packard that the Board improperly dissected the marks. In this case, the Board only considered the similar commercial impression of part of the marks - the shared word PACKARD - before concluding that the marks were similar …. However, the Board failed to make any findings at all as to the appearance or sound of the marks, and without any explanation, considered only the PACKARD portion of HEWLETT-PACKARD.

*Packard Press, Inc. v. Hewlett-Packard Co.,* 227 F.3d 1352, 1357-58 (Fed. Cir. 2000); *see also In re Hearst,* 982 F.2d 493, 494 (Fed. Cir. 1992) (reversing TTAB's finding of likelihood of confusion where only "varga" portion of the marks was similar, because "[b]y stressing the portion 'varga' and diminishing the portion 'girl', the Board inappropriately changed the mark"); *In re Nat'l Data Corp.,* 753 F.2d 1056, 1058, 224 USPQ 749, 751 (Fed. Cir. 1985) ("likelihood of confusion cannot be predicated on dissection of a mark, that is, on only part of a mark").

In determining whether two marks are similar, it may be appropriate in some instances to give more or less weight to one particular word in a mark, "*provided* the ultimate conclusion

-3-

rests on consideration of the marks *in their entireties*." *In re Nat'l Data Corp.*, 753 F.2d at 1058 (emphasis added). Here, however, the office action articulates no reason for giving less weight to the word "THRIVE" in Applicant's mark, or more weight to the word "CAUSEMETICS." Indeed, the office action does not even address the word "THRIVE" in coming to the conclusion that Applicant's THRIVE CAUSEMETICS mark is confusingly similar to the THRIVE mark, and thereby gives "THRIVE" no weight at all. This is improper, as even in instances where a portion of a mark is generic, descriptive or has been disclaimed, that portion must be considered and afforded *some* weight. *See Opryland USA Inc. v. Great Am. Music Show, Inc.*, 970 F.2d 847, 851 (Fed. Cir. 1992) (Board erred by giving no weight to generic term); *see also Shen Mfg. Co. v. Ritz Hotel, Ltd*., 393 F.3d 1238, 1243 (Fed. Cir. 2004) ("The disclaimed elements of a mark, however, are relevant to the assessment of similarity. This is so because confusion is evaluated from the perspective of the purchasing public, which is not aware that certain words or phrases have been disclaimed.").

Moreover, even if the examining attorney were to have considered the word "THRIVE" in Applicant's mark, there would be no reason for giving less weight to "THRIVE." While generic or descriptive terms may properly be given less weight, *In re Nat'l Data Corp.*, 753 F.2d at 1058, the word "THRIVE" is neither generic nor descriptive as used in connection with the goods contained in Applicant's application, namely, false eyelashes, adhesives for affixing false eyelashes, eyeliner and eyebrow cosmetics.

The office action states that "adding a term to a registered mark generally does not obviate the similarity between the compared marks . . . nor does it overcome a likelihood of confusion under Section 2(d)." But this is an incorrect statement of the law. Rather, as set forth in TMEP § 1207.01(b)(iii), likelihood of confusion "is not *necessarily* avoided" by the addition

-4-

of another term, but an additional term "may be sufficient to avoid a likelihood of confusion if . . . the marks in their entireties convey significantly different commercial impressions." As discussed above, the examining attorney has failed to consider Applicant's mark in its entirety. Additionally, the cases cited in the office action addressing the significance of an additional term in a mark are inapposite, as discussed below.

The office action cites to *Coca-Cola Bottling Co. v. Jos. E. Seagram & Sons, Inc.*, 526 F.2d 556, 188 USPQ 105 (C.C.P.A. 1975), in which the C.C.P.A. found that the additional word "LANCER" in the mark BENGAL LANCER and design did not overcome a likelihood of confusion with the mark BENGAL. But as the C.C.P.A. stated, the addition of the word "LANCER" and a design did not significantly change the commercial impression of the mark *because* both BENGAL and BENGAL LANCER with design related to, and reinforced the connection of the mark with, the country of India:

> the relationship between BENGAL LANCER and BENGAL is close. Appellant's description of the book forming the basis of its separate-meaning argument shows that a significant portion deals with India. Moreover, the soldier in the design portion of the mark, with his turban and beard, is clearly an Indian Sikh.

*Coca-Cola Bottling Co.*, 526 F.2d at 557-58, 188 USPQ at 106. Here, however, the additional word "THRIVE" in Applicant's mark does not act in a similar way to merely reinforce the significance of the "CAUSEMETICS" portion of the mark. Rather, it is an integral part of a unitary mark, and contributes to the commercial impression of healthy growth and progress as related to the goods which are provided under the mark.

The office action also cites to *In re El Torito Rests., Inc.*, 9 USPQ2d 2002 (TTAB 1988), in which the TTAB found that the additional word "COMBOS" in the mark MACHO COMBOS did not overcome a likelihood of confusion with the mark MACHO. However, that case is also distinguishable. There, the TTAB determined that there was no resulting difference in

-5-

commercial impression because the added word "COMBO" was merely a descriptive term: "The addition of the descriptive word "COMBO" does not alter the meaning of the word "MACHO", nor does it change the connotation of the mark from that of "MACHO" alone." *Id*. at 2004. The TTAB's decision also rested on a determination that the word "MACHO" was the dominant portion of both marks. *Id*. However, here, the additional word "THRIVE" is not a descriptive term, and as discussed above, there is no reason to accord less weight to the word "THRIVE" in Applicant's mark. Consequently, *In re El Torito* is also inapposite here.

      2.    <u>The Office Action Fails to Address Dissimilarities Between Applicant's THRIVE CAUSEMETICS Mark and the THRIVE Mark</u>.

Just as the office action failed to consider Applicant's mark in its entirety when determining whether Applicant's mark is similar to the CAUSE-METICS mark, the office action failed to consider Applicant's mark in its entirety in concluding that Applicant's mark is similar to the THRIVE mark. The office action contains no discussion of what effect the additional word CAUSEMETICS has on the appearance, sound, connotation or commercial impression when compared to the THRIVE mark. Rather, just as above, the examining attorney merely states that "applicant's mark is similar to the marks in the cited U.S. Registrations," and that "the marks are identical in part." Again, the additional word CAUSEMETICS in Applicant's mark necessarily results in differences in the appearance, sound, connotation and commercial impression between Applicant's mark and the THRIVE mark, and those differences are given no consideration in the office action.

Nor does the office action provide any reason why the term "CAUSEMETICS" should be given less weight than the word "THRIVE" when making a comparison of the two marks. And, again, even if the examining attorney were to examine whether the term "CAUSEMETICS" should be given less weight, there is no reason to do so. The term "CAUSEMETICS" is not

generic or descriptive. Rather, it is a distinct, coined term.

The cases cited in the office action, for the same reasons as discussed above, also do not support a finding of likelihood of confusion.

The conclusory statements in the office action are not enough to sustain the examining attorney's burden to demonstrate that Applicant's THRIVE CAUSEMETICS mark is confusingly similar to the registered THRIVE mark. When the respective marks are considered in their entireties, with due consideration to the differences in the marks, namely the additional word in Applicant's mark, a finding of likelihood of confusion is unfounded.

### B.     The Goods in Applicant's Application Are Different Than Those in the THRIVE Registration.

While the examining attorney argues that Applicant's goods and those in the THRIVE registration are related, the relatedness of goods must be considered together with the similarity of the marks when making a determination of likelihood of confusion. The more similar the marks at issue are, the less similar the goods or services need to be to support a finding of likelihood of confusion. *In re Shell Oil Co.*, 992 F.2d 1204, 1207, 26 USPQ2d 1687, 1689 (Fed. Cir. 1993); *Gen. Mills, Inc. v. Fage Dairy Processing Indus. S.A.*, 100 USPQ2d 1584, 1597 (TTAB 2011). If the marks of the respective parties are identical or virtually identical, the relationship between the goods and/or services need not be as close to support a finding of likelihood of confusion as would be required if there were differences between the marks. *Shell Oil*, 992 F.2d at 1207, 26 USPQ2d at 1689; *In re Davey Prods. Pty Ltd.*, 92 USPQ2d 1198, 1202 (TTAB 2009).

Here, it is clear that Applicant's THRIVE CAUSEMETICS mark is neither identical nor virtually identical to the THRIVE mark. Applicant's mark contains an entirely new additional element, which is a distinctive coined term. Therefore, there is no lessened standard with respect

to the relatedness of the goods. The specific goods in Applicant's application are not identical to those in the THRIVE registration, and the examining attorney does not attempt to argue that they are. Nor are Applicant's goods even in the *same category* as those in the THRIVE registration. The common category of Applicant's goods is cosmetics, while the common category of the goods in the THRIVE registration is skincare and shaving products. Such products are found in different aisles or departments than standard make-up cosmetics, such as eyeliner, and are distinctly different types of consumer goods. Given the dissimilarity in the marks, a higher nexus in the relatedness of the parties' goods is required to support a finding of likelihood of confusion.

