# TRIAL EXHIBIT NO. 237

amazon.com thrive skin

Hello
Select your address

All | thrive skin

Hello, Sign in
Account & Lists

Returns
& Orders

**0**

All   Best Sellers   Customer Service   Prime ▾   New Releases   Pharmacy   Books   Fashion   Toys & Games   Kindle Books   Gift Cards

1-48 of over 5,000 results for **"thrive skin"**

Sort by: Featured

**Eligible for Free Shipping**

  Free Shipping by Amazon

All customers get FREE Shipping on orders over $25 shipped by Amazon

**Local Stores**

  Amazon Fresh

  Bristol Farms

See more

**Climate Pledge Friendly**

  Climate Pledge Friendly

**Department**

Beauty & Personal Care

  Makeup

  Facial Serums

  Face Moisturizers

  Eye Treatment Products

  Facial Cleansing Washes

Health & Household

  Vitamins & Dietary Supplements

See All 22 Departments

**Avg. Customer Review**

    & Up

    & Up

    & Up

    & Up

**Brand**

  Neutrogena

  CeraVe

  Maybelline New York

  L'Oreal Paris

  REVLON

  Crest

  Philips Norelco

See more

**Price**

Under $25

$25 to $50

$50 to $100

$100 to $200

$200 & Above

$ Min | $ Max | Go

**Deals**

  Today's Deals

**Premium Beauty Selection**

  Premium Selection

**Beauty Product Attributes**

  Alcohol Free

  Ammonia Free



THRIVE All Natural Face Cream for Sensitive Skin – Facial Moisturizer Restores, Protects Skin & Helps Sooth...

**2 Fl Oz (Pack of 1)**

219

$**16**⁹⁵ ($8.48/Fl Oz)

$15.26 with Subscribe & Save discount

Get it as soon as Sun, Aug 1

FREE Shipping on orders over $25 shipped by Amazon



THRIVE Natural Face Wash Gel for Men & Women – Daily Facial Cleanser with Anti-Oxidants & Unique Premium...

711

$**12**⁹⁵ ($3.83/Fl Oz)

$11.66 with Subscribe & Save discount

Get it as soon as Tomorrow, Jul 31

FREE Shipping on orders over $25 shipped by Amazon



THRIVE Natural Face Scrub for Men & Women – Exfoliating Face Wash with Anti-Oxidants Improves Skin Texture,...

1,243

$**14**⁹⁵ ($4.42/Fl Oz)

$13.46 with Subscribe & Save discount

Get it as soon as Tomorrow, Jul 31

FREE Shipping on orders over $25 shipped by Amazon



Thrive Causemetics Buildable Blur CC Cream - Medium Beige Neutral Undertone

**Cream · 1.08 Fl Oz (Pack of 1)**

9

$**40**⁰⁰ ($37.04/Fl Oz)

Get it Tue, Aug 3 - Fri, Aug 6

FREE Shipping

Only 15 left in stock - order soon.



THRIVE Natural Moisturizing Mineral Face Sunscreen SPF 30, 2 Ounces – Lightweight Moisturizer Broad-Spectrum...

**SPF 30 · 2 Fl Oz (Pack of 1)**

1,542

$**24**⁹⁵ ($12.48/Fl Oz)

$22.46 with Subscribe & Save discount

Join Prime to save $2.50 on this item

Get it as soon as Tomorrow, Jul 31

FREE Shipping on orders over $25 shipped by Amazon

**FSA or HSA eligible**





THRIVE Natural Deep Clean Skincare Kit for Men & Women (3 Piece) – Gift Set with Natural Face Scrub, Wash &...

799

$**39**⁹⁵ ($13.32/Count)

Get it as soon as Sun, Aug 1

FREE Shipping by Amazon



Contains Keratin
Formaldehyde Free
Hypoallergenic
Oil Free
PABA Free
See more

**Subscribe & Save**
Subscribe & Save Eligible

**Packaging Option**
Frustration-Free Packaging

**International Shipping**
International Shipping Eligible

**Condition**
New
Used

**Availability**
Include Out of Stock







Thrive Causemetics Buildable Blur CC Cream Beige Golden Neutral Undertones 30mL Cream

$36⁰⁰ ($36.00/Fl Oz)

Get it Tue, Aug 3 - Fri, Aug 6
FREE Shipping

Thrive Causemetics Buildable Blur CC Cream Broad Spectrum SPF 35 - Light (Neutral Undertones)

1

$75⁰⁰ ($75.00/Count)

Get it as soon as Thu, Aug 5
$4.99 shipping
Only 3 left in stock - order soon.
More Buying Choices
$69.00 (2 new offers)

Your Skin But Better CC Cream Oil-Free Matte with SPF 40 - Light Medium

1.08 Fl Oz (Pack of 1)
748

$42⁹⁹ ($39.81/Fl Oz)

Get it as soon as
**Tomorrow, Jul 31**
FREE Shipping by Amazon
Only 5 left in stock - order soon.
More Buying Choices
$40.50 (15 new offers)





Best Seller



It Cosmetics CC Matte Cream Medium 1.08 fl oz

1.08 Fl Oz (Pack of 1)
314

$40⁰⁰ ($37.04/Fl Oz) $45.99

Get it as soon as Sun, Aug 1
FREE Shipping by Amazon
Only 8 left in stock - order soon.
More Buying Choices
$37.00 (30 new offers)

IT Cosmetics Je Ne SAIS Quoi Lip Treatment, Your Perfect Pink - Anti-Aging Lip Balm - Reacts with Your Lips to...

0.11 Ounce (Pack of 1)
1,455

Save 37%

$15⁶³ $24.97
Lowest price in 30 days

Get it Fri, Aug 6 - Wed, Aug 11
FREE Shipping

IT Cosmetics Your Skin But Better CC+ Cream, Medium (W) - Color Correcting Cream, Full-Coverage Foundation,...

1.08 Fl Oz (Pack of 1)
12,078

$29²⁰ $37.38

Get it as soon as Sun, Aug 1
FREE Shipping by Amazon
More Buying Choices
$28.99 (20 new offers)







Amazon.com: thrive+skin:

LUXAZA 6 PCS Neutral and Brown Metallic Eyeshadow Stick,Warm to Cool Cream Shimmer Eyeshadow Pencil...

3,179

$18⁹⁹

Save more with Subscribe & Save

FREE Shipping on orders over $25 shipped by Amazon
Only 18 left in stock - order soon.

Covergirl Simply Ageless Instant Wrinkle Blurring Pressed Powder, Fair Ivory, 3.9 Oz.

**3.9 Ounce (Pack of 1)**

544

$11⁹⁹
$11.39 with Subscribe & Save discount

Get it as soon as
**Tomorrow, Jul 31**
FREE Shipping on orders over $25 shipped by Amazon

Probiotic Action® Breakthrough probiotic Technology for Your Skin. Acne Treatment. Eczema and...

**1.7 Fl Oz (Pack of 1)**

245

$18⁹⁵ ($11.21/Fl Oz)

Save more with Subscribe & Save

Get it as soon as
**Tomorrow, Jul 31**
FREE Shipping on orders over $25 shipped by Amazon



THRIVE Natural Shave Oil for Men, 2 Ounces (60mL) – Replaces Pre-Shave Oils, Shaving Creams, Gels, and...

**2 Fl Oz (Pack of 1)**

543

$18⁹⁵ ($9.48/Fl Oz)
$17.06 with Subscribe & Save discount
Join Prime to save $1.90 on this item

Get it as soon as
**Tomorrow, Jul 31**
FREE Shipping on orders over $25 shipped by Amazon

Thrive Causemetics Brilliant Eye Brightener - Estrella

**0.5 Ounce (Pack of 1)**

2

$49⁹⁹ ($49.99/Count)

FREE Shipping by Amazon
In stock soon.



Glo Skin Beauty Cream Stay Shadow Stick

267

$20⁰⁰ ($404.86/Ounce)

Save more with Subscribe & Save

Get it as soon as **Sun, Aug 1**

FREE Shipping on orders over $25 shipped by Amazon

TULA Skin Care Glow & Get It Cooling & Brightening Eye Balm | Dark Circle Under Eye Treatment, Instantly Hydrate...

**0.35 Ounce (Pack of 1)**

3,253

$28⁰⁰ ...



Best Seller



Julep Eyeshadow 101 Crème to Powder Waterproof Eyeshadow Stick, Sand Shimmer

13,792

$15⁰⁰ ...

Maybelline Baby Skin Instant Pore Eraser Primer, Clear, 0.67 Fl Oz (Pack of 2)

**0.67 Fl Oz (Pack of 2)**

3,283

$10¹⁷ $11.98
$9.66 with Subscribe & Save











**MERCARI**    Search for anything    Download app    Sign up    Log in    🛒    Sell

Brands ⌄ | Winter deals | Women | Men | Electronics | Toys | Home | Beauty | Kids | Vintage | Sports | Handmade | Other

Mercari / Thrive / Beauty / Skin care

# Thrive Skin Care (29 results)    [ Save this search ]

## Filter by

**Keyword** ⌃

🔍 Enter keyword

**Shipping** ⌃
- ● Any
- ○ FREE

**Delivery**
- ● Any
- ○ Mercari Now

**Category** ⌃
- ● Beauty
  - ● Skin care
    - ○ Body
    - ○ Eyes
    - ○ Face
    - ○ Feet
    - ○ Hands & nails
    - ○ Lips
    - ○ Maternity
    - ○ Sets & kits
    - ○ Sun
    - ○ Other

**Brand** ⌃

🔍 Find a brand

- ● Thrive

Sort by: Best match ⌄


Our Brilliant Eye Brightener
Thrive
$22


NWT Thrive Skincare Bu...
Thrive
$13


Thrive Skincare Set
Thrive
$14 $22 36% OFF


Thrive age defying eye cr...
Thrive
$36 $38 5% OFF


Infinite Detox Body Scrub
Thrive
$9 $13 30% OFF


Thrive Causemetics Liqui...
Thrive
$22
Free shipping


Thrive Brightener & Sponge
Thrive
$28


Thrive Causemetics Mois...
Thrive
$18


Thrive foundation shade ...
Thrive
$22


Thrive Causmetics shade...
Thrive
$18 $20 10% OFF


Overnight Sensation Brig...
Thrive
$51 $62 17% OFF


Bundle
Thrive
$37


Thrive Causemetics Over...
Thrive
$50


thrive causemetics overni...
Thrive
$42


Thrive skin body scrub
Thrive
$10


SOLD
Thrive Daily Defense Sun...
Thrive
$12 $14 14% OFF

    

https://www.mercari.com/us/brand/6377/92/    1/8





# MERCARI

Search for anything

Download app     Sign up     Log in          Sell

# Get the app.

Sell or buy. Almost anything.

Scan with your phone's camera app to experience Mercari on the phone.



Womens Athletic Sneakers 7 New

exacan Alebrije Folk Art ugar Wood Carving

85

Make offer     Add to cart

| SHOP | COMPANY | ALL FROM HOME | SUPPORT | ACCOUNT | POLICY CENTER |
|---|---|---|---|---|---|
| Categories | About us | Authenticate | Contact Us | Sign up / Log in | Terms of Service |
| Brands | Careers | Instant Pay | Help Center | Favorites | Privacy Policy |
| Deals | Blog | Mercari Now | How it Works | Messages | Prohibited Items |
| | | Sell from Home | Become a Seller | | Prohibited Conduct |
| | | Shipping | Buyers | | Electronic Communications |
| | | | Safety Guidelines | | DMCA Policy |
| | | | Policy Center | | Requests From Law Enforcement |

Copyright © 2020 Mercari, Inc.     Privacy Policy     Terms of Service     Licenses / Disclosures          NMLS ID: 1486447 PO Box 60178, Palo Alto, CA 94306       

# TRIAL EXHIBIT NO. 313



# TRIAL EXHIBIT NO. 235

Google Shopping

thrive skincare

Your location: Lower Haight, San Francisco, CA

Sort by: Relevance

See thrive skincare

Sponsored ⓘ

**Show only**
- ☐ 📍 Available nearby
- ☐ 🛒 Buy on Google
- ☐ 💲 On sale
- ☐ 🏪 Smaller stores

**Price**
- ○ Up to $20
- ○ $20 – $45
- ○ $45 – $90
- ○ Over $90
- [$ Min] – [$ Max]

**Condition**
- ☐ New items
- ☐ Used items

**Product rating**
- ○ ⭐⭐⭐⭐ 4 and up
  More

**Seller**
- ☐ Mercari
- ☐ Pharmaca
- ☐ Target
- ☐ Thrive Causemetics
- ☐ Walmart
  More


...Facial |...
Thrive Causem...
...500)


Thrive Face Cleansing Duo | Thrive...
**$68.00**
Thrive Causem...
Free shipping


Thrive Defying Gravity Eye Lifting Cream |...
**$46.00**
Thrive Causem...
⭐⭐⭐⭐ (793)
Free shipping


Thrive Tone & Glow & Lift | Moisture Flash...
**$120.00**
Thrive Causem...
Free shipping


Thrive Liquid Balm Lip Treatment | Lip...
**$26.00**
Thrive Causem...
⭐⭐⭐⭐⭐ (1,305)
Free shipping


Thrive Resurfacing Peel & Moisturizer S...
**$100.00**
Thrive Causem...
Free shipping

Thrive Exfoliat Lift Set | Thrive Causemetics |...
**$81.00**
Thrive Causem...
Free shipping

About this page ⓘ


Thrive Skincare Starter Kit (Cleanser, Moisturizer, & Eye Lifting Cream) | Thrive ...
**$35.00**
Thrive Causemetics
$5.95 delivery


Thrive Smart Skincare Set | Thrive Causemetics | 100% Vegan | Best Cruelty-Free ...
**$118.00**
Thrive Causemetics
Free delivery


Thrive Bright Balance Facial Cleanser | Natural Removing Foam Cleanser | for ...
4.7 ⭐⭐⭐⭐⭐ 500
All Skin Types
**$32.00**
Thrive Causemetics
$5.95 delivery
Compare prices from 2 sto...


Thrive Exfoliate & Lift Set | Thrive Causemetics | 100% Vegan | Best Cruelty-Free ...
**$81.00**
Thrive Causemetics
Free delivery






Your location: Lower Haight, San Francisco, CA

Sort by: Relevance ▾   🔖

**Show only**
- ☐ 📍 Available nearby
- ☐ 🛒 Buy on Google
- ☐ 🏪 Smaller stores

**Price**
- ○ Up to $20
- ○ $20 – $45
- ○ $45 – $90
- ○ Over $90

$ Min — $ Max

**Condition**
- ☐ New items
- ☐ Used items

**Discover**
- ☐ Black-owned businesses

**Product rating**
- ○ ★★★★ 4 and up

More

**Seller**
- ☐ iBeautyCity.com
- ☐ Storenvy Storefro...
- ☐ Target
- ☐ Walmart
- ☐ Zabiva.com

More

See thrive natural care

Sponsored ⓘ









Thrive Skincare Starter Kit (Cleanser,...
**$35.00**
Thrive Causem...

Thrive Smart Skincare Set | Thrive...
**$118.00**
Thrive Causem...
Free shipping

Thrive Defying Gravity Transforming...
**$49.00**
Thrive Causem...
★★★★☆ (861)
Free shipping

Thrive Bright Balance Facial Cleanser |...
**$32.00**
Thrive Causem...
★★★★★ (500)

Thrive Face Cleansing Duo | Thrive...
**$68.00**
Thrive Causem...
Free shipping

THRIVE Natural Face Wash Gel for Men &...
**$12.95**
Amazon.com - ...
Special offer

Thi Moistu Thrive
**$83.0**
Thrive...
Free s

About this page ⓘ






Thrive Natural Deep Clean Skincare Kit for Women & Men (3 Piece) Made in USA
4.1 ★★★★☆ 8

**$35.95**
Walmart - Thrive Natural ...
Free delivery

Thrive Natural Face Lotion for Men - Aftershave Balm & Facial mois
4.5 ★★★★★ 18
Face · For Dry Skin · Aloe

**$13.45**
Walmart - Thrive Natural ...
$5.99 delivery

Compare prices from 5+ st...

Thrive Face Wash - Daily Facial Cleanser for Men with Unique Premium Natural ...
4.7 ★★★★★ 35
All Skin Types · Men's

**$10.36**
Walmart - Thrive Natural ...
$5.99 delivery

Compare prices from 3 sto...

Thrive Natural Care Thrive VIP Men's Grooming Kit - 4 Piece Grooming Gift Set to
4.6 ★★★★★ 30
More size options

**$32.98**
eBay - tidwellenterprises
Free delivery by Fri, Aug 13

Compare prices from 3 sto...






Your location: Lower Haight, San Francisco, CA

Sort by: Relevance ▾

See thrive natural care skincare                                                                 Sponsored ⓘ

**Show only**
☐ 📍 Available nearby
☐ 🛒 Buy on Google
☐ 🏷 On sale
☐ 🏬 Smaller stores

**Price**
○ Up to $25
○ $25 – $45
○ $45 – $70
○ Over $70
[ $ Min ] – [ $ Max ]

**Condition**
☐ New items
☐ Used items

**Discover**
☐ Black-owned businesses

**Product rating**
○ ★★★★☆ 4 and up
More

**Seller**
☐ eBay
☐ iBeautyCity.com
☐ Thrive Causemetics
☐ Walmart
☐ Zabiva.com
More








**Thrive Skincare Starter Kit (Cleanser,...**
$35.00
Thrive Causem...

**Thrive Smart Skincare Set | Thrive...**
$118.00
Thrive Causem...
Free shipping

**Thrive Bright Balance Facial Cleanser |...**
$32.00
Thrive Causem...
★★★★★ (500)

**Thrive Defying Gravity Transforming...**
$49.00
Thrive Causem...
★★★★ (861)
Free shipping

**Thrive Face Cleansing Duo | Thrive...**
$68.00
Thrive Causem...
Free shipping

**THRIVE Natural Face Wash Gel for Men &...**
$12.95
Amazon.com - ...
Special offer

**Thri Lift Se Cause...**
$81.00
Thrive...
Free s

About this page ⓘ






Thrive Natural Deep Clean Skincare Kit for Women & Men (3 Piece) Made in USA
4.1 ★★★★ 8

$35.95
Walmart - Thrive Natural ...
Free delivery

Thrive Natural Face Lotion for Men - Aftershave Balm & Facial mois
4.5 ★★★★★ 18
Face · For Dry Skin · Aloe

$13.45
Walmart - Thrive Natural ...
$5.99 delivery

Compare prices from 5+ st...

Thrive Face Wash - Daily Facial Cleanser for Men with Unique Premium Natural ...
4.7 ★★★★★ 35
All Skin Types · Men's

$10.36
Walmart - Thrive Natural ...
$5.99 delivery

Compare prices from 3 sto...

Thrive Bright Balance Facial Cleanser | Natural Removing Foam Cleanser | for ...
4.7 ★★★★★ 500
All Skin Types

$32.00
Thrive Causemetics
$5.95 delivery

Compare prices from 2 sto...







☰ **Google** Shopping     🔍 mens thrive natural care    ✕

Your location: Lower Haight, San Francisco, CA

Sort by: Relevance ▾ 🔖

See mens thrive natural care              Sponsored ⓘ

**Show only**
- ☐ 📍 Available nearby
- ☐ 🛒 Buy on Google
- ☐ 🏬 Smaller stores

**Price**
- ○ Up to $15
- ○ $15 – $30
- ○ $30 – $50
- ○ Over $50

[ $ Min ] – [ $ Max ]

**Condition**
- ☐ New items
- ☐ Used items

**Product rating**
- ○ ⭐⭐⭐⭐ 4 and up

More

**Seller**
- ☐ iBeautyCity.com
- ☐ Spring US
- ☐ Storenvy Storefro…
- ☐ Walmart
- ☐ Zabiva.com






THRIVE Natural VIP Men's Skin Care Set (4…
**$54.95**
Amazon.com - …
Free shipping


THRIVE Natural Face Wash Gel for Men &…
**$12.95**
Amazon.com - …
Special offer


THRIVE Natural Shave Soap & Shower Soap B…
**$12.95**
Amazon.com - …
Special offer


Thrive Bright Balance Facial Cleanser | …
**$32.00**
Thrive Causem…
⭐⭐⭐⭐⭐ (500)


Thrive Natural Men's Skincare Set (3 Piece) G…
**$39.45**
Walmart - Thriv…
⭐⭐⭐⭐⭐ (30)
Free shipping


Thrive Smart Skincare Set | Thrive…
**$118.00**
Thrive Causem…
Free shipping

About this page ⓘ


Thrive Natural Deep Clean Skincare Kit for Women & Men (3 Piece) Made in USA
4.1 ⭐⭐⭐⭐ 8

**$35.95**
Walmart - Thrive Natural …
Free delivery

**GREAT PICK**

Thrive Natural Men's Skin Care Set – 3 Piece Grooming Gift Set to Wash,
4.6 ⭐⭐⭐⭐⭐ 30
Boxed
More size options

**$39.45**
Walmart - Thrive Natural …
Free delivery
Compare prices from 5+ st…


Thrive Face Wash - Daily Facial Cleanser for Men with Unique Premium Natural …
4.7 ⭐⭐⭐⭐⭐ 35
All Skin Types · Men's

**$10.36**
Walmart - Thrive Natural …
$5.99 delivery
Compare prices from 3 sto…


Thrive Natural Face Lotion for Men - Aftershave Balm & Facial mois
4.5 ⭐⭐⭐⭐⭐ 18
Face · For Dry Skin · Aloe

**$13.45**
Walmart - Thrive Natural …
$5.99 delivery
Compare prices from 5+ st…






Your location: Lower Haight, San Francisco, CA

Sort by: Relevance ▾

Did you mean: thrive **men's** skin

**Show only**
- ☐ 📍 Available nearby
- ☐ 🛒 Buy on Google
- ☐ 🏪 Smaller stores

**Price**
- ○ Up to $15
- ○ $15 – $30
- ○ $30 – $50
- ○ Over $50

[ $ Min ] — [ $ Max ]

**Category**
- ○ Moisturizers
- ○ Bar Soap
- ○ Men's Shaving Cr...

**Condition**
- ☐ New items
- ☐ Used items

**Discover**
- ☐ Black-owned businesses

**Product rating**
- ○ ★★★★ 4 and up

More

**Seller**
- ☐ Walmart
- ☐ Thrive Causemetics
- ☐ iBeautyCity.com
- ☐ Zabiva.com
- ☐ eBay
- ☐ Storenvy Storefro...

See thrive mens skin

Sponsored ⓘ











Thrive Bright Balance Facial Cleanser |...
**$32.00**
Thrive Causem...
★★★★★ (500)

Thrive Natural Men's Skin Care Set (3 Piece) -...
**$43.95**
Amazon.com - ...
Free shipping

THRIVE Natural VIP Men's Skin Care Set (4...
**$54.95**
Amazon.com - ...
Free shipping

Thrive Defying Gravity Transforming...
**$49.00**
Thrive Causem...
★★★★★ (861)
Free shipping

Thrive Face Cleansing Duo | Thrive...
**$68.00**
Thrive Causem...
Free shipping

Thrive Smart Skincare Set | Thrive...
**$118.00**
Thrive Causem...
Free shipping

TH... Natur... Wash...
**$13.9...**
Amaz...

Speci...

About this page ⓘ





GREAT PICK





Thrive Natural Deep Clean Skincare Kit for Women & Men (3 Piece) Made in USA
4.1 ★★★★ 8

**$35.95**
Walmart - Thrive Natural ...
Free delivery

Thrive Natural Men's Skin Care Set – 3 Piece Grooming Gift Set to Wash,
4.6 ★★★★★ 30
Boxed
More size options

**$39.45**
Walmart - Thrive Natural ...
Free delivery

Compare prices from 5+ st...

Thrive Natural Face Lotion for Men - Aftershave Balm & Facial mois
4.5 ★★★★★ 18
Face · For Dry Skin · Aloe

**$13.45**
Walmart - Thrive Natural ...
$5.99 delivery

Compare prices from 5+ st...

Thrive Natural Vip Men's Skin Care Set (4 Piece) – Grooming Gift Set
For Men

**$81.38**
eBay - marom_cohen
Free delivery









Your location: Lower Haight, San Francisco, CA

Sort by: Relevance ▾

**Show only**
- ☐ 📍 Available nearby
- ☐ 🛒 Buy on Google
- ☐ 🏪 Smaller stores

**Price**
- ○ Up to $15
- ○ $15 – $30
- ○ $30 – $50
- ○ Over $50

$ Min — $ Max

**Category**
- ○ Facial Moisturizers
- ○ Books

**Condition**
- ☐ New items
- ☐ Used items

**Discover**
- ☐ Black-owned businesses

**Product rating**
- ○ ★★★★ 4 and up
  More

**Seller**
- ☐ iBeautyCity.com
- ☐ PetSmart
- ☐ Spring US
- ☐ Walmart
- ☐ Zabliva.com
  More

See "thrive natural care"                                    Sponsored ⓘ

      

**Thrive Skincare Starter Kit (Cleanser,...**
$35.00
Thrive Causem...

**Thrive Smart Skincare Set | Thrive...**
$118.00
Thrive Causem...
Free shipping

**Thrive Bright Balance Facial Cleanser |...**
$32.00
Thrive Causem...
★★★★★ (500)

**THRIVE Natural Face Wash Gel for Men &...**
$12.95
Amazon.com - ...
Special offer

**Thrive Bright Balance Cleanser & Defying Grav...**
$73.00
Thrive Causem...
Free shipping

**Thrive Natural Men's Skin Care Set (3 Piece) -...**
$43.95
Amazon.com - ...
Free shipping

**TH... Shave Show...**
$12.9...
Amaz...
Speci...

About this page ⓘ

   

**Thrive Natural Deep Clean Skincare Kit for Women & Men (3 Piece) Made in USA**
4.1 ★★★★ 8

$35.95
Walmart - Thrive Natural ...
Free delivery

**Thrive Natural Face Lotion for Men - Aftershave Balm & Facial mois**
4.5 ★★★★ 18
Face · For Dry Skin · Aloe

$13.45
Walmart - Thrive Natural ...
$5.99 delivery
Compare prices from 5+ st...

**Thrive Face Wash - Daily Facial Cleanser for Men with Unique Premium Natural ...**
4.7 ★★★★ 35
All Skin Types · Men's

$10.36
Walmart - Thrive Natural ...
$5.99 delivery
Compare prices from 3 sto...

**Thrive Natural Care Thrive VIP Men's Grooming Kit - 4 Piece Grooming Gift Set to**
4.6 ★★★★ 30
More size options

$32.98
eBay - tidwellenterprises
Free delivery by Fri, Aug 13
Compare prices from 3 sto...

   

≡  Google Shopping

🔍 thrive natural skincare                                                          ✕

Your location: Lower Haight, San Francisco, CA

Sort by: Relevance ▾

### Show only
- ☐ 📍 Available nearby
- ☐ 🛒 Buy on Google
- ☐ 🏷 On sale
- ☐ 🏪 Smaller stores

### Price
- ○ Up to $20
- ○ $20 – $45
- ○ $45 – $80
- ○ Over $80

[$ Min] — [$ Max]

### Condition
- ☐ New items
- ☐ Used items

### Product rating
- ○ ★★★★☆ 4 and up
  More

### Seller
- ☐ iBeautyCity.com
- ☐ Target
- ☐ Thrive Causemetics
- ☐ Walmart
- ☐ Zabiva.com
  More

See thrive natural skincare                                    Sponsored ⓘ

      

| | | | | | | |
|---|---|---|---|---|---|---|
| Thrive Skincare Starter Kit (Cleanser,... | Thrive Smart Skincare Set | Thrive... | Rejuvenate Restorative Face Oil | Thrive Defying Gravity Transforming... | Thrive Face Cleansing Duo | Thrive... | Thrive Bright Balance Facial Cleanser |... | Thri Glow Moistu |
| $35.00 | $118.00 | $72.00 | $49.00 | $68.00 | $32.00 | $120.0 |
| Thrive Causem... | Thrive Causem... | Naked + Thriving | Thrive Causem... | Thrive Causem... | Thrive Causem... | Thrive |
| Free shipping | Free shipping | Free shipping | ★★★★☆ (861)  Free shipping | Free shipping | ★★★★★ (500) | Free s |

About this page ⓘ



**Thrive Natural Deep Clean Skincare Kit for Women & Men (3 Piece) Made in USA**
4.1 ★★★★☆ 8

**$35.95**
Walmart - Thrive Natural ...
Free delivery



**Thrive Skincare Starter Kit (Cleanser, Moisturizer, & Eye Lifting Cream) | Thrive ...**

**$35.00**
Thrive Causemetics
$5.95 delivery



**Thrive Natural Face Lotion for Men - Aftershave Balm & Facial mois**
4.5 ★★★★★ 18
Face · For Dry Skin · Aloe

**$13.45**
Walmart - Thrive Natural ...
$5.99 delivery

Compare prices from 5+ st...



