UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**AMENDED CIVIL MINUTES - GENERAL**

| Case No. | CV 20-9091 PA (ASx) | Date | November 9, 2021 |
|---|---|---|---|
| Title | Thrive Natural Care, Inc. v. Thrive Causemetics, Inc. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** IN CHAMBERS – COURT ORDER

    Notice is given that the trial in the above-entitled matter will commence on November 16, 2021, at 9:30 a.m. Each party must disclose to the Court by November 10, 2021, the identities of each witness that will be called in the party's case-in-chief and the order in which the witnesses will be called. Everyone seeking entry to the courtroom must wear a mask. All trial participants must provide proof that they are fully vaccinated against COVID-19 or, in the alternative, that they have tested negative for COVID-19 within 72 hours prior to seeking entry to the courtroom.

    IT IS SO ORDERED.