## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-9091 PA (ASx) | Date | November 10, 2021 |
|---|---|---|---|
| Title | Thrive Natural Care, Inc. v. Thrive Causemetics, Inc. | | |

Present: The Honorable   PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**          IN CHAMBERS – COURT ORDER

The Court is in receipt of the parties' respective witness lists and notes that defendant Thrive Causemetics, Inc. ("Defendant") requested (1) that the Court advise the parties as to the amount of time each party will have for live examination and (2) that Dr. Simonson be called out of order due to his unavailability on November 17, 2021. (See Docket No. 183.)

The Court hereby provides notice that the parties shall each have six (6) hours to conduct live examination and present their case. The Court further grants Defendant's request that Dr. Simonson be called out-of-order on November 16, 2021, during plaintiff Thrive Natural Care, Inc.'s case-in-chief.

Lastly, under the Civil Trial Scheduling Order, the Court ordered the parties to "meet and confer regarding any possible objections to Direct Testimony Trial Declarations. At the conference, counsel shall attempt to resolve the objections. After the conference, the Parties shall file the single joint statement in the format required by the Civil Trial Scheduling Order no later than November 12, 2021, at 1:00 p.m. See Order at 20-21, Docket No. 19.

| Trial Declaration Testimony | Objection & Response |
|---|---|
| Plaintiff's Trial Declaration of Tom Jones<br>¶14:    [Text of disputed paragraph of the trial testimony declaration] | [Cite the grounds and authority for the objection, e.g., relevance under Fed.R.Evid. 401; Foundation under Fed.R.Evid. 901]<br><br>Plaintiff's Response to Objection<br>[e.g., this testimony is relevant to Plaintiff's first for relief because . . . .] |

Do not submit blanket or boilerplate objections. These will be disregarded and overruled.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-9091 PA (ASx) | Date | November 10, 2021 |
|----------|---------------------|------|-------------------|

| Title | Thrive Natural Care, Inc. v. Thrive Causemetics, Inc. |
|-------|-------------------------------------------------------|

Each side shall also provide a declaration by lead trial counsel filed under penalty of perjury that counsel conducted the meeting of counsel in good faith to resolve disputes concerning the trial declarations as required by the Civil Trial Scheduling Order. Failure to conduct the required meeting of counsel, maintaining frivolous positions, or asserting boilerplate objections may result in the imposition of sanctions.

At trial, the Court will rule on the evidentiary objections and depending upon the ruling, the declarations will be received in evidence, either in whole or in part, or rejected. Counsel will then conduct the cross-examination and re-direct examination at trial. This order does not apply to rebuttal witnesses.

IT IS SO ORDERED.