# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 20-9091 PA (ASx) | Date | November 15, 2021 |
|---|---|---|---|
| Title | Thrive Natural Care, Inc. v. Thrive Causemetics, Inc. | | |

Present: The Honorable **PERCY ANDERSON, UNITED STATES DISTRICT JUDGE**

| Jennifer Graciano (video) | Chia Mei Jui (video) |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Thomas Dietrich (video) | Rollin Ransom (video) |
| Stephen McArthur (video) | Lauren De Lilly (video) |

**Proceedings:**   STATUS CONFERENCE via ZOOM

Cause called; appearances made. Also present by video are Alex McIntosh, client representative for Thrive Natural Care and Karissa Bodnar, client representative for Thrive Causemetics, Inc.

The parties have reached a settlement. The parties submit a term sheet embodying the essential terms of the settlement to the Court. Each party states their understanding, adoption, and approval of the essential terms of the settlement. The Court dismisses this action without prejudice subject to either party reopening the action on or before December 6, 2021. The Court retains jurisdiction for the sole purpose of enforcing the terms of the settlement as set forth in the term sheet until December 6, 2021. After December 6, 2021, absent a further order of the Court, the Clerk is ordered to dismiss this action with prejudice. All other dates in this action, including the trial date are vacated. The Court Reporter is ordered to attach a copy of the term sheet to the transcript of these proceedings. At the request of the parties, the transcript is ordered sealed.

IT IS SO ORDERED.

|  | : | 17 |
|---|---|---|
| Initials of Preparer | | jgr |