UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THRIVE NATURAL CARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> THRIVE CAUSEMETICS, INC., <br><br> Defendant. | Case No. 2:20-CV-9091-PA-AS <br><br> **[PROPOSED] ORDER ON PLAINTIFF'S MOTION TO ENFORCE ESSENTIAL TERMS OF SETTLEMENT** |

The Court has considered Plaintiff Thrive Natural Care, Inc.'s ("Thrive") Motion to Enforce Essential Terms of Settlement (the "Motion") against Defendant Thrive Causemetics, Inc. ("TCI"). Having considered Thrive's Motion and all documents in support of the motion, being fully advised in the matter, and good cause appearing, IT IS HEREBY ORDERED that:

1. Thrive's Motion is GRANTED.

2. The above-captioned case is RE-OPENED to allow for enforcement of the essential terms of the parties' settlement agreement, which were put on the record before this Court on November 15, 2021 (the "Essential Terms"). (*See* ECF No. 196).

3. The Court will retain jurisdiction to enforce the Essential Terms until the parties file a stipulation dismissing this case with prejudice. The Court will not *sua sponte* dismiss the case with prejudice.

4. The parties are ordered to immediately comply with the Essential Terms. Any failure to comply will be sanctionable and the non-compliant party may be held in contempt of court.

**IT IS SO ORDERED.**

DATED:_____                    _____
                                        PERCY ANDERSON
                                        United States District Court Judge