Rollin A. Ransom (State Bar No. 196126)
rransom@sidley.com
Lauren M. De Lilly (State Bar No. 301503)
ldelilly@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone:  (213) 896-6000

*Attorneys for Defendant Thrive*
*Causemetics, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THRIVE NATURAL CARE, INC., | Case No. 2:20-cv-9091-PA-AS |
| Plaintiff, | Hon. Percy Anderson |
| v. | **DEFENDANT THRIVE CAUSEMETICS, INC.'S NOTICE OF MOTION AND MOTION FOR CONTEMPT OR, IN THE ALTERNATIVE, FOR AN ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT** |
| THRIVE CAUSEMETICS, INC., | |
| Defendant. | |
| | Date:  August 8, 2022 |
| | Time:  1:30 p.m. |
| | Place:  Courtroom 9A |

TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 8, 2022, at 1:30 p.m., or as soon thereafter as the matter may be heard, before the Honorable Percy Anderson in Courtroom 9A (9th floor) of the above-entitled court, located at 350 W. 1st Street, Los Angeles, California 90012, Defendant Thrive Causemetics, Inc. ("TCI") will and hereby does move, pursuant to Federal Rule of Civil Procedure 70(e), for an order holding Plaintiff Thrive Natural Care, Inc. ("Plaintiff") in contempt for violating this Court's Judgment entered on January 19, 2022 (ECF No. 204) (the "Judgment"), and compelling Plaintiff to sign the document affirming its consent to TCI's registration of the THRIVE CAUSEMETICS mark, in the form attached as Exhibit C to the concurrently filed Declaration of Rollin A. Ransom within one (1) business day of the Court's ruling on this Motion.  In the alternative, TCI will and hereby does move for the Court to issue an order to show cause directing Plaintiff to show cause as to why it should not be held in contempt for violating the Judgment.  This Motion is made on the following grounds:

The Judgment requires TCI to amend its U.S. Trademark App. No. 87-895,130 (the "Application") for the mark THRIVE CAUSEMETICS to exclude skincare products from all of the Application's International Class 003 and International Class 035 goods, and subject to that amendment, further requires Plaintiff to consent to registration of TCI's THRIVE CAUSEMETICS mark in the United States and internationally.  As required by the Judgment, TCI amended the Application and that amendment has been accepted by the United States Patent and Trademark Office. Although TCI has fully satisfied its obligation, Plaintiff has refused to consent to TCI's registration in violation of the Judgment.  The Court should thus grant the Motion, hold Plaintiff in contempt, and compel Plaintiff to comply with the Judgment.

This Motion is based upon this Notice of Motion, the attached Memorandum of Points and Authorities, the Declaration of Rollin A. Ransom and the exhibits attached thereto, and the record, files, and pleadings in this action, and such other further

1    arguments and supporting matters as may be presented at or before the time of

2    hearing.

3           This Motion was made following a conference of counsel pursuant to Local

4    Rule 7-3 on June 14, 2022.

5

6     DATED:  July 11, 2022                    SIDLEY AUSTIN LLP

7                                             By:  */s/ Rollin A. Ransom*
8                                                   Rollin A. Ransom

9                                             *Attorneys for Defendant*
                                              *Thrive Causemetics, Inc.*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT'S NOTICE OF MOTION AND MOTION FOR CONTEMPT OR, IN THE ALTERNATIVE,
FOR AN ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT