Stephen McArthur (SBN 277712)
stephen@smcarthurlaw.com
Thomas Dietrich (SBN 254282)
tom@smcarthurlaw.com
THE MCARTHUR LAW FIRM, P.C.
9465 Wilshire Blvd., Ste. 300
Beverly Hills, CA 90212
Telephone: (323) 639-4455

*Attorneys for Plaintiff Thrive*
*Natural Care, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THRIVE NATURAL CARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> THRIVE CAUSEMETICS, INC., <br><br> Defendant. | Case No. 2:20-CV-9091-PA-AS <br><br> **REPLY DECLARATION OF STEPHEN MCARTHUR** <br><br> Hon. Percy Anderson <br><br> **Hearing Date**: November 7, 2022 <br> **Time:** 1:30 p.m. <br> **Courtroom:** 9A |

Stephen McArthur, upon his oath and subject to the penalty of perjury, declares as follows:

1.      I make this Declaration in support Thrive Natural Care, Inc.'s ("TNC") Reply Brief on its Motion for Contempt or, In the Alternative, For an Order to Show Cause Re: Civil Contempt against Defendant Thrive Causemetics, Inc. ("Defendant"). I am an attorney with The McArthur Law Firm, P.C., legal counsel for TNC, and I am duly admitted into practice before the State of California and this Court. I am over 18 years of age. The matters set forth herein are of my own personal knowledge and if called upon to testify as to such matters, I could and would do so.

2.      Attached as Exhibit A are true and correct screenshots of 36 posts from Defendant's official social media pages on Instagram (https://www.instagram.com/thrivecausemetics) and Facebook (https://www.facebook.com/thrivecausemetics). I took these 36 screenshots on October 24, 2022, and are shown in order from the following links:

https://www.instagram.com/p/CcI09hih87Z/?hl=en

https://www.instagram.com/p/Cbxpy5-FGNf/?hl=en

https://www.instagram.com/p/Ca-J0g0BO6l/?hl=en

https://www.instagram.com/p/Ca5cHShvcy6/?hl=en

https://www.instagram.com/p/Ca4rp2sAf_F/?hl=en

https://www.instagram.com/p/CWyCn1IjwDr/?hl=en

https://www.instagram.com/p/CWoK1p9hbqR/?hl=en

https://www.instagram.com/p/CV-wWr1jBX4/?hl=en

https://www.instagram.com/p/CVX0bpKjYB_/?hl=en

https://www.instagram.com/p/CSiD5VCppyh/?hl=en

https://www.instagram.com/p/CSfWI4shl1F/?hl=en

https://www.instagram.com/p/CRFYMmsg9Gg/?hl=en

https://www.instagram.com/p/CRJxoYCADfx/?hl=en

1    https://www.instagram.com/p/CQuS_5dgIAO/?hl=en

2    https://www.instagram.com/p/CQjgZOKgygH/?hl=en

3    https://www.instagram.com/p/COeKMOLAJYs/?hl=en

4    https://www.instagram.com/p/COZB7ILAwuK/?hl=en

5    https://www.instagram.com/p/CMdTcZogeem/?hl=en

6    https://www.instagram.com/p/CK10WuWgf2l/?hl=en

7    https://www.instagram.com/p/CJ9kcH_gNEE/?hl=en

8    https://www.instagram.com/p/CIgkylSAJ1a/?hl=en

9    https://www.instagram.com/p/CG5cykjA8_P/?hl=en

10    https://www.instagram.com/p/CGI3njXgIxr/?hl=en

11    https://www.instagram.com/p/CEe-bJPAg9q/?hl=en

12    https://www.instagram.com/p/CDmI7QHAN7J/?hl=en

13    https://www.instagram.com/p/CAYEwYIAdkw/?hl=en

14    https://www.instagram.com/p/B_-jN4yglAz/?hl=en

15    https://www.instagram.com/p/B_0DNjRAnlW/?hl=en

16    https://www.instagram.com/p/B71OTMLA0hm/?hl=en

17    https://www.instagram.com/p/B7bfVCcg2Qx/?hl=en

18    https://www.instagram.com/p/B7G4JWuANWb/?hl=en

19    https://www.instagram.com/p/B3fD2ffgFpM/?hl=en

20    https://www.facebook.com/thrivecausemetics/photos/2617585775051838/

21    https://www.facebook.com/thrivecausemetics/photos/2617187351758347/

22    https://www.facebook.com/thrivecausemetics/photos/2289895087820910/

23    https://www.facebook.com/thrivecausemetics/photos/1732638866879871/

24    3.    As of the date of this declaration, each of these social media posts by

25    Defendant was publicly accessible on its Instagram and Facebook pages. There was

26    no special or difficult method for locating these dozens of posts. They are all

27    readily available and viewable by simply opening up Defendant's official Instagram

28    and Facebook pages and scrolling down the posts on the front pages.