Lastly, there is at least one other current trademark registration approved for publication, THRIVE TREE (Serial No. 86701794), which uses the word "THRIVE" in connection within the broad classification of body, skin care and various types of cosmetics. *See* attached Exhibit A. Such use shows that "THRIVE" is commonly used in various market segments to connote a healthy lifestyle and that consumers would look to other indicators to differentiate the marks. Where a common element of a compound word mark with another mark is "weak," confusion is unlikely, particularly where there is no other commonality. *See In re Bed & Breakfast Registry*, 791 F.2d 157, 159, 229 USPQ 818, 819 (Fed. Cir. 1986).

## II.    PRIOR FILED APPLICATION SERIAL NO. 85726058

The examining attorney has stated that action on Applicant's registration will be suspended upon receipt of a response to the office action because of a possible likelihood of confusion between Applicant's mark and the mark in U.S. Application Serial No. 85726058 which has an earlier filing date. U.S. Application Serial No. 85726058 was abandoned on May 16, 2016, due to a failure to file a statement of use or an extension of time. Consequently, U.S. Application Serial No. 85726058 is no longer a proper basis on which to deny registration of

Applicant's mark.

## III.     REQUIREMENT TO DISCLAIM "COSMETICS"

### A.     "CAUSEMETICS" Need Not Be Disclaimed Because it is not Merely a Misspelling of the Descriptive Word "COSMETICS."

The office action states that Applicant must submit a disclaimer of the word "COSMETICS" because the word "COSMETICS" is merely descriptive. However, Applicant's mark does not contain the word "COSMETICS." Rather, Applicant's mark contains the word "CAUSEMETICS." The examining attorney's position seems to be that "CAUSEMETICS" is nothing more than a misspelling of "COSMETICS." However, this is not the case.

The word "CAUSEMETICS" (and in particular the "CAUSE" portion of the word) is suggestive of the charitable purpose of Applicant's business. *See* evidence submitted herewith as Exhibit B, consisting of portions of Applicant's website describing the charitable aspect of Applicant's business. In other words, "CAUSEMETICS" would not be perceived by consumers as "just a misspelling of a descriptive or generic word, but as having a dual meaning." *See In re Dean S. Carlson*, 91 USPQ2d 1198, 1201-1202 (TTAB 2009); *In re Grand Metro. Foodservice*, Inc., 30 USPQ2d 1974, 1975-1976 (TTAB 1994) (finding "MUFFUNS" would be perceived as more than just a misspelling of "MUFFINS," thereby rendering a different commercial impression or connotation).

The issue presented here is nearly identical with that presented in *In re Tea & Sympathy, Inc.*, 88 USPQ2d 1062 (TTAB 2008). In that case, the applicant had applied for registration of the trademark THE FARMACY for "retail store services featuring natural herbs and organic products; and on-line retail store services featuring natural herbs and organic products" (in International Class 35), and "providing integrated health services at retail locations in the nature of dietary and nutritional guidance and providing information about dietary supplements and

nutrition." The trademark examining attorney refused registration in both classes on the ground that the designation THE FARMACY, when used in connection with applicant's services, was merely descriptive. On appeal to the TTAB, the Board reversed, finding that applicant's mark was more than just an alternate spelling of "the pharmacy":

> We find that the mark THE FARMACY, as used in connection with applicant's services, is more than simply a misspelling of "the pharmacy." Consumers are not likely to perceive that mark as just a misspelling, but rather as a play on the natural or farm-fresh characteristics of applicant's herbs and organic products used for medicinal purposes featured in applicant's services. Thus, the mark conveys a dual meaning, that of the natural aspect of the goods sold by applicant and of a pharmacy. Applicant's mark is inventive and just clever enough, being an obvious play on "the pharmacy" and "farm," so that the meaning or commercial impression of applicant's mark will be more than simply "the pharmacy." Accordingly, applicant's mark is not merely descriptive.

*Id.* at 1062.

Just as in the above case, the term CAUSEMETICS in Applicant's mark conveys a dual meaning. It is both suggestive of Applicant's products and suggestive of the charitable aspect of Applicant's business (i.e., the sale of products "for a cause"). The meaning or commercial impression of the term CAUSEMETICS to consumers is therefore different from that of the word "COSMETICS." As a result, the term "CAUSEMETICS" is not merely descriptive.

### B. "CAUSEMETICS" Forms Part of a Unitary Mark and Therefore Need Not Be Disclaimed.

Even if the term "CAUSEMETICS" was merely the functional equivalent of the word "COSMETICS," the term "CAUSEMETICS" forms part of a composite mark, which is unitary, and therefore "CAUSEMETICS" need not be disclaimed.

A composite mark is one which is comprised of, among other things, multiple words. TMEP §1213.02. Where a composite mark is unitary, an individual component of the mark that would otherwise be unregistrable need not be disclaimed. *See* TMEP §§1213.05–1213.05(g)(iv). A mark or portion of a mark is considered "unitary" when it creates a commercial impression

separate and apart from any unregistrable component. The presence of a verb in a mark is indicative of a unitary mark. TMEP §1213.05(b)(ii)(A).

Here, Applicant's mark is comprised of two terms, "THRIVE" and "CAUSEMETICS." Consequently, it is a composite mark. The word "THRIVE" is a verb, which forms a phrase when combined with the object of the phrase being "CAUSEMETICS." The subject of this unitary phrase is the consumer who is given the commercial impression that the Applicant's products are associated with healthy growth and progress. This indicates that Applicant's mark is a unitary mark. Consequently, the "CAUSEMETICS" term in Applicant's mark need not be disclaimed.

## IV.     CONCLUSION

Having addressed each of the issues raised in the office action, and for the reasons discussed above, Applicant respectfully requests that the refusal to register Applicant's THRIVE CAUSEMETICS mark be withdrawn, and that the mark be allowed to proceed to registration.

Dated: May 27, 2016.                              Respectfully Submitted,

Focal PLLC

By: *s/ Sean M. McChesney*
Sean M. McChesney
Joseph Skocilich
900 1st Avenue S., Suite 203
Seattle, WA 98134
Email: sean@focallaw.com
Phone: 206.617.3040
Fax: 206.260.3966

# EXHIBIT A

5/27/2016                                    Trademark Electronic Search System (TESS)



**United States Patent and Trademark Office**

Home ▌Site Index ▌Search ▌FAQ ▌Glossary ▌Guides ▌Contacts ▌eBusiness ▌eBiz alerts ▌News ▌Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri May 27 03:21:44 EDT 2016*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [         ] OR  Jump  to record: [         ]  **Record 1 out of 2**

___

TSDR   ASSIGN Status   TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

# THRIVE TREE

**Word Mark** THRIVE TREE

**Goods and Services** IC 003. US 001 004 006 050 051 052. G & S: Essential oils; Beauty and skin care topical non-medicated treatment creams; Anti-aging solutions in the form of creams and moisturizers; cosmetic non-medicated lotions; skin care cream preparations; lotions, gels, and oils for skin care; body and foot scrubs

IC 005. US 006 018 044 046 051 052. G & S: Dietary supplements; Food supplements; Nutritional supplements; Acne treatment preparations

**Standard Characters Claimed**

**Mark Drawing Code** (4) STANDARD CHARACTER MARK

**Serial Number** 86701794

**Filing Date** July 22, 2015

**Current Basis** 1B

**Original Filing Basis** 1B

**Published for Opposition** March 1, 2016

**Owner** (APPLICANT) Thrive Tree L.L.C. LIMITED LIABILITY COMPANY WASHINGTON Suite I 1242 State Ave. Marysville WASHINGTON 98270

**Type of Mark** TRADEMARK

5/27/2016                                    Trademark Electronic Search System (TESS)

**Register**      PRINCIPAL

**Live/Dead**     LIVE
**Indicator**

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT B

NEW    MAKEUP    COLLECTIONS    PRESS    BLOG    THRIVE LAB    ABOUT US

## Our Story

Home / Our Story



### We're Changing the Beauty Industry for Good

Thrive Causemetics is Bravenly Made™ beauty and luxury cosmetics.