**Thrive Smart Skincare Set | Thrive Causemetics | 100% Vegan | Best Cruelty-Free ...**

**$118.00**
Thrive Causemetics
Free delivery

   

☰   Google Shopping   🔍 amazon thrive natural skincare   ✕

Your location: Lower Haight, San Francisco, CA

Sort by: Relevance ▾

**Show only**
- ☐ 📍 Available nearby
- ☐ 🛒 Buy on Google
- ☐ 🏷 On sale
- ☐ 🏬 Smaller stores

**Price**
- ○ Up to $20
- ○ $20 – $30
- ○ $30 – $50
- ○ Over $50
- [ $ Min ] – [ $ Max ]

**Category**
- ○ Moisturizers
- ○ Travel Toiletries
- ○ Sunscreen

**Condition**
- ☐ New items
- ☐ Used items

**Discover**
- ☐ Black-owned businesses

**Product rating**
- ○ ★★★★ 4 and up
- More

**Seller**
- ☐ eBay
- ☐ iBeautyCity.com
- ☐ Overstock.com
- ☐ Target
- ☐ Walmart
- More

See amazon thrive natural skincare

Sponsored ⓘ

     

| Thrive Smart Skincare Set \| Thrive... | Thrive Skincare Starter Kit (Cleanser,... | Thrive Face Cleansing Duo \| Thrive... | THRIVE Natural Face Wash Gel for Men &... | Thrive Bright Balance Facial Cleanser \|... | Thrive Defying Gravity Transforming... | TH Moistu Minera |
|---|---|---|---|---|---|---|
| **$118.00** | **$35.00** | **$68.00** | **$12.95** | **$32.00** | **$49.00** | **$24.9** |
| Thrive Causem... | Thrive Causem... | Thrive Causem... | Amazon.com - ... | Thrive Causem... | Thrive Causem... | Amazo |
| Free shipping | | Free shipping | Special offer | ★★★★★ (500) | ★★★★ (861) | Speci |
| | | | | | Free shipping | |

About this page ⓘ

   

| | | | |
|---|---|---|---|
| Thrive Natural Deep Clean Skincare Kit for Women & Men (3 Piece) Made in USA | Thrive Skincare Starter Kit (Cleanser, Moisturizer, & Eye Lifting Cream) \| Thrive ... | Thrive Natural Face Lotion for Men - Aftershave Balm & Facial mois | Thrive Bright Balance Facial Cleanser \| Natural Removing Foam Cleanser \| for ... |
| 4.1 ★★★★ 8 | | 4.5 ★★★★★ 18 | 4.7 ★★★★★ 500 |
| | | Face · For Dry Skin · Aloe | All Skin Types |
| **$35.95** | **$35.00** | **$13.45** | **$32.00** |
| Walmart - Thrive Natural ... | Thrive Causemetics | Walmart - Thrive Natural ... | Thrive Causemetics |
| Free delivery | $5.95 delivery | $5.99 delivery | $5.95 delivery |
| | | Compare prices from 5+ st... | Compare prices from 2 sto... |

   

☰  Google Shopping

amazon thrive natural care ✕

Your location: Lower Haight, San Francisco, CA

Sort by: Relevance ▾

See amazon thrive natural care

Sponsored ⓘ

**Show only**
☐ 📍 Available nearby
☐ 🛒 Buy on Google
☐ ⊘ On sale
☐ 🏪 Smaller stores

**Price**
○ Up to $20
○ $20 – $30
○ $30 – $50
○ Over $50

$ Min — $ Max

**Condition**
☐ New items
☐ Used items

**Product rating**
○ ★★★★ 4 and up
More

**Seller**
☐ iBeautyCity.com
☐ onnyxbeauty
☐ Target
☐ Walmart
☐ Zabiva.com
More


THRIVE Natural Face Wash Gel for Men &...
$12.95
Amazon.com - ...
Special offer


Thrive Smart Skincare Set | Thrive...
$118.00
Thrive Causem...
Free shipping


Thrive Skincare Starter Kit (Cleanser,...
$35.00
Thrive Causem...


THRIVE Natural Moisturizing Mineral Face...
$24.95
Amazon.com - ...
Special offer


THRIVE Natural VIP Men's Skin Care Set (4...
$54.95
Amazon.com - ...
Free shipping


Thrive Face Cleansing Duo | Thrive...
$68.00
Thrive Causem...
Free shipping

TH...
Shave
Show...
$12.9
Amaz...
Specia

About this page ⓘ


Thrive Natural Deep Clean Skincare Kit for Women & Men (3 Piece) Made in USA
4.1 ★★★★ 8

$35.95
Walmart - Thrive Natural ...
Free delivery


Thrive Natural Face Lotion for Men - Aftershave Balm & Facial mois
4.5 ★★★★ 18
Face · For Dry Skin · Aloe

$13.45
Walmart - Thrive Natural ...
$5.99 delivery

Compare prices from 5+ st...


Thrive Face Wash – Daily Facial Cleanser for Men with Unique Premium Natural ...
4.7 ★★★★ 35
All Skin Types · Men's

$10.36
Walmart - Thrive Natural ...
$5.99 delivery

Compare prices from 3 sto...


Thrive Natural Care Thrive VIP Men's Grooming Kit - 4 Piece Grooming Gift Set to
4.6 ★★★★ 30
More size options

$32.98
eBay - tidwellenterprises
Free delivery by Fri, Aug 13

Compare prices from 3 sto...









☰  Google Shopping    thrive face wash

Your location: Lower Haight, San Francisco, CA

Sort by: Relevance ▾

**Show only**
- ☐ 📍 Available nearby
- ☐ 🛒 Buy on Google
- ☐ 🏷 On sale
- ☐ 🏪 Smaller stores

**Price**
- ○ Up to $25
- ○ $25 – $45
- ○ $45 – $80
- ○ Over $80

$ Min — $ Max

**Category**
- ○ Skin Care
- ○ Bar Soap

**Brand**
- ☐ Acure
- ☐ Andalou Naturals
- ☐ Desert Essence
- ☐ ELEMIS
- ☐ Honest
- ☐ Alaffia
- ☐ Earth Science

**Form**
- ☐ Gel
- ☐ Cream
- ☐ Oil
- ☐ Liquid
- ☐ Wipes

**Key Ingredient**
- ☐ Citric Acid
- ☐ Botanicals
- ☐ Aloe
- ☐ Essential Oils
- ☐ Chamomile
- ☐ Alpha Hydroxy Acid
- ☐ Lactic Acid

**Skin Type**
- ☐ All Skin Types
- ☐ For Dry Skin
- ☐ For Oily Skin
- ☐ For Combination

See thrive face wash                                                    Sponsored ⓘ


**THRIVE Natural Face Wash Gel for Men &...**
$12.95
Amazon.com - ...
Special offer


**Thrive Natural Face Wash for Women & Men...**
$10.36
Walmart - Thriv...
★★★★★ (35)


**Thrive Bright Balance Facial Cleanser |...**
$32.00
Thrive Causem...
★★★★★ (500)


**Thrive Face Cleansing Duo | Thrive...**
$68.00
Thrive Causem...
Free shipping


**Thrive Skincare Starter Kit (Cleanser,...**
$35.00
Thrive Causem...


**THRIVE All Natural Face Wash for...**
$13.95
Amazon.com - ...
Special offer


**Thri... Balan & Defy...**
$73.0...
Thrive
Free s...

About this page ⓘ

**Best match**



🔖

**Thrive Face Wash - Daily Facial Cleanser for Men with Unique Prem...**
4.7 ★★★★★ 35

All Skin Types · Botanicals · Lactic Acid · Alpha Hydroxy Acid · Essential Oils · Moisturizing · Exfoliating · Cruelty-free · Men's · 3.38 fl oz

Powered by Costa Rican plants Thrive's daily Face Wash removes dirt oil sweat and other impurities without drying or irritating the skin. Its refreshing natural scent will make ...

View product details

| $10.36 +$0.89 est. tax **Walmart - Thrive...** $5.99 delivery | $15.91 +$1.27 est. tax **Zabiva.com** Free delivery | $17.92 +$1.55 est. tax **Walmart - Hurley...** Free delivery |

Compare prices from 5+ stores

**Other matches**



🔖

**Thrive Bright Balance Facial Cleanser | Natural Removing Foam Cleanser | for Mature + Aging Skin | Thrive...**
4.7 ★★★★★ 500

All Skin Types · For Sensitive Skin · Cruelty-free

Our gentle **cleanser** is a multitasking gentle-yet-exceptionally-effective **cleanser** that leaves your skin no...

| $32.00 +$3.27 est. tax **Thrive Causemetics** $5.95 delivery | Compare prices from 2 stores |

☰ **Google** Shopping

thrive skincare for women ✕

Your location: Lower Haight, San Francisco, CA

Sort by: Relevance ▾

Did you mean: thrive *skin care* for women

See thrive skincare for women

Sponsored ⓘ

**Show only**
- ☐ 📍 Available nearby
- ☐ 🛒 Buy on Google
- ☐ 🏷 On sale
- ☐ 🏬 Smaller stores

**Price**
- ○ Up to $20
- ○ $20 – $40
- ○ $40 – $70
- ○ Over $70

$ Min — $ Max

**Condition**
- ☐ New items
- ☐ Used items

**Product rating**
- ○ ★★★★☆ 4 and up

More

**Seller**
- ☐ eBay
- ☐ Mercari
- ☐ Pharmaca
- ☐ Thrive Causemetics
- ☐ Walmart

More


**Thrive Smart Skincare Set | Thrive...**
$118.00
Thrive Causem...
Free shipping


**Thrive Skincare Starter Kit (Cleanser,...**
$35.00
Thrive Causem...


**Thrive Defying Gravity Transforming...**
$49.00
Thrive Causem...
★★★★☆ (861)
Free shipping


**Thrive Defying Gravity Eye Lifting Cream |...**
$46.00
Thrive Causem...
★★★★☆ (793)
Free shipping


**Thrive Tone & Glow & Lift | Moisture Flash...**
$120.00
Thrive Causem...
Free shipping

**Thrive Resurfacing Peel & Moisturizer S...**
$100.00
Thrive Causem...
Free shipping

**Thrive Lift Se... Cause...**
$81.00
Thrive
Free s...

›

About this page ⓘ


Thrive Skincare Starter Kit (Cleanser, Moisturizer, & Eye Lifting Cream) | Thrive ...
**$35.00**
Thrive Causemetics
$5.95 delivery


Thrive Natural Deep Clean Skincare Kit for Women & Men (3 Piece) Made in USA
★★★★☆ 8
**$35.95**
Walmart - Thrive Natural ...
Free delivery


Thrive Smart Skincare Set | Thrive Causemetics | 100% Vegan | Best Cruelty-Free ...
**$118.00**
Thrive Causemetics
Free delivery


Skincare Other | Thrive Skin Infinite Skincare System | Color: Red | Size: Os ...
**$160.00**
Poshmark
$7.45 delivery


Thrive Exfoliate & Lift Set |


Thrive Defying Gravity


Thrive Exfoliate & Moisturize


Thrive Skincare | Thrive

Google Shopping

thrive skincare natural

Your location: Lower Haight, San Francisco, CA

Sort by: Relevance

**Show only**
- ☐ 📍 Available nearby
- ☐ 🛒 Buy on Google
- ☐ 🏪 Smaller stores

**Price**
- ○ Up to $25
- ○ $25 – $45
- ○ $45 – $80
- ○ Over $80

$ Min — $ Max

**Condition**
- ☐ New items
- ☐ Used items

**Product rating**
- ○ ★★★★ 4 and up
More

**Seller**
- ☐ iBeautyCity.com
- ☐ Mercari
- ☐ Thrive Causemetics
- ☐ Walmart
- ☐ Zabiva.com
More

See thrive skincare natural

Sponsored

    

**Thrive Smart Skincare Set | Thrive...**
$118.00
Thrive Causem...
Free shipping

**Thrive Skincare Starter Kit (Cleanser,...**
$35.00
Thrive Causem...

**Thrive Defying Gravity Transforming...**
$49.00
Thrive Causem...
★★★★ (861)
Free shipping

**Thrive Bright Balance Facial Cleanser |...**
$32.00
Thrive Causem...
★★★★★ (500)

**Thrive Face Cleansing Duo | Thrive...**
$68.00
Thrive Causem...
Free shipping

**Thrive Resurfacing Peel & Moisturizer S...**
$100.00
Thrive Causem...
Free shipping

**Thrive Lift Se Cause...**
$81.00
Thrive
Free s

About this page



Thrive Skincare Starter Kit (Cleanser, Moisturizer, & Eye Lifting Cream) | Thrive ...

$35.00
Thrive Causemetics
$5.95 delivery



Thrive Natural Deep Clean Skincare Kit for Women & Men (3 Piece) Made in USA
4.1 ★★★★ 8

$35.95
Walmart - Thrive Natural ...
Free delivery



Thrive Bright Balance Facial Cleanser | Natural Removing Foam Cleanser | for ...
4.7 ★★★★★ 500
All Skin Types

$32.00
Thrive Causemetics
$5.95 delivery
Compare prices from 2 sto...



Thrive Smart Skincare Set | Thrive Causemetics | 100% Vegan | Best Cruelty-Free ...

$118.00
Thrive Causemetics
Free delivery

   

≡ Google Shopping | healthy thrive skincare ✕

Your location: Lower Haight, San Francisco, CA

Sort by: Relevance ▾

See healthy thrive skincare

Sponsored ⓘ

**Show only**
- ☐ 📍 Available nearby
- ☐ 🛒 Buy on Google
- ☐ 🏷 On sale
- ☐ 🏪 Smaller stores

**Price**
- ○ Up to $20
- ○ $20 – $35
- ○ $35 – $70
- ○ Over $70
- $ Min – $ Max

**Condition**
- ☐ New items
- ☐ Used items

**Shipping**
- ☐ Free shipping

**Product rating**
- ○ ★★★★★ 4 and up
  More

**Seller**
- ☐ eBay
- ☐ iBeautyCity.com
- ☐ Target
- ☐ Thrive Causemetics
- ☐ Walmart
  More


**Thrive Defying Gravity Transforming...**
$49.00
Thrive Causem...
★★★★☆ (861)
Free shipping


**Thrive Defying Gravity Eye Lifting Cream |...**
$46.00
Thrive Causem...
★★★★☆ (793)
Free shipping


**Thrive Skincare Starter Kit (Cleanser,...**
$35.00
Thrive Causem...


**Thrive Tone & Glow & Lift | Moisture Flash...**
$120.00
Thrive Causem...
Free shipping


**Thrive Smart Skincare Set | Thrive...**
$118.00
Thrive Causem...
Free shipping


**Thrive Bright Balance Facial Cleanser |...**
$32.00
Thrive Causem...
★★★★★ (500)

**Thri Clean Thrive**
$68.00
Thrive
Free s

About this page ⓘ


🔖
Thrive Skincare Starter Kit (Cleanser, Moisturizer, & Eye Lifting Cream) | Thrive ...

$35.00
Thrive Causemetics
$5.95 delivery


🔖
Thrive Bright Balance Facial Cleanser | Natural Removing Foam Cleanser | for ...
4.7 ★★★★★ 500
All Skin Types

$32.00
Thrive Causemetics
$5.95 delivery

Compare prices from 2 sto...


🔖
Thrive Causemetics Skincare | Goodbye, Dry! Try This Thrive Causemetics
4.3 ★★★★★ 1,305
Toner · Witch Hazel · Liquid
More style options

$36.00
Thrive Causemetics
Free delivery

Compare prices from 2 sto...


🔖
Thrive Defying Gravity Transforming Face Moisturizer Cream | Use on Face · Anti-aging · Cream
4.1 ★★★★★ 861

$49.00
Thrive Causemetics
Free delivery


🔖


🔖


🔖


🔖

 Google

thrive natural care

All · Shopping · Maps · Images · News · More · Tools

About 121,000,000 results (0.61 seconds)

Ads · Browse thrive natural care



**Thrive Defying Gravity...**
$49.00
Thrive Causemet...
★★★★ (861)



**Thrive Bright Balance Facial...**
$32.00
Thrive Causemet...
★★★★☆ (500)



**Thrive Skincare Starter Kit...**
$35.00
Thrive Causemet...



**Thrive Smart Skincare Set |...**
$118.00
Thrive Causemet...
Free shipping

https://thrivecare.co

**Thrive Natural Care: Thrive Skincare | Powered By ...**

Thrive Natural Care products are as unique as our regenerative business model. High-performance shave & skincare, powered by regenerative plants from Costa ...
You've visited this page many times. Last visit: 4/29/21

**Products**
Daily Defense Sunscreen Balm (Mineral SPF 30). Daily Defense ...

**Contact Us**
Contact Us. Name. Email *. Phone Number Message. THRIVE ...

**Regenerative Agriculture**
We aim far beyond 'sustainable'. Our Restorative Gardens use ...

**Clean**
THRIVE SKINCARE. Home · Products · Skin Health · Blog ...

More results from thrivecare.co »

https://www.amazon.com › Thrive-Natural-VIP-Mens-...



**Thrive Natural Care, Inc.**
Company

🌐 thrivecare.co

**Founded:** 2012

*Disclaimer*

**Profiles**

LinkedIn    Instagram    Facebook

**People also search for**    View 1+ more

Petcube    Feetures!    AeroGar...    Lark & Ro

Feedback

✓ Claim this knowledge panel

Google

amazon thrive face balm

🔍 All   🏷 Shopping   📰 News   🖼 Images   ▶ Videos   ⋮ More                    Tools

About 8,990,000 results (0.67 seconds)

**Ads · Shop amazon thrive face balm**











THRIVE All Natural Fac...
$16.95
Amazon.com
Special offer

Thrive Face Cleansing D...
$68.00
Thrive Caus...
Free shipping

THRIVE Natural Fac...
$15.95
Amazon.com
Special offer

THRIVE Natural...
$24.95
Amazon.com
Special offer

THRIVE All Natural Fac...
$13.95
Amazon.com
Special offer

https://www.amazon.com › Thrive-Natural-Mens-Face-... ⋮

**THRIVE Natural Face Moisturizer – Non-Greasy ... - Amazon.com**

THRIVE Natural Face Moisturizer &ndash; Non-Greasy Soothing Facial ... Concentrated facial moisturizer balm formula gives you more bang for the buck ...

★★★★½ Rating: 4.5 · 456 reviews

https://www.amazon.com › Unscented-Natural-Face-Lot... ⋮

**THRIVE All Natural Face Cream for Sensitive ... - Amazon.com**

Amazon.com: THRIVE All Natural Face Cream for Sensitive Skin – Facial Moisturizer Restores, Protects Skin & Helps Soothe Irritation – Face Lotion for Women ...

★★★★½ Rating: 4.3 · 216 reviews

https://www.amazon.com › ThriveNaturalCareInc › page ⋮

**Thrive Natural Care, Inc. - Amazon.com**

Daily Defense Balm with SPF 30 · Energy Scrub · Deep Clean Gift Set for Women & Men · VIP Men's Grooming Kit · Natural Face Wash · Natural Face Balm · Natural Shave ...



amazon thrive natural care

🔍 All    🏷 Shopping    📰 News    🖼 Images    📍 Maps    ⋮ More      Tools

About 15,000,000 results (0.59 seconds)

**Ads · Shop amazon thrive natural care**







| THRIVE Natural Fac... | THRIVE Natural... | THRIVE Natural Fac... | Thrive Face Cleansing D... | Thrive Natural Men's Skin... |
|---|---|---|---|---|
| **$12.95** | **$24.95** | **$15.95** | **$68.00** | **$43.95** |
| Amazon.com | Amazon.com | Amazon.com | Thrive Caus... | Amazon.com |
| Special offer | Special offer | Special offer | Free shipping | Free shipping |

https://www.amazon.com › ThriveNaturalCareInc › page ⋮

**Thrive Natural Care, Inc. - Amazon.com**

**Thrive Natural Care** sells the most unique and healthy mens shave and skincare on the planet. Better skin health with premium natural grooming products, ...

https://www.amazon.com › ... ⋮

**Thrive Natural Care @ Amazon.com:**

Online shopping from a great selection at **Thrive Natural Care** Store.

https://www.amazon.com › Thrive-Natural-Clean-Skinc... ⋮

**THRIVE Natural Deep Clean Skincare Kit for ... - Amazon.com**

Amazon.com: **THRIVE Natural** Deep Clean Skincare Kit for Men & Women (3 Piece) – Gift Set with **Natural** Face Scrub, Wash & Moisturizing Face Lotion – Organic ...

★★★★⯪ Rating: 4.6 · 790 reviews

https://www.amazon.com › Skin-Care-Thrive-Natural-... ⋮

**Thrive Natural Care - Skin Care / Men's ... - Amazon.com**

Google

thrive skincare ✕ 🔍

🔍 All   🏷 Shopping   🖼 Images   📰 News   ◎ Maps   ⋮ More          Tools

About 4,070,000 results (0.79 seconds)

**Ads** · Shop thrive skincare ⓘ



**Thrive Defying Gravity…**
**$49.00**
Thrive Caus...
★★★★☆ (861)



**Thrive Buildable Bl…**
**$38.00**
Thrive Caus...
★★★★★ (2k+)




**Rejuvenate Restorative…**
**$72.00**
Naked + Thr...
Free shipping



**Thrive Smart Skincare Se…**
**$118.00**
Thrive Caus...
Free shipping



**Thrive Bright Balance Fac…**
**$32.00**
Thrive Caus...
★★★★★ (500)

»

https://thrivecare.co ⋮

Thrive Natural Care: Thrive Skincare | Powered By ...

**Thrive** is regenerative, effective, plant-based **skincare** for every body. Our unique approach actively restores ecosystems and empowers farmers and ...

Superplant Skincare · Our Products · Regenerative Mission · Ingredients

https://thrivecausemetics.com ⋮

Thrive Causemetics | Luxury Beauty that Gives Back

**Thrive** Causemetics offers luxury high-performance cosmetics. For every product you purchase, we donate to help a woman **thrive**.

Defying Gravity Transforming... · Liquid Lash Extensions Mascara · Makeup · Eye

## People also ask ⋮

How much does thrive skin care cost?                                          ⌄



thrive natural skincare

All    Shopping    Maps    News    Images    More          Tools

About 1,350,000 results (1.05 seconds)

Ads · Shop thrive natural skincare











Thrive Defying Gravity...
$49.00
Thrive Caus...
★★★★ (861)

Thrive Face Cleansing D...
$68.00
Thrive Caus...
Free shipping

Thrive Skincare...
$35.00
Thrive Caus...

Thrive Bright Balance Fac...
$32.00
Thrive Caus...
★★★★★ (500)

Thrive Smart Skincare Se...
$118.00
Thrive Caus...
Free shipping

https://thrivecare.co

## Thrive Natural Care: Thrive Skincare | Powered By ...

**Thrive Natural** Care products are as unique as our regenerative business model. High-performance shave & **skincare**, powered by regenerative plants from Costa ...

### Face Balm - 2fl.oz.(60ml)
Post Shave Balm & Facial Moisturizer with Unique Premium Natural & Certified Ingredients that Keep Your Skin Hydrated, Healthy and Prevent Irritation After ...

### Products
Daily Defense Sunscreen Balm (Mineral SPF 30). Daily Defense ...

### Sensitive Skin Face Balm
Product Description Our Commitments This natural moisturizer, along with Thrive's Sensitive Skin Face Wash, packs the perfect one-two punch to start your ...

### Sensitive Skin Kit
Includes full-size Thrive Restoring Face Wash (100 ml) and ...

More results from thrivecare.co »

THRIVE Natural Mineral Sunscreen SPF Broad-Spectrum Natural Clear

★★★★ 45 reviews

Details    Reviews    Stores





### Shop now

Walmart - Thrive Natural Care, Inc.    $20.95
Thrive Natural Light Mineral Face Sunscreen Lotion SPF 30 w/...
Free shipping

Walmart - Elite Product Solution    $34.24
Thrive Natural Light Mineral Face Sunscreen Lotion SPF 30 w/...
Free shipping

Walmart - Taylormade Solutions    $34.05
Thrive Natural Light Mineral Face Sunscreen Lotion SPF 30 w/...
Free shipping

Walmart - QUICK CARTERS CO    $33.99
Thrive Natural Light Mineral Face Sunscreen Lotion SPF 30 w/...
Free shipping

Walmart - KB Distribution Partners    $34.57

Did you mean: amazon thrive natural **skin care**

**Ads · Shop amazon thrive natural skincare**











THRIVE Natural...
**$24.95**
Amazon.com
Special offer

Thrive Face Cleansing D...
**$68.00**
Thrive Caus...
Free shipping

THRIVE Natural Fac...
**$12.95**
Amazon.com
Special offer

Thrive Skincare...
**$35.00**
Thrive Caus...

Thrive Bright Balance Fac...
**$32.00**
Thrive Caus...
★★★★★ (500)

https://www.amazon.com › Thrive-Natural-VIP-Mens-... ⋮

**THRIVE Natural VIP Men's Skin Care Set (4 ... - Amazon.com**

**Amazon**.com: **THRIVE Natural** VIP Men's **Skin Care** Set (4 Piece) – Grooming Gift Set to Wash, Exfoliate, Shave & Soothe – Gift for Men Made in USA with **Organic** ...

★★★★½ Rating: 4.6 · 790 reviews

https://www.amazon.com › Skin-Care-Thrive-Natural-... ⋮

**Thrive Natural Care - Skin Care / Men's ... - Amazon.com**

**THRIVE Natural** Face Wash Gel for Men & Women – Daily Facial Cleanser with Anti-Oxidants & Unique Premium **Natural** Ingredients for Healthier **Skin Care** – Vegan ...

https://www.amazon.com › Exfoliators-Thrive-Natural-... ⋮

**Thrive Natural Care - Exfoliators / Skin Care ... - Amazon.com**

**THRIVE Natural** Face Wash Gel for Men & Women – Daily Facial Cleanser with Anti-Oxidants & Unique Premium **Natural** Ingredients for Healthier **Skin Care** – Vegan ...

Google   amazon thrive natural skincare ✕ 🔍

🔍 All   🛒 Shopping   📰 News   📍 Maps   🖼 Images   ⋮ More          Tools

About 9,750,000 results (0.66 seconds)

Did you mean: amazon thrive natural *skin care*

Ads · Shop amazon thrive natural skincare   ⓘ


THRIVE Natural...
$24.95
Amazon.com
Special offer


Thrive Face Cleansing D...
$68.00
Thrive Caus...
Free shipping


THRIVE Natural Fac...
$12.95
Amazon.com
Special offer

Thrive Skincare...
$35.00
Thrive Caus...


Thrive Bright Balance Fac...
$32.00
Thrive Caus...
★★★★★ (500)

Thrive Sma Skincare Se
$118.00
Thrive Caus
Free shipp

»

---

https://www.amazon.com › Thrive-Natural-VIP-Mens-...   ⋮
**THRIVE Natural VIP Men's Skin Care Set (4 ... - Amazon.com**
Amazon.com: THRIVE Natural VIP Men's Skin Care Set (4 Piece) – Grooming Gift Set to Wash, Exfoliate, Shave & Soothe – Gift for Men Made in USA with Organic ...
★★★★★ Rating: 4.6 · 790 reviews

https://www.amazon.com › Skin-Care-Thrive-Natural-...   ⋮
**Thrive Natural Care - Skin Care / Men's ... - Amazon.com**
THRIVE Natural Face Wash Gel for Men & Women – Daily Facial Cleanser with Anti-Oxidants & Unique Premium Natural Ingredients for Healthier Skin Care – Vegan ...

https://www.amazon.com › Exfoliators-Thrive-Natural-...   ⋮
**Thrive Natural Care - Exfoliators / Skin Care ... - Amazon.com**
THRIVE Natural Face Wash Gel for Men & Women – Daily Facial Cleanser with Anti-Oxidants & Unique Premium Natural Ingredients for Healthier Skin Care – Vegan ...

 

amazon thrive natural skin care

🔍 All    🛍 Shopping    📰 News    🖼 Images    📍 Maps    ⋮ More    Tools

About 12,900,000 results (0.75 seconds)

**Ads · Shop amazon thrive natural skin care**    ⓘ

    

| THRIVE Natural Fac... | Thrive Skincare... | Thrive Smart Skincare Se... | Thrive Face Cleansing D... | Thrive Defying Gravity... |
|---|---|---|---|---|
| $12.95 | $35.00 | $118.00 | $68.00 | $49.00 |
| Amazon.com | Thrive Caus... | Thrive Caus... | Thrive Caus... | Thrive Caus... |
| Special offer | | Free shipping | Free shipping | ★★★★☆ (861) |

https://www.amazon.com › ...

**Thrive Natural Care @ Amazon.com:**

Online shopping from a great selection at **Thrive Natural Care** Store. ... **THRIVE** Natural Moisturizing Mineral **Face** Sunscreen SPF 30, 2 Ounces – Lightweight ...

https://www.amazon.com › Thrive-Natural-VIP-Mens-...

**THRIVE Natural VIP Men's Skin Care Set (4 ... - Amazon.com**

**Amazon**.com: **THRIVE Natural** VIP Men's **Skin Care** Set (4 Piece) – Grooming Gift Set to Wash, Exfoliate, Shave & Soothe – Gift for Men Made in USA with **Organic** ...
★★★★★ Rating: 4.6 · 790 reviews

https://www.amazon.com › Thrive-Natural-Mens-Face-...

**THRIVE Natural Face Moisturizer – Non-Greasy ... - Amazon.com**

**Amazon**.com: **THRIVE Natural Face** Moisturizer – Non-Greasy Soothing **Facial** Moisturizer Lotion for Men & Women Made in USA with **Natural & Organic** Ingredients ...
★★★★★ Rating: 4.5 · 456 reviews

https://www.amazon.com › Skin-Care-Thrive-Natural-...

Google

skincare thrive

🔍 All    🛒 Shopping    🖼 Images    📰 News    ▶ Videos    ⋮ More        Tools

About 4,470,000 results (0.69 seconds)

Ads · Shop skincare thrive



**Thrive Defying...**
**$49.00**
Thrive Ca...
★★★★☆ (861)

**Thrive Buildable...**
**$38.00**
Thrive Ca...
★★★★★ (2k+)

**Thrive Skincare...**
**$35.00**
Thrive Ca...

**Rejuvenate Restorativ...**
**$72.00**
Naked + T...
Free shipp...

**Thrive Smart Skincare S...**
**$118.00**
Thrive Ca...
Free shipp...

https://thrivecare.co    ⋮

**Thrive Natural Care: Thrive Skincare | Powered By ...**

**Thrive** Natural Care products are as unique as our regenerative business model. High-performance shave & **skincare**, powered by regenerative...