MCARTHUR REPLY DECL.
Case No. 2:20-CV-09091-PA-AS

4.      All of the screenshots depict "Thrive Causemetics" branded skincare products, which Defendant has already admitted are skincare products and has since rebranded as "Bigger Than Beauty" everywhere but in these social media posts. These skincare products include: sunproof sunscreen; sunproof lip balm; overnight sensation sleep mask; bright balance 3-in-1 cleanser; defying gravity cream and moisturizer; liquid light therapy face serum; smart microdermabrasion; and moisture flash toner.  All of these skincare products can now be found on the skincare portion of Defendant's website:

https://thrivecausemetics.com/collections/all-skincare.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 24, 2022, at Los Angeles, California.

*/s/ Stephen McArthur*
Stephen McArthur

MCARTHUR REPLY DECL.
Case No. 2:20-CV-09091-PA-AS

# **Exhibit A**



 thrivecausemetics ✔ • Follow    •••

 thrivecausemetics ✔ Sunny days ahead = happy days! ☀️ Make them even better by stashing a tube of Sunproof™ 3-in-1 Invisible Priming Sunscreen in your bag to effortlessly protect and perfect skin while preventing signs of aging. 💛💛 This broad-spectrum SPF, primer + hydrating gel plays well with makeup + is ideal to take on the go!

28w

katerinaleeger Not worth $40! I ordered via an add because I needed a new sunscreen. It just arrived. For $40 this is a SMALL bottle! I will not be reordering, what a scam!

22w   Reply

    

Liked by **dalie_ortiz** and **others**

APRIL 9

😊  Add a comment...    Post





**thrivecausemetics** ✔ • **Follow**   •••

**thrivecausemetics** ✔ Are you looking for the perfect face prep to transform skin into the ideal canvas for makeup? We've got you covered with one of our amazing skin-loving primers!

☀️ Sunproof™ 3-in-1 Invisible Priming Sunscreen: smooths and shields skin from UVA + UVB rays with SPF 37 and creates a water-resistant, velvet-matte canvas for makeup.
💧 Filtered Effects Blurring Primer™: Creates a blurred, velvety smooth, makeup-gripping base.
✨ Brilliant Face Brightener Illuminating Primer™: instantly gives a luminous, glowing canvas.

Click the link in our bio to shop one or all of our incredible primers!

                  

Liked by **nbea120** and **others**

MARCH 31

  Add a comment...                    Post




thrivecausemetics ✔ • Follow    •••


**thrivecausemetics** ✔ Looking for the ultimate product for sun protection? We've got you covered with Sunproof™ 3-in-1 Invisible Priming Sunscreen.
Not only does it protect against harmful UVA + UVB rays, create a smooth canvas for makeup, and boosts moisture to the skin, but it's also packed with skin-loving ingredients like:

 Banana Flower Extract: Smooths + hydrates skin to provide a perfected canvas for optimal makeup application
 Botanical Oil Blend: Blend of safflower + sunflower seed oils to increase moisture in the skin. Sunflower seed oil is also rich in

♡  ◯  ◁                                          🔖

Liked by **moviebuffmcfly** and **others**

MARCH 11

  Add a comment...                    Post











 **thrivecausemetics** ✔ • Follow    •••

 **thrivecausemetics** ✔ Need a perfect routine for soft smooth, sun-protected lips? We are loving this dynamic duo. ✨

💧 Gently exfoliate your lips with our new Pout Hero™ Lip Scrub to instantly buff dry flaky skin.
💧 Swipe on a layer of Sunproof™ Intensive Lip Balm to keep lips protected from sun damage.

What's your go-to Thrive Causemetics lip routine?