# TRIAL EXHIBIT NO. 136

| To: | Thrive Causemetics, Inc. (sean@focallaw.com) |
|---|---|
| Subject: | U.S. TRADEMARK APPLICATION NO. 86721790 - THRIVE CAUSEMETICS - N/A |
| Sent: | 6/22/2016 7:47:14 AM |
| Sent As: | ECOM110@USPTO.GOV |
| Attachments: | |

### UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)
### OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION

**U.S. APPLICATION SERIAL NO.**  86721790

**MARK:** THRIVE CAUSEMETICS

## *86721790*

**CORRESPONDENT ADDRESS:**
   Sean M. McChesney

   Focal PLLC

   900 1st Avenue S., Suite 203

   Seattle WA 98134

**CLICK HERE TO RESPOND TO THIS LETTER:**
http://www.uspto.gov/trademarks/teas/response_forms.jsp

VIEW YOUR APPLICATION FILE

**APPLICANT:** Thrive Causemetics, Inc.

**CORRESPONDENT'S REFERENCE/DOCKET NO:**
   N/A

**CORRESPONDENT E-MAIL ADDRESS:**
   sean@focallaw.com

### FINAL OFFICE ACTION

### STRICT DEADLINE TO RESPOND TO THIS LETTER

TO AVOID ABANDONMENT OF APPLICANT'S TRADEMARK APPLICATION, THE USPTO MUST RECEIVE APPLICANT'S COMPLETE RESPONSE TO THIS LETTER **WITHIN 6 MONTHS** OF THE ISSUE/MAILING DATE BELOW.

**ISSUE/MAILING DATE: 6/22/2016**

**THIS IS A FINAL ACTION.**

**TEAS PLUS OR TEAS REDUCED FEE (TEAS RF) APPLICANTS – TO MAINTAIN LOWER FEE, ADDITIONAL REQUIREMENTS MUST BE MET, INCLUDING SUBMITTING DOCUMENTS ONLINE:** Applicants who filed their application online using the lower-fee TEAS Plus or TEAS RF application form must (1) file certain documents online using TEAS, including responses to Office actions (see TMEP §§819.02(b), 820.02(b) for a complete list of these documents); (2) maintain a valid e-mail correspondence address; and (3) agree to receive correspondence from the USPTO by e-mail throughout the prosecution of the application. *See* 37 C.F.R. §§2.22(b), 2.23(b); TMEP §§819, 820.  TEAS Plus or TEAS RF applicants who do not meet these requirements must submit an additional processing fee of $50 per international class of goods and/or services.  37 C.F.R. §§2.6(a)(1)(v), 2.22(c), 2.23(c); TMEP §§819.04, 820.04.  However, in certain situations,

TEAS Plus or TEAS RF applicants may respond to an Office action by authorizing an examiner's amendment by telephone without incurring this additional fee.

This Office action is in response to applicant's communication filed on May 27, 2016.   In the foregoing communication the applicant argued against the refusal to register and the requirement for a disclaimer.  Based on a review of the Office records, the refusal with respect to U.S Registration No. 4467942 is withdrawn.  Additionally, the requirement for a disclaimer is withdrawn.  The examining attorney remains of the opinion that the applicant's mark, when used in connection with the goods offered is confusingly similar to the mark in U.S. Registration No. 2938220.  Accordingly, the refusal under Section 2(d) is hereby maintained and made **FINAL.**

Although, the examining attorney has carefully reviewed the applicant's response, she is not persuaded by the applicant's arguments for the following reasons.

## Refusal Section 2(d) – Likelihood of Confusion

Registration of the applied-for mark is refused because of a likelihood of confusion with the mark in U.S. Registration No. 2938220.  Trademark Act Section 2(d), 15 U.S.C. §1052(d); *see* TMEP §§1207.01 *et seq.*  See the registration attached to the prior Office Action.

The applicant has applied to register the mark THRIVE CAUSEMETICS (standard characters) for "False eyelashes; adhesives for affixing false eyelashes; eyeliner; and eyebrow cosmetics."

The mark in U.S. Registration No. 2938220 is CAUSE-METICS (standard characters) for "Cosmetics; Cosmetics, namely foundation and toners; blush; eye make-up; lip liners; lipsticks; nail polishers; creams, namely eye cream, lip cream and nail cream; skin lotions and suntan lotions; skin cleaners, deodorant soaps and skin soaps; perfume."

Trademark Act Section 2(d) bars registration of an applied-for mark that so resembles a registered mark that it is likely a potential consumer would be confused, mistaken, or deceived as to the source of the goods and/or services of the applicant and registrant.  *See* 15 U.S.C. §1052(d).  A determination of likelihood of confusion under Section 2(d) is made on a case-by case basis and the factors set forth in *In re E. I. du Pont de Nemours & Co.*, 476 F.2d 1357, 1361, 177 USPQ 563, 567 (C.C.P.A. 1973) aid in this determination.  *Citigroup Inc. v. Capital City Bank Grp., Inc.*, 637 F.3d 1344, 1349, 98 USPQ2d 1253, 1256 (Fed. Cir. 2011) (citing *On-Line Careline, Inc. v. Am. Online, Inc.*, 229 F.3d 1080, 1085, 56 USPQ2d 1471, 1474 (Fed. Cir. 2000)).  Not all the *du Pont* factors, however, are necessarily relevant or of equal weight, and any one of the factors may control in a given case, depending upon the evidence of record.  *Citigroup Inc. v. Capital City Bank Grp., Inc.*, 637 F.3d at 1355, 98 USPQ2d at 1260; *In re Majestic Distilling Co.*, 315 F.3d 1311, 1315, 65 USPQ2d 1201, 1204 (Fed. Cir. 2003); *see In re E. I. du Pont de Nemours & Co.*, 476 F.2d at 1361-62, 177 USPQ at 567.

In this case, the following factors are the most relevant:  similarity of the marks, similarity and nature of the goods and/or services, and similarity of the trade channels of the goods and/or services.  *See In re Viterra Inc.*, 671 F.3d 1358, 1361-62, 101 USPQ2d 1905, 1908 (Fed. Cir. 2012); *In re Dakin's Miniatures Inc.* , 59 USPQ2d 1593, 1595-96 (TTAB 1999); TMEP §§1207.01 *et seq.*

## Comparison of the Marks

Marks are compared in their entireties for similarities in appearance, sound, connotation, and commercial impression.  *Stone Lion Capital Partners, LP v. Lion Capital LLP*, 746 F.3d 1317, 1321, 110 USPQ2d 1157, 1160 (Fed. Cir. 2014) (quoting *Palm Bay Imps., Inc. v. Veuve Clicquot Ponsardin Maison Fondee En 1772*, 396 F. 3d 1369, 1371, 73 USPQ2d 1689, 1691 (Fed. Cir. 2005)); TMEP §1207.01(b)-(b)(v).  "Similarity in any one of these elements may be sufficient to find the marks confusingly similar."   *In re Davia*, 110 USPQ2d 1810, 1812 (TTAB 2014) (citing *In re 1st USA Realty Prof'ls , Inc.*, 84 USPQ2d 1581, 1586 (TTAB 2007)); *In re White Swan Ltd.*, 8 USPQ2d 1534, 1535 (TTAB 1988)); TMEP §1207.01(b).

The applicant argues that the marks are distinct because the term THRIVE distinguishes the applicant's mark from the mark in the cited U.S. Registration.  The examining attorney does not find this argument persuasive.

Both marks contain the term CAUSEMETICS.  Marks may be confusingly similar in appearance where similar terms or phrases or similar parts of terms or phrases appear in the compared marks and create a similar overall commercial impression.  *See Crocker Nat'l Bank v. Canadian Imperial Bank of Commerce*, 228 USPQ 689, 690-91 (TTAB 1986), *aff'd sub nom.  Canadian Imperial Bank of Commerce v. Wells Fargo Bank, Nat'l Ass'n* , 811 F.2d 1490, 1495, 1 USPQ2d 1813, 1817 (Fed. Cir. 1987) (finding COMMCASH and COMMUNICASH confusingly similar); *In re Corning Glass Works*, 229 USPQ 65, 66 (TTAB 1985) (finding CONFIRM and CONFIRMCELLS confusingly similar); *In re Pellerin Milnor Corp.*, 221 USPQ 558, 560 (TTAB 1983) (finding MILTRON and MILLTRONICS confusingly similar); TMEP §1207.01(b)(ii)-(iii).

The examining attorney notes that the registered mark contains a hyphen.  However, small changes in words (e.g. hyphenation or spacing changes, pluralization, phonetic substitution) are insufficient alone to distinguish marks.  *Thymo Borine Laboratory v. Winthrop Chemical Company, Inc.,* 69 USPQ 512 (CCPA 1946); *Steinway & Sons v. Robert Demars & Friends, et al.,* 210 USPQ 954 (C.D. Cal. 1981).

The examining attorney must resolve any doubt as to the issue of likelihood of confusion in favor of the registrant and against the applicant who has a legal duty to select a mark which is totally dissimilar to trademarks already being used.  *Burroughs Wellcome Co. v. Warner-Lambert Co.,* 203 USPQ 191 (TTAB 1979).