Superplant Skincare · Our Products · Regenerative Mission · Ingredients



Map data ©2021 Google

[ Rating ▾ ]  [ Hours ▾ ]                                            ⋮

**Skin Remedy**
No reviews · Skin care clinic
1798 Grove St #2 · (415) 810-0065          🌐 Website    ➤ Directions

**Medical Skin Aesthetics**
4.5 ★★★★☆ (2) · Skin care clinic
490 Post St #1509 · Near Union Square, San Francisco · (...    🌐 Website    ➤ Directions
Closed · Opens 9AM Tue

**The Skin Clinic**
4.6 ★★★★☆ (8) · Cosmetics store
23rd Guerrero St · (415) 298-6151                              ➤ Directions
Closed · Opens 2PM Tue

[ → **View all** ]

https://thrivecausemetics.com    ⋮

**Thrive Causemetics | Luxury Beauty that Gives Back**



thrive skincare healthy

Ads · Shop thrive skincare healthy











**Thrive Defying Gravity Transforming Face…**
$49.00
Thrive Caus…
★★★★☆ (861)

**Thrive Skincare Starter Kit (Cleanser,…**
$35.00
Thrive Caus…

**Rejuvenate Restorative Face Oil**
$72.00
Naked + Thr…
Free shipping

**Thrive Smart Skincare Set | Thrive Causemetic…**
$118.00
Thrive Caus…
Free shipping

**Thrive Defying Gravity Eye Lifting Cream | Perfect For…**
$46.00
Thrive Caus…
★★★★☆ (793)

**Thrive Bright Balance Facial Cleanser | Natural…**
$32.00
Thrive Caus…
★★★★★ (500)

**Thrive Face Cleansing Duo | Thrive Causemetic…**
$68.00
Thrive Caus…
Free shipping

**Biossance Best of Anti-Aging Set**
$39.00
Biossance
Free shipping

**Thrive Overnig… Facial Exfolia…**
$62.00
Thrive
★★★★

https://thrivecare.co

**Thrive Natural Care: Thrive Skincare | Powered By ...**

**Thrive** Natural Care products are as unique as our regenerative business model. High-performance shave & **skincare**, powered by regenerative plants from Costa ...

## People also ask

What is the safest skincare brand?

Is thrive skin care Organic?

Does thrive help skin?

Why skincare is bad for you?

Feedback

 

**Google**    thrive skincare facewash

🔍 All    🛍 Shopping    🖼 Images    📰 News    ▶ Videos    ⋮ More      Tools

About 122,000 results (1.25 seconds)

Did you mean: thrive *skin care face wash*

**Ads · Shop thrive skincare facewash** ⓘ

    

| Thrive Bright Balance Fac... | Thrive Face Cleansing D... | THRIVE Natural Fac... | Thrive Smart Microderma... | Thrive Bright Balance... |
|---|---|---|---|---|
| $32.00 | $68.00 | $12.95 | $44.00 | $73.00 |
| Thrive Caus... | Thrive Caus... | Amazon.com | Thrive Caus... | Thrive Caus... |
| ★★★★★ (500) | Free shipping | Special offer | ★★★★★ (61) | Free shipping |

https://thrivecausemetics.com › products › bright-balan... ⋮
**Bright Balance 3-in-1 Cleanser™ – Thrive Causemetics**
All-in-one **skincare** + waterproof makeup removing **cleanser** that leaves skin feeling soft + clean, never dry + tight. How to Use ...
★★★★★ Rating: 4.9 · 443 votes · $32.00 · In stock

https://thrivecare.co › products › face-wash ⋮
**Powerful Plant-Based Face Wash Gel Cleanser | Remove Dirt ...**
Thrive's Face Wash is the perfect start to your daily routine and great as a refresh from your daily adventures. Start by getting your face wet. Work a small ...
★★★★½ Rating: 4.5 · 159 reviews

https://www.amazon.com › Natural-Mens-Face-Wash-Gel ⋮
**THRIVE Natural Face Wash Gel for Men ... - Amazon.com**

---

**Natural Face Wash Gel for Men & Women Daily Facial Cleanser with Unique Premium Natural Ingredients for Healthier Skin Care**

★★★★☆ 35 reviews

Details    Reviews    Stores

**Shop now**

☀ Walmart - Thrive Natural Care, Inc.    $10.36
Thrive Natural Face Wash for Women & Men Vegan Daily Gen...
$5.99 shipping

🛒 ebay.com    $17.80
THRIVE Natural Face Wash Gel for Men & Women – Daily Facial...

☀ Walmart - Hurley Exports INC    $17.92
Thrive Natural Face Wash for Women & Men Vegan Daily Gen...
Free shipping

🛒 ebay.com    $22.42
THRIVE Natural Face Wash Gel for Men & Women – Daily Facial...



thrive skincare face lotion

🔍 All    🏷 Shopping    🖼 Images    📰 News    ▶ Videos    ⋮ More                    Tools

About 8,100,000 results (0.74 seconds)

Ads · Shop thrive skincare face lotion                    ⓘ


Thrive Defying Gravity…
$49.00
Thrive Caus…
★★★★☆ (861)


Thrive Face Cleansing D…
$68.00
Thrive Caus…
Free shipping


THRIVE Natural Fac…
$15.95
Amazon.com
Special offer


Thrive Smart Skincare Se…
$118.00
Thrive Caus…
Free shipping


Thrive Skincare…
$35.00
Thrive Caus…

https://thrivecausemetics.com › products › defying-grav...    ⋮

**Defying Gravity Transforming Moisturizer™ – Thrive ...**

Our age-defying cream-to-gel **moisturizer** is made for all skin types! It delivers long-lasting plumping hydration to smooth, firm, lift and restore bounce to ...

★★★★☆ Rating: 4.4 · 714 votes · $49.00 · In stock

https://www.amazon.com › Thrive-Natural-Mens-Face-...    ⋮

**THRIVE Natural Face Moisturizer – Non-Greasy ... - Amazon.com**

Amazon.com: THRIVE Natural **Face** Moisturizer – Non-Greasy Soothing **Facial Moisturizer Lotion** for Men & Women Made in USA with Natural & Organic Ingredients ...

★★★★★ Rating: 4.5 · 456 reviews

https://www.amazon.com › Unscented-Natural-Face-Lot...    ⋮

**THRIVE All Natural Face Cream for Sensitive ... - Amazon.com**

THRIVE All Natural **Face** Cream for Sensitive Skin – **Facial** Moisturizer ... Restoring **Skincare** Kit for Women & Men With Sensitive Skin (2 Piece) – Gift Set ...

★★★★☆ Rating: 4.3 · 216 reviews



Google

thrive skincare face scrub

🔍 All    🛍 Shopping    🖼 Images    📰 News    ▶ Videos    ⋮ More        Tools

About 9,500,000 results (0.80 seconds)

Ads · **Shop thrive skincare face scrub**                                                    ⓘ

    

| Thrive Smart Microderma... | Thrive Bright Balance Fac... | Thrive Face Cleansing D... | THRIVE Natural Fac... | Thrive Overnight... |
|---|---|---|---|---|
| $44.00 | $32.00 | $68.00 | $14.95 | $62.00 |
| Thrive Caus... | Thrive Caus... | Thrive Caus... | Amazon.com | Thrive Caus... |
| ★★★★★ (61) | ★★★★★ (500) | Free shipping | Special offer | ★★★★★ (78) |

https://thrivecare.co › products › thrive-natural-face-scr...    ⋮

**Best Natural Exfoliating Face Scrub Cleanser with Arabica ...**

**Thrive** Facial **Scrub** is 100% natural and contains no artificial ingredients, synthetics, colors, or fragrances. Made from premium plant-based ingredients ...

★★★★☆ Rating: 4.5 · 127 reviews

https://www.amazon.com › Natural-Mens-Face-Scrub-E...    ⋮

**THRIVE Natural Face Scrub for Men & Women ... - Amazon.com**

Amazon.com: **THRIVE** Natural **Face Scrub** for Men & Women – Exfoliating **Face Wash** with Anti-Oxidants Improves Skin Texture, Unclogs Pores & Helps Prevent ...

★★★★☆ Rating: 4.5 · 1,232 reviews

https://www.amazon.com › THRIVE-Natural-Soothing-...    ⋮

**THRIVE Natural Face Scrub And Soothing Face ... - Amazon.com**

Amazon.com: **THRIVE** Natural **Face Scrub** And Soothing **Face** Moisturizer (BUNDLE) - Vegan And Made in USA: Beauty.



THRIVE Natural Face Scrub for Men & Women – Exfoliating Face Wash with Anti-Oxidants Improves Skin Texture

★★★★★ 35 reviews

Details    Reviews    Stores

**Shop now**

| | Walmart - Thrive Natural Care, Inc. 3.38 fl oz $5.99 shipping | $12.55 |
|---|---|---|
| | eBay - regba-1643 3.38 fl oz Free shipping | $19.80 |
| | Walmart - Retail Anything LLC 3.38 fl oz Free shipping | $20.08 |
| | ebay.com 3.38 fl oz | $19.80 |
| | Walmart - MGT Brands LLC 3.38 fl oz Free shipping | $20.08 |

 Google

thrive skincare shave oil                                                    ✕    🔍

🔍 All    🏷 Shopping    📍 Maps    📰 News    🖼 Images    ⋮ More                    Tools

About 8,790,000 results (0.60 seconds)

**Ads · Shop thrive skincare shave oil**                                        ⓘ









                                                              »

| Thrive Natural Shaving Oil,... | Thrive Tone & Glow & Lift |... | Thrive Natural Men's Skin... | Thrive Bodyshave ... | Coco Cloud Luxury Shav... |
|---|---|---|---|---|
| **$16.95** | **$120.00** | **$43.95** | **$14.92** | **$20.00** |
| Walmart | Thrive Caus... | Amazon.com | eBay | Truly Beauty |
| ★★★★★ (23) | Free shipping | Free shipping | Free shipping | ★★★★☆ (110) |

https://thrivecare.co › products › shave-oil-1    ⋮

**Premium Natural Shave Oil - Thrive Natural Care**

**Shave Oil** 2 FL OZ (60ML) ... Replaces Pre-**Shave** Oils, Shaving Creams, Gels, and Foams – **Shaving Oil** Made in USA. 2 Fl. Oz. ... Delivers high lubrication for an ...

★★★★☆ Rating: 4.2 · 150 reviews

https://www.amazon.com › Thrive-Natural-Shave-Ounc...    ⋮

**THRIVE Natural Shave Oil for Men, 2 Ounces ... - Amazon.com**

Yes. **Thrive's Shave Oil** is effective as a pre-**shave** oil under traditional shaving soaps. The two unique-to-**Thrive** plants combine with the other natural ...

★★★★☆ Rating: 4.3 · 539 reviews

https://www.amazon.com › Thrive-Natural-Shave-Oil-...    ⋮

**Thrive Natural Shave Oil for Men – Replaces ... - Amazon.com**

Yes. **Thrive's Shave Oil** is effective as a pre-**shave** oil under traditional shaving soaps. The two unique-to-**Thrive** plants combine with the other natural ...

★★★★☆ Rating: 4.3 · 539 reviews

# TRIAL EXHIBIT NO. 236

Microsoft Bing | thrive skincare

Sign in | 10

ALL | SHOPPING | IMAGES | VIDEOS | MAPS | NEWS

SHOPPING HOME | DEPARTMENTS | STORES | DEALS | TRENDING PRODUCTS | PRICE DROPS | EDITOR'S PICKS | MY COLLECTIONS

Bing Shopping > thrive skincare

My collections

Ads

$49.00
Thrive Defying Gravity
Thrive Causem...

$62.00
Thrive Overnight Facial
Thrive Cause...

$120.00
Thrive Tone & Glow & Lift | Moisture
Thrive Causemetics

$59.00
Thrive Liquid Light Therapy
Thrive Cause...

$36.00
Thrive Moisture Flash Active
Thrive Cause...

$26.00
Thrive Liquid Balm Lip
Thrive Cause...

$38.00
Thrive Overnight
Thrive Cause...

$35.00
Thrive Skincare Starter Kit
Thrive Causemetics

$32.00
Thrive Bright Balance Facial
Thrive Cause...

$24.00
Thrive Brilliant Eye Brightener
Thrive Cause...

$35.00
Thrive Filtered Effects Blurring
Thrive Causemetics

$95.00
Thrive Lumino & Lifted Duo |
Thrive Causem

Clear all filters

Ads

**BRAND**
- Thrive
- Thrive Brilliant
- Thrive Sunproof
- Thrive Skincare
- Ilia
- +4 more

**PRICE**
- Up to $30
- $30 - $50
- $50 - $90
- Over $90

$min to $max
Go

**SELLER**
- Thrive Causemetics
- Poshmark
- Walmart
- Amazon
- ModeSens-US
- +10 more

$35.00
Thrive Causemetics
Thrive Filtered Effects Blurring Face Primer |

$95.00
Thrive Causemetics
Thrive Luminous & Lifted Duo | Liquid Light

$36.00
Thrive Causemetics
Thrive Triple Threat Color Stick (Lip/Cheek

$40.00
Thrive Causemetics
Thrive Brilliant Eye Brightener (Highlighter)

$22.00
Thrive Causemetics
Thrive Infinity Waterproof Eyeliner In

$24.00
Thrive Causemetics
Thrive Brilliant Eye Brightener (Highlighter)

$22.00
Thrive Causemetics
Thrive Infinity Waterproof Eyeliner In

670+ v...

$35.00
Thrive Causemetics
Thrive Brilliant Face Brightener Illuminating

$24.00 POPULAR
Thrive Causemetics
Thrive Brilliant Eye Brightener (Highlighter)

$38.00
Thrive Causemetics
Thrive Buildable Blur CC Cream Broad Spectrum

$18.00 POPULAR
Thrive Causemetics
Thrive Blend & Blur Sponge | Thrive

$118.00
Thrive Causemetics
Thrive Smart Skincare Set | Thrive

$26.00
Thrive Causemetics
Thrive Glossy Lip Hydrating Serum In

$22.00
Thrive Causemetics
Thrive Infinity Waterproof Eyeliner In

Feedback

Microsoft Bing | thrive skincare lotion

Sign in | 15

ALL  SHOPPING  IMAGES  VIDEOS  MAPS  NEWS

🛒 SHOPPING HOME  ⊞ DEPARTMENTS ▾  🏬 STORES ▾  DEALS  ↗ TRENDING PRODUCTS  ⬇ PRICE DROPS  ⭐ EDITOR'S PICKS ▾  🏷 MY COLLECTIONS

Bing Shopping > thrive skin care lotion

⊞ ⊞ | 🔖 My collections

Ads ⓘ

          

$49.00
Thrive Defying
Gravity
Thrive Causeme...

$35.00
Thrive Skincare
Starter Kit (Cleanser,
Thrive Causemetics

$36.00
Thrive Moisture
Flash Active
Thrive Causem...

$59.00
Thrive Liquid
Light Therapy
Thrive Causem...

$95.00
Thrive Luminous
& Lifted Duo |
Thrive Causem...

$118.00
Thrive Smart
Skincare Set | Thrive
Thrive Causemetics

$32.00
Thrive Bright
Balance Facial
Thrive Causem...

$83.00
Thrive Exfoliate &
Moisturize Set |
Thrive Causemetics

$35.00
Thrive Brilliant Face
Brightener
Thrive Causemetics

$10.00
Thrive Deluxe
Travel Defying
Thrive Causem...

$68.00
Thrive Face
Cleansing Duo |
Thrive Causemetics

$35...
Thri...
Thri...

Clear all filters

Ads ⓘ

**BRAND**
☐ Thrive
☐ Alpha Skin Care
☐ Olivella
☐ Eucerin
☐ Alaffia
+10 more

**PRICE**
○ Up to $10
○ $10 - $20
○ $20 - $40
○ $40 - $90
○ Over $90
[$min] to [$max]
[Go]

**SELLER**
☐ Thrive
   Causemetics
☐ Poshmark
☐ Piping Rock Health
   Products
☐ Amazon.com
☐ Walmart
+10 more

 

$68.00
Thrive Causemetics
Thrive Face Cleansing
Duo | Thrive



$35.00
Thrive Causemetics
Thrive Filtered Effects
Blurring Face Primer |



$214.00
Thrive Causemetics
Thrive Essential Skin
Regimen & Overnight

🔶 POPULAR



$26.00
Thrive Causemetics
Thrive Liquid Balm Lip
Treatment | Lip Balm +



$73.00
Thrive Causemetics
Thrive Bright Balance
Cleanser & Defying



$15.95
Amazon.com
($7.97 / 1 floz) ★★★★★ (17)
THRIVE Natural Face



$26.00
Thrive Causemetics
Thrive Glossy Lip
Hydrating Serum In



$5.99  $8.99
Thrive Market
Thrive Market Body
Lotion, Coconut Vanilla



🔶 POPULAR

$38.00
Thrive Causemetics
Thrive Overnight
Sensation Brightening



46% price drop

$7.98
eCosmetics ★★★★★ (849)
AQUAPHOR Healing



$16.95
Amazon.com
($8.48 / 1 floz) · ★★★★★ (17)
THRIVE All Natural Face



$22.29
Walmart
★★★★★ (17) · 🚚 Free shipping
Thrive Natural Face



$50.00
Thrive Causemetics
Thrive Flawlessly
Protected SPF Set In



$160.00  $206.00
Poshmark
Skincare Other | Thrive
Skin Infinite Skincare

Special Offer 

Special Offer 

    

HYDRATING

Feedback

Microsoft Bing

thrive skincare face wash

Sign in    20

ALL    SHOPPING    IMAGES    VIDEOS    MAPS    NEWS

SHOPPING HOME    ≡ DEPARTMENTS ▾    🏬 STORES ▾    DEALS    ↗ TRENDING PRODUCTS    ↙ PRICE DROPS    ◆ EDITOR'S PICKS ▾    🛍 MY COLLECTIONS

Bing Shopping > thrive skin care face wash

My collections

Ads ⓘ

$32.00
**Thrive Bright Balance Facial**
Thrive Causem...

$49.00
**Thrive Defying Gravity**
Thrive Causeme...

$68.00
**Thrive Face Cleansing Duo |**
Thrive Causem...

$59.00
**Thrive Liquid Light Therapy**
Thrive Causem...

$35.00
**Thrive Brilliant Face Brightener**
Thrive Causemetics

$95.00
**Thrive Luminous & Lifted Duo |**
Thrive Causem...

$35.00
**Thrive Skincare Starter Kit (Cleanser,**
Thrive Causemetics

$44.00
**Thrive Smart Microdermabrasi**
Thrive Causem...

$35.00
**Thrive Filtered Effects Blurring Face**
Thrive Causemetics

$73.00
**Thrive Bright Balance Cleanser &**
Thrive Causemetics

$214.00
**Thrive Essential Skin Regimen & Overnight**
Thrive Causemetics

Clear all filters

**SHOW ONLY**
☐ Available nearby

**BRAND**
☐ Nu Skin
☐ Eminence Organic Skin Care
☐ Image Skin Care
☐ Thrive
☐ Acure
+10 more

**PRICE**
○ Up to $10
○ $10 - $20
○ $20 - $40
○ Over $40
$min to $max
Go

**MATERIAL**
☐ Stainless Steel

**SELLER**
☐ Poshmark
☐ Amazon.com
☐ Thrive

Ads ⓘ

**Thrive Essential Skin Regimen & Overnight Mask | Thrive Causemetics ...**
Vegan, cruelty-free skincare value set for smoother, glowing skin. FREE overnight mask. Includes pH-balancing face cleanser, alcohol-free hydrating face toner, age-defying brightening face serum, p...+
$214.00
Thrive Causemetics
Visit site
⟳ See price history

**THRIVE Natural Face Wash Gel For Men & Women - Daily Facial Cleans...**
★★★★½ (33)  ⟲ Fragrance
POWERFUL SKIN CARE FOR MEN & WOMEN - Dermatologist tested, gel-based facial wash deep cleanses removing dirt, SPF, oil, and sweat from the face while leaving your skin feeling smooth a...+
$12.95
Amazon.com
Visit site    Buy now
Compare price across sellers
⟳ See price history

**THRIVE Natural Face Scrub For Men & Women - Exfoliating Face Wash ...**
★★★★★ (33)  ⟲ Fragrance
POWERFULLY NATURAL - Made from premium plant-based ingredients plus potent Costa Rican palm oils and invigorating Arabica coffee grounds that deep cleanse, energize, and help protect skin fr...+
$14.95
Amazon.com
Visit site    Buy now
Compare price across sellers
⟳ See price history

**ORLANE Cleanser For Normal Skin Face Wash 400 Ml/13 Oz**
★★★★★ (1)
Helps perfectly cleanse the epidermis for normal skin Dissolves impurities & all traces of makeup Leaves skin clear & comfortable | ORLANE Cleanser For Normal Skin Face Wash 400 ml/13 oz
$28.99
eCosmetics
Visit site
Compare price across sellers
⟳ See price history

Feedback

Microsoft Bing | thrive skincare face scrub

ALL    **SHOPPING**    IMAGES    VIDEOS    MAPS    NEWS

Sign in    25

SHOPPING HOME    DEPARTMENTS ▾    STORES ▾    DEALS    TRENDING PRODUCTS    PRICE DROPS    EDITOR'S PICKS ▾    MY COLLECTIONS

Bing Shopping > thrive skin care face scrub    My collections

Ads ⓘ

$32.00
Thrive Bright Balance Facial
Thrive Causem...

$62.00
Thrive Overnight Facial
Thrive Causem...

$68.00
Thrive Face Cleansing Duo |
Thrive Causemetics

$59.00
Thrive Liquid Light Therapy
Thrive Causem...

$44.00
Thrive Smart Microdermabrasi
Thrive Causem...

$49.00
Thrive Filtered Effects All-Over
Thrive Causem...

$35.00
Thrive Filtered Effects Blurring Face
Thrive Causemetics

$83.00
Thrive Exfoliate & Moisturize Set |
Thrive Causemetics

$14.95
THRIVE Natural Face Scrub For
Amazon.com
★★★★★ (33)

$73.00
Thrive Bright Balance Cleanser &
Thrive Causemetics

$100.00
Thrive Resurfacing Peel & Moisturizer
Thrive Causemetics

$12.95
THRIVE Wash G
Amazon
★★★★

Clear all filters

SHOW ONLY
☐ Available nearby

BRAND
☐ Aveeno
☐ Clinique
☐ Neutrogena
☐ Clean Clear
☐ Acure
+10 more

PRICE
☐ Up to $10
☐ $10 - $20
☐ $20 - $40
☐ Over $40
[$min] to [$max]
Go

SELLER
☐ Amazon.com
☐ Walmart
☐ Poshmark
☐ Sephora
☐ Thrive Causemetics
+10 more

Ads ⓘ

Thrive Resurfacing Peel & Moisturizer Set | Thrive Causemetics | 100% ...
Save on vegan and cruelty-free high-performance skincare! This set comes with our gentle overnight resurfacing peel that transforms the look of dullness, dark spots and fine lines plus our plumping, ...+
$100.00
Thrive Causemetics
Visit site
See price history

THRIVE Natural Face Wash Gel For Men & Women - Daily Facial Cleans...
★★★★★ (33)  ⊘ Fragrance
POWERFUL SKIN CARE FOR MEN & WOMEN - Dermatologist tested, gel-based facial wash deep cleanses removing dirt, SPF, oil, and sweat from the face while leaving your skin feeling smooth a...+
$12.95
Amazon.com
Visit site    Buy now
Compare price across sellers
See price history

Thrive Natural Face Scrub For Men & Women - Cleans, Restores, Com...
3.38 OZ NEW SEALED FACE WASH
$13.97
eBay
Visit site
See price history

Honey Girl Organics Facial Scrub 1.75 Fl Oz
★★★★★ (6)
Organic Skin Care from Hawaii's Rich Beehive Harvest. Non-GMO Gluten-Free Cruelty Free. Honey Girl Organics' Facial Scrub cleanses and moisturizes while whisking away dead skin cells, increasi...+
$27.95
Vitacost
Visit site
Compare price across sellers
See price history

★ HIGHLY RATED    Sukin Revitalising Facial Scrub 4.23 Fl Oz
$9.99

Feedback

Microsoft Bing     thrive natural care

ALL    **SHOPPING**    IMAGES    VIDEOS    MAPS    NEWS    Sign in    30

🏠 SHOPPING HOME    🏷 DEPARTMENTS ▾    🏪 STORES ▾    DEALS    ↗ TRENDING PRODUCTS    🏷 PRICE DROPS    🏆 EDITOR'S PICKS ▾    📋 MY COLLECTIONS

Bing Shopping > thrive natural care

Ads ⓘ

          

| $35.00 Thrive Brilliant Face Brightener Thrive Causemetics | $36.00 Thrive Moisture Flash Active Thrive Causem... | $59.00 Thrive Liquid Light Therapy Thrive Causem... | $38.00 Thrive Buildable Blur CC Cream Thrive Causem... | $26.00 Thrive Liquid Balm Lip Thrive Causem... | $35.00 Thrive Filtered Effects Blurring Face Thrive Causemetics | $32.00 Thrive Bright Balance Facial Thrive Causeme... | $49.00 Thrive Defying Gravity Thrive Causeme... | $19.00 $57.00 1 Best Grass-Fed Collagen NativePath | $38.00 Thrive Overnight Sensation Thrive Causem... | $38.00 Thrive Buildable Blur CC Cream Thrive Causem... | $13.45 Thrive Natural Face Moisturizer, 2 Oz Walmart ★★★★★ (17) |

**Clear all filters**

**BRAND**
- [ ] Thrive
- [ ] Andalou Naturals
- [ ] Aura Cacia

**PRICE**
- ( ) Up to $20
- ( ) $20 - $40
- ( ) $40 - $60
- ( ) Over $60

$min to $max    Go

**SELLER**
- [ ] Thrive Causemetics
- [ ] Walmart
- [ ] Amazon.com
- [ ] eBay
- [ ] ship2days

+10 more

Ads ⓘ

      

**POPULAR**

**Special Offer**

| $38.00 Thrive Causemetics Thrive Buildable Blur CC Cream Broad Spectrum | $13.45 Walmart ★★★★★ (17) Thrive Natural Face | $12.95 Amazon.com ($3.83 / 1 floz) ★★★★★ (33) THRIVE Natural Face | $35.00 Thrive Causemetics Thrive Skincare Starter Kit (Cleanser, | $25.27 Walmart 🚚 Free shipping Thrive Natural Face | $118.00 Thrive Causemetics Thrive Smart Skincare Set | Thrive Causemetics | $45.90 $91.80 toyboxtech 🚚 Free shipping THRIVE Natural Daily |

       

**Special Offer**    **16% price drop**

| $26.90 $53.80 toyboxtech ★★★★★ (33) 🚚 Free shippin THRIVE Natural Face | $17.92 Walmart ★★★★★ (33) 🚚 Free shippin Thrive Natural Face | $32.98 eBay ★★★★★ (15) 🚚 Free shippin Thrive Natural Vip Men's | $55.44 eBay THRIVE Natural Deep Clean Skincare Kit For | $35.95 Walmart ★★★★★ (8) THRIVE Natural Deep | $15.95 Amazon.com ($7.97 / 1 floz) ★★★★★ (17) Thrive Natural Face | $39.00 Thrive Causemetics Thrive Healthy & Hydrated Lip Set | Thrive |

        

Feedback

Microsoft Bing    thrive natural care face lotion

Sign in    40

ALL    SHOPPING    IMAGES    VIDEOS    MAPS    NEWS

SHOPPING HOME    DEPARTMENTS    STORES    DEALS    TRENDING PRODUCTS    PRICE DROPS    EDITOR'S PICKS    MY COLLECTIONS

Bing Shopping > thrive natural care face lotion    My collections

Ads












$49.00
Thrive Defying
Gravity
Thrive Causeme...

$35.00
Thrive Brilliant Face
Brightener
Thrive Causem...

$59.00
Thrive Liquid
Light Therapy
Thrive Causem...

$32.00
Thrive Bright
Balance Facial
Thrive Causem...

$36.00
Thrive Moisture
Flash Active
Thrive Causem...

$35.00
Thrive Filtered
Effects Blurring Face
Thrive Causemetics

$16.95
THRIVE All
Natural Face
Amazon.com
★★★★★ (17)

$83.00
Thrive Exfoliate &
Moisturize Set |
Thrive Causemetics

$35.00
Thrive Skincare
Starter Kit (Cleanser,
Thrive Causemetics

$12.95
Thrive Natural
Mens Face
eBay
Free shipping

$68.00
Thrive Face
Cleansing Duo |
Thrive Causemetics

$8.00
Thrive
Face
eBay
★★★★

**Clear all filters**

**BRAND**

- [ ] Thrive
- [ ] Andalou Naturals
- [ ] Alaffia
- [ ] Acure
- [ ] Weleda

+10 more

**PRICE**

- ( ) Up to $20
- ( ) $20 - $40
- ( ) $40 - $90
- ( ) Over $90

$min to $max

Go

**SELLER**

- [ ] Thrive Causemetics
- [ ] Sephora
- [ ] Piping Rock Health Products
- [ ] toyboxtech
- [ ] eBay

+10 more

Ads









$68.00
Thrive Causemetics
Thrive Face Cleansing
Duo | Thrive

$8.00
eBay
★★★★★ (17) · Free shipping
Thrive Natural Face

Special Offer
$30.90 $61.80
toyboxtech
Free shipping
THRIVE All Natural Face

Special Offer
$51.90 $103.80
toyboxtech
★★★★★ (17) · Free shipping
Thrive Natural Face

Special Offer
$23.70
Maxedbuy.com
★★★★★ (42) · Free shippin
Thrive Natural Face

Special Offer
$38.90 $77.80
toyboxtech
★★★★★ (42) · Free shippin
THRIVE NATURAL

$12.95
Amazon.com
($3.83 / 1 fl oz) · ★★★★★ (33)
THRIVE Natural Face









$20.70
Healthy Planet Shopping
Free shipping
Emulate Natural Care

$18.99
Piping Rock Health Product
★★★★★ (18)
Hyaluronic Cream, 4 Oz

$34.00
Mercari
Thrive Skin Cream
(Thrive) - Skin Care |

HIGHLY RATED
$5.99
Piping Rock Health Product
★★★★★ (369)
Retinol Cream (Ultra

$160.00 $206.00
Poshmark
Skincare Other | Thrive
Skin Infinite Skincare

HIGHLY RATED
$5.59
Piping Rock Health Product
★★★★★ (190)
Collagen & Placenta

$28.00
ModeSens
Free shipping
BEAUTY CARE









Special Offer    HIGHLY RATED    HIGHLY RATED

Feedback



Ads ⓘ

Microsoft Bing | thrive natural care amazon

**ALL**   **SHOPPING**   IMAGES   VIDEOS   MAPS   NEWS

🏠 SHOPPING HOME   ⚏ DEPARTMENTS ▾   STORES ▾   DEALS   ⚡ TRENDING PRODUCTS   ⬇ PRICE DROPS   ✎ EDITOR'S PICKS   ⬚ MY COLLECTIONS

Bing Shopping > thrive natural care amazon

⚏ ▦ | ⬚ My collections

Ads ⓘ


$35.00
Thrive Brilliant Face Brightener
Thrive Causemetics


$32.00
Thrive Bright Balance Facial
Thrive Causem...