50w

**magicforestoils** Will the Pili eye brightened ever come back in stock?   ♡

                

Liked by **thegodfather1030** and **others**

NOVEMBER 7, 2021

  Add a comment...                    Post



 thrivecausemetics ✔ • **Follow**    **•••**

**thrivecausemetics** ✔ Today only! ✨ Choose your FREE skincare mini with any purchase of $60+!

🔷 Deluxe Travel Bright Balance Cleanser™: brightens, balances and hydrates skin while removing waterproof makeup + excess oils in a single step.
💧 Deluxe Travel Defying Gravity Moisturizer™: locks in hydration and transforms the appearance of fine lines for youthful-looking, radiant skin.
👀 Deluxe Travel Defying Gravity Eye Cream™: instantly lifts, tightens and brightens the look of skin around your eyes while delivering line-smoothing hydration.

Don't want to miss out on trying one

      

Liked by **dori.heard** and **others**

OCTOBER 23, 2021

    Add a comment...    Post






thrivecausemetics ✓ • Follow

thrivecausemetics ✓ "I've been using Liquid Light Therapy All-in-One Face Serum™ morning & night for over 3 weeks. It's not a sticky formula and absorbs in only a few minutes. Overall my skin appears more radiant and the sun damage/freckles on the top of my hairline have significantly lightened. I also think the redness on my lower cheeks has minimized by A LOT which is something that's been a constant battle for me. I didn't think it was much until I looked side by side. Overall, this serum has exceeded my expectations and I am going to continue using for more benefits!" ✨ - @optimal_glow

We always love to hear your feedback! 😊 We work hard to formulate

  

Liked by **eceyagmura** and **others**

AUGUST 12, 2021

   Add a comment...                    Post



 thrivecausemetics ✔ • **Follow**    ···

 **thrivecausemetics** ✔ A microdermabrasion spa treatment in your own bathroom? Yes, please! Our Smart Microdermabrasion 2-in-1 Instant Facial™ is a multitasking physical + chemical exfoliator formulated to boost radiance with powerful skin-loving ingredients:
🍇 Grape juice extract gently exfoliates + delivers skin-brightening polyphenols.
🍊 Papaya oil + enzymes dissolve dead skin cells to reveal renewed, smooth + glowing skin.
🌿 Aloe leaf extract hydrates, calms + soothes skin.
💧 Vegan squalene + vitamin E prevent moisture loss with intensive skin barrier hydration.

♡ ○ ◁                                    🔖

Liked by **letty_navarro17** and **others**

JULY 8, 2021

 Add a comment...                    Post

























 **thrivecausemetics** ☑ • Follow    •••

**thrivecausemetics** ☑ Thirsty summer skin calls for innovative hydration options. 🌞 Our next-generation Moisture Flash Toner™ features a powerful blend of overachieving ingredients that deliver instant hydration and visible brightness:
🌞 INSTANT RADIANCE COMPLEX™ rapidly brightens with skin-smoothing fruit enzymes to reveal glowing skin in an instant.
🌞 PRICKLY PEAR EXTRACT draws in hydration + locks in nourishing essential vitamins.
🌞 HYALURONIC ACID holds 1,000 times its weight in water to plump + hydrate skin.
🌞 ASTAXANTHIN (RED ALGAE EXTRACT) infused the skin with powerful antioxidants known to be

     

Liked by **sunflowerlilies1982** and **others**

AUGUST 29, 2020

☺ Add a comment...    Post



thrivecausemetics ✓ • Follow

thrivecausemetics ✓ Each product in our skincare line is formulated to work synergistically together in order to brighten, lift + hydrate your skin. ✨
➡️ Start your skincare regimen with our Bright Balance 3-in-1 Cleanser™ to purify your skin of dirt, oil, and makeup.
➡️ Then, gently smooth on a thin layer of our multitasking Liquid Light Therapy All-in-One Face Serum™, which is packed with active ingredients to boost radiance.
➡️ Our Defying Gravity Transforming Moisturizer™ locks in all the skin-loving ingredients from our skincare regimen and smooths the look of fine lines for healthier-looking, bouncier skin.
📷: @velvetreport

Liked by camilleroseglows and others

AUGUST 7, 2020

Add a comment...                                              Post











thrivecausemetics ✓ • Follow   •••

**thrivecausemetics** ✓ Our Bright Balance 3-in-1 Cleanser™ is the ultimate multitasker. Our gentle-yet-exceptionally-effective-cleanser:
✨ Brightens, balances + hydrates your skin
✨ Removes waterproof makeup in one step
✨ Leaves skin feeling soft + nourished

Edited · 24w

Liked by **jackie_sf4** and **others**

JANUARY 17, 2020

Add a comment...   Post





thrivecausemetics ✔ • Follow    •••

 **thrivecausemetics** ✔ "I don't know about you, but I get a bad case of dry skin when I fly. I called it 'parched peau' and 'dehydrated dermis' and there's nothing worse when you exit a plane. Dry facial skin can easily add 10 years to your looks. I just discovered a fabulous product – for men and women – that you can apply to your face on the airplane, and it doesn't matter if you're flying Economy or First Class – or even on your private jet.