**Comparison of the Goods and/or Services**

The goods and/or services of the parties need not be identical or even competitive to find a likelihood of confusion.  *See On-line Careline Inc. v. Am. Online Inc.,* 229 F.3d 1080, 1086, 56 USPQ2d 1471, 1475 (Fed. Cir. 2000); *Recot, Inc. v. Becton,* 214 F.3d 1322, 1329, 54 USPQ2d 1894, 1898 (Fed. Cir. 2000) ("[E]ven if the goods in question are different from, and thus not related to, one another in kind, the same goods can be related in the mind of the consuming public as to the origin of the goods."); TMEP §1207.01(a)(i).

The respective goods and/or services need only be "related in some manner and/or if the circumstances surrounding their marketing [be] such that they could give rise to the mistaken belief that [the goods and/or services] emanate from the same source."  *Coach Servs., Inc. v. Triumph Learning LLC,* 668 F.3d 1356, 1369, 101 USPQ2d 1713, 1722 (Fed. Cir. 2012) (quoting *7-Eleven Inc. v. Wechsler,* 83 USPQ2d 1715, 1724 (TTAB 2007)); TMEP §1207.01(a)(i).

The applicant's goods are "False eyelashes; adhesives for affixing false eyelashes; eyeliner; and eyebrow cosmetics."

*U.S. Registration No. 2938220*

The goods in U.S. Registration No. 2938220 are "Cosmetics; Cosmetics, namely foundation and toners; blush; eye make-up; lip liners; lipsticks; nail polishers; creams, namely eye cream, lip cream and nail cream; skin lotions and suntan lotions; skin cleaners, deodorant soaps and skin soaps; perfume."

Here, the applicant's goods are highly similar to the registrant's goods.   With respect to applicant's and registrant's goods and/or services, the question of likelihood of confusion is determined based on the description of the goods and/or services stated in the application and registration at issue, not on extrinsic evidence of actual use.  *See Stone Lion Capital Partners, LP v. Lion Capital LLP,* 746 F.3d 1317, 1323, 110 USPQ2d 1157, 1162 (Fed. Cir. 2014) (quoting *Octocom Sys. Inc. v. Hous. Computers Servs. Inc.,* 918 F.2d 937, 942, 16 USPQ2d 1783, 1787 (Fed. Cir. 1990)).

Absent restrictions in an application and/or registration, the identified goods and/or services are "presumed to travel in the same channels of trade to the same class of purchasers."  *In re Viterra Inc.,* 671 F.3d 1358, 1362, 101 USPQ2d 1905, 1908 (Fed. Cir. 2012) (quoting *Hewlett-Packard Co. v. Packard Press, Inc.,* 281 F.3d 1261, 1268, 62 USPQ2d 1001, 1005 (Fed. Cir. 2002)).  Additionally, unrestricted and broad identifications are presumed to encompass all goods and/or services of the type described.  *See In re Jump Designs, LLC,* 80 USPQ2d 1370, 1374 (TTAB 2006) (citing *In re Elbaum,* 211 USPQ 639, 640 (TTAB 1981)); *In re Linkvest S.A.,* 24 USPQ2d 1716, 1716 (TTAB 1992).

In this case, the identification set forth in the application and registration(s) has no restrictions as to nature, type, channels of trade, or classes of purchasers.  Therefore, it is presumed that these goods travel in all normal channels of trade, and are available to the same class of purchasers.  Further, the registration uses broad wording to describe the goods and this wording is presumed to encompass all goods of the type described, including those in applicant's more narrow identification.   For example, the registrant's cosmetics and eye makeup could include eyeliner and eyebrow cosmetics.

For the foregoing reasons consumers and potential consumers would be likely to believe that applicant's goods and/or services emanate from the same source as those provided by the registrant. Accordingly, registration is refused under Section 2(d) of the Act.

Although the trademark examining attorney has refused registration, applicant may respond to the refusal to register by submitting evidence and arguments in support of registration.

**Response**

Applicant must respond within six months of the date of issuance of this final Office action or the application will be abandoned.  15 U.S.C. §1062(b); 37 C.F.R. §2.65(a).  Applicant may respond by providing one or both of the following:

(1)    A response that fully satisfies all outstanding requirements and/or resolves all outstanding refusals.

(2)    An appeal to the Trademark Trial and Appeal Board, with the appeal fee of $100 per class.

37 C.F.R. §2.63(b)(1)-(2); TMEP §714.04; *see* 37 C.F.R. §2.6(a)(18); TBMP ch. 1200.

In certain rare circumstances, an applicant may respond by filing a petition to the Director pursuant to 37 C.F.R. §2.63(b)(2) to review procedural issues.  TMEP §714.04; *see* 37 C.F.R. §2.146(b); TBMP §1201.05; TMEP §1704 (explaining petitionable matters).  The petition fee is $100.  37 C.F.R. §2.6(a)(15).

/Ellen J.G. Perkins/

Ellen J.G. Perkins

Examining Attorney, Law Office 110

U.S. Patent & Trademark Office

571 272-9372

Ellen.Perkins@uspto.gov

**TO RESPOND TO THIS LETTER:**  Go to http://www.uspto.gov/trademarks/teas/response_forms.jsp.  Please wait 48-72 hours from the issue/mailing date before using the Trademark Electronic Application System (TEAS), to allow for necessary system updates of the application.  For *technical* assistance with online forms, e-mail TEAS@uspto.gov.  For questions about the Office action itself, please contact the assigned trademark examining attorney.  **E-mail communications will not be accepted as responses to Office actions; therefore, do not respond to this Office action by e-mail.**

**All informal e-mail communications relevant to this application will be placed in the official application record.**

**WHO MUST SIGN THE RESPONSE:**  It must be personally signed by an individual applicant or someone with legal authority to bind an applicant (i.e., a corporate officer, a general partner, all joint applicants).  If an applicant is represented by an attorney, the attorney must sign the response.

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:**  To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using the Trademark Status and Document Retrieval (TSDR) system at http://tsdr.uspto.gov/.  Please keep a copy of the TSDR status screen.  If the status shows no change for more than six months, contact the Trademark Assistance Center by e-mail at TrademarkAssistanceCenter@uspto.gov or call 1-800-786-9199.  For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:**  Use the TEAS form at http://www.uspto.gov/trademarks/teas/correspondence.jsp.

| To: | Thrive Causemetics, Inc. (sean@focallaw.com) |
|---|---|
| Subject: | U.S. TRADEMARK APPLICATION NO. 86721790 - THRIVE CAUSEMETICS - N/A |
| Sent: | 6/22/2016 7:47:16 AM |
| Sent As: | ECOM110@USPTO.GOV |
| Attachments: | |

### UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)

## IMPORTANT NOTICE REGARDING YOUR
## U.S. TRADEMARK APPLICATION

USPTO OFFICE ACTION (OFFICIAL LETTER) HAS ISSUED

ON **6/22/2016** FOR U.S. APPLICATION SERIAL NO. 86721790

Please follow the instructions below:

**(1) TO READ THE LETTER:** Click on this link or go to http://tsdr.uspto.gov, enter the U.S. application serial number, and click on "Documents."

The Office action may not be immediately viewable, to allow for necessary system updates of the application, but will be available within 24 hours of this e-mail notification.

**(2) TIMELY RESPONSE IS REQUIRED:** Please carefully review the Office action to determine (1) how to respond, and (2) the applicable response time period. Your response deadline will be calculated from **6/22/2016** (*or sooner if specified in the Office action*). For information regarding response time periods, see http://www.uspto.gov/trademarks/process/status/responsetime.jsp.

**Do NOT hit "Reply" to this e-mail notification, or otherwise e-mail your response** because the USPTO does NOT accept e-mails as responses to Office actions. Instead, the USPTO recommends that you respond online using the Trademark Electronic Application System (TEAS) response form located at http://www.uspto.gov/trademarks/teas/response_forms.jsp.

**(3) QUESTIONS:** For questions about the contents of the Office action itself, please contact the assigned trademark examining attorney. For *technical* assistance in accessing or viewing the Office action in the Trademark Status and Document Retrieval (TSDR) system, please e-mail TSDR@uspto.gov.

## WARNING

**Failure to file the required response by the applicable response deadline will result in the ABANDONMENT of your application.** For more information regarding abandonment, see http://www.uspto.gov/trademarks/basics/abandon.jsp.

**PRIVATE COMPANY SOLICITATIONS REGARDING YOUR APPLICATION:** Private companies **not** associated with the USPTO are using information provided in trademark applications to mail or e-mail trademark-related solicitations. These companies often use names that closely resemble the USPTO and their solicitations may look like an official government document. Many solicitations require that you pay

"fees."