$59.00
Thrive Liquid Light Therapy
Thrive Causem...


$38.00
Thrive Buildable Blur CC Cream
Thrive Causem...


$36.00
Thrive Moisture Flash Active
Thrive Causem...


$26.00
Thrive Liquid Balm Lip
Thrive Causem...


$49.00
Thrive Defying Gravity
Thrive Causeme...


$24.00
Thrive Brilliant Eye Brightener
Thrive Causem...


$38.00
Thrive Buildable Blur CC Cream
Thrive Causem...


$12.95
THRIVE Natural Face Wash Gel For Men &
Amazon.com
★★★★★ (33)


$35.00
Thrive Skincare Starter Kit (Cleanser,
Thrive Causemetics

$15.95
THRIVE Natura Face Moisturiz
Amazon.com
★★★★★ (17)

---

Clear all filters

**SHOW ONLY**
☐ Available nearby

**BRAND**
☐ Thrive
☐ Andalou Naturals
☐ Thrive Brilliant
☐ Natural Care
☐ Moringa
+3 more

**PRICE**
○ Up to $20
○ $20 – $40
○ $40 – $70
○ Over $70
[$min] to [$max]
[Go]

**SELLER**
☐ Thrive Causemetics
☐ Walmart
☐ eBay
☐ Amazon.com
☐ toybextech
+10 more

Ads ⓘ



POPULAR
$35.00
Thrive Causemetics
Thrive Skincare Starter Kit (Cleanser,



$15.95
Amazon.com
($7.97 / 1 fl oz) · ★★★★★ (17)
THRIVE Natural Face


$19.00 $57.00
NativePath
1 Best Grass-Fed Collagen Peptides
4.2K+ ⬤


$35.00
Thrive Causemetics
Thrive Filtered Effects Blurring Face Primer |


$43.95
Amazon.com
★★★★★ (15) · ⬚ Free shipping
Thrive Natural Men's


$16.95
Amazon.com
($8.48 / 1 fl oz) · ★★★★★ (17)
THRIVE All Natural Face

$118.00
Thrive Causemetics
Thrive Smart Skincare Set | Thrive


$83.00
Thrive Causemetics
Thrive Exfoliate & Moisturise Set | Thrive


$68.00
Thrive Causemetics
Thrive Face Cleansing Duo | Thrive


$38.00
Thrive Causemetics
Thrive Buildable Blur CC Cream Broad Spectrum



$13.45
Walmart
★★★★★ (17)
Thrive Natural Face


$54.95
Amazon.com
★★★★★ (15) · ⬚ Free shipping
THRIVE Natural VIP


$73.00
Thrive Causemetics
Thrive Bright Balance Cleanser & Defying


$35.95
Walmart
★★★★★ (8)
Thrive Natural Deep





16% price drop





Sign in | 50 ⬤

⬚ Feedback

# TRIAL EXHIBIT NO. 311









☰ **Google** Shopping        🔍 "thrive natural care"                    ✕    🛒  ⚏  **Sign in**

See "thrive natural care"                                                                    Sponsored ⓘ

**Show only**

☐ 📍 Available nearby
☐ 🛒 Buy on Google
☐ 🏪 Smaller stores

**Price**

○ Up to $15
○ $15 – $30
○ $30 – $45
○ Over $45

[ $ Min ] – [ $ Max ]

**Category**

○ Facial Moisturizers
○ Travel Toiletries
○ Sunscreen







Thrive Bright Balance Cleanser & Defying Gravity...
**$73.00**
Thrive Causemetics
Free shipping

THRIVE Natural Shave Soap & Shower Soap Bar ...
**$12.95**
Amazon.com - Sell...
Special offer

THRIVE Natural VIP Men's Skin Care Set (4 Piece) –...
**$54.90**
Amazon.com - Sell...
Free shipping

THRIVE Natural Face Moisturizer – Non-Greasy...
**$15.95**
Amazon.com - Sell...
Special offer

THRIVE Moisturizin Mineral Fac
**$24.95**
Amazon.co
Special off

About this page ⓘ





















# TRIAL EXHIBIT NO. 150


Deliver to Stephen
Los Angeles 90034

Beauty & Personal Care ▾

Hello, Stephen
Account & Lists ▾

Returns
& Orders

0

All   Pet Supplies   Buy Again   Amazon Business ▾   Shopper Toolkit   Groceries ▾   Livestreams   Health & Household   Amazon Basics

All Beauty   Premium Beauty ▾   Makeup ▾   Skin Care ▾   Hair Care ▾   Fragrance ▾   Tools & Accessories ▾   Personal Care ▾   Oral Care ▾   Men's Grooming ▾

Beauty & Personal Care   ›   Skin Care   ›   Sunscreens & Tanning Products   ›   Sunscreens   ›   Facial Sunscreens

# THRIVE Natural Moisturizing Mineral Face Sunscreen SPF 30, 2 Ounces – Lightweight Moisturizer Broad-Spectrum Matte Natural Face Sunblock with Clear Zinc Oxide & Antioxidants – Vegan, Made in USA & Non Greasy (Packaging May Vary)

Visit the Thrive Natural Care Store

1,647 ratings
| 87 answered questions

Price: ~~$24.95~~ Details
Prime Price: **$22.45** ($11.23 / Fl Oz)
FREE Same-Day
& FREE Returns
You Save: $2.50 (10%)
Includes $2.50 Prime savings

Thank you for being a Prime Member. Get $125 off: Pay $0.00 ~~$22.45~~ upon approval for the Amazon Business Prime Card. Terms apply.

Size: **2 Fl Oz**



TNC03303

1 / 14

8/23/2021    Amazon.com: Natural Moisturizing Face Sunscreen SPF 30 Includes ... Face Weightless Moisturizer Brand Spc Drum Matt...

Case 2:20-cv-09091-PA-AS Document 174-2 Filed 10/26/21 Page 68 of 169 Page ID #:8941

**2 Fl Oz**
$22.45
($11.23 / Fl Oz)

**2 Fl Oz (Pack of 2)**
$40.45
($10.11 / Fl Oz)

**2 Fl Oz (Pack of 3)**
$57.55
($9.59 / Fl Oz)

Style: **Face**

| | |
|---|---|
| Ingredients | Zinc Oxide 20%, Water, Coco-Caprylate, |
| | See more |
| Scent | Scented |
| Sun Protection | 30 SPF |
| Item Weight | 2 Ounces |
| Skin Type | Oily, Combination, Normal |

## About this item

- LIGHT DAILY MINERAL SUNSCREEN FACE SUNBLOCK WITH 20% ZINC OXIDE – Non-nano Zinc Oxide sunscreen creates a physical barrier to the sun. Safe & healthy alternative to chemical sunscreens. No white cast, fast absorbing, non-greasy, non oily & non-sticky and doesn't sting eyes. Matte finish, non-tinted mineral sunscreen. Our upgraded formula allows better layering on your skin and helps reduce pilling with other skincare products you may use in your routine.
- SUN DEFENSE & REPAIRING FACE MOISTURIZER – All natural daily face lotion with SPF 30 hydrates, nourishes, and revitalizes skin while providing broad-spectrum protection against UVA/UVB rays. Anti-oxidant infused sun block formula for men and women helps repair skin damaged by sun and environmental stressors
- EFFECTIVE NATURAL INGREDIENTS & UPGRADED FORMULA – Powered by Thrive's antioxidant rich

TNC03304

Costa Rican super-plants, Juanilama, Fierrillo and Coralillo combined with Arabica coffee oil, Wakame seaweed, & Tazman pepper. Plant-derived formula helps reduce irritation and redness while repairing skin from sun exposure, pollution, and daily stressors. Upgraded formula contains our newest regeneratively farmed plant, Corallio, bringing a boost of antioxidants, skin soothing and skin healing benefits.

- HIGH QUALITY & SATISFACTION GUARANTEED – No chemical sunscreen filters, cruelty-free, vegan, PABA-free, GMO-free, paraben-free, no synthetic colors or unhealthy ingredients. We have replaced our previous preservatives with two new innovative, plant derived ingredients that are healthier and more gentle for your skin. No synthetic fragrances added, only a subtle citric scent from the natural essential oils. 100% Satisfaction Guarantee: if you don't love your Thrive, we'll refund your purchase

- SUPPORTS COSTA RICAN FARMERS – With every purchase, you get a healthy natural facial moisturizer & sun screen while helping support the rural farmers who produced our super plants. Thrive's business model and supply chain is designed to help farmers restore degraded soil on









4 VIDEOS




...um Original 50 Sunscreen ...tion | Vegan and Reef Friendly (Octinoxate & Oxybenzone Free) Broad Spectrum Moisturizing

https://www.amazon.com/dp/B07RFJ29SX?ref=emc_p_m_5_i&th=1

TNC03305

8/23/2021    Amazon.com – Natural Moisturizing Face Sunscreen SPF 30, 2 Ounces – Lightweight Moisturizer Broad Spectrum Matt…

Case 2:20-cv-09091-PA-AS   Document 174-3   Filed 10/26/21   Page 70 of 169   Page ID #8943





**Sunscreen Balm**
protects from sun
hydrates & restores

UVA/UVB
Sunscreen with
Vitamin E | 8 oz

$15.99

(37666)

✔ Climate
Pledge Friendly

broad spectrum SPF 30
non-nano zinc
mineral sunscreen

2 FL. O



**Introducing
Amazon
Pharmacy**
Now you can have
your medication
delivered just like
everything else.

Learn more >

Roll over image to zoom in

## Make it a bundle

We found **3 bundles** with this item:

THRIVE Natural Moisturizing
Mineral Face Sunscreen SPF 30, 2
Ounces – Lightweight Moisturizer…



HRIVE Natural Mineral
Face Sunscreen SPF30
And Natural Face Wa…

$30⁹⁵ $37.90

1
This bundle contains **2
items**

THRIVE Natural Daily
Mineral Face Sunscreen
SPF30, Refreshing Fa…

$43⁹⁵ $52.85

This bundle contains **3
items**

THRIVE Natural Daily
Mineral Face Sunscreen
SPF30 And Face Scru…

$31⁹⁵ $39.90

This bundle contains **2
items**

## Frequently bought together

 +  + 

Total price: $50.35

[ Add all three to Cart ]

☑ **This item:** THRIVE Natural Moisturizing Mineral Face Sunscreen SPF 30, 2 Ounces – Lightweight Moisturizer Broad-S…   $22.45 ($11.23/Fl Oz)

☑ THRIVE Natural Face Wash Gel for Men & Women – Daily Facial Cleanser with Anti-Oxidants & Unique Premium Nat…   $12.95 ($3.83/Fl Oz)

☑ THRIVE Natural Face Scrub for Men & Women – Exfoliating Face Wash with Anti-Oxidants Improves Skin Texture, Un…   $14.95 ($4.42/Fl Oz)

## Special offers and product promotions

- Get a $125 Amazon.com Gift Card upon approval for the Amazon Business Prime American Express Card. Terms apply. Learn more.

## Have a question?

Find answers in product info, Q&As, reviews

Case 2:20-cv-09091-PA-AS Document 174-3 Filed 10/26/21 Page 71 of 169 Page ID #:8944

Type your question or keyword

---

**Product Description**

# HEALTHIER NATURAL MINERAL FACE SUNSCREEN





**WHAT IT DOES**

- Provides broad spectrum SPF 30 sun protection
- Hydrates, nourishes, & revitalizes skin
- Helps reduce irritation & redness and repairs skin from daily stressors

**WHY IT IS BETTER**

- SAFE for you and the planet: non-nano zinc oxide blocks sun's UVA/B rays and is reef-safe
- Quickly absorbs, without residue or greasy feel
- Unique-to-Thrive Superplants, Juanilama, Fierrillo & Coralillo, infuse skin-protecting antioxidants*
- Regenerative farming, cruelty-free, GMO-free, vegan

**THRIVE'S UNIQUE SUPER-PLANTS**

# The strength of three unique-to-Thrive plants in a powerful skincare experience

TNC03307

8/23/2021    Amazon.com : Thrive Natural Moisturizing Cream Face + Eye – Subscreen SPF 10+ Includes Lightweight Moisturizer Broad Spectrum Matt…

Case 2:20-cv-09091-PA-AS   Document 174-3   Filed 10/26/21   Page 72 of 169   Page ID #:8945

 

Thrive harnesses the strength of botanicals from Costa Rica. Our regenerative farming method boosts the potency & purity of these superplant oils.

**Juanilama**: citric-scented herb with potent germ fighting properties for skin restoration & protection*

**Fierrillo**: rainforest vine with potent antioxidants to help combat irritation, redness, & stress impacts on skin*

**Coralillo**: jungle shrub with anti-inflammatory properties used by indigenous Costa Ricans to heal skin*

*Statements not evaluated by FDA



TNC03308

Case 2:20-cv-09091-PA-AS　Document 174-3　Filed 10/26/21　Page 73 of 169　Page ID
#:8946



**Your Positive Impact**

Your Thrive purchase directly supports a beautiful idea: a business's activities, from start to end, from our farms to your face, should leave people and planet *healthier.* How? Read on…

Visit Thrive

⬤ ◯ ◯ ◯

| | |
|---|---|
| **Q** | Does this product have any of the following: oxybenzone, avobenzone, octisalate, octocrylene, homosalate, or octinoxate? ▼ |

| | |
|---|---|
| **Q** | What is different in the new upgraded formula? (See more details in product bullets) ▼ |

| | |
|---|---|
| **Q** | What does it smell like? ▼ |

| | |
|---|---|
| **Q** | Is this product for men and women? Or just men? ▼ |

| | |
|---|---|
| **Q** | How can I contact Thrive about my order? ▼ |

## Try Other Thrive Products

8/23/2021    Amazon.com : Natural Moisturizing Mineral Face Sunscreen SPF 30, 2 Ounces – Lightweight Moisturizer Broad-Spectrum Matt…

Case 2:20-cv-09091-PA-AS   Document 174-3   Filed 10/26/21   Page 74 of 169   Page ID #:8947







| | **Daily Defense Sunscreen** | **Face Wash** | **Face Scrub** |
|---|---|---|---|
| **USE** | Protect from Sun & Moisturize | Wash | Exfoliate |
| **BENEFIT** | Blocks UVA/UVB rays & hydrates | Deep cleans without drying | Removes dry skin, cle |
| **Size** | 2 Oz | 3.38 Oz | 3.38 Oz |
| **Powered by Thrive Superplants** | ✓ | ✓ | ✓ |
| **Cruelty Free & Vegan** | ✓ | ✓ | ✓ |

## Compare with similar items

| | | | |
|---|---|---|---|
|  |  |  | |
| **This item** THRIVE Natural Moisturizing Mineral Face Sunscreen SPF 30, 2 Ounces – Lightweight Moisturizer Broad-Spectrum Matte Natural Face Sunblock with Clear Zinc Oxide & Antioxidants – Vegan, Made in USA & Non Greasy (Packaging May Vary) | CETAPHIL Sheer Mineral Sunscreen Lotion for Face & Body \| 3 fl oz \| 100% Mineral Sunscreen: Zinc Oxide & Titanium Dioxide \| Broad Spectrum SPF 50 \| For Sensitive Skin \| Dermatologist Recommended Brand | Neutrogena Sheer Zinc Oxide Dry-Touch Mineral Face Sunscreen Lotion with Broad Spectrum SPF 50, Oil-Free, Non-Comedogenic & Non-Greasy Zinc Oxide Facial Sunscreen, Hypoallergenic, 2 fl. oz | Australian Gold Botanical Sunscreen Natural Spray SPF 30, 6 Ounce \| Broad Spectrum \| Water Resistant |
| Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| **Customer Rating** (1647) | (2789) | (5904) | (5908) |
| **Price** $22⁴⁵ | $10⁹⁹ | $9³⁰ | $10⁷⁹ |
| **Shipping** | | | |
| **Sold By** Thrive Natural Care | Amazon.com | Amazon.com | Amazon.com |

TNC03310

8/23/2021    Amazon.com: THRIVE Natural Moisturizing Mineral Face Sunscreen SPF 30, 2 Ounces - Lightweight Moisturizer Broad Spectrum Matt…

Case 2:20-cv-09091-PA-AS   Document 174-3   Filed 10/26/21   Page 75 of 169   Page ID #:8948

## Product description

Size: **2 Fl Oz** | Style: **Face**

High-performance ecofriendly face moisturizer and sunscreen for daily use. Healthy, chemical-free zinc oxide helps shield skin from harmful UVA/UVB rays. Loaded with Thrive's unique antioxidant superplants Juanilama and Fierillo. Plus Wakame Kelp, Tazman PepperTM and Arabica coffee oil to help reduce sun damage and signs of premature aging. Great all-day hydration. Quickly absorbs without white residue or greasy feel

## Product information

Size: **2 Fl Oz** | Style: **Face**

| | |
|---|---|
| Product Dimensions | 1.5 x 1.1 x 4.8 inches; 2 Ounces |
| Item Weight | 2 ounces |
| Manufacturer | THRIVE NATURAL CARE |
| ASIN | B07RFJ29SX |
| Item model number | 0852200005183 |
| Customer Reviews | 1,647 ratings<br>4.4 out of 5 stars |
| Best Sellers Rank | #8,415 in Beauty & Personal Care (See Top 100 in Beauty & Personal Care)<br>#11 in Amazon Launchpad Day 2 Deals<br>#98 in Amazon Launchpad Small Business Promotion<br>#163 in Skin Sun Protection |

### Feedback

Would you like to **tell us about a lower price?**

# Videos

### Videos for this product



0:50

Unboxing: Thrive Daily Defense Sunscreen SPF 30

Beautiful Day



0:21

Healthier Natural Mineral Face Sunscreen for People & Planet

Thrive Natural Care



0:50

Unboxing: THRIVE Natural Moisturizing Mineral Face…

Beautiful Day



Customer R work

Michele Merc

Upload your video

# Important information

## Ingredients

Zinc Oxide 20%, Water, Coco-Caprylate, Dicaprylyl Carbonate, Glycerin, Lauryl Glucoside, Microcrystalline Cellulose, Propanediol, Cetyl Alcohol, Polyglyceryl-2 Dipolyhydroxystearate, Polyglyceryl-4 Laurate/Sebacate, Polyglyceryl-6 Caprylate/Caprate, Undaria Pinnatifida (Wakame) Extract, Phytic Acid, Cellulose Gum, Xanthan Gum, Polyhydroxystearic Acid, Coffea Arabica (Coffee) Seed Oil, Ethyl Macadamiate, Fridericia chica (Arrabidaea Chica) Extract, Lippia Alba Oil, Hamelia Patens Extract, Tasmannia Lanceolata Fruit/Leaf Extract, Rosmarinus Officinalis (Rosemary) Leaf Extract,

Helianthus Annuus (Sunflower) Seed Oil, Triethoxycaprylylsilane, Caprylyl Glyceryl Ether, Caprylhydroxamic Acid, Natural Fragrance (of orange, grapefruit, lemon, anise, guaiacwood, cedarwood, peppermint, davana, patchouli, vetiver oils)

## Customer questions & answers

mascara

**All**  Product Information  Customer Q&A's  Customer Reviews

Customer Reviews

**Updated- new favorite!!**

By Hayley McLaughlin on May 8, 2020

I have been using product daily for 2 weeks and I am very impressed. It goes on smooth and evenly and doesn't leave an oily residue. I can use it right around my eyes (which is rarely the case with other sunscreens- even mineral based). The smell is very mild, but lovely - think essential oil sweet orange. I've worn this on sweaty hikes in the mountains and it doesn't attract dirt or run on my face or neck. I've worn it to work all day as well. I don't wear much makeup but I do wear a creme blush and mascara to work (now that we are in masks). I have noticed that the mascara does great even if I have applied this around my eyes first, but the blush doesn't blend well over this sunblock. A powder blucher is better suited to this block and I suspect it would stay on longer due to it's non-greasy nature. While it doesn't feel moisturizing, it doesn't dry my face at all and still keeps a neutral/matte finish all day. I LOVE THIS BLOCK! It has replace all others in my cabinet. see less

**Easy to apply, but watch the eyes!**

By Dinah Massie on June 30, 2021

I like Thrive products and have bought eye liner and mascara from them as well as moisteurizer. My dermatologist told me to get sunscreen to wear every day, so I bought this.

The first day I wore it, I put it all over my face and at 9am went walking (as I do daily) for a brief exercise break at work. I'm in Humid Houston, and by early morning the sweat drips freely. In fact, the sweat ran into the sunscreen, which ran into my eyes. And it burned like a thousand tiny flames of hell.

Four hours later and my eyes are still a little red. see less

See 2 matching customer reviews ›

**Don't see the answer you're looking for?** | Post your question

Customers also asked

why is there no cap to cover the pump? how can I bring it anywhere? | Is this gluten free?

Can this be used as a daily moisturizer? | Is this product oily?

Love this product and would love to keep an extra bottle in my car. Will storing the bottle in a hot car affect its quality/effectiveness?

## Customer reviews

### 4.4 out of 5

1,647 global ratings

| | | |
|---|---|---|
| 5 star | | 68% |
| 4 star | | 15% |
| 3 star | | 8% |
| 2 star | | 5% |
| 1 star | | 5% |

### Reviews with images

  

See all customer images

**Read reviews that mention**

TNC03312

8/23/2021 Amazon.com: Thrive Natural Moisturizing Facial Sunscreen SPF 30/50 - Face Sunscreen + Face Moisturizer Broad Spectrum Matt…

Case 2:20-cv-09091-PA-AS Document 174-3 Filed 10/26/21 Page 77 of 169 Page ID #:8950

How are ratings calculated?

## By feature

| | |
|---|---|
| Light weight | 4.8 |
| Sun protection | 4.5 |
| Easy to spread | 4.5 |

See more

## Review this product

Share your thoughts with other customers

Write a customer review

| white cast | sun protection | mineral sunscreen | white residue |
|---|---|---|---|
| zinc oxide | sensitive skin | highly recommend | easy to apply |
| goes on smoothly | easy to spread | tried many | really like | citrus smell |

Top reviews

## Top reviews from the United States

 kb8

**I highly recommend the THRIVE sunscreen even for dark skin!**
Reviewed in the United States on July 16, 2019
Size: 2 Fl Oz    Style: Face    Verified Purchase

This sunscreen is amazing as it moisturizes very well, provides great protection in the sun and blends in well even with my dark skin tone. I love that I could go in and out of the ocean more than 5 times before I felt I needed to reapply! This is a great product with environmental friendly ingredients that that is likely more safe than some of the other products, I highly recommend this sunscreen!

311 people found this helpful

Helpful    Report abuse

 Precise Disarray    Top Contributor: Pets    TOP 50 REVIEWER    VINE VOICE

**no white cast, super moisturizing, dewy finish, citrus scent**
Reviewed in the United States on July 15, 2019
Size: 2 Fl Oz    Style: Face    Verified Purchase

I have a shelf of sunscreens. I am trying to find the perfect sunscreen for daily use on my face. I happen to be fair skinned, so if it happens to have a white cast, it isn't too noticeable. But still, I'd like to not even have to worry about it. I also would prefer not to use chemical sunscreens. I often use those on my body, but for my face which is more sensitive- the physical (mineral) sunscreens is better for me. There is NO white cast with this, so definitely fine for darker skin tones if you are looking for a physical sunscreen.

This sunscreen is nice. I hot days or days I know where I will be sweating a bit, I don't bother with my expensive skin care routine, since I am likely to sweat it off. This sunscreen offers some skin care goodies above and beyond non nano zinc oxide. So I feel like I am still doing something for my skin, including moisturizing it. According to description, it has antioxidant super plants:
--Juanilama: anti-bacterial, anti-fungal and anti-oxidant (87% more than vitamin E)

Read more

250 people found this helpful

Helpful    Report abuse

 GC

**It's feels nice so far.**
Reviewed in the United States on April 25, 2020
Size: 2 Fl Oz    Style: Face    Verified Purchase

Right now, I'm patch testing the sunscreen on my hand. So far, I've noticed my hand looks and feels smoother, and most importantly, i have been looking for a sunscreen that wouldn't give my brown skin a white overcast and this product delivers. In my attempt to incorporate sunscreen into my skin care routine as a black woman, i've had a lot of trouble

8/23/2021 Amazon.com - Natural Moisturizing Face Sunscreen SPF 30, Includes — Lightweight Moisturizer Broad spectrum Matt…

Case 2:20-cv-09091-PA-AS Document 174-3 Filed 10/26/21 Page 78 of 169 Page ID #:8951

with looking grey/purple, but if this patch test goes well, i'll update how it behaves on the face! Only complaint i can have so far is i'm not too much of a fan of having fragrance in my skin products, both body and face, but i might make an exception here.

Edit: Its now may 6th, it's been a while. still have no complaints, really. it works! doesn't show up on my skin, haven't had any adverse reactions.

44 people found this helpful

| Helpful | Report abuse |

### MHG

**Like no other sunscreen I've tried.**

Reviewed in the United States on July 1, 2019

Size: 2 Fl Oz     Style: Face     Verified Purchase

I absolutely love this sunscreen - and I am very picky because I have skin sensitivities. Wish it came in a bigger bottle! Healthy zinc option without the thick, white feel of other sunscreens. And it smells so fresh. My husband and boys all liked it too. The fact that is also helps Costa Rican farmers makes it even better.

57 people found this helpful

| Helpful | Report abuse |

### chicky

**Great as both moisturizer and sunscreen**

Reviewed in the United States on July 13, 2019

Size: 2 Fl Oz     Style: Face     Verified Purchase     Early Reviewer Rewards (What's this?)

I like this product so far. I've been using it as a moisturizer and sunscreen for about a week under my make up or alone. It works really well as both.
I like the fact that it's good for my skin. Also, I like mineral sunscreen and this one doesn't leave a white cast. It has a slight citrusy scent but it doesn't bother me. It's also a bit runny and sinks into the skin quickly. I highly recommend this product.

47 people found this helpful

| Helpful | Report abuse |

### Fiona

**Good ingredients, no residue but makes my face shiny**

Reviewed in the United States on July 28, 2019

Size: 2 Fl Oz     Style: Face     Verified Purchase

This is the first product I have ever used for facial sunscreen and wanted to make sure that what I chose was the best I could get. The reviews seemed very very high and I went for it. I love that they use products that are safe for the environment and that don't make me fear for what's getting into my body.
But this sunscreen does make my face shiny, unlike some reviews I saw, I guess some may call it a nice "glow" but I don't really like it, I could start putting powder over it I guess but I try to use as little on my face as possible. Since it's more on the oily side, I've actually gotten a couple pimples on my chin from it, and I haven't had a pimple in months (which I was pretty proud of).
This sunscreen however, is not chalky like other sunscreens which I really like, and very easy to spread, just like any other facial moisturizer would. Sometimes looking at other people you can clearly see the white on their fuzzy facial hair, but with this one it sort of soaks into the skin leaving no visible residue behind.

36 people found this helpful

| Helpful | Report abuse |

### Douglas McLachlan

**Must have: skin glows, natural, great price**

Reviewed in the United States on July 1, 2019

Size: 2 Fl Oz     Style: Face     Verified Purchase

**TNC03314**

Case 2:20-cv-09091-PA-AS   Document 174-3   Filed 10/26/21   Page 79 of 169   Page ID #:8952

You can tell from the first use that this is high quality product. Great, light scent, massages into skin quickly, and left an impressive skin glow. You won't find better quality at even double the price (I checked...lol!). It definitely punches above its weight. It even absorbed into my beard easily--no crazy "beard cake". I only trust zinc oxide sunscreens, the other chemical sunscreens on the market just aren't worth the risk. And I like the company's environmental/sustainable development stewardship. They're like the Patagonia of skin care.

Lastly, it's a good vacation gift, because it can travel through airport security, and the cap won't let it squirt out in your bag.

35 people found this helpful

Helpful    Report abuse

 Joel Makower

**You won't find a better men's skincare product**

Reviewed in the United States on June 30, 2019

Size: 2 Fl Oz    Style: Face    **Verified Purchase**

Like all Thrive's products, this one has become a staple for me. It's a light, hydrating face balm that I use daily. It's smooth and not at all oily, unlike some cheap sunscreens, so you can use it every day. No strong fragrance. Plus, I love Thrive's mission — to restore the planet just as it does our skin while supporting farmers in Costa Rica, where its plants are sourced — which makes it healthy for the earth as well as for the rest of us.