It's Thrive Causemetics' Overnight Sensation Skin Brightening Mask™, and it's lustre-filled to make your face luminous. If you're a woman, forget about wearing makeup. And if you're a man, apply it to your face too. It imparts a youthful glow and is filled

              

Liked by **hananeagoujjim** and **others**

OCTOBER 11, 2019

  Add a comment...                    Post



**Thrive Causemetics**
March 9 · 🌐

🌕 New Product Alert! 🌕
Get ready for sunny days ahead with our 🧴 Sunproof™ 3-in-1 Invisible Priming Sunscreen SPF 37! Our featherlight, skincare-makeup hybrid perfectly preps makeup and protects skin from UVA and UVB rays! 👀 This hydrating sunscreen also applies clear on all skin tones with a soft velvet-matte finish.

Enriched with antioxidants and advanced botanical extracts to help protect your skin from environmental stressors and control oil, you can 🌱 Protect, Perfec... **See more**

👍❤️ 67                          33 Comments  3 Shares

👍 Like          💬 Comment          ↪ Share

View 1 more comment                    Oldest ▾

**Daphne Pierce**
Does this protect from blue light as well?

Like   Reply   32w

> 📝 Author
> **Thrive Causemetics** ✔
> Hi Daphne! 👋 Great question! Yes! Even when you are not in the sun, there are still blue rays that come from electronics like your phone, computer, TV, or tablet. Protect your skin all day every




**NEW!**

**SPF for ALL**

**SUNPROOF™**
**3-IN-1 INVISIBLE**
**PRIMING SUNSCREEN**

A smoothing, mattifying primer
with clear-on-all-skintones sun
protection - plus lasting hydration!

SUNNY DAYS AHEAD

SPF 37

---


**Thrive Causemetics**
March 8 · 🌐

Introducing our NEW Sunproof 3-in-1 Invisible
Priming Sunscreen! bit.ly/3KrIsY7

  66          30 Comments  6 Shares

👍 Like          💬 Comment          ↪ Share

View 3 previous comments                    Oldest ⌄

 **Michelle Peterson**
Yay so exciting. Can't wait to try it!
So many others are terrible on my
skin and cause rashes.

Like   Reply   32w

 ✏ Author
**Thrive Causemetics** ✓
We cannot wait for you to get
your hands on our new
Sunproof™ 3-in-1 Invisible
Priming Sunscreen, Michelle!
You are going to love the way
this primer leaves your skin
feeling + looking. ✨ The
formula includes several
nourishing ingredients like
sodium ... **See more**

Like   Reply   32w

 **María Grazia Cavassuto**
❤️🥰✨

Like   Reply   32w

 ✏ Author



 

**Thrive Causemetics**
March 3, 2021 · 🌐

Introducing our NEW Smart Microdermabrasion 2-in-1 Instant Facial™!

bit.ly/SmartMicrodermabrasionInstantFacial



👍❤️😮 26                                    1 Share

👍 Like          💬 Comment          ↪ Share

Oldest ▾

 Write a comment...      



**Thrive Causemetics**
September 2, 2019 · 🌐

What are your fave Thrive Causemetics products? thebeautifuldaughter has hers! 😍
https://thrivecausemetics.com/

👍❤️ 93                    107 Comments  1 Share

👍 Like          💬 Comment          ➡️ Share

View 23 previous comments                    Oldest ⌄

**Amanda Hamann**
That's like asking me to choose a favorite child 🙄😂

But seriously, I've replaced all my makeup in my bag except for my concealer... is there any potential concealer on the horizon for Thrive?! 😊👇👇👇👇

Like    Reply    3y

📍 Author
**Thrive Causemetics** ✓
Thank you for sharing these suggestions, ladies! What would you like to see from a Thrive concealer and primer? 😊

Like    Reply    3y

**Donna Jones Lawson**
Does this company keep sending your products month after month. I had this happen and they kept sending and charging to my credit