Please carefully review all correspondence you receive regarding this application to make sure that you are responding to an official document from the USPTO rather than a private company solicitation.  All <u>official</u> USPTO correspondence will be mailed only from the "United States Patent and Trademark Office" in Alexandria, VA; or sent by e-mail from the domain "@uspto.gov."   For more information on how to handle private company solicitations, see http://www.uspto.gov/trademarks/solicitation_warnings.jsp.

# TRIAL EXHIBIT NO. 11

All Skincare Products | Thrive Causemetics

NEW + LIMITED EDITION! Pumpkin Spice Latte Liquid Balm Lip Treatment™     SHOP NOW




thrive
causemetics

🔍   🛍 0

Home / All Skincare Products

## all skincare products



---

Filter      [ Select One ⌄ ]      Sort      [ Featured ⌄ ]

---

New

**Skincare**

Makeup

Face

Eyes

Lips

Makeup Sets

Skincare Sets

Brushes + Tools

Accessories

Shop All

**Filter By: Done**

---

**Price**

---

LIMITED EDITION!



Pumpkin Spice Latte Liquid Balm Lip Treatment™

$26



TNC01154

Weightless Truly-Free Skincare | Thrive Causemetics

NEW + LIMITED EDITION! Pumpkin Spice Latte Liquid Balm Lip Treatment™    SHOP NOW



 

$26

⭐⭐⭐⭐½    283 Reviews



**Defying Gravity Eye Lifting Cream™**

$46

⭐⭐⭐⭐½    276 Reviews



**Bright Balance 3-in-1 Cleanser™**

$32

⭐⭐⭐⭐½    276 Reviews

**TNC01155**

NEW + LIMITED EDITION! Pumpkin Spice Latte Liquid Balm Lip Treatment™    SHOP NOW






☰                         thrive
                        causemetics              🔍  🛍 0



**Liquid Light Therapy All-in-One Face
Serum™**

$59

  159 Reviews



**Defying Gravity Transforming
Moisturizer™**

$49

  360 Reviews



NEW + LIMITED EDITION! Pumpkin Spice Latte Liquid Balm Lip Treatment™　SHOP NOW



  0



### Moisture Flash Active Nutrient Toner™

$36

89 Reviews



### Overnight Sensation Brightening Sleep Mask™

$62

200 Reviews

NEW!



NEW + LIMITED EDITION! Pumpkin Spice Latte Liquid Balm Lip Treatment™    SHOP NOW






1

*bigger than beauty* ™

For every Thrive Causemetics product you purchase, we donate to help a woman thrive.

**LEARN MORE**



Customer Service

Learn More

Discover

### Join Our Email List

Email                                          SUBMIT



**(888) 804-4318**

7am-7pm PST

NEW + LIMITED EDITION! Pumpkin Spice Latte Liquid Balm Lip Treatment™    SHOP NOW

thrive
causemetics

0

# TRIAL EXHIBIT NO. 41

Limited Edition! NEW Brilliant Eye Brightener™ shades Limited Edition! Explore the 3 NEW shades of our best-selling Brilliant Eye Brightener™

SHOP NOW

**New**        **Best-Sellers**        **Makeup**        **Skincare**        **How We Give**        Sign In    Sign In    0    Hel

Search Thrive Causemetics...

Home  /  Skincare Sets

# skincare sets

Filter        Select One        Sort        Featured

New

Skincare

Makeup

Eyes

Face

Lips

Makeup Sets

Skincare Sets

Brushes + Tools

Shop All

**Filter By:** Done

**NEW!**



*Customizable!*

**Sunproof™ Intensive Lip Balm Duo**

$32 ($36 Value)

**NEW!**



Limited Edition! NEW Brilliant Eye Brightener™ shades Limited Edition! Explore the 3 NEW shades of our
best-selling Brilliant Eye Brightener™

SHOP NOW

New      Best-Sellers      Makeup      Skincare      How We Give      Sign In   Sign In  ⌄      0      Hel

**Healthy + Hydrated Lip Set**
$39 ($44 Value)

**N E W !**



**Skincare Starter Kit**
$35 ($42 Value)



**Bright Balance Cleanser™ + Defying
Gravity Moisturizer™**
$73 ($81 Value)

Limited Edition! NEW Brilliant Eye Brightener™ shades Limited Edition! Explore the 3 NEW shades of our best-selling Brilliant Eye Brightener™

SHOP NOW

New      Best-Sellers      Makeup      Skincare      How We Give      Sign In   Sign In ⌄   0      Hel




### Luminous + Lifted Duo
$95 ($105 Value)

**NEW!**



### Face Cleansing Duo
$68 ($76 Value)

**NEW!**



Limited Edition! NEW Brilliant Eye Brightener™ shades Limited Edition! Explore the 3 NEW shades of our best-selling Brilliant Eye Brightener™

SHOP NOW

New    Best-Sellers    Makeup    Skincare    How We Give    Sign In    Sign In ⌄    0    Hel



**Tone + Glow + Lift**
$120 ($141 Value)

NEW!



**Smart Skincare Set**
$118 ($139 Value)

NEW!



Limited Edition! NEW Brilliant Eye Brightener™ shades Limited Edition! Explore the 3 NEW shades of our
best-selling Brilliant Eye Brightener™

SHOP NOW

New       Best-Sellers       Makeup       Skincare       How We Give       Sign In   Sign In  ⌄   0       Hel

## Exfoliate + Lift Set
### $81 ($90 Value)

**NEW!**



## Resurfacing Peel + Moisturizer Set
### $100 ($111 Value)

**FREE OVERNIGHT MASK!**



## Essential Skin Regimen + FREE Overnight
## Mask
### $214 ($286 Value)

Case 2:20-cv-09091-PA-AS    Document 174-3    Filed 10/26/21    Page 100 of 139    Page ID #:8834

Limited Edition! NEW Brilliant Eye Brightener™ shades Limited Edition! Explore the 3 NEW shades of our best-selling Brilliant Eye Brightener™

SHOP NOW

| New | Best-Sellers | Makeup | Skincare | How We Give | Sign In | Sign In ⌄ | 0 | Hel |

Give the gift of beauty with our vegan and cruelty-free skincare sets.
Our waterproof makeup removing cleanser leaves skin feeling soft +

**READ MORE**



For every Thrive Causemetics product you purchase, we donate to help a woman thrive.

**LEARN MORE**



---

**Customer Service**

---

**Learn More**

---

**Discover**

---

### Join Our Email List

| Email | SUBMIT |



**(888) 804-4318**

7am-7pm PST, 7 days a week

🇺🇸 United States ⌄

Skincare value sets | thrive Causemetics

Limited Edition! NEW Brilliant Eye Brightener™ shades Limited Edition! Explore the 3 NEW shades of our best-selling Brilliant Eye Brightener™

SHOP NOW

New        Best-Sellers        Makeup        Skincare        How We Give        Sign In    Sign In  ⌄    0        Hel

# TRIAL EXHIBIT NO. 82



## FILTERED EFFECTS
## BLURRING PRIMER™

Smooth the look of fine lines + wrinkles instantly and over time with our makeup + skincare hybrid.

thrive

---




### Brighten + Tone + Smooth

Our makeup + skincare hybrid primer can be worn alone to smooth + blur the look of pores, imperfections and fine lines instantly + over time. Apply this weightless gel-to-powder formula after cleansing and toning to lock in hydration + skin-loving nutrients.

Our brightness-boosting cleanser and alcohol-free, pore-refining toner will give you softer, smoother skin that feels healthy + fresh.

Filtered Effects™ Blurring Primer
$35

SHOP NOW

---

### Maximize Your Makeup

Our blurring primer creates the perfect, velvety smooth canvas for our complexion-perfecting CC cream for a fresh + flawless look that lasts all day long.

Blurring Primer + CC Cream Set
($63/71 Value)

SHOP NOW

---



MEADOWFOAM SEED OIL
Conditions skin + strengthens the ability to absorb moisture.

CELERY SEED EXTRACT
Reduces the look of pores.

VITAMIN E
Provides a shield of hydration + antioxidant protection to revitalize your complexion.

MCT OIL
Moisturizes skin with smoothing fatty acids known to have non-comedogenic properties.

LINSEED OIL
Softens skin with omega-6 goodness that also help to improve skin texture over time.

PETA Approved

---

## 100% Vegan + Cruelty-Free








Leaping Bunny Certified
The highest standard for companies that are committed to no animal testing.

PETA Approved
We are 100% vegan + cruelty-free through every stage of product development.

Sulfate + Paraben Free
Our products are always formulated without harmful sulfates, parabens, phthalates and fragrance.

Dermatologist Tested
Proven to be non-irritating for allergy-sensitive skin + safe to use around the delicate eye area.