26 people found this helpful

Helpful    Report abuse

See all reviews ›

**Pages with related products.** See and discover other items: Best tinted sunblocks for face, Sunscreens for Faces, Explore zinc oxide sunscreens for faces, Explore clear sunscreens for faces, Explore Facial Sunscreens

**Disclaimer:** While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

## Product details

Size: **2 Fl Oz**   |   Style: **Face**

**Product Dimensions** : 1.5 x 1.1 x 4.8 inches; 2 Ounces

**Item model number** : 0852200005183

**UPC** : 852200005183

**Manufacturer** : THRIVE NATURAL CARE

**ASIN** : B07RFJ29SX

**Best Sellers Rank:** #8,415 in Beauty & Personal Care (See Top 100 in Beauty & Personal Care)

   #11 in Amazon Launchpad Day 2 Deals

   #98 in Amazon Launchpad Small Business Promotion

   #163 in Skin Sun Protection

**Customer Reviews:**

   1,647 ratings

Back to top

**TNC03315**

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
| --- | --- | --- | --- |
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Secured Card | Your Orders |
| Sustainability | Become a Delivery Driver | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Start a package delivery business | Amazon Business Line of Credit | Amazon Prime |
| Investor Relations | Advertise Your Products | Shop with Points | Returns & Replacements |
| Amazon Devices | Self-Publish with Us | Credit Card Marketplace | Manage Your Content and Devices |
| | Host an Amazon Hub | Reload Your Balance | Amazon Assistant |
| | › See More Make Money with Us | Amazon Currency Converter | Help |

English

United States

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Web Services Scalable Cloud Computing Services |
| Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | East Dane Designer Men's Fashion | Fabric Sewing, Quilting & Knitting |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |
| | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Second Chance Pass it on, trade it in, give it a second life | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2021, Amazon.com, Inc. or its affiliates

# TRIAL EXHIBIT NO. 233

see more

★★★★☆ **Easy to apply, but watch the eyes!**

By Dinah Massie on June 30, 2021

I like Thrive products and have bought eye liner and mascara from them as well as moisteurizer. My dermatologist told me to get sunscreen to wear every day, so I bought this.

The first day I wore it, I put it all over my face and at 9am went walking (as I do daily) for a brief exercise break at work. I'm in Humid Houston, and by early morning the sweat drips freely. In fact, the sweat ran into the sunscreen, which ran into my eyes. And it burned like a thousand tiny flames of hell.

Four hours later and my eyes are still a little red. see less

Customers also asked

is this greasy? I have tried at least 30 sunscreens and they all leave my skin oily....does it really absorb?

Is this truly non—nano zinc oxide? that is stated in some descriptions, but on the ingredient list it only states zinc oxide.



**Your Browsing History** View or edit your browsing history

Page 1 of 4

            

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Secured Card | Your Orders |
| Sustainability | Become a Delivery Driver | Amazon Business Card | Shipping Rates & Policies |
| Press Center | Start a package delivery business | Amazon Business Line of Credit | Amazon Prime |
| Investor Relations | Advertise Your Products | Shop with Points | Returns & Replacements |
| Amazon Devices | Self-Publish with Us | Credit Card Marketplace | Manage Your Content and Devices |
| | Host an Amazon Hub | Reload Your Balance | Amazon Assistant |
| | › See More Ways to Make Money | Amazon Currency Converter | Help |

amazon

English | United States

| | | | | | |
|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Web Services Scalable Cloud Computing Services |
| Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Photography | East Dane Designer Men's Fashion | Fabric Sewing, Quilting & Knitting |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |
| Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | Amazon Second Chance Pass it on, trade it in, give it a second life | | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2021, Amazon.com, Inc. or its affiliates

# TRIAL EXHIBIT NO. 151

Case 2:20-cv-09091-PA-AS  Document 174-3  Filed 10/26/21  Page 86 of 169  Page ID #:8959

Deliver to Stephen
Los Angeles 90034          All ▾

Hello, Stephen                Returns        **0**
Account & Lists ▾             & Orders

All   Pet Supplies   Buy Again   Amazon Business ▾   Shopper Toolkit   Groceries ▾   Livestreams   Health & Household   Amazon Basics

Thrive Natural Body Mineral Sunscreen SPF 50, 4 Ounces - Water…  › Customer reviews

# Customer reviews

**4.4 out of 5**

1,647 global ratings

| | | |
|---|---|---|
| 5 star | | 68% |
| 4 star | | 15% |
| 3 star | | 8% |
| 2 star | | 5% |
| 1 star | | 5% |

Write a review

How are ratings calculated?

### Thrive Natural Body Mineral…
by Thrive Natural Care

See All Buying Options

Add to Wish List

---

## Top positive review

**All positive reviews** ›

kb8

**I highly recommend the THRIVE sunscreen even for dark skin!**
Reviewed in the United States on July 16, 2019

This sunscreen is amazing as it moisturizes very well, provides great protection in the sun and blends in well even with my dark skin tone. I love that I could go in and out of the ocean more than 5 times before I felt I needed to reapply! This is a great product with environmental friendly ingredients that

311 people found this helpful

## Top critical review

**All critical reviews** ›

Michelle Marren

**I did not have a good experience**
Reviewed in the United States on May 4, 2021

I have no doubt that many women have had great experiences with this product. I love that it is natural and plant based.

But as soon as I put the product in my face, I instantly felt all the moisture removed from

Read more

7 people found this helpful

## Questions? Get fast answers from reviewers

What do you want to know about Thrive Natural Body Mineral Sunscreen SPF 50, 4 Ounces - Water Resistant Reef Safe

See all 87 answered questions          Ask

Need customer service? Click here

---

causemetics          Search

SORT BY                    FILTER BY

Top rev…    All reviewers    All stars    Text, image, …

**FILTERED BY**

containing "causemetics"  Clear filter

1 global review

This filter only shows ratings with reviews.

---

## From the United States

S. HD

**Brilliant. Finally a winner for brown skin**
Reviewed in the United States on June 14, 2021
**Verified Purchase**

I never write reviews. But after trying mineral sunblock after mineral sunblock and finding this one, I couldn't not.
As a POC, finding a 100% mineral sunblock that doesn't leave a white cast is a struggle.
This one is amazing. It feels great on the skin, it's easy to blend into the skin, doesn't feel greasy and

TNC03300

Case 2:20-cv-09001-RA-AS Document 174-3 Filed 10/26/21 Page 87 of 169 Page ID #:8960

actually feels moisturizing to the skin. I'm not sure how it does on oilier skins, mine is dry and soaks it up.

Using it on myself and my toddler. So excited I don't have to send her to school looking like a ghost anymore, plus the ingredients are so good so I feel comfortable about her having it on all day.

Please never change your formula, Thrive!

I also use the daily defense balm on both of us for the face. Even lighter consistency and no white cast. Well done, Thrive Causemetics.

Helpful    Report abuse

‹ See all details for Thrive Natural Body Mineral Sunscreen SPF 50, 4 Ounces - Water...

## More items to explore

Page 1 of 2











NPET Pet Fountain, 101oz/3L Cat Water Fountain Dog Water Fountain with LED Light, 1 Sensor Switch, 1...
195
$34.84
FREE One-Day

Modkat Flip Litter Box with Scoop and Reusable Liner
3,611
$159.95
& Free Shipping

PETKIT Pura X Self-Cleaning Cat Litter Box xSecure/Odor Removal/APP Control Automatic Cat Litter Box for Multiple Cats
277
$599.00
& Free Shipping

Dimaka Stainless Steel Litter Box for Cat and Kitten, 6 inch Side Height, Non Stick Smooth Surface Metal...
470
$39.99
FREE One-Day

THE REFINED FE Lotus Cat Tower Furniture, Multi-Cat Tree with Scr Pad, Perches, Ho
89
$376.39
FREE Deliv

## Explore more from across the store

Page 1 of 2











EUREKA ERGONOMIC Curved Computer Desk 63 Inch for Home Office/Gaming, Height Adjustable 26"-32",...
82
$239.99
FREE Delivery

The Original Headrest for The Herman Miller Aeron Chair H3 Carbon | Colors and Mesh Match Remastered Aeron Cha...
694
$149.95
FREE Delivery

60" RGB Gaming Desk AuAg Z Shaped Gaming Table with Large Fully Cover Mouse Pad,Home and Office PC Computer Desk LED Gamer Desk...
55
$279.99
& Free Shipping
Only 7 left in stock - order...

EUREKA ERGONOMIC 360 Degree Rotating CPU Hanger, Height & Width Adjustable, Fit for Gaming and Working Demand, Black
239
$55.00
& Free Shipping

Seatcraft Diama Home Theater S Power Recline - Grain Leather - F Headrests - Cupl
99
$1,118.00
FREE Deliv

## Your Browsing History    View or edit your browsing history

Page 1 of 3











TNC03301

8/23/2021    Amazon.com: Customer reviews: Thriae Natura Body Linen 3 Sunscreen SPF 20/21 ... unces, a Matte Resistant 1 Beefsteak Sunscreen with…

Case 2:20-cv-09091-PA-AS   Document 174-3   Filed 10/26/21   Page 88 of 168   Page ID #:8961

Back to top

## Get to Know Us

Careers

Blog

About Amazon

Sustainability

Press Center

Investor Relations

Amazon Devices

## Make Money with Us

Sell products on Amazon

Sell apps on Amazon

Become an Affiliate

Become a Delivery Driver

Start a package delivery business

Advertise Your Products

Self-Publish with Us

Host an Amazon Hub

› See More Make Money with Us

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Secured Card

Amazon Business Card

Amazon Business Line of Credit

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Amazon and COVID-19

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

---

| English | United States |

---

Amazon Music
Stream millions
of songs

Amazon
Advertising
Find, attract,
and
engage
customers

Amazon Drive
Cloud storage
from Amazon

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook Publishing
Made Easy

Alexa
Actionable
Analytics
for the Web

Sell on Amazon
Start a Selling
Account

Amazon
Business
Everything
For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced
Pros
Happiness
Guarantee

Amazon Ignite
Sell your original
Digital Educational
Resources

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Book
Depository
Books With
Free
Delivery
Worldwide

Box Office Mojo
Find Movie
Box Office Data

ComiXology
Thousands of
Digital Comics

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing,
Quilting
& Knitting

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital & Print
Publishing
Made Easy

Amazon
Photos
Unlimited
Photo Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon
Warehouse
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security
Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors
App
Real-Time
Crime
& Safety
Alerts

Amazon Subscription
Boxes
Top subscription boxes –
right to your door

PillPack
Pharmacy
Simplified

Amazon
Renewed
Like-new
products
you can trust

Amazon Second Chance
Pass it on, trade it in, give
it a second life

---

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2021, Amazon.com, Inc. or its affiliates

# TRIAL EXHIBIT NO. 317

amazon seller central

Catalog | Inventory | Pricing | Orders | Advertising | Stores | Growth | Reports | Performance | Apps & Services | B2B | Brands

Messages | Help | Settings

ℹ **MSS currently does not support multi-package shipping for certain areas. You can use Ship Confirmation to ship out multiple packages for single order.**    ✕

# Order details    Order ID: # **111-8553900-6730636**    Your Seller Order ID: # 111-8553900-6730636

Go back to order list

[ Refund Order ]  [ Request a Review ]

## Order summary

| | | | |
|---|---|---|---|
| Ship by: | **Tue, Jul 16, 2019** | Shipping service: | **Expedited** |
| Purchase date: | Mon, Jul 15, 2019, 7:19 PM PDT | Fulfillment: | Amazon |
| | | Sales channel: | Amazon.com 🇺🇸 |

## Ship to

Henderson, NV 89014-4550    Contact Buyer: **Diane**

## Order contents

| Status | Image | Product name | More information | Quantity | Unit price | Proceeds | |
|---|---|---|---|---|---|---|---|
| **Payment complete** | | THRIVE Natural Face Moisturizer & Mineral Facial Sunscreen SPF 30 - Facial Moisturizer with Antioxidants & Non-Nano Zinc Oxide Broad-Spectrum Sunblock | Listing ID: 0624VZ1AJKC | 1 | $19.95 | Item subtotal: | $19.95 |
| | | ASIN: **B07RFJ29SX** | Order Item ID: 49941760245810 | | | Promotion: | -$2.00 |
| | | SKU: 852200005183-FBA | | | | **Item total:** | **$17.95** |

### Sales proceeds

Billing country/region: US
🇺🇸

Payment methods: Standard

| | |
|---|---|
| Items total: | $19.95 |
| Promotion total: | -$2.00 |
| **Grand total:** | **$17.95** |

### Seller Notes

For your records only, will not be displayed to the buyer.

### Manage Feedback

Rating : ⭐⭐⭐⭐⭐
Comments : "Thrive is an up and comer in the the cosmetics field. Their mascara is phenomenal and this facial moisturizer with sunscreen is a plus in their line."
Date : Sun, Jul 21, 2019

[ Respond to Feedback ]

Help | Program Policies | English

© 1999-2021, Amazon.com, Inc. or its affiliates

FEEDBACK ✕

TNC03493

# TRIAL EXHIBIT NO. 121





Case 2:20-cv-06081-PA-AS   Document 174-3   Filed 10/20/21   Page 93 of 169   Page ID #:8066

**Walmart**

thrive causemetics     🔍

  Account  🔁 Reorder  🛒¹

⊙ NextDay delivery     ⊙ Delivering to 94133

We're taking steps toward real change to address racism head-on.
Learn more

Premium Beauty / thrive causemetics  (See results in All departments)

1 - 4 of 4 results     **Refine by**  |  Price ∨   Top Brands ∨   Store Availability ∨     **Sort by**  |  Best Match     ∨

**Departments** —

Premium Conditioners

Premium Nail Polish & Care

Premium Sun Care & Sunscreens

**Delivery & Pickup** —

◉ Show all

◯ 2-day delivery

◯ Deliver To Home

**Brand** —

☐ AG Hair

☐ Sparitual

☐ Thrive Natural Care

---

REDUCED PRICE

**THRIVE** Natural Mineral Face Sunscreen SPF 30, 2 Oz Lightweight Non-greasy Clear Zinc Sunblock & Facial  ...

★★★★★ 3

· @generated

$19.95 List $24.95

FSA and HSA eligible

2-day delivery
Sold & shipped by
Thrive Natural Care, Inc.

---

AG Hair Curl **Thrive** Hydrating Conditioner 6 fl oz

★★★★★

· AG Hair Curl Thrive Hydrating Conditioner 6 fl oz

$14.99

Sold & shipped by
Fit & Fab

---

AG Hair Curl **Thrive** Hydrating Conditioner 6 fl oz - 2 Pack

$29.99

Sold & shipped by

O Feedback

# TRIAL EXHIBIT NO. 223

POSH MARKETS
All ⌄   Women   Men   Kids   Home   Beauty & Wellness   Brands   Parties

HOW IT WORKS   ● SELL ON POSHMARK

Home / thrive causemetics / Other

### SORRY, THIS ITEM IS SOLD!
Thrive Natural Men's Skin Care Gift Set (3 Piece)

**Find More Like This**









● starburstlife
Updated Jul 07

## Thrive Natural Men's Skin Care Gift Set (3 Piece)
thrive causemetics

**$20** ~~$49~~

NWT

SIZE   OS

**THIS ITEM IS SOLD**

♡ Like and save for later

Grooming Gift Set for men to Wash, Shave & moisturizer (NWT) Made in USA with Organic & Natural Ingredients for Healthy Skin.
OWN THE DAY KIT WITH FACE WASH, SHAVE OIL & FACE LOTION – Full-size Thrive Face Wash (100 ml), Shave Oil (60 ml), and Face Balm (60 ml) packed in an attractive box. A great gift!
HIGH QUALITY with TRULY NATURAL INGREDIENTS – contains only plant-based ingredients without any harsh synthetic additives that may cause irritation: vegan-safe, PABA-free, GMO-free & paraben-free

CATEGORY
Men   Other

SHIPPING/DISCOUNT
🏷 Seller Discount: 10% off 2+ Bundle   ›
📦 $7.11 Expedited (1-3 day) Shipping on all orders   ›
🛡 Buyer Protection & Refund Policy   ›

ABOUT THE SELLER
● CELESTE   1.3k   58.9k
   starburstlife   Listings   Followers   **View Closet**

♡ Like   💬 Comment   ↗ Share   ⚑ Report

● ● ● ● kjantsch and 4 others like this   5 Comments

● brownmrnice  have they been used
Jul 08 · Reply · ⚑

● starburstlife  @brownmrnice no they are be in package
Jul 08 · Reply · ⚑

● starburstlife  *new in package
Jul 08 · Reply · ⚑

● brownmrnice  I need 2 sets for $40
Jul 08 · Reply · ⚑

● starburstlife  @brownmrnice well i only have the one but i will accept your offer
Jul 08 · Reply · ⚑



FIND SIMILAR LISTINGS
By Size   By Color   By New With Tags

SHOP CATEGORIES
Women
Men
Kids
Home
Handbags
Shoes
Jewelry & Accessories
Makeup
Dresses

POPULAR BRANDS
Nike
Michael Kors
Louis Vuitton
lululemon athletica
PINK Victoria's Secret
Coach
Chanel
See All Brands »

COMPANY
About
Our Community
Blog
FAQs
Sell on Poshmark
How it works
We're Hiring
Engineering
Press
Accessibility

BUY AND SELL ON APP
■ App Store
▶ Google Play

CONNECT WITH US
f ⌄ 𝕏 ⌄ P ⌄ ⌾

SHOP IN
🇺🇸 United States ⌄

© 2020 Poshmark, Inc.   Privacy   Terms   Copyright Policy   Contact   Do Not Sell (California residents only)

TNC00914

# TRIAL EXHIBIT NO. 126

**From:** **Lisa Ertz** lisaertz4@gmail.com 🚩
**Subject:** Re: Lisa ◇ Alex
**Date:** June 19, 2019 at 6:40 PM
**To:** Alex McIntosh  amcintosh@thrivenaturalcare.com
**Cc:** Douglas Young  doug@athletes-ink.com

Hi Alex!

Wonderful to meet the man behind my 3 must have beauty products in my case! I'd love to chat with you sooner than later. Based on our travel schedule for soccer, I'm wondering if you might be able to talk on Tuesday, June 25th or Wednesday, June 26th at 1:00 or 2:00 pm in CA? You will note that I can probably do a multitude of other times given that it's 3:37 am in France as I write this but I am hoping that I adjust to the time change SOON! If neither of those times work—please feel free to suggest a few more.
I'm very much looking forward to talking to you and truly appreciate your interest in our mission!

Doug, as always, your connections and support is greatly appreciated!

GO USA!!

Lisa

On Thu, Jun 20, 2019 at 3:28 AM Alex McIntosh <amcintosh@thrivenaturalcare.com> wrote:
Doug thanks for connecting us and for the nice words.

Lisa, greetings from foggy SF.  There do seem to be strong points of connection between the positive impact Zach, Julie and you are aiming for, and Thrive's 'leave it better' business model.  So, yes, let's pick up the thread from Doug.

Given the quickly approaching opportunity for us to use the Amazon spotlight for mutual benefit, be good to connect in coming days.  Since you're in EU, do you want to suggest a time slot or two that work for you and I'll make it work?  I'm 9 hours behind you. We can do a call or skype chat, etc.

Look forward to connecting with you and learning more about Ertz Family Foundation.

Hope Julie & team continue their success tomorrow, vs Sweden.

Leave it better,

Alex McIntosh, co-founder & ceo
**Thrive Natural Care**
San Francisco, CA

**t:** 203.249.7285
**e:** amcintosh@thrivenaturalcare.com
join the adventure @ thrivecare.co

On Jun 19, 2019, at 9:32 AM, Douglas Young <doug@athletes-ink.com> wrote:

Hi, Lisa!

By email of email, it's my pleasure to introduce you to Alex McIntosh, founder and CEO of Thrive. I spoke with Alex last night and he was thrilled to hear that you're familiar with Thrive and might be interested in connecting the Ertz Family Foundation with Thrive's Amazon Prime Day opportunity in July. (I also shared that you're in France for all the World Cup excitement!)  I think there's great alignment between Thrive's mission to "leave it better" and Zach and Julie's philanthropic platform through the Ertz Family Foundation. There's also some serendipitous timing and geography given the upcoming Foundation event and your shared Bay Area roots.

I think there are a number of ways this could go, but maybe it's best to schedule a call at a time that's convenient to discuss ideas. At minimum, this could be a really nice way to shine a light on good people doing good work and raise some funds. My gut tells me it could be the start of a deeper, ongoing partnership.

Happy to be part of the next conversation and will defer to both of you to find a time that works best to talk.

Best,

Doug

**CONFIDENTIAL**

# TRIAL EXHIBIT NO. 28

Message

| From: | Blythe Jack [bjack@tsgconsumer.com] |
|---|---|
| on behalf of | Blythe Jack <bjack@tsgconsumer.com> [bjack@tsgconsumer.com] |
| Sent: | 12/19/2017 4:43:09 PM |
| To: | Karissa Bodnar [kbodnar@thrivecausemetics.com] |
| Subject: | Re: Margo for Blythe & TSG Biz Dev: Thrive Natural Care |



Blythe Jack
Managing Director
TSG Consumer Partners
415-533-2166 cell
www.tsgconsumer.com

On Dec 19, 2017, at 8:36 AM, Karissa Bodnar <kbodnar@thrivecausemetics.com> wrote:

Thank you! Yes, they've been on my radar due to prior TM searches. Thanks so much for sending.

Sent from my iPhone

On Dec 19, 2017, at 8:16 AM, Blythe Jack <bjack@tsgconsumer.com> wrote:

This just came in cold. But given name and mission thought you should be aware.

**Blythe Jack**
Managing Director
Office: 415.217.2343 | Mobile: 415-533-2166
http://www.tsgconsumer.com

**From:** Margo Hays
**Sent:** Tuesday, December 19, 2017 8:09 AM
**To:** Blythe Jack <bjack@tsgconsumer.com>; Mary Miller <mmiller@tsgconsumer.com>; Amy Noblin
<anoblin@tsgconsumer.com>
**Subject:** FW: Margo for Blythe & TSG Biz Dev: Thrive Natural Care

Hi Blythe, Mary and Amy,

The founder of a company called Thrive Natural Care reached out to ask if he might be connected with you. He's looking for pre-A angel investors to help him sustain his explosive growth over the past 6 months. Amazon chose them to be part of an incubator program that has resulted in them scrambling to keep pace with the incredible sales they're received as a result. Great guy and interesting mission-driven business! Let me know if you would be willing to talk with him directly.

Best,
Margo

**Margo Hays**
VP of Digital Strategy
O: 415.217.2345 | M: 415.706.5505
http://www.tsgconsumer.com

**From:** Alex McIntosh <amcintosh@thrivenaturalcare.com>
**Date:** Monday, December 18, 2017 at 11:19 PM
**To:** Margo Hays <mhays@tsgconsumer.com>
**Subject:** Margo for Blythe & TSG Biz Dev: Thrive Natural Care

Hi Margo,

Good to hear that the Zanoma and Kristin Anton referrals might have some value to you and your TSG team.  Ping with any follow up questions.

Thrive Natural Care's special new partnership with Amazon is exploding.  So I'm appreciative of your help in connecting me to a few folks who could be interested in getting ownership in my company as we rocket up.  We're now on track for 500% growth last 12 months, fueled by our inspiring/unique brand story, our proprietary ingredient offering, and this fabulous partnership with Amazon.  And I've recruited a Senior growth executive to join my team in January.

The challenge now is that Thrive's growth is greatly outpacing working capital.  So our current pre-A capital raise is an attractive opportunity for an investor who likes early stage healthy living, consumer goods, social impact, or digital innovation.

Per your request, below is a short blurb and attached are two intro docs about Thrive:

- Thrive 2page Investor Summary
- Big Amazon partnership/market info for investors

Fine to share with Blythe and your business development team, to identify potential investors who might share our vision and excitement at the opportunity ahead.  Last month, two investors (including lead investor) from last year's seed round committed to this round.  Folks are excited about our momentum and team.

Below/attached more info.  Appreciate your help making the connections.

Thanks.

Alex McIntosh, founder
**Thrive Natural Care**
San Francisco, CA

t: 203.249.7285
e: amcintosh@thrivenaturalcare.com
join the adventure @ thrivecare.co

**Thrive Natural Care Vision & Market Traction:**
Meet the future of personal care—and business.  Thrive Natural Care sells the most unique and healthy mens shave and skincare on the planet.

- Highly differentiated vision and model in a $460B market.
- A-list angel investor and management team.
- 500% revenue growth last 12 months
- Big Amazon partnership launched 10/2017 - Thrive selected as one of seven from among 2 million sellers with goal of adding $1 million to bottom line in next six months.  First promotion sold 56 days of inventory in 16 hours.
- Talented industry senior exec joining team to lead growth plan to create $500M enterprise value company.
- Better skin health powered by unique-to-market botanical oils from Costa Rica, with Thrive-owned IP.
- Innovative eComm distribution in beta that leapfrogs mass market model, gives customers personalized shave & skincare that's more effective, healthy and convenient.
- Produced by an inspiring business model that aims far beyond 'sustainable', with every purchase restoring degraded lands and boosting rural farmer incomes by 40%+
- Brought to life by a passionate team of American and Costa Rican entrepreneurs, ecologists, traditional herbalists and rural farmers.

CONFIDENTIAL

TCI_00019214

<thrive_investor_summ_v12-14-17.pdf>
<Thrive+Amazon_SFBizTimes_BOTH_Sept2017.pdf>

CONFIDENTIAL

# TRIAL EXHIBIT NO. 380

**From:** **Phil Segal** phil@digitalnative.co
**Subject:** Thrive Casuemetics
**Date:** August 12, 2019 at 9:08 AM
**To:**

Hi Alex and Brandon,

Read this article over the weekend while researching them a bit - you may have already seen it or know the story: https://www.beautyindependent.com/thrive-causemetics-major-dtc-beauty-business/

Couple interesting takeaways for me:

- They didn't really credit a specific influencer strategy or channel with their success; instead they believe that the groundswell of female consumers drove the popularity over time, and then came the other presence
- While the mission is inspiring and supportive of sales, the product quality is the main driver of purchases, as per surveying/data
- They had 1-2 specific products that really put them on the map
- They sell only on their website (no Amazon, retail, etc.)

We need to find Thrive's hero product. Sunblock would have been interesting, but I think we mostly missed the window for this year <https://trends.google.com/trends/explore?q=sunblock&geo=US>.

Despite what they say, I think we need to figure out the influencer strategy. Samples and placements.

Also, my anecdotal observation is that most of the successful DTC brands have a large Instagram presence with frequent posting. That isn't typically in my wheelhouse, so we need to figure that one out.

I have a connection with the founder of PR for Good <https://publicityforgood.com/> - her firm specializes natural consumables products with a mission. I talked with her this morning and am going to see what she proposes, and potentially suggest we put some budget there. The problem is that PR often/generally doesn't result in direct sales. But it might be a viable strategy for some of the budget, since we are heading into the holiday season (publications are putting together Gift Guide recommendations as we speak), and we have a tight deadline and probably need to fire salvos in as many channels as possible.

*Last thing*: my primary goal is for us to get a sale out this week, or possibly prep for coming Sunday / Monday (bigger eCom days). That would involve an email and FB/IG posts and boosting.

Ok that was a lot to hit you with on a Monday morning, but let me know your thoughts...

Phil Segal

*Chief Optimizer of Digital Media*
*M: (818) 730-6892*
*www.DigitalNative.co <http://www.DigitalNative.co>*

*"Great things are not done by impulse, but by a series of small things brought together."*

--000000000000b9ca28058fedba10
Content-Type: text/html; charset=utf-8
Content-Transfer-Encoding: quoted-printable

<meta http-equiv=3D"Content-Type" content=3D"text/html; charset=3Dutf-8"><d=
iv dir=3D"ltr">Hi Alex and Brandon,<div><br></div><div>Read this article ov=
er the weekend while researching them a bit - you may have already seen it =
or know the story:</div><div><a href=3D"https://www.beautyindependent.com/t=
hrive-causemetics-major-dtc-beauty-business/">https://www.beautyindependent=
.com/thrive-causemetics-major-dtc-beauty-business/</a></div><div><br></div>=
<div>Couple interesting takeaways for me: </div><div><ul><li>They didn=
't really credit a specific influencer strategy or channel with their succe=
ss; instead they believe that the groundswell of female consumers drove the=
popularity over time, and then came the other presence</li><li>While the m=
ission is inspiring and supportive of sales, the product quality is the mai=
n driver of purchases, as per surveying/data</li><li>They had 1-2 specific =
products that really put them on the map</li><li>They sell only on their we=
bsite (no Amazon, retail, etc.)</li></ul></div><div>We need to find Thrive'=
s hero product. Sunblock would have been interesting, but I think we mostly=

s hero product. Sunblock would have been interesting, but I think we mostly=
<a href=3D"https://trends.google.com/trends/explore?q=3Dsunblock&amp;geo=
=3DUS">missed the window for this year</a>.</div><div><br></div><div>Despit=
e what they say, I think we need to figure out the influencer strategy. Sam=
ples and placements.</div><div><br></div><div>Also, my anecdotal observatio=
n is that most of the successful DTC brands have a large Instagram presence=
with frequent posting. That isn't typically in my wheelhouse, so we need t=
o figure that one out.</div><div><br></div><div>I have a connection with th=
e founder of <a href=3D"https://publicityforgood.com/">PR for Good</a> - he=
r firm specializes natural consumables products with a mission. I talked wi=
th her this morning and am going to see what she proposes, and potentially =
suggest we put some budget there. The problem is that PR often/generally do=
esn't result in direct sales. But it might be a viable strategy for some of=
the budget, since we are heading into the holiday season (publications are=
putting together Gift Guide recommendations as we speak), and we have a ti=
ght deadline and probably need to fire salvos in as many channels as possib=
le.</div><div><br></div><div><b>Last thing</b>: my primary goal is for us t=
o get a sale out this week, or possibly prep for coming Sunday / Monday (bi=
gger eCom days). That would involve an email and FB/IG posts and boosting.&=
nbsp;</div><div><br></div><div>Ok that was a lot to hit you with on a Monda=
y morning, but let me know your thoughts...</div><div><br clear=3D"all"><di=
v><div dir=3D"ltr" class=3D"gmail_signature" data-smartmail=3D"gmail_signat=
ure"><div dir=3D"ltr"><div dir=3D"ltr"><div dir=3D"ltr"><div><div=
dir=3D"ltr"><div dir=3D"ltr"><div dir=3D"ltr"><div><div dir=3D"l=
tr"><div dir=3D"ltr"><div dir=3D"ltr" style=3D"font-size:small">Phil S=
egal</div><div dir=3D"ltr"><div style=3D"font-size:small"><i>Chief Optimize=
r of Digital Media<br/></i><div><i>M: (818) 730-6892</i><br/></div></div><div=
style=3D"font-size:small"><span style=3D"font-size:12.8px"><i><a href=3D"h=
ttp://www.DigitalNative.co" target=3D"_blank">www.DigitalNative.co</a></i><=
/span></div><div style=3D"font-size:small"><b><br></b></div><div><i>&quot;G=
reat things are not done by impulse, but by a series of small things brough=
t together.&quot;</i><br></div><div style=3D"font-size:small"><br></div></d=
iv></div></div></div></div></div></div></div></div></div></div=
></div></div></div></div></div></div>

--000000000000b9ca28058fedba10--

CONFIDENTIAL

TNC00836

# TRIAL EXHIBIT NO. 142

# The Next Beauty Industry Unicorn? Thrive Causemetics Is Quietly Building A Major DTC Business



Established a year after Glossier, direct-to-consumer beauty startup Thrive Causemetics receives little of its cool-girl hype. While Glossier sells aspiration in a minimalist package, Thrive exudes relatability from its signature turquoise tubes. If you haven't heard of the philanthropic vegan cosmetics brand, it might be because Thrive hasn't reeled in big-time investors, plastered cities with billboards, popped up to fuel Instagram posts or paid famous social media gurus to plug it. "It wasn't an influencer shout-out that put us on the map. It was the everyday woman who's working 9 to 5 and being a badass," says Karissa Bodnar, the 29-year-old founder of Thrive. "They influence us

## in the product development process, and they influence each other by spreading the word about the products they love."