Conscious Beauty
For every purchase you make, we donate to help a woman thrive.

---

### Real Results*

Immediately after use:
100% agreed that this face primer gave their skin a soft focus finish.
100% agreed that their skin felt soft, fresh, and healthier.
100% agreed that their skin felt more hydrated.
92% agreed that this face primer visibly smoothed their overall skin texture.
92% agreed that this face primer blurred their skin imperfections.

After a full day of wear:
100% agreed that this face primer greatly improved the wear of their makeup.
100% agreed this face primer improved the look of makeup.
100% agreed that this face primer provided long lasting hydration.
92% agreed that their makeup required fewer touch-ups.
92% agreed this face primer kept their makeup looking fresh.
92% agreed that this face primer felt breathable on their skin.

*Self-assessment survey results

---



activated by

### Color Grip Technology™

Our primer binds to and controls oil, creating the perfect canvas for makeup that looks fresh and doesn't slide or budge all day.

---

## shop makeup

High performance makeup that's cruelty-free and skin transforming.







---

## shop skincare

Clinically proven skincare powered by breakthrough active ingredients.







---

bigger than beauty™    For every Thrive Cosmetics product you purchase, we donate to help a woman thrive.    LEARN MORE

thrive
CAUSEMETICS

Customer Service          Learn More          Discover          Join Our Email List
RETURNS + EXCHANGES       OUR STORY           INGREDIENTS
SHIPPING INFO             HOW WE GIVE          SPECIAL OFFERS        SUBMIT
REWARDS TERMS             BLOG                 REWARDS
FAQ                       PRESS                EGIFT CARD

(888) 864-4310

TNC0823

# TRIAL EXHIBIT NO. 267

Case 2:20-cv-00005-PA-AS   Document 174-1   Filed 12/28/21   Page 105 of 139   Page ID #:4506

## Drug Facts

### Active ingredients    Purpose

| | |
|---|---|
| Octinoxate 7% | Sunscreen |
| Octisalate 4.5% | Sunscreen |
| Titanium Dioxide (CI 77891) 2.8% | Sunscreen |
| Zinc Oxide (CI 77947) 4.9% | Sunscreen |

### Uses

- Helps prevent sunburn
- If used as directed with other sun protection measures (see **Directions**), decreases the risk of skin cancer and early skin aging caused by sun

### Warnings

**For external use only.**

**Do not use** on damaged or broken skin.

**When using this product** keep out of eyes. Rinse with water to remove.

**Stop use and ask a doctor** if rash occurs.

**Keep out of reach of children.** If swallowed, get medical help or contact a Poison Control Center right away.

### Directions

For sunscreen use:

- Apply liberally 15 minutes before sun exposure.
- Reapply at least every 2 hours.
- Use a water resistant sunscreen if swimming or sweating.
- **Sun Protection Measures.** Spending time in the sun increases your risk of skin cancer and early skin aging. To decrease this risk, regularly use a sunscreen with Broad Spectrum SPF value of 15 or higher and other sun protection measures including:
  - Limit time in the sun, especially from 10 a.m. - 2 p.m.
  - Wear long-sleeve shirts, pants, hats, and sunglasses.
- Children under 6 months of age: Ask a doctor.

### Other information

Protect the product in this container from excessive heat and direct sun.

### Questions? Call (888) 804-4318

▶

# TRIAL EXHIBIT NO. 83

**Thrive Causemetics · Follow**
June 23, 2020 · 🌐

**Filtered Effects Blurring Primer**

Meet our Filtered Effects Blurring Primer! 😊 Our NEW pore-refining primer that instant... See More



0:04 / 0:15

 Like    Comment    Share

 127 · 9 Comments · 14K Views

TNC02030

# TRIAL EXHIBIT NO. 195



Celery Seed Extract

Linseed Oil

Meadowfoam Seed Oil

Vitamin E

MCT Oil

NOT JUST A PRIMER.
SKINCARE TOO

thrive causemetics

Thrive Causemetics
June 25, 2020 ·

**Filtered Effects Blurring Primer**
Meet our Filtered Effects Blurring Primer! 😍 Our
NEW pore-refining primer that instantly smooths
and...
See More

127          9 Comments  14K Views

Like          Comment          Share

**Up Next**
We currently don't have any more videos for you

Comments                    See All

Write a comment...

# TRIAL EXHIBIT NO. 127



FILTERED EFFECTS
BLURRING PRIMER™

Smooth the look of fine lines + wrinkles instantly and
over time with our makeup + skincare hybrid.



### Brighten + Tone + Smooth

Our makeup + skincare hybrid primer can be worn
alone to smooth + blur the look of pores,
imperfections and fine lines instantly + over time.
Apply this weightless gel-to-powder formula after
cleansing and toning to lock in hydration + skin-loving
nutrients.

Our brightness-boosting cleanser and alcohol-free,
pore-refining toner will give you softer, smoother skin
that feels healthy + fresh.

Filtered Effects™ Blurring
Primer

 

**SHOP NOW**

### Maximize Your Makeup

Our blurring primer creates the perfect, velvety
smooth canvas for our complexion-perfecting CC
cream for a fresh + flawless look that lasts all day
long.

Blurring Primer + CC Cream
Set

**SHOP NOW**



 **MEADOWFOAM SEED OIL**
Conditions skin + strengthens the
ability to absorb moisture.

 **CELERY SEED EXTRACT**
Reduces the look of pores.

 **VITAMIN E**
Provides a shield of hydration +
antioxidant protection to
revitalize your complexion.

 **MCT OIL**
Moisturizes skin with smoothing
fatty acids known to have
non-comedogenic properties.

 **LINSEED OIL**
Softens skin with omega-6
proteins that also help to
improve skin texture over time.

## 100% Vegan + Cruelty-Free

**Leaping Bunny Certified**
The highest standard for
companies that are committed
to no animal testing.

**PETA Approved**
We are 100% vegan + cruelty-
free through every stage of
product development.

**Sulfate + Paraben Free**
Our products are always
formulated without harmful
sulfates, parabens, phthalates
and fragrance.

**Dermatologist Tested**
Proven to be non-irritating for
allergy-sensitive skin + safe to
use around the delicate eye
area.

**Conscious Beauty**
For every purchase you make,
we donate to help a woman
thrive.

### Real Results*

Immediately after use:
100% agreed that this face primer gave their skin a soft focus finish.
100% agreed that their skin felt soft, fresh, and healthier.
100% agreed that their skin felt more hydrated.
92% agreed that this face primer visibly smoothed their overall skin texture.
92% agreed that this face primer blurred their skin imperfections.

After a full day of wear:
100% agreed that this face primer greatly improved the wear of their makeup.
100% agree this face primer improved the look of makeup.
100% agreed that this face primer provided long-lasting hydration.
92% agreed that their makeup required fewer touch-ups.
92% agreed this face primer kept their makeup looking fresh.
92% agreed that this face primer felt breathable on their skin.

*Self assessment survey results.



*activated by*
### Color Grip Technology™

Our primer binds to color and controls oil, creating the
perfect canvas for makeup that looks fresh and doesn't slide
or budge all day.

### shop makeup

High-performance makeup that's cruelty-free and skin-
transforming.

    

### shop skincare

Clinically proven skincare powered by breakthrough active
ingredients.

    

*bigger than beauty*™    For every Thrive Cosmetics product you purchase, we donate to help a
woman thrive.    **LEARN MORE**

thrive
CAUSMETICS

Customer Service        Learn More        Discover        Join Our Email List
RETURNS + EXCHANGES     OUR STORY       INGREDIENTS
SHIPPING INFO           HOW WE GIVE     SPECIAL OFFERS      **SUBMIT**
REWARDS TERMS           BLOG            REWARDS
FAQ                     PRESS           EGIFT CARD

(888) 864-4310

TNC0023



**Thrive Causemetics** · **Follow**

June 23, 2020 · 🌐

**Filtered Effects Blurring Primer**

Meet our Filtered Effects Blurring Primer! 😊 Our NEW pore-refining primer that instant... See More



0:04 / 0:15

 Like     Comment     Share

 127 · 9 Comments · 14K Views

**TNC02030**





TNC02036

Limited Edition! Explore the 3 NEW shades of our best-selling Brilliant Eye Brightener™    SHOP NOW

**thrive** causemetics

New    Best-Sellers    Makeup    Skincare    How We Give

Sign In    🛍 0    Help    🔍

Home / Filtered Effects™ Blurring Primer










★★★★½ 177 Reviews

### Filtered Effects™ Blurring Primer    $35

FREE shipping on orders $35+ and easy returns! DETAILS ⓘ

Our HD face primer creates a smooth, makeup-gripping canvas that transforms the appearance of pores, texture + fine lines immediately + over time.