Thrive is perhaps the beauty industry's most low-key breakout brand. Although it remains under-the-radar, one of Thrive's bestselling Liquid Lash Extensions Mascara products is snapped up every nine seconds, and it's turning into a rouged Robin Hood, doling out goods and money when societal and environmental problems demand action. The brand dedicated $25 million worth of merchandise to more than 50 organizations fighting cancer, domestic abuse and homelessness to mark its fourth anniversary earlier this year and, last year, donated a day's profits of $250,000 to help with California wildfire recovery efforts. Extrapolating based on its single-day donation, Thrive's annual profits surpass $91 million. Beauty Independent chatted with Bodnar about sustaining her brand's growth, being rejected by retailers, hiring an in-house therapist, slowly creating new products, expanding into skincare and whether altruism impacts sales.

How did the brand come to be?

Early in my life, I developed a passion for beauty. I grew up on a farm that was literally on a dirt road in a town outside of Seattle called Stanwood. I didn't have cable. I had lots of animals. I loved the way that beauty made me feel confident, but I didn't have access to makeup stores because they were so far away. The closest makeup store was over an hour away. I would go into the garden and grab whatever I could find to make makeup like spirulina and rose petals that I would mix with crayons to make lipstick. They weren't extremely sophisticated formulas, but I loved creating beauty products.

I started working as a makeup artist as a way to pay for college. I did that up until I graduated. Then, I worked for Clarisonic when it was a small startup. I worked in product development, and it was such a great experience to learn

about what it takes to build a company and a brand. At Clarisonic, we were
Case 2:20-cv-00616 Document 1 Filed 10/20/20 Page 108 of 169 PageID
#:8981
really changing the industry with a device that had never existed before.
When Clarisonic sold to L'Oréal, I went to work to work for L'Oréal in its
luxury division. I was traveling the world in my early 20s sourcing
ingredients and developing formulas in the lab. I was really living my dream
job.

I was in Paris for L'Oréal's annual conference, and my friend Kristy called
me. She was in Chile teaching English in an orphanage. I had been hell bent
on climbing the corporate ladder, and she was hell bent on philanthropy.
When she called me, she told me she had something that could be cancer.
When you are 23- or 24-years-old, you don't think something like that is
going to take somebody's life. Unfortunately, less than a year later, it took
Kristy's life.

That caused me to think about my purpose. What's my why? Why am I
here? I knew I was born to be in the beauty industry, but there wasn't a
brand I could work for where I could also give back the way I wanted. Kristy
was the catalyst for me having a carpe diem moment. If I didn't do this now,
when would I do it? She inspired me to build a brand that was much bigger
than beauty.



Thrive Causemetics founder Karissa Bodnar

## What did you start Thrive Causemetics with?

From the very beginning, I wanted to create a brand that was about more than just selling makeup, a brand that was giving back. My idea was for it to have really high-performance, vegan and cruelty-free formulas. Back when I started Thrive over four years ago, there weren't really products that were vegan, cruelty-free and also high-performance. That was something I wanted to lead with and, for the give-back mission to start, for every product purchased, one was donated to help a woman.

We just had lashes and adhesive. I literally made the adhesive in my blender at home. There wasn't a formula out there that was free of latex, sulfates and formaldehyde that was really waterproof. It's a 24-hour lash glue. It's so

TNC01132

strong even though it only has two ingredients. A funny antidote I've heard
Case 2:20-cv-00011-JRS-DLP   Document 105-2   Filed 10/30/20   Page 110 of 169
#:8983
from Jessica Simpson's team is she will put on her lashes with the adhesive on Monday to fly to New York, be there a whole week, and come back with the same lashes on. It's a very effective product without the latex, sulfates and formaldehyde that can be damaging. A lot of times women who wear lash extensions have to stop wearing them because they develop an allergy to latex. That was the inspiration for our lashes and, ultimately, for the Liquid Lash Extensions Mascara that I was working on at the same time that I was working on the lashes.

How have you evolved the brand's giving program?

Up until November 2018, for every product purchased, one was donated to help a woman thrive. When the horrible fires hit Northern and Southern California last year, I was watching the news on a Saturday, seeing the devastation and thinking that we have to take action. One of the things I love about being an independent beauty brand is that we can act very quickly. We came up with the idea of donating 100% of our profits from one day to help the recovery from the fires. Just a few days later, we were able to donate over $250,000 to help those impacted by the fires.

We are still giving products for every purchase, and we have also introduced what we call responsive giving. We give back in three different pillars: one is to help women emerging from homelessness and reentering the workforce, the second is domestic abuse, and the third is cancer. With work with hundreds and hundreds of charities. We provide them with products that they're looking for and, if they need financial assistance, we partner with them that way.

There are also moments in time where we mobilize whether it's because of a natural disaster or an occasion like International Women's Day. When the wildfires hit, there were animal groups that we partnered with, which was a very natural extension of our brand being that it's vegan and cruelty-free. Animal shelters saved the lives of thousands of animals that had been

TNC01133

On International Women's Day, we donated 100% of the profits from sales of our Buildable Blur CC Cream and Blend + Blur Sponge to She's The First. There are 130 million young girls who don't graduate from high school in the world, and that's just staggering to me. The great thing about She's The First is that girls are a part of a program that may allow them to be the first person in their families to graduate from high school. The fact that Thrive can be a part of building the next generation of strong women is one of the most amazing things we decided to do this year.

Do you think your give-back component influences purchasing decisions?

We have data on that from our community. Really, they are purchasing the products because they love the products. Our giving really matters to us, and I wouldn't be doing what I'm doing if I didn't have this incredible desire to give back. I know our employees really care about it. Our community cares very much about the giving, but, if we didn't have amazing products that are very high-performance, we wouldn't have a company.

How many products does Thrive Causemetics have today?

We started with a couple and, today, we have over 100 SKUs. I started working on our CC cream, mascara and eyeliner at the very beginning in my kitchen. In this world of fast fashion and fast beauty, we are taking time to create new formulas. We develop and own the formulas ourselves. I first started developing the CC cream, which was the first inclusive CC cream on the market, in 2015, and it didn't come out until August 2018 because it just took us that long to do. The line has developed to always have really purposeful skin-loving ingredients and super high-performance, and be vegan and cruelty-free. We develop products with our Thrive Tribe, which is our community online. They help test the products. We had thousands of women with different skin tones and types testing the CC cream formula, giving us feedback and helping us fine-tune it until the shades and formula

TNF01134

The bestseller is Liquid Lash Extensions Mascara. What really put us on the map was Infinity Waterproof Eyeliner, and that is still neck and neck with Liquid Lash Extensions Mascara as is our CC cream. Those three are really strong with our community. We created Liquid Lash Extensions Mascara with our Thrive Tribe. When it launched, I had high hopes for it, but it sold out in 48 hours. We would have it and, then, we'd sell out. For the first year, we could not keep it in stock at all, and we are just now getting to the place where we are able to satisfy the demand, which I'm so grateful for. It definitely surpassed my expectation.



Liquid Lash Extensions Mascara is Thrive Causemetics' bestseller. One of the mascaras is sold every nine seconds.

TNC01135

What are areas where you believe there are opportunities for Thrive
Causemetics in products?

Case 2:20-cv-10832 Document 1 Filed 10/09/20 Page 113 of 169 Page ID #:8986

Due to the feedback from our community, we launched the sleeping mask Overnight Sensation. It's a game changer. Our community absolutely flipped out when we launched it. The loyalty on that particular SKU had been off the charts. Because of the success of that, we have continued to develop our skincare line. I'm really exciting about building our skincare portfolio.

What's your distribution strategy?

If you asked me four years ago, I would've thought we would have built the brand at retail. What wound up happening was we had this incredible community that mobilized online, and it wasn't because of an influencer shout-out. It was because people loved the product and loved that we were giving back, and were vegan and cruelty-free. We couldn't keep up with demand online, and we still struggle to keep up with the demand on thrivecausmetics.com, where we're exclusively sold. Because of the direct connection we have with our Thrive Tribe, we can talk to them about what they are looking for from us. That's been a gift I didn't realize when I was first starting the brand.

What was it like pitching retailers?

Right now, we are very focused on thrivecausemetics.com. We have a rapidly growing direct-to-consumer business, so we're not looking to go into retail. In the beginning, when I was walking in with lab samples and a dream, and running the brand out of my apartment, they weren't particularly interested in partnering with us. It wasn't a bad experience, but I learned a lot.

When did you see the business tick up online?

At the end of 2016, we had this incredible virality with our community. We

TNC01136

Case 1:20-cv-05905-PAE Document 141-2 Filed 02/26/21 Page 114 of 169 Page ID #:8987

still had very few SKUs. We didn't even have Liquid Lash Extensions Mascara. It was because of the Infinity Waterproof Eyeliner. They went crazy for it. It started with one woman talking to another woman. We have posts that have thousands of comments of people referring their friends to the products. There was no flash sale. It was really our community coming together.



Sold exclusively on its website, Thrive Causemetics is generating an estimated $91.25 million in annual profits.

TNC01137

Can the brand keep up the growth it's been registering?

Case 1:20-cv-05953-LJL Document 16-10 Filed 10/02/21 Page 115 of 169 Page ID #:8988

I believe it can. Our customers have built our business very rapidly and profitably. We have been profitable since day one. One of our greatest assets is our community and the way that they are so loyal to us. Once a woman buys our CC cream, she is coming back and buying that in addition to the mascara and perhaps an eyeshadow palette. I think that is because of the thoughtful way that we are creating products with them versus for them. It's really the difference between a monologue, which is the old way of luxury brands, and a dialogue.

In addition to product development, how do you include the Thrive Tribe?

We include them in our giving back. When the wildfires hit, they helped us choose all five charities we gave back to. They helped me name my dog when I rescued a puppy. We name our products after inspiring and powerful women and, a lot of times, those women are in our Thrive Tribe. They are involved not only in helping us create the product, but also name it.

The brand's signature color is turquoise. Why did you select that color?

When I was starting Thrive and, even today, most cosmetics are in black or white packaging. Because we are a beauty brand with a purpose and all of our ingredients have a purpose behind them, I wanted our brand to evoke the feeling of joy. I started researching the meaning behind different colors, and I found out the meaning of turquoise is joy. One of the original mantras we had was, "Joy is the best makeup," and that's the reason I chose turquoise.

People thought I was crazy with a lot of things when I was starting the business, but two of the things that I got the most feedback on was the turquoise packaging and selling the way we are selling online. Those were experts in the beauty industry giving me that feedback, but our community is always raving about the turquoise packaging and how it makes them happy. It's easy for them to find our products in their makeup bags, and we've kept the turquoise because they love it.

TNC01138

# What digital outreach has worked for Thrive Causemetics?

Case 2:20-cv-06009-AS Document 74-3 Filed 02/28/25 Page 116 of 169   Page ID #:8989

What has worked is taking a multipronged approach. I think that, if you just focus on one area of digital—if you have an amazing site, but nobody knows your site exists—then you are going to be dead in the water. We have focused on all of the different touch points. Take customer service, for example. We hire makeup artists and aestheticians to be the ones having direct conversations with our customer. We respond to every DM, and we are getting thousands of DMs. In fact, that is one of our biggest customer service channels. We have live chat on thrivecausemetics.com. We have built a proprietary system that integrates all of our channels to make sure that we know who we are speaking to and the questions she may have asked in the past, so we can be really helpful to her.

TNC01139



On International Women's Day this year, Thrive Causemetics donated 100% of profits from sales of its Buildable Blur CC Cream and Blend + Blur Sponge to the non-profit organization She's The First.

Have you taken outside investment?

I funded the company myself in the beginning, and it was with my life savings of $100,000. Then, [friends and family supplied a] very small

amount once we got off the ground for inventory purchases

Would you be interested in taking outside investment now?

We are growing really rapidly and profitably, so it's not something that we are pursuing.

How has your role shifted?

In the beginning, I was making the products, printing the labels, packing the products into mailers and shipping the products out of my one-bedroom apartment. I was customer service. I was social media. I was digital marketing. Now, we have a team of about 40 employees that are so passionate about what we are building and the way we are giving back. I'm still in the lab making the formulas, and that will never change. I'm at every giving event. I'm very involved in anything that touches our customer. I'm kind of addicted to Instagram Live and Facebook Live. I love talking to our community. I'm still overseeing finance and operations, but I have a team that supports me on that. My priority is always the customers and the product, and I'm very involved in the day-to-day.

How have you found being a manager?

That has been a journey for me. Before Thrive, the biggest team I managed had four people. About a year ago, we hired a psychologist to work for us, which I think is something that is really groundbreaking, not just in beauty, but beyond beauty as well. Her name is Erin Brower, and she's an incredible person, therapist and mentor. She's helped me create the culture that I've always dreamed of. The North Stars for our culture is that we are clear, kind, boundaried and honest. The reason why having someone like Erin is so important is because, if we can make our team members feel that Thrive is a safe place to voice their opinions, we are able to be much more efficient, and people will live happier lives. They will able to thrive outside the workplace and inside of it.

TNC01141

# What advice do you have for beauty entrepreneur hopefuls?

Case 2:20-cv-00893-WFA-JSD Document 7-8 Filed 10/20/20 Page 193 of 368 Page ID #:8992

Whether they want to build a brand or they are looking to get their dream job, my advice for others who are pursuing their dreams is to focus on their why. My why has always been the women that we are helping. They are the ones that inspire me. Your why is what keeps you going as you are filling customer orders or staying up until 2 a.m. answering customer service emails.

TNC01142

# TRIAL EXHIBIT NO. 137

| To: | Thrive Causemetics, Inc. (pctrademarks@perkinscoie.com) |
|---|---|
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 87895130 - THRIVE CAUSEMETICS - 121715-4000 |
| **Sent:** | 8/28/2018 6:43:21 PM |
| **Sent As:** | ECOM110@USPTO.GOV |
| **Attachments:** | Attachment - 1 |
| | Attachment - 2 |
| | Attachment - 3 |
| | Attachment - 4 |
| | Attachment - 5 |
| | Attachment - 6 |
| | Attachment - 7 |
| | Attachment - 8 |
| | Attachment - 9 |
| | Attachment - 10 |
| | Attachment - 11 |
| | Attachment - 12 |
| | Attachment - 13 |
| | Attachment - 14 |
| | Attachment - 15 |
| | Attachment - 16 |
| | Attachment - 17 |
| | Attachment - 18 |
| | Attachment - 19 |
| | Attachment - 20 |
| | Attachment - 21 |
| | Attachment - 22 |
| | Attachment - 23 |
| | Attachment - 24 |
| | Attachment - 25 |

### UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)

#### OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION

**U.S. APPLICATION SERIAL NO.** 87895130

**MARK:** THRIVE CAUSEMETICS

**\*87895130\***

**CORRESPONDENT ADDRESS:**
PATCHEN M. HAGGERTY

PERKINS COIE LLP

1201 THIRD AVENUE, SUITE 4900

SEATTLE, WA 98101

**CLICK HERE TO RESPOND TO THIS LETTER:**

http://www.uspto.gov/trademarks/teas/response_forms.jsp

VIEW YOUR APPLICATION FILE

Causemetics, Inc.

**CORRESPONDENT'S REFERENCE/DOCKET NO:**

   121715-4000

**CORRESPONDENT E-MAIL ADDRESS:**

pctrademarks@perkinscoie.com

# FIRST OFFICE ACTION

# STRICT DEADLINE TO RESPOND TO THIS LETTER

TO AVOID ABANDONMENT OF APPLICANT'S TRADEMARK APPLICATION, THE USPTO MUST RECEIVE APPLICANT'S COMPLETE RESPONSE TO THIS LETTER **WITHIN 6 MONTHS** OF THE ISSUE/MAILING DATE BELOW.  A RESPONSE TRANSMITTED THROUGH THE TRADEMARK ELECTRONIC APPLICATION SYSTEM (TEAS) MUST BE RECEIVED BEFORE MIDNIGHT **EASTERN TIME** OF THE LAST DAY OF THE RESPONSE PERIOD.

**ISSUE/MAILING DATE: 8/28/2018**

**TEAS PLUS OR TEAS REDUCED FEE (TEAS RF) APPLICANTS – TO MAINTAIN LOWER FEE, ADDITIONAL REQUIREMENTS MUST BE MET, INCLUDING SUBMITTING DOCUMENTS ONLINE:**  Applicants who filed their application online using the lower-fee TEAS Plus or TEAS RF application form must (1) file certain documents online using TEAS, including responses to Office actions (see TMEP §§819.02(b), 820.02(b) for a complete list of these documents); (2) maintain a valid e-mail correspondence address; and (3) agree to receive correspondence from the USPTO by e-mail throughout the prosecution of the application.  *See* 37 C.F.R. §§2.22(b), 2.23(b); TMEP §§819, 820.  TEAS Plus or TEAS RF applicants who do not meet these requirements must submit an additional processing fee of $125 per class of goods and/or services.  37 C.F.R. §§2.6(a)(1)(v), 2.22(c), 2.23(c); TMEP §§819.04, 820.04.  However, in certain situations, TEAS Plus or TEAS RF applicants may respond to an Office action by authorizing an examiner's amendment by telephone or e-mail without incurring this additional fee.

The referenced application has been reviewed by the assigned trademark examining attorney.  Applicant must respond timely and completely to the issue(s) below.  15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

SUMMARY OF ISSUES:

- Refusal Section 2(d) – Likelihood of Confusion
- *ADVISORY – Prior Filed Application*
- Disclaimer

**Refusal Section 2(d) – Likelihood of Confusion**

Registration of the applied-for mark is refused because of a likelihood of confusion with the mark in U.S. Registration No. 4467942.  Trademark Act Section 2(d), 15 U.S.C. §1052(d); *see* TMEP §§1207.01 *et seq.*  See the attached registration.

The applicant has applied to register the mark THRIVE CAUSEMETICS (standard characters) for "Cosmetics; makeup preparations; lip gloss; lipstick; eye shadow; mascara; eye liner; lip liner; eye brow makeup; eye brightening liner; false eyelashes; adhesives for affixing false eyelashes"; "Make-up brushes"; "Online retail store services featuring cosmetics, make-up, cosmetic bags, make-up brush holders and make-up brushes".

The mark in U.S. Registration No. 4467942 is THRIVE (standard characters) for "Non-medicated skin care preparations, namely, facial lotions, cleansers and creams, creams and oils for cosmetic use, skin moisturizers; pre-shaving preparations; after shave lotions and creams."

Trademark Act Section 2(d) bars registration of an applied-for mark that so resembles a registered mark that it is likely a consumer would be confused, mistaken, or deceived as to the source of the goods and/or services of the applicant and registrant(s).  *See* 15 U.S.C. §1052(d). Determining likelihood of confusion is made on a case-by-case basis by applying the factors set forth in *In re E. I. du Pont de Nemours & Co.*, 476 F.2d 1357, 1361, 177 USPQ 563, 567 (C.C.P.A. 1973).  *In re i.am.symbolic, llc*, 866 F.3d 1315, 1322, 123 USPQ2d 1744, 1747 (Fed. Cir. 2017).  However, "[n]ot all of the [ *du Pont*] factors are relevant to every case, and only factors of significance to the particular mark need be considered."  *Coach Servs., Inc. v. Triumph Learning LLC*, 668 F.3d 1356, 1366, 101 USPQ2d 1713, 1719 (Fed. Cir. 2012) (quoting *In re Mighty Leaf Tea*, 601. F.3d 1342, 1346, 94 USPQ2d 1257, 1259 (Fed. Cir 2010)).  The USPTO may focus its analysis "on dispositive factors, such as similarity of the marks and relatedness of the goods [and/or services]."  *In re i.am.symbolic, llc*, 866 F.3d at 1322, 123 USPQ2d at 1747 (quoting *Herbko Int'l, Inc. v. Kappa Books, Inc.* , 308 F.3d 1156, 1164-65, 64 USPQ2d 1375, 1380 (Fed. Cir. 2002)); *see* TMEP §1207.01.


## Comparison of the Marks

Marks are compared in their entireties for similarities in appearance, sound, connotation, and commercial impression.  *Stone Lion Capital Partners, LP v. Lion Capital LLP*, 746 F.3d 1317, 1321, 110 USPQ2d 1157, 1160 (Fed. Cir. 2014) (quoting *Palm Bay Imps., Inc. v. Veuve Clicquot Ponsardin Maison Fondee En 1772*, 396 F.3d 1369, 1371, 73 USPQ2d 1689, 1691 (Fed. Cir. 2005)); TMEP §1207.01(b)-(b)(v).  "Similarity in any one of these elements may be sufficient to find the marks confusingly similar."  *In re Davia*, 110 USPQ2d 1810, 1812 (TTAB 2014) (citing *In re 1st USA Realty Prof'ls, Inc.* , 84 USPQ2d 1581, 1586 (TTAB 2007)); *In re White Swan Ltd.*, 8 USPQ2d 1534, 1535 (TTAB 1988)); TMEP §1207.01(b).


Here, the mark is highly similar to the mark in the cited U.S. Registration.  The applicant has merely added the term CAUSEMETICS to the registered mark.  Adding a term to a registered mark generally does not obviate the similarity between the compared marks, as in the present case, nor does it overcome a likelihood of confusion under Section 2(d).  *See Coca-Cola Bottling Co. v. Jos. E. Seagram & Sons, Inc.*, 526 F.2d 556, 557, 188 USPQ 105, 106 (C.C.P.A. 1975) (finding BENGAL and BENGAL LANCER and design confusingly similar); *In re Toshiba Med. Sys. Corp.*, 91 USPQ2d 1266, 1269 (TTAB 2009) (finding TITAN and VANTAGE TITAN confusingly similar); *In re El Torito Rests., Inc.*, 9 USPQ2d 2002, 2004 (TTAB 1988) (finding MACHO and MACHO COMBOS confusingly similar); TMEP §1207.01(b)(iii).  In the present case, the marks are identical in part.


The examining attorney must resolve any doubt as to the issue of likelihood of confusion in favor of the registrant and against the applicant who has a legal duty to select a mark which is totally dissimilar to trademarks already being used.  *Burroughs Wellcome Co. v. Warner-Lambert Co.*, 203 USPQ 191 (TTAB 1979).


## Comparison of the Goods and/or Services

The compared goods and/or services need not be identical or even competitive to find a likelihood of confusion.  *See On-line Careline Inc. v. Am. Online Inc.*, 229 F.3d 1080, 1086, 56 USPQ2d 1471, 1475 (Fed. Cir. 2000); *Recot, Inc. v. Becton*, 214 F.3d 1322, 1329, 54 USPQ2d 1894, 1898 (Fed. Cir. 2000); TMEP §1207.01(a)(i).  They need only be "related in some manner and/or if the circumstances surrounding their marketing are such that they could give rise to the mistaken belief that [the goods and/or services] emanate from the same source."  *Coach Servs., Inc. v. Triumph Learning LLC*, 668 F.3d 1356, 1369, 101 USPQ2d 1713, 1722 (Fed. Cir. 2012) (quoting *7-Eleven Inc. v. Wechsler*, 83 USPQ2d 1715, 1724 (TTAB 2007)); TMEP §1207.01(a)(i).


The applicant's goods and/or services are "Cosmetics; makeup preparations; lip gloss; lipstick; eye shadow; mascara; eye liner; lip liner; eye brow makeup; eye brightening liner; false eyelashes; adhesives for affixing false eyelashes"; "Make-up brushes"; "Online retail store services featuring cosmetics, make-up, cosmetic bags, make-up brush holders and make-up brushes".


The goods in U.S. Registration No. 4467942 are "Non-medicated skin care preparations, namely, facial lotions, cleansers and creams, creams and oils for cosmetic use, skin moisturizers; pre-shaving preparations; after shave lotions and creams."


The trademark examining attorney has attached evidence from the USPTO's X-Search database consisting of a number of third-party marks registered for use in connection with the same or similar goods and/or services as those of both applicant and registrant in this case.  This evidence shows that the goods and/or services listed therein, namely lotions, creams and after shave lotions, and cosmetics, brushes and retail store services featuring these goods, are of a kind that may emanate from a single source under a single mark.  *See In re Aquamar, Inc.*, 115 USPQ2d 1122, 1126 n.5 (TTAB 2015) (citing *In re Mucky Duck Mustard Co.*, 6 USPQ2d 1467, 1470 n.6 (TTAB 1988)); *In re Albert Trostel & Sons Co.*, 29 USPQ2d 1783, 1785-86 (TTAB 1993); TMEP §1207.01(d)(iii).


For the foregoing reasons consumers and potential consumers would be likely to believe that applicant's goods and/or services emanate from the same source as those provided by the registrant. Accordingly, registration is refused under Section 2(d) of the Act.

Although the trademark examining attorney has refused registration, applicant may respond to the refusal to register by submitting evidence and arguments in support of registration.

**Prior Filed Application**

The filing date of pending U.S. Application Serial No. 87021374 precedes applicant's filing date.  See attached referenced application.  If the mark in the referenced application registers, applicant's mark may be refused registration under Trademark Act Section 2(d) because of a likelihood of confusion between the two marks.  *See* 15 U.S.C. §1052(d); 37 C.F.R. §2.83; TMEP §§1208 *et seq.*  Therefore, upon receipt of applicant's response to this Office action, action on this application may be suspended pending final disposition of the earlier-filed referenced application.

In response to this Office action, applicant may present arguments in support of registration by addressing the issue of the potential conflict between applicant's mark and the mark in the referenced application.  Applicant's election not to submit arguments at this time in no way limits applicant's right to address this issue later if a refusal under Section 2(d) issues.

Action on this application will be suspended pending the dispositions of Application Serial No. 87021374, upon receipt of applicant's response resolving the refusal(s) to register based on a likelihood of confusion.  **The applicant must respond to the refusal to register based on a likelihood of confusion discussed previously herein within 6 months of the date of this Office Action to avoid ABANDONMENT.**

**Disclaimer**

Applicant must disclaim the wording " COSMETICS" in the mark because it merely describes an ingredient, quality, characteristic, function, feature, purpose, or use of applicant's  goods and/or services, and thus is an unregistrable component of the mark.  *See* 15 U.S.C. §§1052(e)(1), 1056(a); *DuoProSS Meditech Corp. v. Inviro Med. Devices, Ltd.*, 695 F.3d 1247, 1251, 103 USPQ2d 1753, 1755 (Fed. Cir. 2012) (quoting *In re Oppedahl & Larson LLP*, 373 F.3d 1171, 1173, 71 USPQ2d 1370, 1371 (Fed. Cir. 2004)); TMEP §§1213, 1213.03(a).

The attached dictionary definition shows this wording refers to substances that you use on your skin to make yourself look more attractive.  *See* attached.  The applicant indicates that it is providing cosmetics, brushes for cosmetics and retail store services featuring cosmetics.  Therefore, the wording merely describes the goods and the subject matter of the store services.

The wording "CAUSEMETICS" must appear in its correct spelling, i.e., "COSMETICS" in the disclaimer.   *See In re Omaha Nat'l Corp.* , 819 F.2d 1117, 1119, 2 USPQ2d 1859, 1861 (Fed. Cir. 1987); *In re Carlson*, 91 USPQ2d 1198, 1203 (TTAB 2009); TMEP §1213.08(c).

An applicant may not claim exclusive rights to terms that others may need to use to describe their goods and/or services in the marketplace.  *See Dena Corp. v. Belvedere Int'l,  Inc.*, 950 F.2d 1555, 1560, 21 USPQ2d 1047, 1051 (Fed. Cir. 1991); *In re Aug. Storck KG*, 218 USPQ 823, 825 (TTAB 1983).  A disclaimer of unregistrable matter does not affect the appearance of the mark; that is, a disclaimer does not physically remove the disclaimed matter from the mark.  *See Schwarzkopf v. John H. Breck, Inc.*, 340 F.2d 978, 978, 144 USPQ 433, 433 (C.C.P.A. 1965); TMEP §1213.