▶ How to Use

**What Makes It Different**    ＋

**Ingredients**    —

- Powered by good-for-you ingredients like celery seed extract and MCT oil, widely known for their pore-diminishing and skin-smoothing properties. **More Key Ingredients Below**

- 100% vegan + cruelty-free! Our high-performance ingredients are always formulated without parabens, phthalates, sulfates and synthetic fragrance.

- **Full Ingredients List**

○ Buy Once

○ Ship Every [1 Month ▾]    + Free Shipping ⓘ

[ − 1 + ]    **ADD TO BAG**

*bigger than beauty™*    For every primer you purchase, we donate to help a woman thrive.    **Learn More**



---

## Details

**How To Use**

After skincare, gently smooth a pea-sized amount evenly over your face and neck. Wear alone or under makeup.

**What Else You Need To Know**

Our high-performance HD skin-perfecting primer creates a velvety smooth, makeup-gripping base that instantly blurs the appearance of pores, texture and fine lines. Using breakthrough skincare technology, our innovative gel-to-powder formula provides a weightless, breathable barrier of hydration between your skin and makeup, resulting in a seamlessly smooth surface that enhances and prolongs flawless makeup wear all day long.

Filtered Effects™ Blurring Primer works two ways to perfect your complexion immediately and over time. First, Color Grip Technology™ binds to color and controls oil, transforming your skin into the ideal canvas for makeup that doesn't budge all day long. Then, nutrient-dense, good-for-you ingredients like celery seed extract and MCT oil soften, smooth and fortify skin from the inside out with powerful vitamins and antioxidants.



✕ Paraben-Free    ✕ Vegan
✕ Sulfate-Free    ✕ Cruelty-Free
✕ Formulated without Phthalates    ✕ No Synthetic Fragrance



1 fl oz / 30 mL    Made in the USA

## Real Results

Self-assessment survey results.

TNC02037

‹

**100%**

agreed that this face primer gave their skin a soft focus finish immediately after use.

**100%**

agreed that their skin felt soft, fresh, and healthier immediately after use.

**100%**

agreed that their skin felt more hydrated immediately after use.

**92%**

agreed that this face primer visibly smoothed their overall skin texture immediately after use.

›



### Ingredients

Full Ingredients List

| Celery Seed Extract | + |
| Linseed Oil (Flaxseed Oil) | + |
| Meadowfoam Seed Oil | + |
| Vitamin E | + |
| MCT Oil (Caprylic Triglyceride) | + |

### Karissa's Pro Tips

**Mattifying Makeup Refresh**

Gently pat in a small amount of primer over makeup to diffuse shine with a filtered effect.

**Soft Focus Sheer Coverage**

Mix a pea-sized amount with a pump of Buildable Blur CC Cream™ for ultra-smooth, sheered-out weightless coverage.

**Naturally Flawless No-Makeup Look**

On no makeup days, smooth a pea-sized amount over your face to reduce shine + blur imperfections.





bigger than beauty™

## How Your Purchase Makes a Difference

For every product you purchase, we donate to help a woman thrive.

**Emerging from Homelessness**

We lift up women seeking a path out of homelessness.

**Surviving Domestic Abuse**

We help survivors find strength, confidence and sisterhood.

TNC02038



**Fighting Cancer**
We support and empower women fighting cancer.

**Adjusting to Life Outside the Uniform**
We honor and celebrate women veterans during and after military service.

Get Involved

Recommended Products



**Based on 290 Reviews**
★★★★½

**WRITE A REVIEW**

Reviews

Filter Reviews

Search Reviews

Wrinkles    Breakouts    Pores    Cc Cream    Color    Texture

Results    Foundation    Look    Skin    Coverage    ...

Rating    Images & Videos    Age Range    Skin Type    Skin Tone

Skin Concerns

Sort: Select

**Wendy J.**  Verified Buyer                                              06/27/21
★★★★★
**AMAZINGLY SOFT**

I can't believe how soft and smooth it makes my skin feel.

Was This Review Helpful?  👍 0   👎 0

**Janeth G.**  Verified Buyer                                             06/26/21
★★★★★
**LOVE IT!!**

Love it!!

Was This Review Helpful?  👍 0   👎 0

**Faye W.**  Verified Buyer                                               06/22/21
★★★★★
**I LOVE ALL OF THE**

I love all of the Thrive products I use.

Was This Review Helpful?  👍 0   👎 0

**Norma S.**  Verified Buyer                                             06/21/21
★★★★★

TNC02039



I have used many different types of primers. This product performs well for my needs.

Was This Review Helpful? 👍 0  👎 0

**Theresa R.**   Verified Buyer                                                                06/15/21
⭐⭐⭐⭐⭐
SAVING OLD SKIN

i've used other primers this one is the only one i'll use from now on
it does blurt the large pours keeps your makeup lasting longer it works
i've gotten more compliments when i use it then when i don't

Was This Review Helpful? 👍 1  👎 0

**Kathie E.**   Verified Buyer                                                                06/15/21
⭐⭐⭐⭐⭐
BLURRING PRIMER

This is the best soft cream ever on my face! So smooth! Non greasy.

Was This Review Helpful? 👍 0  👎 0

**Rebekkah C.**   Verified Buyer                                                             06/14/21
⭐⭐⭐⭐⭐
LOVE IT!

Love it!

Was This Review Helpful? 👍 0  👎 0

**Jennifer C.**   Verified Buyer                                                            06/13/21
⭐⭐⭐⭐⭐
BLUR TECHNOLOGY

Never had a primer that helps reduce appearance of redness.b

Was This Review Helpful? 👍 0  👎 0

**Angela G.**   Verified Buyer                                                              06/10/21
⭐⭐☆☆☆
WOULD NOT ORDER AGAIN

I like the texture of the product which is so smooth and easy to spread over my face. I feel like it clogs my pores so I'm trying not to apply too much. I thought is would help keep my face matte but I'm still getting oily by lunch time. unsure if i would order this product again

💬 Comments (1)                                              Was This Review Helpful? 👍 1  👎 0

> **Thrive Causemetics**                                                                06/17/21
>
> Hi Angela,
>
> We are so sorry to hear that your Filtered Effects Blurring Primer didn't work for you! We understand that this can be frustrating. We want you to love our products, but we understand that not every product is for everyone. This is why we have our return policy, where you can return products within 60 days of purchase. We hope this helps!

**Lisa S.**   Verified Buyer                                                                06/08/21
⭐⭐⭐☆☆
LOVE

Love it

Was This Review Helpful? 👍 0  👎 2

<   **1**   2   3   4   5   6   7   8   9   >


For every Thrive Causemetics product you purchase, we donate to help a woman thrive.

[ LEARN MORE ]

TNC02040

thrive
causemetics

**Customer Service**

RETURNS + EXCHANGES

SHIPPING INFO

REWARDS TERMS

FAQ

CONTACT US

**Learn More**

OUR STORY

HOW WE GIVE

BLOG

PRESS

CAREERS

**Discover**

INGREDIENTS

SPECIAL OFFERS

REWARDS

EGIFT CARD

**Join Our Email List**

Email                    SUBMIT

(888) 804-4318

7am-7pm PST, 7 days a week

PRIVACY POLICY  |  TERMS OF USE  |  CCPA RIGHTS  |  ACCESSIBILITY

United States

TNC02041

FREE shipping on all orders $35+!   SHOP NOW

New     Best-Sellers     Makeup     Skincare     How We Give     Sign In   Sign In ⌄   🛒 0     💬 Hel

 Search Thrive Causemetics...

Home / Buildable Blur CC Cream™ Broad Spectrum SPF 35








○ ○ ○ ○

★★★★½   1647 Reviews

## Buildable Blur CC Cream™ Broad Spectrum SPF 35

$38

FREE shipping on orders $35+ and easy returns! DETAILS ⑦

https://thrivecausemetics.com/products/buildable-blur-cc-cream-with-spf-35

**TNC01428**

1/14

Buildable Blur CC Cream™ - Broad Spectrum SPF 35 | Thrive Causemetics

FREE shipping on all orders $35+!    SHOP NOW

New     Best-Sellers     Makeup     Skincare     How We Give     Sign In    Sign In ⌄    0     Hel

**Beige Golden** (Neutral Undertones)

Not sure of your undertone?

What Makes It Different

Ingredients

○ Buy Once

○ Ship Every    1 Month ⌄    + Free Shipping ?

| 1 | ADD TO BAG |
|---|---|

**Add Concealer + Save 10%!**

Buildable Blur™ HD Creaseless Concealer

Use code MATCH at checkout.

SHOP NOW

*bigger than beauty*™   For every cc cream you purchase, we donate to help a woman thrive.