If applicant does not provide the required disclaimer, the USPTO may refuse to register the entire mark.  *See In re Stereotaxis Inc.*, 429 F.3d 1039, 1040-41, 77 USPQ2d 1087, 1088-89 (Fed. Cir. 2005); TMEP §1213.01(b).

Applicant should submit a disclaimer in the following standardized format:

   **No claim is made to the exclusive right to use "COSMETICS" apart from the mark as shown.**

For an overview of disclaimers and instructions on how to satisfy this disclaimer requirement online using the Trademark Electronic Application System (TEAS) form, please go to http://www.uspto.gov/trademarks/law/disclaimer.jsp.

**Response**

For this application to proceed further, applicant must explicitly address each refusal and/or requirement raised in this Office action.  If the action includes a refusal, applicant may provide arguments and/or evidence as to why the refusal should be withdrawn and the mark should register.  Applicant may also have other options specified in this Office action for responding to a refusal and should consider those options carefully.  To

respond to requirements and certain refusal response options, applicant should set forth in writing the required changes or statements.  For more information and general tips on responding to USPTO Office actions, response options, and how to file a response online, see "Responding to Office Actions" on the USPTO's website.

If applicant does not respond to this Office action within six months of the issue/mailing date, or responds by expressly abandoning the application, the application process will end and the trademark will fail to register.  *See* 15 U.S.C. §1062(b); 37 C.F.R. §§2.65(a), 2.68(a); TMEP §§718.01, 718.02.  Additionally, the USPTO will not refund the application filing fee, which is a required processing fee.  *See* 37 C.F.R. §§2.6(a)(1)(i)-(iv), 2.209(a); TMEP §405.04.

When an application has abandoned for failure to respond to an Office action, an applicant may timely file a petition to revive the application, which, if granted, would allow the application to return to active status.  *See* 37 C.F.R. §2.66; TMEP §1714.  The petition must be filed within two months of the date of issuance of the notice of abandonment and may be filed online via the Trademark Electronic Application System (TEAS) with a $100 fee.  *See* 37 C.F.R. §§2.6(a)(15)(ii), 2.66(a)(1), (b)(1).


/Ellen J.G. Perkins/

Ellen J.G. Perkins

Trademark Examining Attorney, Law Office 110

U.S. Patent & Trademark Office

571 272-9372

Ellen.Perkins@uspto.gov


**TO RESPOND TO THIS LETTER:**  Go to http://www.uspto.gov/trademarks/teas/response_forms.jsp.  Please wait 48-72 hours from the issue/mailing date before using the Trademark Electronic Application System (TEAS), to allow for necessary system updates of the application.  For *technical* assistance with online forms, e-mail TEAS@uspto.gov.  For questions about the Office action itself, please contact the assigned trademark examining attorney.  **E-mail communications will not be accepted as responses to Office actions; therefore, do not respond to this Office action by e-mail.**

**All informal e-mail communications relevant to this application will be placed in the official application record.**

**WHO MUST SIGN THE RESPONSE:**  It must be personally signed by an individual applicant or someone with legal authority to bind an applicant (i.e., a corporate officer, a general partner, all joint applicants).  If an applicant is represented by an attorney, the attorney must sign the response.

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:**  To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using the Trademark Status and Document Retrieval (TSDR) system at http://tsdr.uspto.gov/.  Please keep a copy of the TSDR status screen.  If the status shows no change for more than six months, contact the Trademark Assistance Center by e-mail at TrademarkAssistanceCenter@uspto.gov or call 1-800-786-9199.  For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:**  Use the TEAS form at http://www.uspto.gov/trademarks/teas/correspondence.jsp.

**Print: Aug 23, 2018**                    **85980517**

## DESIGN MARK

**Serial Number**
85980517

**Status**
REGISTERED

**Word Mark**
THRIVE

**Standard Character Mark**
Yes

**Registration Number**
4467942

**Date Registered**
2014/01/14

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
THRIVE NATURAL CARE, INC. CORPORATION DELAWARE 42 DARRELL PLACE SAN
FRANCISCO CALIFORNIA 94133

**Goods/Services**
Class Status -- ACTIVE.  IC 003.  US  001 004 006 050 051 052.  G & S:
Non-medicated skin care preparations, namely, facial lotions,
cleansers and creams, creams and oils for cosmetic use, skin
moisturizers; pre-shaving preparations; after shave lotions and
creams.  First Use: 2013/09/05.  First Use In Commerce: 2013/09/05.

**Filing Date**
2012/09/11

**Examining Attorney**
AGOSTO, GISELLE

**Attorney of Record**
Tsan Abrahamson

-1-

# THRIVE

**Print: Aug 23, 2018**                              **87021374**

## DESIGN MARK

### Serial Number
87021374

### Status
FIRST EXTENSION - GRANTED

### Word Mark
THRIVE

### Standard Character Mark
Yes

### Type of Mark
TRADEMARK

### Register
PRINCIPAL

### Mark Drawing Code
(4) STANDARD CHARACTER MARK

### Owner
Thrive Natural Care, Inc. CORPORATION DELAWARE 42 Darrell Place San Francisco CALIFORNIA 94133

### Goods/Services
Class Status -- ACTIVE.  IC 003.  US  001 004 006 050 051 052.  G & S: Personal care products for cosmetic use, namely, hair shampoos and conditioners, hair styling preparations; body and non-medicated hand washes, soaps and skin cleansing gels; non-medicated skin care preparations, namely, facial lotions, cleansers and creams, body lotions, creams and oils for cosmetic use, skin moisturizers; cosmetic sun care preparations and sunscreens; lip creams and balms; antiperspirants and deodorants for personal use; shaving creams and gels; pre-shaving preparations; after shave lotions and creams; non-medicated baby care products, namely, baby lotions, skincare creams, body cleansers, shampoos, skin cleansing gels and skin cleansing washes, diaper rash creams and ointments.

### Goods/Services
Class Status -- ACTIVE.  IC 005.  US  006 018 044 046 051 052.  G & S: Medicated skin care products, namely, creams, lotions and oils; medicated hair care, namely, shampoos and creams; medicated facial cleansers, hand and body washes; medicated sunscreens and sunburn lotions; medicated lip creams and balms.

### Filing Date
2016/05/02

-1-

**Print: Aug 23, 2018**                    **87021374**

**Examining Attorney**
IM, JEAN

**Attorney of Record**
Tsan Abrahamson

# THRIVE



Blog    BuzzWord    Open Dictionary    Games    Resources    API    More

**cosmetics** - definition and synonyms

Show less

NOUN [PLURAL]   Pronunciation   /kaz'metiks/

Using the thesaurus

Contribute to our Open Dictionary

substances that you use on your skin to make yourself look more attractive

*In China, sales of cosmetics increased by 16% in 1996 to $2.6 billion.*

Synonyms and related words

**General words for beauty products and describing beauty products:** *beauty, cosmetic, cosmetics...*

Explore Thesaurus

This is the American English definition of **cosmetics**. View British English definition of **cosmetics**.
Change your default dictionary to British English.
View the pronunciation for **cosmetics**.

From the Blog

What is binge-watching?

acer
Aspire 3
MAKE YOUR MARK
Windows 10
Do great things.
SHOP NOW ▸
STAPLES

https://www.macmillandictionary.com/dictionary/american/cosmetics          08/28/2018 05:42:41 PM

What is binge-watching?

Is it 'suffragette' or 'suffragist'?

'Black and white' is a surprisingly colourful expres...

Common grammatical errors and how to avoid making them

Trending words quiz

**Did you know?**

Click any word in a definition or example to find the entry for that word







Powered by feedwind

learn English     live English     love English

## BuzzWord

### bronze ceiling

the fact that most public statues represent men rather than women

BuzzWord Article

## Open Dictionary

### performative friendship

a friendship that is all about making the person professing friendship look good, especially on social media. A performative friend is someone who does this.

add a word

https://www.macmillandictionary.com/dictionary/american/cosmetics            08/28/2018 05:42:41 PM

**More BuzzWords**

| | | |
|---|---|---|
| rainbow | framily | third gender |
| Mx | motherism | quintastic |
| omega male | YIMBY | humblebrag |

BuzzWord archive

**More submissions**

| | | |
|---|---|---|
| SOHO | transpontine | airsoft |
| napery | foofy | thaumaturgy |
| shelly | trigeminal | eir |

view entries

## Blog

A must for anyone with an interest in the changing face of language. The Macmillan Dictionary blog explores English as it is spoken around the world today.

global English and language change from our blog



American definition and synonyms of **cosmetics** from the online English dictionary from Macmillan Education.

    

 

| To: | Thrive Causemetics, Inc. (pctrademarks@perkinscoie.com) |
| Subject: | U.S. TRADEMARK APPLICATION NO. 87895130 - THRIVE CAUSEMETICS - 121715-4000 |
| Sent: | 8/28/2018 6:43:24 PM |
| Sent As: | ECOM110@USPTO.GOV |
| Attachments: | |

### UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)

### IMPORTANT NOTICE REGARDING YOUR
### U.S. TRADEMARK APPLICATION

USPTO OFFICE ACTION (OFFICIAL LETTER) HAS ISSUED

ON **8/28/2018** FOR U.S. APPLICATION SERIAL NO. 87895130

Please follow the instructions below:

**(1)  TO READ THE LETTER:**  Click on this link or go to http://tsdr.uspto.gov, enter the U.S. application serial number, and click on "Documents."

The Office action may not be immediately viewable, to allow for necessary system updates of the application, but will be available within 24 hours of this e-mail notification.

**(2)  TIMELY RESPONSE IS REQUIRED:**  Please carefully review the Office action to determine (1) how to respond, and (2) the applicable response time period.  Your response deadline will be calculated from **8/28/2018** (*or sooner if specified in the Office action*).  A response transmitted through the Trademark Electronic Application System (TEAS) must be received before midnight **Eastern Time** of the last day of the response period.  For information regarding response time periods, see http://www.uspto.gov/trademarks/process/status/responsetime.jsp.

**Do NOT hit "Reply" to this e-mail notification, or otherwise e-mail your response** because the USPTO does NOT accept e-mails as responses to Office actions.  Instead, the USPTO recommends that you respond online using the TEAS response form located at http://www.uspto.gov/trademarks/teas/response_forms.jsp.

**(3)  QUESTIONS:**  For questions about the contents of the Office action itself, please contact the assigned trademark examining attorney.  For *technical* assistance in accessing or viewing the Office action in the Trademark Status and Document Retrieval (TSDR) system, please e-mail TSDR@uspto.gov.

### WARNING

**Failure to file the required response by the applicable response deadline will result in the ABANDONMENT of your application.**  For more information regarding abandonment, see http://www.uspto.gov/trademarks/basics/abandon.jsp**.**

**PRIVATE COMPANY SOLICITATIONS REGARDING YOUR APPLICATION:**  Private companies **not** associated with the USPTO are using information provided in trademark applications to mail or e-mail trademark-related solicitations.  These companies often use names that

closely resemble the USPTO and their solicitations may look like an official government document.  Many solicitations require that you pay "fees."


Please carefully review all correspondence you receive regarding this application to make sure that you are responding to an official document from the USPTO rather than a private company solicitation.  All <u>official</u> USPTO correspondence will be mailed only from the "United States Patent and Trademark Office" in Alexandria, VA; or sent by e-mail from the domain "@uspto.gov."   For more information on how to handle private company solicitations, see <u>http://www.uspto.gov/trademarks/solicitation_warnings.jsp</u>.

# TRIAL EXHIBIT NO. 138

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTO Form 1957 (Rev 10/2011)
OMB No. 0651-0050 (Exp 09/20/2020)

# Response to Office Action

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 87895130 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 110 |
| **MARK SECTION** | |
| MARK | https://tmng-al.uspto.gov/resting2/api/img/87895130/large |
| LITERAL ELEMENT | THRIVE CAUSEMETICS |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **ARGUMENT(S)** | |
| Please see the actual argument text attached within the Evidence section. | |
| **EVIDENCE SECTION** | |
| EVIDENCE FILE NAME(S) | |
| ORIGINAL PDF FILE | evi_19822100222-20181030195038968410_._Argument_Text_-_THRIVE_CAUSEMETICS_Office_Action_Response.pdf |
| CONVERTED PDF FILE(S) (8 pages) | \\TICRS\EXPORT17\IMAGEOUT17\878\951\87895130\xml5\ROA0002.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\878\951\87895130\xml5\ROA0003.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\878\951\87895130\xml5\ROA0004.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\878\951\87895130\xml5\ROA0005.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\878\951\87895130\xml5\ROA0006.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\878\951\87895130\xml5\ROA0007.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\878\951\87895130\xml5\ROA0008.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\878\951\87895130\xml5\ROA0009.JPG |
| ORIGINAL PDF FILE | evi_19822100222-20181030195038968410_._Exhibits_A-D_-_THRIVE_CAUSEMETICS_Office_Action_Response.pdf |
| CONVERTED PDF FILE(S) (31 pages) | \\TICRS\EXPORT17\IMAGEOUT17\878\951\87895130\xml5\ROA0010.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\878\951\87895130\xml5\ROA0011.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\878\951\87895130\xml5\ROA0012.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\878\951\87895130\xml5\ROA0013.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\878\951\87895130\xml5\ROA0014.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\878\951\87895130\xml5\ROA0015.JPG |

| | |
|---|---|
| | \\TICRS\EXPORT17\IMAGEOUT17\878\951\87895130\xml5\ROA0016.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\878\951\87895130\xml5\ROA0017.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\878\951\87895130\xml5\ROA0018.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\878\951\87895130\xml5\ROA0019.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\878\951\87895130\xml5\ROA0020.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\878\951\87895130\xml5\ROA0021.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\878\951\87895130\xml5\ROA0022.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\878\951\87895130\xml5\ROA0023.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\878\951\87895130\xml5\ROA0024.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\878\951\87895130\xml5\ROA0025.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\878\951\87895130\xml5\ROA0026.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\878\951\87895130\xml5\ROA0027.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\878\951\87895130\xml5\ROA0028.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\878\951\87895130\xml5\ROA0029.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\878\951\87895130\xml5\ROA0030.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\878\951\87895130\xml5\ROA0031.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\878\951\87895130\xml5\ROA0032.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\878\951\87895130\xml5\ROA0033.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\878\951\87895130\xml5\ROA0034.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\878\951\87895130\xml5\ROA0035.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\878\951\87895130\xml5\ROA0036.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\878\951\87895130\xml5\ROA0037.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\878\951\87895130\xml5\ROA0038.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\878\951\87895130\xml5\ROA0039.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT17\878\951\87895130\xml5\ROA0040.JPG |
| **DESCRIPTION OF EVIDENCE FILE** | Argument Text and Exhibits A-D |

## SIGNATURE SECTION

| | |
|---|---|
| **RESPONSE SIGNATURE** | /Patchen M Haggerty/ |
| **SIGNATORY'S NAME** | Patchen M. Haggerty |
| **SIGNATORY'S POSITION** | Attorney of record, OR and WA bar member |
| **SIGNATORY'S PHONE NUMBER** | (206) 359-8000 |
| **DATE SIGNED** | 10/30/2018 |
| **AUTHORIZED SIGNATORY** | YES |

## FILING INFORMATION SECTION

| | |
|---|---|
| **SUBMIT DATE** | Tue Oct 30 20:22:25 EDT 2018 |
| | USPTO/ROA-XXX.XX.XXX.XXX-20181030202225105129-8789 |

| TEAS STAMP | 5130-6107cfe86a9bb43c3187 e428cd39a995cf2b178221e51 5e01cb81c56e88b1083d9-N/A -N/A-20181030195038968410 |
|---|---|

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1957 (Rev 10/2011)
OMB No. 0651-0050 (Exp 09/20/2020)

## Response to Office Action

## To the Commissioner for Trademarks:

Application serial no. **87895130** THRIVE CAUSEMETICS(Standard Characters, see https://tmng-al.uspto.gov/resting2/api/img/87895130/large) has been amended as follows:

**ARGUMENT(S)**
**In response to the substantive refusal(s), please note the following:**

Please see the actual argument text attached within the Evidence section.

**EVIDENCE**
Evidence in the nature of Argument Text and Exhibits A-D has been attached.
**Original PDF file:**
evi_19822100222-20181030195038968410_._Argument_Text_-_THRIVE_CAUSEMETICS_Office_Action_Response.pdf
**Converted PDF file(s)** ( 8 pages)
Evidence-1
Evidence-2
Evidence-3
Evidence-4
Evidence-5
Evidence-6
Evidence-7
Evidence-8
**Original PDF file:**
evi_19822100222-20181030195038968410_._Exhibits_A-D_-_THRIVE_CAUSEMETICS_Office_Action_Response.pdf
**Converted PDF file(s)** ( 31 pages)
Evidence-1
Evidence-2
Evidence-3
Evidence-4
Evidence-5
Evidence-6
Evidence-7
Evidence-8
Evidence-9
Evidence-10
Evidence-11
Evidence-12
Evidence-13
Evidence-14
Evidence-15
Evidence-16
Evidence-17
Evidence-18
Evidence-19
Evidence-20

Evidence-21
Evidence-22
Evidence-23
Evidence-24
Evidence-25
Evidence-26
Evidence-27
Evidence-28
Evidence-29
Evidence-30
Evidence-31

**SIGNATURE(S)**
**Response Signature**
Signature: /Patchen M Haggerty/    Date: 10/30/2018
Signatory's Name: Patchen M. Haggerty
Signatory's Position: Attorney of record, OR and WA bar member

Signatory's Phone Number: (206) 359-8000

The signatory has confirmed that he/she is an attorney who is a member in good standing of the bar of the highest court of a U.S. state, which includes the District of Columbia, Puerto Rico, and other federal territories and possessions; and he/she is currently the owner's/holder's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S. attorney or a Canadian attorney/agent not currently associated with his/her company/firm previously represented the owner/holder in this matter: (1) the owner/holder has filed or is concurrently filing a signed revocation of or substitute power of attorney with the USPTO; (2) the USPTO has granted the request of the prior representative to withdraw; (3) the owner/holder has filed a power of attorney appointing him/her in this matter; or (4) the owner's/holder's appointed U.S. attorney or Canadian attorney/agent has filed a power of attorney appointing him/her as an associate attorney in this matter.

Serial Number: 87895130
Internet Transmission Date: Tue Oct 30 20:22:25 EDT 2018
TEAS Stamp: USPTO/ROA-XXX.XX.XXX.XXX-201810302022251
05129-87895130-6107cfe86a9bb43c3187e428d
c39a995cf2b178221e515e01cb81c56e88b1083d
9-N/A-N/A-20181030195038968410

Applicant responds as follows to the Office Action issued on August 28, 2018.  In the Office Action, the Examining Attorney refused registration of Applicant's mark THRIVE CAUSEMETICS ("Applicant's Mark") under Trademark Act Section 2(d), based on a likelihood of confusion with Registration No. 4467942 for the mark THRIVE ("Cited Mark").  The Examining Attorney also requested a disclaimer of the word "COSMETICS." For the reasons stated herein, Applicant respectfully requests withdrawal of the likelihood of confusion citation and the disclaimer requirement, and formal notification that the Application will proceed to publication.

**I.**     **Discussion**

When evaluating likelihood of confusion, *In re E.I. DuPont de Nemours & Co.* provides a non-exclusive list of thirteen factors, which, when of record, must be considered.  476 F.2d. 1357, 1361; 177 U.S.P.Q. 563, 567 (C.C.P.A. 1973).  However, not all of the *DuPont* factors are relevant in every case. *Id.*  The relevant *DuPont* factors in this case include:

(1) The similarity or dissimilarity between the parties' respective marks;

(2) The similarity or dissimilarity and nature of the goods as described in an application or registration or in connection with which a prior mark is in use; and

(3) The number and nature of similar marks in use on similar goods.

*Id.*  Each of these factors is considered below.

A.     Background

This is Applicant's second application for Applicant's Mark.  Applicant first applied for registration of Applicant's Mark on August 11, 2015 under Serial No. 86721790 (the "'790 Application").  In an Office Action dated November 30, 2015, the Examining Attorney initially refused registration of the '790 Application under Trademark Act Section 2(d) based on a likelihood of confusion with both the Cited Mark and now cancelled Registration No. 2938220 for the mark CAUSE-METICS (the "'220 Registration").  The Examining Attorney also initially requested a disclaimer of the word "COSMETICS."  Applicant responded to the Office Action on May 26, 2016 arguing against a likelihood of confusion with both the Cited Mark and the '220 Registration and against the disclaimer requirement. In a second Office Action issued June 22, 2016, the Examining Attorney withdrew the refusal with respect to the Cited Mark and the disclaimer requirement.  **See Exhibit A**.

Given that the subject Application covers cosmetics, makeup brushes and retail store services featuring these goods and that Applicant's '790 Application covered cosmetics, and given that the Examiner withdrew the refusal of registration of the '790 Application as to the Cited Mark finding no likelihood of confusion, it follows that the there is no likelihood of confusion between the subject Application (which covers goods and services that are the same or highly related to the goods covered by the '790 Application) and the Cited Mark. Further, given that the Examiner withdrew the disclaimer requirement for the '790 Application, it follows that Applicant need not disclaim the word "COSMETICS" in the subject Application.

Accordingly, Applicant similarly requests withdrawal of the refusal of registration of the subject Application based on the Cited Mark and the disclaimer requirement.

<div align="center">B.   <u>Comparison of the Marks.</u></div>

Applicant's Mark, THRIVE CAUSEMETICS, creates a distinct commercial impression from the Cited Mark, THRIVE. When evaluating marks consisting of multiple words, each mark must be considered as a whole. *See* TMEP § 1207.01(b) ("The basic principle in determining confusion between marks is that marks must be compared in their entireties . . . . It follows from that principle that likelihood of confusion cannot be predicated on dissection of a mark, that is, on only part of a mark." (quoting *In re Nat'l Data Corp.*, 753 F.2d 1056, 1058 (Fed. Cir. 1985))).

In the Office Action, the Examining Attorney asserts that Applicant "has merely added the term CAUSEMETICS to the registered mark" which "does not obviate the similarity between the compared marks." Applicant respectfully disagrees with this assertion given that Applicant's Mark, viewed in its entirety, conveys an entirely different commercial impression from the Cited Mark.

To start, the marks look completely different. THRIVE CAUSEMETICS is a compound, unitary word mark, consisting of two distinct terms which both contribute to the overall commercial impression of Applicant's Mark. The Cited Mark, on the other hand, consists only of the word THRIVE, which is diluted and entitled to a narrow scope of protection, as discussed further below.

Further, the marks sound completely different when spoken aloud. THRIVE CAUSEMETICS is two separate words comprised of four syllables, thus creating a memorable impression of the mark as a cohesive whole, without special focus on the "THRIVE" aspect of the mark.

<div align="center">-2-</div>

Finally, the marks convey entirely distinct meanings and commercial impressions.  When considering the meaning of Applicant's Mark as used on Applicant's Goods and Services (as defined below), Applicant's Mark suggests that the cosmetic and make-up application related products and services offered under Applicant's Mark are intended to support a "cause," or to promote Applicant's stated charitable purpose of helping women to "thrive." Applicant describes its offerings as "Beauty with a Purpose." For every product purchased, Applicant donates a product to "help a woman thrive." **See Exhibit B**.  Accordingly, Applicant's composite mark creates a distinct commercial impression.

In contrast, the Cited Mark (THRIVE) simply suggests that the skin care preparations offered under the mark are intended to promote healthy, or "thriving," skin. This is consistent with the Registrant's description of the products offered under the Cited Mark, which Registrant describes on its website as "high-performance nature skincare for men, powered by regenerative plants from Costa Rica." **See Exhibit C**.

Given the differences in sight, sound, meaning and commercial impression from the Cited Mark when Applicant's Mark, THRIVE CAUSEMETICS, is properly viewed as a whole, this factor favors Applicant.

<div align="center">C.    <u>Comparison of the Goods</u></div>

"The nature and scope of a party's goods or services must be determined on the basis of the goods or services recited in the application or registration."  TMEP § 1207.01(a)(iii).  Here, Applicant's Mark covers: "Cosmetics; makeup preparations; lip gloss; lipstick; eye shadow; mascara; eye liner; lip liner; eye brow makeup; eye brightening liner; false eyelashes; adhesives for affixing false eyelashes" in Class 3; "Make-up brushes" in Class 21; and "Online retail store services featuring cosmetics, make-up, cosmetic bags, make-up brush holders and make-up brushes" in Class 35 ("Applicant's Goods and Services").

In contrast, the Cited Mark covers: "Non-medicated skin care preparations, namely, facial lotions, cleansers and creams, creams and oils for cosmetic use, skin moisturizers; pre-shaving preparations; after shave lotions and creams" in Class 3 (the "Cited Goods").

Applicant's Goods and Services are not identical to the Cited Goods, and the Examining Attorney does not attempt to argue that they are. While Applicant's Mark and the Cited Mark are used in

<div align="center">-3-</div>

connection with goods in Class 3, Applicant's Class 3 goods are cosmetics, while the Cited Mark's Class 3 goods are skincare and shaving products. Such products are found in different aisles or departments than standard make-up cosmetics, such as eyeliner, and are distinctly different types of consumer goods. Further, Applicant's Goods and Services are marketed toward and used to help women (**see Exhibit B**), whereas the Cited Goods are marketed toward men (**see Exhibit C**).

Given the dissimilarity in the marks as discussed above, a higher nexus in the relatedness of the parties' goods is required to support a finding of likelihood of confusion. *In re Shell Oil Co., 992 F.2d 1204, 1207, 26 USPQ2d 1687, 1689 (Fed. Cir. 1993); Gen. Mills, Inc. v. Fage Dairy Processing Indus. S.A.,* 100 USPQ2d 1584, 1597 (TTAB 2011). Thus, confusion is unlikely when considering the differences in the goods offered under the respective marks and the resulting commercial impression.

Further, as discussed above and in more detail below as to the next factor, mere common use of the diluted term THRIVE in connection with such goods is not sufficient to establish a likelihood of confusion when the marks, as a whole, are so different.

D.     The Cited Mark Coexists, and Has Historically Coexisted, with Other Third-Party THRIVE Marks.

As noted above, the Examiner's only support for the conclusion that the there is a likelihood of confusion between Applicant's Mark and the Cited Mark is common use of the term THRIVE in connection with non-identical products in Class 3, without factoring distinguishing aspects of the Applicant's Mark into the analysis. However, "[i]f the evidence establishes that the consuming public is exposed to third-party use of similar marks on similar goods, it 'is relevant to show that a mark is relatively weak and entitled to only a narrow scope of protection.'" TMEP § 1207.01 (citing *Palm Bay Imps., Inc. v. Veuve Clicquot Ponsardin Maison Fondee en 1772*, 396 F.3d 1369, 1373-74 (Fed. Cir. 2005).

Here, Applicant has identified third-party registrations, allowed and published applications for THRIVE-formative marks that are at least as similar to each other, and which cover various goods for products closely related to those covered by the Cited Mark and Applicant's Mark. This suggests that consumers are capable of looking beyond mere common use of THRIVE to create an association as to source for such products. Accordingly, Applicant's Mark and the Cited Mark can coexist on the Principal Register without a likelihood of confusion, just as the Cited Mark already coexists with the identified marks. Consider the following marks:

-4-

| Mark | Reg./App. No. | Goods/Services, in pertinent part |
|------|---------------|-----------------------------------|
| THRIVE   IN   THE SUN. | 5395792 | Class 3: Sun screen preparations |
| ENTHRIVE | 4841662 | Class 3: Beauty creams for body care; Cosmetic creams; Cosmetic creams for skin care; Cosmetic nourishing creams; Cosmetic preparations for skin care; Cosmetic preparations for skin renewal; Face creams for cosmetic use; Moisturizing preparations for the skin; Non-medicated skin care preparations; Skin conditioning creams for cosmetic purposes; Skin moisturizer |
| ITHRIVEX | 4744731 | Class 3: Body cream; Hand cream; Non-medicated skin care creams and lotions; Skin creams |
| EAT. DRINK. THRIVE. | 4696755 | Class 3: Apothecary products, namely, non-medicated sea salt for use as bath salts; non-medicated skin preparations, namely, sea salt exfoliator for skin and body |
| SIMPLYTHRIVE | 87264323 (Allowed July 11, 2017) | Class 3: Fragranced body creams, bath and body gels and body lotions; body cleansers and body washes; Perfumes; cologne; eau de toilette; Bath powders; Makeup, namely, lipstick, lip liner, lip gloss, eyeliner, eyeshadow, foundation, skin bronzer, body powder; Haircare products, namely, hair care creams; hair colorants; hair coloring preparations; hair creams; hair gel; hair gels; hair lotions; hair mousse; hair mousses; hair pomades; hair relaxers; hair relaxing preparations; hair spray; hair styling gel; hair styling spray; styling gels; Incense; scented room sprays; Non-medicated skin care preparations, namely, creams, lotions, cleansers, masks and oils; eye cream; facial masks; non-medicated exfoliating preparations for the skin; facial cream; facial cleansers; face oil; facial moisturizers; soaps; scented water for cosmetic use; essential oils; cosmetics; hair lotions; oils for toiletry purposes; oils for cosmetic use; oils for perfumes and scents; almond oils for cosmetic use; shampoos, shower gels, bath foams, bubble baths; lotions and gels for cosmetic use; beauty masks; cosmetic preparations for baths; non-medical skin care preparations, namely, creams, face, eyes, hands, body, legs and feet gels and lotions; toners and moisturizers, namely, skin toners and skin moisturizers for the face and body; serums, namely, beauty serums for the face and eyes; cosmetic creams; make-up and make-up removing preparations; skin cleansing scrubs, namely, body scrubs for the face and skin; shaving preparations; after-shave lotions; non-medicated lip balms and lipsticks; deodorants for personal use; cosmetic preparations for slimming; sun screening preparations; tissues impregnated with cosmetic lotions; air fragrances; preparations for perfuming linen, namely, scented linen sprays and linen water; potpourris |
| THRIVECEUTICALS | 87869941 (Published for Opposition September 04, 2018) | Class 3: Non-medicated anti-aging products, namely, moisturizer, toner, serums, and creams; non-medicated skin care products, namely, lotions, skin creams, facial skin cleansers, eye gels, moisturizers, body scrubs, and body butters |

**See Exhibit D.**  This evidence establishes that the consuming public is exposed to third-party use of THRIVE-formative marks on similar goods in Class 3 such that the wording THRIVE is weak and entitled to only a narrow scope of protection. See *Palm Bay Imps.*, 396 F.3d at 1373-74.  Thus, this factor favors Applicant and demonstrates that there is no likelihood of confusion as between Applicant's Mark and the Cited Mark.