Learn More

## Details

### How To Use

Apply 1-2 pumps after primer using fingertips, sponge or brush. For best results, apply a smooth, even layer and use a damp sponge to tap into skin and blend.

TNC01429

Case 2:20-cv-09091-PA-AS   Document 174-2   Filed 10/26/21   Page 122 of 139   Page ID #:8856

FREE shipping on all orders $35+!    SHOP NOW

New    Best-Sellers    Makeup    Skincare    How We Give    Sign In   Sign In ⌄   0    Hel

buildable light-to-full coverage radiant finish and broad spectrum SPF 35 protection. Made with vitamin C, our all-in-one makeup and skincare hybrid formula combines powerful ingredients to simultaneously treat, moisturize, brighten, protect and color-correct skin.

Buildable Blur CC Cream™ smooths and diffuses the look of fine lines, texture, dark spots and pores with an effortless, naturally flawless finish that always looks like skin. Powered by Blur Effect Technology™ and Smart Pigment Technology™, this lightweight CC Cream's color-adapting coverage visibly diminishes redness and discoloration while adjusting beautifully to your skin tone to perfect and protect your complexion. Available in a shade-inclusive range of 18 different shades.

| | |
|---|---|
| Paraben-Free | Vegan |
| Sulfate-Free | Cruelty-Free |
| Formulated without Phthalates | No Synthetic Fragrance |

PETA Cruelty-Free and Vegan

1 fl oz / 30 mL    Made in the USA





TNC01430

FREE shipping on all orders $35+!   SHOP NOW

New       Best-Sellers       Makeup       Skincare       How We Give       Sign In   Sign In  ⌄   0       Hel



## Find Your Shade!

Use the slider or hover over the images to find your match.



Light                                              Dark

TNC01431

FREE shipping on all orders $35+!    SHOP NOW

New        Best-Sellers        Makeup        Skincare        How We Give        Sign In    Sign In  ⌄    0        Hel




BEFORE                                    AFTER

Medium (Cool Undertones)

ADD TO BAG

## Ingredients    Full Ingredients List

Vitamin C

Flaxseed Extract

Broad Spectrum SPF 35



https://thrivecausemetics.com/products/buildable-blur-cc-cream-with-spf-35

TNC01432

FREE shipping on all orders $35+!　　SHOP NOW

New　　Best-Sellers　　Makeup　　Skincare　　How We Give　　Sign In　Sign In　⌄　0　　Hel



## Karissa's Pro Tips

### Sheer Coverage

Mix 1 pump with 1 pump of Defying Gravity Transforming Moisturizer™ to
clean skin using fingertips or sponge.

### Medium-Full Coverage

Apply 2-3 pumps to clean skin using fingertips or sponge.

TNC01433

FREE shipping on all orders $35+!    SHOP NOW

New        Best-Sellers        Makeup        Skincare        How We Give        Sign In    Sign In  ⌄    0        Hel

foundation with a matte finish.



## Contact Us for Expert Beauty Advice

TNC01434

FREE shipping on all orders $35+!    SHOP NOW

New     Best-Sellers     Makeup     Skincare     How We Give     Sign In   Sign In ⌄   0    Hel



*bigger than beauty*™ –

## *How Your Purchase Makes a Difference*

For every product you purchase, we donate to help a woman thrive.



### Emerging from Homelessness

We lift up women seeking a path out of homelessness.



### Surviving Domestic Abuse

We help survivors find strength, confidence and sisterhood.



### Fighting Cancer

We support and empower women fighting cancer.

### Adjusting to Life Outside the Uniform



TNC01435

FREE shipping on all orders $35+!    SHOP NOW

New     Best-Sellers     Makeup     Skincare     How We Give     Sign In   Sign In ⌄   0    Hel

**Get Involved**



## *Find Your Shade Match*

Tell us what brand and shade you are currently wearing or take our shade finder quiz so we can help you find your match!

○ **Match By Brand**

○ **Shade Finder Quiz**

[ FIND MY SHADE ]

TNC01436



FREE shipping on all orders $35+! SHOP NOW

New    Best-Sellers    Makeup    Skincare    How We Give    Sign In    Sign In ⌄    0    Hel

‹    ›

# Based on 1869 Reviews

★★★★⯪

WRITE A REVIEW

## Reviews

## Filter Reviews

🔍 Search Reviews

Wrinkles    Color    Spots    Rosacea    Breakouts    Pores

Acne    Problem    Shade    Redness    Circles    ...



| Rating ⌄ | Images & Videos ⌄ |
| Age Range ⌄ | Skin Type ⌄ |
| CC Cream Shade ⌄ | Product Benefits ⌄ |
| Skin Concerns ⌄ | |

https://thrivecausemetics.com/products/buildable-blur-cc-cream-with-spf-35

TNC01437

FREE shipping on all orders $35+!   SHOP NOW

New    Best-Sellers    Makeup    Skincare    How We Give    Sign In   Sign In    0    Hel

---

**Nancy D.**  Verified Buyer            06/17/21



### GREAT

I found it a little hard to spread. However, I think it is probably because of the lotion I use on my face. I will be ordering the primer which I think will solve this problem.

Was This Review Helpful? 👍 0  👎 0

---

**Deborah R.**  Verified Buyer            06/17/21



### GREAT MOISTURE AND COVERAGE

Was using ilio before I tried thrive. I find thrive facial cream tinted much more moisturizing. It has a smooth finish and looks flawless.

Was This Review Helpful? 👍 0  👎 0

---

**Luanne F.**  Verified Buyer            06/17/21



### LOVE IT!

I've loved every product I have received from Thrive! The buildable Blur Cream is awesome, goes on smooth and the coverage is beautiful

Was This Review Helpful? 👍 0  👎 0

---

**Beth**            06/16/21



### HOLY GRAIL CC CREAM! ESPECIALLY FOR DRY SKIN

**TNC01438**

FREE shipping on all orders $35+! SHOP NOW

New       Best-Sellers       Makeup       Skincare       How We Give       Sign In   Sign In ⌄   0       Hel

Was This Review Helpful? 👍 0    👎 0

---

**Kathleen J.**  Verified Buyer                                      06/16/21

⭐⭐⭐⭐⭐

## LOVE THIS PRODUCT

The coverage is great, the color blends in perfect and looks completely natural. I wish it was a larger container

Was This Review Helpful? 👍 0    👎 0

---

**Julie S.**  Verified Buyer                                        06/16/21

⭐⭐⭐⭐⭐

## BEST FOUNDATION

Love how it covers but feels very light on my skin. It does not look like you're wearing makeup, very natural!

Was This Review Helpful? 👍 0    👎 0

---

**Penny B.**  Verified Buyer                                        06/15/21

⭐⭐⭐⭐⭐

## DOES A VERY GOOD JOB!

Gives good coverage and the sunscreen works very well.

Was This Review Helpful? 👍 0    👎 0

---

**Lynn M.**  Verified Buyer                                         06/15/21

⭐⭐⭐⭐⭐

TNC01439

FREE shipping on all orders $35+!     SHOP NOW

New     Best-Sellers     Makeup     Skincare     How We Give     Sign In    Sign In ⌄    0     Hel

Was This Review Helpful? 👍 0   👎 0

**Susan C.**   Verified Buyer        06/14/21

★★★★★

## BEST CC CREAM!

So blend-able, great coverage. Love it!

Was This Review Helpful? 👍 0   👎 0

**Rebekkah C.**   Verified Buyer        06/14/21

★★★★★

## LOVE IT!

Love it!

Was This Review Helpful? 👍 0   👎 0

<   1   2   3   4   5   6   7   8   9   >

*bigger than beauty* ™

For every Thrive Causemetics product you purchase, we donate to help a woman thrive.

**LEARN MORE**



thrive
causemetics

TNC01440

FREE shipping on all orders $35+!    SHOP NOW

New        Best-Sellers        Makeup        Skincare        How We Give        Sign In    Sign In  ⌄    0        Hel

Discover

## Join Our Email List

| Email | SUBMIT |



(888) 804-4318

7am-7pm PST, 7 days a week

 United States ⌄

PRIVACY POLICY | TERMS OF USE | CCPA RIGHTS | ACCESSIBILITY

# TRIAL EXHIBIT NO. 36



TCI_00014426

# TRIAL EXHIBIT NO. 263



TCI_00016423

# TRIAL EXHIBIT NO. 35

**BEFORE**

thrive™
causemetics

**AFTER**




**LIMITED TIME OFFER***
USE CODE: **XXXXXXXXX**
**AT** THRIVETRIBE.CC/CREAM

**20%** *OFF*
ORDERS $35+

**+**



thrive
causemetics

**FREE** MAKEUP BAG

CONFIDENTIAL

TCI_00027077