<div align="center">E. <u>COSMETICS Need Not Be Disclaimed</u>.</div>

In the Office Action, the Examiner states that "Applicant must disclaim the wording 'COSMETICS' in the mark because it merely describes an ingredient, quality, characteristic, function, feature, purpose, or use of applicant's goods and/or services, and thus is an unregistrable component of the mark … the wording 'CAUSEMETICS' must appear in its correct spelling, i.e., 'COSMETICS' in the disclaimer."  The word "CAUSEMETICS" (and in particular the "CAUSE" portion of the word) is suggestive of the charitable purpose of Applicant's business. See evidence submitted herewith as **Exhibit B**, consisting of portions of Applicant's website describing the charitable aspect of Applicant's business (*e.g.*, for every product purchased, Applicant donates a product to "help a woman thrive."). In other words, "CAUSEMETICS" would not be perceived by consumers as "just a misspelling of a descriptive or generic word, but as having a dual meaning." *See In re Dean S. Carlson*, 91 USPQ2d 1198, 1201-1202 (TTAB 2009); *In re Grand Metro. Foodservice, Inc.*, 30 USPQ2d 1974, 1975-1976 (TTAB 1994) (finding "MUFFUNS" would be perceived as more than just a misspelling of "MUFFINS," thereby rendering a different commercial impression or connotation).

The issue presented here is nearly identical with that presented in *In re Tea & Sympathy, Inc.*, 88 USPQ2d 1062 (TTAB 2008). In that case, the applicant had applied for registration of the trademark THE FARMACY for "retail store services featuring natural herbs and organic products; and on-line retail store services featuring natural herbs and organic products" (in International Class 35), and "providing integrated health services at retail locations in the nature of dietary and nutritional guidance and providing information about dietary supplements and nutrition." The trademark examining attorney refused registration in both classes on the ground that the designation THE FARMACY, when used in connection with applicant's services, was merely descriptive. On appeal to the TTAB, the Board reversed, finding that applicant's mark was more than just an alternate spelling of "the pharmacy":

<div align="center">-6-</div>

> We find that the mark THE FARMACY, as used in connection with applicant's services, is more than simply a misspelling of "the pharmacy." Consumers are not likely to perceive that mark as just a misspelling, but rather as a play on the natural or farm-fresh characteristics of applicant's herbs and organic products used for medicinal purposes featured in applicant's services. Thus, the mark conveys a dual meaning, that of the natural aspect of the goods sold by applicant and of a pharmacy. Applicant's mark is inventive and just clever enough, being an obvious play on "the pharmacy" and "farm," so that the meaning or commercial impression of applicant's mark will be more than simply "the pharmacy." Accordingly, applicant's mark is not merely descriptive.

Id. at 1062.

Just as in the above case, the term CAUSEMETICS in Applicant's Mark conveys a dual meaning. It is both suggestive of Applicant's Goods and Services and suggestive of the charitable aspect of Applicant's business (i.e., the sale of products "for a cause" to help women "thrive"). The meaning or commercial impression of the term CAUSEMETICS to consumers, as used in Applicant's Mark, is therefore different from the word "COSMETICS."  As a result, the term "CAUSEMETICS" is not merely a misspelling of the descriptive term "COSMETICS."

Even if the term "CAUSEMETICS" was merely the functional equivalent of the word "COSMETICS," the term "CAUSEMETICS" forms part of a composite mark (THRIVE CAUSEMETICS), which is unitary such that "COSMETICS" need not be disclaimed.

A composite mark is one which is comprised of, among other things, multiple words. *See* TMEP §1213.02.  Where a composite mark is unitary, an individual component of the mark that would otherwise be unregistrable need not be disclaimed. *See* TMEP §§1213.05–1213.05(g)(iv). A mark or portion of a mark is considered "unitary" when it creates a commercial impression separate and apart from any unregistrable component. The presence of a verb in a mark is indicative of a unitary mark. *See* TMEP §1213.05(b)(ii)(A).

Here, Applicant's mark is comprised of two terms, "THRIVE" and "CAUSEMETICS." Consequently, it is a composite mark. The word "THRIVE" is a verb, which forms a phrase when combined with the object of the phrase being "CAUSEMETICS." The subject of this unitary phrase is the consumer who is given the commercial impression that Applicant's Mark, when used in connection with Applicant's Goods and Services, connotes "beauty with a purpose" that "helps women to thrive."  **See Exhibit B**.  This indicates that Applicant's mark is a unitary mark. Consequently, Applicant need not disclaim the wording "COSMETICS."

-7-

## II.     Conclusion

For the foregoing reasons, there is no likelihood of confusion between Applicant's Mark and the Cited Mark in connection with Applicant's Goods and Services. Further, Applicant need not disclaim the wording "COSMETICS." Accordingly, the refusal should be withdrawn and Applicant's Mark should proceed to publication.

141201869.1

EXHIBIT B

FREE SHIPPING ON ORDERS $35+ AND EASY RETURNS!

   

# Our Story



**We're Changing the Beauty Industry for Good**

Thrive Causemetics was born out of a friendship. Makeup artist and product developer, Karissa Bodnar, lost her dear friend Kristy to cancer at just 24 years old. Kristy's compassionate and vivacious spirit inspired Karissa to establish Thrive Causemetics, a beauty brand and philosophy that goes beyond skin deep by empowering women.

Thrive Causemetics is *Beauty with a Purpose*: for every product you purchase, one is donated to help a woman thrive. We believe changing the world starts with a single ingredient, and that's why we create vegan, 100% cruelty-free formulas containing proven ingredients without the use of parabens or sulfates. All of our high-performance cosmetics are developed at Thrive Lab in Los Angeles—we control every step of the product development process, and a large part of it involves you. From selecting shades for our Glossy Lip Mark to testing our new formulations, your voice is heard in every step of our product creation process.

With over a decade of experience as a makeup artist, beauty product designer, and formulator, Karissa has traveled the world sourcing powerful ingredients to create clean formulas with skin-loving properties. Her passion for empowering women of all walks of life through the gift of beauty has taken her from backstage at Fashion Week to working with an impressive roster of high-profile clients.

Thrive Causemetics is a movement that anyone can join. Thanks to you, we've been able to empower and inspire countless women's lives.



**Customer Service**

RETURNS + EXCHANGES

SHIPPING INFO

REWARDS TERMS

FAQ

CONTACT US

**Learn More**

OUR STORY

HOW WE GIVE

BLOG

PRESS

CAREERS

**Discover**

REWARDS

EGIFT CARD

**Join Our Email List**

Email **SUBMIT**

(888) 804-4318  7am - 7pm PST

PRIVACY POLICY | TERMS OF USE

EXHIBIT C

THRIVE    PRODUCTS ⌄  OUR MISSION  POWERFUL PLANTS  OWN THE DAY  CONTACT US          SIGN IN  Q  🛒 0



## A POSITIVE FOOTPRINT

Our business model is as unique as our products. A farm to face approach for the
best natural skincare, good for your skin and for the planet



Thrive Natural Care | High-Performance Natural Skincare for Men                                    2



PRODUCTS ⌄    OUR MISSION    POWERFUL PLANTS    OWN THE DAY    CONTACT US          SIGN IN  🔍  🛒 0



   

### ENERGY SCRUB - 3.38FL.OZ.(100ML)

125 reviews

$ 13.95

**Product Description**    Our Commitments

Whether you need to scrub off the day's adventure or are preparing your skin for a smooth shave, Thrive's Energy Scrub harnesses the power of plant-based exfoliants and natural cleansers to provide a powerful cleansing scrub without the harsh abrasives or cleansers that can do more harm than good. Our natural formula is made with exclusive, high-quality plant extracts from Costa Rica that invigorate your skin for an energetic start to your day.

**ADD TO CART**

## YOUR MORNING ROUTINE FOR THE SMOOTHEST SHAVE

Been shaving for years? Gearing up for your first shave? Either way, a complete shave goes beyond a good razor. And we've got you covered!



PRODUCTS ∨   OUR MISSION   POWERFUL PLANTS   OWN THE DAY   CONTACT US                      SIGN IN   Q   🛒 0

OUR NO COMPROMISE COMMITMENTS TO
YOU, YOUR SKIN, AND THE PEOPLE AND
THE PLANET THAT MAKE IT POSSIBLE

SEE ALL PRODUCTS

#THRIVEOWNTHEDAY



PRODUCTS ⌄   OUR MISSION   POWERFUL PLANTS   OWN THE DAY   CONTACT US          SIGN IN   🔍   🛒 0



FOLLOW

HOME    PRODUCTS    OWN THE DAY BLOG    CONTACT US / FAQS

Sign up to get the latest on sales, new releases and more ...

Enter your email address...                    SIGN UP

25 Taylors St. San Francisco, CA. 94102

© 2018 Thrive Natural Care  Privacy Policy

# TRIAL EXHIBIT NO. 139

| To: | Thrive Causemetics, Inc. (pctrademarks@perkinscoie.com) |
|---|---|
| Subject: | U.S. TRADEMARK APPLICATION NO. 87895130 - THRIVE CAUSEMETICS - 121715-4000 |
| Sent: | 11/23/2018 9:15:38 AM |
| Sent As: | ECOM110@USPTO.GOV |
| Attachments: | |

## UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)

### OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION

**U.S. APPLICATION SERIAL NO.** 87895130

**MARK:** THRIVE CAUSEMETICS

# *87895130*

**CORRESPONDENT ADDRESS:**
   PATCHEN M. HAGGERTY

   PERKINS COIE LLP

   1201 THIRD AVENUE, SUITE 4900

   SEATTLE, WA 98101

**GENERAL TRADEMARK INFORMATION:**
http://www.uspto.gov/trademarks/index.jsp

VIEW YOUR APPLICATION FILE

**APPLICANT:** Thrive Causemetics, Inc.

**CORRESPONDENT'S REFERENCE/DOCKET NO:**

   121715-4000

**CORRESPONDENT E-MAIL ADDRESS:**

   pctrademarks@perkinscoie.com


## SUSPENSION NOTICE: NO RESPONSE NEEDED


**ISSUE/MAILING DATE: 11/23/2018**


The trademark examining attorney is suspending action on the application for the reason(s) stated below.  *See* 37 C.F.R. §2.67; TMEP §§716 *et seq.*


The effective filing date of the pending application(s) identified below precedes the filing date of applicant's application.   If the mark in the referenced application(s) registers, applicant's mark may be refused registration under Section 2(d) because of a likelihood of confusion with that registered mark(s).  *See* 15 U.S.C. §1052(d); 37 C.F.R. §2.83; TMEP §§1208 *et seq.*  Therefore, action on this application is suspended until the earlier-filed referenced application(s) is either registered or abandoned.  37 C.F.R. §2.83(c).  A copy of information relevant to this referenced application(s) was sent previously.

- **Application Serial No(s). 87021374**

**REFUSAL(S)/REQUIREMENT(S) CONTINUED AND MAINTAINED:**  The following refusal(s)/requirement(s) is/are continued and maintained:  **Refusal Section 2(d) – Likelihood of Confusion; Disclaimer.**

The USPTO will periodically conduct a status check of the application to determine whether suspension remains appropriate, and the trademark examining attorney will issue as needed an inquiry letter to applicant regarding the status of the matter on which suspension is based.  TMEP §§716.04, 716.05.  Applicant will be notified when suspension is no longer appropriate.  *See* TMEP §716.04.

No response to this notice is necessary; however, if applicant wants to respond, applicant should use the "Response to Suspension Inquiry or Letter of Suspension" form online at  http://teasroa.uspto.gov/rsi/rsi.

/Ellen J.G. Perkins/

Ellen J.G. Perkins

Trademark Examining Attorney, Law Office 110

U.S. Patent & Trademark Office

571 272-9372

Ellen.Perkins@uspto.gov

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:**  To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using the Trademark Status and Document Retrieval (TSDR) system at http://tsdr.uspto.gov/.  Please keep a copy of the TSDR status screen.  If the status shows no change for more than six months, contact the Trademark Assistance Center by e-mail at TrademarkAssistanceCenter@uspto.gov or call 1-800-786-9199.  For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:**  Use the Trademark Electronic Application System (TEAS) form at http://www.uspto.gov/trademarks/teas/correspondence.jsp.

| To: | Thrive Causemetics, Inc. (pctrademarks@perkinscoie.com) |
|---|---|
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 87895130 - THRIVE CAUSEMETICS - 121715-4000 |
| **Sent:** | 11/23/2018 9:15:39 AM |
| **Sent As:** | ECOM110@USPTO.GOV |
| **Attachments:** | |

## UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)

## <u>IMPORTANT NOTICE REGARDING YOUR</u>
## <u>U.S. TRADEMARK APPLICATION</u>

USPTO OFFICE ACTION (OFFICIAL LETTER) HAS ISSUED
ON **11/23/2018** FOR U.S. APPLICATION SERIAL NO.87895130

Please follow the instructions below:

**(1) TO READ THE LETTER:** Click on this link or go to http://tsdr.uspto.gov/, enter the U.S. application serial number, and click on "Documents."

The Office action may not be immediately viewable, to allow for necessary system updates of the application, but will be available within 24 hours of this e-mail notification.

**(2) QUESTIONS:** For questions about the contents of the Office action itself, please contact the assigned trademark examining attorney. For *technical* assistance in accessing or viewing the Office action in the Trademark Status and Document Retrieval (TSDR) system, please e-mail TSDR@uspto.gov.

## <u>WARNING</u>

**PRIVATE COMPANY SOLICITATIONS REGARDING YOUR APPLICATION:** Private companies **not** associated with the USPTO are using information provided in trademark applications to mail or e-mail trademark-related solicitations. These companies often use names that closely resemble the USPTO and their solicitations may look like an official government document. Many solicitations require that you pay "fees."

Please carefully review all correspondence you receive regarding this application to make sure that you are responding to an official document from the USPTO rather than a private company solicitation. All official USPTO correspondence will be mailed only from the "United States Patent and Trademark Office" in Alexandria, VA; or sent by e-mail from the domain "@uspto.gov." For more information on how to handle private company solicitations, see http://www.uspto.gov/trademarks/solicitation_warnings.jsp.

# TRIAL EXHIBIT NO. 140

| **To:** | Thrive Causemetics, Inc. (trademarks@cooley.com) |
|---|---|
| **Subject:** | U.S. Trademark Application Serial No. 87895130 - THRIVE CAUSEMETICS - N/A |
| **Sent:** | July 28, 2021 04:13:18 PM |
| **Sent As:** | ecom110@uspto.gov |
| **Attachments:** | Attachment - 1 |
| | Attachment - 2 |
| | Attachment - 3 |
| | Attachment - 4 |
| | Attachment - 5 |
| | Attachment - 6 |
| | Attachment - 7 |
| | Attachment - 8 |
| | Attachment - 9 |
| | Attachment - 10 |
| | Attachment - 11 |
| | Attachment - 12 |
| | Attachment - 13 |
| | Attachment - 14 |
| | Attachment - 15 |
| | Attachment - 16 |
| | Attachment - 17 |
| | Attachment - 18 |
| | Attachment - 19 |
| | Attachment - 20 |
| | Attachment - 21 |
| | Attachment - 22 |
| | Attachment - 23 |
| | Attachment - 24 |
| | Attachment - 25 |
| | Attachment - 26 |
| | Attachment - 27 |
| | Attachment - 28 |
| | Attachment - 29 |
| | Attachment - 30 |
| | Attachment - 31 |
| | Attachment - 32 |
| | Attachment - 33 |
| | Attachment - 34 |
| | Attachment - 35 |
| | Attachment - 36 |
| | Attachment - 37 |
| | Attachment - 38 |
| | Attachment - 39 |
| | Attachment - 40 |

**United States Patent and Trademark Office (USPTO)**

**Office Action (Official Letter) About Applicant's Trademark Application**

**U.S. Application Serial No.** 87895130


**Mark:** THRIVE CAUSEMETICS


**Correspondence Address:**
Anne H. Peck

Cooley LLP

1299 Pennsylvania Avenue NW, STE 700

Washington DC 20004


**Applicant:** Thrive Causemetics, Inc.


**Reference/Docket No.**
N/A


**Correspondence Email Address:**

trademarks@cooley.com


# NONFINAL OFFICE ACTION


The USPTO must receive applicant's response to this letter within  six months  of the issue date below or the application will be **abandoned**. Respond using the Trademark Electronic Application System (TEAS).  A link to the appropriate TEAS response form appears at the end of this Office action.


**Issue date:** July 28, 2021


This application was suspended pending the disposition of a prior filed application.  The prior filed application has matured to U.S. Registration No. 6164303.  The refusal to register the mark based on U.S. Registration No. 4467942 is maintained and continued.  The arguments presented in applicant's response will be addressed together with any response to this Office Action.   Accordingly, the examining attorney issues the following:


**Refusal Section 2(d) – Likelihood of Confusion**

 Registration of the applied-for mark is refused because of a likelihood of confusion with the mark in U.S. Registration No. 6164303.  Trademark Act Section 2(d), 15 U.S.C. §1052(d); *see* TMEP §§1207.01 *et seq.*  See the attached registration.


The applicant has applied to register the mark THRIVE CAUSEMETICS (standard characters) for " Cosmetics; makeup preparations; lip gloss; lipstick; eye shadow; mascara; eye liner; lip liner; eye brow makeup; eye brightening liner; false eyelashes; adhesives for affixing false eyelashes"; Make-up brushes"; and "Online retail store services featuring cosmetics, make-up, cosmetic bags, make-up brush holders and make-up brushes."


The mark in U.S. Registration No. 6164303 is THRIVE (standard characters) for "Body and non-medicated soaps and skin cleansing gels; non-medicated skin care preparations, namely, facial lotions, cleansers and creams, oils for cosmetic use, skin moisturizers; cosmetic sun care preparations and sunscreens; shaving creams and gels; pre-shaving preparations; after shave lotions and creams."

Trademark Act Section 2(d) bars registration of an applied-for mark that is so similar to a registered mark that it is likely consumers would be confused, mistaken, or deceived as to the commercial source of the goods and/or services of the parties.  *See* 15 U.S.C. §1052(d).  Likelihood of confusion is determined on a case-by-case basis by applying the factors set forth in *In re E. I. du Pont de Nemours & Co.*, 476 F.2d 1357, 1361, 177 USPQ 563, 567 (C.C.P.A. 1973) (called the "*du Pont* factors").  *In re i.am.symbolic, llc*, 866 F.3d 1315, 1322, 123 USPQ2d 1744, 1747 (Fed. Cir. 2017).  Any evidence of record related to those factors need be considered; however, "not all of the *DuPont* factors are relevant or of similar weight in every case."  *In re Guild Mortg. Co.*, 912 F.3d 1376, 1379, 129 USPQ2d 1160, 1162 (Fed. Cir. 2019) (quoting *In re Dixie Rests., Inc.*, 105 F.3d 1405, 1406, 41 USPQ2d 1531, 1533 (Fed. Cir. 1997)).

Although not all *du Pont* factors may be relevant, there are generally two key considerations in any likelihood of confusion analysis:  (1) the similarities between the compared marks and (2) the relatedness of the compared goods and/or services.  *See In re i.am.symbolic, llc*, 866 F.3d at 1322, 123 USPQ2d at 1747 (quoting *Herbko Int'l, Inc. v. Kappa Books, Inc.* , 308 F.3d 1156, 1164-65, 64 USPQ2d 1375, 1380 (Fed. Cir. 2002)); *Federated Foods, Inc. v. Fort Howard Paper Co.*, 544 F.2d 1098, 1103, 192 USPQ 24, 29 (C.C.P.A. 1976) ("The fundamental inquiry mandated by [Section] 2(d) goes to the cumulative effect of differences in the essential characteristics of the goods [or services] and differences in the marks."); TMEP §1207.01.

## Comparison of the Marks

Marks are compared in their entireties for similarities in appearance, sound, connotation, and commercial impression.  *Stone Lion Capital Partners, LP v. Lion Capital LLP*, 746 F.3d 1317, 1321, 110 USPQ2d 1157, 1160 (Fed. Cir. 2014) (quoting *Palm Bay Imps., Inc. v. Veuve Clicquot Ponsardin Maison Fondee En 1772*, 396 F.3d 1369, 1371, 73 USPQ2d 1689, 1691 (Fed. Cir. 2005)); TMEP §1207.01(b)-(b)(v).  "Similarity in any one of these elements may be sufficient to find the marks confusingly similar."   *In re Inn at St. John's, LLC* , 126 USPQ2d 1742, 1746 (TTAB 2018) (citing *In re Davia*, 110 USPQ2d 1810, 1812 (TTAB 2014)), *aff'd per curiam* , 777 F. App'x 516, 2019 BL 343921 (Fed. Cir. 2019); TMEP §1207.01(b).

Here, both marks contain the term THRIVE.  Marks may be confusingly similar in appearance where similar terms or phrases or similar parts of terms or phrases appear in the compared marks and create a similar overall commercial impression.  *See Crocker Nat'l Bank v. Canadian Imperial Bank of Commerce*, 228 USPQ 689, 690-91 (TTAB 1986), *aff'd sub nom.  Canadian Imperial Bank of Commerce v. Wells Fargo Bank, Nat'l Ass'n* , 811 F.2d 1490, 1495, 1 USPQ2d 1813, 1817 (Fed. Cir. 1987) (finding COMMCASH and COMMUNICASH confusingly similar); *In re Corning Glass Works*, 229 USPQ 65, 66 (TTAB 1985) (finding CONFIRM and CONFIRMCELLS confusingly similar); *In re Pellerin Milnor Corp.*, 221 USPQ 558, 560 (TTAB 1983) (finding MILTRON and MILLTRONICS confusingly similar); TMEP §1207.01(b)(ii)-(iii).

The examining attorney must resolve any doubt as to the issue of likelihood of confusion in favor of the registrant and against the applicant who has a legal duty to select a mark which is totally dissimilar to trademarks already being used.  *Burroughs Wellcome Co. v. Warner-Lambert Co.*, 203 USPQ 191 (TTAB 1979).

## Comparison of the Goods and/or Services

The compared goods and/or services need not be identical or even competitive to find a likelihood of confusion.  *See On-line Careline Inc. v. Am. Online Inc.*, 229 F.3d 1080, 1086, 56 USPQ2d 1471, 1475 (Fed. Cir. 2000); *Recot, Inc. v. Becton*, 214 F.3d 1322, 1329, 54 USPQ2d 1894, 1898 (Fed. Cir. 2000); TMEP §1207.01(a)(i).  They need only be "related in some manner and/or if the circumstances surrounding their marketing are such that they could give rise to the mistaken belief that [the goods and/or services] emanate from the same source."  *Coach Servs., Inc. v. Triumph Learning LLC*, 668 F.3d 1356, 1369, 101 USPQ2d 1713, 1722 (Fed. Cir. 2012) (quoting *7-Eleven Inc. v. Wechsler*, 83 USPQ2d 1715, 1724 (TTAB 2007)); TMEP §1207.01(a)(i).

The applicant's goods and/or services are "  Cosmetics; makeup preparations; lip gloss; lipstick; eye shadow; mascara; eye liner; lip liner; eye brow makeup; eye brightening liner; false eyelashes; adhesives for affixing false eyelashes"; Make-up brushes"; and "Online retail store services featuring cosmetics, make-up, cosmetic bags, make-up brush holders and make-up brushes."

The goods in U.S. Registration No. 6164303 are "Body and non-medicated soaps and skin cleansing gels; non-medicated skin care preparations, namely, facial lotions, cleansers and creams, oils for cosmetic use, skin moisturizers; cosmetic sun care preparations and sunscreens; shaving creams and gels; pre-shaving preparations; after shave lotions and creams."

The attached Internet evidence, consisting of third party cosmetics and personal care webpages, establishes that the same entity commonly manufactures, produces, or provides the relevant goods and/or services and markets the goods and/or services under the same mark. Specifically, cosmetics, cosmetics brushes and retail store services featuring these goods, as well as providing skincare preparations such as moisturizers and skin cleansers. Thus, applicant's  and registrant's  goods and/or services are considered related for likelihood of confusion purposes.  *See, e.g., In re Davey Prods. Pty Ltd.*, 92 USPQ2d 1198, 1202-04 (TTAB 2009); *In re Toshiba Med. Sys. Corp.*, 91 USPQ2d 1266, 1268-69, 1271-72 (TTAB

2009).

For the foregoing reasons consumers and potential consumers would be likely to believe that applicant's goods and/or services emanate from the same source as those provided by the registrant. Accordingly, registration is refused under Section 2(d) of the Act.

Although the trademark examining attorney has refused registration, applicant may respond to the refusal to register by submitting evidence and arguments in support of registration.

<u>Response</u>

For this application to proceed, applicant must explicitly address each refusal and/or requirement in this Office action. For a refusal, applicant may provide written arguments and evidence against the refusal, and may have other response options if specified above. For a requirement, applicant should set forth the changes or statements. Please see "Responding to Office Actions" and the informational  video "Response to Office Action" for more information and tips on responding.

**How to respond.  Click to file a response to this nonfinal Office action.**

/Ellen J.G. Perkins/

Ellen J.G. Perkins

Examining Attorney - Law Office 110

U.S. Patent & Trademark Office

571 272-9372

Ellen.Perkins@uspto.gov

# RESPONSE GUIDANCE

- **Missing the response deadline to this letter will cause the application to abandon.**  A response or notice of appeal must be received by the USPTO before midnight **Eastern Time** of the last day of the response period.  TEAS and ESTTA maintenance or unforeseen circumstances could affect an applicant's ability to timely respond.

- **Responses signed by an unauthorized party** are not accepted and can **cause the application to abandon.**  If applicant does not have an attorney, the response must be signed by the individual applicant, all joint applicants, or someone with legal authority to bind a juristic applicant.  If applicant has an attorney, the response must be signed by the attorney.

- If needed, **find contact information for the supervisor** of the office or unit listed in the signature block.

**Print: Jul 27, 2021**                    **87021374**

**DESIGN MARK**

**Serial Number**
87021374

**Status**
CANCELLATION PENDING

**Word Mark**
THRIVE

**Standard Character Mark**
Yes

**Registration Number**
6164303

**Date Registered**
2020/09/29

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Thrive Natural Care, Inc. CORPORATION DELAWARE 42 Darrell Place San
Francisco CALIFORNIA 94133

**Goods/Services**
Class Status -- ACTIVE. IC 003. US 001 004 006 050 051 052. G & S:
Body and non-medicated soaps and skin cleansing gels; non-medicated
skin care preparations, namely, facial lotions, cleansers and creams,
oils for cosmetic use, skin moisturizers; cosmetic sun care
preparations and sunscreens; shaving creams and gels; pre-shaving
preparations; after shave lotions and creams. First Use: 2013/09/05.
First Use In Commerce: 2013/09/05.

**Filing Date**
2016/05/02

**Examining Attorney**
IM, JEAN

-1-

# THRIVE

| To: | Thrive Causemetics, Inc. (trademarks@cooley.com) |
|---|---|
| **Subject:** | U.S. Trademark Application Serial No. 87895130 - THRIVE CAUSEMETICS - N/A |
| **Sent:** | July 28, 2021 04:13:21 PM |
| **Sent As:** | ecom110@uspto.gov |
| **Attachments:** | |

## United States Patent and Trademark Office (USPTO)

## USPTO OFFICIAL NOTICE

Office Action (Official Letter) has issued

on **July 28, 2021** for

## U.S. Trademark Application Serial No. 87895130

Your trademark application has been reviewed by a trademark examining attorney. As part of that review, the assigned attorney has issued an official letter that you must respond to by the specified deadline or your application will be abandoned. Please follow the steps below.

**(1)  Read the official letter.**

**(2)  Direct questions** about the contents of the Office action to the assigned attorney below.

/Ellen J.G. Perkins/

Ellen J.G. Perkins

Examining Attorney - Law Office 110

U.S. Patent & Trademark Office

571 272-9372

Ellen.Perkins@uspto.gov

Direct questions about navigating USPTO electronic forms, the USPTO website, the application process, the status of your application, and/or whether there are outstanding deadlines or documents related to your file to the Trademark Assistance Center (TAC).

**(3)  Respond within 6 months** (or earlier, if required in the Office action) from **July 28, 2021**, using the Trademark Electronic Application System (TEAS). The response must be received by the USPTO before midnight **Eastern Time** of the last day of the response period. See the Office action for more information about how to respond

## GENERAL GUIDANCE

·  **Check the status** of your application periodically in the Trademark Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.

·  **Update your correspondence email address**, if needed, to ensure you receive important USPTO notices about your application.

_____

· **Beware of misleading notices sent by private companies about your application.**  Private companies not associated with the USPTO use public information available in trademark registrations to mail and email trademark-related offers and notices – most of which require fees.  All **official USPTO correspondence** will only be **emailed from the domain "@uspto.gov."**